AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| JASON ALFORD, et al. <br><br> *Plaintiff(s)* <br> v. <br> THE NFL PLAYER DISABILITY & SURVIVOR BENEFIT PLAN, et al. <br><br> *Defendant(s)* | Civil Action No. 1:23-cv-00358 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SAM MCCULLUM
c/o Disability Board
200 Saint Paul St., Ste. 2420
Baltimore, MD 21202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jason S. Rathod
412 H Street, N.E.
Suite 302
Washington, DC 20002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 02/10/2023

Signature of Clerk

Civil Action No. 1:23-cv-00358

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sam M. Cullum c/o Disability Board
was received by me on *(date)* 2/14/2023 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Linda Johnston, Executive Assistant, 200 St. Paul Place, Suite 2420, Baltimore, MD 21202 , who is designated by law to accept service of process on behalf of *(name of organization)* Sam M. Cullum c/o Disability Board on *(date)* 2/14/2023 2:07 PM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 2/14/2023

*Server's signature*

Rodney Getlan, Process Server
*Printed name and title*

62440

P.O. Box 18647, Washington, DC 20036
*Server's address*

Additional information regarding attempted service, etc:
Linda Johnston Gender: Female  Race/Skin: White  Age: 60 yrs. old  Weight: 160 lb  Height: 5'6"  Hair: Brown/Gray  Glasses: Yes  Other:

Documents Served: Summons in a Civil Action, Class Action Complaint, Civil Cover Sheet