UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BALTIMORE DIVISION

| | |
|---|---|
| JASON ALFORD, DANIEL LOPER, WILLIS MCGAHEE, MICHAEL MCKENZIE, JAMIZE OLAWALE, ALEX PARSONS, ERIC SMITH, CHARLES SIMS, JOEY THOMAS, and LANCE ZENO, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiffs,<br><br>  vs.<br><br>THE NFL PLAYER DISABILITY & SURVIVOR BENEFIT PLAN; THE NFL PLAYER DISABILITY & NEUROCOGNITIVE BENEFIT PLAN; THE BERT BELL/PETE ROZELLE NFL PLAYER RETIREMENT PLAN; THE DISABILITY BOARD OF THE NFL PLAYER DISABILITY & NEUROCOGNITIVE BENEFIT PLAN; DENNIS CURRAN; JACOB FRANK; BELINDA LERNER; SAM MCCULLUM; ROBERT SMITH; JEFF VAN NOTE; and ROGER GOODELL,<br><br>     Defendants. | Case No. 1:23-cv-00358-JRR |

## **ENTRY OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

  Please enter the appearance of Nathan J. Oleson of AKIN GUMP STRAUSS HAUER & FELD LLP as counsel of record in this case for Defendants Dennis Curran, Jacob Frank, Belinda Lerner, and Roger Goodell.

  I certify that I am admitted to practice in this Court.

1

Dated: March 1, 2023                                    Respectfully submitted,

                 */s/ Nathan J. Oleson*
                Nathan J. Oleson (D. Md. Bar No. 16678)
                AKIN GUMP STRAUSS HAUER & FELD LLP
                2001 K Street NW
                Washington, DC  20006
                Tel: (202) 887-4000
                Fax: (202) 887-4288
                noleson@akingump.com

                *Counsel for Defendants Dennis Curran, Jacob*
                *Frank, Belinda Lerner, and Roger Goodell*