UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BALTIMORE DIVISION

| | |
|---|---|
| JASON ALFORD, DANIEL LOPER, WILLIS MCGAHEE, MICHAEL MCKENZIE, JAMIZE OLAWALE, ALEX PARSONS, ERIC SMITH, CHARLES SIMS, JOEY THOMAS, and LANCE ZENO, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>THE NFL PLAYER DISABILITY & SURVIVOR BENEFIT PLAN; THE NFL PLAYER DISABILITY & NEUROCOGNITIVE BENEFIT PLAN; THE BERT BELL/PETE ROZELLE NFL PLAYER RETIREMENT PLAN; THE DISABILITY BOARD OF THE NFL PLAYER DISABILITY & NEUROCOGNITIVE BENEFIT PLAN; DENNIS CURRAN; JACOB FRANK; BELINDA LERNER; SAM MCCULLUM; ROBERT SMITH; JEFF VAN NOTE; and ROGER GOODELL,<br><br>　　　　　　　　Defendants. | Case No. 1:23-cv-00358-JRR |

### DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' CLASS ACTION COMPLAINT

Pursuant to Rule 105.9 of the Local Rules of the U.S. District Court for the District of Maryland, Defendants Sam McCullum, Robert Smith, and Jeff Van Note (the "NFLPA Appointed Trustees"), Dennis Curran, Jacob Frank, and Belinda Lerner (the "NFLMC Appointed Trustees"), and Roger Goodell, the *Ex Officio* Trustee (collectively, the "Individual Trustee Defendants"), by and through undersigned counsel, jointly request that the Court enter an order extending the deadline for the Individual Trustee Defendants to respond to Plaintiffs' Class Action Complaint (ECF No. 1) ("Complaint") to April 21, 2023.

The Individual Trustee Defendants' response to the Complaint is currently due on March 7, 2023. The Complaint includes nine separate counts under the Employee Retirement Income Security Act of 1974 ("ERISA"), brought by ten named Plaintiffs on behalf of a putative class dating back to 1970. In light of the substantial number of claims and parties involved in this action, the Individual Trustee Defendants respectfully request an additional 45 days to respond to the Complaint.

Prior to filing the instant motion, the undersigned counsel for the Individual Trustee Defendants conferred with counsel of record for Plaintiffs regarding this request. Plaintiffs consent to the instant motion and entry of the Order by the Court, provided that the Individual Trustee Defendants do not oppose a request by Plaintiffs to receive 45 days to file a response to any motion filed by the Individual Trustee Defendants in lieu of an answer. The Individual Trustee Defendants consent to Plaintiffs' request.

Dated: March 1, 2023

Respectfully submitted,

/s/ Nathan J. Oleson
Nathan J. Oleson (D. Md. Bar No. 16678)
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street NW
Washington, DC  20006
Tel: (202) 887-4000
Fax: (202) 887-4288
noleson@akingump.com

*Counsel for Defendants Dennis Curran, Jacob Frank, Belinda Lerner, and Roger Goodell*

/s/ Matthew M. Saxon
Matthew M. Saxon (D. Md. Bar No. 19604)
WINSTON & STRAWN LLP
1901 L Street N.W.
Washington, DC  20036
Tel: (202) 282-5000
Fax: (202) 282-5100
msaxon@winston.com

*Counsel for Defendants Sam McCullum, Robert Smith, and Jeff Van Note*