## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Jason Alford, et al.                          *

     **Plaintiff,**

                          *

     **v.**                          **Case No.** 1:23-cv-00358-JRR

THE NFL PLAYER                          *
DISABILITY & SURVIVOR
BENEFIT PLAN, et al.                          *

### MOTION FOR ADMISSION PRO HAC VICE

I, Nathan J. Oleson                          , am a member in good standing of the bar of this

Court.  I am moving the admission of  Amanda S. McGinn

to appear pro hac vice in this case as counsel for  Defendants Dennis Curran, Jacob Frank, Belinda Lerner, and Roger Goodell.          .

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| District of Columbia 10/2/2017 | U.S.D.C. Dist. of Columbia 11/5/2018 |
| Massachusetts 11/18/2016 | U.S. Ct. of Appeals Fed. Cir. 2/27/2018 |
| | |
| | |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court  0       time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.  (NOTE:  If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT

/s/ Nathan J. Oleson
_____
Signature

Nathan J. Oleson (D. Md. Bar No. 16678)
_____
Printed name and bar number

Akin Gump Strauss Hauer & Feld LLP
_____
Office name

2001 K Street NW Washington DC 20006
_____
Address

202-887-4000
_____
Telephone number

202-887-4288
_____
Fax Number

noleson@akingump.com
_____
Email Address

PROPOSED ADMITTEE

/s/ Amanda S. McGinn
_____
Signature

Amanda S. McGinn
_____
Printed name

Akin Gump Strauss Hauer & Feld LLP
_____
Office name

2001 K Street NW Washington DC 20006
_____
Address

202-887-4000
_____
Telephone number

202-887-4288
_____
Fax Number

amcginn@akingump.com
_____
Email Address