# EXHIBIT A

## Eric Field U.S. Courts Admitted and Date of Admission

| Court | Date |
|---|---|
| District Court for the District of Columbia | 9/13/2021 |
| District Court for the Eastern District of Michigan | 5/13/2022 |
| District Court for the Northern District of Illinois | 6/24/1999 |
| District Court for the Central District of Illinois | 2/23/2004 |
| District Court for the Southern District of Ohio | 4/4/2008 |
| First Circuit Court of Appeals | 1/23/2013 |
| Second Circuit Court of Appeals | 12/07/2011 |
| Third Circuit Court of Appeals | 1/28/2019 |
| Fifth Circuit Court of Appeals | 9/2/2021 |
| Seventh Circuit Court of Appeals | 12/30/2004 |
| Ninth Circuit Court of Appeals | 8/27/2021 |