UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BALTIMORE DIVISION

| | |
|---|---|
| JASON ALFORD, DANIEL LOPER, WILLIS MCGAHEE, MICHAEL MCKENZIE, JAMIZE OLAWALE, ALEX PARSONS, ERIC SMITH, CHARLES SIMS, JOEY THOMAS, and LANCE ZENO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE NFL PLAYER DISABILITY & SURVIVOR BENEFIT PLAN; THE NFL PLAYER DISABILITY & NEUROCOGNITIVE BENEFIT PLAN; THE BERT BELL/PETE ROZELLE NFL PLAYER RETIREMENT PLAN; THE DISABILITY BOARD OF THE NFL PLAYER DISABILITY & NEUROCOGNITIVE BENEFIT PLAN; DENNIS CURRAN; JACOB FRANK; BELINDA LERNER; SAM MCCULLUM; ROBERT SMITH; JEFF VAN NOTE; and ROGER GOODELL,<br><br>Defendants. | Case No. 1:23-cv-00358-JRR |

**ORDER**

Upon consideration of Defendants' Consent Motion for Extension of Time to Respond to Plaintiff's Class Action Complaint (ECF No. 17; the "Motion"), it is this 6th day of March 2023, hereby,

**ORDERED** that the motion shall be **GRANTED**; and it is further

**ORDERED** that The deadline for defendants Sam McCullum, Robert Smith, Jeff Van Note, Dennis Curran, Jacob Frank, Belinda Lerner, and Roger Goodell to respond to the Complaint is hereby extended to April 21, 2023.

/s/
_____
Julie R. Rubin
United States District Judge