## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Alford, et al., | * | |
| **Plaintiff,** | * | |
| **v.** | * | Case No. 1:23-cv-00358 |
| The NFL Disability & Survivor Benefit Plan, et al., | * | |
| **Defendant.** | * | |

### ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for Defendants, The NFL Player Disability & Survivor Benefit Plan, The NFL Player Disability & Neurocognitive Benefit Plan, The Bert Bell/ Pete Rozelle NFL Player Retirement Plan, and The Disability Board of the NFL Player Disability & Neurocognitive Benefit Plan.

I certify that I am admitted to practice in this Court.

03/06/2023
Date

Signature

Edward J. Meehan, 04775

Printed name and bar number
Groom Law Group, Chartered
1701 Pennsylvania Ave. N.W., Washington D.C, 20006

Address

emeehan@groom.com

Email address

(202) 857-0620

Telephone number

(202) 659-4503

Fax number