IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Alford et al.,
Plaintiff,

v.

The NFL Player Disability & Survivor Benefits Plan et al.,
Defendant.

Case No. 1:23-cv-358-BPG

### ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the Plaintiffs

I certify that I am admitted to practice in this Court.

4/11/2023
Date

Nicholas A. Migliaccio
Digitally signed by Nicholas A. Migliaccio
DN: cn=Nicholas A. Migliaccio gn=Nicholas A. Migliaccio c=US United States l=US United States e=nmigliaccio@classlawdc.com
Reason: I am the author of this document
Location:
Date: 2023-04-11 12:07-04:00
Signature

Nicholas A. Migliaccio (Bar No. 29077)
Printed name and bar number

412 H St. NE, Washington, DC 20002
Address

nmigliaccio@classlawdc.com
Email address

202-470-3520
Telephone number

202-800-2730
Fax number