UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BALTIMORE DIVISION

| | |
|---|---|
| JASON ALFORD, DANIEL LOPER, WILLIS MCGAHEE, MICHAEL MCKENZIE, JAMIZE OLAWALE, ALEX PARSONS, ERIC SMITH, CHARLES SIMS, JOEY THOMAS, and LANCE ZENO, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>         vs.<br><br>THE NFL PLAYER DISABILITY & SURVIVOR BENEFIT PLAN; THE NFL PLAYER DISABILITY & NEUROCOGNITIVE BENEFIT PLAN; THE BERT BELL/PETE ROZELLE NFL PLAYER RETIREMENT PLAN; THE DISABILITY BOARD OF THE NFL PLAYER DISABILITY & NEUROCOGNITIVE BENEFIT PLAN; DENNIS CURRAN; JACOB FRANK; BELINDA LERNER; SAM MCCULLUM; ROBERT SMITH; JEFF VAN NOTE; and ROGER GOODELL,<br><br>                    Defendants. | Case No. 1:23-cv-00358-JRR |

**ENTRY OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Stacey R. Eisenstein of AKIN GUMP STRAUSS HAUER & FELD LLP as counsel of record in this case for Defendants Dennis Curran, Jacob Frank, Belinda Lerner, and Roger Goodell.

I certify that I am admitted to practice in this Court.

1

Dated: April 12, 2023                              Respectfully submitted,

          */s/ Stacey R. Eisenstein*
Stacey R. Eisenstein (D. Md. Bar No. 30616)
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street NW
Washington, DC  20006
Tel: (202) 887-4000
Fax: (202) 887-4288
seisenstein@akingump.com

*Counsel for Defendants Dennis Curran, Jacob Frank, Belinda Lerner, and Roger Goodell*