## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Jason Alford, et al.,                           *

**Plaintiff,**                                  *

v.   The NFL Disability &                       *        Case No.   1:23-cv-00358- JRR
     Survivor Benefit Plan, et al.,             *

**Defendant.**                                  *

### ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter nter my appearance as counsel in this case for Defendants, the NFL Player

Disability & Survivor Benefit Plan, the NFL Player Disability & Neurocognitive Benefit Plan,

the Bert Bell/ Pete Rozelle NFL Player Retirement Plan, and the Disability Board of the NFL

Player Disability & Neurocognitive Benefit Plan.

I certify that I am admitted to practice in this Court.


April 12, 2023
_____
Date

/s/ Gregory F. Jacob
_____
Signature
Gregory F. Jacob (D. Md. Bar No. 06769)
_____
Printed name and bar number
O'Melveny & Myers LLP
1625 Eye St., NW
Washington, DC 20006
_____
Address

gjacob@omm.com
_____
Email address

202-383-5300
_____
Telephone number

202-383-5414
_____
Fax number