IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Jason Alford, et al.,          *

    **Plaintiff,**

                           *

    v.                                   Case No.  1:23-cv-00358-JRR

The NFL Player Disability & Benefit Plan, et al.,   *

    **Defendant.**          *

## MOTION FOR ADMISSION PRO HAC VICE

I, Gregory F. Jacob, am a member in good standing of the bar of this Court. I am moving the admission of Elizabeth Lemond McKeen to appear pro hac vice in this case as counsel for the NFL Player Disability & Survivor Benefit Plan, the NFL Player Disability & Neurocognitive Benefit Plan, the Bert Bell/Pete Rozelle NFL Player Retirement Plan, and The Disability Board of the NFL Player Disability & Neurocognitive Benefit Plan.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| California, Dec. 4, 2001 | See Attachment A |
| | |
| | |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court  0  time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.  (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT

*/s/ Gregory F. Jacob*
Signature

Gregory F. Jacob (D. Md. Bar No. 06769)
Printed name and bar number

O'Melveny & Myers LLP
Office name

1625 Eye St., NW, Washington DC, 20006
Address

202-383-5300
Telephone number

202-383-5414
Fax Number

gjacob@omm.com
Email Address

PROPOSED ADMITTEE

*/s/ Elizabeth L. McKeen*
(Signed by Gregory F. Jacob with permission of Elizabeth L. McKeen)
Signature

Elizabeth L. McKeen
Printed name

O'Melveny & Myers LLP
Office name

610 Newport Ctr. Dr., Newport Beach, CA 92660
Address

949-823-6900
Telephone number

949-823-6994
Fax Number

emckeen@omm.com
Email Address

## ATTACHMENT A

### Motion for Admission *Pro Hac Vice* of Elizabeth L. McKeen

| U.S. Court | Date of Admission |
|---|---|
| U.S. Court of Appeals, First Circuit | Apr. 5, 2011 |
| U.S. Court of Appeals, Second Circuit | May 28, 2021 |
| U.S. Court of Appeals, Third Circuit | Sept. 9, 2003 |
| U.S. Court of Appeals, Fourth Circuit | June 23, 2014 |
| U.S. Court of Appeals, Fifth Circuit | Apr. 19, 2017 |
| U.S. Court of Appeals, Sixth Circuit | June 12, 2009 |
| U.S. Court of Appeals, Seventh Circuit | May 19, 2006 |
| U.S. Court of Appeals, Ninth Circuit | Jan. 10, 2002 |
| U.S. Court of Appeals, Tenth Circuit | Aug. 10, 2011 |
| U.S. Court of Appeals, Eleventh Circuit | Apr. 23, 2009 |
| U.S. District Court, Central District of California | July 12, 2002 |
| U.S. District Court, Eastern District of California | July 27, 2012 |
| U.S. District Court, Northern District of California | Mar. 28, 2005 |
| U.S. District Court, Southern District of California | Aug. 7, 2002 |
| U.S. District Court, Colorado | Feb. 4, 2014 |
| U.S. District Court, Northern District of Illinois | Jan. 7, 2010 |
| U.S. District Court, Eastern District of Texas | July 29, 2016 |