IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| JASON ALFORD, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE NFL PLAYER DISABILITY &<br>SURVIVOR BENEFIT PLAN, *et al.*,<br><br>Defendants. | Case No. 1:23-cv-00358-JRR |

**[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATION OF MEMORANDUM IN SUPPORT OF MOTION TO DISMISS**

Pursuant to Local Rule 105.3, Defendants', the NFL Player Disability & Neurocognitive Benefit Plan, the NFL Player Disability & Survivor Benefit Plan, the Bert Bell/Pete Rozelle NFL Player Retirement Plan, the Disability Board of the NFL Player Disability & Neurocognitive Benefit Plan, Dennis Curran, Jacob Frank, Belinda Lerner, Sam McCullum, Robert Smith, Jeff Van Note, and Roger Goodell, request to file a 50-page consolidated memorandum in support of their joint motion to dismiss Plaintiff is GRANTED. Defendants' memorandum of law in support of their joint motion to dismiss shall not exceed 50 pages.

Date: April __, 2023.                                IT IS SO ORDERED.

 

 

                                                                                                                      _____
                                                                                                                      Hon. Julie R. Rubin
                                                                                                                      United States District Judge