IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Jason Alford, et al.    *

**Plaintiff,**

                        *

v.                          Case No. 1:23-cv-00358-BPG

                        *

The NFL Player Disability & Survivor Benefits plan, et al.

**Defendant.**          *

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the Defendants Sam McCullum, Robert Smith, and Jeff Van Note

I certify that I am admitted to practice in this Court.

4/19/2023

Date

/s/

Signature

Matthew M. Saxon, 19604

Printed name and bar number

Winston & Strawn LLP

Address

1901 L Street NW, Washington, DC 20036

Email address

msaxon@winston.com

Telephone number

(202) 282-5627

Fax number

(202) 282-5100