**<u>ATTACHMENT A</u>**

**Motion for Admission *Pro Hac Vice* of Spencer W. Churchill**

| U.S. Courts | Date of Admission |
|---|---|
| U.S.C.A. – 5th Circuit | 8/10/17 |
| U.S.D.C. – District of Columbia | 7/30/18 |
| U.S.C.A. – District of Columbia | 4/13/2022 |
| U.S.C.A. – 2nd Circuit | 12/9/2022 |
| U.S.C.A. – 11th Circuit | 3/29/2023 |