## ATTACHMENT A

**Motion for Admission *Pro Hac Vice* of William G. Miossi**

| U.S. Courts | Date of Admission |
|---|---|
| U.S.D.C. – District of Columbia | 6/7/1999 |
| U.S.D.C. – Illinois Northern District (General) | 10/9/1987 |
| U.S.D.C. – Illinois Northern District (Trial) | 7/23/1990 |
| U.S.D.C. – Illinois Southern District Court | 8/6/2014 |
| U.S.D.C. – Michigan Eastern District Court | 4/22/2016 |
| U.S.D.C. - Wisconsin Eastern District Court | 2/9/1996 |
| U.S.C.A. – District of Columbia | 3/21/2000 |
| U.S.C.A. – 4th Circuit | 7/31/2000 |
| U.S.C.A. – 7th Circuit | 2/26/1988 |
| U.S.C.A. – 9th Circuit | 5/2/2014 |
| U.S.C.A. – 11th Circuit | 4/9/2002 |
| U.S. Supreme Court | 12/1/1997 |