## ATTACHMENT A

**Motion for Admission *Pro Hac Vice* of John W. Harding**

| U.S. Courts | Date of Admission |
|---|---|
| U.S.D.C. – District of Columbia | 10/5/2020 |
| U.S.D.C. – Virginia Eastern District | 7/31/2015 |
| U.S.C.A. – District of Columbia | 7/31/2018 |
| U.S.C.A. – 4th Circuit | 12/31/2015 |
| U.S.C.A. – 11th Circuit | 10/27/2022 |