# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### BALTIMORE DIVISION

| | |
|---|---|
| JASON ALFORD, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE NFL PLAYER DISABILITY & SURVIVOR BENEFIT PLAN, *et al.*, <br><br> Defendants. | Case No. 1:23-cv-00358-JRR |

## ORDER GRANTING DEFENDANTS' JOINT UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATION OF
## MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

Pursuant to Local Rule 105.3, Defendants', the NFL Player Disability & Neurocognitive Benefit Plan, the NFL Player Disability & Survivor Benefit Plan, the Bert Bell/Pete Rozelle NFL Player Retirement Plan, the Disability Board of the NFL Player Disability & Neurocognitive Benefit Plan, Dennis Curran, Jacob Frank, Belinda Lerner, Sam McCullum, Robert Smith, Jeff Van Note, and Roger Goodell, request to file a 50-page consolidated memorandum in support of their joint motion to dismiss Plaintiff is **GRANTED**. Defendants' memorandum of law in support of their joint motion to dismiss shall not exceed 50 pages.

Date: April 19, 2023.    IT IS SO ORDERED.

/s/
_____
Hon. Julie R. Rubin
United States District Judge