**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

| | |
|---|---|
| JASON ALFORD, *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 1:23-cv-00358-JRR |
| THE NFL PLAYER DISABILITY & SURVIVOR BENEFIT PLAN, *et al.*, | |
| Defendants. | |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

Pursuant to Local Rule 103.3, Defendants the NFL Player Disability & Neurocognitive Benefit Plan, the NFL Player Disability & Survivor Benefit Plan, the Bert Bell/Pete Rozelle NFL Player Retirement Plan, and the Disability Board of the NFL Player Disability & Neurocognitive Benefit Plan, Dennis Curran, Belinda Lerner, Jacob Frank, Sam McCullum, Robert Smith, Jeff Van Note, and Roger Goodell file this Disclosure of Corporate Affiliations and Financial Interest and state the following:

(a)     There are no corporate parties to this case, and therefore there are no corporate affiliations to disclose.

(b)     The following organizations have a financial interest in the outcome of this litigation:

1.     The National Football League,

2.     The NFL Management Council ("NFLMC"), as the bargaining representative of the NFL's Member Clubs, and

3.     The NFL Players Association ("NFLPA").

The NFLMC and the NFLPA established the NFL Player Disability & Survivor Benefit Plan (formerly known as the "NFL Player Disability & Neurocognitive Benefit Plan") as well as the Bert Bell/Pete Rozelle NFL Player Retirement Plan via collective bargaining.  Disability benefits (such as those at issue in this case) are funded by a portion of NFL revenues set aside for Player benefits and/or salaries, as set out in the NFLMC and NFLPA collective bargaining agreement(s).

    4.     Federal Insurance Company ("Federal"), a member company of Chubb Limited.

Federal is the Plans' fiduciary-insurance carrier.

Date: April 20, 2023

Respectfully submitted,

*s/ Gregory F. Jacob*
Gregory F. Jacob (D. Md. Bar No. 06769)
Meredith N. Garagiola (*pro hac vice*)
O'MELVENY & MYERS LLP
1625 Eye Street, N.W., 10th Floor
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
Email: gjacob@omm.com
Email: mgaragiola@omm.com

Elizabeth L. McKeen (*pro hac vice*)
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994
Email: emckeen@omm.com

Edward J. Meehan, (D. Md. Bar No. 04775)
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: (202) 857-0620
Facsimile: (202) 659-4503
Email: emeehan@groom.com

*s/ Stacey R. Eisenstein*
Stacey R. Eisenstein (D. Md. Bar No. 30616)
Nathan J. Oleson (D. Md. Bar No. 16678)
Amanda S. McGinn (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, N.W.
Washington, DC 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
Email: seisenstein@akingump.com
Email: noleson@akingump.com
Email: amcginn@akingump.com

*s/ Eric Field*
Eric Field (*pro hac vice*)
LITTLER MENDELSON P.C.
815 Connecticut Avenue, N.W., Suite 400
Washington, DC 20006
Telephone: (202) 842-3400
Facsimile: (202) 842-0011
Email: efield@littler.com

*Attorneys for Defendants Dennis Curran, Belinda Lerner, Jacob Frank, and Roger Goodell*

*Attorneys for Defendants The NFL Player Disability & Survivor Benefit Plan, The NFL Player Disability & Neurocognitive Benefit Plan, The Bert Bell/Pete Rozelle NFL Player Retirement Plan, and The Disability Board of the NFL Player Disability & Neurocognitive Benefit Plan*

<u>s/ Matthew M. Saxon</u>

Matthew M. Saxon (D. Md. Bar No. 19604)
William G. Miossi *(pro hac vice)*
John Harding *(pro hac vice)*
Spencer Churchill *(pro hac vice)*
WINSTON & STRAWN LLP
1901 L Street, N.W.
Washington, DC 20036
Telephone: (202) 282-5000
Facsimile: (202) 282-5100
Email: msaxon@winston.com
Email: wmiossi@winston.com
Email: jwharding@winston.com
Email: schurchill@winston.com

*Attorneys for Defendants Sam McCullum, Robert Smith, and Jeff Van Note*

## <u>CERTIFICATE OF SERVICE</u>

I, Gregory F. Jacob, hereby certify that on April 20, 2023, I caused a copy of the

foregoing document to be served upon all counsel of record via the CM/ECF system for the

United States District Court for the District of Maryland.


<u>*/s/ Gregory F. Jacob*</u>
Gregory F. Jacob