**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

| | |
|---|---|
| JASON ALFORD, *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 1:23-cv-00358-JRR |
| THE NFL PLAYER DISABILITY & SURVIVOR BENEFIT PLAN, *et al.*, | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING**
**DEFENDANTS' JOINT RULE 12(b)(6) MOTION TO DISMISS**

Upon consideration of Defendants' Joint Rule 12(b)(6) Motion to Dismiss and any opposition and replies thereto, it is hereby

**ORDERED** that Defendants' Joint Rule 12(b)(6) Motion to Dismiss is **GRANTED**.  It is further

**ORDERED** that Plaintiffs' Class Action Complaint is **DISMISSED with prejudice** as to all Defendants.  It is further

**ORDERED** that judgment shall enter in favor of Defendants and against Plaintiffs.

Date: _____ __, 20__.                                          IT IS SO ORDERED.

                                                          _____
                                                          Hon. Julie R. Rubin
                                                          United States District Judge