*Alford, et al. v. The NFL Player Disability & Survivor Benefit Plan, et al.*
Case No. 1:23-cv-00358-JRR

**INDEX OF EXHIBITS IN SUPPORT OF
DEFENDANTS' JOINT RULE 12(b)(6) MOTION TO DISMISS**

| Exhibit Letter | Exhibit |
|---|---|
| A | 2016–2021 IRS Form 5500s |
| B | April 1, 2021 Retirement Plan Document |
| C | April 1, 2021 Disability Plan Document |
| D | 2022 Disability Plan Summary Plan Description |
| E | Alford Feb. 14, 2020 Board Decision Letter |
| F | Alford April 12, 2022 Committee Decision Letter |
| G | Alford March 10, 2023 Board Decision Letter |
| H | Loper Feb. 19, 2019 Board Decision Letter |
| I | Loper Nov. 15, 2021 Board Decision Letter |
| J | McGahee Aug. 8, 2016 Committee Decision Letter |
| K | McGahee Nov. 22, 2022 Board Decision Letter |
| L | McKenzie Nov. 22, 2019 Board Decision Letter |
| M | McKenzie June 6, 2022 Board Decision Letter |
| N | Olawale June 6, 2022 Board Decision Letter |
| O | Parsons May 18, 2018 Board Decision Letter |
| P | Smith Feb. 24, 2014 Board Decision Letter |
| Q | Smith April 13, 2015 Committee Decision Letter |
| R | Smith Nov. 22, 2019 Board Decision Letter |
| S | Sims June 11, 2021 Committee Decision Letter |
| T | Sims June 3, 2022 Board Decision Letter |
| U | Thomas Feb. 13, 2020 Board Decision Letter |
| V | Thomas March 9, 2023 Board Decision Letter |
| W | Zeno Nov. 22, 2022 Board Decision Letter |
| X | *Cloud v. Bert Bell/Pete Rozelle NFL Player Ret. Plan*, 3:20-cv-01277-S (N.D. Tex.), Trial Tr., vol. 3, 52–64, 173–84 |
| Y | *Cloud v. Bert Bell/Pete Rozelle NFL Player Ret. Plan*, 3:20-cv-01277-S (N.D. Tex.) Trial Tr., vol. 5, 77–88 |