UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BALTIMORE DIVISION

| | |
|---|---|
| JASON ALFORD, DANIEL LOPER, WILLIS MCGAHEE, MICHAEL MCKENZIE, JAMIZE OLAWALE, ALEX PARSONS, ERIC SMITH, CHARLES SIMS, JOEY THOMAS, and LANCE ZENO, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>  vs.<br><br>THE NFL PLAYER DISABILITY & SURVIVOR BENEFIT PLAN; THE NFL PLAYER DISABILITY & NEUROCOGNITIVE BENEFIT PLAN; THE BERT BELL/PETE ROZELLE NFL PLAYER RETIREMENT PLAN; THE DISABILITY BOARD OF THE NFL PLAYER DISABILITY & NEUROCOGNITIVE BENEFIT PLAN; DENNIS CURRAN; JACOB FRANK; BELINDA LERNER; SAM MCCULLUM; ROBERT SMITH; JEFF VAN NOTE; and ROGER GOODELL,<br><br>      Defendants. | Case No. 1:23-cv-00358-JRR |

**PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' JOINT RULE 12(b)(6) MOTION TO DISMISS THE COMPLAINT**

Pursuant to Rule 105.9 of the Local Rules of the U.S. District Court for the District of Maryland ("Local Rules"), Plaintiffs, by and through undersigned counsel, request that the Court enter an order extending the deadline for their response to Defendants' Joint Rule 12(b)(6) Motion to Dismiss (ECF No. 53) ("Joint Motion to Dismiss") to June 5, 2023. A proposed order accompanies the instant motion.

On April 21, 2023, Defendants filed their Joint Motion to Dismiss (ECF No. 53). Pursuant to Rule 105.2(a) of the Local Rules, Plaintiffs' response to the Joint Motion to Dismiss is currently due on May 5, 2023. In light of the numerous arguments in the 44-page memorandum in support of Defendants' motion (ECF No. 53-1) as well as the numerous exhibits presented in support of the motion (ECF Nos. 53-6 to 53-30), Plaintiffs request additional time to respond to the Joint Motion to Dismiss.

In their respective consent motions for a 45-day extension of time to respond the Complaint (ECF Nos. 17, 24)—which the Court granted (ECF Nos. 22, 34)—Defendants advised that they, in turn, consented to a reciprocal 45 days for Plaintiffs to respond to any motion filed in lieu of answer.

Dated: April 27, 2023

        Respectfully submitted,

        **MIGLIACCIO & RATHOD LLP**

By:   */s/ Jason S. Rathod*
      Jason S. Rathod
      Nicholas A. Migliaccio
      412 H Street, N.E.
      Washington, DC 20002
      Telephone: (202) 470-3520
      Facsimile: (202) 800-2730
      jrathod@classlawdc.com
      nmigliaccio@classlawdc.com

Christopher A. Seeger *(admitted pro hac vice)*
Diogenes P. Kekatos *(admitted pro hac vice)*
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
cseeger@seegerweiss.com
dkekatos@seegereiss.com

Bryan F. Aylstock *(admitted pro hac vice)*
Justin G. Witkin *(admitted pro hac vice)*
Douglass A. Kreis *(admitted pro hac vice)*
D. Nicole Guntner *(admitted pro hac vice)*
**AYLSTOCK, WITKIN, KREIS, & OVERHOLTZ, PLLC**
17 E. Main Street, Suite 200
Pensacola, FL 32502
Telephone:  (850) 202-1010
BAylstock@awkolaw.com
JWitkin@awkolaw.com
DKreis@awkolaw.com
NGuntner@awkolaw.com

Samuel L. Katz *(admitted pro hac vice)*
Julia M. Damron *(admitted pro hac vice)*
**ATHLAW LLP**
8383 Wilshire Blvd., Suite 800
Beverly Hills, CA 90211
Telephone:  (818) 454-3652
samkatz@athlawllp.com
julia@athlawllp.com

Robert K. Scott *(admitted pro hac vice)*
Gerry H. Goldsholle *(admitted pro hac vice)*
**ADVOCATE LAW GROUP P.C.**
2330 Marinship Way, Suite 260
Sausalito, CA 94965
Telephone:  (949) 753-4950
bob@advocatelawgroup.com
gerry@advocatelawgroup.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 27, 2023, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Jason S. Rathod
Jason S. Rathod