UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BALTIMORE DIVISION

| | |
|---|---|
| JASON ALFORD, DANIEL LOPER, WILLIS MCGAHEE, MICHAEL MCKENZIE, JAMIZE OLAWALE, ALEX PARSONS, ERIC SMITH, CHARLES SIMS, JOEY THOMAS, and LANCE ZENO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE NFL PLAYER DISABILITY & SURVIVOR BENEFIT PLAN; THE NFL PLAYER DISABILITY & NEUROCOGNITIVE BENEFIT PLAN; THE BERT BELL/PETE ROZELLE NFL PLAYER RETIREMENT PLAN; THE DISABILITY BOARD OF THE NFL PLAYER DISABILITY & NEUROCOGNITIVE BENEFIT PLAN; DENNIS CURRAN; JACOB FRANK; BELINDA LERNER; SAM MCCULLUM; ROBERT SMITH; JEFF VAN NOTE; and ROGER GOODELL,<br><br>Defendants. | Case No. 1:23-cv-00358-JRR |

### [PROPOSED] ORDER

Plaintiffs' Consent Motion for Extension of Time to Respond to Defendants' Joint Rule 12(b)(6) Motion to Dismiss the Complaint ("Joint Motion to Dismiss") is hereby GRANTED.

The deadline for Plaintiffs to respond to the Joint Motion to Dismiss is hereby extended to June 5, 2023.

It is so ordered.

_____
JULIE R. RUBIN
United States District Judge