## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

### BALTIMORE DIVISION

| | |
|---|---|
| JASON ALFORD, DANIEL LOPER, WILLIS MCGAHEE, MICHAEL MCKENZIE, JAMIZE OLAWALE, ALEX PARSONS, ERIC SMITH, CHARLES SIMS, JOEY THOMAS, and LANCE ZENO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE NFL PLAYER DISABILITY & SURVIVOR BENEFIT PLAN; THE NFL PLAYER DISABILITY & NEUROCOGNITIVE BENEFIT PLAN; THE BERT BELL/PETE ROZELLE NFL PLAYER RETIREMENT PLAN; THE DISABILITY BOARD OF THE NFL PLAYER DISABILITY & NEUROCOGNITIVE BENEFIT PLAN; DENNIS CURRAN; JACOB FRANK; BELINDA LERNER; SAM MCCULLUM; ROBERT SMITH; JEFF VAN NOTE; and ROGER GOODELL,<br><br>Defendants. | **Case No. 1:23-cv-00358-JRR** |

### <u>ORDER</u>

Upon consideration of Plaintiffs' Consent Motion for Extension of Time to Respond to Defendants' Joint Rule 12(b)(6) Motion to Dismiss the Complaint (ECF No. 54), it is this 1st day of May 2023, hereby

**ORDERED** that the Motion for Extension of Time shall be, and is hereby, **GRANTED**; and it is further

**ORDERED** that the deadline for Plaintiffs to respond to the Joint Motion to Dismiss (ECF No. 53) is hereby extended to June 5, 2023.

/s/
_____

JULIE R. RUBIN
United States District Judge