IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| JASON ALFORD *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE NFL PLAYER DISABILITY &<br>SURVIVOR BENEFIT PLAN *et al.*,<br><br>Defendants. | Case No. 1:23-cv-00358-JRR |

### [PROPOSED] ORDER

Upon consideration of the Parties' Joint Motion for Leave to Extend Deadlines and Exceed Page Limitations (ECF No. __), it is this __th/st day of May 2023, hereby

**ORDERED** that the Joint Motion for Leave to Extend Deadlines shall be, and is hereby, **GRANTED**; and it is further

**ORDERED** that the deadline for Defendants to jointly respond to the Amended Class Action Complaint (ECF No. 56) is hereby extended to June 27, 2023; and it is further

**ORDERED** that the deadline for Plaintiffs to respond to Defendants' joint motion to dismiss is hereby extended to August 11, 2023; and it is further

**ORDERED** that the deadline for Defendants to reply in support of their joint motion to dismiss is hereby extended to September 14, 2023; and it is further

**ORDERED** that the length limitation for Defendants' joint motion to dismiss and Plaintiffs' response thereto is hereby extended to 60 pages.

_____
JULIE R. RUBIN
United States District Judge