UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JASON ALFORD, et al., | ) |
|       Plaintiffs, | ) Civil Action No. 1:23-cv-00358-BPG |
| v. | ) |
| THE NFL PLAYER DISABILITY & SURVIVOR BENEFIT PLAN, et al. | ) |
|       Defendants. | ) |

### NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Matthew M. Saxon, William G. Miossi and John W.H. Harding as counsel of record for and on behalf of Defendant Hoby Brenner in the above-captioned matter. We certify that we are admitted or otherwise authorized to practice in this Court.

Dated: June 27, 2023

Respectfully submitted,

/s/ Matthew M. Saxon
Matthew M. Saxon (#19604)
William G. Miossi (admitted *pro hac vice*)
John W.H. Harding (admitted *pro hac vice*)
WINSTON & STRAWN LLP
1901 L Street N.W.
Washington, DC 20036-3506
Telephone: 202-282-5000
Facsimile: 202-282-5100
msaxon@winston.com
wmiossi@winston.com
jwharding@winston.com

*Counsel for Defendants Sam McCullum, Robert Smith and Hoby Brenner*