IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| JASON ALFORD, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE NFL PLAYER DISABILITY &<br>SURVIVOR BENEFIT PLAN, *et al.*,<br><br>    Defendants. | Case No. 1:23-cv-00358-JRR |

## ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter the appearance of Stacey R. Eisenstein, Nathan J. Oleson, and Amanda S. McGinn as counsel of record in this case for Defendant Larry Ferazani.

    We certify that we are admitted or otherwise authorized to practice in this Court.

| | |
|---|---|
| Date: June 27, 2023 | Respectfully submitted,<br>*s/ Nathan J. Oleson*<br>Nathan J. Oleson<br>Stacey R. Eisenstein<br>Amanda S. McGinn (*pro hac vice*)<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>2001 K Street, N.W.<br>Washington, DC 20006<br>Telephone: (202) 887-4000<br>Facsimile: (202) 887-4288<br>Email: noleson@akingump.com<br>Email: seisenstein@akingump.com<br>Email: amcginn@akingump.com<br><br>*Defendant Larry Ferazani* |