IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| JASON ALFORD *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE NFL PLAYER DISABILITY &<br>SURVIVOR BENEFIT PLAN *et al.*,<br><br>Defendants. | Case No. 1:23-cv-00358-JRR |

**[PROPOSED] <u>ORDER</u>**

Upon consideration of Defendants' Joint Rule 12(b)(6) Motion to Dismiss Plaintiffs' Amended Class Action Complaint and any opposition and reply thereto, it is this __ th/st day of __ 2023, hereby

**ORDERED** that Defendants' Joint Rule 12(b)(6) Motion to Dismiss Plaintiffs' Amended Class Action Complaint shall be, and is hereby, **GRANTED**; and it is further

**ORDERED** that Plaintiffs' Amended Class Action Complaint is **DISMISSED with prejudice** as to all Defendants. It is further

**ORDERED** that judgment shall enter in favor of Defendants and against Plaintiffs.

_____<br>
JULIE R. RUBIN<br>
United States District Judge