# EXHIBIT Q



**NFL Player Disability & Neurocognitive Benefit Plan**

200 Saint Paul Street, Suite 2420 | Baltimore, MD 21202 | 800-638-3186 | Fax 410-783-0041

VIA FEDERAL EXPRESS

April 13, 2015

Mr. Eric Smith
3892 Jody Ct.
Blasedell, NY 14219

Re: Application for Line-Of-Duty Disability Benefits
    Initial Decision by Disability Initial Claims Committee

Dear Mr. Smith:

On April 10, 2015, the Disability Initial Claims Committee of the NFL Player Disability & Neurocognitive Benefit Plan ("Plan") determined that you qualify for line-of-duty disability benefits, effective January 1, 2015. (See Plan §5.2). Under the terms of the Plan, your gross monthly benefit will be $3,380.

Disability payments are taxable income. Enclosed is a Tax Withholding Form for you to complete and return to this Office. Payments may not commence until the Tax Withholding Form is received by the Plan Office. The particulars surrounding this benefit will be described in the letter that accompanies your first check.

If you have any questions, please contact the Plan Office.

Very truly yours,

Elise Richard
Benefits Coordinator
on behalf of the Disability Initial Claims Committee

er

Enclosures