# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# BALTIMORE DIVISION

JASON ALFORD *et al.*,

    Plaintiffs,

v.

THE NFL PLAYER DISABILITY & SURVIVOR BENEFIT PLAN *et al.*,

    Defendants.

Case No. 1:23-cv-00358-JRR

## [PROPOSED] ORDER

Upon Consideration of Defendants' Joint Unopposed Motion for Leave to Exceed Page Limitation for Reply in Support of Motion to Dismiss (ECF No. ___), it is this ___ day of August 2023, hereby

**ORDERED** that Defendants' Joint Unopposed Motion for Leave to Exceed Page Limitation for Reply in Support of Motion to Dismiss shall be, and is hereby, **GRANTED**; and it is further

**ORDERED** that the length limitation for Defendants' reply in support of their joint motion to dismiss is hereby extended to 25 pages.

Date: August __, 2023.

 

_____
JULIE R. RUBIN
United States District Judge