IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

JASON ALFORD *et al.*,

    Plaintiffs,

v.

THE NFL PLAYER DISABILITY &
SURVIVOR BENEFIT PLAN *et al.*,

    Defendants.

Case No. 1:23-cv-00358-JRR

## ORDER

Upon Consideration of Defendants' Joint Unopposed Motion for Leave to Exceed Page Limitation for Reply in Support of Motion to Dismiss (ECF No. __71__), it is this __22nd__ day of August 2023, hereby

    **ORDERED** that Defendants' Joint Unopposed Motion for Leave to Exceed Page Limitation for Reply in Support of Motion to Dismiss shall be, and is hereby, **GRANTED**; and it is further

    **ORDERED** that the length limitation for Defendants' reply in support of their joint motion to dismiss is hereby extended to 25 pages.

Date: August __22__, 2023.

                                                      /S/
                                        JULIE R. RUBIN
                                        United States District Judge