IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **JASON ALFORD,** *et al.*,<br><br>*Plaintiffs,*<br>v.<br><br>**THE NFL PLAYER DISABILITY &<br>SURVIVOR BENEFIT PLAN,** *et al.*,<br><br>*Defendants.* | **Civil No. 1:23-cv-00358-JRR** |

# ORDER

This matter comes before the court on Defendants' Joint Rule 12(b)(6) Motion to Dismiss Plaintiffs' Amended Class Action Complaint. (ECF No. 69; the "Motion.") The court has reviewed all papers. No hearing is necessary. Local Rule 105.6 (D. Md. 2023). For the reasons set forth in the accompanying memorandum opinion, it is this 20th day of March 2024:

**ORDERED** that the Motion shall be, and is hereby, **GRANTED IN PART** and **DENIED IN PART**: granted as to Counts I, II, III, IV, and V against the Trustees and the Commissioner; granted as to Count IV against all Defendants; and denied in other respects.

/S/

_____
Julie R. Rubin
United States District Judge

March 20, 2024