**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **JASON ALFORD,** *et al.*, <br><br> *Plaintiffs,* <br> v. <br><br> **THE NFL PLAYER DISABILITY & SURVIVOR BENEFIT PLAN,** *et al.*, <br><br> *Defendants.* | **Civil No. 1:23-cv-00358-JRR** |

**ORDER**

Having considered the Notice of Supplemental Authority in Support of Defendants' Joint Rule 12(b)(6) Motion to Dismiss Plaintiffs' Amended Class Action Complaint (ECF No. 77; citing *Detron Smith v. NFL Player Disability & Neurocognitive Benefit Plan*, Civil Action No. 22-CV-928 (W.D. Tex, Mar. 13, 2024)), the court's memorandum opinion and order issued March 20, 2024 (ECF Nos. 78 and 79), remain in full force and effect.

/S/

Julie R. Rubin
United States District Judge

March 21, 2024