**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION**

| | |
|---|---|
| JASON ALFORD *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>THE NFL PLAYER DISABILITY &<br>SURVIVOR BENEFIT PLAN *et al.*,<br><br>  Defendants. | Case No. 1:23-cv-00358-JRR |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Joint Consent Motion for Extension of Time to Answer Plaintiffs' Amended Class Action Complaint (ECF No. __), it is this __th/st day of March 2024, hereby

**ORDERED** that the Defendants' Joint Consent Motion for Extension of Time to Answer Plaintiffs' Amended Class Action Complaint (ECF No. __) shall be, and is hereby, **GRANTED**; and it is further

**ORDERED** that the deadline for Defendants to answer the Amended Class Action Complaint (ECF No. 56) is hereby extended to May 3, 2024.

_____
Julie R. Rubin
United States District Judge

March __, 2024.