# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# BALTIMORE DIVISION

JASON ALFORD *et al.*,

    Plaintiffs,

v.

THE NFL PLAYER DISABILITY & SURVIVOR BENEFIT PLAN *et al.*,

    Defendants.

Case No. 1:23-cv-00358-JRR

## ORDER

Upon consideration of Defendants' Joint Consent Motion for Extension of Time to Answer Plaintiffs' Amended Class Action Complaint, it is this 28th day of March 2024, hereby

**ORDERED** that the Defendants' Joint Consent Motion for Extension of Time to Answer Plaintiffs' Amended Class Action Complaint shall be, and is hereby, **GRANTED**; and it is further

**ORDERED** that the deadline for Defendants to answer the Amended Class Action Complaint (ECF No. 56) is hereby extended to May 3, 2024.

/s/
Julie R. Rubin
United States District Judge