UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BALTIMORE DIVISION

| | |
|---|---|
| JASON ALFORD, DANIEL LOPER, WILLIS MCGAHEE, MICHAEL MCKENZIE, JAMIZE OLAWALE, ALEX PARSONS, ERIC SMITH, CHARLES SIMS, JOEY THOMAS, and LANCE ZENO, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>  vs.<br><br>THE NFL PLAYER DISABILITY & SURVIVOR BENEFIT PLAN; THE NFL PLAYER DISABILITY & NEUROCOGNITIVE BENEFIT PLAN; THE BERT BELL/PETE ROZELLE NFL PLAYER RETIREMENT PLAN; THE DISABILITY BOARD OF THE NFL PLAYER DISABILITY & NEUROCOGNITIVE BENEFIT PLAN; LARRY FERAZANI; JACOB FRANK; BELINDA LERNER; SAM McCULLUM; ROBERT SMITH; HOBY BRENNER; and ROGER GOODELL,<br><br>      Defendants. | Case No. 1:23-cv-00358-JRR |

**PLAINTIFFS' MOTION FOR PARTIAL RECONSIDERATION OF THE COURT'S MEMORANDUM OPINION GRANTING IN PART AND DENYING IN PART DEFENDANTS' JOINT RULE 12(b)(6) MOTION TO DISMISS PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT**

Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure and Local Rule 105.10 of the Rules of this Court, Plaintiffs move for partial reconsideration of the Court's March 20, 2024 Memorandum Opinion (ECF No. 78), which granted in part and denied in part Defendants' Joint Rule 12(b)(6) Motion to Dismiss (ECF No. 69) Plaintiffs' Amended Class Action Complaint (ECF No. 56).

Specifically, Plaintiffs do not seek to have the Court reconsider any of its holdings. Rather, Plaintiffs move only to have the Court modify its decision to reflect that the applicable limitations period in this case bars any wrongful denial of benefits challenge under section 502(a)(1)(B) of the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1132(a)(1)(B), to a final adverse determination issued before August 9, 2019 rather than, as the Court determined, before May 12, 2020.

The reasons supporting this motion are set forth in the accompanying memorandum of law. A proposed order also accompanies this motion.

Dated: April 3, 2024

                                                Respectfully submitted,

                                              **MIGLIACCIO & RATHOD LLP**

By:             */s/ Jason S. Rathod*
                 Jason S. Rathod
                 Nicholas A. Migliaccio
                 412 H Street, N.E.
                 Washington, DC 20002
                 Telephone: (202) 470-3520
                 Facsimile: (202) 800-2730
                 jrathod@classlawdc.com
                 nmigliaccio@classlawdc.com

Christopher A. Seeger *(admitted pro hac vice)*
Diogenes P. Kekatos *(admitted pro hac vice)*
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
cseeger@seegerweiss.com
dkekatos@seegereiss.com

Samuel L. Katz *(admitted pro hac vice)*
Julia M. Damron *(admitted pro hac vice)*
**ATHLAW LLP**
8383 Wilshire Blvd., Suite 800
Beverly Hills, CA 90211

Telephone: (818) 454-3652
samkatz@athlawllp.com
julia@athlawllp.com

Bryan F. Aylstock *(admitted pro hac vice)*
Justin G. Witkin *(admitted pro hac vice)*
Douglass A. Kreis *(admitted pro hac vice)*
D. Nicole Guntner *(admitted pro hac vice)*
**AYLSTOCK, WITKIN, KREIS, & OVERHOLTZ, PLLC**
17 E. Main Street, Suite 200
Pensacola, FL 32502
Telephone: (850) 202-1010
BAylstock@awkolaw.com
JWitkin@awkolaw.com
DKreis@awkolaw.com
NGuntner@awkolaw.com

Robert K. Scott *(admitted pro hac vice)*
Gerry H. Goldsholle *(admitted pro hac vice)*
**ADVOCATE LAW GROUP P.C.**
2330 Marinship Way, Suite 260
Sausalito, CA 94965
Telephone: (949) 753-4950
bob@advocatelawgroup.com
gerry@advocatelawgroup.com