IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Jason Alford, et al.,                        *

**Plaintiff,**
                                             *

v.  The NFL Disability &                     Case No.  1:23-cv-00358- JRR
    Survivor Benefit Plan, et al.,           *

**Defendant.**                               *

### ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter nter my appearance as counsel in this case for Defendants, the NFL Player Disability & Survivor Benefit Plan, the NFL Player Disability & Neurocognitive Benefit Plan, the Bert Bell/ Pete Rozelle NFL Player Retirement Plan, and the Disability Board of the NFL Player Disability & Neurocognitive Benefit Plan.

I certify that I am admitted to practice in this Court.


May 22, 2024                                 /s/ Meredith Garagiola
Date                                         Signature

                                             Meredith Garagiola, DC Bar No. 1011074
                                             Printed name and bar number

                                             O'Melveny & Myers LLP
                                             1625 Eye St., NW
                                             Washington, DC 20006
                                             Address

                                             mgaragiola@omm.com
                                             Email address

                                             202-383-5300
                                             Telephone number

                                             202-383-5414
                                             Fax number