IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Jason Alford, et al.,                *

**Plaintiff,**
                                     *

v.  The NFL Disability &             *    Case No.  1:23-cv-00358- JRR
    Survivor Benefit Plan, et al.,
                                     *

**Defendant.**                       *

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter nter my appearance as counsel in this case for Defendants, the NFL Player Disability & Survivor Benefit Plan, the NFL Player Disability & Neurocognitive Benefit Plan, the Bert Bell/ Pete Rozelle NFL Player Retirement Plan, and the Disability Board of the NFL Player Disability & Neurocognitive Benefit Plan.

I certify that I am admitted to practice in this Court.

May 22, 2024                          /s/ Elizabeth McKeen
Date                                  Signature

                                      Elizabeth McKeen, CA Bar No. 216690
                                      Printed name and bar number
                                      O'Melveny & Myers LLP
                                      610 Newport Ctr. Dr.
                                      Newport Beach, CA 92660
                                      Address

                                      emckeen@omm.com
                                      Email address

                                      949-823-6900
                                      Telephone number

                                      949-823-6994
                                      Fax number