## ATTACHMENT A

**Motion for Admission *Pro Hac Vice* of Derek G. Barella**

| U.S. Courts | Date of Admission |
|---|---|
| U.S.D.C. – Illinois Northern District (General) | 12/20/1994 |
| U.S.D.C. – Illinois Northern District (Trial) | 10/26/2004 |
| U.S.D.C. – Illinois Central District Court | 05/27/2003 |
| U.S.D.C. – Indiana, Northern District | 06/06/1997 |
| U.S.D.C. – Indiana, Southern District | 11/08/1996 |
| U.S.C.A. – 6th Circuit | 7/29/2011 |
| U.S.C.A. – 7th Circuit | 04/13/2000 |