UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JASON ALFORD, et al., | ) |
| Plaintiffs, | ) ) ) Civil Action No. 1:23-cv-00358-BPG |
| v. | ) ) ) |
| THE NFL PLAYER DISABILITY & SURVIVOR BENEFIT PLAN, et al. | ) ) ) |
| Defendants. | ) ) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Consistent with Local Rule 101(2)(a), notice is hereby given that, subject to approval by the court, Defendants Sam McCullum, Robert Smith, and Hoby Brenner substitute Derek G. Barella as counsel of record in place of William G. Miossi, who is retiring from the practice of law. Matthew M. Saxon and John W. H. Harding will also continue to represent Defendants McCullum, Smith, and Brenner with Mr. Barella to the extent that such representation is necessary.

Dated:  May 29, 2024 Respectfully submitted,

/s/ Matthew M. Saxon
Matthew M. Saxon (#19604)
John W.H. Harding (admitted *pro hac vice*)
WINSTON & STRAWN LLP
1901 L Street N.W.
Washington, DC 20036-3506
Telephone: 202-282-5000
Facsimile: 202-282-5100
msaxon@winston.com
jwharding@winston.com

Derek G. Barella (*pro hac vice* pending)
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, Il 60601
Telephone: 312-558-5600
Facsimile: 312-558-5700
dbarella@winston.com

*Counsel for Defendants Sam McCullum, Robert Smith and Hoby Brenner*

2