UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| **JASON ALFORD,** *et al.*, ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **THE NFL PLAYER DISABILITY &** ) <br> **SURVIVOR BENEFIT PLAN,** *et al.*, ) <br> ) <br> **Defendants.** ) | **Case No.: 1:23-cv-00358-JRR** |

**JOINT MOTION TO EXTEND DEADLINES IN
AMENDED SCHEDULING ORDER**

Pursuant to Rule 105.9 of the Local Rules of this Court, the Parties in the above-captioned action, having conferred and agreed, hereby jointly move this Court to extend the deadlines for expert disclosures pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure that are currently set forth in the Amended Scheduling Order entered on June 3, 2024 (ECF No. 94). The Parties respectfully request the following modifications to the below deadlines:

1. Plaintiffs shall make their Rule 26(a)(2) disclosure(s) no later than **October 7, 2024**, extended from July 22, 2024.

2. Defendants shall make their Rule 26(a)(2) disclosure(s) no later than **November 20, 2024**, extended from August 22, 2024.

3. Plaintiffs shall make their rebuttal Rule 26(a)(2) disclosure(s) by no later than **December 18, 2024**, extended from September 12, 2024.

WHEREFORE, the Parties respectfully request that the Court extend the Rule 26(a)(2) deadlines in the Amended Scheduling Order.

Dated: July 19, 2024

                                        Respectfully submitted,

                                        **MIGLIACCIO & RATHOD LLP**

By:    */s/ Jason S. Rathod*
        Jason S. Rathod
        Nicholas A. Migliaccio
        412 H Street, N.E.
        Washington, DC 20002
        Telephone:  (202) 470-3520
        Facsimile:   (202) 800-2730
        jrathod@classlawdc.com
        nmigliaccio@classlawdc.com

Christopher A. Seeger *(admitted pro hac vice)*
Diogenes P. Kekatos *(admitted pro hac vice)*
Hillary R. Fidler *(admitted pro hac vice)*
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone:  (973) 639-9100
cseeger@seegerweiss.com
dkekatos@seegereiss.com
hfidler@seegerweiss.com

Benjamin R. Barnett
**SEEGER WEISS LLP**
325 Chestnut St, Suite 917
Philadelphia, PA 19106
Telephone:  (215) 553-7990
bbarnett@seegerweiss.com

Samuel L. Katz *(admitted pro hac vice)*
Julia M. Damron *(admitted pro hac vice)*
**ATHLAW LLP**
8383 Wilshire Blvd., Suite 800
Beverly Hills, CA 90211
Telephone:  (818) 454-3652
samkatz@athlawllp.com
julia@athlawllp.com

Bryan F. Aylstock *(admitted pro hac vice)*
Justin G. Witkin *(admitted pro hac vice)*
Douglass A. Kreis *(admitted pro hac vice)*
D. Nicole Guntner *(admitted pro hac vice)*

**AYLSTOCK, WITKIN, KREIS, & OVERHOLTZ, PLLC**
17 E. Main Street, Suite 200
Pensacola, FL 32502
Telephone: (850) 202-1010
BAylstock@awkolaw.com
JWitkin@awkolaw.com
DKreis@awkolaw.com
NGuntner@awkolaw.com

Robert K. Scott *(admitted pro hac vice)*
Gerry H. Goldsholle *(admitted pro hac vice)*
**ADVOCATE LAW GROUP P.C.**
2330 Marinship Way, Suite 260
Sausalito, CA 94965
Telephone: (949) 753-4950
bob@advocatelawgroup.com
gerry@advocatelawgroup.com

*Attorneys for Plaintiffs*
*and the Proposed Class and Subclasses*

/s/ *Gregory F. Jacob*
Gregory F. Jacob (D. Md. Bar No. 06769)
Meredith N. Garagiola (*pro hac vice*)
O'MELVENY & MYERS LLP
1625 Eye Street, N.W., 10th Floor
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
Email: gjacob@omm.com
Email: mgaragiola@omm.com

Elizabeth L. McKeen (*pro hac vice*)
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994
Email: emckeen@omm.com

*Attorneys for Defendants The NFL Player Disability & Survivor Benefit Plan, The NFL Player Disability & Neurocognitive Benefit Plan, The Bert Bell/Pete Rozelle NFL Player Retirement Plan, and The Disability Board of the NFL Player Disability & Neurocognitive Benefit Plan*