UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| JASON ALFORD, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No.: 1:23-cv-00358-JRR |
| THE NFL PLAYER DISABILITY & SURVIVOR BENEFIT PLAN, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES IN AMENDED SCHEDULING ORDER**

The Parties' Joint Motion to Extend Deadlines in Amended Scheduling Order is hereby GRANTED. Accordingly, it is hereby ORDERED that the following deadlines set forth in the Amended Scheduling Order entered on June 3, 2024 (ECF No. 94) are modified as follows:

1. Plaintiffs shall make their Rule 26(a)(2) disclosure(s) no later than **October 7, 2024**.

2. Defendants shall make their Rule 26(a)(2) disclosure(s) no later than **November 20, 2024**.

3. Plaintiffs shall make their rebuttal Rule 26(a)(2) disclosure(s) by no later than **December 18, 2024**.

Dated: _____, 2024

_____
JULIE R. RUBIN
United States District Judge