UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BALTIMORE DIVISION

| | |
|---|---|
| JASON ALFORD, DANIEL LOPER, WILLIS MCGAHEE, MICHAEL MCKENZIE, JAMIZE OLAWALE, ALEX PARSONS, ERIC SMITH, CHARLES SIMS, JOEY THOMAS, and LANCE ZENO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE NFL PLAYER DISABILITY & SURVIVOR BENEFIT PLAN; THE NFL PLAYER DISABILITY & NEUROCOGNITIVE BENEFIT PLAN; THE BERT BELL/PETE ROZELLE NFL PLAYER RETIREMENT PLAN; THE DISABILITY BOARD OF THE NFL PLAYER DISABILITY & NEUROCOGNITIVE BENEFIT PLAN; LARRY FERAZANI; JACOB FRANK; BELINDA LERNER; SAM MCCULLUM; ROBERT SMITH; HOBY BRENNER; and ROGER GOODELL,<br><br>Defendants. | Case No. 1:23-cv-00358-JRR |

**PLAINTIFFS' CONSENT MOTION FOR LEAVE TO
EXCEED PAGE LIMITATION OF MEMORANDUM IN
SUPPORT OF MOTION FOR CLASS CERTIFICATION**

Pursuant to Local Rule 105.3, Plaintiffs respectfully request leave to exceed the page limitation for their memorandum in support of their forthcoming motion for class certification by five additional pages. In support thereof, Plaintiffs state as follows:

1. Pursuant to the Amended Scheduling Order entered by the Court on June 3, 2024 (ECF No. 94), Plaintiffs must file their motion for class certification no later than September 3, 2024.

2.  Local Rule 105.3 provides that "[u]nless otherwise ordered by the Court, memoranda in support of a motion or in opposition thereto and trial briefs shall not exceed thirty-five (35) pages, and reply memoranda shall not exceed twenty (20) pages, exclusive of (a) affidavits and exhibits, (b) tables of contents and citations, and (c) addenda containing statutes, rules, regulations, and similar material."

3.  Given the nature of this action, including the extensive allegations in the Amended Class Action Complaint (ECF No. 56), the number of claims, and the need to thoroughly address the elements for class certification under Rule 23 of the Federal Rules of Civil Procedure, including the two separate bases for which Plaintiffs will be seeking certification—Rules 23(b)(1)(A) and 23(b)(2)—Plaintiffs request a modest five-page expansion of the page limit for their opening memorandum.

4.  On August 23, 2023, counsel for Defendants informed counsel for Plaintiffs that Defendants do not oppose this requested relief.

5.  Plaintiffs, in turn, consent to Defendants being afforded five additional pages for their joint opposition memorandum.

6.  Accordingly, Plaintiffs respectfully request the Court's leave to exceed the 35-page limitation on length set forth in Local Rule 105.3, and that it (a) permit Plaintiffs to file a memorandum in support of their class certification that shall not exceed 40 pages and (b) permit Defendants to file a joint memorandum in opposition to Plaintiffs' class certification motion that shall not exceed 40 pages.

WHEREFORE, Plaintiffs respectfully request that the Court grant them leave to file a memorandum of up to 40 pages in support of their forthcoming class certification motion and that it grant Defendants leave to file a joint memorandum of up to 40 pages in opposition to

Plaintiffs' forthcoming class certification motion.  A proposed Order accompanies this motion.

Dated: August 23, 2024

                                                      Respectfully submitted,

                                                     **MIGLIACCIO & RATHOD LLP**

By:   */s/ Jason S. Rathod*
       Jason S. Rathod
       Nicholas A. Migliaccio
       412 H Street, N.E.
       Washington, DC 20002
       Telephone:  (202) 470-3520
       jrathod@classlawdc.com
       nmigliaccio@classlawdc.com

*Counsel for Plaintiffs*

Christopher A. Seeger *(admitted pro hac vice)*
Diogenes P. Kekatos *(admitted pro hac vice)*
Hillary R. Fidler *(admitted pro hac vice)*
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone:  (973) 639-9100
cseeger@seegerweiss.com
dkekatos@seegereiss.com
hfidler@seegerweiss.com

Benjamin R. Barnett
**SEEGER WEISS LLP**
325 Chestnut St, Suite 917
Philadelphia, PA 19106
Telephone:  (215) 553-7990
bbarnett@seegerweiss.com

Samuel L. Katz *(admitted pro hac vice)*
Julia M. Damron *(admitted pro hac vice)*
**ATHLAW LLP**
8383 Wilshire Blvd., Suite 800
Beverly Hills, CA 90211
Telephone:  (818) 454-3652
samkatz@athlawllp.com
julia@athlawllp.com

3

Bryan F. Aylstock *(admitted pro hac vice)*
Justin G. Witkin *(admitted pro hac vice)*
Douglass A. Kreis *(admitted pro hac vice)*
D. Nicole Guntner *(admitted pro hac vice)*
**AYLSTOCK, WITKIN, KREIS, & OVERHOLTZ, PLLC**
17 E. Main Street, Suite 200
Pensacola, FL 32502
Telephone: (850) 202-1010
BAylstock@awkolaw.com
JWitkin@awkolaw.com
DKreis@awkolaw.com
NGuntner@awkolaw.com

*Counsel for Plaintiffs and the*
*Proposed Class and Subclasses*

Robert K. Scott *(admitted pro hac vice)*
Gerry H. Goldsholle *(admitted pro hac vice)*
**ADVOCATE LAW GROUP P.C.**
2330 Marinship Way, Suite 260
Sausalito, CA 94965
Telephone: (949) 753-4950
bob@advocatelawgroup.com
gerry@advocatelawgroup.com

*Additional Counsel for Plaintiffs*