*Alford v. The NFL Player Disability & Survivor Benefit Plan*,
No. 1:23-cv-00358-JRR

**INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION**

| Exhibit Letter | Exhibit |
|---|---|
| A | Firm biography of Seeger Weiss LLP |
| B | Firm biography of Athlaw LLP |
| C | Firm biography of Aylstock, Witkin, Kreis, & Overholtz, PLLC |
| D | Settlement Implementation Determination issued by the Honorable Anita B. Brody in *In re National Football League Players' Concussion Injury Litigation*, No. 2:12-md-02323-AB (E.D. Pa. Sept. 3, 2020) (SPID No. 100015138) (unpublished and not publicly docketed). |
| E | Firm biography of Migliaccio & Rathod LLP |