# EXHIBIT A

55 Challenger Road
Ridgefield Park, NJ 07660
P: 973-639-9100
F: 973-679-8656
seegerweiss.com

# SEEGERWEISS LLP

One of the preeminent trial law firms in the nation, Seeger Weiss is best known for its landmark verdicts and settlements in class action and multidistrict litigation on behalf of consumers, veterans, athletes, farmers, municipalities, counties, and other injured parties. Since its founding in 1999, the firm has led and tried some of the most complex and high-profile litigations in the nation, including multiple bellwether trials, in both state and federal courts.

## Team

**Managing partners:**
- Christopher A. Seeger
- Stephen A. Weiss
- David R. Buchanan

**Total partners:** 12

**Total lawyers:** 50

## Languages

- English
- German
- Hebrew
- Hindi
- Korean
- Russian
- Spanish
- Urdu

## Offices

**New Jersey**
55 Challenger Road
Ridgefield Park, NJ 07660

**New York**
100 Church Street
New York, NY 10007

**Pennsylvania**
325 Chestnut Street
Suite 917
Philadelphia, PA 19106

**Massachusetts**
1280 Centre Street
Suite 230
Newton, MA 02459

## Representative Cases

### Consumer Protection / Product Liability

*3M Combat Arms Earplug Products Liability Litigation*

NORTHERN DISTRICT OF FLORIDA – MDL No. 2885

Co-lead counsel in MDL prosecuting product liability claims arising from product. Over $6 billion settlement on behalf of 250,000 servicemembers and veterans.

*Philips Recalled CPAP, Bi-Level Pap, and Mechanical Ventilator Products Litigation*

WESTERN DISTRICT OF PENNSYLVANIA – MDL No. 3014

Co-lead counsel in MDL prosecuting claims arising from recalled medical device. Reached $1.075 billion personal injury settlement, uncapped $479 million economic loss settlement, and $25 million medical monitoring settlement for patients and payers impacted by recall.

*Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*

NORTHERN DISTRICT OF CALIFORNIA – MDL No. 3047

Appointed counsel to the co-leads and settlement counsel in MDL prosecuting product liability, negligence, nuisance, and other claims against social media platforms concering mental and physical harm to children and impact on schools.

*Intel Corp. CPU Marketing, Sales Practices & Products Liability Litigation*

DISTRICT OF OREGON – MDL No. 2828

Co-lead counsel in class action prosecuting consumer fraud, product defect and related claims.

*American Medical Collection Agency, Inc. Customer Data Security Breach Litigation*

DISTRICT OF NEW JERSEY – MDL No. 2904

Co-lead counsel (Quest Track) in class action prosecuting consumer data privacy claims.

*Davol, Inc. / C.R. Bard Inc. Polypropylene Hernia Mesh Products Liability Litigation*

SOUTHERN DISTRICT OF OHIO – MDL No. 2846

Executive Committee member in MDL prosecuting product liability claims arising from medical product.

**SEEGER**WEISS LLP

*Volkswagen "Clean Diesel" Marketing, Sales Practices, & Products Liability Litigation*

NORTHERN DISTRICT OF CALIFORNIA – MDL No. 2672

Steering Committee in class action arising from consumer fraud. Over $20 billion settlement on behalf of over 500,000 class members.

*Mercedes-Benz Emissions Litigation*

DISTRICT OF NEW JERSEY

Co-counsel prosecuting class action alleging consumer fraud, RICO, and related claims. $700 million settlement on behalf of class members.

*Fenner et al. v. General Motors LLC et al.*

EASTERN DISTRICT OF MICHIGAN

Co-counsel prosecuting class action alleging consumer fraud, RICO, and related claims.

*Counts et al. v. General Motors, LLC*

EASTERN DISTRICT OF MICHIGAN

Co-counsel prosecuting class action alleging consumer fraud, RICO, and related claims.

*Bledsoe et al. v. FCA US LLC et al.*

EASTERN DISTRICT OF MICHIGAN

Co-counsel prosecuting class action alleging consumer fraud, RICO, and related claims.

*Gamboa et al. v. Ford Motor Company et al.*

EASTERN DISTRICT OF MICHIGAN

Co-counsel prosecuting class action alleging consumer fraud, RICO, and related claims.

*Rickman v. BMW of North America*

DISTRICT OF NEW JERSEY

Co-counsel prosecuting class action alleging consumer fraud, RICO, and related claims.

*FieldTurf Artificial Turf Marketing & Sales Practices Litigation*

DISTRICT OF NEW JERSEY – MDL No. 2779

Co-lead counsel prosecuting class action for fraud, product defect, and related claims. Reached multimillion dollar class settlement.

*Chinese-Manufactured Drywall Products Liability Litigation*

EASTERN DISTRICT OF LOUISIANA – MDL No. 2047

Lead trial counsel and trial committee chair in MDL prosecuting fraud, product defect, and related claims. Over $1 billion settlement on behalf of nearly 5,000 plaintiffs.

*Depuy Orthopaedics, Inc. ASR Hip Implant Products Multidistrict Litigation*

NORTHERN DISTRICT OF OHIO – MDL No. 2197

Executive Committee in MDL prosecuting fraud, product defect, and related claims. $2.5 billion settlement.

## Antitrust

*Copaxone Antitrust Litigation*

DISTRICT OF NEW JERSEY

Plaintiffs' Liaison Counsel in class action prosecuting antitrust claims on behalf of third-party payors.

*Broiler Chicken Antitrust Litigation*

DISTRICT OF ILLINOIS

Co-Counsel prosecuting antitrust action concerning major commercial purchaser claims held by opt outs.

*Turkey Antitrust Litigation*

DISTRICT OF ILLINOIS

Co-Counsel prosecuting antitrust action concerning major commercial purchaser claims held by opt out.

*Cattle and Beef Antitrust Litigation*

DISTRICT OF MINNESOTA

Co-Counsel prosecuting antitrust action concerning major commercial purchaser claims held by opt outs.

*Pork Antitrust Litigation*

DISTRICT OF MINNESOTA

Co-Counsel prosecuting antitrust action concerning major commercial purchaser claims held by opt outs.

5

*Fragrance Direct PurchaserAntitrust Litigation*

DISTRICT OF NEW JERSEY

Co-Counsel prosecuting antitrust class action on behalf of direct commercial purchasers.

*Liquid Aluminum Sulfate Antitrust Litigation*

DISTRICT OF NEW JERSEY – MDL No. 2687

Plaintiffs' Steering Committee member in class action that asserted antitrust claims on behalf of water treatment chemical purchasers. $33 million settlement.

*Polyurethane Foam Antitrust Litigation*

NORTHERN DISTRICT OF OHIO – MDL No. 2196

Executive Committee member in class action that asserted antitrust claims on behalf of direct purchasers. Approximately $428 million settlement.

*Humira (Adalimumab) Antitrust Litigation*

NORTHERN DISTRICT OF ILLINOIS

Executive Committee member in class action that asserted antitrust claims for end-payors.

*German Automotive Manufacturers Antitrust Litigation*

NORTHERN DISTRICT OF CALIFORNIA – MDL No. 2796

Plaintiffs' Steering Committee member in class action that asserted consumer antitrust claims.

## Catastrophic Injury

*NFL Players' Concussion Injury Litigation*

EASTERN DISTRICT OF PENNSYLVANIA – MDL No. 2323

Co-lead counsel and chief negotiator for class of former NFL players. Over $1 billion uncapped settlement fund plus medical testing program on behalf of over 20,000 plaintiffs.

*Wildcats Bus Crash Litigation*

NEW YORK SUPREME COURT OF LIVINGSTON COUNTY

Lead counsel. $2.25 million verdict followed by $36 million settlement on behalf of 11 plaintiffs.

## Drug Injury

*Glucagon-like Peptide-1 Receptor Agonists (GLP-1 RAs) Products Liability Litigation*

DISTRICT OF Eastern Pennsylvania – MDL No. 3094

Co-lead counsel in ongoing MDL representing individuals injured by new class of diabetes and weight loss medications.

SEEGER WEISS LLP

*Proton-Pump Inhibitor Products Liability Litigation (No. II)*

DISTRICT OF NEW JERSEY – MDL No. 2789

Co-lead counsel in ongoing MDL representing individuals injured by gastric acid reduction medication. $533.5 million in settlements with multiple defendants.

*Elmiron (Pentosan Polysulfate Sodium) Products Liability Litigation*

DISTRICT OF NEW JERSEY – MDL No. 2973

Co-lead counsel in MDL representing individuals injured by interstitial cystitis medication.

*Testosterone Replacement Therapy Products Liability Litigation*

NORTHERN DISTRICT OF ILLINOIS – MDL No. 2545

Co-lead counsel and lead trial counsel in MDL representing individuals injured by testosterone medication. $140 million verdict in bellwether case Konrad v. AbbVie Inc. and $150 million verdict in bellwether case Mitchell v. AbbVie Inc.

*Invokana Products Liability Litigation*

DISTRICT OF NEW JERSEY – MDL No. 2750

Co-lead counsel in MDL representing individuals injured by diabetes medication. Confidential settlement on behalf of plaintiffs.

*Vioxx Products Liability Litigation*

EASTERN DISTRICT OF LOUISIANA – MDL No. 1657

Co-lead counsel in MDL representing individuals injured by pain medication. $4.85 billion global settlement on behalf of more than 45,000 plaintiffs in approximately 27,000 claims.

*Zyprexa Products Liability Litigation*

EASTERN DISTRICT OF NEW YORK – MDL No. 1596

Liaison counsel. $700 million first-round settlement and $500 million second-round settlement.

*Kendall v. Hoffman-La Roche, Inc.*

SUPREME COURT OF NEW JERSEY

Co-trial counsel. $10.6 million verdict on behalf of plaintiff.

*McCarrell v. Hoffman-La Roche, Inc.*

SUPREME COURT OF NEW JERSEY

Liaison counsel. $25.16 million verdict on behalf of plaintiff.

**SEEGERWEISS** LLP

*Rossitto & Wilkinson v. Hoffmann La Roche, Inc.*

NEW JERSEY SUPERIOR COURT

Lead trial counsel. $18 million verdict on behalf of two plaintiffs.

*Accutane Litigation*

NEW JERSEY SUPERIOR COURT – MDL No. 2523

Lead trial counsel. $25.5 million verdict on behalf of plaintiff.

*Humeston v. Merck & Co.*

NEW JERSEY SUPERIOR COURT

Co-trial counsel. $47.5 million verdict on behalf of plaintiff.

*Vytorin/Zetia Marketing, Sales Practices, & Products Liability Litigation*

DISTRICT OF NEW JERSEY – MDL No. 1938

Co-liaison counsel and principal negotiator. $41.5 million settlement.

*Phenylpropanolamine (PPA) Products Liability Litigation*

WESTERN DISTRICT OF WASHINGTON – MDL No. 1407

Co-lead counsel and principal negotiator. Over $40 million nationwide settlement.

*Xarelto (Rivaroxaban) Products Liability Litigation*

EASTERN DISTRICT OF LOUISIANA – MDL No. 2592

Plaintiffs' Steering Committee member in MDL. $775 million settlement on behalf of more than 25,000 plaintiffs.

## Governmental Representation

*Insulin Pricing Litigation*

DISTRICT OF NEW JERSEY – MDL No. 3080

Co-lead counsel of the self-funded payer track prosecuting RICO, fraud, unjust enrichment, and consumer protection claims.

*State of Arizona v. Optum Incorporated et al.*

DISTRICT OF NEW JERSEY

Co-counsel prosecuting RICO, fraud, unjust enrichment, and consumer protection claims.

8

*Pinellas County, Florida v. Eli Lilly and Company et al.*

DISTRICT OF NEW JERSEY
Co-counsel prosecuting RICO, fraud, unjust enrichment, and consumer protection claims.

*Lake County, Illinois v. Eli Lilly and Company et al.*

DISTRICT OF NEW JERSEY
Co-counsel prosecuting RICO, fraud, unjust enrichment, and consumer protection claims.

*County of Albany, New York v. Eli Lilly and Company et al.*

DISTRICT OF NEW JERSEY
Co-counsel prosecuting RICO, fraud, unjust enrichment, and consumer protection claims.

*City of Cleveland, Ohio v. Eli Lilly and Company et al.*

DISTRICT OF NEW JERSEY
Co-counsel prosecuting RICO, fraud, unjust enrichment, and consumer protection claims.

*County of Monmouth, New Jersey v. Eli Lilly and Company et al.*

DISTRICT OF NEW JERSEY
Co-counsel prosecuting RICO, fraud, unjust enrichment, and consumer protection claims.

*National Prescription Opiate Litigation*

NORTHERN DISTRICT OF OHIO – MDL No. 2804
Member of Plaintiffs' Executive Committee, Settlement Committee, Manufacturers' Committee, and Law & Briefing Committee in multidistrict litigation prosecuting RICO, public nuisance and related claims on behalf of local governments. Co-lead counsel for Negotiation Class. $51 billion in settlements to date.

*Bergen County v. Purdue Pharma, L.P., et al.*

NORTHERN DISTRICT OF OHIO
Co-counsel prosecuting nuisance, negligence, fraud, and related claims.

*Camden County v. Purdue Pharma, L.P., et al.*

NORTHERN DISTRICT OF OHIO
Co-counsel prosecuting nuisance, negligence, fraud, and related claims.

SEEGERWEISS LLP

*Essex County v. Purdue Pharma, L.P., et al.*

NORTHERN DISTRICT OF OHIO

Co-counsel prosecuting nuisance, negligence, fraud, and related claims.

*City of Jersey City v. Purdue Pharma, L.P., et al.*

NORTHERN DISTRICT OF OHIO

Co-counsel prosecuting nuisance, negligence, fraud, and related claims.

*Township of Bloomfield v. Purdue Pharma, L.P., et al.*

NORTHERN DISTRICT OF OHIO

Co-counsel prosecuting nuisance, negligence, fraud, and related claims.

*Township of Irvington v. Purdue Pharma, L.P., et al.*

NORTHERN DISTRICT OF OHIO

Co-counsel prosecuting nuisance, negligence, fraud, and related claims.

## Securities

*Potter v. Valeant Pharmaceuticals International, Inc. et al.*

DISTRICT OF NEW JERSEY

Liaison counsel in class action prosecuting securities fraud claims. $1.2 billion settlement.

*Novo Nordisk Securities Litigation*

DISTRICT OF NEW JERSEY

Co-liaison counsel and member of Executive Committee in securities fraud class action. $100 million settlement.

*Pfizer Inc. Securities Litigation*

SOUTHERN DISTRICT OF NEW YORK

Class and science counsel, lead counsel for class plaintiffs in Daubert hearing, and designated trial counsel. $486 million cash settlement fund for the aggrieved investors.

## Environmental/Toxic Exposure

*East Palestine Train Derailment Litigation*

NORTHERN DISTRICT OF OHIO

Member of Plaintiffs' Executive Committee in class action prosecuting negligence, nuisance, and

SEEGERWEISS LLP

product liability claims. Litigation led to $600 million class action settlement.

### Aqueous Film-Forming Foams (AFFF) Products Liability Litigation

DISTRICT OF SOUTH CAROLINA – MDL No. 2873

Member of Plaintiffs' Executive Committee in MDL. Global settlements totaling more than $13 billion on behalf of state and local governments.

### State of Vermont v. 3M Co. et al.

VERMONT SUPERIOR COURT

Outside counsel for the State of Vermont in litigation over non-AFFF PFAS contamination.

### State of Maine v. 3M Co. et al.

MAINE SUPERIOR COURT

Outside counsel for the State of Maine in litigation over non-AFFF PFAS contamination.

### Syngenta AG MIR 162 Corn Litigation

DISTRICT OF KANSAS – MDL No. 2591

Member of Plaintiffs' Executive Committee. Certification of eight statewide and one nationwide class. Member of Plaintiffs' Settlement Negotiating Committee and principal negotiator. $1.51 billion nationwide settlement.

### Bayer CropScience Rice Contamination Litigation

EASTERN DISTRICT OF MISSOURI – MDL No. 1811

Executive Committee in MDL. $750 million settlement.

### "StarLink" Corn Products Litigation

NORTHERN DISTRICT OF ILLINOIS – MDL No. 1403

Co-lead counsel in class action MDL. $110 million settlement.

### Owens v. ContiGroup Companies

WESTERN DISTRICT OF MISSOURI

Lead trial counsel. $11 million settlement for 15 plaintiffs.

## ERISA

### Alcantara v. Bakery & Confectionery Union & Industry International Pension Fund Pension Plan a/k/a In re Bakery & Confectionery Union & Industry International Pension Fund Pension Plan

SOUTHERN DISTRICT OF NEW YORK

Working with co-counsel, obtained a favorable published decision, affirmed on appeal, that pension

plan amendment violated ERISA's "anti-cutback" provision, resulting in restoration of subsidized early retirement benefits eligibility for some 540 former workers.

### In re Delta Air Lines

NORTHERN DISTRICT OF GEORGIA – MDL No. 1424

Secured $16 million settlement on behalf of retired Delta Air Lines pilots who had been hired before 1972 and who challenged a pension plan amendment as violative of ERISA's "anti-cutback" provision.

### In re BellSouth Corp. ERISA Litigation

NORTHERN DISTRICT OF GEORGIA

Helped obtain a class action settlement, on behalf of tens of thousands of BellSouth management employees alleging "Enron-like" breaches of fiduciary duty against the company and the administrators of those employees' 401(k) plan, that provided for, among other things, BellSouth to make matching 401(k) contributions in cash rather than company stock for a three-year period.

11