# EXHIBIT B



SAMUEL KATZ, ESQ.

JILDA KOUROUMLIAN, ESQ.    YASHA TORABI, ESQ.    JULIA DAMRON, ESQ.

ZABI SIDDIQUI, ESQ.    JHORDAN FEDIDA, ESQ.    JACOB MINDEL, ESQ.

8383 Wilshire Boulevard, Suite 800, Beverly Hills, CA 90211

Phone: (818) 454-3652   |   Fax: (909) 697-2116

**FIRM RESUME**

Athlaw LLP's practice focuses exclusively on the representation of retired NFL Players. Athlaw LLP is the gold standard for representation of disabled retired NFL Players in complex matters involving the ERISA regulated NFL Disability & Survivor Benefit Plan and its predecessors (the "Plan"). For nearly a decade, Athlaw LLP attorneys and paraprofessionals have directed their focus and extensive expertise towards vigorously representing hundreds of disabled retired Players in ERISA matters related to Plan disability benefits claims, as well as in claims under the NFL Concussion Settlement, *In Re: National Football League Players' Concussion Injury Litigation*, No. 2:12-md-02323 (E.D. Pa.). In the face of a daunting system skewed against disabled NFL Players—as chronicled by courts across the country—Athlaw LLP's extensive legal research, high-quality briefing, and familiarity with the complexities of ERISA, the Plan, and the NFL Concussion Settlement have resulted in it securing benefits and recoveries for Players where other firms have failed. Athlaw LLP's retired NFL Player clients have collected over $110 million in entitled benefits and compensation.



## NFL DISABILITY BENEFITS

- Drafted and submitted over one thousand legal briefs in support of retired NFL Players' disability benefits applications.

- Extensive wealth of ERISA caselaw knowledge and legal research.

- On cutting edge of NFL benefits-related litigation, as courts have continued to review and interpret the Plan on a regular basis.

- Known for strong advocacy by employing this knowledge to support applications, appeals of adverse benefits decisions, and opportunities to respond before the Board.

- Advances innovative arguments and theories based on developments in case law and Athlaw LLP's extensive research on NFL benefits-related matters.

- Repeatedly praised by clients for the firm's commitment to excellent service and continuous diligence when fighting in a process that is chronically lopsided against retired NFL Players.

## NFL CONCUSSION SETTLEMENT

- Represents over 200 Players in the NFL Concussion Settlement, *In Re: National Football League Players' Concussion Injury Litigation*, No. 2:12-md-02323 (E.D. Pa.)

- Successfully opposed an NFL objection to the Hon. Judge Anita Brody resulting in the court upholding a nearly $3.2 million NFL Monetary Award, where the NFL incorrectly argued that the Special Master abused its discretion as a matter of law. *In re NFL Players Concussion Injury Litig,* Settlement Implementation Determination For SPID No. 100015138 (September 3, 2020).

- Ably opposed NFL appeals of NFL Concussion Settlement Monetary Awards including in various published precedential Special Master decisions. Examples include:

    - Special Master Ruling On Alzheimer's Disease Diagnosis and Biomarker Testing

2

(Sep. 18, 2023), alz_biomarkertesting_sm.pdf (nflconcussionsettlement.com) (upholding nearly $4 million Monetary Award of Athlaw LLP represented Retired NFL Player's in the face of vigorous NFL Appeal).

- o Special Master Ruling On Validity Testing (April 1, 2022), validity_testing_5_sm.pdf (nflconcussionsettlement.com).

- Received multiple commendations in published precedent from the venerable Special Master because Mr. Katz and Athlaw LLP "ably prosecuted this Appeal." Special Master Ruling On Functional Impairment (May 28, 2021), functional_impairment_sm_4.pdf (nflconcussionsettlement.com), at 3 n.5; Special Master Ruling On Validity and Functional Impairment (July 15, 2024), validity_functional_impairment_sm.pdf (nflconcussionsettlement.com) (emphasizing "As Mr. 's counsel ably points out" and noting Athlaw LLP's "briefing offers point-by-point rebuttals as to each [issue]" and is described as "a good lawyer's briefing"; discussing Athlaw LLP is "deeply engaged with the Settlement Program's guidance documents.").

Athlaw LLP's attorneys and paraprofessionals work tirelessly to protecting the rights, benefits, and interests of disabled retired NFL Players and have gained a nationally recognized reputation for this area of sports law legal representation.