# EXHIBIT C

Bryan F. Aylstock (FL, AL, MS)*
Justin G. Witkin (FL, MS)*
Douglass A. Kreis (FL)*
Neil D. Overholtz (FL)* (1972-2022)
R. Jason Richards (FL, CO)*
Bobby J. "Brad" Bradford (FL, AL)*
Stephen H. Echsner (FL)*
Daniel J. Thornburgh (FL, MN)*
Alexandra B. Echsner-Rasmussen (FL)*
Reagan Charleston Thomas (LA)*
Savannah Green (FL)*

* States in which attorney is licensed to practice law
† Of counsel

E. Samuel "Sam" Geisler (FL, IL)*
Jennifer M. Hoekstra (LA)*
Chelsie R. Warner (MT, NV, WA)*
S. Mary Liu (CA, FL)*
Samantha M. Katen (FL, NC, CO)*
Caitlyn P. Miller (FL, AL, DC)*
D. Nicole Guntner (FL, NY)*
Hannah R. Pfeiler (FL)*
Catherine A. Mitchell (AL)*
Maury S. Goldstein (FL)*
Nathan C. Bess (FL)†*
Marybeth Putnick (DE, NJ)†*

**AYLSTOCK WITKIN KREIS OVERHOLTZ**
www.AWKOLAW.com

17 East Main Street, Suite 200 • Pensacola, Florida 32502
Phone: (850) 202-1010 • Fax: (850) 916-7449

## FIRM RESUME

With twenty-two licensed attorneys and over three hundred staff members, AWKO has the resources, infrastructure, and experience to prosecute even the most complex national litigations. The firm utilizes a robust case management database designed for use in class and other complex litigation, which can track client communications, written pleadings, correspondence, and other case information for tens of thousands of matters and clients. AWKO employs an on-site IT team and database administrators as well as software developers to remain on the cutting edge of litigation and claims administration technology.

## MULTIDISTRICT LITIGATION

Since AWKO's formation twenty-one years ago, courts around the country have appointed the firms' attorneys to leadership roles in product liability litigation, involving the claims of hundreds of thousands of plaintiffs, collectively. Most recently, after serving as Lead Counsel as well as lead trial counsel in multiple successful trial verdicts, AWKO attorneys successfully spearheaded the successful resolution of the largest MDL in history: *In re: 3M Combat Arms Earplug Products Liability Litigation*, MDL. No. 2885 (NDFL), where AWKO attorneys were appointed as Lead Counsel on behalf of Plaintiffs; Executive Committee; Discovery & ESI Committee; and Experts and Science Committee.

Other representative examples include:

- *In Re: Ethicon, Inc., Pelvic Repair System Prods. Liab. Litig.*, MDL 2327 (S.D.W. Va.) (Coordinating Co-Lead Counsel and PEC) (overseeing MDLs 2187, 2325, 2326, 2327, 2387, 2440, 2511) and (Co-Lead, overseeing *In Re: Ethicon, Inc.*);
- *In Re: Mentor Corp. Obtape Transobturator Sling Prods. Liab. Litig.*, MDL 2004 (M.D. Ga.) (Co-Lead);
- *McLaughlin v. Bayer Essure, Inc., et al.,* 14-7315 (E.D. Pa.) (Co-Lead Counsel and PSC);
- *In Re: Abilify Prods. Liab. Litig.*, MDL 2734 (N.D. Fla.) (Liaison Counsel, PEC and Co-Chair of the Common Benefit Committee);
- *In Re: Zoloft (Sertraline Hydrochloride) Prods Liab. Litig.*, MDL 2342 (E.D. Pa.) (Multi-District Coordin. Counsel);
- *In Re: Effexor (Venlafaxine Hydrochloride) Prods. Liab. Litig.*, MDL 2458 (E.D. Pa.) (Co-Lead and Multi-District Coordin. Counsel);
- *In Re: Avandia Marketing, Sales Practices and Prods. Liab. Litig.,* MDL 1871 (E.D. Pa.) (Co-Lead; Advisory Committee, and Common Benefit Fee Committee);
- *In Re: Proton-Pump Inhibitor Prods. Liab. Litig.*, MDL 2789 (D.N.J.) (Co-Chair, PEC);

- *In Re: Elmiron (Pentosan Polysulfate Sodium) Prods. Liab. Litig.,* MDL 2973 (D.N.J.) (PEC);
- *In Re: Fluoroquinolone Prods. Liab. Litig.*, MDL 2642 (D. Minn.) (PEC);
- *In Re: Biomet M2a Magnum Hip Implant Prods. Liab. Litig.*, MDL 2391 (N.D. Ind.) (PEC);
- *In Re: Incretin Mimetics Prods. Liab. Litig.*, MDL 2452 (S.D. Cal.) (PEC);
- *In Re: Pradaxa (Dabigatran Etexilate) Prods. Liab. Litig.*, MDL 2385 (S.D. Ill.) (PEC);
- *In Re: Actos (Pioglitazone) Prods. Liab. Litig.*, MDL 2299 (W.D. La.) (PSC and Pl. Settlement Rev. Comm'ee);
- *In Re: Viagra Prods. Liab. Litig.*, MDL 1724 (D. Minn.) (PSC and Co-Lead Settlement Counsel);
- *In Re: Stryker Rejuvenate and ABGII Hip Implant Prods. Liab. Litig.*, MDL 2441 (D. Minn.) (PSC);
- *In Re: Ethicon, Inc. Power Morcellator Prods. Liab. Litig.*, MDL 2652 (D. Kan.) (PSC);
- *In Re: Xarelto (Rivaroxaban) Prods. Liab. Litig.*, MDL 2592 (E.D. La.) (PSC);
- *In Re: Zimmer NexGen Knee Implant Prods. Liab. Litig.*, MDL 2272 (N.D. Ill. (PSC);
- *In Re: Fleet Oral Sodium Phosphate Litig.*, MDL 2066 (N.D. Ohio) (PSC);
- *In Re: Trasylol Prods. Liab. Litig.*, MDL 1928 (S.D. Fla.) (PSC);
- *In Re: Paragard Prods. Liab. Litig.*, MDL 2974 (N.D. Ga.)
- *In Re: Recalled Abbott Infant Formula Prods. Liab. Litig.*, MDL 3037 (N.D. Ill.) (Co-Lead);
- *In re: Johnson & Johnson Sunscreen Marketing, Sales Practices and Prods. Liab. Litig.*, MDL 3015 (S.D. Fla.) (Co-Lead)
- *In Re: Hair Relaxer Marketing, Sales Practices, and Prods. Liab. Litig.*, MDL 3060 (N.D. Ill.) (PEC);
- *In Re: Tepezza Marketing, Sales Practices, and Prods. Liab. Litig.*, MDL 3079 (N.D. Ill.) (PEC);
- *In Re: Social Media Adolescent Addiction/Personal Injury Prods. Liab. Litig.*, MDL 3047 (N.D. Cal.) (PSC);
- *In re: Oral Phenylephrine Marketing and Sales Practice Litig.*, MDL 3089, (E.D.N.Y.) (PEC); and
- *In Re: Glugagon-Like Peptide-1 Receptor Agonsists (GLP-1 RAS) Prods. Liab. Litig.*, MDL 3094 (E.D. Pa.) (PEC).

Judges nationwide also routinely appoint AWKO attorneys to committees and subcommittees with diverse roles and responsibilities too numerous to set forth comprehensively herein.

## CLASS ACTIONS

AWKO attorneys have significant experience as lead or class counsel in class litigation in national and state class actions, including:

- *In re: Procter & Gamble Aerosol Products Marketing and Sales Practices Litig.*, MDL 3025, (S.D. Ohio);
- *In re: MCI Non-Subscriber Telephone Rates Litig.*, MDL 1275 (S.D. Ill.);
- *In re: America Online, Inc. Version 5.0 Software Litig.*, MDL 1341 (S.D. Fla.);

- *Begley v Ocwen Loan Servicing, LLC*, Case No. 3:16-cv-00149-MCR-CJK (N.D. Fla.)
- *Bowen v. Energizer Holdings, Inc.*, Case No. 20:21-cv-04356-MWF-AGR, (C.D. Cal.);
- *Williams v. Gulf Coast Pain Consultants, LLC*, 3:19-cv-01659-RV-HTC (N.D. Fla.);
- *Bloomfield v. 3M Company*, 23-cv-01818-BTM-KSC (S.D. Cal.);
- *Ferguson v. S.C. Johnson & Son, Inc*, 1:23-cv-00436-NT (D. Me.);
- *Evans v. Church & Dwight Co., Inc.*, 1:22-cv-06301 (N.D. Ill.);
- *Braman v. GPD HOLDINGS, LLC*, 1:23-cv-15656 (N.D. Ill.);
- *Ouellette v. Wal-Mart*, Circuit Court, Washington Co., Fla., Case No. 67-01-CA-32;
- *In re: DryClean USA Litig.*, Circuit Court, Dade Co., Fla., Case No. 02-27169-CA-27;
- *In re: Shell Defective Gas Litig.*, Circuit Court, Dade Co., Fla., Case No. 04-12297-CA-10; and
- *Hinote, et al. v. Ford Motor Company, et al.*, Circuit Court, Escambia Co., Fla., Case No. 2004-CA-01658;

AWKO Attorneys have also litigated other federal and state class action cases, including:

- *In re: Microsoft Antitrust Litig.,* MDL 1332 (D. Md.);
- *In re: Honey Transshipping Litig.*, 13-cv-02905, (N.D. Ill.);
- *Cottrell, et al. v. Alcon Laboratories, et al.*, 3:14-cv-05859 (D.N.J.);
- *Gustavesen, et al. v. Alcon Laboratories*, 1:14-11961 (D. Mass.);
- *In Re: East Palestine Train Derailment*, 4:23-CV-00242 (N.D. Ohio) (PSC).
- *Zamora v. DeMert Brands, LLC*., 0:22-cv-62054-AHS (S.D. Fla.);
- *Little v. Unilever United States, Inc*., 3:22-cv-01189-MPS (D. Conn.);
- *In re: Baker v. Baptist Hospital, Inc.*, Circuit Court, Santa Rosa County, Florida, No. *2010-CA-1591;*
- *Patel v. Citizens Property Ins. Corp.*, Circuit Court, Escambia County, Florida, No. 05-284; and
- *Lowry v. Vanguard Fire & Cas. Co.*, Circuit Court, Santa Rosa County, Florida, Case No. 05-674.
- *Dumas v. Jerico Pictures, Inc*., 0:24-cv-61502-DSL (S.D. Fla.)

AWKO attorneys present and publish nationwide on diverse topics pertinent to litigating complex, medical product liability cases, including ESI, general and specific discovery topics, legal issues, scientific and medical topics, as well as claims administration.