UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| **JASON ALFORD**, *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No.: 1:23-cv-00358-JRR |
| | ) |
| **THE NFL PLAYER DISABILITY &** | ) |
| **SURVIVOR BENEFIT PLAN**, *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## JOINT MOTION TO EXTEND
## EXPERT DISCLOSURE DEADLINES

Pursuant to Rule 105.9 of the Local Rules of this Court, the Parties in the above-captioned action, having conferred and agreed, hereby jointly move this Court to extend by 45 days the deadlines for Federal Rule of Civil Procedure 26(a)(2) expert disclosures that are currently set forth in the Court's Order entered on July 22, 2024 (ECF No. 99). The Parties are currently working to resolve discovery-related differences through the meet-and-confer process and the scheduling modification is requested in order to facilitate that process and allow sufficient time for preparation of expert disclosures.

The Parties respectfully propose the following revised deadlines:

1. Plaintiffs shall make their Rule 26(a)(2) disclosure(s) no later than **November 21, 2024**.

2. Defendants shall make their Rule 26(a)(2) disclosure(s) no later than **January 6, 2025**.

3. Plaintiffs shall make their rebuttal Rule 26(a)(2) disclosure(s) by no later than **February 3, 2025**.

WHEREFORE, the Parties respectfully request that the Court modify the Rule 26(a)(2) deadlines in the July 22, 2024 Order.

Dated: October 1, 2024

                                           Respectfully submitted,

                                           **MIGLIACCIO & RATHOD LLP**

By:    */s/ Jason S. Rathod*
        Jason S. Rathod
        Nicholas A. Migliaccio
        412 H Street, N.E.
        Washington, DC 20002
        Telephone: (202) 470-3520
        jrathod@classlawdc.com
        nmigliaccio@classlawdc.com

*Liaison Counsel for the Proposed Class and Subclasses*

Christopher A. Seeger *(admitted pro hac vice)*
Diogenes P. Kekatos *(admitted pro hac vice)*
Hillary R. Fidler *(admitted pro hac vice)*
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
cseeger@seegerweiss.com
dkekatos@seegereiss.com
hfidler@seegerweiss.com

Benjamin R. Barnett
**SEEGER WEISS LLP**
325 Chestnut St, Suite 917
Philadelphia, PA 19106
Telephone: (215) 553-7990
bbarnett@seegerweiss.com

Samuel L. Katz *(admitted pro hac vice)*
Julia M. Damron *(admitted pro hac vice)*
**ATHLAW LLP**
8383 Wilshire Blvd., Suite 800
Beverly Hills, CA 90211
Telephone: (818) 454-3652
samkatz@athlawllp.com

julia@athlawllp.com

Bryan F. Aylstock *(admitted pro hac vice)*
Justin G. Witkin *(admitted pro hac vice)*
Douglass A. Kreis *(admitted pro hac vice)*
D. Nicole Guntner *(admitted pro hac vice)*
**AYLSTOCK, WITKIN, KREIS, & OVERHOLTZ, PLLC**
17 E. Main Street, Suite 200
Pensacola, FL 32502
Telephone:  (850) 202-1010
BAylstock@awkolaw.com
JWitkin@awkolaw.com
DKreis@awkolaw.com
NGuntner@awkolaw.com

*Counsel for Plaintiffs*
*and the Proposed Class and Subclasses*

Robert K. Scott *(admitted pro hac vice)*
Gerry H. Goldsholle *(admitted pro hac vice)*
**ADVOCATE LAW GROUP P.C.**
2330 Marinship Way, Suite 260
Sausalito, CA 94965
Telephone:  (949) 753-4950
bob@advocatelawgroup.com
gerry@advocatelawgroup.com

*Additional Counsel for Plaintiffs*

　　　　　　　　　　　　　　　　　　　　　　*/s/ Gregory F. Jacob*
　　　　　　　　　　　　　　　　　　Gregory F. Jacob (D. Md. Bar No. 06769)
　　　　　　　　　　　　　　　　　　Meredith N. Garagiola (*pro hac vice*)
　　　　　　　　　　　　　　　　　　O'MELVENY & MYERS LLP
　　　　　　　　　　　　　　　　　　1625 Eye Street, N.W., 10th Floor
　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　Telephone: (202) 383-5300
　　　　　　　　　　　　　　　　　　Facsimile: (202) 383-5414
　　　　　　　　　　　　　　　　　　Email: gjacob@omm.com
　　　　　　　　　　　　　　　　　　Email: mgaragiola@omm.com

　　　　　　　　　　　　　　　　　　Elizabeth L. McKeen (*pro hac vice*)
　　　　　　　　　　　　　　　　　　O'MELVENY & MYERS LLP
　　　　　　　　　　　　　　　　　　610 Newport Center Drive, 17th Floor
　　　　　　　　　　　　　　　　　　Newport Beach, CA 92660

Telephone: (949) 823-6900
Facsimile: (949) 823-6994
Email: emckeen@omm.com

*Attorneys for Defendants The NFL Player Disability & Survivor Benefit Plan, The NFL Player Disability & Neurocognitive Benefit Plan, The Bert Bell/Pete Rozelle NFL Player Retirement Plan, and The Disability Board of the NFL Player Disability & Neurocognitive Benefit Plan*