UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| **JASON ALFORD,** *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No.: 1:23-cv-00358-JRR |
| | ) |
| **THE NFL PLAYER DISABILITY &** | ) |
| **SURVIVOR BENEFIT PLAN,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING JOINT MOTION TO
EXTEND EXPERT DISCLOSURE DEADLINES**

The Parties' Joint Motion to Extend Expert Disclosure Deadlines is hereby GRANTED. Accordingly, it is hereby ORDERED that the following deadlines set forth in the Order entered on July 22, 2024 (ECF No. 99) are modified as follows:

1. Plaintiffs shall make their Rule 26(a)(2) disclosure(s) no later than **November 21, 2024**.

2. Defendants shall make their Rule 26(a)(2) disclosure(s) no later than **January 6, 2025**.

3. Plaintiffs shall make their rebuttal Rule 26(a)(2) disclosure(s) by no later than **February 3, 2025**.

Dated: October ___, 2024

_____
JULIE R. RUBIN
United States District Judge