IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JASON ALFORD, *et al.*,

    *Plaintiffs,*

v.

THE NFL PLAYER DISABILITY,
& SURVIVOR BENEFIT PLAN, *et al.*,

    *Defendants.*

Civil No. 1:23-cv-00358-JRR

## AMENDED SCHEDULING ORDER

Upon consideration of the parties' Joint Motion to Extend Expert Disclosure Deadlines at ECF No. 105 (the "Motion"), it is this 2nd day of October 2024 hereby

**ORDERED** that the Motion shall be, and is hereby, **GRANTED**; and further it is

**ORDERED** that Amended Scheduling Order at ECF No. 94 shall be amended as set forth herein. The Amended Scheduling Order at ECF No. 94 otherwise remains in full force and effect.

**Scheduling Order Deadlines**

| Date | Deadline |
|---|---|
| November 21, 2024: | Plaintiffs' Rule 26(a)(2) disclosures |
| January 6, 2025: | Defendants' Rule 26(a)(2) disclosures |
| February 3, 2025: | Plaintiffs' rebuttal Rule 26(a)(2) disclosures |
| February 10, 2024: | Rule 26(e)(2) supplementation of disclosures and responses |
| March 3, 2025: | Discovery deadline; submission of status report |
| March 10, 2025: | Requests for admission |
| April 7, 2025: | Dispositive pretrial motions deadline |

Date: October 2, 2024

                                                                           /s/
                                             Julie R. Rubin
                                             United States District Judge