IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

|  |  |
|---|---|
| JASON ALFORD *et al.*,<br><br>         Plaintiffs,<br><br>     v.<br><br>THE NFL PLAYER DISABILITY &<br>SURVIVOR BENEFIT PLAN *et al.*,<br><br>         Defendants. | Case No. 1:23-cv-00358-JRR |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Pursuant to Rule 105.9 of the Local Rules of this Court, the Parties jointly move to extend the briefing deadlines set forth in the Court's June 3, 2024 Amended Scheduling Order, ECF No. 94, regarding Defendants' opposition to Plaintiffs' Motion for Class Certification (ECF No. 102) and Plaintiffs' reply in support of that motion.[1]  The Parties seek this two-week extension to accommodate lead counsel for Defendants' unexpected medical leave.  The Parties respectfully request the following modifications to the below deadlines:

1. Defendants' opposition to Plaintiffs' Motion for Class Certification shall be filed **no later than November 18, 2024**; and

2. Plaintiffs' reply in support of their Motion for Class Certification shall be filed **no later than January 16, 2025**.

---

[1] The Court's October 2, 2024 Amended Scheduling Order, ECF No. 106, states that the June 3, 2024 Amended Scheduling Order otherwise remains in full force and effect.  ECF No. 106 at 1.

WHEREFORE, for the foregoing reasons, the Parties respectfully request that the Court modify the class certification briefing deadlines set forth in the June 3, 2024 Amended Scheduling Order.

Date: October 22, 2024

/s/ Jason S. Rathod
Jason S. Rathod
Nicholas A. Migliaccio
MIGLIACCIO & RATHOD LLP
412 H Street, N.E.
Washington, DC 20002
Telephone: (202) 470-3520
jrathod@classlawdc.com
nmigliaccio@classlawdc.com

*Liaison Counsel for the Proposed Class and Subclasses*

Christopher A. Seeger *(pro hac vice)*
Diogenes P. Kekatos *(pro hac vice)*
Hillary R. Fidler *(pro hac vice)*
SEEGER WEISS LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
cseeger@seegerweiss.com
dkekatos@seegereiss.com
hfidler@seegerweiss.com

Respectfully submitted,

/s/ Gregory F. Jacob
Gregory F. Jacob (D. Md. Bar No. 06769)
Meredith N. Garagiola (*pro hac vice*)
O'MELVENY & MYERS LLP
1625 Eye Street, N.W., 10th Floor
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
Email: gjacob@omm.com
Email: mgaragiola@omm.com

Elizabeth L. McKeen (*pro hac vice*)
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994
Email: emckeen@omm.com

*Attorneys for Defendants The NFL Player Disability & Survivor Benefit Plan, The NFL Player Disability & Neurocognitive Benefit Plan, The Bert Bell/Pete Rozelle NFL Player Retirement Plan, and The Disability Board of the NFL Player Disability & Neurocognitive Benefit Plan*

2

Benjamin R. Barnett
SEEGER WEISS LLP
325 Chestnut St, Suite 917
Philadelphia, PA 19106
Telephone: (215) 553-7990
bbarnett@seegerweiss.com

Samuel L. Katz *(pro hac vice)*
Julia M. Damron *(pro hac vice)*
ATHLAW LLP
8383 Wilshire Blvd., Suite 800
Beverly Hills, CA 90211
Telephone: (818) 454-3652
samkatz@athlawllp.com
julia@athlawllp.com

Bryan F. Aylstock (*pro hac vice*)
Justin G. Witkin (*pro hac vice*)
Douglass A. Kreis (*pro hac vice*)
D. Nicole Guntner (*pro hac vice*)
AYLSTOCK, WITKIN, KREIS, &
OVERHOLTZ, PLLC
17 E. Main Street, Suite 200
Pensacola, FL 32502
Telephone: (850) 202-1010
BAylstock@awkolaw.com
JWitkin@awkolaw.com
DKreis@awkolaw.com
NGuntner@awkolaw.com

*Counsel for Plaintiffs and the Proposed Class and Subclass*

Robert K. Scott (*pro hac vice*)
Gerry H. Goldsholle (*pro hac vice*)
ADVOCATE LAW GROUP P.C.
2330 Marinship Way, Suite 260
Sausalito, CA 94965
Telephone: (949) 753-4950
bob@advocatelawgroup.com
gerry@advocatelawgroup.com

*Additional Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Gregory F. Jacob, hereby certify that on October 22, 2024, I caused a copy of the foregoing document to be served upon all counsel of record via the CM/ECF system for the United States District Court for the District of Maryland.

*/s/ Gregory F. Jacob*
Gregory F. Jacob
