IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| JASON ALFORD *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE NFL PLAYER DISABILITY & SURVIVOR BENEFIT PLAN *et al.*, <br><br> Defendants. | Case No. 1:23-cv-00358-JRR |

**[PROPOSED] AMENDED SCHEDULING ORDER**

Upon consideration of the parties' Joint Motion to Amend Scheduling Order at ECF No. ___ (the "Motion"), it is this ___nd/st day of October 2024 hereby

**ORDERED** that the Motion shall be, and is hereby, **GRANTED**; and it is further

**ORDERED** that the Amended Scheduling Order at ECF No. 94 shall be amended as set forth herein.  The Amended Scheduling Orders at ECF Nos. 94 and 106 otherwise remain in full force and effect.

**Scheduling Order Deadlines**

| | |
|---|---|
| November 18, 2024 | Defendants' response to Plaintiffs' Motion for Class Certification |
| January 16, 2025 | Plaintiffs' reply in support of Plaintiffs' Motion for Class Certification |

Date: October __, 2024

_____
Julie R. Rubin
United States District Judge