UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| **JASON ALFORD,** *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No.: 1:23-cv-00358-JRR |
| **THE NFL PLAYER DISABILITY & SURVIVOR BENEFIT PLAN,** *et al.*, | ) |
| Defendants. | ) |

**JOINT MOTION FOR ENTRY OF ORDER GOVERNING PRODUCTION OF ELECTRONICALLY STORED INFORMATION AND DOCUMENTS**

Pursuant to Federal Rule of Civil Procedure 34(b)(E), Plaintiffs and Defendants (collectively, the "Parties") jointly move the Court to enter an order governing the production of electronically stored information. The Parties have agreed to the accompanying proposed Order Governing Production of Electronically Stored Information and Documents ("Proposed ESI Order").

WHEREFORE, the Parties respectfully request that the Court grant their motion and enter the accompanying Proposed ESI Order.

Dated: November 8, 2024

                                          Respectfully submitted,

                                          **MIGLIACCIO & RATHOD LLP**

                            By:    */s/ Jason S. Rathod*
                                          Jason S. Rathod
                                          Nicholas A. Migliaccio
                                          412 H Street, N.E.
                                          Washington, DC 20002
                                          Telephone: (202) 470-3520

jrathod@classlawdc.com
nmigliaccio@classlawdc.com
*Liaison Counsel for Plaintiffs*
*and the Proposed Class and Subclasses*

Christopher A. Seeger *(admitted pro hac vice)*
Diogenes P. Kekatos *(admitted pro hac vice)*
Hillary R. Fidler *(admitted pro hac vice)*
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
cseeger@seegerweiss.com
dkekatos@seegereiss.com
hfidler@seegerweiss.com

Benjamin R. Barnett
**SEEGER WEISS LLP**
325 Chestnut St, Suite 917
Philadelphia, PA 19106
Telephone: (215) 553-7980
bbarnett@seegerweiss.com

Samuel L. Katz *(admitted pro hac vice)*
Julia M. Damron *(admitted pro hac vice)*
**ATHLAW LLP**
8383 Wilshire Blvd., Suite 800
Beverly Hills, CA 90211
Telephone: (818) 454-3652
samkatz@athlawllp.com
julia@athlawllp.com

Bryan F. Aylstock *(admitted pro hac vice)*
Justin G. Witkin *(admitted pro hac vice)*
Douglass A. Kreis *(admitted pro hac vice)*
D. Nicole Guntner *(admitted pro hac vice)*
**AYLSTOCK, WITKIN, KREIS, & OVERHOLTZ, PLLC**
17 E. Main Street, Suite 200
Pensacola, FL 32502
Telephone: (850) 202-1010
BAylstock@awkolaw.com
JWitkin@awkolaw.com
DKreis@awkolaw.com
NGuntner@awkolaw.com
*Counsel for Plaintiffs*
*and the Proposed Class and Subclasses*

Robert K. Scott *(admitted pro hac vice)*
Gerry H. Goldsholle *(admitted pro hac vice)*
**ADVOCATE LAW GROUP P.C.**
2330 Marinship Way, Suite 260
Sausalito, CA 94965
Telephone:  (949) 753-4950
bob@advocatelawgroup.com
gerry@advocatelawgroup.com
*Additional Counsel for Plaintiffs*

          */s/ Gregory F. Jacob*
Gregory F. Jacob (D. Md. Bar No. 06769)
Meredith N. Garagiola (*pro hac vice*)
O'MELVENY & MYERS LLP
1625 Eye Street, N.W., 10th Floor
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
Email: gjacob@omm.com
Email: mgaragiola@omm.com

Elizabeth L. McKeen (*pro hac vice*)
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994
Email: emckeen@omm.com

*Attorneys for Defendants The NFL Player Disability & Survivor Benefit Plan, The NFL Player Disability & Neurocognitive Benefit Plan, The Bert Bell/Pete Rozelle NFL Player Retirement Plan, and The Disability Board of the NFL Player Disability & Neurocognitive Benefit Plan*