**EXHIBIT A**

The chart below describes the metadata fields to be produced in generic, commonly used terms which the producing party is to adapt to the specific types of ESI it is producing, to the extent such metadata fields are included in the original electronic documents and can be customarily extracted as part of the electronic data discovery process. Any ambiguity about a metadata field is to be discussed with the receiving party prior to processing and production.

| Field Name | Field Description |
| --- | --- |
| BegBates | Beginning document number |
| EndBates | Ending document number |
| BegAttach | Beginning document number of family unit |
| EndAttach | Ending document number of family unit |
| All Custodians | All names of people the document was collected from even if removed from production as a duplicate |
| Attachment Count | Number of attachments, same as Family Count |
| Author | Author field extracted from the metadata of the native file |
| From | Sender of the e-mail message |
| Recipient(s) | Recipient(s) of the e-mail message (To) |
| CC | Recipient(s) of "carbon copies" of the e-mail message |
| BCC | Recipient(s) of "blind carbon copies" of the e-mail message |
| Subject | Subject field extracted from the metadata of the native file |
| Sent Date | Date the e-mail message was sent (produced in "MM/DD/YYYY" format) |
| File Type | Mail, attachment, individual file |
| File Extension | File extension of document (.msg, .doc, .xls, etc.) |
| File Name | Name of original file |
| Title | Title of a non-email document (Microsoft Title field) |
| Hash Value | MD5 or SHA-1 Hash Value, unique document identifier |
| Nativelink | Relative file path to each native file on production media |
| Date Created | For non-emails (produced in "MM/DD/YYYY" format) |
| Redaction | Populate with Yes or No to indicate whether document contains redactions |
| Confidentiality | Populate with any confidentiality designation attached to the document |
| Source | The name of the producing party |
| Author | Author field extracted from the metadata of a non-email attachment |
| Custodian | Name of custodian or noncustodial source of document |
| Filepath | File/path of the location where the item was located at the time of collection |
| All File Paths | When global deduplication has been employed, all file paths to native files as they existed in original environment |
| ModifiedBy | Last user to modify non-email document as extracted from file system metadata or bib coding |
| ModifiedDate | The application recorded time on which a non-email document was last modified as |
| Redaction Reason | If the document contains redactions, the reason(s) for those redaction |

## EXHIBIT B

The chart below describes the metadata fields to be produced for Hardcopy Documents.

| Field Name | Description of Field |
|---|---|
| **BegBates** | Beginning document number |
| **EndBates** | Ending document number |
| **BegAttach** | Beginning document number of family unit |
| **EndAttach** | Ending document number of family unit |
| **All Custodians** | All names of people the document was collected from even if removed from production as a duplicate |
| **File Type** | Mail, attachment, individual file |
| **Redaction** | Populate with Yes or No to indicate whether document contains redactions |
| **Confidentiality** | Populate with any confidentiality designation attached to the document |
| **Source** | The name of the producing party |
| **Hardcopy** | Indicates whether document is Hardcopy document that was scanned for production (Y/N) |
| **Custodian** | Name of custodian or noncustodial source of document |
| **Redaction Reason** | If the document contains redactions, the reason(s) for those redaction |