IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| JASON ALFORD *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE NFL PLAYER DISABILITY & SURVIVOR BENEFIT PLAN *et al.*, <br><br> Defendants. | Case No. 1:23-cv-00358-JRR |

**INDEX OF ATTACHMENTS TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

| Attachment | Document |
|---|---|
| 1 | Index of Attachments |
| 2 | Declaration of David Lasater is Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification |
| 3 | Declaration of Hessam ("Sam") Vincent in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification |
| 4 | Exhibit A, Jason Alford Decision Letters |
| 5 | Exhibit B, Daniel Loper Decision Letters |
| 6 | Exhibit C, Willis McGahee Decision Letters |
| 7 | Exhibit D, Michael McKenzie Decision Letters |
| 8 | Exhibit E, Jamize Olawale Decision Letters |
| 9 | Exhibit F, Charles Sims Decision Letters |
| 10 | Exhibit G, Eric Smith Decision Letters |
| 11 | Exhibit H, Joey Thomas Decision Letters |
| 12 | Exhibit I, Lance Zeno Decision Letters |