IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| JASON ALFORD *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE NFL PLAYER DISABILITY & SURVIVOR BENEFIT PLAN *et al.*, <br><br> Defendants. | Case No. 1:23-cv-00358-JRR |

**[PROPOSED] ORDER**

      Upon consideration of Defendants' Joint Motion to Seal at ECF No. \_\_\_ (the "Motion"), and any opposition and reply thereto, it is this \_\_nd/st day of _____ 20\_\_ hereby

      **ORDERED** that the Motion shall be, and is hereby, **GRANTED**; and it is further

      **ORDERED** that the unredacted administrative records of Plaintiffs Daniel Loper, Charles Sims, and Jamize Olawale, ECF Nos. \_\_\_, \_\_\_, and \_\_\_, shall be sealed.

Date: _____ \_\_, 20\_\_                          _____
                                                                                           Julie R. Rubin
                                                                                           United States District Judge