# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# BALTIMORE DIVISION

| | |
|---|---|
| JASON ALFORD *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>THE NFL PLAYER DISABILITY &<br>SURVIVOR BENEFIT PLAN *et al.*,<br><br>   Defendants. | Case No. 1:23-cv-00358-JRR |

### INDEX OF ATTACHMENTS TO DEFENDANTS' JOINT MOTION
### FOR SUMMARY JUDGMENT OF PLAINTIFF DANIEL LOPER'S CLAIMS

| Attachment | Document |
|---|---|
| 1 | Index of Attachments |
| 2 | Memorandum in Support of Defendants' Joint Motion for Summary Judgment of Plaintiff Daniel Loper's Claims |
| 3 | Proposed Order – Loper |
| 4 | Declaration of Hessam ("Sam") Vincent in Support of Defendants' Joint Motion for Summary Judgment of Plaintiff Daniel Loper's Claims |
| 5 | Index to Exhibits to Declaration of Hessam ("Sam") Vincent in Support of Defendants' Joint Motion for Summary Judgment of Plaintiff Daniel Loper's Claims |
| 6 | Exhibit A, April 1, 2021 Disability Plan Document[*] |
| 7 | Exhibit B, April 1, 2017 Disability Plan Document[*] |
| 8 | Exhibit C, Dr. David Apple Contract |
| 9 | Exhibit D, Administrative Record for Plaintiff Daniel Loper |
| 10 | Exhibit E, Orthopedic Orientation Manual[*] |
| 11 | Exhibit F, October 2022 Disability Plan Summary Plan Description[*] |
| 12 | Exhibit G, 2018 Application |
| 13 | Exhibit H, 2018 Medical Records |

---

[*] Identical copies of this document are included for the Court's convenience as exhibits in support of Defendants' motions for summary judgment of Plaintiffs Daniel Loper's, Charles Sims's, and Jamize Olawale's claims.

| Attachment | Document |
|---|---|
| 14 | Exhibit I, Dr. Herndon Murray Physician Report Form |
| 15 | Exhibit J, Dr. Glenn Perry Physician Report Form |
| 16 | Exhibit K, February 19, 2019 Board Decision Letter |
| 17 | Exhibit L, April 11, 2024 Committee Decision Letter |
| 18 | Declaration of Michael Miller in Support of Defendants' Joint Motions for Summary Judgment[*] |
| 19 | Declaration of Robert Smith in Support of Defendants' Joint Motion for Summary Judgment Plaintiff Daniel Loper's Claims |
| 20 | Declaration of Patrick Reynolds in Support of Defendants' Joint Motions for Summary Judgment[*] |
| 21 | Declaration of Adora Williams in Support of Defendants' Joint Motions for Summary Judgment[*] |