# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# BALTIMORE DIVISION

| | |
|---|---|
| JASON ALFORD *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE NFL PLAYER DISABILITY & SURVIVOR BENEFIT PLAN *et al.*, <br><br> Defendants. | Case No. 1:23-cv-00358-JRR |

## [PROPOSED] ORDER

Upon consideration of Defendants' Joint Motion for Summary Judgment of Plaintiff Daniel Loper's Claims at ECF No. ___ (the "Motion"), and any opposition and reply thereto, it is this __nd/st day of _____ 20__ hereby

**ORDERED** that the Motion shall be, and is hereby, **GRANTED**; and it is further

**ORDERED** that all claims of Plaintiff Daniel Loper are **DISMISSED**.


Date: _____ __, 20__                          _____
                                                   Julie R. Rubin
                                                   United States District Judge