IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| JASON ALFORD *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>THE NFL PLAYER DISABILITY &<br>SURVIVOR BENEFIT PLAN *et al.*,<br><br>　　　　Defendants. | Case No. 1:23-cv-00358-JRR |

### INDEX OF EXHIBITS TO DECLARATION OF HESSAM ("SAM") VINCENT IN SUPPORT OF DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT OF PLAINTIFF DANIEL LOPER'S CLAIMS

| Exhibit | Document | Page± |
|---|---|---|
| A | April 1, 2021 Disability Plan Document* | DL-1 |
| B | April 1, 2017 Disability Plan Document† | DL-109 |
| C | Dr. David Apple Contract | DL-217 |
| D | Administrative Record for Plaintiff Daniel Loper | |
| | 2020 Application | DL-221 |
| | 2020 Medical Records | DL-241 |
| | Dr. David Apple Physician Report Form | DL-428 |
| | January 22, 2021 Committee Decision Letter | DL-435 |
| | May 24, 2021 Appeal | DL-445 |
| | Dr. Marcus Cook Physician Report Form | DL-584 |
| | July 30, 2021 Board Letter | DL-595 |
| | October 25, 2021 Response Letter | DL-608 |

---

± These exhibits are sequentially paginated for the Court's convenience, beginning at DL-1. Leading zeroes are omitted herein and where cited. These documents also bear Bates numbers, with the prefix "NFL_ALFORD-," as produced to Plaintiffs.

* Identical copies of this document are included for the Court's convenience as exhibits in support of Defendants' motions for summary judgment of Plaintiffs Daniel Loper's, Charles Sims's, and Jamize Olawale's claims.

| Exhibit | Document | Page± |
|---|---|---|
|  | Appeal Summary | DL-618 |
|  | November 15, 2021 Board Decision Letter | DL-620 |
| E | Orthopedic Orientation Manual† | DL-626 |
| F | October 2022 Disability Plan Summary Plan Description† | DL-656 |
| G | 2018 Application | DL-752 |
| H | 2018 Medical Records | DL-758 |
| I | Dr. Herndon Murray Physician Report Form | DL-790 |
| J | Dr. Glenn Perry Physician Report Form | DL-798 |
| K | February 19, 2019 Board Decision Letter | DL-803 |
| L | April 11, 2024 Committee Decision Letter | DL-810 |