# EXHIBIT G

E-Ballot - 4/26/2018

# Meghan Pieklo

| | |
|---|---|
| **From:** | Daniel Loper |
| **Sent:** | Saturday, March 10, 2018 2:44 PM |
| **To:** | Meghan Pieklo |
| **Subject:** | Re: Application Confirmation Letter for Daniel Loper |
| **Attachments:** | NFL LOD pg.1.pdf; ATT00001.htm; NFL LOD pg.2.pdf; ATT00002.htm |

Meghan,

Here are the two pages needed. I am also sending the hard copies via mail on Monday.
Thanks!
Daniel Loper

COMPLETED APPLICATION
RECEIVED

MAR 16 2018

NFL PLAYER BENEFITS

COMPLETED APPLICATION
RECEIVED

MAR 16 2018

NFL PLAYER BENEFITS

1

**DL-00752**

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                                                       NFL_ALFORD-0063740

STEP 3 OF 4

## Complete and sign the application and consent form

LINE OF DUTY
DISABILITY BENEFITS
APPLICATION

Fill this sheet out to the best of your ability. You may be subject to loss of benefits and to other penalties and sanctions under law if you make any false or misleading statements or omissions. **Attach additional pages if you need more space to explain your situation**

### NFL PLAYER DISABILITY & NEUROCOGNITIVE BENEFIT PLAN
### LINE OF DUTY DISABILITY BENEFITS APPLICATION

Player's Name (first, middle, last): DANIEL ROBERT LOPEZ

Date of birth: [redacted]

Social Security Number: [redacted]

Address (number and street): [redacted]

Apartment, suite, unit, etc.:

City: [redacted]

State: [redacted]

Zip Code: [redacted]

Phone number: [redacted]

Email (optional): [redacted]

**Evaluating your impairment:** Most LOD applicants are referred to an independent orthopedist for a comprehensive, whole-body physical examination.

If you do not have orthopedic impairments, initial here: ___

If you have non-orthopedic impairments (e.g., headaches), describe them here and explain how they relate to NFL football activities.

Migraines, stomach pain due to lacerated spleen

(!) The Plan will only consider non-orthopedic impairments that are identified in this application.

### Recent surgeries

Have you had surgery, or do you intend to have surgery, within 12 months of the date on this application?

[✓] Yes  [ ] No

If yes, please explain:

TORN LABRUM IN BOTH SHOULDERS

### Medical records & other supporting documents

What documents are you providing with this application?

CD copies of MRI / X-RAYS

Do you plan to submit additional documents at a later date?

(!) Your application will not be complete, and will not be processed, until all supporting documents are received by the Plan.

### Signature and authorization

I certify that all information and documents provided on or with this Application are, to the best of my knowledge, true, correct, and complete. I also authorize the NFL Player Disability & Neurocognitive Benefit Plan to use or disclose all individually identifiable health information submitted to the Plan on my behalf, or created in connection with this Application, to all individuals as needed for Plan purposes.

Player's signature: [signature]

Date completed: 3/10/18

QUESTIONS? Call the NFL Player Benefits Office at **800.638.3186** or visit **nflplayerbenefits.com**
Last revised January 29, 2018

**DL-00753**

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

NFL_ALFORD-0063741

E-Ballot - 4/26/2018

STEP 5 OF 5
Complete and sign the application and consent form

LOD-OSD RULE
DANIEL LOPER/13475
APPLICATION

Please read and sign this consent form so that you understand what will happen next — particularly as it pertains to the independent medical examination.

**NFL PLAYER DISABILITY & NEUROCOGNITIVE BENEFIT PLAN CONSENT FORM FOR LINE-OF-DUTY DISABILITY AND/OR NEUROCOGNITIVE IMPAIRMENT**

In submitting my application for LOD benefits, I understand that:

1. I may be required to undergo a comprehensive evaluation, and I certify I will be able to attend such evaluation within 30 days from the date this Application is received by the NFL Player Benefits Office.

2. Failure to attend this evaluation without two business days advance notice, and to cooperate with this evaluation, will result in my application being denied. If the NFL Player Benefits Office changes or reschedules an examination at my request, I understand that I must attend that examination, or I will be ineligible for benefits (unless circumstances beyond my control prevented me from attending the examination).

3. The examination will not be videotaped or otherwise recorded.

4. There will be no doctor-patient relationship between me and the physicians or other health professionals arranged by the Plan to examine me.

    a. Reports from these examinations will be sent to the Plan, not directly to me. I will be able to obtain a copy of these reports by requesting them in writing from the NFL Player Benefits Office.

    b. Neither I nor any of my representatives (attorneys, treating physicians, etc.) are allowed to contact these physicians and health professionals, such as to discuss my condition or to request copies of reports.

5. These physicians and health professionals are required to comply with ethical and legal obligations. For example, they are obligated to act if they determine that I am a danger to myself or others.

6. By signing this form, I consent to the above, and I will comply with the Plan's procedures in connection with my claim for LOD benefits.

## Signature and authorization

[✓] I have read and understood the information in this Consent Form.

| Player's name (print) | Player's signature | Date completed |
|---|---|---|
| DANIEL LOPER | [signature] | 3/10/18 |

QUESTIONS? Call the NFL Player Benefits Office at **800.638.3186** or visit **nflplayerbenefits.com**
Last revised January 19, 2018

**DL-00754**

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER    NFL_ALFORD-0063742

**Meghan Pieklo**

| | |
|---|---|
| **From:** | Daniel Loper |
| **Sent:** | Friday, March 16, 2018 1:04 PM |
| **To:** | Meghan Pieklo |
| **Subject:** | Re: LOD Application |

Perfect. I just have the paperwork that I send in and the CDs. I have original copies of both and will definitely take them to the next evaluation.
Thank you so much for the help!
Daniel

Sent from my iPhone

On Mar 16, 2018, at 11:43 AM, Meghan Pieklo <mpieklo@nflpb.org> wrote:

> Hello,
>
> Ok so if they are just MRI and Xrays imaging and you have the originals you can bring those right with you to your evaluation once it gets scheduled for the doctor to view. If there is anything else besides the MRI and Xrays that you have not already sent in to me just let me know and I can add to the records I already have.
>
> Thank you,
> Meghan
>
> **From:** Daniel Loper
> **Sent:** Friday, March 16, 2018 12:39 PM
> **To:** Meghan Pieklo <mpieklo@nflpb.org>
> **Subject:** Re: LOD Application
>
> Hi,
> They are huge files of MRI and X-rays. I burned them on an Apple laptop. They might only work on an Apple computer. I tried to send via email and could never get files small enough. I'm not sure of another way. I have the originals from Doctor, but didn't want to risk sending those via mail.
>
> Sent from my iPhone
>
> On Mar 16, 2018, at 8:37 AM, Meghan Pieklo <mpieklo@nflpb.org> wrote:
>
>> Good Morning Mr. Loper,
>>
>> I am working on your application however the CD's you sent me the links that are on them we are not able to open. Are you able to send what is on there a different way? Are they images or actual records ?
>>
>> Thank you,
>>
>> Meghan Pieklo Benefits Coordinator

1

**DL-00755**

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                                                        NFL_ALFORD-0063743

Phone/Fax 443.769.1409

[x]

**NFL Player Benefits Office**
200 St. Paul Street, Suite 2420, Baltimore, Maryland 21202

2

**DL-00756**

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                                                                   NFL_ALFORD-0063744

## Meghan Pieklo

**From:** Daniel Loper <dlope6709@gmail.com>
**Sent:** Friday, March 16, 2018 2:58 PM
**To:** Meghan Pieklo
**Subject:** Re: LOD Application

No, I have a torn labrum in both shoulders, I haven't scheduled a surgery or had one, but they're effecting me more and more and it's something I'd like to have taken care of in the future.

Sent from my iPhone

On Mar 16, 2018, at 1:29 PM, Meghan Pieklo <mpieklo@nflpb.org> wrote:

> Sorry 1 more question, on your application you marked you have had or are planning on having surgery within the last or next 12 months. Have you had that surgery already?
>
> Thank you,
> Meghan
>
> **From:** Daniel Loper [mailto:dlope6709@gmail.com]
> **Sent:** Friday, March 16, 2018 2:04 PM
> **To:** Meghan Pieklo <mpieklo@nflpb.org>
> **Subject:** Re: LOD Application
>
> Perfect.
> Thanks again!!
>
> Sent from my iPhone
>
> On Mar 16, 2018, at 12:08 PM, Meghan Pieklo <mpieklo@nflpb.org> wrote:
>
>> Great I will get your application processed, and the dr. will have a copy of all the records you sent in so you will just need to take with your images is all.
>>
>> Thank you,
>> Meghan
>>
>> **From:** Daniel Loper [mailto:dlope6709@gmail.com]
>> **Sent:** Friday, March 16, 2018 1:04 PM
>> **To:** Meghan Pieklo <mpieklo@nflpb.org>
>> **Subject:** Re: LOD Application
>>
>> Perfect. I just have the paperwork that I send in and the CDs. I have original copies of both and will definitely take them to the next evaluation.
>> Thank you so much for the help!
>> Daniel
>>
>> Sent from my iPhone

1

**DL-00757**

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

NFL_ALFORD-0063745