IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| JASON ALFORD *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>THE NFL PLAYER DISABILITY &<br>SURVIVOR BENEFIT PLAN *et al.*,<br><br>   Defendants. | Case No. 1:23-cv-00358-JRR |

**INDEX OF ATTACHMENTS TO DEFENDANTS' MOTION FOR LEAVE
TO FILE MULTIPLE MOTIONS FOR SUMMARY JUDGMENT**

| Attachment | Document |
|---|---|
| 1 | Index of Attachments |
| 2 | Proposed Order – Motion for Leave |
| *Attachments Related to Defendants' Motion for Summary Judgment of Plaintiff Jamize Olawale's Claims* | |
| 3 | Defendants' Joint Motion for Summary Judgment of Plaintiff Jamize Olawale's Claims |
| 4 | Memorandum in Support of Defendants' Joint Motion for Summary Judgment of Plaintiff Jamize Olawale's Claims |
| 5 | Proposed Order – Olawale |
| 6 | Declaration of Hessam ("Sam") Vincent in Support of Defendants' Joint Motion for Summary Judgment of Plaintiff Jamize Olawale's Claims |
| 7 | Index to Exhibits to Declaration of Hessam ("Sam") Vincent in Support of Defendants' Joint Motion for Summary Judgment of Plaintiff Jamize Olawale's Claims |
| 8 | Exhibit A, April 1, 2021 Disability Plan Document[*] |
| 9 | Exhibit B, April 1, 2017 Disability Plan Document[*] |
| 10 | Exhibit C, Dr. Paul Saenz Contract |
| 11 | Exhibit D, Orthopedic Orientation Manual[*] |

---

[*] Identical copies of this document are included for the Court's convenience as exhibits in support of Defendants' motions for summary judgment of Plaintiffs Daniel Loper's, Charles Sims's, and Jamize Olawale's claims.

| Attachment | Document |
|---|---|
| 12 | Exhibit E, Psychiatry Orientation Manuals† |
| 13 | Exhibit F, Neurology / Neuropsychology Orientation Manuals† |
| 14 | Exhibit G, General Orientation Manual† |
| 15 | Exhibit H, October 2022 Disability Plan Summary Plan Description* |
| 16 | Exhibit I, Administrative Record for Plaintiff Jamize Olawale |
| 17 | Exhibit J, December 27, 2023 Committee Decision Letter |
| 18 | Declaration of Michael Miller in Support of Defendants' Joint Motions for Summary Judgment* |
| 19 | Declaration of Robert Smith in Support of Defendants' Joint Motion for Summary Judgment of Plaintiff Jamize Olawale's Claims |
| 20 | Declaration of Patrick Reynolds in Support of Defendants' Joint Motions for Summary Judgment* |
| 21 | Declaration of Adora Williams in Support of Defendants' Joint Motions for Summary Judgment* |
| *Attachments Related to Defendants' Motion for Summary Judgment of Plaintiff Charles Sims's Claims* | |
| 22 | Defendants' Joint Motion for Summary Judgment of Plaintiff Charles Sims's Claims |
| 23 | Memorandum in Support of Defendants' Joint Motion for Summary Judgment of Plaintiff Charles Sims's Claims |
| 24 | Proposed Order - Sims |
| 25 | Declaration of Hessam ("Sam") Vincent in Support of Defendants' Joint Motion for Summary Judgment of Plaintiff Charles Sims's Claims |
| 26 | Index to Exhibits to Declaration of Hessam ("Sam") Vincent in Support of Defendants' Joint Motion for Summary Judgment of Plaintiff Charles Sims's Claims |
| 27 | Exhibit A, April 1, 2021 Disability Plan Document* |
| 28 | Exhibit B, April 1, 2017 Disability Plan Document* |
| 29 | Exhibit C, Dr. John Rabun Contract |
| 30 | Exhibit D, Administrative Record for Plaintiff Charles Sims |
| 31 | Exhibit D, Orthopedic Orientation Manual* |
| 32 | Exhibit E, Psychiatry Orientation Manuals† |

---

† Identical copies of this document are included for the Court's convenience as exhibits in support of Defendants' motions for summary judgment of Plaintiffs Charles Sims's and Jamize Olawale's claims.

| Attachment | Document |
|---|---|
| 33 | Exhibit F, Neurology / Neuropsychology Orientation Manuals† |
| 34 | Exhibit G, General Orientation Manual† |
| 35 | Exhibit I, October 2022 Disability Plan Summary Plan Description* |
| 36 | Exhibit J, September 30, 1993 Retirement Plan Document |
| 37 | Declaration of Michael Miller in Support of Defendants' Joint Motions for Summary Judgment* |
| 38 | Declaration of Robert Smith in Support of Defendants' Joint Motion for Summary Judgment of Plaintiff Charles Sims's Claims |
| 39 | Declaration of Patrick Reynolds in Support of Defendants' Joint Motions for Summary Judgment* |
| 40 | Declaration of Adora Williams in Support of Defendants' Joint Motions for Summary Judgment* |