IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| JASON ALFORD *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE NFL PLAYER DISABILITY & SURVIVOR BENEFIT PLAN *et al.*, <br><br> Defendants. | Case No. 1:23-cv-00358-JRR |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Joint Motion for Leave to File Multiple Summary Judgment Motions at ECF No. ___ (the "Motion"), and any opposition and reply thereto, it is this ___nd/st day of _____ 20__ hereby

**ORDERED** that the Motion shall be, and is hereby, **GRANTED**; and it is further

**ORDERED** that the Clerk of Court shall docket ECF Nos. ___ - ___ as Defendants' Joint Motion for Summary Judgment of Plaintiff Charles Sims's Claims and supporting papers, and ECF Nos. ___-___ as Defendants' Joint Motion for Summary Judgment of Plaintiff Jamize Olawale's Claims and supporting papers.

Date: _____ __, 20__                                          _____
                                                                                                Julie R. Rubin
                                                                                                United States District Judge