# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# BALTIMORE DIVISION

| | |
|---|---|
| JASON ALFORD *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>THE NFL PLAYER DISABILITY &<br>SURVIVOR BENEFIT PLAN *et al.*,<br><br>  Defendants. | Case No. 1:23-cv-00358-JRR |

## [PROPOSED] ORDER

Upon consideration of Defendants' Joint Motion for Summary Judgment of Plaintiff Jamize Olawale's Claims at ECF No. \_\_\_ (the "Motion"), and any opposition and reply thereto, it is this \_\_nd/st day of _____ 20\_\_ hereby

**ORDERED** that the Motion shall be, and is hereby, **GRANTED**; and it is further

**ORDERED** that all claims of Plaintiff Jamize Olawale are **DISMISSED**.


Date: _____ \_\_, 20\_\_                                   _____
                                                                                            Julie R. Rubin
                                                                                            United States District Judge