IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| JASON ALFORD *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>THE NFL PLAYER DISABILITY &<br>SURVIVOR BENEFIT PLAN *et al.*,<br><br>　　　　　Defendants. | Case No. 1:23-cv-00358-JRR |

**INDEX OF EXHIBITS TO DECLARATION OF HESSAM ("SAM") VINCENT IN SUPPORT OF DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT OF PLAINTIFF JAMIZE OLAWALE'S CLAIMS**

| Exhibit | Document | Page[±] |
|---|---|---|
| A | April 1, 2021 Disability Plan Document[*] | JO-1 |
| B | April 1, 2017 Disability Plan Document[*] | JO-109 |
| C | Dr. Paul Saenz Contract | JO-217 |
| D | Orthopedic Orientation Manual[*] | JO-221 |
| E | Psychiatry Orientation Manuals[†] | |
| E | 　　2019 Manual | JO-251 |
| E | 　　2023 Manual | |
| F | Neuropsychology / Neurology Orientation Manuals[†] | |
| F | 　　2018 Manual | JO-301 |
| F | 　　2024 Manual | JO-371 |
| G | General Orientation Manual[†] | JO-437 |

---

[±] These exhibits are sequentially paginated for the Court's convenience, beginning at JO-1. Leading zeroes are omitted herein and where cited. These documents also bear Bates numbers, with the prefix "NFL_ALFORD-," as produced to Plaintiffs.

[*] Identical copies of this document are included for the Court's convenience as exhibits in support of Defendants' motions for summary judgment of Plaintiffs Daniel Loper's, Charles Sims's, and Jamize Olawale's claims.

[†] Identical copies of this document are included for the Court's convenience as exhibits in support of Defendants' motions for summary judgment of Plaintiffs Charles Sims's and Jamize Olawale's claims.

| Exhibit | Document | Page± |
|---|---|---|
| H | October 2022 Disability Plan Summary Plan Description* | JO-457 |
| I | Administrative Record for Plaintiff Jamize Olawale | |
| | Application | JO-553 |
| | Medical Records | JO-663 |
| | Dr. Matthew Norman Physician Report Form | JO-859 |
| | Dr. Paul Saenz Physician Report Form | JO-877 |
| | Dr. Eric Brahin Physician Report Form | JO-895 |
| | Dr. Justin O'Rourke Physician Report Form | JO-908 |
| | Dr. Eric Brahin / Dr. Justin O'Rourke Joint Physician Report Form | JO-925 |
| | August 13, 2021 Committee Decision Letter | JO-927 |
| | February 7, 2022 Appeal | JO-945 |
| | Dr. Hussein Elkousy Physician Report Form | JO-978 |
| | Dr. John Rabun Physician Report Form | JO-993 |
| | Dr. Annette Okai Physician Report Form | JO-1012 |
| | Dr. David Salisbury Physician Report Form | JO-1026 |
| | Dr. Annette Okai / Dr. David Salisbury Joint Physician Report Form | JO-1038 |
| | March 31, 2022 Board Letter | JO-1040 |
| | April 28, 2022 Response Letter | JO-1043 |
| | June 6, 2022 Board Decision Letter | JO-1048 |
| J | December 27, 2023 Committee Decision Letter | JO-1066 |