# EXHIBIT I

| | |
|---|---|
| **From:** | Elton Banks |
| **To:** | Stephanie Torlina |
| **Subject:** | FW: New Applications |
| **Date:** | Tuesday, March 30, 2021 11:16:46 AM |

Olawale's application in your mail folder.

Elton Banks - Senior Benefits Coordinator
Phone 800.638.3186 ex.444  Fax 410.783.0041



200 St. Paul Street, Suite 2420, Baltimore, Maryland 21202

**From:** Linda Johnston
**Sent:** Monday, March 29, 2021 2:54 PM
**To:** Elise Richard <erichard@nflpb.org>; Elton Banks <ebanks@nflpb.org>; Emily Parks <eparks@nflpb.org>; Kris Wille <kwille@nflpb.org>; Meghan Pieklo <mpieklo@nflpb.org>; Sam Vincent <svincent@nflpb.org>; Stephanie Torlina <storlina@nflpb.org>
**Subject:** New Applications

Applications just received for Natravis Claybrooks (T&P and NC) and Jamize Olawale (T&P, LOD and NC). Saved in general Disability mail folder.

**Linda Johnston** Executive Assistant
Toll Free 800.638.3186  Phone 443.769.1403  Fax 410.783.0041



**NFL Player Benefits Office**
200 St. Paul Street, Suite 2420, Baltimore, Maryland 21202

**JO-00553**

# Complete and sign the application, release and consent form

**NEUROCOGNITIVE DISABILITY BENEFITS APPLICATION**

Fill out this application to the best of your ability. You may be subject to loss of benefits and to other penalties and sanctions under law if you make any false or misleading statements or omissions. **Attach additional pages if you need more space to explain your situation.**

RECEIVED
MAR 2 9 2021
NFL PLAYER BENEFITS
SEND THIS PAGE

## NFL PLAYER DISABILITY & NEUROCOGNITIVE BENEFITS PLAN
### NEUROCOGNITIVE DISABILITY BENEFITS APPLICATION

### Player information

| Player's name (first, middle, last) | Date of birth | Social Security Number |
|---|---|---|
| Jamize Olawale | | |

| Address (number and street) | | Apartment, suite, unit, etc. |
|---|---|---|
| | | |

| City | State | Zip Code |
|---|---|---|
| | | |

| Phone number | Email (optional) |
|---|---|
| | |

### Medical records & other supporting documents

What documents are you providing with this application?

Exhibits 1-36 (medical records, including team medical records, imaging, and neurology report); Legal Brief in Support of Application

Do you plan to submit additional documents at a later date?
No

(!) Your application will not be complete, and will not be processed, until all supporting documents are received by the Plan.

### Impairments

Please describe the problems you are experiencing as a result of neurocognitive impairment.

I suffered repetitive head trauma in the NFL (including recorded concussions). Now I have headaches, memory problems, left chronic vestibular hypofunction, speech problems, dizziness, fogginess, losing my train of thought, mood swings, sensitivity to light, concussions and repetitive head trauma from football, cumulative trauma, and the cumulative effect of these impairments.

- CONTINUED ON NEXT PAGE -

QUESTIONS? Call the NFL Player Benefits Office at **800.638.3186** or visit **nflplayerbenefits.com**
Last revised 12/2018

**JO-00554**

4

Confidential Information

NFL_ALFORD-0009166

## Complete and sign the application, release and consent form

NEUROCOGNITIVE
DISABILITY BENEFITS
APPLICATION

---

**Impairments (continued)**

| | |
|---|---|
| Are you receiving any ongoing treatment for the symptoms? <br><br> ☒ Yes ☐ No | If yes, please describe below, including physicians and dates of treatment in the last three years. <br><br> Jessica Mason, Kane Hall Barry Neurology, on 1/22/2021 <br> Dr. Alan Martin, 1/3/2020, 2/6/2020, 9/25/2020 (possibly other dates too) <br> Dr. Erin Reynolds, 2/11/2020 (possibly other dates too) <br> Kayla Covert, PT for vestibular physical therapy on February 19 and 26, 2020 |
| Have you received a diagnosis of any condition relating to your impairment? <br><br> ☒ Yes ☐ No | If yes, what was the diagnosis(ses)? <br><br> Diagnosed with at least four (4) documented concussions <br> "headaches" <br> "post-concussion syndrome" <br> "memory loss" <br> "forgetfulness and word finding difficulty" <br> "loss of concentration" <br> "[t]remor of both hands" <br> "left chronic vestibular hypofunction" |

*SEND THIS PAGE*

---

## Signature and authorization

I certify that all information and documents provided on or with this Application are, to the best of my knowledge, true, correct, and complete. I also authorize the NFL Player Disability & Neurocognitive Benefit Plan to use or disclose all individually identifiable health information submitted to the Plan on my behalf, or created in connection with this Application, to all individuals as needed for Plan purposes.

| Player's signature |
|---|
| |
| Date completed |
| 3/24/2021 |

QUESTIONS? Call the NFL Player Benefit Office at **800.638.3186** or visit **nflplayerbenefits.com**
Last revised 12/2018

5

**JO-00555**

Confidential Information

NFL_ALFORD-0009167

# Complete and sign the application, release and consent form

NEUROCOGNITIVE
DISABILITY BENEFITS
APPLICATION

To be eligible, you must sign a release confirming that you will not sue the League, any NFL Club, their employees or affiliates in an action alleging head and/or brain injury. This waiver is voided if your application is permanently denied or if you never receive benefits due to receipt of other Disability Plan benefits.

*SEND THIS PAGE*

## NFL PLAYER DISABILITY & NEUROCOGNITIVE BENEFIT PLAN RELEASE AND COVENANT NOT TO SUE

In consideration for the benefit provided under Article 65 of the Collective Bargaining Agreement between the NFLMC and the NFLPA, Player, on his own behalf and on behalf of his personal representatives, heirs, next of kin, executors, administrators, estate, assigns, and/or any person or entity on his behalf, hereby waives and releases and forever discharges the NFL and its Clubs, and their respective past, current, and future affiliates, directors, officers, owners, stockholders, trustees, partners, servants, and employees (excluding persons employed as Players by a Club) of and from any and all claims, actions, causes of actions, liabilities, suits, demands, damages, losses, payments, judgments, debts, dues, sums of money, costs and expenses, accounts, in law or equity, contingent or non-contingent, known or unknown, suspected or unsuspected ("Claims") that the Player has, had, may now have, or may have in the future arising out of, relating to, or in connection with his head and/or brain injury sustained during his employment by the Club, including without limitation head and/or brain injury of whatever cause and its damages (whether short-term, long-term, or death) whenever arising, including without limitation neurocognitive deficits of any degree, and Player covenants not to sue the NFL Releasees with respect to any such Claim or pursue any such Claim against the NFL Releasees in any forum. This release, waiver, and covenant not to sue includes without limitation all Claims arising under the tort laws of any state and extends to all damages (including without limitation short-term and/or long-term effects of such injury and death) whenever arising, including without limitation after execution of this release, waiver, and covenant not to sue. Player further acknowledges that he has read and understands Section 1542 of the California Civil Code, which reads as follows:

"A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor."

Player expressly waives and relinquishes all rights and benefits under that section and any law of any jurisdiction of similar effect with respect to the release of any unknown or unsuspected claims released hereunder that Player may have against the NFL Releasees. This release, waiver and covenant not to sue shall have no effect upon any right that Player may have to insurance or other benefits available under (1) any Collective Bargaining Agreement between the NFL Management Council and the NFLPA, (2) the Final Class Action Settlement in In re: National Football League Players' Concussion Injury Litigation, Civ. Action No. 2:12-md-02323-AB, MDL No. 2323, or (3) or under the workers' compensation laws, and Player acknowledges and agrees that such rights, if any, are his sole and exclusive remedies for any Claims.

Player acknowledges and agrees that the provision of the benefit under Article 65 shall not be construed as an admission or concession by the NFL Releasees or any of them that NFL football caused or causes, in whole or in part, the medical conditions covered by the benefit, or as an admission of liability or wrongdoing by the NFL Releasees or any of them, and the NFL Releasees expressly deny any such admission, concession, liability, or wrongdoing.

## Signature and authorization

[X] I understand and agree to the conditions above.

| Player's name (print) | Player's signature | Date completed |
|---|---|---|
| Jamize Olawale | | 3/24/2021 |

QUESTIONS? Call the NFL Player Benefits Office at **800.638.3186** or visit **nflplayerbenefits.com**
Last revised 12/2048

**JO-00556**

6

Confidential Information

NFL_ALFORD-0009168

# Complete and sign the application, release and consent form

Please read and sign this consent form so that you understand what will happen next - particularly as it pertains to the independent medical examination.

*SEND THIS PAGE*

## NFL PLAYER DISABILITY & NEUROCOGNITIVE BENEFIT PLAN
## CONSENT FORM FOR NEUROCOGNITIVE BENEFITS APPLICATION

**In submitting my application for NC benefits, I understand that:**

1. I may be required to undergo a comprehensive evaluation, and I certify I will be able to attend such evaluation within 30 days from the date this Application is received by the NFL Player Benefits Office.

2. Failure to attend this evaluation without two business days advance notice, and to cooperate with this evaluation, will result in my application being denied. If the NFL Player Benefits Office changes or reschedules my examination at my request, I understand that I must attend that examination, or I will be ineligible for benefits (unless circumstances beyond my control prevented me from attending the examination).

3. The examination will not be videotaped or otherwise recorded.

4. There will be no doctor-patient relationship between me and the physicians or other health professionals arranged by the Plan to examine me.

   a. Reports from these examinations will be sent to the Plan, not directly to me. I will be able to obtain a copy of these reports by requesting them in writing from the NFL Player Benefits Office.

   b. Neither I nor any of my representatives (attorneys, treating physicians, etc.) are allowed to contact these physicians and health professionals, such as to discuss my condition or to request copies of reports.

5. These physicians and health professionals are required to comply with ethical and legal obligations; for example, if they determine I am a danger to myself or to others.

6. By signing this form, I consent to the above, and I will comply with the Plan's procedures in connection with my claim for NC benefits.

## Signature and authorization

[X] I have read and understood the information in this Consent Form.

| Player's name (print) | Player's signature | Date completed |
|---|---|---|
| Jamize Olawale | | 3/24/2021 |

QUESTIONS? Call the NFL Player Benefits Office at **800.638.3186** or visit **nflplayerbenefits.com**
Last revised 12/2018

7

**JO-00557**

Confidential Information



SAMUEL KATZ, ESQ.                                                    March 23, 2021
Managing Partner, Athlaw LLP
8383 Wilshire Blvd. Suite 800
Beverly Hills CA 90211
(818) 454-3652
samkatz@athlawlip.com

NFL DISABILITY INITIAL CLAIMS COMMITTEE
NFL Player Disability & Neurocognitive Benefit Plan
200 Saint Paul St., Ste. 2420
Baltimore, MD 21202

     **Re:**   **<u>JAMIZE OLAWALE'S APPLICATIONS FOR T & P, LOD, AND NC
         DISABILITY BENEFITS</u>**

Dear ERISA Administrator:

     Respectfully, Mr. Jamize Olawale requests his collectively bargained for Total &

Permanent ("T & P"), Line-Of-Duty ("LOD"), and Neurocognitive ("NC") Disability benefits

because he satisfies the plain terms of the NFL Player Disability & Neurocognitive Plan (the

"Plan"). Mr. Olawale – who is substantially unable and substantially prevented from engaging in

or maintaining any employment and **"disabled secondary to his osteoarthritis"** due to his

documented mental and physical substantial impairments, including lasting concussions and

degenerative changes in his knees, ankles, and feet – humbly requests that the Disability Initial

Claims Committee (the "Committee") act reasonably, and in a manner consistent with the exact

terms of the Plan, by awarding him the collectively bargained-for benefits that he deserves.

i

**JO-00558**



### STATEMENT OF FACTS

**MR. JAMIZE OLAWALE QUALIFIES FOR T & P DISABILITY BENEFITS DUE TO THE SUBSTANTIALLY WORK DISABLING CUMULATIVE IMPACT OF ALL OF HIS SUBSTANTIALLY DISABLING SYMPTOMS INCLUDING LEFT CHRONIC VESTIBULAR HYPOFUNCTION, MEMORY PROBLEMS, HEADACHES, SPEECH PROBLEMS, DIZZINESS, FOGGINESS, LOSING HIS TRAIN OF THOUGHT, MOOD SWINGS, SENSITIVITY TO LIGHT, OTHER SIGNIFICANT MENTAL IMPAIRMENTS, AND SEVERE WORK LIMITATIONS, IN COMBINATION WITH DEBILITATING ORTHOPEDIC DISABILITY(IES) TO HIS SPINE, BRAIN, LEFT KNEE, SHOULDERS, ANKLES, FEET, AND RIGHT HAND, RENDERING HIM SUBSTANTIALLY UNABLE AND SUBSTANTIALLY PREVENTED FROM ENGAGING IN ANY OCCUPATION**

Jamize is substantially unable and substantially prevented from engaging in any occupation due to the overall effect on his body, brain, and mind from disabling mental and physical disability(ies). His medical records, including team medical records and records from treating physicians, provide more detail about the extent of his injuries and substantial impairments, his resulting symptoms, and his substantial limitations today.

### A. Jamize's Concussions and Repetitive Head Trauma from Football, With Ongoing Concussion Symptoms Today

Jamize suffered from at least four (4) documented concussions and head trauma. He had his first **concussion with loss of consciousness** when he was only nine (9) years old, hitting his head on a pole. Exhibit 3; Exhibit 9. Jamize then had "**2x Concussions** both in J.C. [junior college]" and went on to suffer more in the NFL. Exhibit 3 (emphasis added). In November 2016, he "**made contact with his head** and felt the stinger while blocking", resulting in a "Left Neck Brachial Plexus Stretch". *Id.* (emphasis added). Later that month, he noticed "weakness when doing lat pulldowns with his left shoulder." *Id.*

Moreover, Jamize suffered a lasting concussion less than a year later. On October 8, 2017, he "was trying to make a tackle when the L. Knee of one of his teammates hit him above the R.

2

**JO-00559**

Confidential Information                                                          NFL ALFORD-0009171



Eye as his helmet came up and caused a laceration and **concussion**." *Id.* (emphasis added); Exhibit

4. "He remembered the pain of the hit and then next remembered that he was face down on the

field." Exhibit 5. "He felt 'dazed, foggy, like it was an out-of-body experience.' He was able to

get up on his own but noted that he was bleeding. He was able to walk to the sideline but could

not remember whether someone else walked with him." *Id.* Jamize saw neuropsychologist Dr.

Thomas Hardey the next day. Dr. Hardey explained what happened next:

> Jamize watched the game and then showered. By this time, he had a
> headache 'all over' and a throbbing pain in his right temple. He
> became nauseous and felt dazed. His wife drove him home after the
> game and he experienced the same symptoms when he was there.
> He went to bed at 8 p.m. which is early for him but woke again at
> 10 p.m. He was unable to fall back to sleep until 4 a.m. [...] He
> reported that he has a continuing but lessening headache, continuing
> but less throbbing pain over his right eye. His eye was more swollen.
> He also noted pain when his car went over bumps in the road or
> when he was walking up or down stairs. He stated that shaking his
> head 'hurts my brain.'
>
> In retrospect, Jamize feels that he might have had 'minor
> **concussions' earlier in the year**, particularly in the preseason game
> against Dallas and on one other occasion during summer training
> camp. He stated that **his current concussion is the worst that he
> has had since his NFL rookie year**.

Exhibit 5 (emphasis added), *see* Exhibit 3. On post-injury testing immediately after the concussion,

Jamize had trouble with word recall (14/30) and delayed word recall (4/10). Exhibit 6. Dr. Hardey

noted that:

> "Mr. Olawale was given the ImPACT test to update baseline testing
> done in April 2016. In comparing today's results to those, this player
> has poorer scores in visual memory, visual motor speed, reaction
> time, and total symptom scores. Today, he was also administered the
> Trail Making Test. On Part A, his score was at the 20th percentile;
> on Part B, it was at the 50th percentile. Neither of the above scores
> indicate that he has returned to baseline neuropsychological levels."

3

**JO-00560**

Confidential Information

NFL ALFORD-0009172

# ATHLAW LLP

Exhibit 5. Dr. Hardey then noted that Jamize's "**reported symptoms remain[ed] high (18)**" on October 13, 2017. Exhibit 7 (emphasis added); *see* Exhibit 3. "He indicated that he continues to have headache, swelling in his temple, a feeling of pressure in his head, and a sensitivity to both light and sound. He noted that he has been attending team meetings but finds it harder to concentrate and to focus. He has similar difficulties when he goes home." Exhibit 7.

After Jamize's 2017 concussion, he continued to have symptoms for at least two months, including "random headaches/dizziness", "trouble remembering things", "neck pain", "'Pressure in head'", "'Don't feel right'", "Difficulty concentrating", "Difficulty remembering", "More emotional", and "Irritability". Exhibit 3 ("HA for 2-3 mo"); Exhibit 8.

During the 2019 season, Jamize again began to suffer from **frequent headaches**. These started occurring after he had a "significant stinger" and "neck soreness" during training camp. Exhibit 3. The headaches "occur approximately 2-4 times per week and are never significant enough to limit him as far as activities. [...] he is also concerned about some perceived 'forgetfulness'". *Id.* Jamize saw neurologist Dr. Alan Martin on January 3, 2020, who diagnosed him with "headache syndrome", noting Jamize's history of "multiple concussions", as well as "multiple concussive-type symptoms throughout his professional career that he did not report. He would have symptoms with head trauma with transient symptoms of being dazed with ringing in the ear and mild headache [...] He occasionally would have nausea". Exhibit 9; *see* Exhibit 3. Unfortunately, Dr. Martin reported on February 6, 2020 that Jamize's "headaches have not resolved after the football season, although he did feel like he had more frequent headaches when he was involved in full contact during the season." Exhibit 10.

Jamize then saw neuropsychologist Dr. Erin Reynolds on February 11, 2020. Dr. Reynolds further described Jamize's head trauma and symptoms throughout the 2019 season:

Confidential Information

NFL ALFORD-0009173

# ATHLAW LLP

> He reports noticing headaches this year while driving to training camp or when he would wake up from a nap. [...] Jamize reports sustaining multiple hits through the 2019-2020 season, with four to five hits standing out as more significant. He reports experiencing on-field dizziness with disorientation and confusion following those hits" [...] [H]is wife is concerned about ongoing symptoms, particularly **memory deficits, changes in mood, and ongoing headaches." [...] Jamize admits to avoiding quick head movements and likes to hang out in dark room. He has also observed changes to his speech including stumbling on words and long pauses within conversations."**

Exhibit 11 (emphasis added). Moreover, Jamize told Dr. Reynolds about his "dizziness", "[f]ogginess", feeling "lightheaded", "light and noise sensitivity", "[d]ifficulty concentrating, retaining information, [and] los[ing] train of thought during conversations." *Id.* Dr. Reynolds "administered a Dynamic Visual Acuity Test (DVAT) which revealed significant gaze instability [...] He also exhibit[ed] positive left Head Impulse Test which indicates left peripheral hypofunction. Pursuits and saccades [...] did provoke mild dizziness with increased repetitions. These findings, in combination with subjective reports, may indicate high functioning **left chronic vestibular hypofunction**". *Id.* (emphasis added).

Jamize attended two sessions of vestibular physical therapy on February 19 and 26, 2020. Exhibits 12-13. Unfortunately, "towards the end of March he had a few severe headaches. He reports that these headaches were more severe than his previous headaches". Exhibit 14; *see* Exhibit 15. In July 2020, when he took a concussion assessment, Jamize still had "[h]eadache" and "[d]ifficulty remembering", and he felt "[i]rritab[le]". Exhibit 16. He scored only 22/30 on immediate memory testing and 6/10 on delayed memory. *Id.* His headaches continued into September 2020, when Jamize told Dr. Martin that he "has had to write himself notes [] on his phone to help with memory". Exhibit 17.

5

**JO-00562**

Confidential Information

NFL ALFORD-0009174



On January 22, 2021, Jamize saw Jessica Mason of Kane Hall Barry Neurology. She noted Jamize's history of "multiple concussions" and her concern that he still has "post-concussion syndrome" with "headaches". Exhibit 18. She said that Jamize has "memory loss", "forgetfulness and word finding difficulty", "loss of concentration", and "**[t]remor of both hands**" that she observed "[d]uring casual conversation". *Id.* (emphasis added). She also administered the MoCA, and Jamize scored "**24/30 with 0/5 5 min recall and language deficits**". *Id.* (emphasis added).

Today, Jamize's "issues [he] deal[s] with mentally are [his] greatest concern." Exhibit 1. Since a few years ago when he first noticed memory problems (such as substantial difficulty recalling the team he had played the week before), Jamize's "memory has only gotten worse. [He] now [has] trouble remembering what [he] was talking or thinking about if [he is] interrupted in the middle of what [he is] doing." *Id.* His wife Brittany has noticed this problem too: "I interrupt him or talk to long about a subject he forgets what he wants to say. This makes him irritable and he gets frustrated with me or himself because he can't remember". Exhibit 2. "[He] also [has] issues losing [his] train of thought when reading or watching tv. [...] This obviously makes it difficult to watch or read anything in a place that isn't completely quiet and without distractions." Exhibit 1. Further, Brittany notes his "confusion with complex conversations". Exhibit 2.

In addition, Jamize's "speech has been affected. [He] noticed [he] struggle[s] saying some words and that at various times throughout a conversation [he] will stumble over some words. [...] [He has] noticed many times while talking that [he] will try to say two words at once." Exhibit 1. Brittany notices that "sometimes he has trouble understanding" her because she talks fast. Exhibit 2. "We have a hard time communicating because of this." *Id.* Jamize continues to have "frequent but random headaches", and "connected to these headaches [he] notice[s] that [he is] very irritable, [he] get[s] angry a lot and often times [he] blow[s] up for seemingly insignificant reasons." Exhibit

6

**JO-00563**

Confidential Information

NFL ALFORD-0009175

# ATHLAW LLP

1; Exhibit 2. He also "wants to be by himself", "sit[s] alone with the lights off", and "doesn't like to go out with friends or place where he doesn't know people". Exhibit 2.

## B. Jamize's Left Knee Substantial Impairments

Jamize suffers from left knee substantial impairments, including an MCL tear. First, on October 27, 2013, he "hit in the L. knee on an onside kick int he [*sic*] 4th quarter and had some mild pain and limped". Exhibit 19. Then, on August 18, 2016, "[h]e was hit in the L. Knee while being tackled after receiving a pass." *Id*. He had a "Left Knee Medial Collateral Ligament Tear", and his knee had "laxity w/ valgus stress". *Id*. An MRI the next day also showed a "[m]edial meniscal tear" and "high-grade patellofemoral chondrosis". Exhibit 20. Jamize then injured his left leg three more times in fall 2017. Exhibit 19; *see* Exhibit 4. On December 3, 2017, "Jamize suffered a valgus-type injury [] while participating and playing in the game, in which he suffered a valgus injury to his left knee with the knee flexed approximately 30 degrees, an ankle eversion and external rotation injury. [He had] pain in the medial aspect of his left knee, the primarily lateral aspect of his left ankle and his midfoot. He [was] limping when he [was] walking." Exhibit 19. A December 4, 2017 left knee MRI showed a "full-thickness cartilage loss [...] progressed compared to the prior exam", "[f]ull-thickness chondral fissuring", "osteophytes", and an MCL injury. Exhibit 21.

On January 19, 2021, Dr. James Montgomery found that Jamize is "**disabled secondary to his osteoarthritis**". Exhibit 22 (emphasis added). He has "degenerative disease in both knees" and "severe patellofemoral chondromalacia". *Id*. Due to his substantial impairments, Jamize can only "[s]tand and/or walk (with normal breaks)" for "less than 2 hours" in an 8-hour day. Exhibit 23; Exhibit 22. In addition, he "must periodically alternate sitting and standing to relieve pain or discomfort." *Id*. He has trouble "stooping, kneeling", "crouch[ing]", and "[c]rawling", and he

7

**JO-00564**

Confidential Information NFL ALFORD-0009176



"avoid[s] squatting whenever possible". Exhibit 23; Exhibit 1; Exhibit 22; Exhibit 24. Jamize also

struggles with going up and down stairs, weight bearing, and running/jumping. Exhibit 24.

### C. Jamize's Painful Spine Substantial Impairments, Including Recorded Stingers

Jamize suffered spine injuries from football, including stinger after stinger, resulting in

substantial impairments. The below table summarizes his injuries:

| Date of Medical Record | Description |
|---|---|
| 12/4/12 | "Bulging disc LB high school" |
| 9/9/15 | "Left Lumbar Muscle Spasm": "The athlete reported doing squats and clean pulls in the weight room yesterday, and that is why he thinks his back is sore." |
| 10/27/15 | "Right Lumbar Muscle Spasm": "The athlete was squatting and when he reached the bottom position he felt a "crunch" and then pain in his lower back." "He has point tenderness over his R paraspinals […] He has limited trunk flexion ROM due to pain and due to hamstring tightness. His extension ROM also seems limited and he has c/o pain in that direction as well. […] he has pain with R rotation as well." |
| 11/21/16 | "Left Neck Brachial Plexus Stretch" "He made contact with his head and felt the stinger while blocking. |
| 11/28/16 | "[H]e suffered a stinger in the game two weeks ago. He now reports some weakness when doing lat pulldowns with his left shoulder." "Reported stinger episode with weakness to his latissimus dorsi doing lat pulldowns." |
| 12/9/16 | Cervical Spine MRI: "C5: […] right paracentral disc protrusion", "degenerative disc disease" |
| 12/9/16 | "[H]e had a stinger with some residual sensory loss in his thumb and his forearm area." "[H]e still has some numbness in the C6 dermatomal region." "Recurrent stingers with some decreased sensation around the C6 nerve root." |
| 1/8/17 | "L stinger 6 total (10 career)". "Numbness in my shoulder/arm, lack of strength (left side) |
| 5/8/18 | Chiropractic treatment, lumbar spine |
| 5/15/18 | Chiropractic treatment, cervical/thoracic/lumbar spine |
| 8/15/18 | "[R]ight-sided stinger": "he has had a history of stingers on the left side in the past […] he initially was complaining its of sensation loss and tingling in his right upper extremity all the way to his hand […] weakness in active triceps extension on the right side compared to the left side". |
| 8/16/18 | Chiropractic treatment, cervical/thoracic spine |
| 10/7/18 | "[L]eft-sided upper thoracic compression injury |
| 6/10/19 | "Neck pain worse with physical activity" |
| 1/13/19 | "C-Spine BP Stretch" |
| 7/26/19 | "C-Spine BP Stretch" |

Confidential Information                    NFL_ALFORD-0009177



Exhibits 25-26.

Today, Jamize suffers from "degenerative disc disease" in his neck and back, a lumbar spine "disc bulge" and "annular fissure at L5-S1 and facet changes at L4-L5 and L5-S1". Exhibit 27; Exhibit 22; Exhibit 28. He has noticed "paresthesias in his feet" and has "midline pain noted in the cervical spine" as well. Exhibit 28. Moreover, Jamize has "pain in [his] lower back [...] when [he has] to stand or walk for longer that 15 minutes" and "decreased tolerance to prolonged standing or walking". Exhibit 1; Exhibit 28. "Even sitting down in a chair can become very uncomfortable after many minutes and [he] will seek a place to recline in or lay down. The pain [he] get[s] in [his] low back makes it very difficult to sleep on [his] stomach". *Id.*

**D. Jamize's Bilateral Shoulder Substantial Impairments**

Jamize has bilateral shoulder substantial impairments. During college in August 2011, he sprained his right AC joint. Exhibit 29; *see* Exhibit 4; Exhibit 25. Then, on September 10, 2014, he "reported to the training room after practice with c/o posterior R shoulder pain. His pain [was] over his R rhomboids and levator. He said that he lowered his shoulder to hit someone [the previous day] in practice and that is when his pain began. He describes it as an aching pain, and he feels it when he raises his arm. [...] He is point tender over the insertion of his levator scapula. He has full ROM for in all planes except for IR on the R which is limited compared to the L shoulder. He has 4/5 strength for flexion, abduction, and ER on the R which seems to be due to pain. He has pain with empty can, O'Brians, and Hawkins impingement test". Exhibit 29.

About a month later, on October 12, 2014, Jamize "stretched out his arm to make a tackle and felt pain in his shoulder. He continued to play the game and noticed that his soreness gradually increased. He finished the game and had difficulty sleeping that evening. [That] morning he ha[d] limited AROM in flexion,abd and ext. rot. Ant. shoulder point tenderness present." *Id.* He also had

9

**JO-00566**

# ATHLAW LLP

"weakness in the right upper extremity", "limited ROM and strength due to pain", "pain even with PROM", and "inflammation". *Id.* Testing showed **"Marked weakness to supraspinatus isolation strength testing** and difficulty raising his arm over his head. 2+ Neer and 2+ Hawkin's tests. 1+ Speeds test." *Id.* (emphasis added). Jamize received treatment into mid-December 2019 for this injury, "Right Shoulder Rotator Cuff Tendinitis/Acute", including three recorded injections. *Id.*

Jamize also has left shoulder substantial impairments. As described above, he suffered repeated stingers, including a stinger reported on November 28, 2016 that caused "weakness when doing lat pulldowns with his left shoulder." Exhibit 3. After that, on December 8, 2016, he suffered another "stinger with some residual sensory loss in his thumb and his forearm area." Exhibit 25. Jamize had a cervical spine MRI, which showed a "C5 [...] right paracentral disc protrusion". Exhibit 26. Dr. Warren King said that Jamize was dealing with "[r]ecurrent stingers with some decreased sensation around the C6 nerve root." Exhibit 25. As of 2017, he suffered at least "6 total [stingers] (10 career)" and had "numbness in [his] shoulder/arm, lack of strength (left side)". *Id.* Moreover, he had "tender" AC and SC joints on October 7, 2018 after suffering an "Upper Back Strain" in practice. *Id.*

Today, Jamize has "degenerative disease in [...] [his] shoulders". Exhibit 22. He has "LIMITED" ability to "[r]each[] all directions (including overhead)" with "pain in his shoulder". Exhibit 23; Exhibit 2.

### E. Jamize's Bilateral Ankles, Bilateral Feet, and Right Hand Substantial Impairments

Jamize has bilateral ankle substantial impairments, including DJD and bilateral posterior tibial tendon injuries. He injured his left "anterior tibiofibular ligament" and "anterior talofibular ligament" on September 23, 2013 during a game against the Broncos. Exhibit 30. Then he suffered

10

**JO-00567**

NFL ALFORD-0009179



another ankle injury on October 22, 2015. *Id.* By November 17, 2016, Jamize had developed "[p]osterior tibial tendonitis", requiring "daily treatment regimens". *Id.* (emphasis added). Two days later, he had a lidocaine "injection of his posterior tibialis tendon" leading to "numbness on the plantar aspect of his foot", which Dr. Warren King said "would preclude him being able to participate as a running back during a game". *Id.* As a result, Jamize did not receive further injections. *See id.* He did, unfortunately, have more ankle injuries.

As previously discussed, on December 3, 2017, Jamize "suffered a valgus-type injury [] while participating and playing in the game, in which he suffered a valgus injury to his left knee with the knee flexed approximately 30 degrees, an ankle eversion and external rotation injury. [He had] pain in the medial aspect of his left knee, the primarily lateral aspect of his left ankle and his midfoot. He [was] limping when he [was] walking." Exhibit 19. A left ankle MRI the next day showed a **"full-thickness defect/tear through the anterior distal tibiofibular syndesmotic ligament"**, a "Grade 2 sprain of the anterior talofibular ligament", a "Grade 2 strain at the myotendinous junction of the extensor digitorum longus", and a "grade 2 sprain of the deep fibers the deltoid ligament [*sic*]". Exhibit 31 (emphasis added). On December 11, 2017, he continued to have "tenderness" and "pain" with ankle inversion, eversion, dorsiflexion, and plantar flexion. Exhibit 30. By March 2018, Jamize had developed degenerative changes in his left ankle. Exhibit 29. He had another left ankle injury to his anterior talofibular ligament in May 2018. Exhibit 30. Jamize now has **"Left Ankle DJD"**. Exhibit 25 (emphasis added).

In addition, Jamize has right ankle substantial impairments. He suffered an "inversion-type of [high ankle] injury while running" in a September 13, 2015 game, and he suffered a **"posterior tibialis tendon tear"** during an October 30, 2016 game on when he was "engaged with another opposing player, being pushed backwards or bull-rushed". Exhibit 32 (emphasis added). An MRI

11

**JO-00568**

Confidential Information                                                    NFL ALFORD-0009180

**ATHLAW LLP**

the next day showed the "tear", as well as ""'spurring in the ankle […] consistent with his history

of recurrent ankle sprains". *Id.*

Moreover, Jamize has bilateral foot substantial impairments. He deals with bilateral

degenerative changes and left foot "turf toe". Exhibit 3; Exhibit 34. In addition, he suffered from

bilateral foot injuries from football, including the left midfoot, ankle, and knee injury on December

3, 2017 described above. Exhibit 34; Exhibit 19. MRIs taken the day after the injury showed

"arthrosis of the great toe MTP joint" and "cartilage loss along the great toe MTP joint with small

osteophytes". Exhibit 31. Further, he had a "Right Foot Arch Sprain/Traumatic/Plantar Fascial"

on August 5, 2015 resulting in a "torn muscle in foot". Exhibit 34; Exhibit 4.

Today, Jamize has "degenerative disease in […] both ankles. Exhibit 22. He suffers "pain

[…] on the soles of [his] feet when [he has] to stand or walk for longer that 15 minutes. [His]

ankles and calves hurt when [he] walk[s] or tr[ies] to run". Exhibit 1; Exhibit 28. He also has

noticed "paresthesias in his feet". Exhibit 28.

Further, Jamize suffers from right hand substantial impairments. During the game on

December 3, 2017 during which he had a left knee, ankle, and foot injury, he also dealt with a

"gamekeepers thumb", with noted "ligament laxity in collaterals at MCP". Exhibit 19; Exhibit 35.

A December 4, 2017 MRI showed "Grade 2 sprains of the ulnar and radial collateral ligaments as

well as a possible grade 2 sprain of the thumb metacarpal capsular origin of the volar plate."

Exhibit 36.

12

**JO-00569**

Confidential Information                                                              NFL ALFORD-0009181



**MOREOVER, MR. JAMIZE OLAWALE QUALIFIES FOR LOD BENEFITS BECAUSE HIS PHYSICAL IMPAIRMENTS DEMONSTRATE AT LEAST 9 POINTS ARISING OUT OF LEAGUE FOOTBALL ACTIVITIES**

| Summary of Physical Impairment(s) | Page(s) |
|---|---|
| **Right Ankle**: "posterior tibialis tendon tear" | 14 |
| **Left Ankle**: "posterior tibialis tendonitis" | 15 |
| **Right Shoulder**: "Marked weakness to supraspinatus" | 16 |
| **Right Shoulder**: "inflammation", "tender" | 17 |
| **Left Shoulder**: "tender" | 18 |
| **Left Shoulder**: "weakness", "lack of strength" | 19 |
| **Left Ankle**: "tear through the anterior distal tibiofibular syndesmotic ligament" | 20 |
| **Left Knee**: "laxity", "Knee Medial Collateral Ligament Tear" | 21 |
| **Left Ankle**: "DJD" | 22 |
| **Left Foot**: "arthrosis of the great toe MTP joint" | 23 |
| **Right Hand**: "ligametn [*sic*] laxity in collaterals at MCP", "gamekeeper's thumb" | 24 |
| **Spine**: spine impairments from league football activities | 25 |

13

**JO-00570**

NFL ALFORD-0009182



**RIGHT ANKLE**

| Ankle Impairment | Point Value |
|---|---|
| Posterior Tibial Tendon Insufficiency | 3 |

posterior tibialis tendon tear

EXHIBIT 32

ASSESSMENT: Strain, partial tear and inflammation in posterior tibialis tendon.

EXHIBIT 32

Right Ankle Posterior Tibialis Strain

EXHIBIT 32

14

**JO-00571**

Confidential Information                                    NFL_ALFORD-0009183



**LEFT ANKLE**

| Ankle Impairment | Point Value |
|---|---|
| Posterior Tibial Tendon Insufficiency | 3 |

# Posterior tibial tendonitis.

EXHIBIT 30

ASSESSMENT: Left ankle midfoot strain with left ankle inversion sprain.

EXHIBIT 30

# Left ankle sprain

EXHIBIT 30

Confidential Information

NFL_ALFORD-0009184



## RIGHT SHOULDER

| Shoulder Impairment | Point Value |
|---|---|
| Symptomatic Rotator Cuff Tendon Tear | 2 |

# Marked weakness to supraspinatus

EXHIBIT 29

**CHIEF COMPLAINT:** Right shoulder.

**HISTORY:** The player states that yesterday during the game he did an arm tackle with the right arm and has had pain and weakness in the right upper extremity since then. His past medical history is otherwise unremarkable with the exception of a right AC sprain in the past.

**EXAMINATION:** Right shoulder: Marked weakness to supraspinatus isolation strength testing and difficulty raising his arm over his head. 2+ Neer and 2+ Hawkin's tests. 1+ Speeds test. Neurovascular status is normal.

**ASSESSMENT:** Right shoulder rotator cuff strain, possible tear.

EXHIBIT 29

Confidential Information

NFL ALFORD-0009185

# ATHLAW LLP

**RIGHT SHOULDER**

| Shoulder Impairment | Point Value |
|---|---|
| Symptomatic Acromioclavicular Joint Inflammation | 2 |

inflammation

EXHIBIT 29

tender

EXHIBIT 29

Both AC

EXHIBIT 25

limited ROM and strength due to pain. He has pain even with PROM

EXHIBIT 29

17

**JO-00574**

Confidential Information



## LEFT SHOULDER

| Shoulder Impairment | Point Value |
|---|---|
| Symptomatic Acromioclavicular Joint Inflammation | 2 |

tender.

EXHIBIT 25

Both AC

EXHIBIT 25

18

**JO-00575**

Confidential Information

NFL_ALFORD-0009187

# ATHLAW LLP

## LEFT SHOULDER

| Shoulder Impairment | Point Value |
|---|---|
| Symptomatic Rotator Cuff Tendon Tear | 2 |
|  |  |

# weakness.

**EXHIBIT 3**

**HISTORY**: The player states he suffered a stinger in the game two weeks ago. He now reports some weakness when doing lat pulldowns with his left shoulder.

**PHYSICAL EXAMINATION**: He has full range of motion of his neck without tenderness. His motor examination reveal 5/5 strength to the rotator cuff and deltoid area. There is no evidence of atrophy. His neurovascular status is normal.

**ASSESSMENT**: Reported stinger episode with weakness to his latissimus dorsi doing lat pulldowns. No evidence of obvious atrophy or sensory deficits.

**EXHIBIT 3;** *see* **EXHIBIT 25**

Numbress in my shoulder / Arm, lack of strength (left side)

**EXHIBIT 25**

fered during the season?[ ]YES [ ]NO
ails:

② Stage
Shldr Contect
( 10 career)

**EXHIBIT 25**

19

**JO-00576**

# ATHLAW LLP

## LEFT ANKLE

| Ankle Impairment | Point Value |
|---|---|
| Tibialis Anterior Tendon Insufficiency | 3 |



EXHIBIT 31

1. Full-thickness defect/tear through the anterior distal tibiofibular syndesmotic ligament with surrounding edema and soft tissue swelling as well as edema within the soft tissues about the distal tibiofibular syndesmotic membrane.

2. Grade 2 sprain of the anterior talofibular ligament.

EXHIBIT 31

grade 2 sprain of the anterior tibiofibular ligament.

EXHIBIT 30

acute on chronic sprain of the ATF grade II

EXHIBIT 30

Left ankle sprain

EXHIBIT 30

**ASSESSMENT:** Left ankle midfoot strain with left ankle inversion sprain.

EXHIBIT 30

**JO-00577**

Confidential Information
NFL_ALFORD-0009189



**LEFT KNEE**

| Knee Impairment | Point Value |
|---|---|
| Symptomatic MCL Tear with Moderate Or Greater Instability | 2 |



EXHIBIT 19

# Left Knee Medial Collateral Ligament Tear

EXHIBIT 19



**Knee**
Effusion
ROM
PF Crepitus
PF Alignment
Valgus 0°
Valgus 30°

ACL-BTB/HS/ALLO
MCL
LCL
PCL
PF-Inst. / DJD
Loose Body
Meniscus

EXHIBIT 29

# Left Knee MCL

EXHIBIT 25; EXHIBIT 19

## Grade 1 sprain of the medial collateral ligament.

EXHIBIT 21

**KNEES**

| | | | | |
|---|---|---|---|---|
| Strained | Left or Right | Sprain Ligament | Left or Right | Torn Ligaments | Left or Right |
| Torn Cartilage | Left or Right | Knee Cap Injury | Left or Right | Fractures | Left or Right |
| Operations | Left or Right | Injections | Left or Right | Pains | Left or Right |
| Dislocations | Left or Right | Missed Practice | Left or Right | Missed Games | Left or Right |
| Bruise | Left or Right | Bursitis | Left or Right | Swelling | Left or Right |
| Locking | Left or Right | Giving Away | Left or Right | Arthroscopes | Left or Right |
| Wear Braces | Left or Right | Casted | Left or Right | Arthritis | Left or Right |
| Chondromalacia | Left or Right | Grinding | Left or Right | Other | Left or Right |
| EXPLAIN: | | | | ☐ None Of These Apply | |

Sprained , MCL , last week ; I missed no

EXHIBIT 4

21

**JO-00578**

NFL_ALFORD-0009190

# ATHLAW **LLP**

## LEFT ANKLE

| Ankle Impairment | Point Value |
|---|---|
| Degenerative Joint Disease - Moderate Or Greater (i.e., significant loss of joint space as confirmed by clinical examination and x-ray) | 3 |

# Left Ankle DJD

EXHIBIT 19

# Left Ankle DJD

EXHIBIT 25

EXHIBIT 29

### ANKLES



| Sprains | (Left) or Right | Strain | Left or Right | Fractures | Left or Right |
|---|---|---|---|---|---|
| Dislocations | Left or Right | Operations | Left or Right | Injections | Left or Right |
| Casted / Splinted | Left or Right | Pain | Left or Right | Missed Practice | Left or Right |
| Missed Games | Left or Right | Bruise | Left or Right | Other | Left or Right |

EXPLAIN:  ☐ None Of These Apply

Sprained Ankle on the same
play as my MCL sprain; Missed

EXHIBIT 4

**JO-00579**

Confidential Information

# ATHLAW LLP

**LEFT FOOT**

| Foot Impairment | Point Value |
|---|---|
| Hallux Rigidus - Moderate Or Greater (i.e., significant loss of joint space as confirmed by clinical examination and x-ray) | 1 |

## Mild to moderate arthrosis of the great toe MTP joint

EXHIBIT 31



EXHIBIT 34

# Left Great Toe

EXHIBIT 25; EXHIBIT 19

**CHIEF COMPLAINT:** Left foot pain.

**HISTORY:** The player comes in stating he had some pain over the medial aspect of his left foot following the game. He does not remember any specific injury.

EXHIBIT 34

# Left Foot Contusion

EXHIBIT 34

23

**JO-00580**

Confidential Information

# ATHLAW LLP

**RIGHT HAND**

| Hand Impairment | Point Value |
|---|---|
| Mediolateral Ligamentous Instability - Moderate Or Greater (i.e., instability that significantly impairs the Player's ability to perform normal activities of daily living (bathing, grooming, dressing, driving, etc.)) | 1 |

ligametn laxity in collaterals at MCP. Appears to be a gamekeepers thumb.

EXHIBIT 35

gamekeeper's thumb injury.

EXHIBIT 19

1. Grade 2 sprains of the ulnar and radial collateral ligaments as well as a possible grade 2 sprain of the thumb metacarpal capsular origin of the volar plate.

EXHIBIT 36

24

**JO-00581**

Confidential Information

NFL_ALFORD_0000103

# ATHLAW LLP

## CERVICAL SPINE

| Cervical Spine Impairment | Point Value |
|---|---|
| | |

C4-C5: Small diffuse right paracentral disc protrusion, slightly indenting the anterior thecal sac, resulting in mild right-sided

EXHIBIT 26

IMPRESSION:

Minimal to mild degenerative disc disease in the cervical spine, particularly at C4-5, resulting in mild right-sided neural foraminal narrowing at C4-5 and mild left-sided neural foraminal narrowing at C5-6.

EXHIBIT 26

Numbness in my shoulder / Arm, lack of strength (left side)

EXHIBIT 25

Tered during the season?[ ]YES [ ]NO

ails:

② Stage

Hill Carer
( 10 career)

① week

weak

EXHIBIT 25

## right-sided stinger

EXHIBIT 25

Confidential Information

NFL_ALFORD-0009194



The Committee should reasonably deem Jamize T & P disabled because the cumulative impact of football on his body, brain, and mind has resulted in a destruction of his overall health such that he is substantially unable and substantially prevented from engaging in any considerable occupation. Moreover, Jamize qualifies for LOD benefits because his physical impairments demonstrate at least 9 points arising out of league football activities. Thus, respectfully, the Committee should prudently determine that Mr. Jamize Olawale is entitled to his collectively bargained for T & P, LOD, and NC benefits.

Sincerely,

Samuel Katz, Esq.
*Managing Partner*
Athlaw LLP

**JO-00583**

Confidential Information

NFL_ALFORD-0009195



## Jamize Olawale
## List of Submitted Supporting Exhibits

| EXHIBIT | DOCUMENT NAME |
|---------|---------------|
| 1 | Declaration of Jamize Olawale |
| 2 | Declaration of Brittany Olawale |
| 3 | Concussions and Head Trauma Medical Records |
| 4 | Dallas Cowboys Football Club Health History Questionnaire dated 3/27/18 |
| 5 | Dr. Thomas Hardy Neuropsychological Consultation Report dated 10/9/17 |
| 6 | NFL Concussion Assessment dated 10/8/17 |
| 7 | Dr. Thomas Hardy Neuropsychological Consultation Report dated 10/13/17 |
| 8 | Concussion Assessment dated 6/10/19 |
| 9 | Dr. Alan Martin Report dated 1/3/20 |
| 10 | Dr. Alan Martin Report dated 2/6/20 |
| 11 | Dr. Erin Reynolds Report dated 2/11/20 |
| 12 | Physical Therapy Office Visit Note dated 2/19/20 |
| 13 | Physical Therapy Office Visit Note dated 2/26/20 |
| 14 | Dr. Erin Reynolds Report dated 4/29/20 |
| 15 | Dr. Erin Reynolds Report dated 3/20/20 |
| 16 | Concussion Assessment dated 7/28/20 |
| 17 | Dr. Alan Martin Report dated 9/25/20 |
| 18 | Kane Hall Barry Neurology Office Visit Note dated 1/22/21 |
| 19 | Left Knee Medical Records |
| 20 | Left Knee MRI dated 8/19/16 |
| 21 | Left Knee MRI dated 12/4/17 |
| 22 | Dr. James Montgomery Note dated 1/19/21 |
| 23 | Physical Residual Functional Capacity Assessment dated 1/14/21 |
| 24 | Dr. James Montgomery Patient Report dated 1/7/21 |
| 25 | Spine and Left Shoulder Medical Records |
| 26 | EMR 389-390 Cervical Spine MRI dated 12/9/16 |
| 27 | Lumbar Spine MRI dated 1/20/21 |
| 28 | Dr. Marvin Van Hal Notes dated 1/11/21 & 1/28/21 |

Confidential Information

# ATHLAW LLP

| EXHIBIT | DOCUMENT NAME |
|---------|---------------|
| 29 | Right Shoulder Medical Records |
| 30 | Left Ankle Medical Records |
| 31 | Left Ankle MRI dated 12/4/17 |
| 32 | Right Ankle Medical Records |
| 33 | Right Ankle MRI dated 10/31/16 |
| 34 | Bilateral Feet Medical Records |
| 35 | Right Hand Medical Record dated 12/3/17 |
| 36 | Right Hand MRI dated 12/4/17 |

**JO-00585**

Confidential Information

## Personal Statement

My name is Jamize Robert Olawale and I feel it is important for me to explain in greater detail some of the physical and mental issues I have been dealing with after having played 8 years in the NFL. It is my hope that by reading this explanation, people will be able to understand the issues I face on a day to day basis- issues that have only gotten worse.

Of all the physical beating my body has taken over the course of my football career, the issues I deal with mentally are my greatest concern. I'll begin with my memory issues.

I began noticing I had more serious issues remembering things a few years ago, probably around 2015. I (ironically) remember one instance in which I was trying to recall the team we had played the week before. It was in the middle of the following week and we were preparing for our upcoming opponent so I know that not even 7 days had passed since we played this last opponent that I was trying to recall. For some reason I just could not jog my memory. This issue began to trouble and upset me and I determined in my heart to figure out who it was that we played roughly 5 days prior without checking our schedule or looking on the internet. Up until this point in my life, like anyone else, I had on occasion forgotten something from the past but unlike this situation I would always be able to recall what it was that I was trying to remember after a few seconds of thought. On this particular day I spent well over 10 minutes diligently trying to comb my memory bank to remember the team we had just played! Again, I could have easily checked the schedule but for some reason I was determined to remember this fact on my own. After about 10 minutes or so of trying to recall this team, I remember something purple catching my attention (perhaps a towel or something else around me at the time). This color jogged my memory enough for me to remember the color uniform of the team we had just played. It was the Minnesota Vikings! I was relieved to have finally remembered but I thought it was very strange that it took that long for me to be able to recall something as significant as an opponent I had just spent the previous week preparing for and playing.

Since that day, my memory has only gotten worse. I now have trouble remembering what I was talking or thinking about if I am interrupted in the middle of what I am doing. A recent example of this: I was looking through my phone for a group text I had with my wife's employee and my wife (she owns a preschool), I forget the specific reason but I know it was for something very important. I had just opened my phone and clicked on the "messages" app when one of my children (I have three, but I forget which one asked me the question) asked me a simple question. I remember it was a simple question because it only required me to take my eyes off my phone very briefly (as if to answer "yes" or "no"). When I returned to my phone probably literally a second to a second and a half later, I had no idea what it was I was trying to do. Nevermind forgetting who i was trying to look for, I could not even remember why I had opened my phone in the first place, but I could not shake the feeling that it was for something very important. I spent the next 20 minutes or so frustratingly trying to remember what i

Confidential Information

needed to do that was so important. Eventually, this particular employee texted in a group chat and it was enough for me to remember who it was I was trying to speak to. Even with being able to remember that, I still wasn't able to remember the reason I needed to speak with them and to this day I don't know if that affected my wife's business or not. Thankfully, my wife is handling the operations of her school so I know that she'll remember and get it done.

These are just a couple examples of the issues I have recalling things I am doing or saying/thinking. I also have issues losing my train of thought when reading or watching tv. An example of this is the fact that every morning I read one chapter of a book in my bible. I would estimate that it takes me 3-4minutes longer to read that single chapter (sometimes only a few verses long) than it would a normal adult my age. The reason for this is because not only do I get easily distracted when reading (not just with reading my bible, with anything) but when I am able to divert my attention back to what I am reading I find myself having to repeat the last sentence I just read many times over just to remember where I was in the book. This is a weird phenomenon that I have only recently (within the past couple of years) noticed I have been doing. I never used to have this problem. Similarly, while watching tv if someone asks me a question or if I get distracted in anyway, often times I will have to refocus and mentally go back a few minutes of the show in order to be able to continue following along in the show or movie. This obviously makes it difficult to watch or read anything in a place that isn't completely quiet and without distractions. I have many more examples of how my memory has been affected.

In addition to my memory issues, and probably connected to them, I also have frequent but random headaches. I normally notice them first thing in the morning, but there are times when I wont notice it until the afternoon. Every now and then I will get a bad headache in which I would either want to or actually will take medication to calm it down, otherwise I try my hardest not to use any medication for fear of developing a dependency on them or for any other long term side effects they could have on my body.

Also connected to these headaches I notice that I am very irritable, I get angry a lot and often times I blow up for seemingly insignificant reasons. It saddens me that my wife and my children have to walk on eggshells around me knowing that I may blow up for something as simple as spilling water on the floor or interrupting me while doing something. I feel they are connected to the headaches because I noticed they both started around the same time. I notice that I am unhappy and down a lot (which may also explain why I am irritable towards my family). I would not classify it as depression, although I am not a psychologist, but I do notice that often times I am unhappy for no reason at all. I have a blessed life and I am grateful to the Lord for all that he has blessed me with, which is why it perplexes me that I would have any sign of unhappiness. When I am unhappy I usually also get more aggressive.

Lastly, as it relates to the mental issues, I have noticed that my speech has been affected. Ive noticed I struggle saying some words and that at various times throughout

**JO-00587**

Confidential Information

a conversation I will stumble over some words. For this reason I try not to have long conversations with people because I am very subconscious about this issue. I have noticed many times while talking that I will try to say two words at once. This of course will cause me to stumble over those words and I always have to regroup and repeat whatever it was that I was trying to communicate. People have also told me that it is difficult to understand me when I talk because I mumble.

In addition to the issues I deal with mentally, I also deal with things physically. I have pain in my lower back and on the soles of my feet when I have to stand or walk for longer that 15 minutes. My ankles and calves hurt when I walk or try to run and because of the pain I have in my knees, I avoid squatting whenever possible. Even sitting down in a chair can become very uncomfortable after many minutes and I will seek a place to recline in or lay down. The pain I get in my low back makes it very difficult to sleep on my stomach, so I spend most of the night sleeping on my right or left side.

Like my mental issues, these problems have only gotten worse over the course of my career and it is troubling to think about how bad they can be years from now if they continue to get worse.

_____
Signature

Date 1/26/2021

Confidential Information

NFL_ALFORD-0009200

### Statement of Brittany Olawale

My name is ▓▓▓▓▓▓▓ and I am Jamize's wife. I wanted to give some details about the mental and physical issues Jamize has been facing.

Mental issues are the most significant. Jamize and I will discuss things about my business and if I interrupt him or talk to long about a subject he forgets what he wants to say. This makes him irritable and he gets frustrated with me or himself because he can't remember what he wanted to say. So I try very hard not to interrupt his thought or talk too much because I know it's difficult for him to process things when I do a lot of talking.

He just wants to be by himself. He will spend time in our theater room, which is dark. I don't think he notices it, but he'll be sitting alone with the lights off. He's not a very vocal person, but his physical actions show that he needs time alone, and this isn't how he was before. He always wanted to be together and do everything together because that's how he was with his dad and brother.

He's aggressive or more assertive sometimes than he used to be. There was a period of time after his 3rd year of playing were we started getting into big ugly arguments (about nothing important or worth arguing over) right before he would leave for camp. It happened every year until I realized what was happening.I try not to trigger Jamize with my own stress.

I talk really fast, and sometimes he has trouble understanding me. We have a hard time communicating because of this. Jamize doesn't like to go out with friends or place where he doesn't know people. He gets frustrated easily by things not worth being frustrated about and agitated whenever he gets a headache. He has a really bad headache about once a month. He has headaches that are less bad at least once a week.

He has confusion with complex conversations. He loves talking about business and learning about business strategies but can't keep up with the details of things like he use to. He needs to go at his own pace.

I notice that sometimes he has a limp when he walks. I makes me worried what life will be like for him when he's older. He's complained of pain in his shoulder and back. He says his knees hurt wether he lifts a lot of a little. When he tries to run he complains of pain in his feet and hamstrings. He can't do what he use to without pain.

I'm worried about our future, and I see that Jamize is concerned about that too. I work as a realtor and I just opened a preschool. I know that I will need to be the sole provider for our family and our children because Jamize isn't able to work. He's sacrificed so much of himself with out complaining, I believe it's my turn to carry that weight.

_____               1 /29/2021
Signature                                          Date

**JO-00589**

Confidential Information                                        NFL_ALFORD-0009201

| From: | Elton Banks |
|---|---|
| To: | Stephanie Torlina |
| Subject: | FW: New Applications |
| Date: | Tuesday, March 30, 2021 11:16:46 AM |

Olawale's application in your mail folder.

Elton Banks - Senior Benefits Coordinator
Phone 800.638.3186 ex.444  Fax 410.783.0041



200 St. Paul Street, Suite 2420, Baltimore, Maryland 21202


**From:** Linda Johnston
**Sent:** Monday, March 29, 2021 2:54 PM
**To:** Elise Richard <erichard@nflpb.org>; Elton Banks <ebanks@nflpb.org>; Emily Parks
<eparks@nflpb.org>; Kris Wille <kwille@nflpb.org>; Meghan Pieklo <mpieklo@nflpb.org>; Sam
Vincent <svincent@nflpb.org>; Stephanie Torlina <storlina@nflpb.org>
**Subject:** New Applications

Applications just received for Natravis Claybrooks (T&P and NC) and Jamize Olawale (T&P, LOD and
NC). Saved in general Disability mail folder.


Linda Johnston  Executive Assistant
Toll Free 800.638.3186  Phone 443.769.1403  Fax 410.783.0041



**NFL Player Benefits Office**
200 St. Paul Street, Suite 2420, Baltimore, Maryland 21202

**JO-00590**

**SEND THIS PAGE**

## Complete and sign the application

Fill this sheet out to the best of your ability. You may be subject to loss of benefits and to other penalties and sanctions under law if you make any false or misleading statements or omissions. **Attach additional pages if you need more space to explain your situation.**

RECEIVED

MAR 2 9 2021

PLAYER BENEFITS

| NFL PLAYER DISABILITY & NEUROCOGNITIVE BENEFIT PLAN LINE-OF-DUTY DISABILITY BENEFITS APPLICATION | | |
|---|---|---|
| Player's Name (first, middle, last) Jamize Olawale | Date of birth | Social Security number |
| Address (number and street) | | Apartment, suite, unit, etc. |
| City | State | Zip Code |
| Phone number | Email (optional) | |

**Evaluating your impairment:** Most LOD applicants are referred to an independent orthopedist for a comprehensive, whole-body physical examination.

| If you do **not** have orthopedic impairments, initial here | If you have non-orthopedic impairments other than a neurocognitive, brain-related neurological (excluding nerve damage), or psychiatric impairment, describe them here and explain how they relate to NFL-football activities. |
|---|---|
| | (!) The Plan will only consider non-orthopedic impairments that are identified in this application. |

**Recent surgeries**

| Have you had surgery, or do you intend to have surgery, within 12 months of the date on this application? | If yes, please explain: |
|---|---|
| ☐ Yes  ☒ No | |

**Medical records & other supporting documents**
You must submit medical record(s) to complete your application. Your application will be denied if you do not.

What documents are you providing with this application?
Exhibits 1-36 (medical records, including team medical records, imaging, and report of Dr. James Montgomery finding me "disabled"); Legal Brief in Support of Application

Do you plan to submit additional documents at a later date?
No

☐ Check here if you previously applied for disability benefits and want to use the medical records in your file for the current application.

(!) Your application will not be complete, and will not be processed, until all supporting documents are received by the Plan.

## Signature and authorization

I certify that all information and documents provided on or with this Application are, to the best of my knowledge, true, correct, and complete. I also authorize the NFL Player Disability & Neurocognitive Benefit Plan to use or disclose all individually identifiable health information submitted to the Plan on my behalf, or created in connection with this Application, to all individuals as needed for Plan purposes.

| Player's signature | |
|---|---|
| Date completed | 3/24/2021 |

4

**JO-00591**

Confidential Information                                                NFL ALFORD-0009203

# Complete and sign the application

Please read and sign this consent form so that you understand what will happen next — particularly as it pertains to the independent medical examination.

## NFL PLAYER DISABILITY & NEUROCOGNITIVE BENEFIT PLAN
## CONSENT FORM FOR LINE-OF-DUTY DISABILITY BENEFITS APPLICATION

**In submitting my application for LOD benefits, I understand that:**

1. I may be required to undergo a comprehensive evaluation, and I certify I will be able to attend such evaluation within 30 days from the date this Application is received by the NFL Player Benefits Office.

2. Failure to attend this evaluation without two business days advance notice, and to cooperate with this evaluation, will result in my application being denied. If the NFL Player Benefits Office changes or reschedules an examination at my request, I understand that I must attend that examination, or I will be ineligible for benefits (unless circumstances beyond my control prevented me from attending the examination).

3. The examination will not be videotaped or otherwise recorded.

4. There will be no doctor-patient relationship between me and the physicians or other health professionals arranged by the Plan to examine me.

   a. Reports from these examinations will be sent to the Plan, not directly to me. I will be able to obtain a copy of these reports by requesting them in writing from the NFL Player Benefits Office.

   b. Neither I nor any of my representatives (attorneys, treating physicians, etc.) are allowed to contact these physicians and health professionals, such as to discuss my condition or to request copies of reports.

5. These physicians and health professionals are required to comply with ethical and legal obligations. For example, they are obligated to act if they determine that I am a danger to myself or others.

6. By signing this form, I consent to the above, and I will comply with the Plan's procedures in connection with my claim for LOD benefits.

## Signature and authorization

[X] I have read and understood the information in this Consent Form.

| Player's name (print) | Player's signature | Date completed |
|---|---|---|
| Jamize Olawale | | 3/24/2021 |

QUESTIONS? Call the NFL Player Benefits Office at **800.638.3186** or visit **nflplayerbenefits.com**
Last revised 10/2020

5

**JO-00592**

Confidential Information                                                          NFL ALFORD-0009204



SAMUEL KATZ, ESQ.                                                    March 23, 2021
Managing Partner, Athlaw LLP
8383 Wilshire Blvd. Suite 800
Beverly Hills CA 90211
(818) 454-3652
samkatz@athlawllp.com

NFL DISABILITY INITIAL CLAIMS COMMITTEE
NFL Player Disability & Neurocognitive Benefit Plan
200 Saint Paul St., Ste. 2420
Baltimore, MD 21202

Re:    **JAMIZE OLAWALE'S APPLICATIONS FOR T & P, LOD, AND NC
         DISABILITY BENEFITS**

Dear ERISA Administrator:

Respectfully, Mr. Jamize Olawale requests his collectively bargained for Total &

Permanent ("T & P"), Line-Of-Duty ("LOD"), and Neurocognitive ("NC") Disability benefits

because he satisfies the plain terms of the NFL Player Disability & Neurocognitive Plan (the

"Plan"). Mr. Olawale – who is substantially unable and substantially prevented from engaging in

or maintaining any employment and **"disabled secondary to his osteoarthritis"** due to his

documented mental and physical substantial impairments, including lasting concussions and

degenerative changes in his knees, ankles, and feet – humbly requests that the Disability Initial

Claims Committee (the "Committee") act reasonably, and in a manner consistent with the exact

terms of the Plan, by awarding him the collectively bargained-for benefits that he deserves.

i

**JO-00593**



## STATEMENT OF FACTS

**MR. JAMIZE OLAWALE QUALIFIES FOR T & P DISABILITY BENEFITS DUE TO THE SUBSTANTIALLY WORK DISABLING CUMULATIVE IMPACT OF ALL OF HIS SUBSTANTIALLY DISABLING SYMPTOMS INCLUDING LEFT CHRONIC VESTIBULAR HYPOFUNCTION, MEMORY PROBLEMS, HEADACHES, SPEECH PROBLEMS, DIZZINESS, FOGGINESS, LOSING HIS TRAIN OF THOUGHT, MOOD SWINGS, SENSITIVITY TO LIGHT, OTHER SIGNIFICANT MENTAL IMPAIRMENTS, AND SEVERE WORK LIMITATIONS, IN COMBINATION WITH DEBILITATING ORTHOPEDIC DISABILITY(IES) TO HIS SPINE, BRAIN, LEFT KNEE, SHOULDERS, ANKLES, FEET, AND RIGHT HAND, RENDERING HIM SUBSTANTIALLY UNABLE AND SUBSTANTIALLY PREVENTED FROM ENGAGING IN ANY OCCUPATION**

Jamize is substantially unable and substantially prevented from engaging in any occupation due to the overall effect on his body, brain, and mind from disabling mental and physical disability(ies). His medical records, including team medical records and records from treating physicians, provide more detail about the extent of his injuries and substantial impairments, his resulting symptoms, and his substantial limitations today.

### A. Jamize's Concussions and Repetitive Head Trauma from Football, With Ongoing Concussion Symptoms Today

Jamize suffered from at least four (4) documented concussions and head trauma. He had his first **concussion with loss of consciousness** when he was only nine (9) years old, hitting his head on a pole. Exhibit 3; Exhibit 9. Jamize then had "**2x Concussions** both in J.C. [junior college]" and went on to suffer more in the NFL. Exhibit 3 (emphasis added). In November 2016, he "**made contact with his head** and felt the stinger while blocking", resulting in a "Left Neck Brachial Plexus Stretch". *Id.* (emphasis added). Later that month, he noticed "weakness when doing lat pulldowns with his left shoulder." *Id.*

Moreover, Jamize suffered a lasting concussion less than a year later. On October 8, 2017, he "was trying to make a tackle when the L. Knee of one of his teammates hit him above the R.

2

**JO-00594**

# ATHLAW LLP

Eye as his helmet came up and caused a laceration and **concussion**." *Id.* (emphasis added); Exhibit

4. "He remembered the pain of the hit and then next remembered that he was face down on the

field." Exhibit 5. "He felt 'dazed, foggy, like it was an out-of-body experience.' He was able to

get up on his own but noted that he was bleeding. He was able to walk to the sideline but could

not remember whether someone else walked with him." *Id.* Jamize saw neuropsychologist Dr.

Thomas Hardey the next day. Dr. Hardey explained what happened next:

> Jamize watched the game and then showered. By this time, he had a
> headache 'all over' and a throbbing pain in his right temple. He
> became nauseous and felt dazed. His wife drove him home after the
> game and he experienced the same symptoms when he was there.
> He went to bed at 8 p.m. which is early for him but woke again at
> 10 p.m. He was unable to fall back to sleep until 4 a.m. [...] He
> reported that he has a continuing but lessening headache, continuing
> but less throbbing pain over his right eye. His eye was more swollen.
> He also noted pain when his car went over bumps in the road or
> when he was walking up or down stairs. He stated that shaking his
> head 'hurts my brain.'
>
> In retrospect, Jamize feels that he might have had 'minor
> **concussions' earlier in the year**, particularly in the preseason game
> against Dallas and on one other occasion during summer training
> camp. He stated that **his current concussion is the worst that he
> has had since his NFL rookie year**.

Exhibit 5 (emphasis added), *see* Exhibit 3. On post-injury testing immediately after the concussion,

Jamize had trouble with word recall (14/30) and delayed word recall (4/10). Exhibit 6. Dr. Hardey

noted that:

> "Mr. Olawale was given the ImPACT test to update baseline testing
> done in April 2016. In comparing today's results to those, this player
> has poorer scores in visual memory, visual motor speed, reaction
> time, and total symptom scores. Today, he was also administered the
> Trail Making Test. On Part A, his score was at the 20th percentile;
> on Part B, it was at the 50th percentile. Neither of the above scores
> indicate that he has returned to baseline neuropsychological levels."

3

**JO-00595**

NFL ALFORD-0009207

**ATHLAW LLP**

Exhibit 5. Dr. Hardey then noted that Jamize's "**reported symptoms remain[ed] high (18)**" on October 13, 2017. Exhibit 7 (emphasis added); *see* Exhibit 3. "He indicated that he continues to have headache, swelling in his temple, a feeling of pressure in his head, and a sensitivity to both light and sound. He noted that he has been attending team meetings but finds it harder to concentrate and to focus. He has similar difficulties when he goes home." Exhibit 7.

After Jamize's 2017 concussion, he continued to have symptoms for at least two months, including "random headaches/dizziness", "trouble remembering things", "neck pain", "'Pressure in head'", "'Don't feel right'", "Difficulty concentrating", "Difficulty remembering", "More emotional", and "Irritability". Exhibit 3 ("HA for 2-3 mo"); Exhibit 8.

During the 2019 season, Jamize again began to suffer from **frequent headaches**. These started occurring after he had a "significant stinger" and "neck soreness" during training camp. Exhibit 3. The headaches "occur approximately 2-4 times per week and are never significant enough to limit him as far as activities. [...] he is also concerned about some perceived 'forgetfulness'". *Id.* Jamize saw neurologist Dr. Alan Martin on January 3, 2020, who diagnosed him with "headache syndrome", noting Jamize's history of "multiple concussions", as well as "multiple concussive-type symptoms throughout his professional career that he did not report. He would have symptoms with head trauma with transient symptoms of being dazed with ringing in the ear and mild headache [...] He occasionally would have nausea". Exhibit 9; *see* Exhibit 3. Unfortunately, Dr. Martin reported on February 6, 2020 that Jamize's "headaches have not resolved after the football season, although he did feel like he had more frequent headaches when he was involved in full contact during the season." Exhibit 10.

Jamize then saw neuropsychologist Dr. Erin Reynolds on February 11, 2020. Dr. Reynolds further described Jamize's head trauma and symptoms throughout the 2019 season:

4

**JO-00596**

Confidential Information                                    NFL ALFORD-0009208

# ATHLAW LLP

> He reports noticing headaches this year while driving to training camp or when he would wake up from a nap. [...] Jamize reports sustaining multiple hits through the 2019-2020 season, with four to five hits standing out as more significant. He reports experiencing on-field dizziness with disorientation and confusion following those hits" [...] [H]is wife is concerned about ongoing symptoms, particularly **memory deficits, changes in mood, and ongoing headaches." [...] Jamize admits to avoiding quick head movements and likes to hang out in dark room. He has also observed changes to his speech including stumbling on words and long pauses within conversations.**"

Exhibit 11 (emphasis added). Moreover, Jamize told Dr. Reynolds about his "dizziness", "[f]ogginess", feeling "lightheaded", "light and noise sensitivity", "[d]ifficulty concentrating, retaining information, [and] los[ing] train of thought during conversations." *Id.* Dr. Reynolds "administered a Dynamic Visual Acuity Test (DVAT) which revealed significant gaze instability [...] He also exhibit[ed] positive left Head Impulse Test which indicates left peripheral hypofunction. Pursuits and saccades [...] did provoke mild dizziness with increased repetitions. These findings, in combination with subjective reports, may indicate high functioning **left chronic vestibular hypofunction**". *Id.* (emphasis added).

Jamize attended two sessions of vestibular physical therapy on February 19 and 26, 2020. Exhibits 12-13. Unfortunately, "towards the end of March he had a few severe headaches. He reports that these headaches were more severe than his previous headaches". Exhibit 14; *see* Exhibit 15. In July 2020, when he took a concussion assessment, Jamize still had "[h]eadache" and "[d]ifficulty remembering", and he felt "[i]rritab[le]". Exhibit 16. He scored only 22/30 on immediate memory testing and 6/10 on delayed memory. *Id.* His headaches continued into September 2020, when Jamize told Dr. Martin that he "has had to write himself notes [] on his phone to help with memory". Exhibit 17.

5

**JO-00597**

Confidential Information    NFL ALFORD-0009209



On January 22, 2021, Jamize saw Jessica Mason of Kane Hall Barry Neurology. She noted Jamize's history of "multiple concussions" and her concern that he still has "post-concussion syndrome" with "headaches". Exhibit 18. She said that Jamize has "memory loss", "forgetfulness and word finding difficulty", "loss of concentration", and "**[t]remor of both hands**" that she observed "[d]uring casual conversation". Id. (emphasis added). She also administered the MoCA, and Jamize scored "**24/30 with 0/5 5 min recall and language deficits**". Id. (emphasis added).

Today, Jamize's "issues [he] deal[s] with mentally are [his] greatest concern." Exhibit 1. Since a few years ago when he first noticed memory problems (such as substantial difficulty recalling the team he had played the week before), Jamize's "memory has only gotten worse. [He] now [has] trouble remembering what [he] was talking or thinking about if [he is] interrupted in the middle of what [he is] doing." Id. His wife Brittany has noticed this problem too: "I interrupt him or talk to long about a subject he forgets what he wants to say. This makes him irritable and he gets frustrated with me or himself because he can't remember". Exhibit 2. "[He] also [has] issues losing [his] train of thought when reading or watching tv. [...] This obviously makes it difficult to watch or read anything in a place that isn't completely quiet and without distractions." Exhibit 1. Further, Brittany notes his "confusion with complex conversations". Exhibit 2.

In addition, Jamize's "speech has been affected. [He] noticed [he] struggle[s] saying some words and that at various times throughout a conversation [he] will stumble over some words. [...] [He has] noticed many times while talking that [he] will try to say two words at once." Exhibit 1. Brittany notices that "sometimes he has trouble understanding" her because she talks fast. Exhibit 2. "We have a hard time communicating because of this." Id. Jamize continues to have "frequent but random headaches", and "connected to these headaches [he] notice[s] that [he is] very irritable, [he] get[s] angry a lot and often times [he] blow[s] up for seemingly insignificant reasons." Exhibit

6

**JO-00598**

Confidential Information

NFL ALFORD-0009210

# ATHLAW LLP

1; Exhibit 2. He also "wants to be by himself", "sit[s] alone with the lights off", and "doesn't like to go out with friends or place where he doesn't know people". Exhibit 2.

### B. Jamize's Left Knee Substantial Impairments

Jamize suffers from left knee substantial impairments, including an MCL tear. First, on October 27, 2013, he "hit in the L. knee on an onside kick int he [sic] 4th quarter and had some mild pain and limped". Exhibit 19. Then, on August 18, 2016, "[h]e was hit in the L. Knee while being tackled after receiving a pass." Id. He had a "Left Knee Medial Collateral Ligament Tear", and his knee had "laxity w/ valgus stress". Id. An MRI the next day also showed a "[m]edial meniscal tear" and "high-grade patellofemoral chondrosis". Exhibit 20. Jamize then injured his left leg three more times in fall 2017. Exhibit 19; see Exhibit 4. On December 3, 2017, "Jamize suffered a valgus-type injury [] while participating and playing in the game, in which he suffered a valgus injury to his left knee with the knee flexed approximately 30 degrees, an ankle eversion and external rotation injury. [He had] pain in the medial aspect of his left knee, the primarily lateral aspect of his left ankle and his midfoot. He [was] limping when he [was] walking." Exhibit 19. A December 4, 2017 left knee MRI showed a "full-thickness cartilage loss [...] progressed compared to the prior exam", "[f]ull-thickness chondral fissuring", "osteophytes", and an MCL injury. Exhibit 21.

On January 19, 2021, Dr. James Montgomery found that Jamize is "**disabled secondary to his osteoarthritis**". Exhibit 22 (emphasis added). He has "degenerative disease in both knees" and "severe patellofemoral chondromalacia". Id. Due to his substantial impairments, Jamize can only "[s]tand and/or walk (with normal breaks)" for "less than 2 hours" in an 8-hour day. Exhibit 23; Exhibit 22. In addition, he "must periodically alternate sitting and standing to relieve pain or discomfort." Id. He has trouble "stooping, kneeling", "crouch[ing]", and "[c]rawling", and he

7

**JO-00599**



"avoid[s] squatting whenever possible". Exhibit 23; Exhibit 1; Exhibit 22; Exhibit 24. Jamize also

struggles with going up and down stairs, weight bearing, and running/jumping. Exhibit 24.

### C. Jamize's Painful Spine Substantial Impairments, Including Recorded Stingers

Jamize suffered spine injuries from football, including stinger after stinger, resulting in

substantial impairments. The below table summarizes his injuries:

| Date of Medical Record | Description |
|---|---|
| 12/4/12 | "Bulging disc LB high school" |
| 9/9/15 | "Left Lumbar Muscle Spasm": "The athlete reported doing squats and clean pulls in the weight room yesterday, and that is why he thinks his back is sore." |
| 10/27/15 | "Right Lumbar Muscle Spasm": "The athlete was squatting and when he reached the bottom position he felt a "crunch" and then pain in his lower back." "He has point tenderness over his R paraspinals [...] He has limited trunk flexion ROM due to pain and due to hamstring tightness. His extension ROM also seems limited and he has c/o pain in that direction as well. [...] he has pain with R rotation as well." |
| 11/21/16 | "Left Neck Brachial Plexus Stretch" "He made contact with his head and felt the stinger while blocking. |
| 11/28/16 | "[H]e suffered a stinger in the game two weeks ago. He now reports some weakness when doing lat pulldowns with his left shoulder." "Reported stinger episode with weakness to his latissimus dorsi doing lat pulldowns." |
| 12/9/16 | Cervical Spine MRI: "C5: [...] right paracentral disc protrusion", "degenerative disc disease" |
| 12/9/16 | "[H]e had a stinger with some residual sensory loss in his thumb and his forearm area." "[H]e still has some numbness in the C6 dermatomal region." "Recurrent stingers with some decreased sensation around the C6 nerve root." |
| 1/8/17 | "L stinger 6 total (10 career)". "Numbness in my shoulder/arm, lack of strength (left side) |
| 5/8/18 | Chiropractic treatment, lumbar spine |
| 5/15/18 | Chiropractic treatment, cervical/thoracic/lumbar spine |
| 8/15/18 | "[R]ight-sided stinger": "he has had a history of stingers on the left side in the past [...] he initially was complaining its of sensation loss and tingling in his right upper extremity all the way to his hand [...] weakness in active triceps extension on the right side compared to the left side". |
| 8/16/18 | Chiropractic treatment, cervical/thoracic spine |
| 10/7/18 | "[L]eft-sided upper thoracic compression injury" |
| 6/10/19 | "Neck pain worse with physical activity" |
| 1/13/19 | "C-Spine BP Stretch" |
| 7/26/19 | "C-Spine BP Stretch" |

Confidential Information                                          NFL ALFORD-0009212



Exhibits 25-26.

Today, Jamize suffers from "degenerative disc disease" in his neck and back, a lumbar spine "disc bulge" and "annular fissure at L5-S1 and facet changes at L4-L5 and L5-S1". Exhibit 27; Exhibit 22; Exhibit 28. He has noticed "paresthesias in his feet" and has "midline pain noted in the cervical spine" as well. Exhibit 28. Moreover, Jamize has "pain in [his] lower back [...] when [he has] to stand or walk for longer that 15 minutes" and "decreased tolerance to prolonged standing or walking". Exhibit 1; Exhibit 28. "Even sitting down in a chair can become very uncomfortable after many minutes and [he] will seek a place to recline in or lay down. The pain [he] get[s] in [his] low back makes it very difficult to sleep on [his] stomach". *Id.*

### D. Jamize's Bilateral Shoulder Substantial Impairments

Jamize has bilateral shoulder substantial impairments. During college in August 2011, he sprained his right AC joint. Exhibit 29; *see* Exhibit 4; Exhibit 25. Then, on September 10, 2014, he "reported to the training room after practice with c/o posterior R shoulder pain. His pain [was] over his R rhomboids and levator. He said that he lowered his shoulder to hit someone [the previous day] in practice and that is when his pain began. He describes it as an aching pain, and he feels it when he raises his arm. [...] He is point tender over the insertion of his levator scapula. He has full ROM for in all planes except for IR on the R which is limited compared to the L shoulder. He has 4/5 strength for flexion, abduction, and ER on the R which seems to be due to pain. He has pain with empty can, O'Brians, and Hawkins impingement test". Exhibit 29.

About a month later, on October 12, 2014, Jamize "stretched out his arm to make a tackle and felt pain in his shoulder. He continued to play the game and noticed that his soreness gradually increased. He finished the game and had difficulty sleeping that evening. [That] morning he ha[d] limited AROM in flexion,abd and ext. rot. Ant. shoulder point tenderness present." *Id.* He also had

9

**JO-00601**

 NFL_ALFORD-0009213



"weakness in the right upper extremity", "limited ROM and strength due to pain", "pain even with PROM", and "inflammation". *Id.* Testing showed **"Marked weakness to supraspinatus isolation strength testing** and difficulty raising his arm over his head. 2+ Neer and 2+ Hawkin's tests. 1+ Speeds test." *Id.* (emphasis added). Jamize received treatment into mid-December 2019 for this injury, "Right Shoulder Rotator Cuff Tendinitis/Acute", including three recorded injections. *Id.*

Jamize also has left shoulder substantial impairments. As described above, he suffered repeated stingers, including a stinger reported on November 28, 2016 that caused "weakness when doing lat pulldowns with his left shoulder." Exhibit 3. After that, on December 8, 2016, he suffered another "stinger with some residual sensory loss in his thumb and his forearm area." Exhibit 25. Jamize had a cervical spine MRI, which showed a "C5 […] right paracentral disc protrusion". Exhibit 26. Dr. Warren King said that Jamize was dealing with "[r]ecurrent stingers with some decreased sensation around the C6 nerve root." Exhibit 25. As of 2017, he suffered at least "6 total [stingers] (10 career)" and had "numbness in [his] shoulder/arm, lack of strength (left side)". *Id.* Moreover, he had "tender" AC and SC joints on October 7, 2018 after suffering an "Upper Back Strain" in practice. *Id.*

Today, Jamize has "degenerative disease in […] [his] shoulders". Exhibit 22. He has "LIMITED" ability to "[r]each[] all directions (including overhead)" with "pain in his shoulder". Exhibit 23; Exhibit 2.

### E. Jamize's Bilateral Ankles, Bilateral Feet, and Right Hand Substantial Impairments

Jamize has bilateral ankle substantial impairments, including DJD and bilateral posterior tibial tendon injuries. He injured his left "anterior tibiofibular ligament" and "anterior talofibular ligament" on September 23, 2013 during a game against the Broncos. Exhibit 30. Then he suffered

10

**JO-00602**



another ankle injury on October 22, 2015. *Id.* By November 17, 2016, Jamize had developed "[p]osterior tibial tendonitis", requiring "daily treatment regimens". *Id.* (emphasis added). Two days later, he had a lidocaine "injection of his posterior tibialis tendon" leading to "numbness on the plantar aspect of his foot", which Dr. Warren King said "would preclude him being able to participate as a running back during a game". *Id.* As a result, Jamize did not receive further injections. *See id.* He did, unfortunately, have more ankle injuries.

As previously discussed, on December 3, 2017, Jamize "suffered a valgus-type injury [] while participating and playing in the game, in which he suffered a valgus injury to his left knee with the knee flexed approximately 30 degrees, an ankle eversion and external rotation injury. [He had] pain in the medial aspect of his left knee, the primarily lateral aspect of his left ankle and his midfoot. He [was] limping when he [was] walking." Exhibit 19. A left ankle MRI the next day showed a "**full-thickness defect/tear through the anterior distal tibiofibular syndesmotic ligament**", a "Grade 2 sprain of the anterior talofibular ligament", a "Grade 2 strain at the myotendinous junction of the extensor digitorum longus", and a "grade 2 sprain of the deep fibers the deltoid ligament [*sic*]". Exhibit 31 (emphasis added). On December 11, 2017, he continued to have "tenderness" and "pain" with ankle inversion, eversion, dorsiflexion, and plantar flexion. Exhibit 30. By March 2018, Jamize had developed degenerative changes in his left ankle. Exhibit 29. He had another left ankle injury to his anterior talofibular ligament in May 2018. Exhibit 30. Jamize now has "**Left Ankle DJD**". Exhibit 25 (emphasis added).

In addition, Jamize has right ankle substantial impairments. He suffered an "inversion-type of [high ankle] injury while running" in a September 13, 2015 game, and he suffered a "**posterior tibialis tendon tear**" during an October 30, 2016 game on when he was "engaged with another opposing player, being pushed backwards or bull-rushed". Exhibit 32 (emphasis added). An MRI

11

**JO-00603**

Confidential Information

NFL ALFORD-0009215

# ATHLAW LLP

the next day showed the "tear", as well as ""spurring in the ankle […] consistent with his history of recurrent ankle sprains". *Id.*

Moreover, Jamize has bilateral foot substantial impairments. He deals with bilateral degenerative changes and left foot "turf toe". Exhibit 3; Exhibit 34. In addition, he suffered from bilateral foot injuries from football, including the left midfoot, ankle, and knee injury on December 3, 2017 described above. Exhibit 34; Exhibit 19. MRIs taken the day after the injury showed "arthrosis of the great toe MTP joint" and "cartilage loss along the great toe MTP joint with small osteophytes". Exhibit 31. Further, he had a "Right Foot Arch Sprain/Traumatic/Plantar Fascial" on August 5, 2015 resulting in a "torn muscle in foot". Exhibit 34; Exhibit 4.

Today, Jamize has "degenerative disease in […] both ankles. Exhibit 22. He suffers "pain […] on the soles of [his] feet when [he has] to stand or walk for longer that 15 minutes. [His] ankles and calves hurt when [he] walk[s] or tr[ies] to run". Exhibit 1; Exhibit 28. He also has noticed "paresthesias in his feet". Exhibit 28.

Further, Jamize suffers from right hand substantial impairments. During the game on December 3, 2017 during which he had a left knee, ankle, and foot injury, he also dealt with a "gamekeepers thumb", with noted "ligament laxity in collaterals at MCP". Exhibit 19; Exhibit 35. A December 4, 2017 MRI showed "Grade 2 sprains of the ulnar and radial collateral ligaments as well as a possible grade 2 sprain of the thumb metacarpal capsular origin of the volar plate." Exhibit 36.

12

**JO-00604**

NFL ALFORD-0009216



**MOREOVER, MR. JAMIZE OLAWALE QUALIFIES FOR LOD BENEFITS BECAUSE HIS PHYSICAL IMPAIRMENTS DEMONSTRATE AT LEAST 9 POINTS ARISING OUT OF LEAGUE FOOTBALL ACTIVITIES**

| Summary of Physical Impairment(s) | Page(s) |
|---|---|
| **Right Ankle**: "posterior tibialis tendon tear" | 14 |
| **Left Ankle**: "posterior tibialis tendonitis" | 15 |
| **Right Shoulder**: "Marked weakness to supraspinatus" | 16 |
| **Right Shoulder**: "inflammation", "tender" | 17 |
| **Left Shoulder**: "tender" | 18 |
| **Left Shoulder**: "weakness", "lack of strength" | 19 |
| **Left Ankle**: "tear through the anterior distal tibiofibular syndesmotic ligament" | 20 |
| **Left Knee**: "laxity", "Knee Medial Collateral Ligament Tear" | 21 |
| **Left Ankle**: "DJD" | 22 |
| **Left Foot**: "arthrosis of the great toe MTP joint" | 23 |
| **Right Hand**: "ligametn [*sic*] laxity in collaterals at MCP", "gamekeeper's thumb" | 24 |
| **Spine**: spine impairments from league football activities | 25 |

13

**JO-00605**



## RIGHT ANKLE

| Ankle Impairment | Point Value |
|---|---|
| Posterior Tibial Tendon Insufficiency | 3 |

# posterior tibialis tendon tear

EXHIBIT 32

**ASSESSMENT:** Strain, partial tear and inflammation in posterior tibialis tendon.

EXHIBIT 32

# Right Ankle Posterior Tibialis Strain

EXHIBIT 32

Confidential Information

NFL_ALFORD-0009218



**LEFT ANKLE**

| Ankle Impairment | Point Value |
|---|---|
| Posterior Tibial Tendon Insufficiency | 3 |

# Posterior tibial tendonitis.

EXHIBIT 30

**ASSESSMENT:** Left ankle midfoot strain with left ankle inversion sprain.

EXHIBIT 30

# Left ankle sprain

EXHIBIT 30

15

**JO-00607**

Confidential Information

NFL ALFORD-0009219



## RIGHT SHOULDER

| Shoulder Impairment | Point Value |
|---|---|
| Symptomatic Rotator Cuff Tendon Tear | 2 |

# Marked weakness to supraspinatus

EXHIBIT 29

**CHIEF COMPLAINT:** Right shoulder.

**HISTORY:** The player states that yesterday during the game he did an arm tackle with the right arm and has had pain and weakness in the right upper extremity since then. His past medical history is otherwise unremarkable with the exception of a right AC sprain in the past.

**EXAMINATION:** Right shoulder: Marked weakness to supraspinatus isolation strength testing and difficulty raising his arm over his head. 2+ Neer and 2+ Hawkin's tests. 1+ Speeds test. Neurovascular status is normal.

**ASSESSMENT:** Right shoulder rotator cuff strain, possible tear.

EXHIBIT 29

**JO-00608**

Confidential Information

NFL_ALFORD-0009220

# ATHLAW LLP

## RIGHT SHOULDER

| Shoulder Impairment | Point Value |
|---|---|
| Symptomatic Acromioclavicular Joint Inflammation | 2 |

# inflammation

EXHIBIT 29

# tender

EXHIBIT 29

# Both AC

EXHIBIT 25

limited ROM and strength due to pain. He has pain even with PROM

EXHIBIT 29

17

**JO-00609**

Confidential Information
NFL_ALFORD-0009221



## LEFT SHOULDER

| Shoulder Impairment | Point Value |
|---|---|
| Symptomatic Acromioclavicular Joint Inflammation | 2 |

tender.

EXHIBIT 25

Both AC

EXHIBIT 25

18

**JO-00610**

Confidential Information

# ATHLAW LLP

## LEFT SHOULDER

| Shoulder Impairment | Point Value |
|---|---|
| Symptomatic Rotator Cuff Tendon Tear | 2 |

# weakness.

## EXHIBIT 3

**HISTORY:** The player states he suffered a stinger in the game two weeks ago. He now reports some weakness when doing lat pulldowns with his left shoulder.

**PHYSICAL EXAMINATION:** He has full range of motion of his neck without tenderness. His motor examination reveal 5/5 strength to the rotator cuff and deltoid area. There is no evidence of atrophy. His neurovascular status is normal.

**ASSESSMENT:** Reported stinger episode with weakness to his latissimus dorsi doing lat pulldowns. No evidence of obvious atrophy or sensory deficits.

## EXHIBIT 3; *see* EXHIBIT 25

Numbness in my shoulder/Arm, lack of strength (left side)

## EXHIBIT 25

fered during the season?[ ]YES [ ]NO
ails:

② Stage
Shold Career
( 10 career)

One weak

## EXHIBIT 25

19

**JO-00611**

NFL ALFORD-0009223



## LEFT ANKLE

| Ankle Impairment | Point Value |
|---|---|
| Tibialis Anterior Tendon Insufficiency | 3 |



EXHIBIT 31

1. Full-thickness defect/tear through the anterior distal tibiofibular syndesmotic ligament with surrounding edema and soft tissue swelling as well as edema within the soft tissues about the distal tibiofibular syndesmotic membrane.

2. Grade 2 sprain of the anterior talofibular ligament.

EXHIBIT 31

grade 2 sprain of the anterior tibiofibular ligament.

EXHIBIT 30

acute on chronic sprain of the ATF grade II

EXHIBIT 30

Left ankle sprain

EXHIBIT 30

**ASSESSMENT:** Left ankle midfoot strain with left ankle inversion sprain.

EXHIBIT 30

20

**JO-00612**

Confidential Information

NFL_ALFORD-0009224



**LEFT KNEE**

| Knee Impairment | Point Value |
|---|---|
| Symptomatic MCL Tear with Moderate Or Greater Instability | 2 |



EXHIBIT 19

## Left Knee Medial Collateral Ligament Tear

EXHIBIT 19



Knee
Effusion
ROM
PF Crepitus
PF Alignment
Valgus 0°
Valgus 30°

ACL-BTB/HS/ALLO
MCL
LCL
PCL
PF-Inst. / DJD
Loose Body
Meniscus

EXHIBIT 29

## Left Knee MCL

EXHIBIT 25; EXHIBIT 19

Grade 1 sprain of the medial collateral ligament.

EXHIBIT 21

### KNEES

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Strained | Left or Right | Sprain Ligament | Left or Right | Torn Ligaments | Left or Right |
| Torn Cartilage | Left or Right | Knee Cap Injury | Left or Right | Fractures | Left or Right |
| Operations | Left or Right | Injections | Left or Right | Pains | Left or Right |
| Dislocations | Left or Right | Missed Practice | Left or Right | Missed Games | Left or Right |
| Bruise | Left or Right | Bursitis | Left or Right | Swelling | Left or Right |
| Locking | Left or Right | Giving Away | Left or Right | Arthroscopes | Left or Right |
| Wear Braces | Left or Right | Casted | Left or Right | Arthritis | Left or Right |
| Chondromalacia | Left or Right | Grinding | Left or Right | Other | Left or Right |
| EXPLAIN: | | | | | □ None Of These Apply |

Sprained , MCL , last week ; I missed no

EXHIBIT 4

Confidential Information

NFL_ALFORD-0009225

# ATHLAW LLP

## LEFT ANKLE

| Ankle Impairment | Point Value |
|---|---|
| Degenerative Joint Disease - Moderate Or Greater (i.e., significant loss of joint space as confirmed by clinical examination and x-ray) | 3 |

# Left Ankle DJD

EXHIBIT 19

# Left Ankle DJD

EXHIBIT 25

EXHIBIT 29

### ANKLES



| | | | | | | |
|---|---|---|---|---|---|---|
| Sprains | (Left) or Right | Strain | Left or Right | Fractures | Left or Right |
| Dislocations | Left or Right | Operations | Left or Right | Injections | Left or Right |
| Casted / Splinted | Left or Right | Pain | Left or Right | Missed Practice | Left or Right |
| Missed Games | Left or Right | Bruise | Left or Right | Other | Left or Right |

EXPLAIN: ☐ None Of These Apply

Sprained  Ankle  on  the  same
play  as  my  MCL  sprain;  Missed

EXHIBIT 4

**JO-00614**

Confidential Information

# ATHLAW LLP

**LEFT FOOT**

| Foot Impairment | Point Value |
|---|---|
| Hallux Rigidus - Moderate Or Greater (i.e., significant loss of joint space as confirmed by clinical examination and x-ray) | 1 |

# Mild to moderate arthrosis of the great toe MTP joint

EXHIBIT 31



EXHIBIT 34

# Left Great Toe

EXHIBIT 25; EXHIBIT 19

**CHIEF COMPLAINT:** Left foot pain.

**HISTORY:** The player comes in stating he had some pain over the medial aspect of his left foot following the game. He does not remember any specific injury.

EXHIBIT 34

# Left Foot Contusion

EXHIBIT 34

Confidential Information

NFL_ALFORD-0009227

# ATHLAW LLP

**RIGHT HAND**

| Hand Impairment | Point Value |
|---|---|
| Mediolateral Ligamentous Instability - Moderate Or Greater (i.e., instability that significantly impairs the Player's ability to perform normal activities of daily living (bathing, grooming, dressing, driving, etc.)) | 1 |

ligametn laxity in collaterals at MCP. Appears to be a gamekeepers thumb.

EXHIBIT 35

gamekeeper's thumb injury.

EXHIBIT 19

1. Grade 2 sprains of the ulnar and radial collateral ligaments as well as a possible grade 2 sprain of the thumb metacarpal capsular origin of the volar plate.

EXHIBIT 36

24

**JO-00616**

Confidential Information

# ATHLAW LLP

## CERVICAL SPINE

| Cervical Spine Impairment | Point Value |
|---|---|
| | |

C4-C5: Small diffuse right paracentral disc protrusion, slightly indenting the anterior thecal sac, resulting in mild right-sided

EXHIBIT 26

IMPRESSION:

Minimal to mild degenerative disc disease in the cervical spine, particularly at C4-5, resulting in mild right-sided neural foraminal narrowing at C4-5 and mild left-sided neural foraminal narrowing at C5-6.

EXHIBIT 26

Numbness in my shoulder/Arm, lack of strength (left side)

EXHIBIT 25

fered during the season?[ ]YES [ ]NO
ails:

② Stag
BULL CAREER
(10 career)

① uE weak

EXHIBIT 25

# right-sided stinger

EXHIBIT 25

25

**JO-00617**



The Committee should reasonably deem Jamize T & P disabled because the cumulative impact of football on his body, brain, and mind has resulted in a destruction of his overall health such that he is substantially unable and substantially prevented from engaging in any considerable occupation. Moreover, Jamize qualifies for LOD benefits because his physical impairments demonstrate at least 9 points arising out of league football activities. Thus, respectfully, the Committee should prudently determine that Mr. Jamize Olawale is entitled to his collectively bargained for T & P, LOD, and NC benefits.

Sincerely,

Samuel Katz, Esq.
*Managing Partner*
Athlaw LLP

**JO-00618**

Confidential Information

NFL_ALFORD-0009230



## Jamize Olawale
## List of Submitted Supporting Exhibits

| EXHIBIT | DOCUMENT NAME |
|---|---|
| 1 | Declaration of Jamize Olawale |
| 2 | Declaration of Brittany Olawale |
| 3 | Concussions and Head Trauma Medical Records |
| 4 | Dallas Cowboys Football Club Health History Questionnaire dated 3/27/18 |
| 5 | Dr. Thomas Hardy Neuropsychological Consultation Report dated 10/9/17 |
| 6 | NFL Concussion Assessment dated 10/8/17 |
| 7 | Dr. Thomas Hardy Neuropsychological Consultation Report dated 10/13/17 |
| 8 | Concussion Assessment dated 6/10/19 |
| 9 | Dr. Alan Martin Report dated 1/3/20 |
| 10 | Dr. Alan Martin Report dated 2/6/20 |
| 11 | Dr. Erin Reynolds Report dated 2/11/20 |
| 12 | Physical Therapy Office Visit Note dated 2/19/20 |
| 13 | Physical Therapy Office Visit Note dated 2/26/20 |
| 14 | Dr. Erin Reynolds Report dated 4/29/20 |
| 15 | Dr. Erin Reynolds Report dated 3/20/20 |
| 16 | Concussion Assessment dated 7/28/20 |
| 17 | Dr. Alan Martin Report dated 9/25/20 |
| 18 | Kane Hall Barry Neurology Office Visit Note dated 1/22/21 |
| 19 | Left Knee Medical Records |
| 20 | Left Knee MRI dated 8/19/16 |
| 21 | Left Knee MRI dated 12/4/17 |
| 22 | Dr. James Montgomery Note dated 1/19/21 |
| 23 | Physical Residual Functional Capacity Assessment dated 1/14/21 |
| 24 | Dr. James Montgomery Patient Report dated 1/7/21 |
| 25 | Spine and Left Shoulder Medical Records |
| 26 | EMR 389-390 Cervical Spine MRI dated 12/9/16 |
| 27 | Lumbar Spine MRI dated 1/20/21 |
| 28 | Dr. Marvin Van Hal Notes dated 1/11/21 & 1/28/21 |

**JO-00619**

                NFL ALFORD-0009231



| EXHIBIT | DOCUMENT NAME |
|---------|---------------|
| 29 | Right Shoulder Medical Records |
| 30 | Left Ankle Medical Records |
| 31 | Left Ankle MRI dated 12/4/17 |
| 32 | Right Ankle Medical Records |
| 33 | Right Ankle MRI dated 10/31/16 |
| 34 | Bilateral Feet Medical Records |
| 35 | Right Hand Medical Record dated 12/3/17 |
| 36 | Right Hand MRI dated 12/4/17 |

**JO-00620**

NFL ALFORD-0009232

## Personal Statement

My name is Jamize Robert Olawale and I feel it is important for me to explain in greater detail some of the physical and mental issues I have been dealing with after having played 8 years in the NFL. It is my hope that by reading this explanation, people will be able to understand the issues I face on a day to day basis- issues that have only gotten worse.

Of all the physical beating my body has taken over the course of my football career, the issues I deal with mentally are my greatest concern. I'll begin with my memory issues.

I began noticing I had more serious issues remembering things a few years ago, probably around 2015. I (ironically) remember one instance in which I was trying to recall the team we had played the week before. It was in the middle of the following week and we were preparing for our upcoming opponent so I know that not even 7 days had passed since we played this last opponent that I was trying to recall. For some reason I just could not jog my memory. This issue began to trouble and upset me and I determined in my heart to figure out who it was that we played roughly 5 days prior without checking our schedule or looking on the internet. Up until this point in my life, like anyone else, I had on occasion forgotten something from the past but unlike this situation I would always be able to recall what it was that I was trying to remember after a few seconds of thought. On this particular day I spent well over 10 minutes diligently trying to comb my memory bank to remember the team we had just played! Again, I could have easily checked the schedule but for some reason I was determined to remember this fact on my own. After about 10 minutes or so of trying to recall this team, I remember something purple catching my attention (perhaps a towel or something else around me at the time). This color jogged my memory enough for me to remember the color uniform of the team we had just played. It was the Minnesota Vikings! I was relieved to have finally remembered but I thought it was very strange that it took that long for me to be able to recall something as significant as an opponent I had just spent the previous week preparing for and playing.

Since that day, my memory has only gotten worse. I now have trouble remembering what I was talking or thinking about if I am interrupted in the middle of what I am doing. A recent example of this: I was looking through my phone for a group text I had with my wife's employee and my wife (she owns a preschool), I forget the specific reason but I know it was for something very important. I had just opened my phone and clicked on the "messages" app when one of my children (I have three, but I forget which one asked me the question) asked me a simple question. I remember it was a simple question because it only required me to take my eyes off my phone very briefly (as if to answer "yes" or "no"). When I returned to my phone probably literally a second to a second and a half later, I had no idea what it was I was trying to do. Nevermind forgetting who i was trying to look for, I could not even remember why I had opened my phone in the first place, but I could not shake the feeling that it was for something very important. I spent the next 20 minutes or so frustratingly trying to remember what i

Confidential Information

needed to do that was so important. Eventually, this particular employee texted in a group chat and it was enough for me to remember who it was I was trying to speak to. Even with being able to remember that, I still wasn't able to remember the reason I needed to speak with them and to this day I don't know if that affected my wife's business or not. Thankfully, my wife is handling the operations of her school so I know that she'll remember and get it done.

These are just a couple examples of the issues I have recalling things I am doing or saying/thinking. I also have issues losing my train of thought when reading or watching tv. An example of this is the fact that every morning I read one chapter of a book in my bible. I would estimate that it takes me 3-4minutes longer to read that single chapter (sometimes only a few verses long) than it would a normal adult my age. The reason for this is because not only do I get easily distracted when reading (not just with reading my bible, with anything) but when I am able to divert my attention back to what I am reading I find myself having to repeat the last sentence I just read many times over just to remember where I was in the book. This is a weird phenomenon that I have only recently (within the past couple of years) noticed I have been doing. I never used to have this problem. Similarly, while watching tv if someone asks me a question or if I get distracted in anyway, often times I will have to refocus and mentally go back a few minutes of the show in order to be able to continue following along in the show or movie. This obviously makes it difficult to watch or read anything in a place that isn't completely quiet and without distractions. I have many more examples of how my memory has been affected.

In addition to my memory issues, and probably connected to them, I also have frequent but random headaches. I normally notice them first thing in the morning, but there are times when I wont notice it until the afternoon. Every now and then I will get a bad headache in which I would either want to or actually will take medication to calm it down, otherwise I try my hardest not to use any medication for fear of developing a dependency on them or for any other long term side effects they could have on my body.

Also connected to these headaches I notice that I am very irritable, I get angry a lot and often times I blow up for seemingly insignificant reasons. It saddens me that my wife and my children have to walk on eggshells around me knowing that I may blow up for something as simple as spilling water on the floor or interrupting me while doing something. I feel they are connected to the headaches because I noticed they both started around the same time. I notice that I am unhappy and down a lot (which may also explain why I am irritable towards my family). I would not classify it as depression, although I am not a psychologist, but I do notice that often times I am unhappy for no reason at all. I have a blessed life and I am grateful to the Lord for all that he has blessed me with, which is why it perplexes me that I would have any sign of unhappiness. When I am unhappy I usually also get more aggressive.

Lastly, as it relates to the mental issues, I have noticed that my speech has been affected. Ive noticed I struggle saying some words and that at various times throughout

Confidential Information

a conversation I will stumble over some words. For this reason I try not to have long conversations with people because I am very subconscious about this issue. I have noticed many times while talking that I will try to say two words at once. This of course will cause me to stumble over those words and I always have to regroup and repeat whatever it was that I was trying to communicate. People have also told me that it is difficult to understand me when I talk because I mumble.

In addition to the issues I deal with mentally, I also deal with things physically. I have pain in my lower back and on the soles of my feet when I have to stand or walk for longer that 15 minutes. My ankles and calves hurt when I walk or try to run and because of the pain I have in my knees, I avoid squatting whenever possible. Even sitting down in a chair can become very uncomfortable after many minutes and I will seek a place to recline in or lay down. The pain I get in my low back makes it very difficult to sleep on my stomach, so I spend most of the night sleeping on my right or left side.

Like my mental issues, these problems have only gotten worse over the course of my career and it is troubling to think about how bad they can be years from now if they continue to get worse.

_____
Signature

1/26/2021
Date

Confidential Information

NFL_ALFORD-0009235

### Statement of Brittany Olawale

My name is [redacted] and I am Jamize's wife. I wanted to give some details about the mental and physical issues Jamize has been facing.

Mental issues are the most significant. Jamize and I will discuss things about my business and if I interrupt him or talk to long about a subject he forgets what he wants to say. This makes him irritable and he gets frustrated with me or himself because he can't remember what he wanted to say. So I try very hard not to interrupt his thought or talk too much because I know it's difficult for him to process things when I do a lot of talking.

He just wants to be by himself. He will spend time in our theater room, which is dark. I don't think he notices it, but he'll be sitting alone with the lights off. He's not a very vocal person, but his physical actions show that he needs time alone, and this isn't how he was before. He always wanted to be together and do everything together because that's how he was with his dad and brother.

He's aggressive or more assertive sometimes than he used to be. There was a period of time after his 3rd year of playing were we started getting into big ugly arguments (about nothing important or worth arguing over) right before he would leave for camp. It happened every year until I realized what was happening.I try not to trigger Jamize with my own stress.

I talk really fast, and sometimes he has trouble understanding me. We have a hard time communicating because of this. Jamize doesn't like to go out with friends or place where he doesn't know people. He gets frustrated easily by things not worth being frustrated about and agitated whenever he gets a headache. He has a really bad headache about once a month. He has headaches that are less bad at least once a week.

He has confusion with complex conversations. He loves talking about business and learning about business strategies but can't keep up with the details of things like he use to. He needs to go at his own pace.

I notice that sometimes he has a limp when he walks. I makes me worried what life will be like for him when he's older. He's complained of pain in his shoulder and back. He says his knees hurt wether he lifts a lot of a little. When he tries to run he complains of pain in his feet and hamstrings. He can't do what he use to without pain.

I'm worried about our future, and I see that Jamize is concerned about that too. I work as a realtor and I just opened a preschool. I know that I will need to be the sole provider for our family and our children because Jamize isn't able to work. He's sacrificed so much of himself with out complaining, I believe it's my turn to carry that weight.

_____          1/29/2021
**Signature**                    **Date**

**JO-00624**

Confidential Information                    NFL_ALFORD-0009236

| From: | Elton Banks |
| To: | Stephanie Torlina |
| Subject: | FW: New Applications |
| Date: | Tuesday, March 30, 2021 11:16:46 AM |

Olawale's application in your mail folder.

Elton Banks - Senior Benefits Coordinator
Phone 800.638.3186 ex.444  Fax 410.783.0041



200 St. Paul Street, Suite 2420, Baltimore, Maryland 21202

**From:** Linda Johnston
**Sent:** Monday, March 29, 2021 2:54 PM
**To:** Elise Richard <erichard@nflpb.org>; Elton Banks <ebanks@nflpb.org>; Emily Parks <eparks@nflpb.org>; Kris Wille <kwille@nflpb.org>; Meghan Pieklo <mpieklo@nflpb.org>; Sam Vincent <svincent@nflpb.org>; Stephanie Torlina <storlina@nflpb.org>
**Subject:** New Applications

Applications just received for Natravis Claybrooks (T&P and NC) and Jamize Olawale (T&P, LOD and NC). Saved in general Disability mail folder.

**Linda Johnston**  Executive Assistant
Toll Free 800.638.3186  Phone 443.769.1403  Fax 410.783.0041



**NFL Player Benefits Office**
200 St. Paul Street, Suite 2420, Baltimore, Maryland 21202

**JO-00625**

NFL ALFORD-0009237

## Complete and sign the application

SEND THIS PAGE

Fill this application out to the best of your ability. You may be subject to loss of benefits and to other **RECEIVED**
penalties and sanctions under law if you make any false or misleading statements or omissions. MAR 2 9 2021
**Attach additional pages if you need more space to explain your situation.**

| NFL PLAYER DISABILITY & NEUROCOGNITIVE BENEFIT PLAN — TOTAL & PERMANENT DISABILITY BENEFITS APPLICATION | **NFL PLAYER BENEFITS** |
| --- | --- |

**Player information**

| Player's name (first, middle, last) | Date of birth | Social Security Number |
| --- | --- | --- |
| Jamize Olawale | ▉ | ▉ |

| Address (number and street) | | Apartment, suite, unit, etc. |
| --- | --- | --- |
| ▉ | | |

| City | State | Zip Code |
| --- | --- | --- |
| ▉ | ▉ | ▉ |

| Phone number | Email (optional) |
| --- | --- |
| ▉ | ▉ |

**Recent surgeries**

| Have you had surgery, or do you intend to have surgery, within 12 months of the date on this application? | If yes, please explain: |
| --- | --- |
| ☐ Yes  ☒ No | |

**Medical records & other supporting documents**

Unless you submit evidence that you receive Social Security disability benefits, you must submit medical record(s) to complete your application. Your application will be denied if you do not.

What documents are you providing with this application?

Exhibits 1-36 (medical records, including team medical records, imaging, and report of Dr. James Montgomery finding me "disabled"); Legal Brief in Support of Application

Do you plan to submit additional documents at a later date?

No

(!) Your application will not be complete, and will not be processed, until all supporting documents are received by the Plan.

**Disabilities and cause**

List each health condition or impairment that keeps you from working. *Example: Knee injury.*

Please see attached page.

☐ Check here if you previously applied for disability benefits and want to use the medical records in your file for the current application.

(!) Be sure that your application identifies all of your impairments. In most cases, the Committee will only consider those impairments that you identify in the application. Attach additional pages if necessary.

Describe how these impairments affect your daily life. *Example: My injured knee causes intense pain, and I cannot climb stairs.*
Any work activities are painful due to the overall impact of my orthopedic, neurological, neurocognitive, and psychological impairments, including but not limited to cumulative trauma.

- CONTINUED ON NEXT PAGE -

**JO-00626**

Confidential Information

NFL_ALFORD-0009238

## Complete and sign the application

### Disabilities and cause (continued)

Higher benefits are payable if the disability(ies) that renders you totally and permanently disabled arose while you were an Active Player and your application for Plan T&P benefits is received within 18 months after you are no longer an Active Player. Complete this section if you think you are eligible for Active Football or Active Non-football benefits.

When did the disability arise?
*This can be a date or an explanation*

During my NFL career

When did it prevent you from working?
*This can be a date or an explanation*

By the end of my NFL career

What do you think caused, or contributed to, this disability? *Example: Car crash*

Trauma to my body, brain, and mind. I also want to note that I was in a car accident in high school.

| | |
|---|---|
| Is your condition(s) related to military service?<br><br>☐ Yes   ☒ No | If yes, please explain. |
| Did your disability result from alcohol abuse, substance abuse or psychiatric problems?<br><br>☒ Yes   ☐ No | If yes, please explain if and how this is related to an NFL-football activity.<br>I suffered repetitive head trauma in the NFL (including recorded concussions). Now I have headaches, memory problems, left chronic vestibular hypofunction, speech problems, dizziness, fogginess, losing my train of thought, mood swings, sensitivity to light, depression, concussions and repetitive head trauma from football, cumulative trauma, and the cumulative effect of these impairments. |

### Social Security disability

Are you currently receiving Social Security disability benefits?   ☐ Yes   ☒ No

| If you checked "Yes," you must submit the following:<br>– a letter or other evidence from the Social Security Administration which states that the Social Security Administration determined you were unable to work; and<br>– a recent check stub or a letter from your local Social Security Administration office which states that you are still receiving Social Security benefits. | If you checked "No," have you applied for Social Security disability benefits?<br><br>☐ Yes   ☒ No<br><br>Please fill out the Employment Information section on the next page. |
|---|---|

- CONTINUED ON NEXT PAGE -

**JO-00627**

Confidential Information

NFL_ALFORD-0009239

## Complete and sign the application

### If you are currently receiving Social Security disability payments

Skip the Employment Information section. Be sure to sign the application at the bottom of the page.

### If you are NOT receiving Social Security disability payments

Fill out the Employment Information section below and sign the application at the bottom of the page.

---

**Employment information**

Are you currently employed?

☐ Yes ☐ No ☒ Never worked after playing NFL football

If you checked "Yes" or "No," please complete the following:

| | |
|---|---|
| Your current or last employer | Start date |
| Employer's address | |
| Supervisor's name | Supervisor's phone number |
| Job title | Annual salary (before tax) |
| Daily duties | |
| Reason for leaving (if applicable) | End date (if applicable) |

### If you checked "Yes" in the box above, please submit the following documents:

✔ Federal and state income tax returns for the last three years

✔ Current-year salary information, such as a pay stub or letter from your employer

### Signature and authorization

I certify that all information and documents provided on or with this Application are, to the best of my knowledge, true, correct, and complete. I also authorize the NFL Player Disability & Neurocognitive Benefit Plan to use or disclose all individually identifiable health information submitted to the Plan on my behalf, or created in connection with this Application, to all individuals as needed for Plan purposes.

| | |
|---|---|
| Player's signature | |
| Date completed | 3/24/2021 |

Confidential Information

NFL ALFORD-0009240

## Complete and sign the application

Please read and sign this consent form so that you understand what will happen next —
particularly as it pertains to the independent medical examination.

### NFL PLAYER DISABILITY & NEUROCOGNITIVE BENEFIT PLAN
### CONSENT FORM FOR TOTAL & PERMANENT DISABILITY BENEFITS APPLICATION

**In submitting my application for T&P benefits, I understand that:**

1. I may be required to undergo a comprehensive evaluation, and I certify I will be able to attend such evaluation within 30 days from the date this Application is received by the NFL Player Benefits Office.

2. Failure to attend this evaluation without two business days advance notice, and to cooperate with this evaluation, will result in my application being denied. If the NFL Player Benefits Office changes or reschedules an examination at my request, I understand that I must attend that examination, or I will be ineligible for benefits (unless circumstances beyond my control prevented me from attending the examination).

3. The examination will not be videotaped or otherwise recorded.

4. There will be no doctor-patient relationship between me and the physicians or other health professionals arranged by the Plan to examine me.

   a. Reports from these examinations will be sent to the Plan, not directly to me. I will be able to obtain a copy of these reports by requesting them in writing from the NFL Player Benefits Office.

   b. Neither I nor any of my representatives (attorneys, treating physicians, etc.) are allowed to contact these physicians and health professionals, such as to discuss my condition or to request copies of reports.

5. These physicians and health professionals are required to comply with ethical and legal obligations. For example, they are obligated to act if they determine that I am a danger to myself or others.

6. By signing this form, I consent to the above, and I will comply with the Plan's procedures in connection with my claim for T&P benefits.

## Signature and authorization

[X] I have read and understood the information in this Consent Form.

| Player's name (print) | Player's signature | Date completed |
|---|---|---|
| Jamize Olawale | | 3/24/2021 |

**JO-00629**

Confidential Information

## Attached Page to Jamize Olawale's
## Total & Permanent Disability Benefits Application

**List each health condition or impairment that keeps you from working.** *Example: Knee injury.*

The substantially work-limiting cumulative effect of all my conditions, including but not limited to headaches, memory problems, left chronic vestibular hypofunction, speech problems, dizziness, fogginess, losing my train of thought, mood swings, sensitivity to light, depression, concussions and repetitive head trauma from football, cumulative trauma, and the cumulative effect of these impairments, in combination with "degenerative disease in both knees", "severe patellofemoral chondromalacia", "Left Knee Medial Collateral Ligament Tear", left knee "laxity", "degenerative disc disease" in my neck and back, a lumbar spine "disc bulge" and "annular fissure at L5-S1 and facet changes at L4-L5 and L5-S1", "paresthesias in [my] feet", "midline pain noted in the cervical spine", "pain in my lower back [...] when I have to stand or walk for longer that 15 minutes" and "decreased tolerance to prolonged standing or walking", pain when sitting or lying down, "degenerative disease in [...] [my] shoulders", "LIMITED" ability to "[r]each[] all directions (including overhead)" with "pain in [my] shoulder", right supraspinatus "Marked weakness", right shoulder "inflammation" and "tender[ness]", left shoulder "tender[ness]", "weakness", and "lack of strength", bilateral ankle "DJD", bilateral ankle tendon tears, my "ankles and calves hurt when I walk or try to run", "arthrosis of the great toe MTP joint", "pain [...] on the soles of my feet when I have to stand or walk for longer that 15 minutes", I have "paresthesias in [my] feet", "ligametn [*sic*] laxity in collaterals at MCP", "gamekeeper's thumb", cumulative trauma, and the cumulative effect of these impairments.

1

**JO-00630**

Confidential Information

NFL_ALFORD-0009242



SAMUEL KATZ, ESQ.                                                    March 23, 2021
Managing Partner, Athlaw LLP
8383 Wilshire Blvd. Suite 800
Beverly Hills CA 90211
(818) 454-3652
samkatz@athlawllp.com

NFL DISABILITY INITIAL CLAIMS COMMITTEE
NFL Player Disability & Neurocognitive Benefit Plan
200 Saint Paul St., Ste. 2420
Baltimore, MD 21202

Re:    JAMIZE OLAWALE'S APPLICATIONS FOR T & P, LOD, AND NC
        DISABILITY BENEFITS

Dear ERISA Administrator:

Respectfully, Mr. Jamize Olawale requests his collectively bargained for Total &

Permanent ("T & P"), Line-Of-Duty ("LOD"), and Neurocognitive ("NC") Disability benefits

because he satisfies the plain terms of the NFL Player Disability & Neurocognitive Plan (the

"Plan"). Mr. Olawale – who is substantially unable and substantially prevented from engaging in

or maintaining any employment and "**disabled secondary to his osteoarthritis**" due to his

documented mental and physical substantial impairments, including lasting concussions and

degenerative changes in his knees, ankles, and feet – humbly requests that the Disability Initial

Claims Committee (the "Committee") act reasonably, and in a manner consistent with the exact

terms of the Plan, by awarding him the collectively bargained-for benefits that he deserves.

i

**JO-00631**



## STATEMENT OF FACTS

**MR. JAMIZE OLAWALE QUALIFIES FOR T & P DISABILITY BENEFITS DUE TO THE SUBSTANTIALLY WORK DISABLING CUMULATIVE IMPACT OF ALL OF HIS SUBSTANTIALLY DISABLING SYMPTOMS INCLUDING LEFT CHRONIC VESTIBULAR HYPOFUNCTION, MEMORY PROBLEMS, HEADACHES, SPEECH PROBLEMS, DIZZINESS, FOGGINESS, LOSING HIS TRAIN OF THOUGHT, MOOD SWINGS, SENSITIVITY TO LIGHT, OTHER SIGNIFICANT MENTAL IMPAIRMENTS, AND SEVERE WORK LIMITATIONS, IN COMBINATION WITH DEBILITATING ORTHOPEDIC DISABILITY(IES) TO HIS SPINE, BRAIN, LEFT KNEE, SHOULDERS, ANKLES, FEET, AND RIGHT HAND, RENDERING HIM SUBSTANTIALLY UNABLE AND SUBSTANTIALLY PREVENTED FROM ENGAGING IN ANY OCCUPATION**

Jamize is substantially unable and substantially prevented from engaging in any occupation due to the overall effect on his body, brain, and mind from disabling mental and physical disability(ies). His medical records, including team medical records and records from treating physicians, provide more detail about the extent of his injuries and substantial impairments, his resulting symptoms, and his substantial limitations today.

### A. Jamize's Concussions and Repetitive Head Trauma from Football, With Ongoing Concussion Symptoms Today

Jamize suffered from at least four (4) documented concussions and head trauma. He had his first **concussion with loss of consciousness** when he was only nine (9) years old, hitting his head on a pole. Exhibit 3; Exhibit 9. Jamize then had "**2x Concussions** both in J.C. [junior college]" and went on to suffer more in the NFL. Exhibit 3 (emphasis added). In November 2016, he "**made contact with his head** and felt the stinger while blocking", resulting in a "Left Neck Brachial Plexus Stretch". *Id.* (emphasis added). Later that month, he noticed "weakness when doing lat pulldowns with his left shoulder." *Id.*

Moreover, Jamize suffered a lasting concussion less than a year later. On October 8, 2017, he "was trying to make a tackle when the L. Knee of one of his teammates hit him above the R.

2

**JO-00632**

Confidential Information                                                    NFL ALFORD-0009244

# ATHLAW LLP

Eye as his helmet came up and caused a laceration and **concussion**." *Id.* (emphasis added); Exhibit 4. "He remembered the pain of the hit and then next remembered that he was face down on the field." Exhibit 5. "He felt 'dazed, foggy, like it was an out-of-body experience.' He was able to get up on his own but noted that he was bleeding. He was able to walk to the sideline but could not remember whether someone else walked with him." *Id.* Jamize saw neuropsychologist Dr. Thomas Hardey the next day. Dr. Hardey explained what happened next:

> Jamize watched the game and then showered. By this time, he had a headache 'all over' and a throbbing pain in his right temple. He became nauseous and felt dazed. His wife drove him home after the game and he experienced the same symptoms when he was there. He went to bed at 8 p.m. which is early for him but woke again at 10 p.m. He was unable to fall back to sleep until 4 a.m. [...] He reported that he has a continuing but lessening headache, continuing but less throbbing pain over his right eye. His eye was more swollen. He also noted pain when his car went over bumps in the road or when he was walking up or down stairs. He stated that shaking his head 'hurts my brain.'

> In retrospect, Jamize feels that he might have had 'minor **concussions' earlier in the year**, particularly in the preseason game against Dallas and on one other occasion during summer training camp. He stated that **his current concussion is the worst that he has had since his NFL rookie year**.

Exhibit 5 (emphasis added), *see* Exhibit 3. On post-injury testing immediately after the concussion, Jamize had trouble with word recall (14/30) and delayed word recall (4/10). Exhibit 6. Dr. Hardey noted that:

> "Mr. Olawale was given the ImPACT test to update baseline testing done in April 2016. In comparing today's results to those, this player has poorer scores in visual memory, visual motor speed, reaction time, and total symptom scores. Today, he was also administered the Trail Making Test. On Part A, his score was at the 20th percentile; on Part B, it was at the 50th percentile. Neither of the above scores indicate that he has returned to baseline neuropsychological levels."

3

**JO-00633**

NFL ALFORD-0009245

# ATHLAW LLP

Exhibit 5. Dr. Hardey then noted that Jamize's **"reported symptoms remain[ed] high (18)"** on October 13, 2017. Exhibit 7 (emphasis added); *see* Exhibit 3. "He indicated that he continues to have headache, swelling in his temple, a feeling of pressure in his head, and a sensitivity to both light and sound. He noted that he has been attending team meetings but finds it harder to concentrate and to focus. He has similar difficulties when he goes home." Exhibit 7.

After Jamize's 2017 concussion, he continued to have symptoms for at least two months, including "random headaches/dizziness", "trouble remembering things", "neck pain", "'Pressure in head'", "'Don't feel right'", "Difficulty concentrating", "Difficulty remembering", "More emotional", and "Irritability". Exhibit 3 ("HA for 2-3 mo"); Exhibit 8.

During the 2019 season, Jamize again began to suffer from **frequent headaches**. These started occurring after he had a "significant stinger" and "neck soreness" during training camp. Exhibit 3. The headaches "occur approximately 2-4 times per week and are never significant enough to limit him as far as activities. [...] he is also concerned about some perceived 'forgetfulness'". *Id.* Jamize saw neurologist Dr. Alan Martin on January 3, 2020, who diagnosed him with "headache syndrome", noting Jamize's history of "multiple concussions", as well as "multiple concussive-type symptoms throughout his professional career that he did not report. He would have symptoms with head trauma with transient symptoms of being dazed with ringing in the ear and mild headache [...] He occasionally would have nausea". Exhibit 9; *see* Exhibit 3. Unfortunately, Dr. Martin reported on February 6, 2020 that Jamize's "headaches have not resolved after the football season, although he did feel like he had more frequent headaches when he was involved in full contact during the season." Exhibit 10.

Jamize then saw neuropsychologist Dr. Erin Reynolds on February 11, 2020. Dr. Reynolds further described Jamize's head trauma and symptoms throughout the 2019 season:

Confidential Information                    NFL ALFORD-0009246

# ATHLAW LLP

> He reports noticing headaches this year while driving to training camp or when he would wake up from a nap. […] Jamize reports sustaining multiple hits through the 2019-2020 season, with four to five hits standing out as more significant. He reports experiencing on-field dizziness with disorientation and confusion following those hits" […] [H]is wife is concerned about ongoing symptoms, particularly **memory deficits, changes in mood, and ongoing headaches."** **[…] Jamize admits to avoiding quick head movements and likes to hang out in dark room. He has also observed changes to his speech including stumbling on words and long pauses within conversations."**

Exhibit 11 (emphasis added). Moreover, Jamize told Dr. Reynolds about his "dizziness", "[f]ogginess", feeling "lightheaded", "light and noise sensitivity", "[d]ifficulty concentrating, retaining information, [and] los[ing] train of thought during conversations." Id. Dr. Reynolds "administered a Dynamic Visual Acuity Test (DVAT) which revealed significant gaze instability […] He also exhibit[ed] positive left Head Impulse Test which indicates left peripheral hypofunction. Pursuits and saccades […] did provoke mild dizziness with increased repetitions. These findings, in combination with subjective reports, may indicate high functioning **left chronic vestibular hypofunction**". Id. (emphasis added).

Jamize attended two sessions of vestibular physical therapy on February 19 and 26, 2020. Exhibits 12-13. Unfortunately, "towards the end of March he had a few severe headaches. He reports that these headaches were more severe than his previous headaches". Exhibit 14; see Exhibit 15. In July 2020, when he took a concussion assessment, Jamize still had "[h]eadache" and "[d]ifficulty remembering", and he felt "[i]rritab[le]". Exhibit 16. He scored only 22/30 on immediate memory testing and 6/10 on delayed memory. Id. His headaches continued into September 2020, when Jamize told Dr. Martin that he "has had to write himself notes [] on his phone to help with memory". Exhibit 17.

5

**JO-00635**

Confidential Information    NFL ALFORD-0009247



On January 22, 2021, Jamize saw Jessica Mason of Kane Hall Barry Neurology. She noted Jamize's history of "multiple concussions" and her concern that he still has "post-concussion syndrome" with "headaches". Exhibit 18. She said that Jamize has "memory loss", "forgetfulness and word finding difficulty", "loss of concentration", and "**[t]remor of both hands**" that she observed "[d]uring casual conversation". *Id.* (emphasis added). She also administered the MoCA, and Jamize scored "**24/30 with 0/5 5 min recall and language deficits**". *Id.* (emphasis added).

Today, Jamize's "issues [he] deal[s] with mentally are [his] greatest concern." Exhibit 1. Since a few years ago when he first noticed memory problems (such as substantial difficulty recalling the team he had played the week before), Jamize's "memory has only gotten worse. [He] now [has] trouble remembering what [he] was talking or thinking about if [he is] interrupted in the middle of what [he is] doing." *Id.* His wife Brittany has noticed this problem too: "I interrupt him or talk to long about a subject he forgets what he wants to say. This makes him irritable and he gets frustrated with me or himself because he can't remember". Exhibit 2. "[He] also [has] issues losing [his] train of thought when reading or watching tv. [...] This obviously makes it difficult to watch or read anything in a place that isn't completely quiet and without distractions." Exhibit 1. Further, Brittany notes his "confusion with complex conversations". Exhibit 2.

In addition, Jamize's "speech has been affected. [He] noticed [he] struggle[s] saying some words and that at various times throughout a conversation [he] will stumble over some words. [...] [He has] noticed many times while talking that [he] will try to say two words at once." Exhibit 1. Brittany notices that "sometimes he has trouble understanding" her because she talks fast. Exhibit 2. "We have a hard time communicating because of this." *Id.* Jamize continues to have "frequent but random headaches", and "connected to these headaches [he] notice[s] that [he is] very irritable, [he] get[s] angry a lot and often times [he] blow[s] up for seemingly insignificant reasons." Exhibit

6

**JO-00636**

Confidential Information
NFL ALFORD-0009248

# ATHLAW LLP

1; Exhibit 2. He also "wants to be by himself", "sit[s] alone with the lights off", and "doesn't like to go out with friends or place where he doesn't know people". Exhibit 2.

## B. Jamize's Left Knee Substantial Impairments

Jamize suffers from left knee substantial impairments, including an MCL tear. First, on October 27, 2013, he "hit in the L. knee on an onside kick int he [*sic*] 4th quarter and had some mild pain and limped". Exhibit 19. Then, on August 18, 2016, "[h]e was hit in the L. Knee while being tackled after receiving a pass." *Id*. He had a "Left Knee Medial Collateral Ligament Tear", and his knee had "laxity w/ valgus stress". *Id*. An MRI the next day also showed a "[m]edial meniscal tear" and "high-grade patellofemoral chondrosis". Exhibit 20. Jamize then injured his left leg three more times in fall 2017. Exhibit 19; *see* Exhibit 4. On December 3, 2017, "Jamize suffered a valgus-type injury [] while participating and playing in the game, in which he suffered a valgus injury to his left knee with the knee flexed approximately 30 degrees, an ankle eversion and external rotation injury. [He had] pain in the medial aspect of his left knee, the primarily lateral aspect of his left ankle and his midfoot. He [was] limping when he [was] walking." Exhibit 19. A December 4, 2017 left knee MRI showed a "full-thickness cartilage loss [...] progressed compared to the prior exam", "[f]ull-thickness chondral fissuring", "osteophytes", and an MCL injury. Exhibit 21.

On January 19, 2021, Dr. James Montgomery found that Jamize is "**disabled secondary to his osteoarthritis**". Exhibit 22 (emphasis added). He has "degenerative disease in both knees" and "severe patellofemoral chondromalacia". *Id*. Due to his substantial impairments, Jamize can only "[s]tand and/or walk (with normal breaks)" for "less than 2 hours" in an 8-hour day. Exhibit 23; Exhibit 22. In addition, he "must periodically alternate sitting and standing to relieve pain or discomfort." *Id*. He has trouble "stooping, kneeling", "crouch[ing]", and "[c]rawling", and he

7

**JO-00637**



"avoid[s] squatting whenever possible". Exhibit 23; Exhibit 1; Exhibit 22; Exhibit 24. Jamize also

struggles with going up and down stairs, weight bearing, and running/jumping. Exhibit 24.

### C. Jamize's Painful Spine Substantial Impairments, Including Recorded Stingers

Jamize suffered spine injuries from football, including stinger after stinger, resulting in

substantial impairments. The below table summarizes his injuries:

| Date of Medical Record | Description |
|---|---|
| 12/4/12 | "Bulging disc LB high school" |
| 9/9/15 | "Left Lumbar Muscle Spasm": "The athlete reported doing squats and clean pulls in the weight room yesterday, and that is why he thinks his back is sore." |
| 10/27/15 | "Right Lumbar Muscle Spasm": "The athlete was squatting and when he reached the bottom position he felt a "crunch" and then pain in his lower back." "He has point tenderness over his R paraspinals [...] He has limited trunk flexion ROM due to pain and due to hamstring tightness. His extension ROM also seems limited and he has c/o pain in that direction as well. [...] he has pain with R rotation as well." |
| 11/21/16 | "Left Neck Brachial Plexus Stretch" "He made contact with his head and felt the stinger while blocking. |
| 11/28/16 | "[H]e suffered a stinger in the game two weeks ago. He now reports some weakness when doing lat pulldowns with his left shoulder." "Reported stinger episode with weakness to his latissimus dorsi doing lat pulldowns." |
| 12/9/16 | Cervical Spine MRI: "C5: [...] right paracentral disc protrusion", "degenerative disc disease" |
| 12/9/16 | "[H]e had a stinger with some residual sensory loss in his thumb and his forearm area." "[H]e still has some numbness in the C6 dermatomal region." "Recurrent stingers with some decreased sensation around the C6 nerve root." |
| 1/8/17 | "L stinger 6 total (10 career)". "Numbness in my shoulder/arm, lack of strength (left side) |
| 5/8/18 | Chiropractic treatment, lumbar spine |
| 5/15/18 | Chiropractic treatment, cervical/thoracic/lumbar spine |
| 8/15/18 | "[R]ight-sided stinger": "he has had a history of stingers on the left side in the past [...] he initially was complaining its of sensation loss and tingling in his right upper extremity all the way to his hand [...] weakness in active triceps extension on the right side compared to the left side". |
| 8/16/18 | Chiropractic treatment, cervical/thoracic spine |
| 10/7/18 | "[L]eft-sided upper thoracic compression injury |
| 6/10/19 | "Neck pain worse with physical activity" |
| 1/13/19 | "C-Spine BP Stretch" |
| 7/26/19 | "C-Spine BP Stretch" |

8

**JO-00638**

                                    NFL ALFORD-0009250



Exhibits 25-26.

Today, Jamize suffers from "degenerative disc disease" in his neck and back, a lumbar spine "disc bulge" and "annular fissure at L5-S1 and facet changes at L4-L5 and L5-S1". Exhibit 27; Exhibit 22; Exhibit 28. He has noticed "paresthesias in his feet" and has "midline pain noted in the cervical spine" as well. Exhibit 28. Moreover, Jamize has "pain in [his] lower back [...] when [he has] to stand or walk for longer that 15 minutes" and "decreased tolerance to prolonged standing or walking". Exhibit 1; Exhibit 28. "Even sitting down in a chair can become very uncomfortable after many minutes and [he] will seek a place to recline in or lay down. The pain [he] get[s] in [his] low back makes it very difficult to sleep on [his] stomach". Id.

### D. Jamize's Bilateral Shoulder Substantial Impairments

Jamize has bilateral shoulder substantial impairments. During college in August 2011, he sprained his right AC joint. Exhibit 29; see Exhibit 4; Exhibit 25. Then, on September 10, 2014, he "reported to the training room after practice with c/o posterior R shoulder pain. His pain [was] over his R rhomboids and levator. He said that he lowered his shoulder to hit someone [the previous day] in practice and that is when his pain began. He describes it as an aching pain, and he feels it when he raises his arm. [...] He is point tender over the insertion of his levator scapula. He has full ROM for in all planes except for IR on the R which is limited compared to the L shoulder. He has 4/5 strength for flexion, abduction, and ER on the R which seems to be due to pain. He has pain with empty can, O'Brians, and Hawkins impingement test". Exhibit 29.

About a month later, on October 12, 2014, Jamize "stretched out his arm to make a tackle and felt pain in his shoulder. He continued to play the game and noticed that his soreness gradually increased. He finished the game and had difficulty sleeping that evening. [That] morning he ha[d] limited AROM in flexion,abd and ext. rot. Ant. shoulder point tenderness present." Id. He also had

9

**JO-00639**

Confidential Information

NFL ALFORD-0009251



"weakness in the right upper extremity", "limited ROM and strength due to pain", "pain even with PROM", and "inflammation". *Id.* Testing showed **Marked weakness to supraspinatus isolation strength testing** and difficulty raising his arm over his head. 2+ Neer and 2+ Hawkin's tests. 1+ Speeds test." *Id.* (emphasis added). Jamize received treatment into mid-December 2019 for this injury, "Right Shoulder Rotator Cuff Tendinitis/Acute", including three recorded injections. *Id.*

Jamize also has left shoulder substantial impairments. As described above, he suffered repeated stingers, including a stinger reported on November 28, 2016 that caused "weakness when doing lat pulldowns with his left shoulder." Exhibit 3. After that, on December 8, 2016, he suffered another "stinger with some residual sensory loss in his thumb and his forearm area." Exhibit 25. Jamize had a cervical spine MRI, which showed a "C5 [...] right paracentral disc protrusion". Exhibit 26. Dr. Warren King said that Jamize was dealing with "[r]ecurrent stingers with some decreased sensation around the C6 nerve root." Exhibit 25. As of 2017, he suffered at least "6 total [stingers] (10 career)" and had "numbness in [his] shoulder/arm, lack of strength (left side)". *Id.* Moreover, he had "tender" AC and SC joints on October 7, 2018 after suffering an "Upper Back Strain" in practice. *Id.*

Today, Jamize has "degenerative disease in [...] [his] shoulders". Exhibit 22. He has "LIMITED" ability to "[r]each[] all directions (including overhead)" with "pain in his shoulder". Exhibit 23; Exhibit 2.

### E. Jamize's Bilateral Ankles, Bilateral Feet, and Right Hand Substantial Impairments

Jamize has bilateral ankle substantial impairments, including DJD and bilateral posterior tibial tendon injuries. He injured his left "anterior tibiofibular ligament" and "anterior talofibular ligament" on September 23, 2013 during a game against the Broncos. Exhibit 30. Then he suffered

10

**JO-00640**

Confidential Information

NFL ALFORD-0009252

# ATHLAW LLP

another ankle injury on October 22, 2015. *Id.* By November 17, 2016, Jamize had developed "[p]osterior tibial tendonitis", requiring "daily treatment regimens". *Id.* (emphasis added). Two days later, he had a lidocaine "injection of his posterior tibialis tendon" leading to "numbness on the plantar aspect of his foot", which Dr. Warren King said "would preclude him being able to participate as a running back during a game". *Id.* As a result, Jamize did not receive further injections. *See id.* He did, unfortunately, have more ankle injuries.

As previously discussed, on December 3, 2017, Jamize "suffered a valgus-type injury [] while participating and playing in the game, in which he suffered a valgus injury to his left knee with the knee flexed approximately 30 degrees, an ankle eversion and external rotation injury. [He had] pain in the medial aspect of his left knee, the primarily lateral aspect of his left ankle and his midfoot. He [was] limping when he [was] walking." Exhibit 19. A left ankle MRI the next day showed a "**full-thickness defect/tear through the anterior distal tibiofibular syndesmotic ligament**", a "Grade 2 sprain of the anterior talofibular ligament", a "Grade 2 strain at the myotendinous junction of the extensor digitorum longus", and a "grade 2 sprain of the deep fibers the deltoid ligament [*sic*]". Exhibit 31 (emphasis added). On December 11, 2017, he continued to have "tenderness" and "pain" with ankle inversion, eversion, dorsiflexion, and plantar flexion. Exhibit 30. By March 2018, Jamize had developed degenerative changes in his left ankle. Exhibit 29. He had another left ankle injury to his anterior talofibular ligament in May 2018. Exhibit 30. Jamize now has "**Left Ankle DJD**". Exhibit 25 (emphasis added).

In addition, Jamize has right ankle substantial impairments. He suffered an "inversion-type of [high ankle] injury while running" in a September 13, 2015 game, and he suffered a "**posterior tibialis tendon tear**" during an October 30, 2016 game on when he was "engaged with another opposing player, being pushed backwards or bull-rushed". Exhibit 32 (emphasis added). An MRI

11

**JO-00641**

Confidential Information

NFL ALFORD-0009253

**ATHLAW LLP**

the next day showed the "tear", as well as ""spurring in the ankle [...] consistent with his history of recurrent ankle sprains". *Id.*

Moreover, Jamize has bilateral foot substantial impairments. He deals with bilateral degenerative changes and left foot "turf toe". Exhibit 3; Exhibit 34. In addition, he suffered from bilateral foot injuries from football, including the left midfoot, ankle, and knee injury on December 3, 2017 described above. Exhibit 34; Exhibit 19. MRIs taken the day after the injury showed "arthrosis of the great toe MTP joint" and "cartilage loss along the great toe MTP joint with small osteophytes". Exhibit 31. Further, he had a "Right Foot Arch Sprain/Traumatic/Plantar Fascial" on August 5, 2015 resulting in a "torn muscle in foot". Exhibit 34; Exhibit 4.

Today, Jamize has "degenerative disease in [...] both ankles. Exhibit 22. He suffers "pain [...] on the soles of [his] feet when [he has] to stand or walk for longer that 15 minutes. [His] ankles and calves hurt when [he] walk[s] or tr[ies] to run". Exhibit 1; Exhibit 28. He also has noticed "paresthesias in his feet". Exhibit 28.

Further, Jamize suffers from right hand substantial impairments. During the game on December 3, 2017 during which he had a left knee, ankle, and foot injury, he also dealt with a "gamekeepers thumb", with noted "ligament laxity in collaterals at MCP". Exhibit 19; Exhibit 35. A December 4, 2017 MRI showed "Grade 2 sprains of the ulnar and radial collateral ligaments as well as a possible grade 2 sprain of the thumb metacarpal capsular origin of the volar plate." Exhibit 36.

12

**JO-00642**

Confidential Information                                    NFL ALFORD-0009254



**MOREOVER, MR. JAMIZE OLAWALE QUALIFIES FOR LOD BENEFITS BECAUSE HIS PHYSICAL IMPAIRMENTS DEMONSTRATE AT LEAST 9 POINTS ARISING OUT OF LEAGUE FOOTBALL ACTIVITIES**

| Summary of Physical Impairment(s) | Page(s) |
|---|---|
| **Right Ankle**: "posterior tibialis tendon tear" | 14 |
| **Left Ankle**: "posterior tibialis tendonitis" | 15 |
| **Right Shoulder**: "Marked weakness to supraspinatus" | 16 |
| **Right Shoulder**: "inflammation", "tender" | 17 |
| **Left Shoulder**: "tender" | 18 |
| **Left Shoulder**: "weakness", "lack of strength" | 19 |
| **Left Ankle**: "tear through the anterior distal tibiofibular syndesmotic ligament" | 20 |
| **Left Knee**: "laxity", "Knee Medial Collateral Ligament Tear" | 21 |
| **Left Ankle**: "DJD" | 22 |
| **Left Foot**: "arthrosis of the great toe MTP joint" | 23 |
| **Right Hand**: "ligametn [*sic*] laxity in collaterals at MCP", "gamekeeper's thumb" | 24 |
| **Spine**: spine impairments from league football activities | 25 |

13

**JO-00643**



**RIGHT ANKLE**

| Ankle Impairment | Point Value |
|---|---|
| Posterior Tibial Tendon Insufficiency | 3 |

posterior tibialis tendon tear

EXHIBIT 32

ASSESSMENT: Strain, partial tear and inflammation in posterior tibialis tendon.

EXHIBIT 32

Right Ankle Posterior Tibialis Strain

EXHIBIT 32

14

**JO-00644**

Confidential Information

NFL_ALFORD-0009256



**LEFT ANKLE**

| Ankle Impairment | Point Value |
|---|---|
| Posterior Tibial Tendon Insufficiency | 3 |

# Posterior tibial tendonitis.

EXHIBIT 30

**ASSESSMENT**: Left ankle midfoot strain with left ankle inversion sprain.

EXHIBIT 30

# Left ankle sprain

EXHIBIT 30

15

**JO-00645**

                                    NFL ALFORD-0009257



## RIGHT SHOULDER

| Shoulder Impairment | Point Value |
|---|---|
| Symptomatic Rotator Cuff Tendon Tear | 2 |
| | |

Marked weakness to supraspinatus

EXHIBIT 29

**CHIEF COMPLAINT:** Right shoulder.

**HISTORY:** The player states that yesterday during the game he did an arm tackle with the right arm and has had pain and weakness in the right upper extremity since then. His past medical history is otherwise unremarkable with the exception of a right AC sprain in the past.

**EXAMINATION:** Right shoulder: Marked weakness to supraspinatus isolation strength testing and difficulty raising his arm over his head. 2+ Neer and 2+ Hawkin's tests. 1+ Speeds test. Neurovascular status is normal.

**ASSESSMENT:** Right shoulder rotator cuff strain, possible tear.

EXHIBIT 29

Confidential Information

NFL_ALFORD-0009258

# ATHLAW LLP

**RIGHT SHOULDER**

| Shoulder Impairment | Point Value |
|---|---|
| Symptomatic Acromioclavicular Joint Inflammation | 2 |

# inflammation

EXHIBIT 29

# tender

EXHIBIT 29

# Both AC

EXHIBIT 25

limited ROM and strength due to pain. He has pain even with PROM

EXHIBIT 29

17

**JO-00647**

Confidential Information

NFL_ALFORD-0009259



## LEFT SHOULDER

| Shoulder Impairment | Point Value |
|---|---|
| Symptomatic Acromioclavicular Joint Inflammation | 2 |

tender.

EXHIBIT 25

Both AC

EXHIBIT 25

Confidential Information

NFL_ALFORD-0009260

# ATHLAW LLP

## LEFT SHOULDER

| Shoulder Impairment | Point Value |
|---|---|
| Symptomatic Rotator Cuff Tendon Tear | 2 |
| | 2 |

# weakness.

**EXHIBIT 3**

**HISTORY**: The player states he suffered a stinger in the game two weeks ago. He now reports some weakness when doing lat pulldowns with his left shoulder.

**PHYSICAL EXAMINATION**: He has full range of motion of his neck without tenderness. His motor examination reveal 5/5 strength to the rotator cuff and deltoid area. There is no evidence of atrophy. His neurovascular status is normal.

**ASSESSMENT**: Reported stinger episode with weakness to his latissimus dorsi doing lat pulldowns. No evidence of obvious atrophy or sensory deficits.

**EXHIBIT 3; *see* EXHIBIT 25**

Numbness in my shoulder / Arm , lack of strength (left side)

**EXHIBIT 25**

fered during the season?[ ]YES [ ]NO
ails:

(2) Stage
( 10 career)

**EXHIBIT 25**

19

**JO-00649**

                                                NFL ALFORD-0009261



## LEFT ANKLE

| Ankle Impairment | Point Value |
|---|---|
| Tibialis Anterior Tendon Insufficiency | 3 |



EXHIBIT 31

1. Full-thickness defect/tear through the anterior distal tibiofibular syndesmotic ligament with surrounding edema and soft tissue swelling as well as edema within the soft tissues about the distal tibiofibular syndesmotic membrane.

2. Grade 2 sprain of the anterior talofibular ligament.

EXHIBIT 31

grade 2 sprain of the anterior tibiofibular ligament.

EXHIBIT 30

acute on chronic sprain of the ATF grade II

EXHIBIT 30

Left ankle sprain

EXHIBIT 30

**ASSESSMENT:** Left ankle midfoot strain with left ankle inversion sprain.

EXHIBIT 30

**JO-00650**

Confidential Information
NFL_ALFORD-0009262



## LEFT KNEE

| Knee Impairment | Point Value |
|---|---|
| Symptomatic MCL Tear with Moderate Or Greater Instability | 2 |



EXHIBIT 19

# Left Knee Medial Collateral Ligament Tear

EXHIBIT 19



Knee
Effusion
ROM
PF Crepitus
PF Alignment
Valgus 0°
Valgus 30°

ACL-BTB/HS/AllO
MCL
LCL
PCL
PF-Inst. / DJD
Loose Body
Meniscus

EXHIBIT 29

## Left Knee MCL

EXHIBIT 25; EXHIBIT 19

## Grade 1 sprain of the medial collateral ligament.

EXHIBIT 21

### KNEES

| | | | | | |
|---|---|---|---|---|---|
| Strained | Left or Right | Sprain Ligament | Left or Right | Torn Ligaments | Left or Right |
| Torn Cartilage | Left or Right | Knee Cap Injury | Left or Right | Fractures | Left or Right |
| Operations | Left or Right | Injections | Left or Right | Pains | Left or Right |
| Dislocations | Left or Right | Missed Practice | Left or Right | Missed Games | Left or Right |
| Bruise | Left or Right | Bursitis | Left or Right | Swelling | Left or Right |
| Locking | Left or Right | Giving Away | Left or Right | Arthroscopes | Left or Right |
| Wear Braces | Left or Right | Casted | Left or Right | Arthritis | Left or Right |
| Chondromalacia | Left or Right | Grinding | Left or Right | Other | Left or Right |

EXPLAIN: ☐ None Of These Apply

Sprained, MCL, last week; I missed no

EXHIBIT 4

Confidential Information

NFL_ALFORD-0009263

# ATHLAW LLP

## LEFT ANKLE

| Ankle Impairment | Point Value |
|---|---|
| Degenerative Joint Disease - Moderate Or Greater (i.e., significant loss of joint space as confirmed by clinical examination and x-ray) | 3 |

# Left Ankle DJD

EXHIBIT 19

# Left Ankle DJD

EXHIBIT 25

EXHIBIT 29



### ANKLES

| | | | | | | |
|---|---|---|---|---|---|---|
| Sprains | (Left) or Right | Strain | Left or Right | Fractures | Left or Right |
| Dislocations | Left or Right | Operations | Left or Right | Injections | Left or Right |
| Casted / Splinted | Left or Right | Pain | Left or Right | Missed Practice | Left or Right |
| Missed Games | Left or Right | Bruise | Left or Right | Other | Left or Right |

EXPLAIN: ☐ None Of These Apply

Sprained Ankle on the same play as my MCL sprain; Missed

EXHIBIT 4

**JO-00652**

Confidential Information

# ATHLAW LLP

**LEFT FOOT**

| Foot Impairment | Point Value |
|---|---|
| Hallux Rigidus - Moderate Or Greater (i.e., significant loss of joint space as confirmed by clinical examination and x-ray) | 1 |

## Mild to moderate arthrosis of the great toe MTP joint

EXHIBIT 31



EXHIBIT 34

## Left Great Toe

EXHIBIT 25; EXHIBIT 19

**CHIEF COMPLAINT:** Left foot pain.

**HISTORY:** The player comes in stating he had some pain over the medial aspect of his left foot following the game. He does not remember any specific injury.

EXHIBIT 34

## Left Foot Contusion

EXHIBIT 34

23

**JO-00653**

Confidential Information

# ATHLAW LLP

**RIGHT HAND**

| Hand Impairment | Point Value |
|---|---|
| Mediolateral Ligamentous Instability - Moderate Or Greater (i.e., instability that significantly impairs the Player's ability to perform normal activities of daily living (bathing, grooming, dressing, driving, etc.)) | 1 |

ligametn laxity in collaterals at MCP. Appears to be a gamekeepers thumb.

EXHIBIT 35

gamekeeper's thumb injury.

EXHIBIT 19

1. Grade 2 sprains of the ulnar and radial collateral ligaments as well as a possible grade 2 sprain of the thumb metacarpal capsular origin of the volar plate.

EXHIBIT 36

24

**JO-00654**

Confidential Information

# ATHLAW LLP

## CERVICAL SPINE

| Cervical Spine Impairment | Point Value |
|---|---|
| | |

C4-C5: Small diffuse right paracentral disc protrusion, slightly indenting the anterior thecal sac, resulting in mild right-sided

EXHIBIT 26

IMPRESSION:

Minimal to mild degenerative disc disease in the cervical spine, particularly at C4-5, resulting in mild right-sided neural foraminal narrowing at C4-5 and mild left-sided neural foraminal narrowing at C5-6.

EXHIBIT 26

Numbness in my shoulder / Arm, lack of strength (left side)

EXHIBIT 25

Tered during the season?[ ]YES [ ]NO
ails:

② Stage

full career ( 10 career)

② weak

EXHIBIT 25

## right-sided stinger

EXHIBIT 25

25

**JO-00655**

Confidential Information



The Committee should reasonably deem Jamize T & P disabled because the cumulative impact of football on his body, brain, and mind has resulted in a destruction of his overall health such that he is substantially unable and substantially prevented from engaging in any considerable occupation. Moreover, Jamize qualifies for LOD benefits because his physical impairments demonstrate at least 9 points arising out of league football activities. Thus, respectfully, the Committee should prudently determine that Mr. Jamize Olawale is entitled to his collectively bargained for T & P, LOD, and NC benefits.

Sincerely,

Samuel Katz, Esq.
*Managing Partner*
Athlaw LLP

**JO-00656**

Confidential Information

NFL_ALFORD-0009268



# Jamize Olawale
## List of Submitted Supporting Exhibits

| EXHIBIT | DOCUMENT NAME |
|---|---|
| 1 | Declaration of Jamize Olawale |
| 2 | Declaration of Brittany Olawale |
| 3 | Concussions and Head Trauma Medical Records |
| 4 | Dallas Cowboys Football Club Health History Questionnaire dated 3/27/18 |
| 5 | Dr. Thomas Hardy Neuropsychological Consultation Report dated 10/9/17 |
| 6 | NFL Concussion Assessment dated 10/8/17 |
| 7 | Dr. Thomas Hardy Neuropsychological Consultation Report dated 10/13/17 |
| 8 | Concussion Assessment dated 6/10/19 |
| 9 | Dr. Alan Martin Report dated 1/3/20 |
| 10 | Dr. Alan Martin Report dated 2/6/20 |
| 11 | Dr. Erin Reynolds Report dated 2/11/20 |
| 12 | Physical Therapy Office Visit Note dated 2/19/20 |
| 13 | Physical Therapy Office Visit Note dated 2/26/20 |
| 14 | Dr. Erin Reynolds Report dated 4/29/20 |
| 15 | Dr. Erin Reynolds Report dated 3/20/20 |
| 16 | Concussion Assessment dated 7/28/20 |
| 17 | Dr. Alan Martin Report dated 9/25/20 |
| 18 | Kane Hall Barry Neurology Office Visit Note dated 1/22/21 |
| 19 | Left Knee Medical Records |
| 20 | Left Knee MRI dated 8/19/16 |
| 21 | Left Knee MRI dated 12/4/17 |
| 22 | Dr. James Montgomery Note dated 1/19/21 |
| 23 | Physical Residual Functional Capacity Assessment dated 1/14/21 |
| 24 | Dr. James Montgomery Patient Report dated 1/7/21 |
| 25 | Spine and Left Shoulder Medical Records |
| 26 | EMR 389-390 Cervical Spine MRI dated 12/9/16 |
| 27 | Lumbar Spine MRI dated 1/20/21 |
| 28 | Dr. Marvin Van Hal Notes dated 1/11/21 & 1/28/21 |

**JO-00657**

# ATHLAW LLP

| EXHIBIT | DOCUMENT NAME |
|---------|---------------|
| 29 | Right Shoulder Medical Records |
| 30 | Left Ankle Medical Records |
| 31 | Left Ankle MRI dated 12/4/17 |
| 32 | Right Ankle Medical Records |
| 33 | Right Ankle MRI dated 10/31/16 |
| 34 | Bilateral Feet Medical Records |
| 35 | Right Hand Medical Record dated 12/3/17 |
| 36 | Right Hand MRI dated 12/4/17 |

**JO-00658**

NFL ALFORD-0009270

## Personal Statement

My name is Jamize Robert Olawale and I feel it is important for me to explain in greater detail some of the physical and mental issues I have been dealing with after having played 8 years in the NFL. It is my hope that by reading this explanation, people will be able to understand the issues I face on a day to day basis- issues that have only gotten worse.

Of all the physical beating my body has taken over the course of my football career, the issues I deal with mentally are my greatest concern. I'll begin with my memory issues.

I began noticing I had more serious issues remembering things a few years ago, probably around 2015. I (ironically) remember one instance in which I was trying to recall the team we had played the week before. It was in the middle of the following week and we were preparing for our upcoming opponent so I know that not even 7 days had passed since we played this last opponent that I was trying to recall. For some reason I just could not jog my memory. This issue began to trouble and upset me and I determined in my heart to figure out who it was that we played roughly 5 days prior without checking our schedule or looking on the internet. Up until this point in my life, like anyone else, I had on occasion forgotten something from the past but unlike this situation I would always be able to recall what it was that I was trying to remember after a few seconds of thought. On this particular day I spent well over 10 minutes diligently trying to comb my memory bank to remember the team we had just played! Again, I could have easily checked the schedule but for some reason I was determined to remember this fact on my own. After about 10 minutes or so of trying to recall this team, I remember something purple catching my attention (perhaps a towel or something else around me at the time). This color jogged my memory enough for me to remember the color uniform of the team we had just played. It was the Minnesota Vikings! I was relieved to have finally remembered but I thought it was very strange that it took that long for me to be able to recall something as significant as an opponent I had just spent the previous week preparing for and playing.

Since that day, my memory has only gotten worse. I now have trouble remembering what I was talking or thinking about if I am interrupted in the middle of what I am doing. A recent example of this: I was looking through my phone for a group text I had with my wife's employee and my wife (she owns a preschool), I forget the specific reason but I know it was for something very important. I had just opened my phone and clicked on the "messages" app when one of my children (I have three, but I forget which one asked me the question) asked me a simple question. I remember it was a simple question because it only required me to take my eyes off my phone very briefly (as if to answer "yes" or "no"). When I returned to my phone probably literally a second to a second and a half later, I had no idea what it was I was trying to do. Nevermind forgetting who i was trying to look for, I could not even remember why I had opened my phone in the first place, but I could not shake the feeling that it was for something very important. I spent the next 20 minutes or so frustratingly trying to remember what i

**JO-00659**

Confidential Information

needed to do that was so important. Eventually, this particular employee texted in a group chat and it was enough for me to remember who it was I was trying to speak to. Even with being able to remember that, I still wasn't able to remember the reason I needed to speak with them and to this day I don't know if that affected my wife's business or not. Thankfully, my wife is handling the operations of her school so I know that she'll remember and get it done.

These are just a couple examples of the issues I have recalling things I am doing or saying/thinking. I also have issues losing my train of thought when reading or watching tv. An example of this is the fact that every morning I read one chapter of a book in my bible. I would estimate that it takes me 3-4minutes longer to read that single chapter (sometimes only a few verses long) than it would a normal adult my age. The reason for this is because not only do I get easily distracted when reading (not just with reading my bible, with anything) but when I am able to divert my attention back to what I am reading I find myself having to repeat the last sentence I just read many times over just to remember where I was in the book. This is a weird phenomenon that I have only recently (within the past couple of years) noticed I have been doing. I never used to have this problem. Similarly, while watching tv if someone asks me a question or if I get distracted in anyway, often times I will have to refocus and mentally go back a few minutes of the show in order to be able to continue following along in the show or movie. This obviously makes it difficult to watch or read anything in a place that isn't completely quiet and without distractions. I have many more examples of how my memory has been affected.

In addition to my memory issues, and probably connected to them, I also have frequent but random headaches. I normally notice them first thing in the morning, but there are times when I wont notice it until the afternoon. Every now and then I will get a bad headache in which I would either want to or actually will take medication to calm it down, otherwise I try my hardest not to use any medication for fear of developing a dependency on them or for any other long term side effects they could have on my body.

Also connected to these headaches I notice that I am very irritable, I get angry a lot and often times I blow up for seemingly insignificant reasons. It saddens me that my wife and my children have to walk on eggshells around me knowing that I may blow up for something as simple as spilling water on the floor or interrupting me while doing something. I feel they are connected to the headaches because I noticed they both started around the same time. I notice that I am unhappy and down a lot (which may also explain why I am irritable towards my family). I would not classify it as depression, although I am not a psychologist, but I do notice that often times I am unhappy for no reason at all. I have a blessed life and I am grateful to the Lord for all that he has blessed me with, which is why it perplexes me that I would have any sign of unhappiness. When I am unhappy I usually also get more aggressive.

Lastly, as it relates to the mental issues, I have noticed that my speech has been affected. Ive noticed I struggle saying some words and that at various times throughout

**JO-00660**

Confidential Information

a conversation I will stumble over some words. For this reason I try not to have long conversations with people because I am very subconscious about this issue. I have noticed many times while talking that I will try to say two words at once. This of course will cause me to stumble over those words and I always have to regroup and repeat whatever it was that I was trying to communicate. People have also told me that it is difficult to understand me when I talk because I mumble.

In addition to the issues I deal with mentally, I also deal with things physically. I have pain in my lower back and on the soles of my feet when I have to stand or walk for longer that 15 minutes. My ankles and calves hurt when I walk or try to run and because of the pain I have in my knees, I avoid squatting whenever possible. Even sitting down in a chair can become very uncomfortable after many minutes and I will seek a place to recline in or lay down. The pain I get in my low back makes it very difficult to sleep on my stomach, so I spend most of the night sleeping on my right or left side.

Like my mental issues, these problems have only gotten worse over the course of my career and it is troubling to think about how bad they can be years from now if they continue to get worse.

Signature

Date 1/26/2021

Confidential Information

## Statement of Brittany Olawale

My name is [REDACTED] and I am Jamize's wife. I wanted to give some details about the mental and physical issues Jamize has been facing.

Mental issues are the most significant. Jamize and I will discuss things about my business and if I interrupt him or talk to long about a subject he forgets what he wants to say. This makes him irritable and he gets frustrated with me or himself because he can't remember what he wanted to say. So I try very hard not to interrupt his thought or talk too much because I know it's difficult for him to process things when I do a lot of talking.

He just wants to be by himself. He will spend time in our theater room, which is dark. I don't think he notices it, but he'll be sitting alone with the lights off. He's not a very vocal person, but his physical actions show that he needs time alone, and this isn't how he was before. He always wanted to be together and do everything together because that's how he was with his dad and brother.

He's aggressive or more assertive sometimes than he used to be. There was a period of time after his 3rd year of playing were we started getting into big ugly arguments (about nothing important or worth arguing over) right before he would leave for camp. It happened every year until I realized what was happening. I try not to trigger Jamize with my own stress.

I talk really fast, and sometimes he has trouble understanding me. We have a hard time communicating because of this. Jamize doesn't like to go out with friends or place where he doesn't know people. He gets frustrated easily by things not worth being frustrated about and agitated whenever he gets a headache. He has a really bad headache about once a month. He has headaches that are less bad at least once a week.

He has confusion with complex conversations. He loves talking about business and learning about business strategies but can't keep up with the details of things like he use to. He needs to go at his own pace.

I notice that sometimes he has a limp when he walks. I makes me worried what life will be like for him when he's older. He's complained of pain in his shoulder and back. He says his knees hurt wether he lifts a lot of a little. When he tries to run he complains of pain in his feet and hamstrings. He can't do what he use to without pain.

I'm worried about our future, and I see that Jamize is concerned about that too. I work as a realtor and I just opened a preschool. I know that I will need to be the sole provider for our family and our children because Jamize isn't able to work. He's sacrificed so much of himself with out complaining, I believe it's my turn to carry that weight.

_____
**Signature**

1 /29/2021
_____
Date

**JO-00662**

Confidential Information

NFL_ALFORD-0009274

# Diagnostic Imaging Studies

Confidential Information

NFL_ALFORD-0009343





Baylor Diagnostic Center at Junius
3900 Junius Street, Suite 100
Dallas, TX 75246
Phone #: (972)560-9000
Fax: (214)989-6684

| | |
|---|---|
| Name: JAMIZE OLAWALE | Exam Date: 1/20/2021 10:57 AM |
| Patient ID: 9911883717 | Exam Name: MRI Lumbar Spine Without Contrast I |
| Age: 31Y 9M | 72148 |
| DOB: | Reason:: |
| Acc #: 13533893 | Referrer: MARVIN VAN HAL, MD |
| | 2nd Referrer: |

MRI LUMBAR SPINE WITHOUT CONTRAST: 1/20/2021 10:10 AM CST

CLINICAL HISTORY: 31 years of age, Male, evaluation of low back pain which has been intermittent over the last 8 years. Patient plays football professionally.

COMPARISON: None.

PROCEDURE COMMENTS: MRI of the lumbar spine was performed without IV contrast.

FINDINGS:

Alignment: Normal. Preserved lumbar lordosis.

Bone marrow: T2/STIR edema related signal along the inferior endplate of the L5 vertebral body.

Vertebrae: Vertebral body height is maintained. Bilateral pars defects of L5.

L1-L2: No significant spinal canal or neural foraminal stenosis.

L2-L3: No significant spinal canal or neural foraminal stenosis.

L3-L4: Minimal facet arthropathy without significant spinal canal or neural foraminal stenosis.

L4-L5: Moderate left and mild right facet arthropathy with minimal encroachment on the LEFT subarticular recess. No significant spinal canal or neural foraminal stenosis.

L5-S1: Mild disc desiccation with disc bulge with right subarticular annular fissure and mild facet arthropathy. No significant spinal canal or neural foraminal stenosis.

Distal cord and conus: Normal.

Cauda equina and nerve roots: Normal.

Extra-vertebral soft tissues: Normal.

Visualized abdomen/pelvis: No visible abnormality.

Additional comment: None.

**JO-00664**

Confidential Information

NFL ALFORD-0009344

IMPRESSION:

1. Degenerative disc disease at the level of L5-S1 with reactive discogenic edema of the L5 inferior endplate.

2. Bilateral L5 pars defects.

3. No significant spinal canal or neuroforaminal stenosis.

This study was interpreted by a board-certified, fellowship-trained neuroradiologist.

Physician/Physician offices only: We appreciate the opportunity to participate in the care of your patient. If you are a physician and have questions about this report or would like a consultation with a subspecialized radiologist, please call the American Radiology consultation hotline, at 214-841-3010 for prompt service. Patients should contact the referring physician that ordered their exam for clarification or questions concerning their report.

This preliminary report was dictated at 75246_ADV3 and electronically signed by Clayton Douglas, M.D. on 1/20/2021 11:58 AM CST.

By electronically signing this report, I, the responsible physician, attest that I have personally reviewed the images/data for the above examination(s) and I agree with or have edited the final report.

This report was dictated at 75246_ADV3 and electronically signed by Josh Thatcher M.D. on 1/20/2021 12:07 PM CST.

Dr. Josh Thatcher M.D. is affiliated with American Radiology Associates.

**Report Electronically Signed by:** JOSH THATCHER
**Report Electronically Signed on:** 1/20/2021 12:07 PM

| | |
|---|---|
| Patient Name: JAMIZE OLAWALE | Exam: MRI Lumbar Spine Without Contrast |
| Patient ID: 9911883717 | I 72148 |
| Completed Date: 1/20/2021 10:57 AM | Acc #: 13533893 |
| Transcribed By: JOSH THATCHER | Interpreting Rad: JOSH THATCHER |
| Transcribed Date: 1/20/2021 12:07 PM | Dictated Date: 1/20/2021 12:07 PM |
| | Finalized Date: 1/20/2021 12:07 PM |

**JO-00665**

Confidential Information

Electronically signed by Matthew Epstein on 12/4/2017 2:39 PM

Released by:
Signed by: Epstein, Matthew David, MD

**Reading Provider**

Reading Physician
Epstein, Matthew David, MD

Read Date
Dec 4, 2017

There are no order-level documents.

Olawale, Jamize        59486501            EMM17003235297                    Page 3/3
**FINAL REPORT**

Confidential Information                                            NFL ALFORD-0009346

## FINAL REPORT


**Sutter Health**
We Plus You

Diagnostic Imaging Report
Report Printed 12/4/2017 at 3.06 PM

Eden Medical Center MRI
20103 Lake Chabot Road, Castro Valley, CA 94546
510-727-3226

**Patient Name: Olawale, Jamize**
DOB: ▮▮▮▮
MRN: 59486501
Accession No: EMM17003235348
Performing Location: Eden Medical Center MRI
Admitted Location :

Authorizing Provider: King, Warren D
Ordering Provider: King, Warren D
Attending Provider: King, Warren D, MD
PCP: King, Warren D

Date of Service: 12/04/2017

**MRI HAND RIGHT WO CONTRAST**

EXAMINATION: MRI HAND RIGHT WO CONTRAST.

COMPARISON: None.

HISTORY: Injury.

TECHNIQUE: Using a 3 Tesla magnet, multiple sequences of the hand
were obtained.

FINDINGS:

LIGAMENTS: Mild thickening with T2 intermediate signal within the
thumb MCP ulnar collateral ligament which appears discontinuous
at its proximal phalangeal insertion, in keeping with a grade 2
sprain/partial tear. There is thinning and irregularity of the
thumb MCP radial collateral ligament, in keeping with a grade 2
sprain/partial tear. The thumb metacarpal capsular origin of the
volar plate is mildly diminutive and irregular, suggesting a
possible grade 2 sprain.

TENDONS: The visualized tendons of the hand are unremarkable.

OSSEOUS STRUCTURES: Small subchondral cysts along the dorsum of
the thumb metacarpal head. Cortical irregularity along the dorsum
of the second metacarpal head, possibly related old trauma.

MISCELLANEOUS: Edema and swelling within the soft tissues about

| Olawale, Jamize | 59486501 | EMM17003235348 | : | Page 1/2 |

**FINAL REPORT**

Patient Name: Olawale, Jamize, DOB: ⬛⬛⬛  Account No.: 40986, MRN: |Doc Name:2017/12/04 - MRI R thumb

Case 1:23-cv-00358-JRR   Document 116-16   Filed 11/10/2021   Page 117 of 514
EPIC020_RBS        12/4/2017 3:12:49 PM   PAGE   37/J03   Fax Server

the thumb MCP joint. Mild edema within the metacarpal insertion
of the opponens pollicis muscle as well which may represent a
mild strain. The visualized intrinsic muscles of the hand are
otherwise of normal bulk and signal. No significant joint
effusion.

IMPRESSION:

1. Grade 2 sprains of the ulnar and radial collateral ligaments
as well as a possible grade 2 sprain of the thumb metacarpal
capsular origin of the volar plate.

2. Edema and swelling within the soft tissues about the thumb MCP
joint. Mild edema within the metacarpal insertion of the opponens
pollicis muscle as well which may represent a mild strain.

3. Small subchondral cysts along the dorsum of the thumb
metacarpal head.

4. Cortical irregularity along the dorsum of the second
metacarpal head, possibly related old trauma.

Above findings were conveyed by Dr. Epstein to Dr. King at 2:23
PM on 12/4/2017.

ME:mh

Electronically signed by Matthew Epstein on 12/4/2017 2:39 PM

Released by:
Signed by: Epstein, Matthew David, MD


Reading Provider

Reading Physician                          Read Date
Epstein, Matthew David, MD                 Dec 4, 2017

There are no order-level documents.


Olawale, Jamize          59486501          EMM17003235348                Page 2/2
FINAL REPORT

**FINAL REPORT**



Diagnostic Imaging Report
Report Printed 12/4/2017 at 3:07 PM

Sutter Health
We Plus You

Eden Medical Center MRI
20103 Lake Chabot Road, Castro Valley, CA 94546
510-727-3226

**Patient Name: Olawale, Jamize**
DOB: ███████
MRN: 59486501
Accession No: EMM17003235297
Performing Location: Eden Medical Center MRI
Admitted Location :

Authorizing Provider: King, Warren D
Ordering Provider: King, Warren D
Attending Provider: King, Warren D, MD
PCP: King, Warren D

Date of Service: 12/04/2017

**MRI KNEE LEFT WO CONTRAST**

EXAMINATION: MRI KNEE LEFT WO CONTRAST.

COMPARISON: MRI dated 8/19/2016.

CLINICAL HISTORY: Pain.

TECHNIQUE: Using a 3 Tesla magnet, multiple sequences of the knee
were obtained.

FINDINGS:

**MENISCI**
Medial Meniscus: Medial meniscus is intact.

Lateral Meniscus: Lateral meniscus is intact.

**LIGAMENTS**
Cruciate Ligaments: The anterior and posterior cruciate ligaments
are intact.

Medial Collateral Ligament: Increased T2 signal about the medial
collateral ligament suggesting a grade 1 sprain.

Lateral Collateral Ligament Complex: The lateral collateral
ligament complex is intact.

EXTENSOR MECHANISM: Tendinosis of the distal quadriceps tendon.

| Olawale, Jamize | 59486501 | EMM17003235297 | Page 1/3 |

**FINAL REPORT**

Confidential Information                                                   NFL_ALFORD-0009349

Tibial tuberosity hypertrophy with an adjacent bulky ossification along the inferior patellar tendon with mild tendinosis, likely sequela of chronic Osgood-Schlatter's disease, as before. There is mild edema within quadriceps fat pad and within superolateral Hoffa's fat pad.

RETINACULA: The medial and lateral patellofemoral retinacula are intact.

OSSEOUS AND CARTILAGINOUS STRUCTURES:
Patellofemoral Compartment: Mild widening of the tibial tuberosity to trochlear groove distance, measuring 16.5 mm. Patellofemoral osteophytes. Up to full-thickness cartilage loss with subjacent subchondral cysts and reactive marrow edema pattern along the lateral patellar facet, progressed compared to the prior exam. Chondral thinning and full-thickness chondral signal heterogeneity along the medial patellar facet. Full-thickness chondral fissuring and signal heterogeneity along the central aspect of the medial and lateral trochlea as well as along the mid trochlear groove with subjacent subchondral cysts and reactive marrow edema pattern, progressed compared to the prior exam.

Medial Compartment: Small medial compartment osteophytes. Mild reactive marrow edema pattern along the intercondylar notch.

Lateral Compartment: Small lateral compartment osteophytes.

MISCELLANEOUS: Small knee effusion with synovitis.

IMPRESSION:

1. Grade 1 sprain of the medial collateral ligament.

2. Tricompartmental osteophytosis with progression of high-grade patellofemoral chondrosis, as described above. Tendinosis of the distal quadriceps tendon as well as tendinosis of the distal patellar tendon with associated sequela of chronic Osgood-Schlatter's disease, as before. There is also mild widening of the tibial tuberosity to trochlear groove distance, measuring 16.5 mm. Mild edema within quadriceps fat pad and superolateral Hoffa's fat pad. Correlate clinically with a possible patellofemoral tracking disorder.

3. Small knee effusion with synovitis.

Above findings were conveyed by Dr. Epstein to Dr. King at 2:23 PM on 12/4/2017.

ME:mh

Olawale, Jamize     59486501      EMM17003235297      Page 2/3
FINAL REPORT

Confidential Information          NFL_ALFORD-0009350

## FINAL REPORT



Sutter Health
We Plus You

Diagnostic Imaging Report
Report Printed '2/4/20'7 at 3 06 ?M

Eden Medical Center MRI
20103 Lake Chabot Road, Castro Valley, CA 94546
510-727-3226

**Patient Name: Olawale, Jamize**
DOB: ▮▮▮▮
MRN: 59486501
Accession No: EMM17003235298
Performing Location: Eden Medical Center MRI
Admitted Location :

Authorizing Provider: King, Warren D
Ordering Provider: King, Warren D
Attending Provider: King, Warren D, MD
PCP: King, Warren D

Date of Service: 12/04/2017

**MRI FOOT LEFT WO CONTRAST**

EXAMINATION: MRI ANKLE LEFT WO CONTRAST, MRI FOOT LEFT WO
CONTRAST

COMPARISON: 12/4/2017 11:20 AM
MRI ANKLE LEFT WO CONTRAST, MRI FOOT LEFT WO CONTRAST

COMPARISON: None

CLINICAL HISTORY: Injury

TECHNIQUE:
Using a 3 Tesla magnet, multiple sequences of the ankle and foot
were obtained.

FINDINGS:

ANKLE:

LIGAMENTS: Edema within the soft tissues about the distal
tibiofibular syndesmotic membrane. The posterior distal
tibiofibular syndesmotic ligament is intact. There is a
full-thickness defect/tear through the anterior distal
tibiofibular syndesmotic ligament with surrounding edema and soft
tissue swelling. There is marked thickening as well as increased
T2 signal within the anterior talofibular ligament with
surrounding edema and soft tissue swelling, in keeping with a
grade 2 sprain. The posterior talofibular ligament is intact. The

| Olawale, Jamize | 59486501 | EMM17003235298 | | Page 1/4 |

FINAL REPORT

Confidential Information

NFL ALFORD-0009351

visualized calcaneofibular ligament is intact. There is mild
thickening and irregularity of the visualized deep fibers the
deltoid ligament ingesting age-indeterminate grade 2 sprain. The
visualized fibers of the deltoid ligament are intact. The
visualized fibers of the spring ligament are intact.

TENDONS: The Achilles tendon is intact. There is flattening and
irregularity at the myotendinous junction of the extensor
digitorum longus, in keeping with a grade 2 strain. The remainder
of the visualized extensor tendons are intact. The peroneal
tendons are intact. The flexor tendons are intact.

SINUS TARSI: The sinus tarsi is normal.

PLANTAR FASCIA: The plantar fascia is unremarkable.

OSSEOUS AND CARTILAGINOUS STRUCTURES: Mild subchondral reactive
marrow edema pattern within the cuboid at the calcaneocuboid
joint.

MISCELLANEOUS: Mild intrasubstance increased T2 signal within the
abductor digiti minimi muscle, in keeping with a low-grade grade
2 strain versus nonspecific myositis. The visualized intrinsic
muscles of the foot are otherwise of normal bulk and signal.
Edema/fluid with soft tissue swelling about the anterolateral
ankle and hindfoot. No significant joint effusion.

FOOT:

LIGAMENTS: The Lisfranc ligament is intact. There is mild
increased T2 signal about the Lisfranc ligament which may reflect
a grade 1 sprain.

TENDONS: The visualized tendons of the foot are intact.

OSSEOUS AND CARTILAGINOUS STRUCTURES: At least
partial-thickness cartilage loss along the great toe MTP joint
with small osteophytes as well as small subchondral reactive
marrow edema pattern along the dorsum of the proximal phalanx.
Small subchondral cyst along the medial base of the great toe
metatarsal head at its articulation with a bipartite tibial
hallux sesamoid. Mild reactive marrow edema pattern within the
tibial hallux sesamoid as well. Mild edema about the great toe
TMT joint and base of the great toe metatarsal.

MISCELLANEOUS: No significant joint effusion. The visualized
intrinsic muscles of the foot are of normal bulk and signal.

IMPRESSION:

Olawale, Jamize        59486501              EMM17003235298                    Page 2/4
FINAL REPORT

Confidential Information                                                   NFL ALFORD-0009352

ANKLE:

1. Full-thickness defect/tear through the anterior distal
tibiofibular syndesmotic ligament with surrounding edema and soft
tissue swelling as well as edema within the soft tissues about
the distal tibiofibular syndesmotic membrane.

2. Grade 2 sprain of the anterior talofibular ligament.

3. Grade 2 strain at the myotendinous junction of the extensor
digitorum longus.

4. Age-indeterminate grade 2 sprain of the deep fibers the
deltoid ligament.

5. Mild intrasubstance increased T2 signal within the abductor
digiti minimi muscle, in keeping with a low-grade grade 2 strain
versus nonspecific myositis.

6. Mild subchondral reactive marrow edema pattern within the
cuboid at the calcaneocuboid joint.

7. Edema/fluid with soft tissue swelling about the anterolateral
ankle and hindfoot.

FOOT:

1. There is mild increased T2 signal about the Lisfranc ligament
which may reflect a grade 1 sprain. Mild edema about the great
toe TMT joint and base of the great toe metatarsal as well.

2. Mild to moderate arthrosis of the great toe MTP joint as well
as the articulation with the tibial hallux sesamoid. Bipartite
tibial hallux sesamoid as well.

Above findings were conveyed by Dr. Epstein to Dr. King at 2:23
PM on 12/4/2017.

ME:mh

Electronically signed by Matthew Epstein on 12/4/2017 2:39 PM

Released by:
Signed by: Epstein, Matthew David, MD

**Reading Provider**

| Reading Physician | Read Date |
|---|---|
| Epstein, Matthew David, MD | Dec 4, 2017 |

Olawale, Jamize    59486501     EMM17003235298     Page 3/4
**FINAL REPORT**

Confidential Information        NFL ALFORD-0009353

## FINAL REPORT



<div style="text-align: right;">

Diagnostic Imaging Report
Report Printed: 12/9/2016 at 2:29 PM

</div>

Eden Medical Center MRI
20103 Lake Chabot Road, Castro Valley, CA 94546
510-727-3226

**Patient Name: Olawale, Jamize**
DOB: ▓▓▓▓
MRN: 59486501
Accession No: EMM16003211803
Performing Location: Eden Medical Center MRI
Admitted Location :

<div style="text-align: right;">

Authorizing Provider: King, Warren D
Ordering Provider: King, Warren D
Attending Provider: King, Warren D, MD
PCP: King, Warren D

</div>

Date of Service: 12/09/2016

**MRI CERVICAL SPINE WO CONTRAST**

MRI of the cervical spine without contrast dated 12/9/2016 11:18
AM

HISTORY: Neck injury.

TECHNIQUE: MRI of the cervical spine was performed on a 3 tesla
magnet without contrast using multiplanar multi sequential
technique.

COMPARISON: None.

FINDINGS: There is straightening of the normal cervical lordosis.
Vertebral body heights and alignment are within normal limits.
Bone marrow signal is within normal limits without evidence of
suspicious lesions. Cervical spinal cord is normal in signal.
Paravertebral soft tissues are unremarkable. There is no evidence
of soft tissue or ligamentous edema. Specific levels are as
follows:

C2-C3: Minimal diffuse posterior disc bulge, without significant
central canal stenosis or neural foraminal narrowing.

C3-C4: Anterior disc osteophyte complex, without significant
posterior component. No central canal stenosis or neural
foraminal narrowing.

C4-C5: Small diffuse right paracentral disc protrusion, slightly
indenting the anterior thecal sac, resulting in mild right-sided

Olawale, Jamize          59486501          EMM16003211803          Page 1/2

FINAL REPORT

Confidential Information          NFL_ALFORD-0009354

neural foraminal narrowing. No significant central canal stenosis
or left-sided neural foraminal narrowing.

C5-C6: Mild left-sided uncovertebral osteophyte, resulting in
mild left-sided neural foraminal narrowing. No central canal
stenosis or right-sided neural foraminal narrowing.

C6-C7: Mild left-sided uncovertebral osteophyte, without
significant central canal stenosis or neural foraminal narrowing.

C7-T1: Unremarkable without significant central canal stenosis or
neuroforaminal narrowing.

IMPRESSION:

Minimal to mild degenerative disc disease in the cervical spine,
particularly at C4-5, resulting in mild right-sided neural
foraminal narrowing at C4-5 and mild left-sided neural foraminal
narrowing at C5-6.

Electronically signed by Phillip Wong M.D. on 12/9/2016 2:21 PM

Released by:
Chen, Hui Jie Jenny, MD
Wong M.D., Phillip C, MD
Signed by: Wong M.D., Phillip C, MD 12/09/2016  2:21 PM


Reading Provide

·····  ··· ·· · ··· ·· ···                               Read Date
Chen, Hui Jie Jenny, MD                                  Dec 9, 2016
Wong M.D., Phillip C. MD                                 Dec 9, 2016

There are no order-level documents.


Olawale, Jamize          59486501          EMM16003211803          Page 2/2
FINAL REPORT

Patient Name: Olawale, Jamize, DOB: ▓▓▓▓ Account No.: 40986, MRN⁣ |Doc Name:2017/08/28 L. Quad MRI Rep

Case 1:23-cv-00358-JRR   Document 116-16   Filed 11/03/2021   Page 125 of 514
DCP.MRI 1007                    8/29/2017 2:29:57 PM   PAGE   2/003   Fax Server

## PRELIMINARY REPORT

Diagnostic Imaging Report
Report Printed: 8/29/2017 at 2:29 PM

Eden Medical Center MRI
20103 Lake Chabot Road, Castro Valley, CA 94546
510-727-3226

**Patient Name: Olawale, Jamize**
DOB: ▓▓▓▓
MRN: 59486501
Accession No: EMM17002283129
Performing Location: Eden Medical Center MRI
Admitted Location :

Authorizing Provider: King, Warren D
Ordering Provider: King, Warren D
Attending Provider:
PCP: King, Warren D

Date of Service: 08/28/2017

### MRI LOWER EXTREMITY LEFT NO JOINT WO CONT

DATE/TIME: 8/28/2017, 9:40 AM.

PROCEDURE(S): MRI OF THE LEFT LEG (THIGH) WITHOUT CONTRAST.

COMPARISON(S): None.

HISTORY: Left quadriceps muscle strain.

TECHNIQUE:
An MRI of the left leg (thigh) was performed on a GE Signa Excite
3.0 Tesla magnet without intravenous contrast.

FINDINGS: There is mild intramuscular edema along the proximal
left rectus femoris muscle belly medial, just below the level of
the lesser trochanter (series 12, images 40-43), most compatible
with a mild muscle strain. Mild peritendinous edema is also
present along the central tendon of the left rectus femoris
muscle proximally.

There is posttraumatic mild fluid which partially surrounds the
deep surface of the left rectus femoris muscle belly proximally.

The direct and indirect heads of the left rectus femoris tendon
origin appear intact.

Muscle signal of the remainder of the left hip and thigh is
normal.

Olawale, Jamize        59486501        EMM17002283129        Page 1/2

PRELIMINARY REPORT

Confidential Information                                    NFL ALFORD-0009356

Patient Name: Olawale, Jamize, DOB [REDACTED], Account No.: 40986, MR [Doc Name:2017/08/28 L. Quad MRI Rep

Case 1:23-cv-00358-JRR    Document 116-16    Filed 11/03/2021    Page 126 of 514
DCPWRD1007                8/29/2017 2:29:57 PM    PAGE    3/003    Fax Server

Marrow signal the visualized portions of the left hip and pelvis is normal. Left femur marrow signal is normal. No evidence of acute bony injury.

Symphysis pubis appears intact.

No significant subcutaneous edema is identified.

IMPRESSION:

1. Mild strain of the left rectus femoris muscle proximally with minor intramuscular edema along the muscle belly medially, just below the level of the lesser trochanter and minor peritendinous edema surrounding the central tendon proximally. Mild posttraumatic fluid is present deep to the left rectus femoris muscle belly proximally as well.

2. Remainder of the left thigh and hip muscles appear unremarkable.

3. No evidence of acute bony injury of the left hip or visualized portions of the femur.

Above findings were phoned to Dr. Warren King, orthopedic team physician for the Oakland Raiders, at 10:50 AM on 8/28/2017. Results also discussed with Rod Martin, head trainer for the Oakland Raiders.

Released by:
Signed by:

Reading

Navdeep Singh, MD    In Basket    P: 510-538-4500    Fax: 510-538-4502

Reading Physician

Hong, Richard, MD                          Aug 28, 2017

There are no order-level documents.

Olawale, Jamize          59486501          EMM17002283129          Page 2/2
PRELIMINARY REPORT

Confidential Information                                    NFL ALFORD-0009357

Patient Name: Olawale, Jamize, DOB: ▓▓▓▓  Account No.: 40986, MRN: |Doc Name:2016/10/31 - MRI R ankle fin
E Case 1:23-cv-00358-JRR    Document 116-16    Filed 11/03/2021   Page 127 of 516
DCPMRDI669        10/31/2016 3:14:17 PM   PAGE   2/004   Fax Server

## FINAL REPORT

Diagnostic Imaging Report
Report Printed: 10/31/2016 at 2:43 PM


Sutter Health
We Plus You

Eden Medical Center MRI
20103 Lake Chabot Road, Castro Valley, CA 94546
510-727-3226

**Patient Name: Olawale, Jamize**
DOB: ▓▓▓▓
MRN: 59486501
Accession No: EMM16002837062
Performing Location: Eden Medical Center MRI
Admitted Location :

Authorizing Provider: King, Warren D
Ordering Provider: King, Warren D
Attending Provider: King, Warren D, MD
PCP: King, Warren D

Date of Service: 10/31/2016

**MRI ANKLE RIGHT WO CONTRAST**

EXAMINATION: MRI ANKLE RIGHT WO CONTRAST/

COMPARISON: 9/14/2015

CLINICAL HISTORY: Injury.

TECHNIQUE: Using a 3 Tesla magnet, multiple sequences of the
ankle were obtained.

FINDINGS:

LIGAMENTS: Scar tissue in the region of the previously ruptured
anterior distal tibiofibular syndesmotic ligament. Thickening and
irregularity with T2 intermediate signal of the posterior distal
tibiofibular syndesmotic ligament, in keeping with old injury.
Thickening and irregularity with increased T2 signal of the
anterior talofibular ligament, most pronounced at its talar
insertion, in keeping with prior injury. The posterior
talofibular ligament is intact. The visualized calcaneofibular
ligament is intact. Mild thickening and irregularity of the
visualized superficial and deep fibers of the deltoid ligament
suggesting old injury. The visualized fibers of the spring
ligament are intact.

TENDONS: The Achilles tendon is intact. Visualized extensor
tendons are intact. Peroneal tendons are intact. Mild
tenosynovial fluid and tenosynovitis about the tibialis posterior

Olawale, Jamize        59486501        EMM16002837062        Page 1/3

FINAL REPORT

tendon along its distal course as it traverses the hindfoot. Mild
edema and swelling in the overlying soft tissues. The tibialis
posterior tendon is intact. The flexor digitorum longus and
flexor hallucis longus tendons are intact as well.

SINUS TARSI: The sinus tarsi is unremarkable.

PLANTAR FASCIA: Mild thickening and minimal T2 intermediate
signal of the central band of the plantar fascia, suggesting
sequela of chronic plantar fasciitis.

OSSEOUS AND CARTILAGINOUS STRUCTURES: Osteochondral lesion along
the anterior tibial plafond measuring 10 x 9 mm with associated
full-thickness chondral fissuring and signal heterogeneity with
at least partial-thickness cartilage loss, subjacent subchondral
cysts and reactive marrow edema pattern. Mild focal reactive
marrow edema pattern within the anteromedial base of the cuboid,
possibly related to arthrosis. Small posterior calcaneal spur.

MISCELLANEOUS: The visualized intrinsic muscles of the foot are
of normal bulk and signal. No significant joint effusion.

IMPRESSION
IMPRESSION:

1. Mild tenosynovial fluid and tenosynovitis about the tibialis
posterior tendon along its distal course as it traverses the
hindfoot. Mild edema and swelling in the overlying soft tissues.

2. Osteochondral lesion along the anterior tibial plafond, as
before.

3. Scar tissue in the region of the previously ruptured anterior
distal tibiofibular syndesmotic ligament. Old injuries of the
posterior distal tibiofibular syndesmotic ligament and anterior
talofibular ligament, as well as the superficial and deep fibers
of the deltoid ligament.

4. Sequela of chronic plantar fasciitis of the central band of
the plantar fascia.

5. Mild focal reactive marrow edema pattern within the
anteromedial base of the cuboid, possibly related to arthrosis.

Above findings were conveyed by Dr. Epstein to Dr. King at 1:16
PM on 10/31/2016.

ME:mh

Electronically signed by Matthew Epstein on 10/31/2016 2:19 PM

Olawale, Jamize          59486501          EMM16002837062                    Page 2/3
FINAL REPORT

Patient Name: Olawale, Jamize, DOB: ███████ Account No.: 40986, MRN: IDoc Name:2016/10/31 - MRI R ankle fin

E-Barle1:23/01/20258-JRR  Document 116-16  Filed 11/03/2021  Page N29 of 514 8
DCPWRDT009          10/31/2016 3:14:17 PM  PAGE  47/004  FAX SERVER  Page 48

Released by:
Epstein, Matthew David, MD
Signed by: Epstein, Matthew David, MD 10/31/2016 2:19 PM


Reading Provider
‥‥⌐⌐‥ ⌐⌐                           ‥⌐‥/ ‥‥⌐
Epstein, Matthew David, MD                Oct 31, 2016

There are no order-level documents.


Olawale, Jamize          59486501          EMM16002837062          Page 3/3
FINAL REPORT

Confidential Information                                      NFL ALFORD-0009360

## FINAL REPORT


Sutter Health
We Plus You

Diagnostic Imaging Report
Report Printed: 8/19/2016 at 12:07 PM

Eden Medical Center MRI
20103 Lake Chabot Road, Castro Valley, CA 94546
510-727-3226

**Patient Name: Olawale, Jamize**
DOB: ▮▮▮▮
MRN: 59486501
Accession No: EMM16002154043
Performing Location: Eden Medical Center MRI
Admitted Location :

Authorizing Provider: King, Warren D
Ordering Provider: King, Warren D
Attending Provider: King, Warren D, MD
PCP: King, Warren D

Date of Service: 08/19/2016

**MRI KNEE LEFT WO CONTRAST**

EXAMINATION: MRI KNEE LEFT WO CONTRAST.

COMPARISON: None.

CLINICAL HISTORY: Medial meniscal tear.

TECHNIQUE:
Using a 3 Tesla magnet, multiple sequences of the knee were obtained.

FINDINGS:

MENISCI
Medial Meniscus: Subtle horizontal increased T2 signal through the body of the medial meniscus with extension to the tibial articular surface, suggesting a subtle horizontal tear.

Lateral Meniscus: Lateral meniscus is intact.

LIGAMENTS
Cruciate Ligaments: The anterior and posterior cruciate ligaments are intact.

Medial Collateral Ligament: There is fluid/increased T2 signal about the superficial fibers of the medial collateral ligament as well as mild thickening and mild T2 intermediate signal of the superficial fibers near the femoral origin, suggesting a grade 1

Olawale, Jamize          59486501          EMM16002154043          Page 1/3

FINAL REPORT

Confidential Information                                    NFL ALFORD-0009361

versus a low-grade grade 2 sprain.

Lateral Collateral Ligament Complex: The lateral collateral ligament complex is intact.

EXTENSOR MECHANISM: Tibial tuberosity hypertrophy as well as an adjacent bulky ossification along the inferior aspect of the patellar tendon with associated mild tendinosis, likely sequela of chronic Osgood Schlatter's disease.

RETINACULA: Mild increased T2 signal within and around the medial patellofemoral retinaculum, suggesting grade 1 versus low-grade grade 2 sprain. Lateral retinaculum is intact.

OSSEOUS AND CARTILAGINOUS STRUCTURES:
Patellofemoral Compartment: Full thickness chondral fissuring with subjacent subchondral cysts along the lateral patellar facet. Full-thickness chondral fissuring and up to full-thickness cartilage loss along the central aspect of the medial patellar facet, median patellar ridge and central aspect of the lateral patellar facet with subjacent subchondral cysts. Patellofemoral osteophytes.

Medial Compartment: No significant osseous or chondral abnormalities.

Lateral Compartment: No significant osseous or chondral abnormalities.

MISCELLANEOUS: Moderate size knee effusion with synovitis. Tiny popliteal cyst with fluid tracking caudally, suggesting remote rupture. Small proximal tibiofibular joint effusion.

IMPRESSION:

1. Subtle horizontal increased T2 signal through the body of the medial meniscus with extension to the tibial articular surface, suggesting a subtle horizontal tear.

2. Fluid/increased T2 signal about the superficial fibers of the medial collateral ligament as well as mild thickening and mild T2 intermediate signal of the superficial fibers near the femoral origin, suggesting a grade 1 versus a low-grade grade-2 sprain.

3. Mild increased T2 signal within and around the medial patellofemoral retinaculum, suggesting grade 1 versus low-grade grade-2 sprain.

4. Patellofemoral osteophytes and high-grade patellofemoral chondrosis, as described above.

5. Tibial tuberosity hypertrophy as well as an adjacent adjacent

Olawale, Jamize          59486501          EMM16002154043          Page 2/3
**FINAL REPORT**

Confidential Information                                              NFL ALFORD-0009362

bulky ossification along the inferior aspect of the patellar
tendon with associated mild tendinosis, likely sequela of chronic
Osgood Schlatter's disease.

6. Moderate-sized knee effusion with synovitis. Tiny popliteal
cyst with fluid tracking caudally, suggesting remote rupture.

Above findings were conveyed by Dr. Epstein to Dr. King at 11:20
AM on 8/19/2016.

ME:mh

Electronically signed by Matthew Epstein on 8/19/2016 12:00 PM

Released by:
Epstein, Matthew David, MD
Signed by: Epstein, Matthew David, MD 08/19/2016 12:00 PM

CC Recipients

Rending Provider
Reading Physician:                          Read Date
Epstein, Matthew David, MD                   Aug 19, 2016

Olawale, Jamize        59486501        EMM16002154043              Page 3/3
**FINAL REPORT**

Confidential Information                                    NFL ALFORD-0009363



**INSIGHT**
Results. Right. Now.

**Insight Imaging – Hayward MRI**
3521 Investment Boulevard, Suite 5
Hayward, CA 94545
PH# 510.670.0700
FAX# 510.784.1142

| | |
|---|---|
| **PATIENT:** | **OLAWALE, JAMIZE** |
| **D.O.B.:** | |
| **REFERRED BY:** | **WARREN KING, MD** |
| **PATIENT NUMBER:** | **28930** |
| **DATE:** | **09/24/2013** |

**MR ANKLE LEFT NO CONTRAST**

CLINICAL HISTORY: 24-year-old male with left ankle pain. Football injury.

COMPARISON: No prior studies are available.

TECHNIQUE: Multiplanar imaging was performed with T1 and T2 weighted sequences obtained on a 1.5 Tesla magnet.

FINDINGS:

Ligaments: There is thickening and increased signal in the anterior tibiofibular ligament with fluid signal intensity near the fibular attachment of the ligament suspicious for grade 2 sprain/partial disruption. Associated periosteal stripping of the ligament at the fibular attachment cannot be excluded. There is thickening of the anterior talofibular ligament compatible with grade 1 sprain. The remaining lateral ankle ligaments appear intact. The deltoid ligament complex is intact with mild loss of normal striation the deep layer of the ligament. The spring ligament complex and bifurcate ligaments are intact.

Tendons: The peroneal tendons are within normal limits in size and signal and position. Tendon insertions are intact.

The flexor and extensor tendons are intact. The Achilles tendon is normal.

Bones and soft tissues: There is a small to moderate tibiotalar joint effusion. No focal talar dome osteochondral lesions are present and there is no evidence of occult fracture. Osseous alignment appears normal.

Miscellaneous: Subcutaneous soft tissue edema is seen along the anterolateral ankle. The sinus tarsi, tarsal tunnel and plantar fascia are normal.

Confidential Information

**Insight Imaging – Hayward MRI**
3521 Investment Boulevard, Suite 5
Hayward, CA 94545
PH# 510.670.0700
FAX# 510.784.1142

**OLAWALE, JAMIZE**
**09/24/2013**
**MR ANKLE LEFT NO CONTRAST**

IMPRESSION:
    1. Findings compatible grade 2 sprain of the anterior tibiofibular ligament.
    2. Grade 1 sprain of the anterior tibiofibular ligament.


Thank you for referring to Insight Imaging - Hayward.


RAVI ALAGAPPAN, MD
RA/
D: 09/24/2013 3:23:07 PM (PT)/T: (PT)
Doc ID: 843589
10823030


     WARREN KING, MD

Document Authenticated By: RAVI ALAGAPPAN, MD
Authentication Date:09/24/2013 3:23:07 PM (PT)


     Dictated using PowerScribe dictation software; please advise of any irregularities.

Confidential Information                                                                NFL ALFORD-0009365

# Medical Reports

JO-00686

NFL_ALFORD-0009366

# DALLAS COWBOYS FOOTBALL CLUB, LTD.
## MEDICAL EXAMINATION

NAME: __Olawale, Jamize_____          DATE: __June 11, 2018__

| Normal | Abnormal | CLINICAL EVALUATION<br>CHECK EACH ITEM IN APPROPRIATE COLUMN "NE" IF NOT EVALUATED | DESCRIBE EVERY ABNORMALITY IN DETAIL ENTER PERTINENT ITEM NUMBER BEFORE EACH COMMENT. ATTACH ADDITIONAL SHEETS IF NECESSARY |
|---|---|---|---|
| ✓ | | 1. HEAD, FACE, NECK, AND SCALP | |
| ✓ | | 2. NOSE | |
| ✓ | | 3. SINUSES | |
| ✓ | | 4. MOUTH AND THROAT | |
| ✓ | | 5. EARS - GENERAL | |
| ✓ | | 6. DRUMS (Perforation) | |
| ✓ | | 7. EYES - GENERAL | |
| | | 8. OPHTALMOSCOPIC | |
| ✓ | | 9. PUPILS (Equality and reaction) | |
| ✓ | | 10. OCULAR MOTILITY (Associated parrel movement, nystagmus) | |
| ✓ | | 11. LUNGS AND CHEST (Include breasts) | |
| ✓ | | 12. HEART (Thrust, size, rhythm, sound) | |
| | | 13. VASCULAR SYSTEM (Varicosities, etc) | |
| ✓ | | 14. ABDOMEN AND VISCERA (Include hernia) | |
| | | 15. ANUS AND RECTUM (Hemorrhoids, fistulae Prostrate if indicated) | |
| ✓ | | 16. ENDOCRINE SYSTEM | |
| ✓ | | 17. G-U SYSTEM | |
| | | 18. SKIN | |

### MEASUREMENTS AND OTHER FINDINGS

| HEIGHT | | WEIGHT | |
|---|---|---|---|
| VISUAL | NEAR | | |
| | FAR | 130/70 | P68 |

PHYSICIAN'S SUMMARY:

A) wnu ♂               Concussion H/c
                      Age 9- Loc hat put
                      2017 - no loc   out x/ week
                      ina for 2-3 mo
                      symptom free

B) no concerns        h/c of micranes
                      No cv symptoms.

[signature] snausi _____ M.D.      DATE 6/11/18

**JO-00687**

<div style="border:1px solid">

## ORTHOPEDIC HISTORY
Answer each question by checking the appropriate YES or NO box.

</div>

Are you Right ___✓___ or Left _____ Handed?

Have you ever worn a brace or harness of any type? YES _____ NO ___✓___

### HAVE YOU EVER SUSTAINED AN INJURY OR HAD PAIN OR DISCOMFORT TO YOUR:

| AREA | YES | NO | COMMENTS |
|------|-----|----|----------|
| Head | | | 2X Concussions both in J.C. |
| Neck | | ✓ | |
| Abdomen | | ✓ | |
| Back | | | Bulging disc LB high school |
| Chest & Ribs | | ✓ | |

| AREA | RIGHT Y | RIGHT N | LEFT Y | LEFT N | COMMENTS |
|------|---------|---------|--------|--------|----------|
| Shoulder | | | | | |
| Upper Arm | | | | | |
| Elbow | | | | | |
| Forearm | | | | | |
| Wrist | | | | | |
| Hand | | | | | |
| Fingers: | | | | | |
| Thumb | | | | | |
| Index | | | | | |
| Middle | | | | | |
| Ring | | | | | |
| Little | | | | | |
| Hip | | | | | |
| Groin | | | | | |
| Thigh | | | | | |
| Hamstring | | | | | |
| Knee | | | | | |
| Lower Leg | | | | | |
| Ankle | | | | | |
| Foot | | | | | | Turf toe @ College |
| Toes | | | | | |
| Additional Comments: | | | | | |

I certify that I have completed this questionnaire completely and to the best of my ability and knowledge.

Player Signature: _____  Date: __12/4/12__

6

Patient Name: Olawale, Jamize, DOB: 04/17/1989, Account No.: 40986, MRN: |Doc Name:2012/12/04 Free Agent/Rook
Confidential Information
NFL_ALFORD-0009368

| Patient Name: | Olawale, Jamize |
|---|---|
| Injury/Illness | Left Neck Brachial Plexus Stretch |
| Injury/Illness Date: | 11/21/2016 03:32 PM |
| Description: | Left |

| Clinical Codes: | Code | Description |
|---|---|---|
| | 091010 | Neck Brachial Plexus Stretch |

| Background Details: | o Nature of Injury **New Onset**<br>o When was the Injury Reported? **Greater than 3 days**<br>o Description of Onset **He made contact with his head and felt the stinger while blocking. He did not tell us about this for almost 2 weeks.**<br>o Team Activity When Injury Occurred **Game**<br>o Team Activity Game **Special Teams**<br>o If Special Teams Kick-Off Return (Game)<br>o Activity Segment **Unknown**<br>o Foul **Not Applicable**<br>o Position at Time of Injury **Special Teams Kick-Off**<br>o Position at Time of Injury: If Special Teams Kick-Off **Kick Return Unit**<br>o Background Screen Complete: **Yes**<br>o At the time of onset, was the player removed from participation: **No, Player continued participation**<br>o Following the session, was the player restricted from participation in subsequent sessions? **No, Continued at Full Participation** |
|---|---|

| Orders: | **N/A Other** |
|---|---|
| | **Rx:**<br>o Start MethylPREDNISolone 4 MG Tablet Therapy Pack as directed Orally , Dispense: 21 (Start Date: 2016-12-09 00:00:00.0) |

**2016-12-09**

| Notes: | User | Detailed Note |
|---|---|---|
| | Martin, Rod | Dr. Klong prescribed 12/8/16 |

**2016-11-21**

| Notes: | User | Detailed Note |
|---|---|---|
| | Touchet, Scott | Full ROM and strength. Neuro WNL. |

Patient Name: Olawale, Jamize, DOB:          Account No.: 40986, MRN:
Confidential Information

NFL ALFORD-0009369

OAKLAND RAIDERS ORGANIZATION
TRAINING ROOM – ROD MARTIN
DATE OF EXAM: 11/28/2016
PLAYER: OLAWALE, JAMIZE

## PROGRESS REPORT

**CHIEF COMPLAINT:** Left shoulder weakness.

**HISTORY**: The player states he suffered a stinger in the game two weeks ago. He now reports some weakness when doing lat pulldowns with his left shoulder.

**PHYSICAL EXAMINATION**: He has full range of motion of his neck without tenderness. His motor examination reveal 5/5 strength to the rotator cuff and deltoid area. There is no evidence of atrophy. His neurovascular status is normal.

**ASSESSMENT**: Reported stinger episode with weakness to his latissimus dorsi doing lat pulldowns. No evidence of obvious atrophy or sensory deficits.

**DISCUSSION**: A lengthy and comprehensive discussion was carried out with the player regarding the nature of his condition and the treatment options and alternatives available to him.

At the present time, he will consider a Medrol Dosepak, modify his weightlifting activities, and consider a cowboy-type collar. Also, other diagnostic tests were discussed with him, which he declined at the present time including an EMG evaluation and an MRI of his neck.

He will follow up in the training room on a daily basis.

Warren King, M.D.

MD2MD: D: 11/28/2016 10:28:10 am  T: 11/28/2016 7:58:31 pm
   Job#: 747398/Doc#: 875839/Transc: BVT

Confidential Information                                                    NFL ALFORD-0009370

| Patient Name: | Olawale, Jamize |
|---|---|
| Injury/Illness | Concussion |
| Injury/Illness Date: | 10/08/2017 10:21 AM |
| Description: | Right |

| Clinical Codes: | Code | Description |
|---|---|---|
| | 011000 | Concussion |
| | 020420 | Face Eyebrow Laceration |

**Background Details:**
- Nature of Injury **New Onset**
- When was the Injury Reported? **Immediately**
- Description of Onset **He was trying to make a tackle when the L. Knee of one of his teammates hit him above the R. Eye as his helmet came up and caused a laceration and concussion.**
- Team Activity When Injury Occurred **Game**
- Team Activity **Game Special Teams**
- If Special Teams **Punt (Game)**
- Activity Segment **4th quarter**
- Foul **Not Applicable**
- Position at Time of Injury **Special Teams Punt**
- Position at Time of Injury: If Special Teams Punt **Punt Unit**
- Background Screen Complete: **Yes**
- At the time of onset, was the player removed from participation: **Yes, Player was removed and did not return to the session**
- Following the session, was the player restricted from participation in subsequent sessions? **Yes, restricted from subsequent session**
- Source of Impact to Injured Player **Knee**
- Location of Impact to Injured Player **Other**
- If Other, Specify **Helmet came up and knee struck him above the R. Eye**
- Mouthpiece Worn at Time of Injury? **Custom**

### 2017-10-11

| Notes: | User | Detailed Note |
|---|---|---|
| | Martin, Rod | 8:00 am - Reported that he slept really well last night. He has a headache that he grades a 2. He did 5 sets of 10 sec. max effort with 1 minute of active rest between sets on the Assault bike. After completion of the sets he said his headache was between a 3 and a 4. |

### 2017-10-10

| Notes: | User | Detailed Note |
|---|---|---|
| | Martin, Rod | He presented with a headache and described it as a two on the pain scale. he said that he slept well last night and he woke up once to go to the bathroom. We got on the Assault bike and did 5 sets of 10sec. max effort with one minute of active ressst between sets. After the third set his headache increased to a four and remained there through the firth set. |
| | Martin, Rod | His headache was a two this afternoon. He got on the Assault bike and did 5 sets of 10 sec. max effort with 1 minute of active rest between sets. After completion of the sets he said his headache was between a 3 and 4. |

### 2017-10-08

| Notes: | User | Detailed Note |
|---|---|---|
| | Touchet,Scott | He came off the field with a laceration above the R. Eye. He also complained about being dizzy. |

# DALLAS COWBOYS FOOTBALL CLUB, LTD.
## MEDICAL EXAMINATION

NAME: __Olawale, Jamize__    DATE: __7/28/2020__

| | | CLINICAL EVALUATION | |
|---|---|---|---|
| Normal | Abnormal | CHECK EACH ITEM IN APPROPRIATE COLUMN "NE" IF NOT EVALUATED | DESCRIBE EVERY ABNORMALITY IN DETAIL ENTER PERTINENT ITEM NUMBER BEFORE EACH COMMENT. ATTACH ADDITIONAL SHEETS IF NECESSARY |
| | | 1. HEAD, FACE, NECK, AND SCALP | |
| | | 2. NOSE | |
| | | 3. SINUSES | |
| | | 4. MOUTH AND THROAT | |
| | | 5. EARS - GENERAL | |
| | | 6. DRUMS (Perforation) | |
| | | 7. EYES - GENERAL | |
| | | 8. OPHTALMOSCOPIC | |
| | | 9. PUPILS (Equality and reaction) | |
| | | 10. OCULAR MOTILITY (Associated parrel) movement, nystagmus) | |
| | | 11. LUNGS AND CHEST (Include breasts) | |
| | | 12. HEART (Thrust, size, rhythm, sound) | |
| | | 13. VASCULAR SYSTEM (Varicosities, etc) | |
| | | 14. ABDOMEN AND VISCERA (Include hernia) | |
| | | 15. ANUS AND RECTUM (Hemorrhoids, fistulae Prostrate if indicated) | |
| | | 16. ENDOCRINE SYSTEM | |
| | | 17. G-U SYSTEM | |
| | | 18. SKIN | |

Handwritten notes in right column:
PMH:
- HA'S - NOT BELIEVED TO BE 2° TO PRIOR CONCUSSIONS ("1" REPORTED IN 2012 BUT BELIEVES HE HAD A FEW OTHER MINOR ones)
- NO INJ
- NKDA
- NO EXERTION CARDIAC Sx

MEASUREMENTS AND OTHER FINDINGS

| HEIGHT | | WEIGHT | |
|---|---|---|---|
| VISUAL | NEAR | | |
| | FAR | | |

PHYSICIAN'S SUMMARY:    130/72    P-62

PLAN: SCREENING LAB
FULL CLEARANCE IF LABS WNL

_____ M.D.    DATE __9-28-2020__

# THE OAKLAND RAIDERS
## END OF SEASON (2017) PHYSICAL EXAMINATION

Players Name: Jamize R. Olawale   Date: 1-1-18

### TO BE COMPLETED BY PLAYER

**Please check Item 1 or Item 2, whichever is appropriate:**

1. _____ I am, on this date, suffering from NO past or present physical injuries or medical problems.

2. ✓ I am currently suffering from the following listed physical injuries (past or present) or medical conditions.

Random headaches / Dizziness
trouble remembering things

Please answer the following questions:
Are you at present free of Injury, Illness, or Discomfort [ ] YES [✓] NO
If "NO," please give full details.

Random headaches / Dizziness
trouble remember things

Are you currently physically able to perform all of the duties required in professional football? [✓] YES [ ] NO
If "NO," please give full details.

Have you missed any playing time during the season as a result of Injury, Illness, Discomfort, or any other reason?
[✓] YES [ ] NO
If "YES," please give full details.   Pulled L hamstring / Quad
Concussion
Once

During the season, have you suffered any Injury, Illness or Discomfort for which you have NOT sought any of the following:
If "YES," please give full details.   NO

1. Medical Advice?      [ ] YES [✓] NO _____
2. Diagnosis?           [ ] YES [✓] NO _____
3. Treatment?           [ ] YES [✓] NO _____

**I have been advised of my rights to worker's compensation benefits, including benefits related to cumulative trauma, and been given a worker's compensation brochure and was told to read it so that I understand the benefits available to me.**

Player's Signature _____   Date ___1-1-18___

### JO-00693

# DALLAS COWBOYS FOOTBALL CLUB, LTD.
## MEDICAL EXAMINATION

NAME: Olawale, Jamize                    DATE: June 11, 2018

| Normal | Abnormal | CHECK EACH ITEM IN APPROPRIATE COLUMN "NE" IF NOT EVALUATED | DESCRIBE EVERY ABNORMALITY IN DETAIL ENTER PERTINENT ITEM NUMBER BEFORE EACH COMMENT. ATTACH ADDITIONAL SHEETS IF NECESSARY |
|---|---|---|---|
| | | CLINICAL EVALUATION | |
| ✓ | | 1. HEAD, FACE, NECK, AND SCALP | |
| ✓ | | 2. NOSE | |
| ✓ | | 3. SINUSES | |
| ✓ | | 4. MOUTH AND THROAT | |
| ✓ | | 5. EARS - GENERAL | |
| ✓ | | 6. DRUMS (Perforation) | |
| ✓ | | 7. EYES - GENERAL | |
| | | 8. OPHTALMOSCOPIC | |
| ✓ | | 9. PUPILS (Equality and reaction) | |
| ✓ | | 10. OCULAR MOTILITY (Associated parrel movement, nystagmus) | |
| ✓ | | 11. LUNGS AND CHEST (Include breasts) | |
| ✓ | | 12. HEART (Thrust, size, rhythm, sound) | |
| ✓ | | 13. VASCULAR SYSTEM (Varicosities, etc) | |
| ✓ | | 14. ABDOMEN AND VISCERA (Include hernia) | |
| | | 15. ANUS AND RECTUM (Hemorrhoids, fistulae Prostrate if indicated) | |
| ✓ | | 16. ENDOCRINE SYSTEM | |
| ✓ | | 17. G-U SYSTEM | |
| | | 18. SKIN | |

### MEASUREMENTS AND OTHER FINDINGS

| HEIGHT | | WEIGHT | |
|---|---|---|---|
| VISUAL | NEAR | | |
| | FAR | 130/70     P68 | |

PHYSICIAN'S SUMMARY:

A) wru o'                    Concussion H/c
                            Age 9- LOC bat 10°
                            2017 - NO LOC  out x/ week
                            ipa for 2-3 wo
                            symptom free

P) no concerns              h/c of migraines

                            No CJ symptoms.

_____ M.D.        DATE 6/11/18

JO-00694

Patient Name: Olawale, Jamize, DOB: ■  Account No.: 40986, MRN: |Doc Name:2018/06/11 Physical Exam - |
Confidential Information                                    NFL ALFORD-0009374

| Patient Name: | Olawale, Jamize |
|---|---|
| Injury/Illness | Headaches |
| Injury/Illness Date: | 12/30/2019 02:36 PM |
| Description: | Not applicable |

| Clinical Codes: | Code | Description |
|---|---|---|
| | 018100 | Head Nontraumatic Headaches |

**Background Details:**
- Nature of Injury **Unknown**
- When was the Injury Reported? **Greater than 3 days**
- Description of Onset
- Team Activity When Injury Occurred **Unknown**
- Position at Time of Injury **Running Back**
- Position at Time of Injury: If Running Back **Fullback**
- Background Screen Complete: **Yes**
- At the time of onset, was the player removed from participation: **No, Player continued participation**
- Following the session, was the player restricted from participation in subsequent sessions? **No, Continued at Full Participation**
- Team Activity When Injury Occurred: Specify Reason Unknown **headaches off and on for several months**
- Primary Player Activity at Time of Injury **Unknown**
- Primary Mechanism Type **Unknown/Inconclusive**
- Primary Mechanism of Injury **Unknown/Inconclusive**

### 2020-09-25

| Notes: | User | Detailed Note |
|---|---|---|
| | Maurer, Jim | Jamize was evaluated by Dr. Alan Martin today and will continue to monitor intermittant headaches. |

### 2020-07-28

| Notes: | User | Detailed Note |
|---|---|---|
| | Maurer, Jim | Jamize was evaluated at entrance physicals and is cleared for all football activities. |

### 2020-07-08

| Notes: | User | Detailed Note |
|---|---|---|
| | Maurer, Jim | I spoke with Jamize today. He said he has had some headaches that were spaced out over a couple of days with no back to back over the last month. He has done cardio with no issues and lifted heavy twice a week with no issues. I asked if he thought he needed to see Erin for a follow-up. He said he did not think it was necasssary. We discussed his last conversation with Dr. Martin who said he really wouldn't know if there were any significant issues until he begins contact workouts. Jamize wants to play. He will let me know of any changes in his status as we get closer to training camp. |

### 2020-04-29

| Notes: | User | Detailed Note |
|---|---|---|
| | Maurer, Jim | Jamize was seen by Dr. Reynolds via teledoc and the plan is to continue communication with her. He is working out and things are going well per the notes. |

### 2020-04-27

| Notes: | User | Detailed Note |
|---|---|---|
| | Maurer, Jim | Jamize texted me today with an outstanding medical bill. I asked him how things have been since we last talked. He said he had two more headaches and was unclear if they were from football. The two had been much more severe that the one's during the season. I asked him to comminicate this with Erin Reynolds and follow-up with her if need be. He later said the first one required an aspirin and the second one did not require any medicine as it was not too bad. He will get with Dr. Reynolds on these two incidences. |

### 2020-03-20

| Notes: | User | Detailed Note |
|---|---|---|
| | Maurer, Jim | Jamize was evaluated by Erin Reynolds and is now not suffering from headaches. Erin beleives Jamize is functionaing with no issues without contat. She feels Jamize doesn ot need further headache therapy at this point. Jamize will let her know if any issues arise that would warrant further therapies. |

### 2020-03-09

| Notes: | User | Detailed Note |
|---|---|---|
| | Maurer, Jim | Jamize has been unable to attend another appt. at this point with Erin Reynolds. He was scheduled for another session for next Friday the 20th. Erin commented to me today that Jamize was improved from her standpoint. |

### 2020-02-19

| Notes: | User | Detailed Note |
|---|---|---|
| | Maurer, Jim | Jamize had a therapy session with Erin Reynolds and Jamize had no headaches or issues with the workout or the session. He is going to meet with her again next Wednesday for another session. |

### 2020-02-18

| Notes: | User | Detailed Note |
|---|---|---|
| | Maurer, Jim | Jamize has started therapy and is not limited to any workouts per Erin Reynolds. Erin is going to be working with Jamize on his vestibular therapy. |

### 2020-02-12

| Notes: | User | Detailed Note |
|---|---|---|
| | Maurer, Jim | Dr. Martin revelwed the notes from Neuropsych testing. The plan seems to involve continued vestibular therapy with Erin Reynolds. I am awaiting further evaluation and notes from Dr. Martin. |

### 2020-02-11

**JO-00695**

NFL ALFORD-0009375

| Notes: | User | Detailed Note |
|---|---|---|
| | Maurer, Jim | Jamize underwent Neuropsych testing with Erin Reynolds and results are being sent to Dr. Alan Martin for review tomorrow. |

**2020-02-07**

| Notes: | User | Detailed Note |
|---|---|---|
| | Maurer, Jim | Jamize was able to workout today. He was scheduled for Neuropsych testing for next week and results will be sent to Dr. Martin for review. The plan at this point is continued monitoring of frequency of headaches. |

**2020-02-06**

| Notes: | User | Detailed Note |
|---|---|---|
| | Maurer, Jim | Jamize was reexamined by Dr. Martin today. Reading thorugh the notes Jamize is describing 1-2 mild headaches weekly. I will discuss with Jamize the results and proceed with a plan that they had discussed. |

**2020-01-26**

| Notes: | User | Detailed Note |
|---|---|---|
| | Maurer, Jim | Jamize texted me today stating that the headaches had returned a couple of days ago. He is scheduled for a revisit with Dr. Martin Feb 6th. I advised Jamize to contact Dr. martin tomorrow about the changes. Jamize will let me know if the appt. time changes. |

**2020-01-21**

| Notes: | User | Detailed Note |
|---|---|---|
| | Maurer, Jim | I spoke with Jamize today and he says the headaches have improved. He is scheduled for a reexam the first week of Feb. He will stay in touch with any changes. |

**2020-01-08**

| Notes: | User | Detailed Note |
|---|---|---|
| | Maurer, Jim | Results of the MRA and MRI suggest no abnormalities per the report. I spoke with Jamize regarding the results and the plan as laid out to him are to meet with Dr. Martin ain 4-5 weeks for follow-up and perform neuropsych evaluation to further assess the source of his headaches. Jamize seems fine with the plan. |

**2020-01-07**

| Notes: | User | Detailed Note |
|---|---|---|
| | Maurer, Jim | Jamize underwent an MRI/MRA today and will follow-up with results from Dr. Alan Martin |

**2020-01-06**

| Notes: | User | Detailed Note |
|---|---|---|
| | Maurer, Jim | I spoke with Jamize today. He is feeling good. He has corresponded with Dr. Martins office and is scheduled for an MRI and MRA tomorrow. Following those exams he and Dr. Martin are to discuss follow-up neuro-psych exams and revisit in 6 weeks for reexamination. |

**2020-01-03**

| Notes: | User | Detailed Note |
|---|---|---|
| | Maurer, Jim | Jamize was examined by Dr. Alan Martin today as a follow-up on his complaint of chronic headaches. He is being diagnosed with a headache syndrome. The plan is to observe headache pattern over the next 6 weeks. Dr. Martin is recommending Neuropsychological evaluation for a baseline comparison. An MRI of the Brain and an MRA were discussed. He is to follow-up with Dr. Martin in 6 weeks as to the headache patterning. I will discuss the plan with Jamize and Dr. Fowler next week. |

**2019-12-30**

| Notes: | User | Detailed Note |
|---|---|---|
| | Maurer, Jim | Headaches |
| | Maurer, Jim | Jamize was evaluated by Dr. Fowler for ongoing headaches through the season. This was not reported until today at exit physicals. The plan is to set Jamize up with Dr. Alan Martin for further consultation on the symptoms. |
| | Fowler, Robert | For the first time today at the exit physicals, Jamize reports a season long period of intermittent faint headaches. He states they occur approximately 2-4 times per week and are never significant enough to limit him as far as activities. He denies associated symptoms. However, he is also concerned about some perceived "forgetfulness" without reporting Frank memory loss. He did have a significant concussion in 2017 in mid season where he was apparently hit in the right frontal parietal region. He had headache dizziness pholophobia and another symptoms. He missed one game but ultimately cleared the protocol. He had not had any headaches or issues until the onset this year in training camp without and associated head trauma. He also admits to some variable neck soreness that he believes might be somewhat of a residual effect from significant stinger last the training camp. However, he denies stingers this year. Prior to this these last 4 or 5 months, he denies a history of frequent headaches. His review of systems is negative for visual disturbance or scotomata. Physical examination blood pressure 126 over 72 pulse is 68 and regular HEENT exam reveals his extraocular movements are intact his pupils are equally round and reactive light and accommodation and his fundi are benign there are no abnormal eye movements nor symptoms with horizontal and vertical saccades. He has no abnormal eye movements but mild headache or uncomfortable sensation with horizontal and vertical VOR/gaze stability testing. His neck is supple although there is slight day restriction to extension. He has no pain with resisted isometrics strength testing in all planes. Neurologic exam is intact to motor, sensory, and DTRs. Romberg is negative and he has no abnormalities noted on additional vestibular/cerebellar testing including finger-nose-finger, heel-to-shin, tandem walking, and single-leg balance. Cranial nerves II through XII were intact. Impression recent 4 month history of intermittent "faint" headaches–exact type/etiology not clear. Although not likely, cannot exclude some association with his prior concussion or with the repetitive head trauma sustained in football plan I'll refer him to our neurologist, Dr. Alan Martin, for further evaluation and consideration of brain imaging. I actually offered to start with a brain MRI but he agreed with to first see Dr. Martin for additional evaluation. Treatment will be determined by such additional evaluation, plus or minus imaging. Of course, in the meantime, he can use when necessary Tylenol or OTC NSAID IDS as a trial. I may also consider neuropsychologic testing. Addendum it should be noted that I did do some mental status to testing today which revealed good attention, short-term, and long-term memory including remembering up to 6 digits backwards. |

*Dallas Cowboys Football Club*

## HEALTH HISTORY QUESTIONNAIRE

Name: **Jamize R. Olawale**     Date: **3/27/18**

Social Security#: ████     Birth Date: ████    Age: **28**

Marital Status: **Married**     Wife's Name: ████

Children/Age: **(3) Ages: 6, 5, 3**

Person to Notify in an Emergency: **Wife**     Phone: ████

College Football Experience: School: **University of North Texas**   Years: **2010 - 2012**

Pro Football Experience (Team & Years): **Dallas (2012); Oakland (2012 - 2018); Dallas (Current)**

Position: **Fullback**     Height: **6 - 0**     Usual Weight: **245**

### INSTRUCTIONS

1. This form is for your benefit. You must disclose all injuries or illnesses whether you consider them to be serious or not.

2. Fill in the form by circling the appropriate response or fill in the blanks.

3. Every item circled "yes" should be fully explained in the space provided. Include all dates, procedures, surgeries, hospitalization and physicians

**HAVE YOU EVER HAD OR DO YOU HAVE NOW?**
**CIRCLE ALL THAT APPLY AND EXPLAIN**

### CHEST / HEART

| | | | |
|---|---|---|---|
| Chest Pain | Heart Trouble | Palpitations | Irregular Heart Beats |
| Very Fast Heart Beats | Abnormal EKG | Other Test for Heart | High Blood Pressure |
| Shortness of Breath | Pleurisy | Bronchitis | Pneumonia |
| Coughing up Blood | | | |

EXPLAIN: ☑ None Of These Apply

### HEAD

| | | | |
|---|---|---|---|
| Nose Bleed | Hay Fever | Asthma | Frequent Sore Throats |
| Tonsillitis | Strep Throat Infections | Infectious Mono | Tooth or Gum Problems |
| Sinus Infection | Epilepsy, Convulsions, Seizures | Frequent Headaches | Dizziness or Fainting Spells |
| Black Out Spells | (Head Injury or Concussion) | Loss of Memory or Amnesia | |

EXPLAIN: ☐ None Of These Apply

**Last yr against the Baltimore Ravens my own teammate and I collided attempting to make a tackle on the punt coverage unit.**

### EAR / NOSE / THROAT

| | | | |
|---|---|---|---|
| Wear Glasses | Wear Contact Lenses | Any Visual or Eye Problems | Hearing Difficulty |
| Wear Hearing Aid | Any Ear Problems | Wear False Teeth or Bridge | Bleeding Of The Gums |

EXPLAIN: ☑ None Of These Apply

**JO-00697**

NFL_ALFORD-0009377

## G.I.

| | | | |
|---|---|---|---|
| Frequent Heart Burn, Indigestion | Airsickness ⬤ | Nausea or Vomiting ⬤ | Vomiting Blood |
| Gastric or Peptic Ulcer | Frequent Diarrhea | Blood in Stool | Stomach Pain |
| Colitis | Rectal Bleeding | Hemorrhoids | Liver Problems |
| Hepatitis | Abnormal Liver Test | Pancreas Problems(Pancreatitis) | Gallstones |
| Spleen Problem | Kidney Problem | Bruised in Kidney | Blood in Urine |
| Kidney Stones | Urine Infection | Absent or Undescended Testicle | Swelling of Testicle |
| Prostate Infection or Trouble | | | |

EXPLAIN: ☑None Of These Apply
_____
_____
_____

## GENERAL

| | | | |
|---|---|---|---|
| Skin Problems | Bruise Easily | Venereal Disease | Excessive Drinking Habit |
| Used Stimulant or Amphetamine | Any Drug Habit | Used Weight Reducing Pills | Used Anabolic Steroids |
| Used Sedatives or Tranquilizers | Tumor, Growth, Cyst, or Cancer | Any Type of Rupture (Hernia) | Gout |
| Aids | Diabetes | Fall Asleep Easily | Thyroid Problems |
| Malaria | Frequent Muscle Cramping | Heat Intolerance | Tobacco Use(Smoke/Dip) |
| Dehydration | Been Denied Life Insurance | Staples, Screws, Wires, or Pin | Hospitalized for Medical Problems |
| Sickle Cell / Trait | | | |

EXPLAIN: ☑None Of These Apply
_____
_____
_____

Do you have a family history of any of the following conditions?

Diabetes:    **YES**   or   (NO)          High Blood Pressure:   **YES**   or   (NO)

Tuberculosis:   **YES**   or   (NO)          Heart Trouble:   **YES**   or   (NO)

Last Tetanus Shot:_____

Allergy or Allergic Reaction to any medication and/or food (Penicillin, shellfish, etc): _Allergic to sunscreen_
_____
_____

Taken any over-the-counter or prescription medications during the past six (6) months:_None_
_____
_____

Ever had a complete medical examination? If so when, _June_

Ever had any surgery (operation)? If so what type?_No_

Please circle if you have had any of the following childhood illnesses:

  MUMPS          (CHICKEN POX)          MEASLES

Ever had any illness, surgery or injury other than those you noted and listed in the MEDICAL Questionnaires?
_No_
_____
_____

Confidential Information                                              NFL ALFORD-0009378

## ORTHOPEDIC HISTORY QUESTIONNAIRE

Have you ever injured or consulted a doctor about any injury to the:

If so, **CIRCLE ALL THAT APPLY AND EXPLAIN**

### HEAD

| | | |
|---|---|---|
| Unconscious | (Dazed) | Knocked Out |
| Headache | Operation | Hospitalized |
| Missed Practice | Missed Games | X-rays, CT, MRI |
| Pains | Fractures | Other |

☐ None Of These Apply

**EXPLAIN:** For the concussion I suffered last year against Baltimore that I mentioned earlier

### NECK

| | | | | | |
|---|---|---|---|---|---|
| Stretches | Left or Right | Pinched Nerve | Left or Right | Fractures | Left or Right |
| Dislocations | Left or Right | Sprain / Strain | Left or Right | Bumers | Left or Right |
| Disc Injury | Left or Right | Injections | Left or Right | X-rays, CT, MRI | Left or Right |
| Operations | Left or Right | Pains | Left or Right | Missed Practice | Left or Right |
| Missed Games | Left or Right | Other | Left or Right | | |

☑ None Of These Apply

**EXPLAIN:**

### UPPER BACK

| | | | | | |
|---|---|---|---|---|---|
| Sprain/Strain | Left or Right | Pinched Nerve | Left or Right | Disc Injury | Left or Right |
| Fracture | Left or Right | Operation | Left or Right | Hospitalized | Left or Right |
| Pains | Left or Right | Injections | Left or Right | Fractured Ribs | Left or Right |
| Missed Practice | Left or Right | Missed Games | Left or Right | Other | Left or Right |

☑ None Of These Apply

**EXPLAIN:**

### LOWER BACK

| | | | | | |
|---|---|---|---|---|---|
| Sprain/Strain | Left or Right | Pinched Nerve | Left or Right | Disc Injury | Left or Right |
| Fracture | Left or Right | Operation | Left or Right | Hospitalized | Left or Right |
| Pains | Left or Right | Injections | Left or Right | Referred Pain | Left or Right |
| Missed Practice | Left or Right | Missed Games | Left or Right | Bruise | Left or Right |
| Other | Left or Right | | | | |

☑ None Of These Apply

**EXPLAIN:**

**JO-00699**

Patient Name: Olawale, Jamize, DOB: ██████ Account No.: 40986, MRN: |Doc Name:2020/07/28 Physical Exam - I
Confidential Information

NFL_ALFORD-0009379

Orthopedic History Cont...

## SHOULDER

| | | | | | |
|---|---|---|---|---|---|
| A-C Separations | Left or Right | Dislocation | Left or Right | Partial Dislocation | Left or Right |
| Tendonitis | Left or Right | Bursitis | Left or Right | Injections | Left or Right |
| Sprain / Strain | Left or Right | Operations | Left or Right | Pains | Left or Right |
| Missed Practice | Left or Right | Missed Games | Left or Right | Bruise | Left or Right |
| Other | Left or Right | | | | |

EXPLAIN: ☐ None Of These Apply

*Not sure which shoulder; Happened a long time ago*

## ARMS

| | | | | | |
|---|---|---|---|---|---|
| Fractures | Left or Right | Calcium Deposit | Left or Right | Injections | Left or Right |
| Operations | Left or Right | Missed Practice | Left or Right | Missed Games | Left or Right |
| Pains | Left or Right | Casted | Left or Right | Bruised | Left or Right |
| Other | Left or Right | | | | |

EXPLAIN: ☑ None Of These Apply

## ELBOWS

| | | | | | |
|---|---|---|---|---|---|
| Sprains / Strain | Left or Right | Pains | Left or Right | Fractures | Left or Right |
| Dislocation | Left or Right | Tendonitis | Left or Right | Injections | Left or Right |
| Casted | Left or Right | Operations | Left or Right | Missed Practice | Left or Right |
| Missed Games | Left or Right | Bursitis | Left or Right | Other | Left or Right |

EXPLAIN: ☑ None Of These Apply

## WRISTS

| | | | | | |
|---|---|---|---|---|---|
| Sprain/Strain | Left or Right | Pains | Left or Right | Fractures | Left or Right |
| Dislocation | Left or Right | Tendonitis | Left or Right | Injections | Left or Right |
| Casted | Left or Right | Operations | Left or Right | Missed Practice | Left or Right |
| Missed Games | Left or Right | Other | Left or Right | | |

EXPLAIN: ☑ None Of These Apply

Orthopedic History Cont...

### HANDS / FINGERS

| | | | | | |
|---|---|---|---|---|---|
| Sprain / Strain | Left or Right | Pains | Left or Right | Fractures | Left or Right |
| Dislocations | Left or Right | Injections | Left or Right | Casted / Splints | Left or Right |
| Operations | Left or Right | Missed Practice | Left or Right | Missed Games | Left or Right |
| Bruise | Left or Right | Other | Left or Right | | |

EXPLAIN: ☑ None Of These Apply

### PELVIS / HIPS

| | | | | | |
|---|---|---|---|---|---|
| Sprain/Strain | Left or Right | Pains | Left or Right | Fractures | Left or Right |
| Dislocations | Left or Right | Injections | Left or Right | Casted / Splints | Left or Right |
| Operations | Left or Right | Groin Pulls | Left or Right | Torn Muscles | Left or Right |
| Missed Practice | Left or Right | Missed Games | Left or Right | Bruise | Left or Right |
| Other | Left or Right | | | | |

EXPLAIN: ☑ None Of These Apply

### THIGHS

| | | | | | |
|---|---|---|---|---|---|
| Sprain / Strain | Left or Right | (Quad Pull) | (Left) or Right | (Hamstring Pulls) | (Left) or Right |
| Torn Muscles | Left or Right | Calcium Deposits | Left or Right | Fractures | Left or Right |
| Operations | Left or Right | Injections | Left or Right | Pains | Left or Right |
| Missed Practice | Left or Right | Missed Games | Left or Right | Bruise | Left or Right |
| Other | Left or Right | | | | |

EXPLAIN: ☐ None Of These Apply

*Both pulls occurred last year within weeks of each other; Oakland Trainers believe one may have indirectly caused the other*

### LEGS

| | | | | | |
|---|---|---|---|---|---|
| Sprain/Strain | Left or Right | Shin Splints | Left or Right | Torn Muscles | Left or Right |
| Fractures | Left or Right | Injections | Left or Right | Pain | Left or Right |
| Missed Practice | Left or Right | Missed Games | Left or Right | Bruise | Left or Right |
| Other | Left or Right | | | | |

EXPLAIN: ☑ None Of These Apply

**JO-00701**

Orthopedic History Cont...

## KNEES

| | | | | | | |
|---|---|---|---|---|---|---|
| Strained | (Left) or Right | Sprain Ligament | Left or Right | Torn Ligaments | Left or Right |
| Torn Cartilage | Left or Right | Knee Cap Injury | Left or Right | Fractures | Left or Right |
| Operations | Left or Right | Injections | Left or Right | Pains | Left or Right |
| Dislocations | Left or Right | Missed Practice | Left or Right | Missed Games | Left or Right |
| Bruise | Left or Right | Bursitis | Left or Right | Swelling | Left or Right |
| Locking | Left or Right | Giving Away | Left or Right | Arthroscopes | Left or Right |
| Wear Braces | Left or Right | Casted | Left or Right | Arthritis | Left or Right |
| Chondromalacia | Left or Right | Grinding | Left or Right | Other | Left or Right |

EXPLAIN: ☐ None Of These Apply

Sprained MCL last week; I missed no
games from this injury

## ANKLES

| | | | | | | |
|---|---|---|---|---|---|---|
| Sprains | (Left) or Right | Strain | Left or Right | Fractures | Left or Right |
| Dislocations | Left or Right | Operations | Left or Right | Injections | Left or Right |
| Casted / Splinted | Left or Right | Pain | Left or Right | Missed Practice | Left or Right |
| Missed Games | Left or Right | Bruise | Left or Right | Other | Left or Right |

EXPLAIN: ☐ None Of These Apply

Sprained Ankle on the same
play as my MCL sprain; Missed
no games from this injury.

## FEET / TOES

| | | | | | | |
|---|---|---|---|---|---|---|
| Sprains | Left or Right | Fractures | Left or Right | Dislocations | Left or Right |
| Operations | Left or Right | Injections | Left or Right | Casted / Splinted | Left or Right |
| Pain | Left or Right | Missed Practice | Left or Right | Missed Games | Left or Right |
| Turf Toe | Left or Right | Bruise | Left or Right | Other | Left or Right |

EXPLAIN: ☐ None Of These Apply

Tore a small musle
on the bottom of my
foot in training Camp 2015; missed
2 weeks as a result.

Have you had or do you have now any other medical problems or injuries not listed on this form?    YES  or  (NO)

Have you been on injured reserve for any injury sustained during your football career?    YES  or  (NO)

Do you have any medical or health problems that you are currently receiving medical treatment for?    YES  or  (NO)

Is there any reason that you are not able to play football at this time?    YES  or  (NO)

I certify that I have made **FULL AND COMPLETE WRITTEN DISCLOSURE** of all past and present injuries or problems as required by **Paragraph 8 of the NFL Players' Contract**, and as required by this and other medical forms of the club.

Signature: _____    DATE: 3/27/18

WITNESS: _____

**JO-00702**

## THE HARDEY PSYCHOLOGY GROUP
### A PSYCHOLOGICAL CORPORATION
### NEUROPSYCHOLOGY, CLINICAL & SPORTS PSYCHOLOGY
400 29th Street, Suite 508
Oakland, California 94609-3550
Phone  510-832-1259
Fax:  510-832-6927
E-mail  neuropsy@sonic.net

THOMAS R. HARDEY, Ph.D.
PSY 5223
*Diplomate, American Board of Professional Neuropsychology*
*Fellow, American College of Professional Neuropsychology*
*Fellow & Diplomate, American Board of Medical Psychotherapists*

CECILIA M. HARDEY, Ph.D.
PSY12337

## NFL NEUROPSYCHOLOGICAL CONSULTATION REPORT

| | |
|---|---|
| **Player Name:** | **Jamize Olawale** |
| **Team:** | **Oakland Raiders** |
| **Date of Injury:** | **10/8/2017** |
| **Date of Consult:** | **10/9/2017** |

**History of Injury:** Jamize Olawale is a 28-year-old fullback who was injured in a home game against Baltimore on October 8, 2017. He correctly remembered that his injury occurred in the third quarter of the game when the score was 24 to 10. He was running downfield to tackle a returner. For some reason, two straps on his helmet were loose. As he approached the runner, he was accidentally struck in the right orbit area by a teammate's knee. That player was also attempting to tackle the opposing player. He remembered the pain of the hit and then next remembered that he was face down on the field. He felt "dazed, foggy, like it was an out-of-body experience." He was able to get up on his own but noted that he was bleeding. He was able to walk to the sideline but could not remember whether someone else walked with him. He was taken into the tent and examined. The cut over his right eyelid was glued. However, he was then taken to the locker room for further assessment where it was determined that he had sustained a concussion. Jamize remembered that he wears a Riddell helmet but does not remember the model. He was wearing his custom dental mouthguard.

Jamize watched the game and then showered. By this time, he had a headache "all over" and a throbbing pain in his right temple. He became nauseous and felt dazed. His wife drove him home after the game and he experienced the same symptoms when he was there. He went to bed at 8 p.m. which is early for him but woke again at 10 p.m. He was unable to fall back to sleep until 4 a.m. He got up this morning at 8 a.m. He reported that he has a continuing but lessening headache, continuing but less throbbing pain over his right eye. His eye was more swollen. He also noted pain when his car went over bumps in the road or when he was walking up or down stairs. He stated that shaking his head "hurts my brain."

In retrospect, Jamize feels that he might have had "minor concussions" earlier in the year, particularly in the preseason game against Dallas and on one other occasion during summer training camp. He stated that his current concussion is the worse that he has had since his NFL rookie year.

**Examination Findings:** Mr. Olawale was given the ImPACT test to update baseline testing done in April 2016. In comparing today's results to those, this player has poorer scores in visual memory, visual motor speed, reaction time, and total symptom scores. Today, he was also administered the Trail Making Test. On Part A, his score was at the 20th percentile; on Part B, it was at the 50th percentile. Neither of the above scores indicate this player has returned to baseline neuropsychological levels.

CONFIDENTIAL: DO NOT RELEASE WITHOUT PSYCHOLOGIST'S AUTHORIZATION

**JO-00703**

NFL NEUROPSYCHOLOGICAL CONSULTATION REPORT
RE: **JAMIZE OLAWALE**                    2                              10/9/2017

**Clinical Impression:** Jamize Olawale sustained a concussion during a home game versus Baltimore on October 8, 2017. Results of current ImPACT testing completed today indicated that he has not yet returned to premorbid neuropsychological baseline levels.

**Recommendation:** Jamize Olawale is recovering from the concussion he sustained yesterday, October 8, 2017. At this point, he has been advised to rest for the remainder of the day. He may also ice his right eyebrow to keep the swelling down. If any change in his condition occurs, he has been instructed to contact either the Head Trainer or myself. He will report to the training facility tomorrow.

Thank you for the opportunity to evaluate this player.


Thomas R. Hardey, PhD, FACPN
*Neuropsychology Consultant to the Oakland Raiders*
TRH:cenlntrans/cbr

cc:     Rod Martin, MS, Head Athletic Trainer
        Navdeep Singh, MD, Team Physician

CONFIDENTIAL: DO NOT RELEASE WITHOUT PSYCHOLOGIST'S AUTHORIZATION



| PLAYER | ASSESSMENT | ASSESSMENT DATE |
|---|---|---|
| **Olawale, Jamize** | **Post Injury (SCAT5 NFLv2)** | **10/08/2017** |
| EXAMINER | TEAM | PLAYER # |
| **Cortez, Chris** | **OAK** | **49** |
| ALTERNATE ID | DECISION | |
| **39374** | **NoGo** | |

## Red Flags

| Reported Red Flags | Severe or increasing headache |
|---|---|

## Incident Details

| | |
|---|---|
| When did the evaluation occur? | 10/08/2017 |
| When did the injury occur? | 10/08/2017 |
| Injury occurred during? | Game |
| How was the injury identified? | ATC Spotter |
| Was a penalty called? | Penalty Not Called |
| Other circumstances? | NA |
| What was the mechanism of injury? | Ground to Head |

## Observable Signs

| | |
|---|---|
| How was the incident observed? | Video |
| Lying motionless on the playing surface? | No |
| Balance/gait difficulties/motor incoordination: stumbling, slow/labored movements | No |
| Disorientation or confusion, or an inability to respond appropriately to questions? | No |
| Blank or vacant look? | No |
| Facial injury after head trauma? | Yes |

## Maddock's Scores

| | |
|---|---|
| Where are we? | Yes |
| What quarter is it right now? | Yes |
| Who scored last in the practice / game? | Yes |
| Who did we play last game? | Yes |
| Did we win the last game? | Yes |
| **Score** | **5 of 5** |

## GCS Scores

| | |
|---|---|
| Eye Response (E) | 4 of 4 |
| Verbal Response (V) | 5 of 5 |
| Motor Response (M) | 6 of 6 |
| **Score** | **15 of 15** |

## Cervical Spine Assessment

| | |
|---|---|
| Does the athlete report that their neck is pain-free at rest? | No |
| If there is NO neck pain at rest, does the athlete have a full range of ACTIVE pain-free movement? | No |
| Is limb strength and sensation normal? | Yes |

## Symptom Severity

| | |
|---|---|
| Headache | 6 of 6 |
| Pressure in Head | 4 of 6 |
| Neck Pain | 0 of 6 |

Copyright © 2012-2017 X2 Biosystems, Inc. All rights reserved

This information was acquired from the X2 NAT assessment tool and may be used to to assist in critical decision making. However, the clinical utility of the summary scores has not yet been established. The X2 NAT tool should not be used in isolation to make the diagnosis of concussion or in making return-to-play decisions.

Private and Confidential

**JO-00705**

| | |
|---|---|
| Nausea or Vomiting | 1 of 6 |
| Dizziness | 6 of 6 |
| Blurred Vision | 2 of 6 |
| Balance Problems | 0 of 6 |
| Sensitivity to Light | 1 of 6 |
| Sensitivity to Noise | 1 of 6 |
| Feeling Slowed Down | 2 of 6 |
| Feeling in a fog | 2 of 6 |
| Don't feel right | 5 of 6 |
| Difficulty Concentrating | 2 of 6 |
| Difficulty Remembering | 0 of 6 |
| Fatigue or Low Energy | 2 of 6 |
| Confusion | 0 of 6 |
| Drowsiness | 0 of 6 |
| More Emotional (if applicable) | 0 of 6 |
| Irritability | 0 of 6 |
| Sadness | 6 of 6 |
| Nervous or Anxious | 2 of 6 |
| Trouble Falling Asleep (if applicable) | 0 of 6 |
| Do the symptoms get worse with physical activity? | N/A |
| Do the symptoms get worse with mental activity? | N/A |
| If 100% is feeling perfectly normal, what percent of normal do you feel? | 50 |
| If not 100%, why? | Throbbing headache and dizziness |

**Score**                                                                      **42 of 132**

## All SAC Scores

| | |
|---|---|
| What month is it? | Yes |
| What is the date today? | Yes |
| What is the day of the week? | Yes |
| What year is it? | Yes |
| What time is it right now? (within an hour) | Yes |
| Word Recall | 14 of 30 |

Set:
Trial 1:   True I True I True I False I False I True I False I False I False I False
Trial 2:   True I True I False I False I False I True I False I False I True I True
Trial 3:   True I True I False I False I False I True I False I False I True I True

| | |
|---|---|
| Digits Backwards | 4 of 4 |

Set:
Trial:   No I Yes I Yes I Yes I Yes

| | |
|---|---|
| Months Backwards | Yes |
| Delayed Word Recall | 4 of 10 |

Set: Yes I Yes I No I No I No I Yes I No I No I Yes I No I 05:19

**Score**                                                                      **28 of 50**

## Neurological

| | |
|---|---|
| Can the patient read aloud and follow instructions without difficulty? | Yes |
| Does the patient have a full range of pain-free PASSIVE cervical spine movement? | Yes |
| Without moving their head or neck, can the patient look side-to-side and up-and-down without double vision? | Yes |

## Tandem Gait

Tandem Gait Trial 1
Tandem Gait Trial 2
Tandem Gait Trial 3

Copyright © 2012-2017 X2 Biosystems, Inc. All rights reserved

This information was acquired from the X2 NAT assessment tool and may be used to to assist in critical decision making. However, the clinical utility of the summary scores has not yet been established. The X2 NAT tool should not be used in isolation to make the diagnosis of concussion or in making return-to-play decisions.

Private and Confidential

Page 2 of 4

**JO-00706**

Tandem Gait Trial 4

## Coordinated Finger to Target

Coordinated Finger to Target                                    timer:0,score:4

## Balance Score

| | |
|---|---|
| Is athlete able to perform test? | Yes |
| Which is athlete's NON-DOMINANT foot? (opposite of the foot used for kicking a ball) | L |
| What footgear is the athlete using? | Barefoot |
| Double Leg Errors | 0 of 10 |
| Single Leg Errors | 2 of 10 |
| Tandem Leg Errors | 2 of 10 |
| **Score** | **4 of 30** |

**Note: Summary scores should not be used for clinical decision-making because the validity and accuracy of the scores has not yet been determined.**

## Summary

| | |
|---|---|
| Symptom Score | 14 of 22 |
| Symptom Severity | 42 of 132 |
| All SAC Scores | 28 of 50 |
| Maddock's Score | 5 of 5 |
| GCS Scores | 15 of 15 |
| Balance Score | 4 of 30 |

### No Signature Available

**Examiner**

### No Signature Available

**Athlete**

Copyright © 2012-2017 X2 Biosystems, Inc. All rights reserved

This information was acquired from the X2 NAT assessment tool and may be used to to assist in critical decision making. However, the clinical utility of the summary scores has not yet been established. The X2 NAT tool should not be used in isolation to make the diagnosis of concussion or in making return-to-play decisions.

Private and Confidential

**JO-00707**

# THE HARDEY PSYCHOLOGY GROUP
A PSYCHOLOGICAL CORPORATION
NEUROPSYCHOLOGY, CLINICAL & SPORTS PSYCHOLOGY
400 29th Street, Suite 508
Oakland, California 94609-3550
Phone: 510-832-1259
Fax: 510-832-6927
E-mail: neuropsy@sonic.net

THOMAS R. HARDEY, Ph.D.                                                                                          CECILIA M. HARDEY, Ph.D
PSY 5223                                                                                                                        PSY12317
*Diplomate, American Board of Professional Neuropsychology*
*Fellow, American College of Professional Neuropsychology*
*Fellow & Diplomate, American Board of Medical Psychotherapists*

## NFL NEUROPSYCHOLOGICAL
## CONSULTATION REPORT

**Player Name:**      **Jamize Olawale**
**Team:**               **Oakland Raiders**
**Date of Injury:**    **10/8/2017**
**Date of Consult:**   **10/13/2017**

**History of Injury:** Jamize Olawale is a fullback for the Oakland Raiders who was injured in a game on October 8, 2017. He sustained a concussion and has continued to be followed by myself and the medical staff at the Oakland Raiders.

**Current Status:** I spoke with Jamize today. He indicated that he continues to have headache, swelling in his right temple, a feeling of pressure in his head, and a sensitivity to both light and sound. He noted that he has been attending team meetings but finds it harder to concentrate and to focus. He has similar difficulties when he goes home. However, he did report that he is sleeping okay, and his appetite is good. He understands that he will not be playing this week's game versus the Chargers.

I also spoke with Trainer Chris Cortez who noted that Mr. Olawale has been symptomatic for the entire week. His taking the ImPACT test again was delayed because of these ongoing symptoms.

**Test Results:** The ImPACT was, again, administered to Jamize. While his overall scores are continuing to improve and to approach baseline levels, his reported symptoms remain high (18). He is not yet cleared neuropsychologically.

**Recommendation:** Jamize has not yet returned to baseline neuropsychological levels as indicated by the ImPACT test and his clinical presentation. He is not released to any contact activities. He does understand that he will not play in this week's game against the Chargers.

**Plan:** Mr. Olawale will be seen for a follow-up interview on Monday, October 16, 2017, at either 8 a.m. or 11 a.m. Chris Cortez will advise me as to which time this player will be coming in.

Thank you for the opportunity to evaluate this player.

Thomas R. Hardey, PhD, FACPN
*Neuropsychology Consultant to the Oakland Raiders*
TRH:cenlatrans/cbr

cc:     Rod Martin, MS, Head Athletic Trainer
        Navdeep Singh, MD, Team Physician

CONFIDENTIAL: DO NOT RELEASE WITHOUT PSYCHOLOGIST'S AUTHORIZATION

Patient Name: Olawale, Jamize, DOB:[REDACTED] Account No.: 40986, MRN: |Doc Name:2017/10/13 - Neuropsych Rep
Confidential Information                                                                                                          NFL_ALFORD-0009388

JO-00708



## Assessment - Jamize Olawale   Administered: 06-10-2019

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Baseline Assessment** | | | | | | | | | | |
| TYPE | DATE | SYMPTOM SEVERITY | SAC | TANDEM GATE (TRIAL AVG) | BESS (ERRORS) | TRAILS A (SEC) | TRAILS B (SEC) | PROCESSING SPEED (# CORRECT) | SIMPLE RT (MSEC) | CHOICE RT (MSEC) | VISUAL ACUITY (LINE DIFF) |
| Baseline | 2019-06-10 | 18 | 44/50 | 18.66 | 1 | no data | no data | no data | no data | no data | no data |



☑ Baseline: 06/10/2019

**NFL Player Id:** 39374

**Affiliate:** Dallas  
**Device:** Dallas Team User 3   **App Version:** 3.5.3   **Duration:** 16:43  
**Administrator:** Jim Maurer

**Comment:** No associated comments for this athlete

**Notes:** GSC: Neck pain worse with physical activity Headache and anxiety get worse with some mental activities

Confidential Information   NFL_ALFORD-0009389

| GSC Symptom Scores | NONE | MILD | | MODERATE | | SEVERE | |
|---|---|---|---|---|---|---|---|
| **Key** | | | | | | | |
| Headache | **0** | 1 | 2 | 3 | 4 | 5 | 6 |
| 'Pressure in head' | 0 | **1** | 2 | 3 | 4 | 5 | 6 |
| Neck Pain | 0 | **1** | 2 | 3 | 4 | 5 | 6 |
| Nausea or vomiting | **0** | 1 | 2 | 3 | 4 | 5 | 6 |
| dizziness | **0** | 1 | 2 | 3 | 4 | 5 | 6 |
| Blurred vision | **0** | 1 | 2 | 3 | 4 | 5 | 6 |
| Balance Problems | **0** | 1 | 2 | 3 | 4 | 5 | 6 |
| Sensitivity to light | **0** | 1 | 2 | 3 | 4 | 5 | 6 |
| Sensitivity to noise | **0** | 1 | 2 | 3 | 4 | 5 | 6 |
| Feeling slowed down | **0** | 1 | 2 | 3 | 4 | 5 | 6 |
| Feeling like 'in a fog' | **0** | 1 | 2 | 3 | 4 | 5 | 6 |
| 'Don't feel right' | 0 | **1** | 2 | 3 | 4 | 5 | 6 |
| Difficulty concentrating | 0 | **1** | 2 | 3 | 4 | 5 | 6 |
| Difficulty remembering | 0 | 1 | 2 | **3** | 4 | 5 | 6 |
| Fatigue or low energy | **0** | 1 | 2 | 3 | 4 | 5 | 6 |
| Confusion | **0** | 1 | 2 | 3 | 4 | 5 | 6 |
| Drowsiness | **0** | 1 | 2 | 3 | 4 | 5 | 6 |
| Trouble falling asleep(if applicable) | 0 | 1 | **2** | 3 | 4 | 5 | 6 |
| More emotional | 0 | 1 | 2 | 3 | **4** | 5 | 6 |
| Irritability | 0 | 1 | **2** | 3 | 4 | 5 | 6 |
| Sadness | 0 | 1 | **2** | 3 | 4 | 5 | 6 |
| Nervous or anxious | 0 | **1** | 2 | 3 | 4 | 5 | 6 |

| Symptom Evaluation | |
|---|---|
| Mode of Entry: | Subject self-administered |
| Do the symptoms get worse with physical activity? | Yes |
| Do the symptoms get worse with mental activity? | Yes |
| Overall Rating | 100 |

| SAC Scores | |
|---|---|
| Orientation | 5/5 |
| Concentration | 5/5 |
| Immediate Memory | 26/30 |
| Delayed Memory | 8/10 |
| Time Since Immediate Memory | 9 min 43 sec |
| Read Aloud | true |
| Pain Free Movement | true |
| Double Vision | true |
| Finger To Nose | true |

| Tandem Gait Task | |
|---|---|
| Time(Avg good trials) | 18.66 |
| Number of trials(good/total) | 4/4 |

| C3 Balance Evaluation | |
|---|---|
| Knee or Ankle Injury | No |
| Braces Used | No |
| Dominant Foot | Right |
| Footwear | Socks (preferred) |

| C3 Balance Tests | |
|---|---|
| STANCE | ERROR COUNT |
| Double Leg Eyes Closed | 0 |
| Single Leg Eyes Closed | 1 |
| Tandem Eyes Closed | 0 |

Patient Name: Olawale, Jamize, DOB: ■■■ Account No.: 40986, MRN: |Doc Name:2019061013081560172092-\
Confidential Information                                                                                    NFL_ALFORD-0009390

1/3/2020 5:33 PM  FROM: Fax Texas Neurology PA  TO: 9724914636  PAGE: 002 OF 004
Patient Name: Olawale, Jamize.  DOB: 04/17/1989,  Account No: 326603



# TEXAS NEUROLOGY
NORTH TEXAS' PREMIER PROVIDER
OF NEUROLOGY SERVICES

**Olawale, Jamice**
30 Y old Male, DOB: ███
Account Number ███████

Guarantor: Olawale, Jamice  Insurance: Self Pay
Appointment Facility: Texas Neurology PA

01/03/2020                                          Progress Notes: Alan W. Martin, MD

**Current Medications**
Taking
• None

**Past Medical History**
Concussions.

**Surgical History**
Oral Surgimin

**Family History**
No family history of migraine.

**Social History**
Smoking: Are you a  nonsmoker.

**Allergies**
Sunscreen

**Review of Systems**
Intem Questionnaire
Weight change: No.  Hearing loss: No.  Heart palpitations: No.  Difficulty swallowing: No.  Seizure: No.  Loss of vision: No.  Shooting leg pain: No.  Shooting arm pain: No.  Depression: Yes  Rash: No.  Blood transfusion: No.  Diabetes: No.  Nasal/Seasonal allergies: No.  Difficulty urinating: No.  Sleep problems: No.  Memory problems: Yes.  HIV exposure: No.  Handedness: Right.
Headache Questionnaire
Where do you generally experience your headache(s)? Generalized.  What type of headache do you experience? Dull.  When do your headaches generally occur? Constant.  How severe are your headaches? Mid.  When did your headaches first start? 20s.  How are your headaches relieved? Rest.  What worsens or triggers your headaches? Exercise.  Have you had any previous head injury? Yes.  Recent eye exam within 3 months? No.

**Reason for Appointment**
1. Headaches/Issues related to Concussions

**History of Present Illness**
He:

The patient is a 30-year-old male whom I was asked to see in neurologic consultation with headache and history of concussions. He is a professional football player in the NFL in place low-back and describes that he gets hit in the head frequently while blocking. He had occasional headaches in childhood and adolescence but they were not severe and occurred only rarely without other migrainous features. He described his first concussion as occurring around age 8 or 9. He played football his whole life. He says that he's had multiple concussions. His last diagnosed concussion was 2017, when he had headache with light sensitivity and early cognitive symptoms. Symptoms resolved within about a week and he returned to playing, but he has noted increased intermittent headaches since then. He noted headaches increased to 4 or 5 times a week in August of 2019 when he went to training camp. He describes having had multiple concussion-type symptoms throughout his professional career that he did not report. He would have symptoms with head trauma with transient symptoms of being dazed with ringing in the ear and mild headache, which resolved within minutes. He had other episodes which lasted longer, but he did not report. His headaches throughout the season were dull and nonlocalized. He occasionally would have nausea but no light sensitivity or noise sensitivity, or fuzzy headedness. Activity could exacerbate symptoms when he had a headache and sugar could exacerbate a headache. Sleep diminished headache. He did not have any visual distortions, light sensitivity, focal weakness, focal numbness, or vomiting. He did not have a unilateral pounding headache. He was concerned about subtle cognitive symptoms such as decreased concentration or momentary mental blocking. He has no family history of migraine. He feels that most of his headaches have occurred throughout his life in the past 2 years after his concussion 2017.
Depression Screening:
PHQ-9  Thoughts that you would be better off dead, or of hurting yourself in some way? Not at all, Total Score  5, Interpretation  Mild Depression. Intervention Additional Evaluation for Depression  In last psychiatric evaluation.. PHQ-2 (2015 Edition)  Little interest or pleasure in doing things?  Several days, Feeling down, depressed, or hopeless?  Several days, Total Score  2.

**Vital Signs**
Blood pressure (BP) 134/81, Heart rate 72, Respiratory rate (RR) 20, Temperature 98.2, Weight (Wt) 240 lb 0 oz, Height (Ht) 6 ft 0 in, Body mass index (BMI) 32.55.

**Examination**
Neurological Examination:
General appearance Healthy appearing patient in no acute distress.. Mental Status: Awake, alert, and oriented with normal language, memory, attention, concentration, and fund of knowledge. No hallucinations/delusions. Mood and affect are appropriate. Cranial nerves: II, Pupils are equal, round reactive to light Visual fields are full to confrontation testing. , III, IV, VI, Extraocular movements are intact. No nystagmus. No ptosis., V , symmetrical. Facial sensation VII, No facial assymetry, VIII, Hearing is intact, IX, X, Uvula is midline. Palate elevates symmetrically., XI, Sternocleidomastoid and trapezius are normal and symmetrical, XII, tongue is midline without atrophy or fasciculations. Motor: Strength is 5/5 proximally and distally. Normal muscle bulk and tone. No abnormal movements.. Reflexes: DTRs are normal and symmetrical without pathological reflexes. Plantar response: Normal flexor. Sensory: Normal and symmetrical to pinprick, light touch, and vibration sensation in the upper and lower extremities.. Coordination: Finger to nose and leg

To: Fowler,Robert (CC Maurer Jim),  Subject: Progress Notes,  Fax#: 972 497 4616.  SendDate:Jan 03-2020 05:32:20   page  1/3 | p0gt 0 2)(0)

Patient Name: Olawale, Jamize, DOB: ████ Account No.: 40986, MRN: |Doc Name:2020/01/03 Progress Note - [

Case 1:03-cv-00258-JRR    Document 116-16    Filed 11/03/2021    Page Med of Page 50

1/3/2320 5:33 PM    FROM: Pat Texas Neurology PA  TO: 9724374616    PAGE: 303 OF 004
Patient Name: Olawale, Jamice   DOB 04/17/1989   Account No: 320593

movements were normal. . Romberg Negative. Gait: Smooth and narrow
based. Cardiovascular: Heart regular rate and rhythm. Carotids no bruits. No distal
edema.. Eye: No papilledema.
   He can tandem gait in stand on each foot individually with his eyes closed.

**Assessments**
1. Other headache syndrome - G44.89 (Primary)
2. History of multiple concussions - ZB7.820

The patient has a headache syndrome which could be chronic migraine but could also
be related to his history of multiple concussions and episodes of unreported
concussive-type symptoms. The headaches have certainly worsened since his last
concussion in 2017 and increased in frequency in August when he resumed recurrent
helmet contact activity.

**Treatment**
1. Other headache syndrome
   IMAGING: MRA INTRACRAN WO
   IMAGING: MRI BRAIN WWO
Notes: Observe headache pattern over the next 6 weeks without further helmet contact
required during the off-season

Discussed giving him a subcutaneous CGRP inhibitor to see if this is a treatable
chronic migraine and that he wanted to defer this. Another option would be a one-week
tapering course of naratriptan.

I like for him to get detailed neuropsychological testing and comparison to baseline
studies to look for any evidence of cognitive decline or cognitive symptoms which
might be related to recurrent concussion

MRI brain looking for any structural disorder that might cause headache as well as to
exclude subdural, shear injury, etc. and

MRA intracranial to exclude aneurysm or other vascular anomaly

Follow up with me in 6 weeks to reassess her headache pattern and review results of
the MRI and neuropsychological testing.

**2. Others**
Notes: Healthy living material was published to portal.

**Preventive Medicine**
Counseling:  BMI care goal follow up plan  Above Normal BMI Follow-up  Lifestyle
education regarding diet.

**Follow Up**
6 Weeks

Electronically signed by Alan Martin , MD on 01/03/2020 at 05:31 PM CST
Sign off status: Completed

JO-00712

2/6/2020 4:37 PM FROM: Fax Texas Neurology PA TO: 9724974616    PAGE: 002 OF 004
Patient Name: Olawale, Jamize.  DOB: 04/17/1989.  Account No: 328803



# TEXAS NEUROLOGY
NORTH TEXAS PREMIER PROVIDER OF NEUROLOGY SERVICES

**Olawale, Jamize**
30 Y old Male, DOB [REDACTED]
Account Number [REDACTED]

Guarantor: Olawale, Jamize    Insurance: NFL Dallas Cowboys Payer ID: PRINT
Appointment Facility: Texas Neurology PA

**02/06/2020**

**Progress Note:  Alan W. Martin, MD**

## Current Medications
Taking
• None
• Medication List reviewed and reconciled with the patient

## Past Medical History
Concussions.

## Surgical History
Oral Surgeries

## Family History
No family history of migraine.

## Social History
Smoking: Are you a: nonsmoker, Additional Findings: Tobacco Non-User  Current non-smoker.

## Allergies
Sunscreen

## Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

## Review of Systems
Intake Questionnaire:
Weight change: No.  Care Plan: N/A.  Hearing loss: No.  Heart palpitations: No.  Difficulty swallowing: No.  Seizure: No.  Loss of vision: No.  Shooting leg pain: No.  Shooting arm pain: No.  Depression: No.  Rash: No.  Blood transfusion: No.  Diabetes: No.  Nasal/Seasonal allergies: No.  Difficulty urinating: No.  Sleep problems: No.  Memory problems: Yes.  Fallen: N/A.  HIV exposure: No.  Handedness: Right.

## Reason for Appointment
1. Headaches

## History of Present Illness
HX:
The patient returns an MRI of the brain and MRA intracranial were normal. He is getting one or 2 generalized mild headaches a week. They are not provoked by exercise or working out. He does not have localized pain, nausea, light sensitivity, focal neurologic symptoms, or other migrainous features. He does not need to take any medicine as an ache typically last less than a day. The headaches have not resolved after the football season, although he did feel like he had more frequent headaches when he was involved in full contact during the season.

Previous history: He is a professional football player in the NFL who is a full back and describes that he gets hit in the head frequently while blocking. He had occasional headaches in childhood and adolescence but they were not severe and occurred only rarely without other migrainous features. He described his first concussion at occurring around age 8 or 9. He played football his whole life. He says that he's had multiple concussions. His last diagnosed concussion was 2017, when he had headache with light sensitivity and early cognitive symptoms. Symptoms resolved within about a week and he returned to playing, but he has noted increased intermittent headaches since then. He noted headaches increased to 4 or 5 times a week in August of 2019 when he went to training camp. He describes having had multiple concussive-type symptoms throughout his professional career that he did not report. He would have symptoms with head trauma with transient symptoms of being dazed with ringing in the ear and mild headache, which resolved within minutes. He had other episodes which lasted longer, but he did not report. His headaches throughout the season were dull and nonfocalized. He occasionally would have nausea but no light sensitivity or noise sensitivity, or fuzzy headedness. Activity could exacerbate symptoms when he had a headache and sugar could exacerbate a headache. Sleep diminished headache. He did not have any visual distortions, light sensitivity, focal weakness, focal numbness, or vomiting. He did not have a unilateral pounding headache. He was concerned about subtle cognitive symptoms such as decreased concentration or momentary mental blocking. He has no family history of migraine. He feels that most of his headaches have occurred throughout his life in the past 2 years after his concussion 2017..
Depression Screening:
PHQ-2 (2015 Edition)  Little interest or pleasure in doing things?  Several days, Feeling down, depressed, or hopeless?  Several days.

## Vital Signs
Blood pressure (BP) 132/63, Heart rate 54, Respiratory rate (RR) ., Temperature 97.0, Weight (WT) 240 lbs, Height (HT) 6'0", Body mass index (BMI) 32.55.

## Examination
Neurological Examination:
General appearance Healthy appearing patient in no acute distress. Mental Status: Awake, alert, and oriented with normal language, memory, attention, concentration, and fund of knowledge. No hallucinations/delusions. Mood and affect are appropriate. Cranial nerves: II, Pupils are equal, round reactive to light Visual fields are full to confrontation testing. , III, IV, VI, Extraocular movements are intact. No nystagmus. No ptosis., V , symmetrical. Facial sensation VII, No facial assymetry, VIII, Hearing is intact, IX, X, Uvula is midline. Palate elevates symmetrically., XI, Sternocleidomastoid and trapezius are normal and symmetrical, XII, tongue is midline without atrophy or fasciculations. Motor: Strength is 5/5 proximally and distally.

To: Maurer,Jim,  Subject: Progress Notes,  Fax#: 972-497-4618,  SentDate: Feb 06 2020 04:37:18    page 1/3 [-uig1 0 20in]

JO-00713

2/6/2020 4:37 PM FROM: Fax Texas Neurology PA  TO: 9724974616  PAGE: 003 OF 004
Patient Name: Olawale, Jamize,  DOB: 04/17/1989,  Account No: 328603

Normal muscle bulk and tone. No abnormal movements., Reflexes: DTRs are normal
and symmetrical without pathological reflexes. Sensory: Normal and symmetrical to
temperature and vibration sensation. Coordination: Finger to nose and leg movements
were normal. . Gait: Smooth and narrow based. Cardiovascular: Heart regular rate and
rhythm. Carotids no bruits. No distal edema., Eye: No papilledema.
  Spontaneous venous pulsations were seen with sharp optic discs.

## Assessments

1. Other headache syndrome - G44.89 (Primary)
2. History of multiple concussions - Z87.820

The patient has a headache syndrome which could be chronic migraine but could also
be related to his history of multiple concussions and episodes of unreported
concussive-type symptoms. He does not have other ongoing cognitive or concussion
type symptoms, but there remained a concern that his headache frequency increases
during the season with contact.

## Treatment

1. Other headache syndrome
Notes: Continue to observe the headache pattern during the off-season without further
helmet contact

Discussed again giving him a subcutaneous CGRP inhibitor to see if this is a treatable
chronic migraine and that he wanted to defer this, which is reasonable. Another option
would be a one-week tapering course of naratriptan.

I requested results of detailed neuropsychological testing
MRI brain and MRA intracranial results normal and reviewed with patient

We reviewed the uncertainty as to whether these are a form of chronic migraine or
possibly related to repetitive head trauma and monitor his headache pattern,
particularly if he has any change in headache frequency or severity if he returns to play
in the future.

2. History of multiple concussions
Notes: We have reviewed the issues of multiple concussions and headaches.

3. Others
Notes: Healthy living material was published to portal.

## Follow Up

pm

Electronically signed by Alan Martin , MD on 02/06/2020 at 04:36 PM CST
Sign off status: Completed

Texas Neurology PA
6301 Gaston Avenue
Suite 100 West Tower

**JO-00714**

Confidential Information                                    NFL ALFORD-0009394

 

Erin Reynolds, Psy,D.
Director, Baylor Scott & White
Sports Concussion Program
3800 Gaylord Parkway, Suite 830
Frisco, TX 75034
469.800.5720

February 11, 2020
Patient: Jamize Olawale
DOB: ███
Referred by: Dr. Alan Martin

**Subjective:** Jamize Olawale is a 30-year-old male who plays fullback for the Dallas Cowboys.
He was referred to me by neurologist Dr. Alan Martin, whom he has recently seen for an
evaluation of headaches. Jamize first reported headaches to his athletic trainer on 12/30/19. He
reports noticing headaches this year while driving to training camp or when he would wake up
from a nap. He notably denies sustaining any concussions during this time but notes that his
position does sustain multiple hits to the head on a frequent basis. If he had a headache before
camp, his headache would intensify with hitting drills. Sometimes lifting heavy weights will
increase headaches as well, but typically not running. He reports that exercise typically does not
cause headaches. He is not triggered by visual work, but visual work will increase an existing
headache. He does not treat these headaches and is now interested in understanding the etiology
and treating as needed.

Jamize reports sustaining multiple hits through the 2019-2020 season, with four to five hits
standing out as more significant. He reports experiencing on-field dizziness with disorientation
and confusion following those hits, but he did not report any of these injuries and continued to
play through. He reports many additional hits sustained throughout the year. Jamize also reports
that he started having more frequent headaches following a 2017 concussion he sustained while
playing for the Oakland Raiders. He cannot pinpoint any triggers for these headaches and notes
that they are typically minor in nature (1-2/10 in intensity.

Jamize lives with his wife and three children ages 8, 6, and 5. He notes that his wife is concerned
about ongoing symptoms, particularly memory deficits, changes in mood, and ongoing
headaches.

**Current Symptoms:**
Physical: Headaches, weekly. Some episodes of random dizziness (more slow, wavy in nature,
lightheaded). Fogginess at times.
Sleep: WNL
Cognitive: Difficulty concentrating, retaining information, loses train of thought during
conversations. Denies difficulty learning new plays.



Mood: More irritable, increased anger.

**Biopsychosocial History:**
*Education:* The patient reported completion of 16 years of education.
History of ADHD - No.
History of learning disability - No.
History of being held back in school - No.
ImPACT baseline - yes (2010)

*Personal history:*
Concussion - 10/8/17 is the only diagnosed concussion, but he notes that he has likely sustained many other undiagnosed concussions over time. He was treated for the 2017 concussion while playing for the Oakland Raiders and entered the RTP protocol 8 days post-injury. He reports symptoms including dizziness, light and noise sensitivity, and headaches with that injury. All symptoms abated except for headaches.

Headaches/Migraines - Yes -see above for detailed history.
Motion Sickness - No.
Ocular Dysfunction - No.
Anxiety/Depression - No.

*Family history:*
Headaches/Migraines - No.
Motion Sickness - No.
Ocular Dysfunction -No.
Anxiety/Depression - No.

## TESTING

**ImPACT:** ImPACT scores fell within reliable change of baseline 2010 baseline across cognitive domains.

| Composite | Percentile | Range |
|---|---|---|
| Verbal Memory | 97th | superior |
| Visual Memory | 65th | average |
| Processing Speed | 73rd | average |
| Reaction Time | 93rd | superior |

**JO-00716**



**BaylorScott&White**
SPORTS CONCUSSION PROGRAM
AT THE STAR

## PCSS:

The PCSS score ranges from 0-132 with higher scores reflecting report of greater symptom severity.

|  | Pre-Test | Post-Test |
|---|---|---|
| PCSS | 20 | 17 |

## C3Logix:

SAC: 39/50

| Test | Score | 50th % Norm |
|---|---|---|
| SAC | 39/50 | 26 |
| BESS | 2 errors | 13 |
| Trails A | 25.2 sec | 24.4 |
| Trails B | 39.0 sec | 47.1 |
| Processing Speed | 61 | 56 |
| Simple RT | 288 | 283 |
| Choice RT | 381 | 430 |

## VOMS:

|  | Headache | Dizziness | Nausea | Fogginess | Comments | Total | Change Score |
|---|---|---|---|---|---|---|---|
| Baseline (1-10) | 1 | 0 | 0 | 0 |  | 1 |  |
| Smooth Pursuits | 1 | 0 | 0 | 0 |  | 1 | 0 |
| Horizontal Saccades | 1 | 1 | 0 | 0 |  | 2 | 1 |
| Vertical Saccades | 1 | 0 | 0 | 0 |  | 1 | 0 |
| NPC | 1 | 0 | 0 | 0 | 1: 4<br>2: 4<br>3: 5 | 1 | 0 |
| Horizontal VOR | 1 | 0 | 0 | 0 |  | 1 | 0 |
| Vertical VOR | 1 | 0 | 0 | 0 |  | 1 | 0 |
| Visual Motion Sensitivity (VMS) | 1 | 1 | 0 | 0 |  | 2 | 1 |

Confidential Information                                            NFL ALFORD-0009397



**Impression:** Based on this evaluation, Jamize Olawale has had ongoing headaches following a 2017 concussion and may have sustained several concussions this season that he did not report. Neurocognitive test scores are within reliable change of 2010 baseline data and consistent with clearance data collected in 2017. Data collected from C3Logix was either consistent with baseline or within expectation. VOMS was WNL; however, Jamize was administered a Dynamic Visual Acuity Test (DVAT) which revealed significant gaze instability as noted by a loss of 8 lines when compared to static visual acuity (expected values for DVAT are 1-2 line loss). He also exhibited positive left Head Impulse Test which indicates left peripheral hypofunction. Pursuits and saccades were within functional limitations although they did provoke mild dizziness with increased repetitions. These findings, in combination with subjective reports, may indicate high functioning left chronic vestibular hypofunction with compensation through pursuit and saccadic systems. Jamize has compensated well for these deficits, but I do recommend treatment including exertional training followed immediately by vestibular rehabilitation. We can provide this service, but I will defer to Dr. Martin prior to initiating any further treatment.

Thank you for involving the Baylor Scott & White Sports Concussion Program in the care and evaluation of this patient.

*Erin Reynolds*

Erin Reynolds, Psy.D.
Clinical Sports Neuropsychologist
Director, Baylor Scott & White Sports Concussion Program

Confidential Information

Olawale, Jamize (MRN# 15707642) DOB: ▓▓▓▓                    Encounter Date: 02/19/2020

# Olawale, Jamize

MRN: 15707642

**Office Visit**
2/19/2020
Baylor Scott & White
Sports & Physical
Medicine Center at
The Star

Provider: Covert, Kayla, PT (Physical Therapy)
Primary diagnosis: Peripheral vertigo, unspecified

## 🗐 Progress Notes

Covert, Kayla, PT (Physical Therapist) • PM&R (Physical Medicine and
Rehabilitation) • 2/19/2020 9:00 AM • Signed

### VESTIBULAR CONCUSSION PLAN OF CARE

**Chief complaint:** low intensity headaches
**Date of injury:** 12/30/2020
**Referral source:** Dr. Alan Martin
**ICD 10:** H81.3 Peripheral vertigo
**Date of initial PT evaluation:** 02/19/2020

#### GOALS
-Decrease Dizziness Handicap Inventory score from 24/100 to 14/100
to indicate decreased subjective report of dizziness with activities of
daily living
-Decreased sensitivity to oculomotor and optokinetic activities as
noted by the patient's ability to read for >60 minutes with less than
1/10 headache to indicate improved tolerance to ocular tasks and
progress towards baseline function
-75% or greater compliance with home exercise program
-Tolerate 60 min of moderate intensity physical activity without report
of dizziness to indicate improved autonomic and cardiovascular
tolerance to exercise
-Loss of 3 lines on DVAT to indicate improved accuracy of Vestibulo-
Ocular Reflex

#### Long term goals
-Score of 10 or less on Dizziness Handicap Inventory to indicate
minimal dizziness with daily activities
-Asymptomatic with vestibular/ocular testing to indicate absence of
symptoms with vestibular testing
-Less than 2 line loss on DVAT to indicate a normal functioning
Vestibulo-Ocular Reflex
-Tolerate one hour of high intensity physical activity to replicate sport
scenario
-Negative Head Impulse Test

#### *TREATMENT PLAN*

## 🗐 Orders Placed

None

## 🖎 Medication Changes
As of 2/19/2020
9:22 AM

None

## 🗐 Visit Diagnoses

Peripheral vertigo,
unspecified
H81.399

Printed by Ventura, Monica at 2/26/20 2:16 PM

Page 1 of 8

JO-00719
NFL_ALFORD-0009399

Patient Name: Olawale, Jamize, DOB: ▮ Account No.: 40986, MRN: |Doc Name:2020/02/19-2020/02/26 - Ve
Case 9:29-cv-00938-JRR Document 116-16 Filed 11/18/2021 Page 169 of 514 58

Olawale, Jamize (MRN# 15707642) DOB: ▮ Encounter Date: 02/19/2020

May Include but not limited to: physical therapy evaluation, re-evaluation, eye-head activities, balance activities, ambulation program. canalith repositioning. optokinetic training, therapeutic exercises, and coordination of care with other healthcare providers, patient education/home exercise program instruction.

### FREQUENCY/DURATION
1x per week for 8 weeks
Plan of care expires: 4/10/2020

### DISCHARGE PLANS
Reviewed and discussed discharge plan with patient  Patient/parent aware and agreeable to plan of care.

Plan developed and implemented by Kayla Covert PT, DPT, NCS on 02/19/2020

### ▣ Progress Notes

Covert, Kayla, PT (Physical Therapist) • PM&R (Physical Medicine and Rehabilitation) • 2/19/2020  9.00 AM

**Cosign|Needed**

### CONCUSSION VESTIBULAR PHYSICAL THERAPY EVALUATION

This evaluation will be classified as moderate complexity due to 1-2 personal factors/comorbidities in patient's history, at least three limitations of body systems, and an evolving clinical presentation. Typical face-to-face time including coordination  consultation, and collaboration of care with physician, neuropsychologist, patient, and family is estimated to be 30 minutes

Typical face-to-face time including treatment plus coordination, and collaboration of care with physician. neuropsychologist, patient, and parents is estimated to be 15 minutes. CPT codes utilized during session: 1 unit of neuromuscular re-education

**Referral source: Dr. Alan Martin and Dr. Reynolds**
**Date of initial PT evaluation: 02/19/2020**

### SUBJECTIVE

**Age: 30**
**Gender: Male**
**Date of injury: 12/30/2019**
**What sports do you play?** football

**Reason for PT.** Excerpt from neuropsych evaluation  "Jamize Olawale is a 30-year-old male who plays fullback for the Dallas Cowboys  He was referred to me by neurologist Dr. Alan Martin whom he has recently seen for an evaluation of headaches.

**JO-00720**

Patient Name: Olawale, Jamize, DOB: ▓▓▓▓▓▓▓  Account No.: 40986, MRN: |Doc Name:2020/02/19-2020/02/26 - Ve
Case 1:29-cv-08988-JRR    Document 116-16    Filed 11/10/2021  Page 1 of 14 59

Olawale, Jamize (MRN# 15707642) DOB: ▓▓▓▓▓▓     Encounter Date: 02/19/2020

Jamize first reported headaches to his athletic trainer on 12/30/19. He reports noticing headaches this year while driving to training camp or when he would wake up from a nap. He notably denies sustaining any concussions during this time but notes that his position does sustain multiple hits to the head on a frequent basis. If he had a headache before camp, his headache would intensify with hitting drills. Sometimes lifting heavy weights will increase headaches as well, but typically not running. He reports that exercise typically does not cause headaches. He is not triggered by visual work, but visual work will increase an existing headache. He does not treat these headaches and is now interested in understanding the etiology and treating as needed.

Jamize reports sustaining multiple hits through the 2019-2020 season, with four to five hits standing out as more significant. He reports experiencing on-field dizziness with disorientation and confusion following those hits, but he did not report any of these injuries and continued to play through. He reports many additional hits sustained throughout the year. Jamize also reports that he started having more frequent headaches following a 2017 concussion he sustained while playing for the Oakland Raiders. He cannot pinpoint any triggers for these headaches and notes that they are typically minor in nature (1-2/10 in intensity).

Jamize lives with his wife and three children ages 8, 6, and 5. He notes that his wife is concerned about ongoing symptoms, particularly memory deficits, changes in mood, and ongoing headaches."

Headaches occur sporadically in the off season. Jamize is unable to state specific triggers or times of occurrence. His last headache was a few days ago after working on tax prep for an hour. During season, headaches are present when he wakes from a nap during training camp. They are diffuse and low intensity in nature. Jamize also reports onset of headaches during long flights that started about a few years ago. Those headaches that he suffers during the flights are "pounding" in nature.

Jamize admits to avoiding quick head movements and likes to hang out in dark rooms. He has also observed changes to his speech including stumbling on words and long pauses within conversations

**PT Diagnosis/ICD 10 code:** H81.3 peripheral vertigo
**Loss of consciousness:** No
**Retrograde amnesia:** No
**Presence of dizziness immediately following injury:** Yes
**Fencing reaction present:** No

**_Factors for Prolonged Recovery_**
**Presence of Strabismus and/or Amblyopia:** No
       Family history of Strabismus and/or Amblyopia: No
**Personal history migraines:** No
       Family history of migraines: No
**Previous concussions:** Yes

Olawale, Jamize (MRN# 15707642) DOB: ▮                    Encounter Date: 02/19/2020

10/8/17 is the only diagnosed concussion, but he notes that he has likely sustained many other undiagnosed concussions over time. He was treated for the 2017 concussion while playing for the Oakland Raiders and entered the RTP protocol 8 days post-injury. He reports symptoms including dizziness, light and noise sensitivity, and headaches with that injury. All symptoms abated except for headaches

**History of motion discomfort:** No
**History of anxiety/depression:** No
**History of ADHD/ADD:** No
    Family history of ADHD/ADD: No
**History of seizures:** No

### Current symptoms:

Headache: 0
Best headache score: 0
Worst headache score: 0

|  | No | Yes | Comment |
|---|---|---|---|
| Dizziness |  |  |  |
| Complains of Motion discomfort |  |  |  |
| Imbalance |  |  |  |
| Neck pain |  |  |  |
| Fogginess |  |  |  |
| Sleep dysfunction | x |  |  |
| Sleeping too much or too little? | x |  | Average 6-6.5 hours |
| Mental fatigue |  |  |  |
| Photosensitivity | x |  |  |
| Phonosensitivity | x |  |  |
| Hearing changes |  | x | Tinnitus with intense hits |
| Vision changes | x |  | No accommodation; sees optometrist regularly |

### OBJECTIVE
**There were no vitals taken for this visit.**
**Systems review:**
**Integumentary within normal limits.**
**Cardiovascular within normal limits.**
**Musculoskeletal within normal limits.**
**Neurological within normal limits.**

**Dizziness descriptors:** lightheaded, spinning
**DHI score:** 24/100
**SIM-V/Migrainous vertigo questionnaire** no

|  | NT | Normal | Abnormal | Symptoms | Comments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Printed by Ventura, Monica at 2/26/20 2:16 PM

Olawale, Jamize (MRN# 15707642) DOB: ___     Encounter Date: 02/19/2020

| Smooth Pursuits | | x | | | |
|---|---|---|---|---|---|
| Saccades | | x | | | |
| Accommodation | x | | | | Left (cm)   Right (cm) |
| Convergence | | | | | 0 |
| Convergence Recovery | Measurement in cm  1-2 cm | | | | |
| Deviation present | No | | | | |
| VOR x1 | | x | | Irritability | 120BPM, 30 sec |
| VOR Cx | | x | | Dizzy | 50BPM |

### *Alignment testing-TBA*

**Positional testing indicated?** No
**Ocular range of motion:** within normal limits.
**Gaze evoked nystagmus:** within normal limits

### *Gaze stability testing*
**Head Thrust Test:** Positive
**Clinical Dynamic Visual Acuity (cDVA) results:** >2 lines 6 line loss
**Clinical Dynamic Visual Acuity Symptoms:** Dizziness/irritability

**Cervical spine ROM:** within normal limits.

| | Normal | Abnormal | NT |
|---|---|---|---|
| Sharps Purser | x | | |
| Lateral Shear | x | | |
| Kick Test | x | | |

**Modified Clinical Test of Sensory Integration and Balance (CTSIB) Results:** TBA

| Balance testing | Firm surface | Foam surface | Symptoms |
|---|---|---|---|
| Eyes Open | | | |
| Eyes Closed | | | |

### *ASSESSMENT*
Patient presents with signs and symptoms indicative of peripheral vestibular hypofunction with severe gaze instability. Due to longevity of complaints (>1 year), patient may have uncompensated lingering vestibular deficits that could contribute to current presentation. Patient would benefit from ongoing skilled neuromuscular re-education and therapeutic interventions in order to improve current complaints that impede patient's ability to complete activities of daily

Printed by Ventura, Monica at 2/26/20 2:16 PM     Page 5 of 8

Olawale, Jamize (MRN# 15707642) DOB: ███████                    Encounter Date: 02/19/2020

living, schoolwork, and sports-related activities  Appropriate to
continue 1x per week for 8 weeks.

**GOALS**
-Decrease Dizziness Handicap Inventory score from 24/100 to
14/100 to indicate decreased subjective report of dizziness with
activities of daily living
-Decreased sensitivity to oculomotor and optokinetic activities as
noted by the patient's ability to read for >60 minutes with less than
1/10 headache to indicate improved tolerance to ocular tasks and
progress towards baseline function
-75% or greater compliance with home exercise program
-Tolerate 60 min of moderate intensity physical activity without report
of dizziness to indicate improved autonomic and cardiovascular
tolerance to exercise
-Loss of 3 lines on DVAT to indicate improved accuracy of Vestibulo-
Ocular Reflex

Long term goals
-Score of 10 or less on Dizziness Handicap Inventory to indicate
minimal dizziness with daily activities
-Asymptomatic with vestibular/ocular testing to indicate absence of
symptoms with vestibular testing
-Less than 2 line loss on DVAT to indicate a normal functioning
Vestibulo-Ocular Reflex
-Tolerate one hour of high intensity physical activity to replicate sport
scenario
-Negative Head Impulse Test

**TREATMENT PLAN**
May include but not limited to; eye-head activities, balance activities,
ambulation program, canalith repositioning, optokinetic training,
therapeutic exercise, modalities, and patient education/home
exercise program instruction

**DAILY TREATMENT NOTE**
Subjective. Patient reports consistent low intensity headaches since
2017.
Objective. Refer to initial evaluation for objective findings. HEP
created and reviewed with patient.
Assessment  Patient presents with ongoing vestibular dysfunction that
warrants skilled vestibular physical therapy
Plan  Appropriate to continue PT 1x per week for 8 weeks

🦋 Instructions

Vestibular Exercises
Perform the following exercises that have been selected for you
Exercises need to be done DAILY 1-2x per day  A good tip is to
complete your exercises during your athletics class in school.  They may
(and should) cause a small amount of dizziness, eye strain, or a

Patient Name: Olawale, Jamize, DOB: ███████  **JO-00724** Account No.: 40986, MRN: |Doc Name:2020/02/19-2020/02/26 - Ve
Confidential Information

Olawale, Jamize (MRN# 15707642) DOB: ▮▮▮                    Encounter Date: 02/19/2020

headache. Your symptoms should not exceed 5/10. If they do, then take a break until your symptoms decrease to 2-3/10.

_____   **VOR x 1** - 3x per day
Place the OK sign at eye level and stand an arm length away from the wall. Slowly shake your head from side-to-side while you are focusing on the "OK" sign. Do not let the word blur or double while you are shaking your head Next, practice shaking your head up and down (like you are slowly saying yes).
Duration: Medium size font, 3 sets of 60 seconds.
metronome @ 120BPM

_____   **Visual motion sensitivity** - 3x per day
Stand with your feet shoulder distance apart. Hold your thumb out in front of you. Stare at your thumb while you slowly turn from side-to-side (big movement from left to right). Everything should move together (head, eyes, arm) Next, practice while moving up and down (move from the floor to the ceiling).
Duration: Metronome @ 40BPM, 2 sets of 10

After Visit Summary (Printed 2/19/2020)

🖶 **Additional Documentation**

Encounter Info   Billing Info, History, Allergies, Detailed Report,
Reviewed this Encounter

🖶 **Media**

Physical Therapy - Office PT DHI 2/19/2020 2 25 PM

**Other Encounter Related Information**

Allergies & Medications
Problem List
History
Patient-Entered Questionnaires
Visit Diagnoses

 💊 **Pharmacy Benefits**

☆ OLAWALE, JAMIZE R - CIGNA PHARMACY SERVICES (DST PHARMACY SOLUTIONS)
Covered: **Retail, Mail Order**  Unknown Specialty, Long-Term Care

Olawale, Jamize (MRN# 15707642) DOB: ▮▮▮▮▮▮          Encounter Date: 02/19/2020

Member ID: 000000061528891401  BIN: 017010      DOB: ▮▮▮▮▮▮
Group ID:                      PCN: 02150000     Legal sex: M
Group name:                                      Address ▮▮▮▮▮▮▮▮▮

Printed by Ventura, Monica at 2/26/20 2:16 PM                    Page 8 of 8

Confidential Information                                    NFL_ALFORD-0009406

Olawale, Jamize (MRN# 15707642) DOB: █████          Encounter Date: 02/26/2020

# Olawale, Jamize

MRN: 15707642

**Office Visit**
2/26/2020
Baylor Scott & White
Sports & Physical
Medicine Center at
The Star

Provider: Covert, Kayla, PT (Physical Therapy)
Primary diagnosis: Vestibular dizziness

🖫 **Orders Placed**

None

⚕ **Medication Changes**
As of 2/26/2020  1:49 PM

None

📋 **Progress Notes**

Covert, Kayla, PT (Physical Therapist) • PM&R (Physical Medicine and Rehabilitation) • 2/26/2020  9:00 AM • Signed

## CONCUSSION VESTIBULAR THERAPY FOLLOW-UP

### BILLING
Typical face-to-face time including treatment plus coordination, and collaboration of care with physician, neuropsychologist, patient, and parents is estimated to be 30 minutes. CPT codes utilized during session: 2 units of neuromuscular re-education

Visit number: 2

### SUBJECTIVE
Patient reports being headache-free for the past week, with the exception of lightheadedness/mild head pressure that occurred while performing reverse hypers during his workout this morning. He denies dizziness or fogginess with his HEP, however, Jamize admits that he was not as compliant with his HEP as recommended. He endorses concern re: memory deficits and asks several questions re: expectation of vestibular therapy on memory function.

Medication changes: no
Compliant with home exercise program: 5-6x per week
Engaging in physical activity: Yes, describe: daily workouts as part of off season regime
Hours slept last night: 5-6 hrs

### OBJECTIVE
Dizziness: 0
Headache: 0
Lightheadedness: 0
Fogginess: 0
Nausea: 0
Fatigue: 0

### Objective findings/T&M

⚕ **Visit Diagnoses**

Vestibular dizziness R42

Printed by Ventura, Monica at 2/26/20 2:16 PM

Page 1 of 4

JO-00727

Confidential Information                                                      NFL ALFORD-0009407

Olawale, Jamize (MRN# 15707642) DOI ⬛                    Encounter Date: 02/26/2020

Smooth pursuits:
Saccades· with 20 reps for each direction, asymptomatic, no
blurred vision
VORx1: WFL at 120 BPM, no reports of blurring
Convergence:
R Accommodation:
L accommodation:
Clinical Dynamic Visual Acuity: 3 line loss, asymptomatic
VOR Cx: 50 BPM, mild dizziness with blurring at end of testing
Modified Clinical Test of Sensory Integration and Balance;

Positional testing: Not indicated
Dix-Hallpike:
Roll test:

### Exercise flowsheet

|  | Description | Intensity/ duration | Symptom report |
|---|---|---|---|
| Oculomotor |  |  |  |
| Gaze Stability | Small font OK sign | 3x60 seconds | 140 BPM |
| Optokinetic |  |  |  |
| Vergence/accommodation |  |  |  |
| Gait/Balance |  |  |  |
| PT education |  |  |  |
| Other: |  |  |  |

### Time spent for each activity:
Oculomotor  Not performed
Gaze stability: 1-10 minutes
Optokinetics· Not performed
Vergence/Accommodation  Not performed
Gait/Balance  Not performed
PT Education: 1-10 minutes

### ASSESSMENT and FOLLOW UP CARE
Home exercise program was Updated
Was physical therapy scheduled for next visit? yes

Additional recommendations made·

Patient completed neuromuscular re-education as noted on
flowsheet  Jamize exhibits improved performance on DVAT which
indicates improved response Vestibulo-ocular reflex during quick
head movements. He was asymptomatic with oculomotor testing
which also suggests improvement of vestibular system in
response to prescribed exercises. Encouraged patient to comply
with HEP frequency and discussed brain and memory games to
improve perception of working memory (refer to nauropsych
testing for complete neurocognitive assessment)  Patient
continues to remain symptom-free with exertion as supported by
his post-report of symptoms after workouts.

### *PLAN*
Patient is appropriate to continue with skilled neuromuscular re-education 1-2x per week for the remainder of this plan of care.

### 🖻 Other Notes                                    All notes

🖹 Progress Notes from Comer, Kearra D, MA (PM&R (Physical Medicine and Rehabilitation))

🖹 Progress Notes from Comer, Kearra D, MA (PM&R (Physical Medicine and Rehabilitation))

### 🖬 Instructions

After Visit Summary (Automatic SnapShot taken 2/26/2020)

### 🖪 Additional Documentation

Encounter Info.   Billing Infn, History, Allergies, Detailed Report,
                  Reviewed this Encounter

### 🖪 Media

Clinic Note - S - Office CP Screen 2/26/2020 9:20 AM
Clinic Note - S - Office PCSS 2/26/2020 9:21 AM

### Other Encounter Related Information

Allergies & Medications
Problem List
History
Patient-Entered Questionnaires
Visit Diagnoses

### ⚕ Pharmacy Benefits

☆ OLAWALE, JAMIZE R  -  CIGNA PHARMACY SERVICES (DST PHARMACY SOLUTIONS)
Covered, **Retail, Mail Order**  Unknown: Specialty, Long Term Care
Member ID  000000061528891401 BIN  017010    DOB
Group ID                           PCN  02150000    Legal sex  M
Group name                                          Address   1016 DELACROIX DR
                                                              SOUTHLAKE TX 76092

Olawale, Jamize (MRN# 15707642) DOB: ███████                    Encounter Date: 04/29/2020

# Olawale, Jamize                    MRN: 15707642

**Telemedicine**
4/29/2020
Baylor Scott &
White Sports &
Physical Medicine
Center at The Star

Provider: Reynolds, Erin, PSYD (Clinical
Neuropsychology)
Primary diagnosis: Concussion without loss of
consciousness, subsequent encounter
Reason for Visit: Concussion

📋 **Orders Placed**

None

🔬 **Medication
Changes**
As of 4/29/2020  9:14 AM

None

📝 **Progress Notes**

Reynolds, Erin, PSYD (Psychologist) • PM&R (Physical Medicine and
Rehabilitation) • 4/29/2020  9:00 AM • Signed

**Billing:** :
-31 minutes of medical record review, clinical interview and
neurobehavioral status examination

**Subjective:** Jamize Olawale is a 31 y.o. fullback for the Dallas
Cowboys who was last seen for evaluation on 3/20/2020. At
that time, he reported a significant decrease in daily headaches
with one more significant headache that was not associated
with activity or movement. My clinical conceptualization at that
time was that he was likely experiencing intermittent post-
traumatic migraine and we discussed the possibility of seeing
Dr. Martin to discuss medication, which Jamize was not
interested in at that time.

Jamize was referred back to me after disclosing to Dallas
Cowboys Head Athletic Trainer Jim Mauer that his headaches
have been under control but towards the end of March he had
a few severe headaches. He reports that these headaches
were more severe than his previous headaches and does not
feel that they were related to the headaches he was seen for
throughout the course of his treatment. He is unable to recall if
the headaches were triggered by any activity or environmental
stimulation. He has had occasional headaches of this
magnitude in the past but not in some time. He reports that
these headaches are bilateral/global in nature. Both times he
experienced headaches he took aspirin, which helped.

Jamize has been working out regularly and that is going well.
He denies any mild headaches or any other symptoms with
those activities. In regard to stress/mood, he reports he has
been experiencing markedly less stress than normal. He still
has not returned to full hitting or in-person team workouts due
to COVID-19, but reports that, other than the 2 headaches in
March, he is doing well. He denies any vestibular-related
symptoms at this time.

🩺 **Visit Diagnoses**

Concussion without loss
of consciousness,
subsequent encounter
S06.0X0D

Printed by Sexton, Esmeralda at 4/29/20 9:32 AM                    Page 1 of 3

**JO-00730**

Confidential Information                                    NFL ALFORD-0009410

Olawale, Jamize (MRN# 15707642) DOB: ██████          Encounter Date: 04/29/2020

**Impression:** Jamize Olawale continues to do well at this time. His symptoms of concussion have abated completely and he is working out to his full ability with no dizziness or even mild headaches. I believe the two headaches he experienced in March are likely post-traumatic migraine in nature and we discussed this at length today. I do feel he may be a candidate for abortive headache medicine, but at this time he is not interested in learning more about that option. If he changes his mind, I will refer him back to Dr. Martin to have that conversation. In the meantime, he should continue to workout out, stay hydrated, eat regularly, and manage stress to the best of his ability. If headache become more frequent, or if mild headaches return once hitting practices start, I would like to see him back to discuss next steps.

Thank you for involving the Baylor Scott & White Sports Concussion Program in the care and evaluation of this patient.

### 📁 Instructions

After Visit Summary (Automatic SnapShot taken 4/29/2020)

### 🗐 Additional Documentation

SmartForms:      BSWH AMB PHQ9 AND C-SSRS
Encounter Info:  Billing Info, History, Allergies, Detailed Report,
                 Reviewed this Encounter

## Other Encounter Related Information

Allergies & Medications
Problem List
History
Patient-Entered Questionnaires
Visit Diagnoses

### ❦ Pharmacy Benefits

☆ OLAWALE, JAMIZE R - CIGNA PHARMACY SERVICES (DST PHARMACY SOLUTIONS)
Covered: **Retail, Mail Order**   Unknown: Specialty, Long-Term Care

JO-00731

Olawale, Jamize (MRN# 15707642) DOB: ■■■■■■          Encounter Date: 04/29/2020

Member ID: 000000061528891401  BIN: 017010    DOB: ■■■■■■
Group ID:                      PCN: 02150000   Legal sex: M
Group name:                                    Address: ■■■■■■■■

**JO-00732**

Olawale, Jamize (MRN# 15707642) DOB: ▮▮▮▮                    Encounter Date: 03/20/2020

## Olawale, Jamize

MRN 15707642

**Reynolds, Erin, PSYD**         **Progress Notes**    Encounter Date 3/20/2020
Psychologist                     Signed
PM&R (Physical Medicine and Rehabilitation)

**Billing: :**
-31 minutes of medical record review, clinical interview and neurobehavioral status examination.

**Subjective:** Jamize Olawale is a 30 y.o male was seen today via telemedicine. Based on the patient's report, he is feeling good. While he still does have some mild headaches at times, he denies any increase with physical activity other than with very heavy lifting, which he reports has occurred for a long time. He did wake up with a significant headache two weeks ago on a Sunday and is unable to identify any triggers for that headache (including any change in activity the day prior). He is working out four times week week and denies any symptom provocation with his regular workouts. He has been doing his vestibular home exercise program about four times per week and denies any symptom provocation with those exercises. At this point he reports that he is feeling better, but is wondering if that is because he is not currently hitting in practice. We discussed his headaches and I asked if felt they were significant enough to warrant medication. He is not interested in medication at this time, but will revisit that decision if headaches return once practice resumes. I explained to him that I would defer to Dr. Martin in that regard.

**Impression:** Based on this evaluation, Jamize Olawale's symptoms have continued to improve. While he is not currently participating in hitting drills, his overall headaches are better. We were unable to see Jamize in clinic today due to precautions secondary to COVID-19, but I have asked him to return to the clinic if headaches return/increase as he becomes more active and full hitting practices start. In terms of concussion, I do not feel that he is currently experiencing symptoms due to concussion and do not consider him higher risk at this time. As stated in previous documentation, his neurocognitive testing is consistent with previously collected data (including baseline data) as far back as 2010, suggesting no cognitive decline. Any perceived cognitive decline at this point is likely secondary to stress and not indicative of organic neurodegeneration. Some of Jamize's headaches are consistent with migraine and he may benefit from medication in the future to help manage the onset and frequency of these headaches. At this time I am clearing Jamize from my care. I will refer him back to Dr. Martin for any ongoing concerns, but would like to see him back to re-evaluate vestibular hypofunction should headaches return with full practices.

Thank you for involving the Baylor Scott & White Sports Concussion Program in the care and evaluation of this patient.

Electronically signed by Reynolds, Erin, PSYD at 3/23/2020 10:00 AM

Telemedicine
on 3/20/2020

Olawale, Jamize (MRN 15707642) Printed by Sexton, Esmeralda [U36152] at 3/20/20 10...   Page 1 of 1



## Assessment - Jamize Olawale    Administered: 07-28-2020

| Baseline Assessment | | | | | | | | | | |
| TYPE | DATE | SYMPTOM SEVERITY | SAC | TANDEM GATE (TRIAL AVG) | BESS (ERRORS) | TRAILS A (SEC) | TRAILS B (SEC) | PROCESSING SPEED (# CORRECT) | SIMPLE RT (MSEC) | CHOICE RT (MSEC) | VISUAL ACUITY (LINE DIFF) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Baseline | 2020-07-28 | 8 | 38/50 | 25.46 | 2 | no data | no data | no data | no data | no data | no data |



☑ Baseline: 07/28/2020

**NFL Player Id:**   39374

**Affiliate:** Dallas
**Device:** DAL_BSW_004    **App Version:** 3.6.2    **Duration:** 10:18
**Administrator:** Erin Reynolds

**Comment:** No associated comments for this athlete

**Notes:**   There were no notes associated with this assessment.

| GSC Symptom Scores | NONE | MILD | | MODERATE | | SEVERE | |
|---|---|---|---|---|---|---|---|
| Key | | | | | | | |
| Headache | 0 | **1** | 2 | 3 | 4 | 5 | 6 |
| 'Pressure in head' | **0** | 1 | 2 | 3 | 4 | 5 | 6 |
| Neck Pain | **0** | 1 | 2 | 3 | 4 | 5 | 6 |
| Nausea or vomiting | **0** | 1 | 2 | 3 | 4 | 5 | 6 |
| dizziness | **0** | 1 | 2 | 3 | 4 | 5 | 6 |
| Blurred vision | **0** | 1 | 2 | 3 | 4 | 5 | 6 |
| Balance Problems | **0** | 1 | 2 | 3 | 4 | 5 | 6 |
| Sensitivity to light | **0** | 1 | 2 | 3 | 4 | 5 | 6 |
| Sensitivity to noise | **0** | 1 | 2 | 3 | 4 | 5 | 6 |
| Feeling slowed down | **0** | 1 | 2 | 3 | 4 | 5 | 6 |
| Feeling like 'in a fog' | **0** | 1 | 2 | 3 | 4 | 5 | 6 |
| 'Don't feel right' | **0** | 1 | 2 | 3 | 4 | 5 | 6 |
| Difficulty concentrating | **0** | 1 | 2 | 3 | 4 | 5 | 6 |
| Difficulty remembering | 0 | **1** | 2 | 3 | 4 | 5 | 6 |
| Fatigue or low energy | **0** | 1 | 2 | 3 | 4 | 5 | 6 |
| Confusion | **0** | 1 | 2 | 3 | 4 | 5 | 6 |
| Drowsiness | **0** | 1 | 2 | 3 | 4 | 5 | 6 |
| Trouble falling asleep(if applicable) | **0** | 1 | 2 | 3 | 4 | 5 | 6 |
| More emotional | 0 | 1 | **2** | 3 | 4 | 5 | 6 |
| Irritability | 0 | 1 | 2 | 3 | **4** | 5 | 6 |
| Sadness | **0** | 1 | 2 | 3 | 4 | 5 | 6 |
| Nervous or anxious | **0** | 1 | 2 | 3 | 4 | 5 | 6 |

| Symptom Evaluation | |
|---|---|
| Mode of Entry: | **Subject self-administered** |
| Do the symptoms get worse with physical activity? | **No** |
| Do the symptoms get worse with mental activity? | **No** |
| Overall Rating | **90** |
| Why | **Irritability, memory** |

| SAC Scores | |
|---|---|
| Orientation | **5/5** |
| Concentration | **5/5** |
| Immediate Memory | **22/30** |
| Delayed Memory | **6/10** |
| Time Since Immediate Memory | **6 min 28 sec** |
| Read Aloud | **true** |
| Pain Free Movement | **false** |
| Double Vision | **true** |
| Finger To Nose | **true** |

| Tandem Gait Task | |
|---|---|
| Time(Avg good trials) | **25.46** |
| Number of trials(good/total) | **4/4** |

| C3 Balance Evaluation | |
|---|---|
| Knee or Ankle Injury | No |
| Braces Used | No |
| Dominant Foot | Right |
| Footwear | Shoes |

| C3 Balance Tests | |
|---|---|
| STANCE | ERROR COUNT |
| Double Leg Eyes Closed | 0 |
| Single Leg Eyes Closed | 2 |
| Tandem Eyes Closed | 0 |

9/25/2020 12:19 PM  FROM: Fax Texas Neurology PA, Gaston Location TO: 9724974616    PAGE: 003 OF 005
Patient Name: Olawale, Jamize, DOB: [REDACTED]    Account No: 328603

OLAWALE, Jamize **DOB:** 04/17/1989 (31 yo M) **Acc No.** 328603 **DOS:** 09/25/2020

## Texas Neurology

**Olawale, Jamize**
31 Y old Male, DOB: [REDACTED]
Account Number: 328603

Guarantor: Olawale, Jamize  Insurance: NFL Dallas Cowboys Payer ID: PR3NT
Appointment Facility: Texas Neurology PA

09/25/2020                                                    Progress Note: Alan W. Martin, MD

**Current Medications**
Taking
• None

**Past Medical History**
Concussions.

**Surgical History**
Oral Surgeries

**Family History**
No family history of migraine.

**Social History**
no Alcohol Did you have a drink containing alcohol in
the past year? No, Points 0, Interpretation Negative.
Smoking Are you a: nonsmoker, Additional Findings:
Tobacco Non-User Current non-smoker.

**Allergies**
Sunscreen

**Review of Systems**
Intake Questionnaire:
Weight change: No. Care Plan: N/A. Hearing
loss: No. Heart palpitations: No. Difficulty
swallowing: No. Seizure: No. Loss of vision: No.
Shooting leg pain: No. Shooting arm pain: No.
Depression: No. Rash: No. Blood transfusion: No.
Diabetes: No. Nasal/Seasonal allergies: No. Difficulty
urinating: No. Sleep problems: No. Memory
problems: Yes. Fallen: N/A. HIV exposure: No.
Handedness: Right.

**Reason for Appointment**
1. 7 month fu
2. Headaches

**History of Present Illness**
Hx:

The patient returns and has made significant improvement. He only gets a
headache about once a week and is relatively mild. He is not playing football or being
hit in the head this season. His cognitive function is good, although he has to write
himself notes occasionally on his phone to help with memory. He is not having any
dizziness, imbalance, light sensitivity, nausea, or other focal neurologic symptoms.
Previous MRI of the brain and MRA intracranial were normal. The headaches are mild
and generalized. They are not provoked by exercise or working out. He does not have
localized pain, nausea, light sensitivity, focal neurologic symptoms, or other
migrainous features. He does not need to take any medicine as an ache typically last
less than a day. The headaches did not occur for. He played football or had
concussions in clearly increased in frequency and severity when his playing and
having contact.

Previous history: He is a professional football player in the NFL who is a full back
and describes that he gets hit in the head frequently while blocking. He had occasional
headaches in childhood and adolescence but they were not severe and occurred only
rarely without other migrainous features. He described his first concussion at occurring
around age 8 or 9. He played football his whole life. He says that he's had multiple
concussions. His last diagnosed concussion was 2017, when he had headache with
light sensitivity and early cognitive symptoms. Symptoms resolved within about a
week and he returned to playing, but he has noted increased intermittent headaches
since then. He noted headaches increased to 4 or 5 times a week in August of 2019
when he went to training camp. He describes having had multiple concussive-type
symptoms throughout his professional career that he did not report. He would have
symptoms with head trauma with transient symptoms of being dazed with ringing in
the ear and mild headache, which resolved within minutes. He had other episodes
which lasted longer, but he did not report. His headaches throughout the season were
dull and nonlocalized. He occasionally would have nausea but no light sensitivity or
noise sensitivity, or fuzzy headedness. Activity could exacerbate symptoms when he
had a headache and sugar could exacerbate a headache. Sleep diminished headache.
He did not have any visual distortions, light sensitivity, focal weakness, focal
numbness, or vomiting. He did not have a unilateral pounding headache. He was
concerned about subtle cognitive symptoms such as decreased concentration or
momentary mental blocking. He has no family history of migraine. He feels that most
of his headaches have occurred throughout his life in the past 2 years after his
concussion 2017..
Depression Screening:
PHQ-9 Thoughts that you would be better off dead, or of hurting yourself in some
way? Not at all, Total Score 4, Interpretation Minimal Depression. PHQ-2 (2015
Edition) Little interest or pleasure in doing things? Several days, Feeling down,
depressed, or hopeless? Several days, Total Score 2.

**Vital Signs**

To: Maurer,Jim, Subject: Progress Notes, Fax#: 972-497-4616, SendDate: Sep-25-2020 12:19:03, page 2/4 [-ul1g2 D.0r.

Confidential Information                                                    NFL ALFORD-0009416

Patient Name: Olawale, Jamize, DOB: ████████ Account No.: 40986, MRN: ████ Doc Name:2020/09/25 Follow-up – Head

E-Case 1:23-01-00258-JRR    Document 116-16    Filed 11/03/2021   Page 186 of 514

9/25/2020 12:19 PM   FROM: Fax Texas Neurology PA, Ganton Location   TO: 9724974616   PAGE: 004 OF 005
Patient Name: Olawale, Jamize.  DOB: 04/17/1989.  Account No: 326603

Blood pressure (BP) 128/69, Heart rate 49, Temperature 97.8, Weight (Wt) 235 lb 0 oz, Height (Ht) 6 ft 0 in, Body mass index (BMI) 31.87.

OLAWALE, Jamize DOB: ████ (31 yo M) Acc No. 328603 DOS: 09/25/2020

## Examination

### Neurological Examination:

General appearance Healthy appearing patient in no acute distress. Mental Status: Awake, alert, and oriented with normal language, memory, attention, concentration, and fund of knowledge. No hallucinations/delusions. Mood and affect are appropriate. Cranial nerves: II, Pupils are equal, round reactive to light Visual fields are full to confrontation testing. , III, IV, VI, Extraocular movements are intact. No nystagmus. No ptosis., V , symmetrical. Facial sensation VII, No facial assymetry, VIII, Hearing is intact, IX, X, Uvula is midline. Palate elevates symmetrically., XI, Sternocleidomastoid and trapezius are normal and symmetrical, XII, tongue is midline without atrophy or fasciculations. Motor: Strength is 5/5 proximally and distally. Normal muscle bulk and tone. No abnormal movements.. Reflexes: DTRs are normal and symmetrical without pathological reflexes. Sensory: Normal and symmetrical to temperature and vibration sensation. Coordination: Finger to nose and leg movements were normal. . Gait: Smooth and narrow based. Cardiovascular: Heart regular rate and rhythm. Carotids no bruits. No distal edema., Eye: No papilledema.
Spontaneous venous pulsations were seen with sharp optic discs.

## Assessments

1. Other headache syndrome - G44.89 (Primary)
2. History of multiple concussions - Z87.820

The patient has a headache syndrome which could be chronic migraine but could also be related to his history of multiple concussions and episodes of unreported concussive-type symptoms. He does not have other ongoing cognitive or concussion type symptoms. He does have occasional mild generalized headache that these if improved in frequency and severity without further contact or collisions.

## Treatment

**1. Other headache syndrome**
Notes: Continue to observe the headache pattern without further helmet contact

MRI, brain and MRA have been negative

We reviewed the uncertainty as to whether these are a form of chronic migraine or possibly related to repetitive head trauma and monitor his headache pattern, particularly if he has any change in headache frequency or severity if he returns to play in the future.

**2. History of multiple concussions**
Notes: We have reviewed the issues of multiple concussions and headaches

I think it would be prudent for him to avoid further play with physical contact in the context of persistent and slowly improving headaches, which are consistently exacerbated by physical contact.

**3. Others**
Notes: Healthy living material was published to portal Healthy living material was published to portal.

## Preventive Medicine

Counseling: BMI care goal follow up plan  Above Normal BMI Follow-up  Lifestyle education regarding diet.

**Follow Up**
prn

$\int_{m}$

9/25/2020 12:19 PM FROM: Fax Texas Neurology PA, Gaston Location TO: 9724974616 PAGE: 005 OF 005
Patient Name: Olawale, Jamize. DOB: 04/17/1989. Account No: 328603

OLAWALE, Jamize **DOB:**      (31 yo M) **Acc No.** 328603 **DOS:** 09/25/2020

**Electronically signed by Alan Martin , MD on 09/25/2020 at 12:18 PM CDT**

**Sign off status: Completed**

Texas Neurology PA
6080 N Central Expy Ste 100
Dallas , TX 75206-5202
Tel: 214-827-3610
Fax: 214-821-4017

Progress Note: Alan W. Martin, MD   09/25/2020

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**IO-00738**

Confidential Information                NFL ALFORD-0009418



**Kane Hall Barry**
NEUROLOGY

GENERAL NEUROLOGY | NEUROLOGICAL TESTING | MOVEMENT DISORDERS
NEUROMUSCULAR DISORDERS | NEUROPSYCHOLOGY | INFUSION

5807.0001@direct.khb.nextgenshare.com
KaneHallBarry.com

1306 Airport Freeway  Suite 205  Bedford, TX 76021          (817) 267-6290
4533 Heritage Trace Parkway  Suite 117  Keller, TX 76244    Fax (817) 267-0950

## PATIENT PLAN FOR 1/22/2021

Name: Jamize Olawale
Date of Birth
Date of Visit: 01/22/2021 03:45 PM
Visit Type: Office Visit
Rendering provider: Jessica Mason
Location: Keller
Location phone number: (817)267 6290

Thank you for choosing us for your healthcare needs. The following is a summary of the outcome of today's visit and other instructions and information we hope you find helpful.

Primary Care Provider: No PCP No PCP

**TODAY'S VISIT**

**REASON(S) FOR VISIT**

Headache, Memory Loss.

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Migraine without aura and without status migrainosus, not intractable (G43.009). |
| | Impression | Patient has a history of multiple concussions presenting with tension headaches and occasional migraines onset 2 years ago. One of his concussions was accompanied with LOC. His mild headaches occur 2-3 times a week and 1 migraines occurring every few months. he denies nausea. Combination of Advil and sleeps provides relief ; Differential diagnosis - concern for post-concussion syndrome |
| | Patient Plan | 1. May start Sumatriptan 50 mg as needed for onset of severe migraine. can also continue ibuprofen for headaches when needed. 2. Recommend taking supplements containing Magnesium, Riboflavin, Feverfew, Butterbur, such as MigreLief daily. 3. Discussed sleep hygiene, healthy eating habits, and stress management |
| 2. | Assessment | Memory loss (R41.3). |
| | Impression | Patient presents with forgetfulness and word finding difficulty. No behavioral concern at this time. MOCA score today was: 24/30 with 0/5 5 min recall and language deficits. During casual conversation word finding difficulty noted as well as loss of concentration. |
| | Patient Plan | 1. *** Order Neuropsych testing in Lewisville 2. MOCA test was performed today in clinic |

Olawale, Jamize    000000075588           01/22/2021 03:45 PM Page: 1/3

**JO-00739**

Confidential Information

NFL_ALFORD-0009419

| | | 3. Recommend seeing results from Neuropsych testing before starting medication for memory loss<br>4. Follow up with Jessica Mason FNPC in 3 months Patient understands to contact the office as needed in the interim. |
| 3. | Assessment | BMI 32.0-32.9,adult (Z68.32) |
| | Impression | Today 32.64 |
| | Patient Plan | 1. Follow up with PCP for BMI management. |

## VITAL SIGNS

| BP mm/Hg | Pulse/min | Resp/min | Temp F | Height (Total in.) | Weight (lbs.) | Weight (oz.) | BMI | BSA |
|---|---|---|---|---|---|---|---|---|
| 134/81 | 50 | | 98.30 | 72.00 | 240.70 | | 32.64 | |

## OTHER HEALTH INFORMATION

Smoking status: Never smoker.

### SMOKING STATUS

| Type | Smoking Status | Usage Per Day | Years Used | Total Pack Years |
|---|---|---|---|---|
| | Never smoker | | | |

### VAPING USE

Screened for vaping? Yes
Status: Not a current user

## ALLERGIES

| Medication Name | Ingredient | Reaction (Severity) | Comment |
|---|---|---|---|
| | SUNSCREEN | | |

PROBLEM LIST:  Problem List reviewed.

| Problem Description | Onset Date | Chronic | Clinical Status | Notes |
|---|---|---|---|---|
| Memory loss | | N | | |
| Migraine without aura and without status migrainosus, not intractable | | N | | |
| Tremor of both hands | | N | | |
| BMI 32.0-32.9,adult | | N | | |

## DEMOGRAPHICS

Sex: Male
Race: Black or African American
Ethnicity: Not Hispanic or Latino
Preferred Language: English

For the following elements there is no pertinent information available OR they were not addressed in this encounter:

Olawale, Jamize   000000075588        01/22/2021 03:45 PM Page: 2/3

**JO-00740**

NFL_ALFORD-0009420

Procedures performed during the visit, immunizations administered during the visit, medication administered during the visit, laboratory test results, diagnostic tests pending, clinical instructions, referrals to other providers, future scheduled tests.

**Active Patient Care Team Members**

| Name | Contact | Agency Type | Support Role | Relationship | Active Date | Inactive Date | Specialty |
|------|---------|-------------|--------------|--------------|-------------|---------------|-----------|
| No PCP No PCP | | | Patient provider | PCP | | | |

Sincerely

*Provider:*
Mason, Jessica  01/22/2021 4:41 PM

Document generated by: Bruno Veras  01/22/2021

Olawale, Jamize   000000075588⬛⬛⬛  01/22/2021 03:45 PM Page: 3/3

**JO-00741**

NFL_ALFORD-0009421

## Problem Report

OLAWALE, JAMIZE

*Knee, musculo-skeletal*

| | |
|---|---|
| Problem occurred on team: | **The Oakland Raiders** |
| Problem: | **Knee, musculo-skeletal** |
| Side of body affected: | **Left** |
| Onset of problem: | **10/27/2013** |
| Reported by athlete: | **10/27/2013** |
| Discharged: | **11/6/2013** |
| Description of onset: | Jamize got hit in the L. Knee on  an onside kick int he 4th quarter and had some mild pain and limped for a few minutes.  He said he was fine and was able to return with no problems.<br>BST |

Confidential Information                                                                          NFL ALFORD-0009422

OAKLAND RAIDERS ORGANIZATION
TRAINING ROOM-ROD MARTIN
DATE OF EXAM:    OCTOBER 28, 2013
PLAYER:          OLAWALE, JAMIZE

### INJURY REPORT

**CHIEF COMPLAINT:** Left knee pain.

**HISTORY:** The player suffered an injury to his left knee yesterday when it struck the ground yesterday during the game. He was able to complete and participate fully in the remainder of the game without difficulty. He comes in today noticing some swelling in the anteromedial aspect of his left knee.

**EXAMINATION:** Left knee: Swelling in the prepatellar and medial prepatellar bursal region with 2+ tenderness. There is no joint line tenderness. There is no knee effusion. No ligamentous laxity to anterior, posterior, varus or valgus testing. He has full range of motion.

**ASSESSMENT:** Left knee prepatellar bursitis secondary to contusion.

**RECOMMENDATION:** Observation. Treatment room modalities. Follow-up in the training room on a daily basis.


Warren King, M.D.

WK:mdf

JO-00743

Confidential Information                                            NFL ALFORD-0009423

| Patient Name: | Olawale, Jamize |
|---|---|
| Injury/Illness | Left Knee Medial Collateral Ligament Tear - Partial |
| Injury/Illness Date: | 08/18/2016 02:05 PM |
| Description: | Left |

| Clinical Codes: | Code | Description |
|---|---|---|
| | 403140 | Knee Medial Collateral Sprain - Grade 1 |

**Background Details:**
- Nature of Injury **New Onset**
- When was the Injury Reported? **Within 24 hrs**
- Description of Onset **He was hit in the L. Knee while being tackled after receiving a pass. He was able to continue the rest of the game and it didn't bother him until afterwards.**
- Team Activity When Injury Occurred **Game**
- Team Activity **Game Offense**
- If Offense **Passing (Offense)**
- Activity Segment **2nd quarter**
- Foul **Not Applicable**
- Position at Time of Injury **Running Back**
- Position at Time of Injury: If Running Back **Fullback**
- Background Screen Complete: **Yes**
- At the time of onset, was the player removed from participation: **No, Player continued participation**
- Following the session, was the player restricted from participation in subsequent sessions? **No, Continued at Full Participation**

**2016-09-07**

| Modalities: | o Warm Whirlpool:1 |
|---|---|

**2016-09-06**

| Modalities: | o Warm Whirlpool:1 |
|---|---|

**2016-09-01**

| Modalities: | o Ultrasound :1<br>o Warm Whirlpool:1<br>o Dynatron X5:1 |
|---|---|

**2016-08-30**

| Modalities: | o Warm Whirlpool:1 |
|---|---|

**2016-08-27**

| Modalities: | o Dynatron X5:1 |
|---|---|

**2016-08-26**

| Modalities: | o Warm Whirlpool:1 |
|---|---|

**2016-08-25**

| Modalities: | o Warm Whirlpool:1<br>o Dynatron X5:1 |
|---|---|

**2016-08-24**

| Modalities: | o Ultrasound :1<br>o Dynatron X5:1 |
|---|---|

**2016-08-23**

| Modalities: | o Dynatron X5:1 |
|---|---|

**2016-08-22**

| Modalities: | o Warm Whirlpool:1<br>o Dynatron X5:1 |
|---|---|

**2016-08-21**

| Modalities: | o Ultrasound :1<br>o Warm Whirlpool:1<br>o Dynatron X5:2 |
|---|---|

**2016-08-20**

| Modalities: | o Dynatron X5:1 |
|---|---|

**2016-08-19**

| Modalities: | o Warm Whirlpool:1<br>o Game Ready Cryotherapy:2<br>o Dynatron X5:1<br>o Biowave Deep Wave Stimulation:2 |
|---|---|

**2016-08-18**

| Notes: | User | Detailed Note |
|---|---|---|
| | Touchet, Scott | Tenderness on medial joint of knee. Full strength, ROM, slight laxity w/valgus stress. Everything else WNL. |

Confidential Information

NFL ALFORD-0009424

| Patient Name: | Olawale, Jamize |
|---|---|
| Injury/Illness | Left Thigh Quads Strain/Belly |
| Injury/Illness Date: | 08/09/2017 04:43 AM |
| Description: | Left |

| Clinical Codes: | Code | Description |
|---|---|---|
| | 384010 | Thigh Quads Strain/Belly |

| Background Details: | o Nature of Injury **New Onset**<br>o When was the Injury Reported? **Greater than 3 days**<br>o Description of Onset **He said that it had been sore for a few days.**<br>o Team Activity When Injury Occurred **Practice**<br>o Team Activity Practice **11 on 11**<br>o If 11 on 11 Run **(Inside Tackle)**<br>o Position at Time of Injury **Running Back**<br>o Position at Time of Injury: If Running Back **Fullback**<br>o Background Screen Complete: **Yes**<br>o At the time of onset, was the player removed from participation: **Yes, Player was removed and did not return to the session**<br>o Following the session, was the player restricted from participation in subsequent sessions? **Yes, restricted from subsequent session** |
|---|---|

| Orders: | **N/A Other** |
|---|---|
| | **Rx:**<br>o Start Indomethacin ER 75 MG Capsule Extended Release 1 capsule with food or milk Orally Once a day , for 30 day(s) , Dispense: 30 (Start Date: 2017-08-27 00:00:00.0) (Stop Date: 09/26/2017) |

**2017-09-20**

| Modalities: | o Warm Whirlpool:1<br>o Biowave Deep Wave Stimulation:1<br>o Ice Pack:1 |
|---|---|

**2017-09-19**

| Modalities: | o Warm Whirlpool:1 |
|---|---|

**2017-09-15**

| Modalities: | o Warm Whirlpool:1 |
|---|---|

**2017-09-13**

| Modalities: | o Warm Whirlpool:1 |
|---|---|

**2017-09-12**

| Notes: | **User** | **Detailed Note** |
|---|---|---|
| | Rabelo, Emilio | Dynamic Warm Up Build Up Run 4 X 40 yds. Short Shuttle 4 X Forward/Backward/Break 4 X Z Drill 4 X Sled Hitting 6 X The athlete reported that he felt good again today and that he wanted to get to practice tomorrow. We continued with agility drills today having him move in various planes and change of direction. Overall he seemed to run all drills at 80% speed or better, and he had mild awareness of his injury with no c/o pain. Although he was running at 80% or better is seemed like he was running with "heavy legs" and did not seem as quick as he normally is. We will reassess how he feels tomorrow and possibly have him return to limited tomorrow. |

| Modalities: | o Exercise:1<br>o Warm Whirlpool:1 |
|---|---|

**2017-09-11**

| Notes: | **User** | **Detailed Note** |
|---|---|---|
| | Rabelo, Emilio | Dynamic Warm Up Build Up Run 3 X 40 yds. 45 Degree Cuts 4 X 60 yds. 90 Degree Cuts 4 X 45 yds. The athlete reported to the training room stating that he felt really good and that he wanted to practice. We told him that he needed to continue to improve with his on field drills and also decrease his symptoms while running. After warming up today he seemed to tolerate butt kicks and high knee motions better than he has. We returned to 45 degree cutting drills and he was able to run them at 80% speed or better. Also he did one step cuts and break down cutting, with the break down cutting being harder for him in that he felt more awareness of his injury. Next he moved on to 90 degree cutting and was also able to run at 80% speed or better. The one thing affecting him today was that he became cardiovascularly fatigued very quickly today, faster than he had in previous sessions. We will continue tomorrow with agility drills as tolerated. |

| Modalities: | o Massage:1 |
|---|---|

**2017-09-09**

| Modalities: | o Massage:1<br>o Biowave Deep Wave Stimulation:1 |
|---|---|

**2017-09-08**

| Modalities: | o Warm Whirlpool:1<br>o Dynatron X5:1 |
|---|---|

**2017-09-07**

| Notes: | **User** | **Detailed Note** |
|---|---|---|
| | Rabelo, Emilio | Dynamic Warm Up Half Kneel Get Up 4 X 6 each with bungee cords Slider Squats 3 X 8 each Mountain Climbers 3 X 20 Pivot Ball Slam 3 X 10 @ 10 lb. Ab Roll Out 3 X 10 VersaClimber 3 X 30 sec. The athlete reported to the training room with mild c/o soreness. We worked on quad strengthening exercises today instead of running. He started with a half kneel get up, and was able to move through that range with no complaints against a light resistance. Next he did slider squats and he was able to work through posterior 45 degrees as well and again had no complaints. After that he did mountain climbers to work on quick hip flexion as if he was running, and this was the one exercise today where he felt light discomfort. During the mountain climbers he was able to move his legs at the same speed as if he was running. Then he did a pivot lunge motion with a MB and he had no trouble moving in a transverse plane. The final two exercises did not cause any pain as well. We will reassess how he feels |

Confidential Information

| | | tomorrow and progress on the field as tolerated. |
|---|---|---|
| Modalities: | | o  Exercise:1<br>o  Massage:1<br>o  Warm Whirlpool:1<br>o  Myofascial Release:1 |

**2017-09-06**

| Notes: | User | Detailed Note |
|---|---|---|
| | Rabelo, Emilio | Dynamic Warm Up 45 Degree Cuts 6 X 60 yds. 90 Degree Cuts 4 X 40 yds. The athlete reported to the training room with no c/o soreness. He joined the team for the warm up and then tested on the 1080 run for about 6 reps of 20 yds. He tolerated those reps well and against rising resistance without c/o pain but he said he felt "weak". After that we started with some change of direction starting with 45 degree cuts. He tolerated all reps but could only run them at about half speed, and he also started to fatigue even though the athlete denied it. He was still willing to do the 90 degree cuts but on the last rep he said he felt a little bit of pain. He ran those cuts at half speed as well. We will work on rehab exercises tomorrow instead of running on the field. |
| Modalities: | | o  Warm Whirlpool:1 |

**2017-09-05**

| Notes: | User | Detailed Note |
|---|---|---|
| | Rabelo, Emilio | Dynamic Warm Up Build Up Run 6 X 70 yds. Bungee cord Run 4 X 20 yds. Bungee cord Stop and Go 4 X 5 yds. for 20 yds. X 2 Stop and Go 4 X 5 yds. for 20 yds. X 4 The athlete reported to the training room stating that he was feeling really good and was not sore. He was able to go through the warm up with no c/o pain. Next he did build up runs and was able to get through 5 reps before beginning to c/o a tightening but no pain. While running the build ups he states that he was able to get to about 80% speed and was not running with an antalgic gait, however he was very tentative when starting off each run. Next we used resistance bands to facilitate more power as the athlete ran and then we pulled with the athlete to work on his ability to decelerate. Since he was able to do all resistance band activities well, we took it off and had him run stop and go again without being restrained. For the resistance band and regular stop and go, the sensation of lightness continued but he was able to work through it. Only on the final stop and go did he feel a small "grab" that caused pain. Overall he ran at about 80% speed, but he needs to continue to improve his work capacity and muscular endurance. |
| Modalities: | | o  Exercise:1<br>o  Ultrasound :1<br>o  Warm Whirlpool:1<br>o  Stretch:1<br>o  Dynatron X5:1<br>o  Ice Bath:1 |

**2017-09-04**

| Notes: | User | Detailed Note |
|---|---|---|
| | Rabelo, Emilio | Alter G 3 mph for 5 min. @ 70% BW 5 mph for 1 min. @ 70% BW 6 mph for 1 min. @ 70% BW 7 mph for 1 min. @ 70% BW 8 mph for 1 min. @ 70% BW 9 mph for 1 min. @ 70% BW 10 mph for 1 min. @ 70% BW 11 mph for 1 min. @ 70% BW 12 mph for 1 min. @ 70% BW 3 mph for 5 min. @ 70% 0W The athlete reported to the training room with no c/o soreness today. He felt like he could return to running so we put him in the Alter G. He was able to progress all the way up to sprint speeds with no c/o pain, however he said that he could feel "something". He did not appear to be running with an antalgic gait and the athlete reported that he was running with his normal gait. We will reassess how he feels tomorrow and progress as tolerated. |
| Modalities: | | o  Normatec Compression:1<br>o  Exercise:1<br>o  Warm Whirlpool:1<br>o  ASTYM:1<br>o  Dynatron X5:1 |

**2017-09-03**

| Modalities: | | o  Ultrasound :1<br>o  Stretch:1<br>o  Dynatron X5:1<br>o  Myofascial Release:1 |
|---|---|---|

**2017-09-02**

| Notes: | User | Detailed Note |
|---|---|---|
| | Rabelo, Emilio | Aqua Therapy -Dynamic Warm Up -Squat Jump 1 X 10 -Skips Forward/Backward 4 X 10 yds. each -Split Squat 5 X 10 L leg rear - Bounding Forward 4 X 10 yds. -Jogging 2 laps The athlete reported to the training room stating that he was feeling better. After participating in the lift we took him in the pool and started the warm up. He went through that well and said that he does not have pain unless he is in hip extension on his L and when he begins to drive his knee forward from that position. He did one set of squat jumps and tolerated the concentric without pain, but he did not want to land because he was worried that he would slip on the flooring of the pool. With that in mind we could not assess his tolerance to eccentric load very well. He did some skipping with a high knee being emphasized and he did not seem to have pain there. We worked on split squats to slowly and under control work on an eccentric load. At first he could only move the 1/4 range but by the last set he progressed to 3/4 range. Then he did bounding which he tolerated just like the skips, and he then jogged with no complaints. We will continue to work on his functional mobility to facilitate a return to running. |
| Modalities: | | o  Normatec Compression:1<br>o  Exercise:1<br>o  Compex Muscle Stimulator:1<br>o  Dynatron X5:1 |

**2017-09-01**

| Modalities: | | o  Warm Whirlpool:1<br>o  Dynatron X5:1 |
|---|---|---|

**2017-08-30**

| Modalities: | | o  Warm Whirlpool:1<br>o  Dynatron X5:1 |
|---|---|---|

**2017-08-29**

| Modalities: | | o  Warm Whirlpool:1<br>o  Dynatron X5:1 |
|---|---|---|

**2017-08-28**

Confidential Information

| Notes: | User | Detailed Note |
|---|---|---|
| | Touchet, Scott | Pool x 30min Jamize felt better today and he was able to walk with minimal soreness and get 120 degrees of flexion with minimal soreness. He was able to jog and move around in the pool very well and improved significantly from yesterday. |

**2017-08-27**

| Notes: | User | Detailed Note |
|---|---|---|
| | Martin, Rod | Dr. King prescribed 8/25/17 |

| Modalities: | o Interferential Current Therapy:1<br>o Massage:1<br>o Dynatron X5:2<br>o Ice Pack:1 |
|---|---|

**2017-08-26**

| Notes: | User | Detailed Note |
|---|---|---|
| | Touchet, Scott | Jamize disconitnued the game in the 2nd quarter when he pulled his quad on a breakaway run. It is the same spot that he did previously. He had been having no trouble, but tonight he felt a pain and burning in the anterior thigh and slowed with a limp. He had pain with palpation and PROM and AROM. |

**2017-08-15**

| Modalities: | o Normatec Compression:1<br>o Dynatron X5:1 |
|---|---|

**2017-08-14**

| Modalities: | o Massage:1<br>o Myofascial Release:1 |
|---|---|

**2017-08-13**

| Modalities: | o Massage:2<br>o Myofascial Release:2 |
|---|---|

**2017-08-09**

| Notes: | User | Detailed Note |
|---|---|---|
| | Martin,Rod | He complained today during practice that his quad was sore. I examined and removed him from practice. |

| Modalities: | o AROM:1<br>o Massage:1 |
|---|---|

| **Patient Name:** | Olawale, Jamize |
|---|---|
| **Injury/Illness** | Left Thigh/Muscle Belly Hamstring Strain Deg 1 / Muscle Unknown |
| **Injury/Illness Date:** | 10/29/2017 06:50 AM |
| **Description:** | Left |

| **Clinical Codes:** | **Code** | **Description** |
|---|---|---|
| | 384130 | Thigh/Muscle Belly Hamstring Strain Deg 1 / Muscle Unknown |

**Background Details:**
- Nature of Injury **New Onset**
- When was the Injury Reported? **Immediately**
- Description of Onset **He was running back a kickoff when he felt a pop in his hamstring. He could not return to the game.**
- Team Activity When Injury Occurred **Game**
- Team Activity **Game Special Teams**
- If Special Teams **Kick-Off Return (Game)**
- Activity Segment **2nd quarter**
- Foul **Not Applicable**
- Position at Time of Injury **Special Teams Kick-Off**
- Position at Time of Injury: If Special Teams Kick-Off **Kick Returner**
- Background Screen Complete: **Yes**
- At the time of onset, was the player removed from participation: **Yes, Player was removed and did not return to the session**
- Following the session, was the player restricted from participation in subsequent sessions? **Yes, restricted from subsequent session**

**Orders:**

**N/A** Other

**Rx:**
- Start Indomethacin ER 75 MG Capsule Extended Release 1 capsule with food or milk Orally Once a day , for 30 day(s) , Dispense: 30 Capsule (Start Date: 2017-10-31 00:00:00.0) (Stop Date: 11/29/2017)Notes: Dr. King prescribed

**2017-11-20**

**Modalities:**
- Warm Whirlpool:1
- Shortwave Diathermy:1

**2017-11-14**

**Modalities:**
- Warm Whirlpool:1
- Shortwave Diathermy:1

**2017-11-13**

**Modalities:**
- Shortwave Diathermy:1

**2017-11-10**

**Modalities:**
- Dynatron X5:1
- Shortwave Diathermy:1

**2017-11-09**

**Modalities:**
- Myofascial Release:1

**2017-11-08**

**Modalities:**
- Warm Whirlpool:1
- Dynatron X5:1

**2017-11-07**

**Modalities:**
- Warm Whirlpool:1
- Dynatron X5:1

**2017-11-06**

**Notes:**

| **User** | **Detailed Note** |
|---|---|
| Rabelo, Emilio | WWP 10 min. _alter G 3 mph for 5 min. @ 70% BW 5 mph for 1 min. @ 70% BW 6 mph for 1 min. @ 70% BW 7 mph for 1 min. @ 70% BW 8 mph for 1 min. @ 70% BW 9 mph for 1 min. @ 70% BW 10 mph for 1 min. @ 70% BW 11 mph for 1 min. @ 70% BW 12 mph for 1 min. @ 70% BW 12 mph for 1 min. @ 80% BW 3 mph for 5 min. @ 80% BW Foam Roll Hamstring Normatec Pump The athlete reported to the training room stating that he was feeling better and that he does not have pain with walking. Last week on Tuesday he had pain with walking in the Alter G and we only progressed him to a jog while at 60% BW. He also was walking with a shortened stride length. We continued on the Alter G today and progressed him through to a sprint all at 70% BW, and then he did a sprint rep at 80% BW. There seemed to be a minor difference in terminal swing knee flexion from L to R, with the L being decreased. He was able to normalize it some with verbal cues, and with all intervals he had no c/o pain. We will continue to work on his running on the field tomorrow. |

**Modalities:**
- Normatec Compression:1
- Exercise:1
- Warm Whirlpool:1
- Myofascial Release:1

**2017-10-29**

**Notes:**

| **User** | **Detailed Note** |
|---|---|
| Touchet,Scott | Weakness with resistance. Pain with full extension. |

OAKLAND RAIDERS ORGANIZATION
TRAINING ROOM – ROD MARTIN
DATE OF EXAM: 12/04/2017
PLAYER: OLAWALE, JAMIZE

## PROGRESS REPORT

**CHIEF COMPLAINT:** Left lower extremity pain.

**HISTORY:** Jamize suffered a valgus-type injury yesterday while participating and playing in the game, in which he suffered a valgus injury to his left knee with the knee flexed approximately 30 degrees, an ankle eversion and external rotation injury. He comes in today complaining of pain in the medial aspect of his left knee, the primarily lateral aspect of his left ankle and his midfoot. He is limping when he is walking.

**PHYSICAL EXAMINATION:** On physical examination, his left knee has a 1+ effusion. No ligamentous laxity, 1+ medial joint line tenderness. No anterior laxity. No posterior laxity. No varus laxity. His range of motion is 0 to 130 degrees.

His left ankle demonstrates tenderness over the anterior talofib ligament, the anterior tib/fib ligament, the posterior tib/fib ligament and the distal syndesmosis. He has a positive external rotation test. He has no significant tenderness over the deltoid. His foot has mild tenderness over the base of the first and second metatarsal region. The lateral tarsometatarsal joints are normal. The remainder of his foot is unremarkable.

**RADIOGRAPHS:** X-rays taken of his ankle showed no evidence of syndesmosis widening or fracture. Standing x-rays of his feet did not show any widening of his Lisfranc joint and there is no evidence of fracture.

**ADDENDUM NOTE:** The player also suffered an injury to his thumb. He was seen in the dressing room after the game where he was felt to have an injury compatible with the gamekeeper's thumb of his hand. He was placed in a thumb splint at the conclusion of the game. X-rays were taken today of the thumb, which showed no evidence of fracture.

**ASSESSMENT:** Soft tissue gamekeeper's thumb injury.

**RECOMMENDATION:** MRI, return for MRI review. MRI will also be obtained of his knee to evaluate the effusion and the torn medial collateral ligament. MRI will also be taken of his foot to evaluate a Lisfranc-type injury and his ankle to evaluate a high ankle sprain.

The player will be contacted after the MRI's.

Warren King, M.D.
MD2MD: Job#: 752221/Doc#: 880974/Transc: BVT

| Patient Name: | Olawale, Jamize |
|---|---|
| Injury/Illness | Right Ankle Syndesmotic Sprain |
| Injury/Illness Date: | 09/13/2015 11:33 PM |
| Description: | Right |

| Clinical Codes: | Code | Description |
|---|---|---|
| | 443033 | High Ankle Sprain / Syndesmotic |
| | 443010 | Lateral Ankle Sprain / Ligament Unknown |

| Background Details: | o Nature of Injury **New Onset**<br>o When was the Injury Reported? **Immediately**<br>o Description of Onset **Jamize got tackled running the ball in the 4th quarter and was unable to continue the game due to his ankle getting twisted during the tackle.**<br>o Team Activity When Injury Occurred **Game**<br>o Team Activity Game **Offense**<br>o If Offense Run **(Outside Tackle (Offense)**<br>o Activity Segment **4th quarter**<br>o Foul **Not Applicable**<br>o Position at Time of Injury **Running Back**<br>o Position at Time of Injury: If Running Back **Fullback**<br>o Background Screen Complete: **Yes**<br>o At the time of onset, was the player removed from participation: **Yes, Player was removed and did not return to the session**<br>o Following the session, was the player restricted from participation in subsequent sessions? **Yes, restricted from subsequent session** |
|---|---|

| Orders: | **443010  Lateral Ankle Sprain / Ligament Unknown** |
|---|---|
| | **Rx:**<br>o Start Ketorolac Tromethamine 10 MG Tablet 1 tablet as needed Orally every 6 hrs , Dispense: 20 (Start Date: 2015-09-23 00:00:00.0) |

**2015-10-07**

| Modalities: | o Warm Whirlpool:1 |
|---|---|

**2015-10-05**

| Modalities: | o Dynatron X5:1<br>o Joint Mobilization:1 |
|---|---|

**2015-10-02**

| Modalities: | o Ultrasound :1<br>o Stretch:1 |
|---|---|

**2015-10-01**

| Modalities: | o Dynatron X5:1 |
|---|---|

**2015-09-30**

| Modalities: | o Warm Whirlpool:1<br>o Ultrasound :1 |
|---|---|

**2015-09-29**

| Modalities: | o Contrast Bath :1<br>o Exercise:1<br>o Combo:1 |
|---|---|

**2015-09-28**

| Modalities: | o Shortwave Diathermy:1 |
|---|---|

**2015-09-26**

| Modalities: | o Shortwave Diathermy:1 |
|---|---|

**2015-09-25**

| Modalities: | o Warm Whirlpool:1<br>o Dynatron X5:1 |
|---|---|

**2015-09-24**

| Modalities: | o Warm Whirlpool:1<br>o Joint Mobilization:1<br>o Dynatron X5:1 |
|---|---|

**2015-09-23**

| Modalities: | o Dynatron X5:1 |
|---|---|

**2015-09-22**

| Modalities: | o Ultrasound :1<br>o Joint Mobilization:1 |
|---|---|

**2015-09-21**

| Notes: | User | Detailed Note |
|---|---|---|
| | Touchet, Scott | Plantar Flexion x 5min@black; Plank x 3:00; Power Band Side Walk 2x10 yds. ea. dir.; Bike x 15min Jamaze had no trouble with the work noted, but he tried to jog on the field and was unable to do it without pain and altered gait so he was sent back in for treatment. |

Confidential Information                                                    NFL_ALFORD-0009430

Olawale, Jamize



## ACKNOWLEDGEMENT OF RECEIPT OF MEDICAL INFORMATION

' At a physical examination on June 11, 2018, I have been informed by the Club physician that I have the following physical condition(s):

Left Great Toe              Both AC                Foot PF
Left Knee MCL              Concussion             Left Hamstring
Left Ankle DJD

1. To the best of my knowledge, I do **not** have any medical problem(s) other than those noted on this physical exam form.

$\qquad$ JRO
Initials

2. I have received a full explanation from the Club physician that to continue to play professional football may result in the aggravation or deterioration of previous and/or present injuries and/or sustaining new injuries, during my employment by Club.

JRO
Initials

3. I also fully understand that any or all of the injuries sustained while participating in professional football **could** result in future permanent physical disability.

JRO
Initials

4. I represent that I am **not** now suffering from any physical and/or mental disability, which prevents me from playing professional football.

JRO
Initials

5. I fully understand the possible consequences of playing professional football with the physical condition(s) set forth in paragraph 1 above. Nevertheless, I desire to continue to play professional football and hereby assume the risk of the matters set forth in paragraph 2 above.

JRO
Initials

July 25, 2018
Date                                         Player

Witness                                      Club Physician

DALLAS COWBOYS

Confidential Information                                      NFL_ALFORD-0009431

| Patient Name: | Olawale, Jamize |
|---|---|
| Injury/Illness | Right Ankle Syndesmotic Sprain |
| Injury/Illness Date: | 09/13/2015 11:33 PM |
| Description: | Right |

| Clinical Codes: | Code | Description |
|---|---|---|
| | 443033 | High Ankle Sprain / Syndesmotic |
| | 443010 | Lateral Ankle Sprain / Ligament Unknown |

**Background Details:**
- Nature of Injury **New Onset**
- When was the Injury Reported? **Immediately**
- Description of Onset **Jamize got tackled running the ball in the 4th quarter and was unable to continue the game due to his ankle getting twisted during the tackle.**
- Team Activity When Injury Occurred **Game**
- Team Activity Game **Offense**
- If Offense Run **(Outside Tackle (Offense)**
- Activity Segment **4th quarter**
- Foul **Not Applicable**
- Position at Time of Injury **Running Back**
- Position at Time of Injury: If Running Back **Fullback**
- Background Screen Complete: **Yes**
- At the time of onset, was the player removed from participation: **Yes, Player was removed and did not return to the session**
- Following the session, was the player restricted from participation in subsequent sessions? **Yes, restricted from subsequent session**

**443010  Lateral Ankle Sprain / Ligament Unknown**

**Orders:**
Rx:
- Start Ketorolac Tromethamine 10 MG Tablet 1 tablet as needed Orally every 6 hrs , Dispense: 20 (Start Date: 2015-09-23 00:00:00.0)

**2015-10-07**

| Modalities: | o Warm Whirlpool:1 |
|---|---|

**2015-10-05**

| Modalities: | o Dynatron X5:1<br>o Joint Mobilization:1 |
|---|---|

**2015-10-02**

| Modalities: | o Ultrasound :1<br>o Stretch:1 |
|---|---|

**2015-10-01**

| Modalities: | o Dynatron X5:1 |
|---|---|

**2015-09-30**

| Modalities: | o Warm Whirlpool:1<br>o Ultrasound :1 |
|---|---|

**2015-09-29**

| Modalities: | o Contrast Bath :1<br>o Exercise:1<br>o Combo:1 |
|---|---|

**2015-09-28**

| Modalities: | o Shortwave Diathermy:1 |
|---|---|

**2015-09-26**

| Modalities: | o Shortwave Diathermy:1 |
|---|---|

**2015-09-25**

| Modalities: | o Warm Whirlpool:1<br>o Dynatron X5:1 |
|---|---|

**2015-09-24**

| Modalities: | o Warm Whirlpool:1<br>o Joint Mobilization:1<br>o Dynatron X5:1 |
|---|---|

**2015-09-23**

| Modalities: | o Dynatron X5:1 |
|---|---|

**2015-09-22**

| Modalities: | o Ultrasound :1<br>o Joint Mobilization:1 |
|---|---|

**2015-09-21**

| Notes: | User | Detailed Note |
|---|---|---|
| | Touchet, Scott | Plantar Flexion x 5min@black; Plank x 3:00; Power Band Side Walk 2x10 yds. ea. dir.; Bike x 15min Jamaze had no trouble with the work noted, but he tried to jog on the field and was unable to do it without pain and altered gait so he was sent back in for treatment. |

Texas Orthopaedic Associates LLP • 8210 Walnut Hill Ln, DALLAS TX 75231-4418

**OLAWALE, JAMIZE (id #4286975, dob:** )

## Encounters and Procedures

Clinical Encounter Summaries
Encounter Date: 01/19/2021

### Patient

| | | | |
|---|---|---|---|
| **Name** | OLAWALE, JAMIZE (31yo, M) ID# 4286975 | **Appt. Date/Time** | 01/19/2021 01:45PM |
| **DOB** | 04/17/1989 | **Service Dept.** | TOA_Ofc Greenville |
| **Provider** | JAMES MONTGOMERY, MD | | |
| **Insurance** | Med Primary: CIGNA<br>Insurance # : U4744484401<br>Policy/Group # : 3208640<br>Prescription: EXPRESS SCRIPTS – Member is eligible. details | | |

### Chief Complaint

Follow Up, Bilateral knee pain

### Vitals

01/19/2021 01:52 pm
    **Ht:** 6 ft

### Allergies

Reviewed Allergies
NKDA
SUNSCREEN

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **amoxicillin 500 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH 3 TIMES A DAY UNTIL FINISHED | 05/29/20 | filled |
| **ibuprofen 600 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY 6 HOURS | 05/29/20 | filled |
| **ondansetron 4 mg disintegrating tablet**<br>DISSOLVE 1 TABLET ON THE TONGUE EVERY 6 HOURS AS NEEDED FOR NAUSEA AND VOMITING | 05/29/20 | filled |
| **oseltamivir 75 mg capsule** | 03/12/20 | filled |
| **traMADoL 50 mg tablet**<br>TAKE 1 TO 2 TABLETS BY MOUTH EVERY 6 HOURS AS NEEDED FOR PAIN. NO MORE THAN 8 TABLETS PER DAY. | 05/29/20 | filled |

### Vaccines

None recorded.

### Problems

Reviewed Problems

### Family History

Reviewed Family History
Father                            - Diabetes mellitus
                                  - Heart disease

### Social History

Reviewed Social History
Live alone or with others?: with others

**JO-00753**

Confidential Information

NFL_ALFORD-0009433

**OLAWALE, JAMIZE (id #4286975, dob:** ▇▇▇▇▇**)**
Alcohol intake: Occasional
Chewing tobacco: none
Tobacco Smoking Status: Never smoker
Are you currently employed?: Y
Substance Use: Tobacco-Status: Never;LastScreeningDate: 03/27/2018;OriginalCode: 1004059815052

Surgical History

Reviewed Surgical History

Past Medical History

Reviewed Past Medical History
Arthritis: **Y**
Migraines: **Y**

HPI

The patient is back in with his functional capacity evaluation.

The patient has degenerative disease in both knees, both ankles and in both his neck, his back as well as shoulders after the physical examination. I have personally just examined his knees.

The patient showed good work effort. His functional evaluation showed that he could occasionally lift 50 pounds, frequently lift 25 pounds, stand and walk for a total of two hours in an eight-hour day. He could sit most periodic alternating sitting and standing, push or pull, operate hand and foot, limited in the lower extremities. Postural limitations included balancing frequently, occasional climbing ladder, scaffolds. No stooping, kneeling, crouching or crawling.

Manipulative limitations: Reaching in all directions was limited, unlimited with handling, fingering, feeling. Visual limitations were not done.

It was the opinion of the examiner that he worked hard throughout the FCE.

ROS

Additionally reports:

Cardiovascular
  Confirms: None
  Denies: Chest pain, Calf Pain/swelling
Constitutional
  Confirms: None
  Denies: Fever
ENMT
  Confirms: None
  Denies: Dry Mouth, Mouth ulcer(s)
Eyes
  Confirms: None
  Denies: Vision loss, Dryness
Gastrointestinal
  Confirms: None
  Denies: Heartburn, Nausea/Vomiting

**JO-00754**

Confidential Information

NFL_ALFORD-0009434

Texas Orthopaedic Associates LLP • 8210 Walnut Hill Ln, Dallas TX 75231-4418

**OLAWALE, JAMIZE (id #4286975, dob:** [redacted] **)**
Denies: Heartburn, Nausea/Vomiting
**Genitourinary**
  Confirms: None
  Denies: Difficult urination, Pregnant, Possibly pregnant, Postmenopausal
**Hematologic/Lymphatic**
  Confirms: None
  Denies: Easy bleeding
**Musculoskeletal**
  Confirms: Morning joint stiffness greater than 30 minutes
  Denies: Joint swelling (multiple joints)
**Neurologic**
  Confirms: Headaches, Weakness
  Denies: Numbness
**Psychiatric**
  Confirms: Depression
  Denies: Anxiety
**Respiratory**
  Confirms: None
  Denies: Shortness of Breath
**Integumentary**
  Confirms: None
  Denies: Skin wounds, Non-healing areas

Physical Exam

  Patient is a 31-year-old
  male.

Assessment / Plan

  At this time, I think that the patient is disabled secondary to his
  osteoarthritis.

. **Knee pain - Bilateral**
  M25.561: Pain in right
  knee
  M25.562: Pain in left knee

. **Osteoarthritis of knee**
  M17.0: Bilateral primary osteoarthritis of
  knee

  Return to Office
None recorded.

Encounter Sign-Off
  Encounter signed-off by James Montgomery, MD, 01/20/2021.
  Encounter performed and documented by James Montgomery, MD
  Encounter reviewed & signed by James Montgomery, MD on 01/20/2021 at 7:59am

**Encounter Date: 01/07/2021**
Patient

| | | | |
|---|---|---|---|
| Name | OLAWALE, JAMIZE (31yo, M) iD# 4286975 | Appt. Date/Time | 01/07/2021 10:00AM |
| DOB | [redacted] | Service Dept. | TOA_Ofc Greenville |
| Provider | JAMES MONTGOMERY, MD | | |
| Insurance | Med Primary: CIGNA Insurance # : U4744484401 Policy/Group # : 3208640 Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

Chief Complaint

Bilateral knee pain

Vitals

01/07/2021 10:38 am

**JO-00755**

NFL_ALFORD-0009435

**OLAWALE, JAMIZE (Id #4286975, dob:** ⬛⬛⬛⬛
Ht:  6 ft                           Wt:  238 lbs                              BMI:  32.3

## Allergies

Reviewed Allergies
NKDA
SUNSCREEN

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **amoxicillin 500 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH 3 TIMES A DAY UNTIL FINISHED | 05/29/20 | filled |
| **ibuprofen 600 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY 6 HOURS | 05/29/20 | filled |
| **ondansetron 4 mg disintegrating tablet**<br>DISSOLVE 1 TABLET ON THE TONGUE EVERY 6 HOURS AS NEEDED FOR NAUSEA AND<br>VOMITING | 05/29/20 | filled |
| **oseltamivir 75 mg capsule** | 03/12/20 | filled |
| **traMADoL 50 mg tablet**<br>TAKE 1 TO 2 TABLETS BY MOUTH EVERY 6 HOURS AS NEEDED FOR PAIN. NO MORE THAN 8<br>TABLETS PER DAY. | 05/29/20 | filled |

## Vaccines

None recorded.

## Problems

Reviewed Problems

## Family History

Reviewed Family History
Father                              - Diabetes mellitus
                                   - Heart disease

## Social History

Reviewed Social History
Live alone or with others?: with others
Alcohol intake: Occasional
Chewing tobacco: none
Tobacco Smoking Status: Never smoker
Are you currently employed?: Y
Substance Use: Tobacco-Status: Never;LastScreeningDate: 03/27/2018;OriginalCode: 1004059815052

## Surgical History

Reviewed Surgical History

## Past Medical History

Reviewed Past Medical History
Arthritis: **Y**
Migraines: **Y**

## HPI

**Chief Complaint**
Chief Complaint
Knee
**Description of Pain**
Pain Context
Work

**JO-00756**

                              NFL ALFORD-0009436

Texas Orthopaedic Associates LLP • 8210 Walnut Hill Ln, 03(1,AS TX 75(31-4418)

## OLAWALE, JAMIZE (Id #4286975, dob: ▮▮▮▮▮

Side of Body
Both Sides (Bilateral)
Radiation of Pain
No
Number of Years
6
Pain Scale - Today
5
Alleviating Factors
Anti-Inflammatories
Rest
Aggravating Factors
Bending/Squatting
Exercise
Going downstairs
Going upstairs
Running/Jumping
Weight bearing
Previous Surgery
No
Prior Imaging
MRI
X-Ray
Associated Symptoms
Cracking
Pain Management Physician Visit
No
Do you take blood thinners?
No
Imported from Phreesia on 01/07/2021

The patient is a football player playing professionally. He is now age 31. Date of birth is ▮▮▮▮▮ By history, the patient is still trying to play, has pain with both knees.

## ROS

**Additionally reports:**

**Cardiovascular**
  Confirms: None
  Denies: Chest pain, Calf Pain/swelling
**Constitutional**
  Confirms: None
  Denies: Fever
**ENMT**
  Confirms: None
  Denies: Dry Mouth, Mouth ulcer(s)
**Eyes**
  Confirms: None
  Denies: Vision loss, Dryness
**Gastrointestinal**
  Confirms: None
  Denies: Heartburn, Nausea/Vomiting
**Genitourinary**
  Confirms: None
  Denies: Difficult urination, Pregnant, Possibly pregnant, Postmenopausal
**Hematologic/Lymphatic**
  Confirms: None
  Denies: Easy bleeding
**Musculoskeletal**
  Confirms: Morning joint stiffness greater than 30 minutes
  Denies: Joint swelling (multiple joints)
**Neurologic**
  Confirms: Headaches, Weakness
  Denies: Numbness
**Psychiatric**
  Confirms: Depression
  Denies: Anxiety
**Respiratory**
  Confirms: None
  Denies: Shortness of Breath
**Integumentary**

**JO-00757**

Confidential Information

Texas Orthopaedic Associates LLP • 8110 Walnut Hill Ln. DALLAS TX 75231 • US

**OLAWALE, JAMIZE (id #4286975, dob:** █████
**Confirms: None**
**Denies: Skin wounds, Non-healing areas**

Physical Exam

Patient is a 31-year-old
male.

The patient is painful at the patellofemoral joint. The patient has stiffness. He is trying to take nothing for the pain.

My exam shows fairly severe patellofemoral chondromalacia. The rest of the exam shows him to have a painful arc with squatting.

Assessment / Plan

At this time, he needs a functional capacity evaluation. We will get this, do his paperwork, see him back after that.

. **Knee pain** - Bilateral
M25.561: Pain in right
knee
M25.562: Pain in left knee
• XR KNEE, COMPLETE 4 VIEWS LEFT
• XR KNEE, COMPLETE 4 VIEWS
RIGHT

Return to Office
None recorded.

Encounter Sign-Off
Encounter signed-off by James Montgomery, MD, 01/10/2021.
Encounter performed and documented by James Montgomery, MD
Encounter reviewed & signed by James Montgomery, MD on 01/10/2021 at 4:52pm

**JO-00758**

Confidential Information
NFL_ALFORD-0009438

Form Approved
OMB NO. 0960-0431

## PHYSICAL RESIDUAL FUNCTIONAL CAPACITY ASSESSMENT

| CLAIMANT: | SOCIAL SECURITY NUMBER: |
|---|---|
| NUMBERHOLDER (IF CDB CLAIM): | _ _ |

| PRIMARY DIAGNOSIS: | RFC ASSESSMENT IS FOR: |
|---|---|
| | ☐ Current Evaluation    ☐ Date 12 Months After Onset: |
| SECONDARY DIAGNOSIS: | ☐ Date Last Insured: _____ |
| OTHER ALLEGED IMPAIRMENTS: | (Date)          (Date) |
| | ☐ Other (Specify): _____ |

**PRIVACY ACT NOTICE:** The information requested on this form is authorized by Section 223 and Section 1633 of the Social Security Act. The information provided will be used in making a decision of this claim. Failure to complete this form may result in a delay in processing the claim. Information furnished on this form may be disclosed by the Social Security Administration to another person or governmental agency only with respect to Social Security programs and to comply with Federal laws requiring the exchange of information between Social Security and other agencies.

**PAPERWORK REDUCTION ACT:** This information collection meets the requirements of 44 U.S.C. § 3507, as amended by Section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 20 minutes to read the instructions, gather the facts, and answer the questions. *You may send comments on our time estimate above to: SSA, 1338 Annex Building, Baltimore, MD 21235-6401.* **Send _only_ comments relating to our time estimate to this address, not the completed form.**

## I. LIMITATIONS:

**For Each Section A - F**

 Base your conclusions on **all evidence** in file (clinical and laboratory findings; symptoms; observations, lay evidence; reports of daily activities; etc.).

▶ Check the blocks which reflect your **reasoned judgement**.

▶ Describe how the **evidence substantiates your conclusions** (Cite specific clinical and laboratory findings, observations, lay evidence, etc.).

▶ Ensure that you have:

- Requested appropriate treating and examining source statements regarding the individual's capacities (DI 22505.000ff. and DI 22510.000ff.) and that you have given appropriate **weight to treating source conclusions** (See Section III.).

- Considered and responded to **any alleged limitations imposed by symptoms** (pain, fatigue, etc.) attributable, in your judgement, to a medically determinable impairment. Discuss your assessment of symptom-related limitations in the explanation for your conclusions in A - F below (See also Section II.).

- Responded to all allegations of physical limitations or factors which can cause physical limitations.

 **Frequently** means occurring one-third to two-thirds of an 8-hour workday (cumulative, not continuous). **Occasionally** means occurring from very little up to one-third of an 8-hour workday (cumulative, not continuous).

☐ Continued on Page 2

Form **SSA-4734-BK** (12-2004)  ef (12-2004)
(Formerly **SSA-4734-U8** Use prior editions)

Page 1



**JO-00759**

## A. EXERTIONAL LIMITATIONS

☐ None established. (Proceed to section B.)

1. **Occasionally** lift and/or carry (including upward pulling)
(maximum) - when less than one-third of the time or less than 10 pounds, explain the amount (time/pounds) in item 6.

   ☐ less than 10 pounds

   ☐ 10 pounds

   ☐ 20 pounds

   ☒ 50 pounds

   ☐ 100 pounds or more

2. **Frequently** lift and/or carry (including upward pulling)
(maximum) - when less than two-thirds of the time or less than 10 pounds, explain the amount (time/pounds) in item 6.

   ☐ less than 10 pounds

   ☐ 10 pounds

   ☒ 25 pounds

   ☐ 50 pounds or more

3. Stand and/or walk (with normal breaks) for a total of -

   ☒ less than 2 hours in an 8-hour workday

   ☐ at least 2 hours in an 8-hour workday

   ☐ about 6 hours in an 8-hour workday

   ☐ medically required hand-held assistive device is necessary for ambulation

4. Sit (with normal breaks) for a total of -

   ☐ less than about 6 hours in an 8-hour workday

   ☐ about 6 hours in an 8-hour workday

   ☒ must periodically alternate sitting and standing to relieve pain or discomfort. (If checked, explain in 6.)

5. Push and/or pull (including operation of hand and/or foot controls) -

   ☐ unlimited, other than as shown for lift and/or carry

   ☐ limited in upper extremities (describe nature and degree)

   ☒ limited in lower extremities (describe nature and degree) · Siles of ⑧ Feet + ⑧ Ankles 7 p.

6. Explain how and why the evidence supports your conclusions in item 1 through 5.
Cite the specific facts upon which your conclusions are based.     ⸫ sustained driving

Examinee only tolerated ≈ 25 min of sustained
walking. Also ⊤ 15 min of sitting examinee's HR went
from 66 bpm, to 107 bpm ⸫ 4/5 ⑧ feet + ⑧ knee p'

☐ Continued on Page 3

Form SSA-4734-BK (12-2004)  ef (12-2004)       Page 2

## JO-00760

6. Continue (NOTE: MAKE ADDITIONAL COMMENTS IN SECTION IV)

## B. POSTURAL LIMITATIONS

☐ None established. (Proceed to section C.)

|  | Frequently | Occasionally | Never |
|---|---|---|---|
| 1. Climbing - ramp/stairs | ☐ | ☒ | ☐ |
| - ladder/rope/scaffolds | ☐ | ☒ | ☐ |
| 2. Balancing | ☒ | ☐ | ☐ |
| 3. Stooping | ☐ | ☐ | ☒ |
| 4. Kneeling | ☐ | ☐ | ☒ |
| 5. Crouching | ☐ | ☐ | ☒ |
| 6. Crawling | ☐ | ☐ | ☒ |

7. When less than two-thirds of the time for frequently or less than one-third for occasionally, fully describe and explain. Also explain how and why the evidence supports your conclusions in items 1 through 6. Cite the specific facts upon which your conclusions are based.

Stoping Kneeling + Crouch F.R.O.M. activities an
FCE show to tolerance to these positions HR
was consistent i a + p¹ response throughout. Crawling
activity shows same results = p¹ e/u's + HR
Response to subjective p¹ 4/5.

☐ Continued on Page 4

Form SSA-4734-BK (12-2004)    ef (12-2004)          Page 3

Confidential Information                    NFL ALFORD-0009441

## C. MANIPULATIVE LIMITATIONS

☐ None established. (Proceed to section D.)

|  | LIMITED | UNLIMITED |
|---|---|---|
| 1. Reaching all directions (including overhead) | ☒ | ☐ |
| 2. Handling (gross manipulation) | ☐ | ☒ |
| 3. Fingering (fine manipulation) | ☐ | ☒ |
| 4. Feeling (skin receptors) | ☐ | ☒ |

5. Describe how the activities checked "limited" are impaired. Also, explain how and why the evidence supports your conclusions in item 1 through 4. Cite the specific facts upon which your conclusions are based.

*Overhead F.R.O.M. activity was not completed. d/o's (B) shoulder + LBP. He was consistent + p. response*

## D. VISUAL LIMITATIONS

☐ None established. (Proceed to section E.)

|  | LIMITED | UNLIMITED |
|---|---|---|
| 1. Near acuity | ☐ | ☐ |
| 2. Far acuity | ☐ | ☐ |
| 3. Depth perception | ☐ | ☐ |
| 4. Accommodation | ☐ | ☐ |
| 5. Color vision | ☐ | ☐ |
| 6. Field of vision | ☐ | ☐ |

7. Describe how the faculties checked "limited" are impaired. Also explain how and why the evidence supports your conclusions in items 1 through 6. Cite the specific facts upon which your conclusions are based.

☐ Continued on Page 5

Form SSA-4734-BK (12-2004)  ef (12-2004)

Page 4

**JO-00762**

### E. COMMUNICATIVE LIMITATIONS

☐ None established. (Proceed to section F.)

| | LIMITED | UNLIMITED |
|---|---|---|
| 1. Hearing | ☐ | ☐ |
| 2. Speaking | ☐ | ☐ |

3. Describe how the faculties checked "limited" are impaired. Also, explain how and why the evidence supports your conclusions in items 1 and 2. Cite the specific facts upon which your conclusions are based.

### F. ENVIRONMENTAL LIMITATIONS

☐ None established. (Proceed to section II.)

| | UNLIMITED | AVOID CONCENTRATED EXPOSURE | AVOID EVEN MODERATE EXPOSURE | AVOID ALL EXPOSURE |
|---|---|---|---|---|
| 1. Extreme cold | ☐ | ☐ | ☐ | ☐ |
| 2. Extreme heat | ☐ | ☐ | ☐ | ☐ |
| 3. Wetness | ☐ | ☐ | ☐ | ☐ |
| 4. Humidity | ☐ | ☐ | ☐ | ☐ |
| 5. Noise | ☐ | ☐ | ☐ | ☐ |
| 6. Vibration | ☐ | ☐ | ☐ | ☐ |
| 7. Fumes, odors, dusts, gases, poor ventilation, etc. | ☐ | ☐ | ☐ | ☐ |
| 8. Hazards (machinery, heights, etc.) | ☐ | ☐ | ☐ | ☐ |

9. Describe how these environmental factors impair activities and identify hazards to be avoided. Also, explain how and why the evidence supports your conclusions in items 1 through 8. Cite the specific facts upon which your conclusions are based.

☐ Continued on Page 6

Confidential Information    NFL ALFORD-0009443

9. Continue (NOTE: MAKE ADDITIONAL COMMENTS IN SECTION IV)

## II. SYMPTOMS

For symptoms alleged by the claimant to produce physical limitations, and for which the following have not previously been addressed in section I, discuss whether:

A. The symptom(s) is attributable, in your judgment, to a medically determinable impairment.

B. The severity or duration of the symptom(s), in your judgment, is disproportionate to the expected severity or expected duration on the basis of the claimant's medically determinable impairment(s).

C. The severity of the symptom(s) and its alleged effect on function is consistent, in your judgment, with the total medical and nonmedical evidence, including statements by the claimant and others, observations regarding activities of daily living, and alterations of usual behavior or habits.

☐ Continued on Page 7

Form SSA-4734-BK (12-2004)  ef (12-2004)        Page 6

**JO-00764**

## III. TREATING OR EXAMINING SOURCE STATEMENT(S)

A. Is a treating or examining source statement(s) regarding the claimant's physical capacities in file?

☑ Yes

☐ No (Includes situations in which there was no source or when the source(s) did not provide a statement regarding the claimant's physical capacities.)

B. If yes, are there treating/examining source conclusions about the claimant's limitations or restrictions which are significantly different from your findings?

☐ Yes                                         ☒ No

C. If yes, explain why those conclusions are not supported by the evidence in file. Cite the source's name and the statement date.

☐ Continued on Page 8

Form SSA-4734-BK (12-2004)  ef (12-2004)                    Page 7

**JO-00765**

Confidential Information                                         NFL_ALFORD-0009445

IV. ADDITIONAL COMMENTS:

MITCH WINN, OTR   License#104890 TP   P-(214) 566-9013

☐ THESE FINDINGS COMPLETE THE MEDICAL PORTION OF THE DISABILITY DETERMINATION.

| MEDICAL CONSULTANT'S SIGNATURE: | MEDICAL CONSULTANT'S CODE: | DATE: |
|---|---|---|
| *OTR* | OTR | 1/14/21 |

Form SSA-4734-BK (12-2004)  ef (12-2004)        Page 8

Confidential Information                                                    NFL ALFORD-0009446

Texas Orthopaedic Associates LLP • 8210 Walnut Hill Ln, DALLAS TX 75231-4418

## OLAWALE, JAMIZE (Id #4286975, dob:

**Jamize Olawale**
DOB
Age: 31
Gender: Male

**PATIENT REPORT**

Phreesia

Date of Visit 01/07/2021 10:00 AM

| Reason For Visit | | |
|---|---|---|
| Chief Complaint ⚹ | | |
| ☐ Elbow | | ☑ Knee |
| ☐ Foot/Ankle | | ☐ Shoulder |
| ☐ Hand/Wrist | | ☐ Other/Not Listed |
| ☐ Hip | | |

| Pain Form | | |
|---|---|---|
| Pain Context ⚹ | | Work |
| Side of Body ⚹ | | |
| ☑ Both Sides (Bilateral) | ☐ Left Side | ☐ Right Side |
| Pain Quality ⚹ | | |
| ☑ Aching | ☑ Throbbing | ☐ Electric Shocks |
| ☐ Burning | ☑ Sharp | ☐ Numbness |
| ☐ Gnawing | ☐ Dull | ☐ Tingling |
| ☐ Stabbing | ☐ Knots | ☐ Other / Not Listed |
| When does the pain occur? ⚹ | | Intermittent (on and off) |
| Radiation of Pain ⚹ | | No |
| Length of Pain ⚹ | | Years |
| Number of Years ⚹ | | 6 |
| Injury Date | | |
| Pain Scale - Today ⚹ | | 5 |
| Alleviating Factors ⚹ | | |
| ☑ Anti-Inflammatories | ☐ Heat | ☐ Position change |
| ☐ Brace | ☐ Home Exercise | ☑ Rest |
| ☐ Cane | ☐ Ice | ☐ Sitting |
| ☐ Cortisone injections | ☐ Lying down | ☐ Standing |
| ☐ Crutches | ☐ Nothing helps | ☐ Stretching |
| ☐ Elevation | ☐ Over the Counter Medication | ☐ Viscosupplementation injection |
| ☐ Exercise | ☐ Physical Therapy | (Knee Patients) |
| Aggravating Factors ⚹ | | |
| ☐ None | ☐ Getting out of bed | ☐ Rising from a chair |
| ☑ Bending/Squatting | ☑ Going downstairs | ☑ Running/Jumping |
| ☐ Carrying | ☐ Going from sit to stand | ☐ Sitting |
| ☐ Changing clothes | ☑ Going upstairs | ☐ Sneezing |
| ☐ Cold weather | ☐ Lifting | ☐ Standing |
| ☐ Compressive force | ☐ Lying down | ☐ Tender to touch |
| ☐ Coughing | ☐ Overhead motion and reaching | ☐ Twisting |
| ☐ Damp weather | ☐ Pushing/Pulling | ☐ Walking |
| ☑ Exercise | ☐ Range of motion | ☑ Weight bearing |
| Associated Symptoms ⚹ | | |
| ☐ None | ☐ Locking episodes | ☐ Swelling |
| ☐ Buckling episodes | ☐ Numbness | ☐ Tingling |
| ☐ Change in Bowel or Bladder | ☐ Popping | ☐ Warmth |
| ☑ Cracking | ☐ Radiation down leg | ☐ Weakness |
| ☐ Instability | ☐ Stiffness | ☐ Other / Not Listed |
| Prior Imaging ⚹ | | |
| ☐ None | ☐ EMG | ☐ Ultra Sound |
| ☐ Bone Scan | ☑ MRI | ☑ X-Ray |
| ☐ CT Scan | | |
| Previous Surgery ⚹ | | No |
| Pain Management Physician Visit ⚹ | | No |
| Do you take blood thinners? ⚹ | | No |

Texas Orthopaedic Associates
8210 Walnut Hill Lane, Suite 130, LB11, , Dallas, TX,

Page: 1 of 1

Provider: James Montgomery

**JO-00767**

Confidential Information

NFL ALFORD-0009447

| Patient Name: | Olawale, Jamize |
|---|---|
| Injury/Illness | Left Lumbar Muscle Spasm |
| Injury/Illness Date: | 09/09/2015 09:25 AM |
| Description: | Left |

| Clinical Codes: | Code | Description |
|---|---|---|
| | 230900 | Lumbar Back Muscle Spasm |

| Background Details: | • Nature of Injury **New Onset**<br>• When was the Injury Reported? **Reported within 24 hrs**<br>• Description of Onset **The athlete reported doing squats and clean pulls in the weight room yesterday, and that is why he thinks his back is sore.**<br>• Team Activity When Injury Occurred **Strength and Conditioning**<br>• Team Activity Strength and Conditioning **Strength training**<br>• Position at Time of Injury **Running Back**<br>• Position at Time of Injury: If Running Back **Fullback**<br>• Background Screen Complete: **Yes**<br>• At the time of onset, was the player removed from participation: **No, Player continued participation**<br>• Following the session, was the player restricted from participation in subsequent sessions? **No, Continued at Full Participation** |
|---|---|

**2015-09-09**

| Notes: | User | Detailed Note |
|---|---|---|
| | Rabelo, Emilio | The athlete reported to the training room this morning with c/o low back soreness along his L paraspinals. He said that he thinks it is from the team lift yesterday which included squats. He has no c/o radiculopathy. His trunk ROM is WNL with flexion and L SB giving him most of his discomfort. Impression is lumbar spasm. |

| Modalities: | • Hydroc Hot Pack:1<br>• Pre Mod:1<br>• Myofascial Release:1<br>• Deep Muscle Stim:1 |
|---|---|

Confidential Information                                                        NFL ALFORD-0009448

| Patient Name: | Olawale, Jamize |
|---|---|
| Injury/Illness | Right Lumbar Muscle Spasm |
| Injury/Illness Date: | 10/27/2015 11:23 AM |
| Description: | Right |
| Clinical Codes: | **Code** **Description** |
| | 230900 Lumbar Back Muscle Spasm |

| Background Details: | o Nature of Injury **New Onset**<br>o When was the Injury Reported? **Immediately**<br>o Description of Onset **The athlete was squatting and when he reached the bottom position he felt a "crunch" and then pain in his lower back.**<br>o Team Activity When Injury Occurred **Strength and Conditioning**<br>o Team Activity Strength and Conditioning **Strength training**<br>o Position at Time of Injury **Running Back**<br>o Position at Time of Injury: If Running Back **Fullback**<br>o Background Screen Complete: **Yes**<br>o At the time of onset, was the player removed from participation: **Yes, Player was removed and did not return to the session**<br>o Following the session, was the player restricted from participation in subsequent sessions? **No, Continued at Full Participation** |
|---|---|

**2015-11-11**

| Modalities: | o Warm Whirlpool:1 |
|---|---|

**2015-11-10**

| Modalities: | o Warm Whirlpool:1 |
|---|---|

**2015-11-04**

| Modalities: | o Warm Whirlpool:1 |
|---|---|

**2015-10-28**

| Modalities: | o Massage:1 |
|---|---|

**2015-10-27**

| Notes: | **User** **Detailed Note** |
|---|---|
| | Rabelo, Emilio | The athlete reported to the training room with c/o LBP. He said that he was squatting and when he reached the bottom position he felt a "crunch" and then pain. He has point tenderness over his R paraspinals with no c/o radicular symptoms. He has limited trunk flexion ROM due to pain and due to hamstring tightness. His extension ROM also seems limited and he has c/o pain in that direction as well. All other trunk movements have full ROM and he has pain with R rotation as well. Impression is a R lumbar paraspinal spasm. |

| Modalities: | o Hydroc Hot Pack:1<br>o Stretch:1<br>o Deep Muscle Stim:1<br>o Pre Mod:1 |
|---|---|

Confidential Information

NFL ALFORD-0009449

OAKLAND RAIDERS ORGANIZATION
TRAINING ROOM – ROD MARTIN
DATE OF EXAM: 12/09/2016
PLAYER: OLAWALE, JAMIZE

## PROGRESS REPORT

**HISTORY**: Player comes in for check of his neck and his left upper extremity. He was seen yesterday where he stated he had a stinger with some residual sensory loss in his thumb and his forearm area.

**PHYSICAL EXAMINATION**: On examination last night, he had full range of motion of his neck. He had normal strength of his upper extremity.

On today's examination, he has improvement of his sensation, but he still has some numbness in the C6 dermatomal region. His neck has full range of motion. There is no tenderness in his neck.

He had an MRI scan this morning, which showed a disc bulge, what appears to be in the central area of C4/C5. There do not appear to be any significant other abnormalities in the region of the C6 left-sided nerve root. The radiologist report is pending.

**ASSESSMENT**: Recurrent stingers with some decreased sensation around the C6 nerve root.

**RECOMMENDATION**: The patient was placed on a Medrol Dosepak last night and does feel improvement. A long discussion was carried out with him regarding the risks of recurrent stingers in the neck and upper extremity.

He will work with the equipment manager and the trainers to try to help develop improvement in his shoulder pads and with his neck and shoulder musculature.

He will follow up as needed. Instructions were given to him.

Warren King, M.D.

MD2MD: D: 12/09/2016 12:58:42 pm  T: 12/10/2016 10:23:03 pm
        Job#: 747518/Doc#: 875999/Transc: BVT

Confidential Information                                                                                    NFL ALFORD-0009450

# THE OAKLAND RAIDERS
## END OF SEASON (2016) PHYSICAL EXAMINATION

Players Name: _Olawale, Jamize_     Date: _1-8-17_

### TO BE COMPLETED BY PLAYER

**Please check Item 1 or Item 2, whichever is appropriate:**

1. _____ I am, on this date, suffering from NO past or present physical injuries or medical problems.

2. _✓_ I am currently suffering from the following listed physical injuries (past or present) or medical conditions.

_Numbness in my shoulder/Arm, lack of strength (left side)_

Please answer the following questions:
Are you at present free of Injury, Illness, or Discomfort [ ] YES [ ] NO
If ""NO," please give full details.

_No_
_numbness in left shoulder/arm, lack of strength_

Are you currently physically able to perform all of the duties required in professional football? [ ] YES [ ] NO
If "NO," please give full details.

_Yes_

Have you missed any playing time during the season as a result of Injury, Illness, Discomfort, or any other reason?
[ ]YES [ ] NO
If "YES," please give full details.

_No_

During the season, have you suffered any Injury, Illness or Discomfort for which you have NOT sought any of the following:
If "YES," please give full details.

| | | |
|---|---|---|
| 1. Medical Advice? | [ ]YES [✓]NO | |
| 2. Diagnosis? | [ ]YES [✓]NO | |
| 3. Treatment? | [ ]YES [✓]NO | |

**I have been advised of my rights to worker's compensation benefits, including benefits related to cumulative trauma, and been given a worker's compensation brochure and was told to read it so that I understand the benefits available to me.**

Player's Signature _____     Date _1/8/16_

Confidential Information                                    NFL ALFORD-0009451

# ORTHOPEDIC EXAM

| **HEAD INJURY**<br>Suffered during the season?[ ]YES [✓]NO<br>Details: | **EXAM**<br><br><br><br><br><br>NORMAL EXAM Yes/No |
|---|---|
| **CERVICAL, THORACIC, LUMBAR SPINE INJURY**<br>Suffered during the season?[ ]YES [ ]NO<br>Details:<br>② Stage<br>hold correct<br>( 10 cases)<br> | **EXAM**<br>OℓE<br>weak   Sup Sp. 5/<br>Bcps   5/<br><br>NORMAL EXAM Yes/No |
| **SHOULDER INJURY**<br>Suffered during the season?[ ]YES [✓]NO<br>Details: | **EXAM**<br><br><br><br><br>NORMAL EXAM Yes/No |
| **UPPER/LOWER ARM, ELBOW, WRIST, HAND AND FINGER INJURY**<br>Suffered during the season?[ ]YES [✓]NO<br>Details: | **EXAM**<br><br><br><br><br>NORMAL EXAM Yes/No |

2

Confidential Information                                                   NFL ALFORD-0009452

| **PELVIS, HIP AND THIGH INJURY** Suffered during the season?[ ]YES [ ]NO Details: | **EXAM** |
|---|---|
| | NORMAL EXAM Yes/No |
| **KNEE INJURY** Suffered during the season?[ ]YES [ ]NO Details: | **EXAM** |
| | NORMAL EXAM Yes/No |
| **LOWER LEG, ANKLE, FOOT AND TOE INJURY** Suffered during the season?[ ]YES [ ]NO Details: | **EXAM** |
| | NORMAL EXAM Yes/No |

TO BE COMPLETED BY TEAM PHYSICIAN: Please check Item 1 or Item 2, whichever is appropriate:

1. _____ I have examined the above-listed player and found him to have NO physical injuries or orthopedic problems or conditions that would restrict him from unlimited participation in professional football.

2. _____ I have examined the above-listed prayer and found him to have the above-listed orthopedic conditions or problems which need treatment, rehabilitation, or off-season surgery.

Estimated time of recovery from date of examination: _____

PASSES EXAMINATION _____    FAILS EXAMINATION _____

TEAM PHYSICIAN'S SIGNATURE : _____    DATE 1-8-17

3

Confidential Information                                                NFL_ALFORD-0009453

| Patient Name : | Olawale, Jamize |
|---|---|
| **Problem :** | |
| **2014-09-14 00:00:00.0** | |
| Modalities: | o   IV : 1 |

| Patient Name : | Olawale, Jamize |
|---|---|
| **Problem :** | B. Legs |
| **2014-10-18 00:00:00.0** | |
| Modalities: | o   Normatec Compression : 1 |

| Patient Name : | Olawale, Jamize |
|---|---|
| **Problem :** | B. Legs |
| **2015-04-08 00:00:00.0** | |
| Modalities: | o   Normatec Compression : 1 |

| Patient Name : | Olawale, Jamize |
|---|---|
| **Problem :** | |
| **2016-10-09 00:00:00.0** | |
| Modalities: | o   Prophylactic IV : 1 |

| Patient Name : | Olawale, Jamize |
|---|---|
| **Problem :** | |
| **2016-10-30 00:00:00.0** | |
| Modalities: | o   Prophylactic IV : 1 |

| Patient Name : | Olawale, Jamize |
|---|---|
| **Problem :** | |
| **2016-11-21 00:00:00.0** | |
| Modalities: | o   Prophylactic IV : 1 |

| Patient Name : | Olawale, Jamize |
|---|---|
| **Problem :** | Right Medial Arch |
| **2017-11-13 00:00:00.0** | |
| Modalities: | |

| Patient Name : | Olawale, Jamize |
|---|---|
| **Problem :** | Chiro |
| **2018-04-19 00:00:00.0** | |
| Modalities: | o   Chiropractic Treatment : 1[manual therapy gastrocnemius, soleus, Talus, deltoid ligament, spring ligament, dictated by Dr. Landon Christy, DC] |

| Patient Name : | Olawale, Jamize |
|---|---|
| **Problem :** | Chiro |
| **2018-05-08 00:00:00.0** | |
| Modalities: | o   Chiropractic Treatment : 1[CMT performed on his pelvis and lumbar areas. Manual therapy performed on his hips bilaterally and gluteal musculature bilaterally. Dictated by Fred Casper DC.] |

| Patient Name : | Olawale, Jamize |
|---|---|
| **Problem :** | Chiro |
| **2018-05-10 00:00:00.0** | |
| Modalities: | o   Chiropractic Treatment : 1[manual therapy iliopsoas, TFL, Glute musculature, IT band, SI joint, sacral ligaments, piriformis, ischial tuberosity, dictated by Dr. Landon Christy, DC] |

| Patient Name : | Olawale, Jamize |
|---|---|

| **Problem :** | Chiro |
|---|---|
| **2018-05-15 00:00:00.0** | |
| Modalities: | o   Chiropractic Treatment : 1[CMT performed on his pelvis, lumbar, and Thoracic areas. Stretching performed on his cervical and upper thoracic spine. Patient stated that he had tightness in his left hamstring but did not want treatment on it. Dictated by Fred Casper DC.] |

| **Patient Name :** | Olawale, Jamize |
|---|---|
| **Problem :** | Chiro |
| **2018-08-06 00:00:00.0** | |
| Modalities: | o   Chiropractic Treatment : 1[manual therapy quadriceps, TFL, IT band, iliopsoas, dictated by Dr. Landon Christy, DC] |

| **Patient Name :** | Olawale, Jamize |
|---|---|
| **Problem :** | Chiro |
| **2018-08-16 00:00:00.0** | |
| Modalities: | o   Chiropractic Treatment : 1[CMT and manual therapy performed on his cervical and upper thoracic spine. CMT performed using activator methods. Dictated by Fred Casper DC.] |

| **Patient Name :** | Olawale, Jamize |
|---|---|
| **Problem :** | manual therapy |
| **2018-10-03 00:00:00.0** | |
| Modalities: | o   Dry Needling : 1[DN L mid back to relieve tension] |

| **Patient Name :** | Olawale, Jamize |
|---|---|
| **Problem :** | Chiro |
| **2018-10-08 00:00:00.0** | |
| Modalities: | o   Chiropractic Treatment : 1[manual therapy intercostalis, Pectoralis minor, pectoralis major, serratus anterior, thoracic paraspinal's, dictated by Dr. Landon Christy, DC] |

| **Patient Name :** | Olawale, Jamize |
|---|---|
| **Problem :** | Chiro |
| **2018-10-16 00:00:00.0** | |
| Modalities: | o   Chiropractic Treatment : 1[CMT performed on his right upper thoracic and right rib cage. Dictated by Fred Casper DC.] |

| **Patient Name :** | Olawale, Jamize |
|---|---|
| **Problem :** | Chiro |
| **2019-05-22 00:00:00.0** | |
| Modalities: | o   Chiropractic Treatment : 1[manual therapy medial hamstrings, adductors , dictated by Dr. Landon Christy, DC] |

| **Patient Name :** | Olawale, Jamize |
|---|---|
| **Problem :** | Chiro |
| **2019-05-21 00:00:00.0** | |
| Modalities: | o   Chiropractic Treatment : 1[manual therapy performed on his right hamstring. Dictated by Fred Casper DC.] |

| **Patient Name :** | Olawale, Jamize |
|---|---|
| **Problem :** | Chiro |
| **2019-05-28 00:00:00.0** | |
| Modalities: | o   Chiropractic Treatment : 1[manual therapy performed on his hamstrings bilaterally. Dictated by Fred Casper DC.] |

| **Patient Name :** | Olawale, Jamize |
|---|---|
| **Problem :** | Chiro |
| **2019-07-27 00:00:00.0** | |
| Modalities: | o   Chiropractic Treatment : 1[manual therapy calcaneus, talus, spring ligament, Achilles, soleus, gastrocnemius, dictated by Dr. Landon Christy, DC] |

| **Patient Name :** | Olawale, Jamize |
|---|---|
| **Problem :** | Chiro |
| **2019-07-28 00:00:00.0** | |
| Modalities: | o   Chiropractic Treatment : 1[manual therapy calcaneus, Achilles, plantar fascia, talus, dictated by Dr. Landon Christy, DC] |

Confidential Information          NFL ALFORD-0009455

| Patient Name: | Olawale, Jamize |
|---|---|
| Injury/Illness | C-Spine BP Right Side |
| Injury/Illness Date: | 08/15/2018 08:29 PM |
| Description: | Right |

| Clinical Codes: | Code | Description |
|---|---|---|
| | 091010 | Neck Brachial Plexus Stretch |

| Background Details: | <ul><li>Nature of Injury **New Onset**</li><li>When was the Injury Reported? **Immediately**</li><li>Description of Onset</li><li>Team Activity When Injury Occurred **Practice**</li><li>Team Activity Practice **11 on 11**</li><li>If 11 on 11 **Run (Inside Tackle)**</li><li>Position at Time of Injury **Running Back**</li><li>Position at Time of Injury: If Running Back **Fullback**</li><li>Background Screen Complete: **Yes**</li><li>At the time of onset, was the player removed from participation: **Yes, Player was removed and returned to the same session**</li><li>Following the session, was the player restricted from participation in subsequent sessions? **No, Continued at Full Participation**</li><li>Primary Player Activity at Time of Injury **Blocking**</li><li>If Blocking **Above Waist**</li><li>Primary Mechanism Type **Direct Contact: To injured body part OR immediately above / below injured body part**</li><li>If Direct Contact: To Injured body part OR immediately above / below injured body part **With Player**</li><li>Primary Mechanism of Injury **Direct Impact**</li></ul> |
|---|---|

| Orders: | **091010  Neck Brachial Plexus Stretch** |
|---|---|
| | **Rx:** <ul><li>Start Metaxalone 800 MG Tablet 1 tablet Orally Three times a day , for as needed , Dispense: 4 (Start Date: 2018-08-16 00:00:00.0) (Stop Date: 08/17/2018)</li></ul> |

**2018-08-28**

| Notes: | User | Detailed Note |
|---|---|---|
| | Brown, Britt | Jamize had no complaints and practiced unrestricted. |

**2018-08-26**

| Notes: | User | Detailed Note |
|---|---|---|
| | Maurer, Jim | Jamize played in the game vs. Arizona with no problems. |

**2018-08-24**

| Notes: | User | Detailed Note |
|---|---|---|
| | Brown, Britt | Jamize had no complaints and practiced unrestricted. |

**2018-08-23**

| Notes: | User | Detailed Note |
|---|---|---|
| | Brown, Britt | Jamize had no complaints and practiced unrestricted. |

**2018-08-22**

| Notes: | User | Detailed Note |
|---|---|---|
| | Brown, Britt | Jamixe did not report today. He has been fully practicing. |

**2018-08-21**

| Notes: | User | Detailed Note |
|---|---|---|
| | Brown, Britt | Jamize had no complaints and practiced unrestricted. |

**2018-08-20**

| Notes: | User | Detailed Note |
|---|---|---|
| | Maurer, Jim | Jamize had no complaints and practiced unrestricted. |

**2018-08-19**

| Notes: | User | Detailed Note |
|---|---|---|
| | Brown, Britt | Jamize fully participated in the game with no issues. He had no complaints after the game. |

**2018-08-15**

| Notes: | User | Detailed Note |
|---|---|---|
| | Maurer, Jim | C-Spine BP Right Side |
| | Maurer, Jim | Jamize was injured in the team drill today while blocking another player. He sustained a BP stretch mechanism. He was examined on the field and was able to demonstrate good strength and was allowed to return. He had no more issues during practice and was reexamined post practice. he was treated and will be rechecked in the a.m. |
| | | Jamize sustained a right-sided stinger in practice today is pulled off the field immediately afterwards and examined he was unclear as to whether was a compression or stretch sided injury he felt initially was more compression but then to |

Confidential Information                                                                 NFL ALFORD-0009456

| | DAL, Consulting Provider | examination and through discussion concluded that he was leading with that pad and feels like it was more of a stretch injury he has had a history of stingers on the left side in the past and does not state these at problem the right side. On exam he is examined both on the field and off the field on the field he initially was complaining its of sensation loss and tingling in his right upper extremity all the way to his hand that quickly diminished in the way strength exam on the field was symmetric to his contralateral uninvolved extremity a negative Spurling good isometric cervical strength no appreciable weakness in his right upper extremity off the field and the training room after practice. His only identifiable neurologic deficit was very trace weakness in active triceps extension on the right side compared to the left side his sensory exam his motor exam is otherwise completely benign as was his cervical isometric strength Spurling maneuvers and cervical range of motion and strength testing assessment and plan we'll continue treatment tonight hold him out and examined in the morning only if his symptoms are 100% resolved and he has no focal findings in perfect symmetric strength I will allow him to play also dependent on the level contact in practice tomorrow if he continues to have persistent pain we will image his cervical spine. Dictated By Dr. Michael Khair |

Modalities:
  o Interfntl: 1
  o Ice: 1

Confidential Information

NFL ALFORD-0009457

| | Code | Description |
|---|---|---|
| **Patient Name:** | | Olawale, Jamize |
| **Injury / Illness** | | Left Upper Back Strain |
| **Injury / Illness Date:** | | 10/07/2018 09:04 AM |
| **Description:** | | Left |

| | **Code** | **Description** |
|---|---|---|
| **Clinical Codes:** | 224010 | Thoracic Back Rhomboid Strain |
| | 113120 | Clavicle S-C Sprain/Anterior 1 Deg |

**Background Details:**
- Nature of Injury **New Onset**
- When was the Injury Reported? **Immediately**
- Description of Onset
- Team Activity When Injury Occurred **Game**
- Team Activity Game **Offense**
- If Offense **Unknown**
- Activity Segment **1st quarter**
- Foul **Not Applicable**
- Position at Time of Injury **Running Back**
- Position at Time of Injury: If Running Back **Fullback**
- Background Screen Complete: **Yes**
- At the time of onset, was the player removed from participation: **No, Player continued participation**
- Following the session, was the player restricted from participation in subsequent sessions? **No, Continued at Limited Participation (less than 100% of player's normal repetitions)**
- Primary Player Activity at Time of Injury **Unknown**
- Primary Mechanism Type **Unknown/Inconclusive**
- Primary Mechanism of Injury **Unknown/Inconclusive**

**224010 Thoracic Back Rhomboid Strain**

**Orders:**

Rx:
- Start Naproxen 500 MG Tablet Delayed Release 1 tablet Orally Twice a day , for 15 days , Dispense: 30 Tablet (Start Date: 2018-10-08 00:00:00.0) (Stop Date: 10/23/2018)
- Start Ketorolac Tromethamine 10 MG Tablet 1 tablet with food or milk as needed Orally Once a Day , for 1 days , Dispense: 1 Tablet (Start Date: 2018-10-07 00:00:00.0) (Stop Date: 10/08/2018)
- Start Ketorolac Tromethamine 30 MG/ML Solution 0.5 ml as needed Injection Once a Day , for 1 days , Dispense: 1 (Start Date: 2018-10-07 00:00:00.0) (Stop Date: 10/08/2018)
- Start Ketorolac Tromethamine 30 MG/ML Solution 0.5 ml as needed Injection Once a Day , for 1 days , Dispense: 2 (Start Date: 2018-10-14 00:00:00.0) (Stop Date: 10/15/2018)

**2018-10-24**

| Notes: | **User** | **Detailed Note** |
|---|---|---|
| | Brown, Britt | Jamize did not report for any treatment. He practiced full. |

**2018-10-23**

| Notes: | **User** | **Detailed Note** |
|---|---|---|
| | Brown, Britt | Jamize did not report for any treatment. |

**2018-10-21**

| Notes: | **User** | **Detailed Note** |
|---|---|---|
| | Brown, Britt | Jamize played in the game vs. Redskins with no problems. |

**2018-10-19**

| Notes: | **User** | **Detailed Note** |
|---|---|---|
| | Brown, Britt | Jamize continued treatment and practiced with no issues. |

**2018-10-18**

| Notes: | **User** | **Detailed Note** |
|---|---|---|
| | Brown, Britt | Jamize continued treatment and practiced with no issues. |

**2018-10-17**

| Notes: | **User** | **Detailed Note** |
|---|---|---|
| | Brown, Britt | Jamize continued treatment and practiced with no issues. |

**2018-10-16**

| Notes: | **User** | **Detailed Note** |
|---|---|---|
| | Brown, Britt | Jamize did not report for any treatment. |

**2018-10-15**

| Notes: | **User** | **Detailed Note** |
|---|---|---|
| | Maurer, Jim | Jamize was not in for sick call and texted me that the shoulder and back felt fine with no issues. He will be rechecked in the a.m. |

**2018-10-14**

| Notes: | **User** | **Detailed Note** |
|---|---|---|
| | | |

Confidential Information        NFL ALFORD-0009458

| Maurer, Jim | Jamize played in the game vs. Jax with no problems. |

**2018-10-12**

Notes:

| User | Detailed Note |
|---|---|
| Brown, Britt | Jamize continued treatment and practiced with no issues. |

**2018-10-11**

Notes:

| User | Detailed Note |
|---|---|
| Brown, Britt | Jamize continued treatment and practiced with no issues. |

Modalities:
- Ultrasound :1
- Interfntl:1
- Hot Whirlpool :1
- Hydrocollator Pack :1

**2018-10-10**

Notes:

| User | Detailed Note |
|---|---|
| Brown, Britt | Jamize continued treatment and practiced with no issues. |

Modalities:
- Shortwave Diathermy:1
- Interfntl:1
- Ice:1

**2018-10-09**

Notes:

| User | Detailed Note |
|---|---|
| Brown, Britt | Jamize continued treatment. |

Modalities:
- Shortwave Diathermy:1
- Ice:1

**2018-10-08**

Notes:

| User | Detailed Note |
|---|---|
| Cooper,Dan | follow-up exam shows no significant tenderness in the interscapular region. He does have some discomfort there but no tenderness. He is to has mild tenderness in the upper thoracic anterior region just distal to the sternoclavicular joint on the left. This is in the region of the costochondral junction adjacent to the sternum. The sternum itself and manubrium are not tender. The inferior aspect of the left AC joint is a little bit tender. X-rays: A PA and lateral chest x-ray normal. Mediastinum is normal. Lordotic view of the SC joints normal. Clavicle normal. Impression left-sided upper thoracic compression injury probably involving a degree of sprain to the rib facet and anterior costochondral region. Possible mild sprain of the left AC left sternoclavicular joint. Plan treatment modalities. Naprosyn. Possibly modify his shoulder pads. Most likely full participation. |
| Cooper,Dan | he's had some interscapular pain and anterior left-sided costochondral or sternoclavicular pain since Thursday when he took a hit. This is my first evaluation. It seems like this might be a rib facet injury or costochondral injury anteriorly. He has minor tenderness at the sternoclavicular joint. Procedure: I did a manipulation of his rib facet on the left side in the mid thoracic region. I did feel a little click and he seemed to think that this helped him. He was able to continue participating. |

Modalities:
- Shortwave Diathermy:1
- Interfntl:1
- Ice:1

**2018-10-07**

Notes:

| User | Detailed Note |
|---|---|
| Maurer,Jim | Left Upper Back Strain |
| Maurer, Jim | Jamize is complaining of some upper back pain which initially presented last Wednesday following practice. In the 1st quarter of the game vs. Houston, Jamize experienced increased soreness in the back. He finished the first half and was evaluated at halftime by Dr. Cooper. This is beleived to be either a rhomboid strain or a possible rib facet injury. Dr. Cooper attempted manipulation of the rib with some success and Jamize was able to finish the game. He was iced and will be rechecked in the a.m. |

JO-00779



OLAWALE, JAMIZE

Date: January 13, 2019

## Dallas Cowboys
## Post-Season Physical Examination
The following injuries or conditions have been noted during the 2018 season:

Left Ankle ATF
Left Quad Strain
C-Spine BP Stretch
Left Rhomboid/SC Sprain

I have been examined during a Post-Season Physical Examination and hereby declare that I have advised my employer of all my injuries (physical and mental) and such injuries do not preclude me from engaging in the activities of a Professional Football Player. I have been offered information regarding workers compensation.

_____        _____
Player                           Physician

I have been examined during a Post-Season Physical Examination and hereby declare that I have advised my employer of all my injuries (physical and mental) and such injuries do not preclude me from engaging in the activities of a Professional Football Player, with the following exceptions(s):_____

_____
_____

I have been offered information regarding workers' compensation.

_____        _____
Player                           Physician

DALLAS COWBOYS

Confidential Information
NFL ALFORD-0009460

Olawale, Jamize



## ACKNOWLEDGEMENT OF RECEIPT OF MEDICAL INFORMATION

At a physical examination on June 10, 2019, I have been informed by the Club physician that I have the following physical condition(s):

| | | |
|---|---|---|
| Left Great Toe | Both AC | Foot PF |
| Left Knee MCL | Concussion | Both Hamstring |
| Left Ankle DJD | Left Quad Strain | C-Spine BP Stretch |
| Left Rhomboid/SC Sprain | | |

1. To the best of my knowledge, I do **not** have any medical problem(s) other than those noted on this physical exam form.

JR-O
Initials

2. I have received a full explanation from the Club physician that to continue to play professional football may result in the aggravation or deterioration of previous and/or present injuries and/or sustaining new injuries, during my employment by Club.

JRO
Initials

3. I also fully understand that any or all of the injuries sustained while participating in professional football **could** result in future permanent physical disability.

JRO
Initials

4. I represent that I am **not** now suffering from any physical and/or mental disability, which prevents me from playing professional football.

JRO
Initials

5. I fully understand the possible consequences of playing professional football with the physical condition(s) set forth in paragraph 1 above. Nevertheless, I desire to continue to play professional football and hereby assume the risk of the matters set forth in paragraph 2 above.

JRO
Initials

July 26, 2019
Date

Player

Witness

Club Physician

**DALLAS COWBOYS**

Confidential Information   NFL ALFORD-0009461

# Marvin Van Hai, M.D.
**BOARD CERTIFIED, AMERICAN BOARD OF ORTHOPEDIC SURGERY**

729 West Bedford-Euless Road, Suite 106
Hurst, Texas 76053
(817) 282-1012
(817) 282-1015 Fax

01/11/2021

**OLAWALE, JAMIZE**
    DOB:

Mr. Olawale is 31 years of age and presented on 01/1/12021 for evaluation of his low back pain which has been intermittent over the last eight years. He has been actually with the Dallas Cowboys now as a fullback over the past three years but opted out this year because of COVID-19. He states that he tries to work out at least three days a week but he is having problems in his back but also some paresthesias in his feet. He states that Valsalva does not change his symptoms. He does have decreased tolerance to prolonged standing or walking. He cannot sleep in a prone position. He does admit to having a motor vehicle accident in his high school years and had documentation of bulging disks. He considers his pain to be getting worse.

**CURRENT SYMPTOMS:**    Include that of low back pain as well as bilateral foot discomfort with prolonged standing, walking, and even sitting and lying prone. It is better with changing positions.

The patient has had no formal therapy or injection treatment.

The patient denies any fevers, chills, or sweats. No bowel or bladder control problems are noted.

**PMH:**
| | |
|---|---|
| ALL: | **Sunscreen causes swelling.** |
| MEDS: | Only over-the-counter medications for headaches otherwise no formal medications are prescribed. |
| SURG: | Oral surgery in 2020 and the patient had an impacted tooth before. |
| ILL: | Denies any major medical problems such as hypertension, heart problems, kidney, liver, or stomach disorders. |

**SOCIAL HX:**    The patient is married with three children.
    Smoking:    None.
    Alcohol use:    Rare.

**FAMILY HX:**    Noncontributory, only spine dysfunction in himself.

**ROS:**    The patient denies glasses, depression, or insomnia. He does have migraine type headaches and he takes over-the-counter medications for those. The review of systems was completed. He does admit to headaches, back pain, difficulty with prolonged walking, and also chicken pox in the past.

**PHYSICAL EXAM:**
| | |
|---|---|
| VS: | Height 6'0", weight 240, pulse 75, respirations 15. Pain level varies depending on his activity. |
| HEENT: | PERRL, EOMs full. |
| CHEST: | No localized tenderness on palpation or respiratory distress. |

**JO-00782**

Confidential Information

OLAWALE, JAMIZE
01/11/2021
Page 2 of 3

ABDOMEN: Soft and nontender without guarding or rebound on abdominal compression and palpation.

CERVICAL SPINE ROM:
Flexion: Chin comes to the chest. The patient did have some midline pain noted in the cervical spine on end range.
Extension: 60°.
Rotation: 60° to the right and left.
Spurling's Sign: Negative for any radicular pain but mild midline discomfort.
Hoffman's: Negative bilaterally.

LUMBAR SPINE ROM:
Forward flexion: Fingertips come to the mid tibia and there is no radiation.
Extension: 20° and then there was increased low back pain in the L4-S1 zone.
Gait: Normal heel-toe gait for the lower back and legs.
Tenderness:
Straight leg raise: Seated - Negative bilaterally.
Supine - Hamstring tightness was noted but no distinct dermatomal deficit reported or noted. Lasègue's was negative bilaterally for radicular pain.
Prone Push-up: Increased low back pain in the L4-S1 zone.
FABERs: Negative bilaterally.
Calf Circumference: 45 cm on the right and 44.5 cm on the left.

| SHOULDER ROM: | RIGHT | LEFT |
|---|---|---|
| Forward flexion passive: | 160° | 160° |
| Impingement Arc: | Negative | Equivocal |

NEUROLOGICAL EXAM:
| UPPER EXTREMITIES: | LEFT | RIGHT |
|---|---|---|
| Sensation, C5-T1: | Normal | Normal |
| Motor, C5-T1: | 5/5 | |

LOWER EXTREMITIES:
| Sensation, L1-S1: | Normal | Normal |
|---|---|---|
| Motor, L1-S1: | 5/5 including the L5 and S1 myotomes | |
| Reflexes, LE: | | |
| Knee: | Trace to absent | Absent |
| Ankle: | Absent bilaterally even with augmentation of the reflex | |

IMAGING: None was available for review. The patient does report he has had some imaging in the distant past but nothing recent.

IMPRESSION:
1. Lumbar sprain/strain with possible central canal stenosis which would account for the symptoms that the patient is manifesting.
2. History of migraine headaches under adequate control.

**JO-00783**

Confidential Information

OLAWALE, JAMIZE
01/11/2021
Page 3 of 3

**PLAN:**
1. Proceed with x-rays of the lumbar spine to include AP, lateral, flexion, extension.
2. MRI of the lumbar spine to help give definition as to the severity of the compression as a basis for the irritation that the patient notes in both lower extremities.
3. We will have the patient follow-up here at the office if that works for him after the MRI and x-rays are completed.

Thank you again for the opportunity to evaluate Mr. Olawale.


Marvin Van Hal, M.D., Orthopaedic Surgeon
Fellowship Trained Spine Surgeon
Diplomate American Board of Orthopaedic Surgery
TDI Approved Designated Doctor
Texas License #: H9171

MVH/dmos

**JO-00784**

Confidential Information

# Marvin Van Hai, M.D.
**BOARD CERTIFIED, AMERICAN BOARD OF ORTHOPEDIC SURGERY**

729 West Bedford-Euless Road, Suite 106
Hurst, Texas 76053
(817) 282-1012
(817) 282-1015 Fax

01/28/2021

## TELEMED NOTE

OLAWALE, JAMIZE
  DOB:

The patient was seen today via telemedicine due to the Coronavirus. He has had now the MRI as well as x-rays of the lumbar spine. The good news is there is no large disk herniation. He does have an annular fissure at L5-S1 and facet changes at L4-L5 and L5-S1. Of concern though is there is a lucency across the pars at L5 but no listhesis is appreciated.

The patient does report that he is still having residual pain in the back. He is on hold this year for the Dallas Cowboys as a fullback. The difficulty here is that he has to stay very physically fit. Whether or not his back is going to tolerate that heavy lifting activity with the findings that we have at age 31 is indeterminate.

I advised that treatment for this can vary up to fusion of the back as well. We did this visit today on telemedicine and Facetime specifically and with that we were able to show him the pictures of the lumbar spine x-ray as well as MRI which took considerable time and effort.

Past medical history is unchanged. He is still reporting significant discomfort with the lumbar spine.

**EXAM:**        Vital signs are unable to be taken because of the telemedicine platform. The patient is alert and oriented x 3. He appears in no acute distress. HEENT was normal. No respiratory distress. No report of any COVID-19 symptoms.

I did not have the patient do flexion extension today. He is not reporting any new neurological changes. He had excellent strength in the past as well as the sensation was normal.

**IMAGING:**        MRI was reviewed showing the facet changes worse on the left and mild on the right at L4-L5 and L5-S1 and at L5-S1 there is also an annular fissure and end plate discogenic edema. Lucency was noted on the plain films across the pars.

**IMPRESSION:**        Probable pars defect as noted on x-ray at L5 without any appreciated listhesis.

**PLAN:**
1. We discussed the patient's issue that he needs to address. He will need to discuss this with others.
2. I offered to have the patient receive the reports and we will get those sent.
3. Follow-up here in six weeks for in-person exam.

Extra time was used going over the imaging studies in detail with the patient.

**JO-00785**

Confidential Information

OLAWALE, JAMIZE
01/28/2021
Page 2 of 2

*Due to the Coronavirus, we did this review and evaluation under Telemedicine technique.  Prescription monitoring program profile was checked.


Marvin Van Hal, M.D., Orthopaedic Surgeon
Fellowship Trained Spine Surgeon
Diplomate American Board of Orthopaedic Surgery
TDI Approved Designated Doctor
Texas License #: H9171

Billing:    (99214)
MVH/dmos

Confidential Information                                                    NFL  ALFORD-0009466

# U ⌐versity of North Texas

## Episode History for OLAWALE, Jamize

| Episode # 00278 | 06-Nov-2009 thru 03-Sep-2011 | Wed 09-May-2012 11:08  Page 1 |
|---|---|---|

| Day | Date | Days Elapsed | Activity | Description |
|---|---|---|---|---|
| Fri 12-Aug-2011 | | 0 | Injury/Illness | R SHOULDER > SPRAIN > ACROMIOCLAVICULAR JOINT<br>EPISODE: 00278<br>WC Required:  WC Done:<br>OSHA Required:  OSHA Done:<br>Group Sport Pos: PL MFB WR |

**JO-00787**

Confidential Information

NFL ALFORD-0009467



Olawale, Jamize

*Dallas Cowboys Football Club*

## ACKNOWLEDGEMENT OF RECEIPT OF MEDICAL INFORMATION

At a physical examination on June 11, 2012, I have been informed by the Club physician that I have the following physical condition(s):

Left Great Toe                    Right AC Joint

1. To the best of my knowledge, I do **not** have any medical problem(s) other than those noted on this physical exam form.

<div align="right">JRO<br>Initials</div>

2. I have received a full explanation from the Club physician that to continue to play professional football may result in the aggravation or deterioration of previous and/or present injuries and/or sustaining new injuries, during my employment by Club.

<div align="right">JRO<br>Initials</div>

3. I also fully understand that any or all of the injuries sustained while participating in professional football **could** result in future permanent physical disability.

<div align="right">JRO<br>Initials</div>

4. I represent that I am **not** now suffering from any physical and/or mental disability, which prevents me from playing professional football.

<div align="right">JRO<br>Initials</div>

5. I fully understand the possible consequences of playing professional football with the physical condition(s) set forth in paragraph 1 above. Nevertheless, I desire to continue to play professional football and hereby assume the risk of the matters set forth in paragraph 2 above.

<div align="right">JRO<br>Initials</div>

July 24, 2012
Date

_____                    _____
Witness                                     Player

                                            _____
                                            Club Physician

Dallas Cowboys Football Club   Cowboys Center   One Cowboys Parkway   Irving, Texas 75063-4999
972/556-9900   972/556-0304 Fax   www.dallascowboys.com

JO-00788

Confidential Information                                              NFL ALFORD-0009468

Dallas Cowboys Football Club, Ltd
Orthopedic Examination

Player: **Jamize Olawale**    Date: **3.27.18**    Position:    Status:

Surgeries: ∅

Fractures: ∅

MRIs: ∅

Missed games/practices: Concussion × 1 gm / 185 /Quad Strain
(last two seasons)

| History | | Exam | | Region | Surgery / Details / Year | (Circle if +) |
|---|---|---|---|---|---|---|
| Pos | Neg | Abn | Nml | | | |
| ✓ | | | | **Head** | | Concussion × 1 |
| | | | | | | Dizziness |
| | ✓ | | | **Neck** | | |
| | | | | ROM | | Burners |
| | | | | Compression Test | | Radicular |
| | | | | Spurling's | | Disc |
| | | | | Sensory/DTRS | | Collar |
| | | | | Hoffman's | | Fx |
| | ✓ | | | Motor Strength | | Injections |
| | | | | **Lumbar** | | |
| | | | | ROM | | Disc |
| | | | | Scoliosis | | Spondy |
| | | | | Dossett Test | | Tightness |
| | | | | Lordosis | | Radicular |
| | | | | Motor | | Dosepak? |
| | | | | Sensory | | Fx |
| | | | | DTRS | | Injections |
| | | | | SLR | | WR. Restrictions |
| | | | | Babinski | | |

| History | | Exam | | | | Region | | Surgery / Details / Year |
|---|---|---|---|---|---|---|---|---|
| Pos | Neg | RT | | LT | | | | |
| | | Ab | Nl | Ab | Nl | | | |
| ? | | | | | | **Shoulder** | Can't remember | Fx   ?Gr1 |
| | | | | | | ROM | | AC |
| | | | | | | Crank | | Instability |
| | | | | | | LD/Shift-Stability | | Rotator Cuff |
| | | | | | | Impingement | normal on exam | Bursitis |
| | | | | | | RC Strength | | SLAP |
| ✓ | | | | | | AC Joint | normal on exam | Ant. Labrum |
| | | | | | | | | Post. Labrum |
| | | | | | | **Elbow** | | Pec. |
| | | | | | | ROM | | Dislocation |
| ✓ | | | | | | Stability-UCL | | Hyperextension |
| | | | | | | Bursa | | Tendinitis |
| | | | | | | Epicondyles | | Fx |

JO-00789

Confidential Information

NFL_ALFORD-0009469

| History | | Exam | | | | Region | Surgery / Details / Year | (Circle if +) |
|---|---|---|---|---|---|---|---|---|
| Pos | Neg | RT | | LT | | | | |
| | | Ab | Nl | Ab | Nl | | | |
| | ✓ | | | | | **Forearm/Wrist** | | Radius/ulna Fx |
| | | | | | | ROM | | TFCC |
| | | | | | | Snuffbox | | S-L Ligament |
| | | | | | | SL Tenderness | | Scaphold Fx |
| | ✓ | | | | | **Hand** | | Gamekeeper's |
| | | | | | | Thump MCP | | Fingers-PIP Def. |
| | | | | | | Deformity | | MC FX |
| | | | | | | | | Dislocation |
| | ✓ | | | | | **Pelvis** | | |
| | | | | | | SI Joint | | Sports Hernia |
| | | | | | | Pubis | | SI Joint |
| | | | | | | Rocker Test | | Osteitis Pubis |
| | | | | | | Inguinal Floor | | |
| | ✓ | | | | | **Hips** | | DJD |
| | | | | | | ROM | | Groin-Adductor |
| | | | | | | FAI-Pain | | FAI-Scope |
| | | | | | | | | Hip Flexor |
| L | R | | | | | **Thigh** | | Hamstring |
| | | | | | | Defects | | Quad Strain |
| | | | | | | Flexibility | | Quad Contusion |
| | | | | | | Weakness | | Rectus Tear |
| L | R | | | | | **Knee** | | ACL-BTB/HS/ALLO |
| | | | | | | Effusion | | MCL |
| | | | | | | ROM | | LCL |
| | | | | | | PF Crepitus | | PCL |
| | | | | | | PF Alignment | | PF-Inst. / DJD |
| | | | | | | Valgus 0° | | Loose Body |
| | | | | Tr | | Valgus 30° | | Meniscus |
| | | | | | | Varus 0° | | DJD |
| | | | | | | Varus 30° | | Wear Brace? |
| | | | | | | Lachman's | | Scoped? |
| | | | | | | Pivot Shift | | Pat. Tendinitis |
| | | | | | | Anterior Drawer | | Asp. Injection |
| | | | | | | Posterior Drawer | | OCD |
| | | | | | | Hyperextension (phys.) | | |
| | | | | | | Hyperflexion test | | |
| | | | | | | Joint Line Tenderness | | |
| | | | | | | Patellar Tenden | | |
| L | R | | | | | **Ankle** Bi/exam | | DJD |
| | | | | | | Stability Nl. exam | M.xd | Lat Sprains |
| | | | | | | ROM | | Syndesmosis |
| | | | | | | Achilles | | OCD |
| L | R | | | | | **Foot** | | Lisfranc's |
| | | | | | | Arch | | 5th MT |
| | | | | | | ROM | | Plantar Fascia     ? |
| | | | | | | 5th MT | | Achilles |
| | | | | | | Plantar Fascia | | PT Achilles |
| | ✓ | | | | | **Hallux** | | Turf Toe |
| | | | | | | Sesamoids | | Sesamoids |
| | | | | | | ROM | | Fx |

Confidential Information                                                                NFL ALFORD-0009470

X-rays:

| **VIEWS** | **INTERPRETATIONS** |
|---|---|

1.) (L) /knee  4V          *Normal. No OA*

2.)( L) Ankle. 5V         *Old HAS. w/ Cart*
                          *~~and~~ minor chg d*

3.)

4.)

Remarks:

*No concerns*

Medical Grade:   1   2   3V   3   3Λ  ( 4 )  5

Waiver:

_____
Signature

_____
Print Name
Team Physician, Dallas Cowboys Football Club

JO-00791

| Patient Name: | Olawale, Jamize |
|---|---|
| Injury / Illness | Right Back Trapezius Strain |
| Injury / Illness Date: | 09/10/2014 12:10 AM |
| Description: | Upper Back-Right-Spasm-Grade 1 |

| Clinical Codes: | Code | Description |
|---|---|---|
| | 224030 | Thoracic Back Trapezius Strain |

**Background Details:**
- Nature of Injury New Onset
- When was the Injury Reported? **Within 3 days**
- Description of Onset **The athlete reported to the training room after practice with c/o posterior R shoulder pain. His pain is over his R rhomboids and levator. He said that he lowered his shoulder to hit someone yesterday in practice and that is when his pain began. He describes it as an aching pain, and he feels it when he raises his arm. There is no swelling or ecchymosis present. He is point tender over the insertion of his levator scapula. He has full ROM for in all planes except for IR on the R which is limited compared to the L shoulder. He has 4/5 strength for flexion, abduction, and ER on the R which seems to be due to pain. He has pain with empty can, O'Brians, and Hawkins impingement test, however none of his pain is in his shoulder.**
- Team Activity When Injury Occurred **Practice**
- Team Activity Practice **11 on 11**
- If 11 on 11 **Run (Inside Tackle)**
- Activity Segment **2nd quarter/2nd 25% of practice**
- Position at Time of Injury **Running Back**
- Position at Time of Injury: If Running Back **Fullback**

### 2014-09-13

| Modalities: | |
|---|---|
| | - Combo:1 |
| | - Hydroc Hot Pack:1 |

### 2014-09-12

| Modalities: | |
|---|---|
| | - Combo:1 |

### 2014-09-11

| Modalities: | |
|---|---|
| | - Myofascial Release:1 |

### 2014-09-10

| Notes: | User | Detailed Note |
|---|---|---|
| | Rabelo, Emilio | The athlete reported to the training room after practice with c/o posterior R shoulder pain. His pain is over his R rhomboids and levator. He said that he lowered his shoulder to hit someone yesterday in practice and that is when his pain began. He describes it as an aching pain, and he feels it when he raises his arm. There is no swelling or ecchymosis present. He is point tender over the insertion of his levator scapula. He has full ROM for in all planes except for IR on the R which is limited compared to the L shoulder. He has 4/5 strength for flexion, abduction, and ER on the R which seems to be due to pain. He has pain with empty can, O'Brians, and Hawkins impingement test, however none of his pain is in his shoulder. |

| Patient Name: | Olawale, Jamize |
|---|---|
| Injury/Illness | Right Shoulder Rotator Cuff Tendinitis/Acute |
| Injury/Illness Date: | 10/12/2014 02:15 PM |
| Description: | Shoulder-Right-Tendinitis-Grade 1 |

**Clinical Codes:**

| Code | Description |
|---|---|
| 100610 | Shoulder Rotator Cuff Tendinitis/Acute |

**Background Details:**
- Nature of Injury **New Onset**
- When was the Injury Reported? **Within 3 days**
- Description of Onset Jamize said he stretched out his arm to make a tackle and felt pain in his shoulder. He continued to play the game and noticed that his soreness gradually increased. He finished the game and had difficulty sleeping that evening. This morning he has limited AROM in flexion,abd and ext. rot. Ant. shoulder point tenderness present. Dr. King also evaled.
- Team Activity When Injury Occurred **Game**
- Team Activity Game **Special Teams**
- If Special Teams **Kick-Off (Game)**
- Activity Segment **2nd quarter/2nd 25% of practice**
- Foul **Not Applicable**
- Position at Time of Injury **Running Back**
- Position at Time of Injury: If Running Back **Fullback**

**N/A  Other**

**Orders:**

Rx:
- Start Indomethacin ER 75 MG Capsule Extended Release 1 capsule with food Orally Once a day , for 30 day(s) , Dispense: 14 (Start Date: 2014-10-14 00:00:00.0) (Stop Date: 11/13/2014)
- Start Ketorolac Tromethamine 10 MG Tablet 1 tablet as needed Orally every 6 hrs , Dispense: 2 (Start Date: 2014-10-22 00:00:00.0)
- Start Ketorolac Tromethamine 10 MG Tablet 1 tablet as needed Orally every 6 hrs , Dispense: 1 (Start Date: 2014-10-28 00:00:00.0)
- Start Ketorolac Tromethamine 10 MG Tablet 1 tablet as needed Orally every 6 hrs , Dispense: 1 (Start Date: 2014-11-03 00:00:00.0)
- Start Ketorolac Tromethamine 10 MG Tablet 1 tablet as needed Orally every 6 hrs , Dispense: 1 (Start Date: 2014-11-11 00:00:00.0)
- Start Ketorolac Tromethamine 10 MG Tablet 1 tablet as needed Orally every 6 hrs , Dispense: 12 (Start Date: 2014-11-18 00:00:00.0)

**2014-12-19**

Modalities:
- Warm Whirlpool:1

**2014-12-01**

Modalities:
- Hydroc Hot Pack:1

**2014-11-29**

Modalities:
- Warm Whirlpool:1
- Hydroc Hot Pack:1

**2014-11-28**

Modalities:
- Warm Whirlpool:1

**2014-11-27**

Modalities:
- Hydroc Hot Pack:1
- Pre Mod:1

**2014-11-26**

Modalities:
- Hydroc Hot Pack:1
- Biowave Deep Wave Stimulation:1
- Warm Whirlpool:1
- Ultrasound :1

**2014-11-25**

Modalities:
- Warm Whirlpool:1
- Hyberesis Iontophoresis Unit:1

**2014-11-22**

Modalities:
- Warm Whirlpool:1
- Hyberesis Iontophoresis Unit:1

**2014-11-20**

Modalities:
- Hyberesis Iontophoresis Unit:1

**2014-11-19**

Modalities:
- Ultrasound :1

**2014-11-16**

Modalities:
- Shortwave Diathermy:1
- Ultrasound :1

**2014-11-09**

Notes:

| User | Detailed Note |
|---|---|
| Touchet, Scott | Jamize requested an injection in his Shoulder from Dr. King prior to the game. |

**2014-11-08**

| Modalities: | • Warm Whirlpool:1<br>• Hydroc Hot Pack:1<br>• Interferential Current Therapy:1 |

**2014-11-07**

| Modalities: | • Hydroc Hot Pack:1<br>• Biowave Deep Wave Stimulation:1 |

**2014-11-06**

| Modalities: | • Hydroc Hot Pack:1<br>• Biowave Deep Wave Stimulation:1 |

**2014-11-05**

| Modalities: | • Hydroc Hot Pack:1<br>• Biowave Deep Wave Stimulation:1 |

**2014-11-04**

| Modalities: | • Hydroc Hot Pack:1<br>• Biowave Deep Wave Stimulation:1<br>• Hyberesis Iontophoresis Unit:1 |

**2014-11-03**

| Modalities: | • Hydroc Hot Pack:1<br>• Interferential Current Therapy:1<br>• Ice Pack:1 |

**2014-11-02**

| Notes: | **User** | **Detailed Note** |
|---|---|---|
| | Touchet, Scott | Jamize requested an injection in his R. Shoulder from Dr. King prior to the game. |

**2014-11-01**

| Modalities: | • Ultrasound :1<br>• Shortwave Diathermy:2<br>• Biowave Deep Wave Stimulation:1 |

**2014-10-31**

| Modalities: | • Warm Whirlpool:1<br>• Shortwave Diathermy:1<br>• Hyberesis Iontophoresis Unit:1 |

**2014-10-30**

| Modalities: | • Hydroc Hot Pack:1<br>• Pre Mod:1<br>• Warm Whirlpool:1<br>• Game Ready Cryotherapy:1 |

**2014-10-29**

| Modalities: | • Ice Pack:2<br>• Hydroc Hot Pack:1<br>• Pre Mod:1 |

**2014-10-28**

| Notes: | **User** | **Detailed Note** |
|---|---|---|
| | Rabelo, Emilio | MHP and Biowave 15 min. Laser Joint Mobilizations AAROM Flexion 3 X 10 Pendulums 3 X 10 Scapular Retraction 3 X 10 Scapular Depression 3 X 10 Ice and IFC 15 min. The athlete reported to the training room this morning with slight improvements in his pain. He still has limited ROM and strength due to pain. He has pain even with PROM and after most of the ROM exercises and scapular exercises he still had pain. We will continue to work on decreasing his pain and inflammation in order to restore his ROM and strength. |

| Modalities: | • Exercise:1<br>• AROM:1<br>• Hydroc Hot Pack:1<br>• Interferential Current Therapy:2<br>• Stretch:1<br>• Ice Pack:1<br>• Joint Mobilization:1 |

**2014-10-27**

| Modalities: | • Hydroc Hot Pack:1<br>• Interferential Current Therapy:2<br>• AROM:1<br>• Dynatron X5:1<br>• Joint Mobilization:1<br>• Ice Pack:1 |

**2014-10-26**

| Notes: | **User** | **Detailed Note** |
|---|---|---|
| | Touchet, Scott | Jamize requested an injection in his R. SHoulder from Dr. King prior to the game. |

**2014-10-25**

| Modalities: | • Hydroc Hot Pack:1<br>• Shortwave Diathermy:1<br>• Massage:1 |

Confidential Information

NFL ALFORD-0009474

| | o Stretch:1 |
|---|---|
| **2014-10-24** | |
| Modalities: | o Joint Mobilization:1 |
| **2014-10-23** | |
| Modalities: | o Hydroc Hot Pack:1<br>o Biowave Deep Wave Stimulation:1 |
| **2014-10-22** | |
| Modalities: | o Warm Whirlpool:1<br>o Hydroc Hot Pack:1<br>o Biowave Deep Wave Stimulation:1 |
| **2014-10-21** | |
| Modalities: | o AROM:1<br>o Hydroc Hot Pack:1<br>o Interferential Current Therapy:1<br>o Dynatron X5:1 |
| **2014-10-20** | |
| Modalities: | o Hydroc Hot Pack:1<br>o Biowave Deep Wave Stimulation:1<br>o Interferential Current Therapy:1<br>o Game Ready Cryotherapy:1 |
| **2014-10-19** | |
| Notes: | **User** — **Detailed Note** <br>Touchet, Scott — Jamize requested an injection in his R. Shoulder prior to the game from Dr. King. |
| **2014-10-18** | |
| Modalities: | o Interferential Current Therapy:1<br>o Hydroc Hot Pack:1 |
| **2014-10-17** | |
| Modalities: | o Hydroc Hot Pack:1<br>o Biowave Deep Wave Stimulation:1 |
| **2014-10-16** | |
| Modalities: | o Hydroc Hot Pack:1<br>o Biowave Deep Wave Stimulation:1 |
| **2014-10-15** | |
| Modalities: | o Hydroc Hot Pack:1<br>o Biowave Deep Wave Stimulation:1<br>o Stretch:1<br>o Ice Pack:1<br>o Myofascial Release:1 |
| **2014-10-14** | |
| Modalities: | o Hydroc Hot Pack:1<br>o Interferential Current Therapy:1<br>o Shortwave Diathermy:1<br>o Hyberesis Iontophoresis Unit:1 |
| **2014-10-13** | |
| Modalities: | o Game Ready Cryotherapy:1 |
| **2014-10-12** | |
| Notes: | **User** — **Detailed Note** <br>Cortez, Chris — Jamize came in this morning c/o right shoulder pain that occurred during the game. |

Confidential Information

OAKLAND RAIDERS ORGANIZATION
TRAINING ROOM-ROD MARTIN
DATE OF EXAM:    OCTOBER 13, 2014
PLAYER:    OLAWALE, JAMIZE

### INJURY REPORT

**CHIEF COMPLAINT:** Right shoulder.

**HISTORY:** The player states that yesterday during the game he did an arm tackle with the right arm and has had pain and weakness in the right upper extremity since then. His past medical history is otherwise unremarkable with the exception of a right AC sprain in the past.

**EXAMINATION:** Right shoulder: Marked weakness to supraspinatus isolation strength testing and difficulty raising his arm over his head. 2+ Neer and 2+ Hawkin's tests. 1+ Speeds test. Neurovascular status is normal.

**ASSESSMENT:** Right shoulder rotator cuff strain, possible tear.

**RECOMMENDATION:** MRI and return for MRI review.


Warren King, M.D.

WK:mdf

Confidential Information    NFL ALFORD-0009476

OAKLAND RAIDERS ORGANIZATION
TRAINING ROOM-ROD MARTIN
DATE OF EXAM:    OCTOBER 19, 2014
PLAYER:    OLAWALE, JAMIZE

### INJURY REPORT

**FOLLOW-UP:** Right shoulder.

**HISTORY:** The player comes in the training room requesting an injection into his right shoulder joint region. He is complaining of pain in the right shoulder in the proximal aspect of the deltoid and the proximal aspect of the biceps tendon.

**EXAMINATION:** Right shoulder: Normal rotator cuff strength. There is tenderness at the origin of the deltoid in anterior head of the deltoid as well as the deep proximal biceps tendon.

A lengthy and comprehensive discussion was carried out with the player regarding the nature of his condition and the treatment alternatives available to him including preparticipation injections with lidocaine and Marcaine medication.

With an expressed understanding of the various risks, benefits and alternatives of a preparticipation injection of analgesic medication using lidocaine and Marcaine he requested the injection be performed.

Procedure Note: Following sterile prep of the skin in the area of maximal tenderness was injected with 5 cc of 0.25% Marcaine with epinephrine. He tolerated the injection without difficulty. He was given postinjection instructions.

**PLAN:** Follow-up in the training room on a daily basis.


Warren King, M.D.

WK:mdf

Confidential Information

OAKLAND RAIDERS ORGANIZATION
TRAINING ROOM-ROD MARTIN
DATE OF EXAM:   OCTOBER 26, 2014
PLAYER:   OLAWALE, JAMIZE

## PROCEDURE NOTE

**HISTORY:** The player requested an injection into the anterior musculature of the right shoulder for his contusion in the area.

The details and risks of preparticipation injections were discussed with the player. He elected to proceed with the injection after expressing an understanding of the risks of such an injection, the risks and benefits associated with the injection.

**Procedure Note:** Injection right shoulder anterior superior deltoid.

Following sterile prep of the skin in the area of maximal tenderness in the anterior portion of the deltoid was injected with 5 cc of 0.25% Marcaine with epinephrine. He tolerated the injection without difficulty. He was given postinjection instructions.

**PLAN:** Follow-up in the training room as needed.

Warren King, M.D.

WK:mdf

Confidential Information

NFL_ALFORD-0009478

OAKLAND RAIDERS ORGANIZATION
TRAINING ROOM-ROD MARTIN
DATE OF EXAM:    11/9/2014
PLAYER:          OLAWALE, JAMIZE

### PROCEDURE NOTE

**HISTORY:**  The player came in prior to today's game requesting an injection into his right shoulder area.  He was told of the options and treatments available to him.  He was told of the risks and benefits associated to him.  With an expressed understanding of the various treatment options available to him as well as the risks and benefits he elected to undergo injection into the anterior aspect of his right shoulder.

**Procedure Note:**  Injection anterior aspect, right shoulder.

Following sterile preparation of the skin in the anterior shoulder region of the right shoulder the deltoid region was injected with 5 cc of 0.5% Marcaine with epinephrine medication.  He tolerated the injection without difficulty.  He was given his postinjection instructions.

He will follow-up in the training room on a daily basis.

Warren King, M.D.

WK:mdf

Confidential Information                                                    NFL ALFORD-0009479

OAKLAND RAIDERS ORGANIZATION
TRAINING ROOM-ROD MARTIN
DATE OF EXAM:    SEPTEMBER 24, 2013
PLAYER:          OLAWALE, JAMIZE

### INJURY REPORT

**CHIEF COMPLAINT:** Left ankle pain.

**HISTORY:** The player suffered an injury to his left ankle during the game yesterday.

**EXAMINATION:** Left ankle: Tenderness over the talofibular ligament, anterior talofibular ligament and posterior talofibular ligament. There is no tenderness over the deltoid region. He has significant pain with external rotation testing. His upper fibula is unremarkable. X-rays are unremarkable.

**ASSESSMENT:** Left ankle sprain with some concern of syndesmotic injury.

**RECOMMENDATION:** A lengthy and comprehensive discussion was carried out with the player regarding the nature of his condition and the treatment alternatives available to him. With an expressed understanding of the various treatment options available to him as well as the risks and benefits associated with each of the treatment alternatives he elects to undergo an MRI evaluation of the left ankle.

He will follow-up for review of his MRI.


Warren King, M.D.

WK:mdf

JQ-00800

Confidential Information                                                    NFL ALFORD-0009480

OAKLAND RAIDERS ORGANIZATION
TRAINING ROOM – ROD MARTIN
DATE OF EXAM: 10/22/2015
PLAYER: OLAWALE, JAMIZE

## PROGRESS REPORT

**CHIEF COMPLAINT**: Left ankle and foot pain.

**HISTORY**: Jamize suffered an injury to his left foot yesterday during the first quarter of yesterday's game. He was able to continue and finish the game with minimal difficulty. He does have some pain and swelling the midfoot as well as the left ankle region.

**PHYSICAL EXAMINATION**: On examination, he has tenderness over the tarsometatarsal joints of the third, fourth and fifth metatarsal bases. He has minimal pain with squeezing of the forefoot. He also has mild swelling in the same region. He also has mild swelling of the lateral and anterior ankle. He has normal range of motion. No ligamentous laxity. He has 1+ tenderness over the lateral ankle ligaments.

**ASSESSMENT**: Left ankle midfoot strain with left ankle inversion sprain.

**RADIOGRAPHS**: X-rays taken today show no evidence of widening of his tarsometatarsal joints including Lisfranc joint. There is some mild soft tissue swelling. No fractures are identified.

**ASSESSMENT**: Midfoot strain and ankle sprain.

**RECOMMENDATION**: Progression of activities based on symptoms and follow up in the training room on a daily basis.

Warren King, M.D.

MD2MD: D: 10/26/2015 11:29:39 am   T: 10/27/2015 4:27:28 pm
    Job#: 736157/Doc#: 863600/Transc: BVT

Confidential Information                                                                  NFL ALFORD-0009481

OAKLAND RAIDERS ORGANIZATION
TRAINING ROOM – ROD MARTIN
DATE OF EXAM: 11/17/2016
PLAYER: OLAWALE, JAMIZE

### PROGRESS REPORT

**HISTORY**: Jamize comes in today complaining of pain in the posterolateral aspect of his ankle.

**PHYSICAL EXAMINATION**: On examination, he has tenderness over the posterior tibialis tendon and mild pain with resisted plantar flexion.

**ASSESSMENT**: Posterior tibial tendonitis.

**DISCUSSION**: A lengthy and comprehensive discussion was carried out with the player regarding the nature of his condition and the treatment options and alternatives available to him. With an expressed understanding of the various treatment options and alternatives available to him, he will continue his daily treatment regimens with the trainers in the training room. He may consider an injection on the tendon.

I told him that besides the risks of tendon rupture based on reducing the pain in the tendon area, he may also have numbness in his foot which would preclude him being able to participate as a running back during a game.

Warren King, M.D.

MD2MD: D: 11/20/2016 09:48:55 am  T: 11/20/2016 8:13:20 pm
         Job#: 747352/Doc#: 875775/Transc: BVT

Confidential Information                                    NFL ALFORD-0009482

OAKLAND RAIDERS ORGANIZATION
TRAINING ROOM – ROD MARTIN
DATE OF EXAM: 11/19/2016
PLAYER: OLAWALE, JAMIZE

## PROGRESS REPORT

**HISTORY**: Jamize Olawale comes in today requesting an injection of his posterior tibialis tendon with lidocaine to see if it causes numbness on the bottom of his foot. This was performed after practice.

He was told of the risks and benefits associated with such an injection. With an expressed understanding of the various risks and benefits associated with the injection, he requested an injection be performed.

**PROCEDURE NOTE**: Injection of posterior tibialis tendon: Following sterile preparation of the skin, the posterior tibialis tendon sheath was injected with 5 cc of lidocaine. He tolerated the injection without difficulty.

He noted that within a few minutes he had some numbness in his heel region. He stated that within thirty minutes he had numbness on the plantar aspect of his foot. Therefore, the injection will not be performed to allow him to participate in football activities because of the associated numbness on the plantar aspect of his foot.

Warren King, M.D.

MD2MD: D: 11/20/2016 09:48:55 am   T: 11/20/2016 8:16:41 pm
    Job#: 747352/Doc#: 875776/Transc: BVT

Confidential Information                                                                 NFL ALFORD-0009483

OAKLAND RAIDERS ORGANIZATION
TRAINING ROOM – ROD MARTIN
DATE OF EXAM: 12/11/2017
PLAYER: OLAWALE, JAMIZE

### PROGRESS REPORT

**FOLLOW-UP:** Left ankle.

**HISTORY:** Player states overall his left ankle is improved.

**PHYSICAL EXAMINATION:** On examination, he has mild tenderness over the anterior
medial deltoid ligament region and the anterior talofibular region as well as the anterior talofib
and anterior tib/fib ligament regions. He has dorsiflexion to 10 degrees, plantar flexion to
30 degrees, inversion 10 degrees, eversion 0 degrees. He has mild pain with inversion. There is
mild pain with eversion as well as forced dorsiflexion and plantar flexion. He has a negative
anterior drawer test.

**ASSESSMENT:** Improving left ankle sprain.

**RECOMMENDATION:** Continue to progress activities and strengthening as pain dictated.
Follow up in the training room on a daily basis.

Warren King, M.D.

MD2MD: Job#: 752280/Doc#: 881060/Transc: BVT

**JO-00804**

Confidential Information                                                    NFL ALFORD-0009484

| Patient Name: | Olawale, Jamize |
|---|---|
| Injury/Illness | Left Ankle Sprain |
| Injury/Illness Date: | 05/04/2018 09:14 AM |
| Description: | Left |

| Clinical Codes: | Code | Description |
|---|---|---|
| | 443010 | Lateral Ankle Sprain / Ligament Unknown |

| Background Details: | o Nature of Injury **New Onset**<br>o When was the Injury Reported? **Greater than 3 days**<br>o Description of Onset<br>o Team Activity When Injury Occurred **Practice**<br>o Team Activity Practice **Special Teams**<br>o If Special Teams **Kick-Off**<br>o Position at Time of Injury **Special Teams Kick-Off**<br>o Position at Time of Injury: If Special Teams Kick-Off **Kick-Off Unit**<br>o Background Screen Complete: **Yes**<br>o At the time of onset, was the player removed from participation: **No, Player continued participation**<br>o Following the session, was the player restricted from participation in subsequent sessions? **No, Continued at Limited Participation (less than 100% of player's normal repetitions)**<br>o Primary Player Activity at Time of Injury **Unknown**<br>o Primary Mechanism Type **Unknown/Inconclusive**<br>o Primary Mechanism of Injury **Unknown/Inconclusive** |
|---|---|

**2018-06-11**

| Notes: | User | Detailed Note |
|---|---|---|
| | Maurer, Jim | Jamize was cleared for all football activities at the team physicals today. |

**2018-06-06**

| Notes: | User | Detailed Note |
|---|---|---|
| | Brown, Britt | Jamize participated in the OTA with no problems. |

**2018-06-05**

| Notes: | User | Detailed Note |
|---|---|---|
| | Brown, Britt | Jamize participated in the OTA with no problems. |

**2018-06-04**

| Notes: | User | Detailed Note |
|---|---|---|
| | Brown, Britt | Jamize participated in the OTA with no problems. |

**2018-05-31**

| Notes: | User | Detailed Note |
|---|---|---|
| | Maurer, Jim | Jamize practiced with no problems. |

**2018-05-30**

| Notes: | User | Detailed Note |
|---|---|---|
| | Brown, Britt | Jamize participated in the OTA with no problems. |

**2018-05-29**

| Notes: | User | Detailed Note |
|---|---|---|
| | Brown, Britt | Jamize participated in the OTA with no problems. |

**2018-05-24**

| Notes: | User | Detailed Note |
|---|---|---|
| | Brown, Britt | Jamize participated in the OTA with no problems. |

**2018-05-23**

| Notes: | User | Detailed Note |
|---|---|---|
| | Brown, Britt | Jamize participated in the OTA with no problems. |

**2018-05-22**

| Notes: | User | Detailed Note |
|---|---|---|
| | Maurer, Jim | Jamize participated in the OTA with no problems. |

**2018-05-18**

| Notes: | User | Detailed Note |
|---|---|---|
| | Maurer, Jim | Jamize participated fully in the CAT club workout today with no problems. He will continue with treatments as needed. |

**2018-05-17**

Confidential Information

| Notes: | **User** | **Detailed Note** |
|--------|----------|-------------------|
| | Maurer, Jim | Jamize did not show for workouts or teaching session today. He will be rechecked in the a.m. |

**2018-05-16**

| Notes: | **User** | **Detailed Note** |
|--------|----------|-------------------|
| | Maurer, Jim | Jamize did not come in for treatments today. He will be rechecked in the a.m. |

**2018-05-15**

| Notes: | **User** | **Detailed Note** |
|--------|----------|-------------------|
| | Maurer, Jim | Jamize participated limited in the teaching session. He continued with treatments. |

**2018-05-14**

| Notes: | **User** | **Detailed Note** |
|--------|----------|-------------------|
| | Brown, Britt | Jamize fully worked today with no issues. He is able to run and cut. |

**2018-05-11**

| Notes: | **User** | **Detailed Note** |
|--------|----------|-------------------|
| | Maurer, Jim | Jamize continued with treatments. |

Modalities:
- Ultrasound :1
- Shortwave Diathermy:1
- Hot Whirlpool :1

**2018-05-10**

| Notes: | **User** | **Detailed Note** |
|--------|----------|-------------------|
| | Maurer, Jim | Jamize was able to practice limited today. He maintains good strength and ROM with no swelling. He complains of some lateral soreness. He continuesd with treatments. |

**2018-05-09**

| Notes: | **User** | **Detailed Note** |
|--------|----------|-------------------|
| | Brown, Britt | Jamize recieved treatment today and we will recheck in the AM. |

Modalities:
- Ultrasound :1
- Interfntl:1
- Shortwave Diathermy:1
- Hydrocollator Pack :1

**2018-05-08**

| Notes: | **User** | **Detailed Note** |
|--------|----------|-------------------|
| | Maurer, Jim | Jamize was still having some soreness in the left ankle laterally today. He was unable to participate in the warm-up and was withheld from the remainder of the teaching session. Following the practice he was reexamined and again showed excellent strength and good ROM. He had concern and I suggested an MRI to further evaluate the ankle. He was sent for X-Rays and an MRI. Results indicated an acute on chronic sprain of the ATF grade II . I will speak with Jamize in the morning and the plan will be to continue treatments and reevaluate his status for the Thursday workout. |

Modalities:
- Ultrasound :1
- Interfntl:1
- Compression Boot:1
- Ice:1

**2018-05-07**

| Notes: | **User** | **Detailed Note** |
|--------|----------|-------------------|
| | Maurer, Jim | Jamize came in this morning after the morning lift and complained of left ankle soreness. He was able to practice full on Friday in the CAT club. He described some lateral ankle soreness and also that he had injured this ankle during the season last year while with the Raiders. He was examined to have full ROM with no swelling and some lateral ankle soreness at the ATF. He was stable and demonstrated good strength. He was treated and was counceled on taping and strengthening exercises. Jamize will be rechecked in the a.m. |

Modalities:
- Interfntl:1
- Compression Boot:1
- Ice:1
- Shortwave Diathermy:1

**2018-05-04**

| Notes: | **User** | **Detailed Note** |
|--------|----------|-------------------|
| | Maurer, Jim | Left Ankle Sprain |

| Modalities: | o Warm Whirlpool:1<br>o Stretch:1<br>o Exercise:1 |

**2015-09-19**

| Modalities: | o Contrast Bath :1<br>o Dynatron X5:1<br>o Normatec Compression:1<br>o AROM:1<br>o Joint Mobilization:1 |

**2015-09-18**

| Notes: | **User** | **Detailed Note** |
|---|---|---|
| | Rabelo, Emilio | WWP 10 min. Bike 10 min. Ankle D1/D2 PNF 3 X 10 Heel Rocking with Rocker Board 3 X 10 each SLS with LE Reaching 3 X 15 SLS with UE Reaching 3 X 15 Single Leg RDL 3 X 20 @ 15 lb. The athlete reported to the training room stating that he was feeling better. Today he demonstrated improved strength during the PNF exercises and he was also pushing through a larger ROM. He attempted calf raises again today, and while he was able to get further into PF today he still had moderate pain with that movement. He was able to do heel rocking on the rocker board with no c/o pain and with good motor control. We then added more SLS exercises which he was able to do with good dynamic balance, and at the same time working on his calf again in a comfortable position. We will continue to work on decreasing his symptoms to increase his function. |

| Modalities: | o Warm Whirlpool:2<br>o Dynatron X5:1<br>o Exercise:1 |

**2015-09-17**

| Notes: | **User** | **Detailed Note** |
|---|---|---|
| | Rabelo, Emilio | Bike 10 min. Ankle D1/D2 PNF 3 X 10 each Half Foam Walk Forward, Backward, Crossover 3 X each SLS with ball toss 5 X 15 Alter G The athlete reported to the training room this morning with decreased c/o pain and he was able to walk with less pain. He attempted standing calf raises but could not tolerate them due to moderate pain, however he was able to move through full range. Even though he had pain with calf raises he was able to demonstrate good dynamic balance with no c/o pain. We then had him get in the Alter G again and he was able to do a couple of jogging intervals, at about half his BW. We will continue to work on decreasing his symptoms to improve his function. |

| Modalities: | o Warm Whirlpool:1<br>o Exercise:1 |

**2015-09-16**

| Notes: | **User** | **Detailed Note** |
|---|---|---|
| | Rabelo, Emilio | Alter G The athlete attempted to go to practice today, but could not tolerate it and left early. We put him in the Alter G to walk at 2.5 mph and 60% BW. He was walking with good gait and had no c/o pain so he was steadily raised to 80% BW. By 80% BW he began to limp but had no c/o pain, so it must have been due to fatigue setting in. Even when we lowered his BW to less than 80% he still presented with a limp. At that point we stopped the Alter G and he had walked for 20 min. We will continue to treat him tomorrow to help decrease his symptoms and improve his function. |

| Modalities: | o Contrast Bath :1<br>o Dynatron X5:1<br>o Normatec Compression:1 |

**2015-09-15**

| Rehab: | o Marble Pick Up:3 (Sets):20 (Reps): (Lbs)<br>o MR Ankle PNF:3 (Sets):10 (Reps): (Lbs) |

| Modalities: | o Warm Whirlpool:1<br>o Exercise:1<br>o Normatec Compression:1<br>o Ice Bath:2 |

**2015-09-14**

| Modalities: | o Contrast Bath :1<br>o Dynatron X5:1<br>o Normatec Compression:1<br>o Interferential Current Therapy:1<br>o Game Ready Cryotherapy:1<br>o AROM:1 |

| Patient Name: | Olawale, Jamize |
|---|---|
| **Injury / Illness** | Right Ankle Posterior Tibialis Strain |
| **Injury / Illness Date:** | 10/30/2016 12:23 AM |
| **Description:** | Right |

| **Clinical Codes:** | Code | Description |
|---|---|---|
| | 444030 | Ankle Posterior Tibialis Strain |

**Background Details:**
- Nature of Injury **New Onset**
- When was the Injury Reported? **Within 24 hrs**
- Description of Onset **He was pushed backwards while blocking and he felt pain when he was resisting the backward step. He was able to finish the game.**
- Team Activity When Injury Occurred **Game**
- Team Activity Game **Special Teams**
- If Special Teams **Punt (Game)**
- Activity Segment **Unknown**
- Foul **Not Applicable**
- Position at Time of Injury **Special Teams Punt**
- Position at Time of Injury: If Special Teams Punt **Punt Unit**
- Background Screen Complete: **Yes**
- At the time of onset, was the player removed from participation: **No, Player continued participation**
- Following the session, was the player restricted from participation in subsequent sessions? **Yes, restricted from subsequent session**

**N/A Other**

**Orders:**

**Rx:**
- Start Ketorolac Tromethamine 10 MG Tablet 1 tablet with food or milk as needed Orally every 6 hrs , for 5 day(s) , Dispense: 12 (Start Date: 2016-11-07 00:00:00.0) (Stop Date: 11/12/2016)

**2016-12-01**

| Modalities: | o Warm Whirlpool:1 |
|---|---|

**2016-11-30**

| Modalities: | o Warm Whirlpool:1 |
|---|---|

**2016-11-26**

| Modalities: | o Warm Whirlpool:1 |
|---|---|

**2016-11-25**

| Modalities: | o Warm Whirlpool:1 |
|---|---|

**2016-11-24**

| Modalities: | o Warm Whirlpool:1 |
|---|---|

**2016-11-23**

| Modalities: | o Warm Whirlpool:1 |
|---|---|

**2016-11-21**

| Modalities: | o Ultrasound :1 |
|---|---|

**2016-11-20**

| Modalities: | o Warm Whirlpool:1<br>o Dynatron X5:1 |
|---|---|

**2016-11-19**

| Modalities: | o Warm Whirlpool:1 |
|---|---|

**2016-11-18**

| Modalities: | o Warm Whirlpool:1 |
|---|---|

**2016-11-16**

| Modalities: | o Warm Whirlpool:1<br>o Dynatron X5:1 |
|---|---|

**2016-11-14**

| Modalities: | o Hyberesis Iontophoresis Unit:1<br>o Warm Whirlpool:1<br>o Active Release:1<br>o Phonophoresis :1 |
|---|---|

**2016-11-11**

| Modalities: | o AROM:1<br>o Ultrasound :1<br>o Marc Pro :1<br>o Warm Whirlpool:1<br>o Stretch:1<br>o Dynatron X5:1 |
|---|---|

**2016-11-09**

| Modalities: | o Warm Whirlpool:1<br>o Dynatron X5:1 |
|---|---|

**JO-00808**

Confidential Information

NFL ALFORD-0009488

**2016-11-08**

| Modalities: | o Ultrasound :1<br>o Warm Whirlpool:1<br>o Stretch:1<br>o Dynatron X5:1 |
|---|---|

**2016-11-07**

| Notes: | **User** | **Detailed Note** |
|---|---|---|
| | Martin, Rod | Dr. King prescribed 11/7/16 |

| Modalities: | o Ultrasound :1<br>o Warm Whirlpool:1<br>o Stretch:1<br>o Dynatron X5:1 |
|---|---|

**2016-11-05**

| Modalities: | o Dynatron X5:1 |
|---|---|

**2016-11-04**

| Modalities: | o Warm Whirlpool:1<br>o Dynatron X5:1 |
|---|---|

**2016-11-03**

| Modalities: | o Warm Whirlpool:1<br>o Dynatron X5:1<br>o Phonophoresis :1 |
|---|---|

**2016-11-02**

| Modalities: | o Warm Whirlpool:1 |
|---|---|

**2016-11-01**

| Modalities: | o Hyberesis Iontophoresis Unit:1<br>o Warm Whirlpool:1 |
|---|---|

**2016-10-31**

| Modalities: | o Biowave Deep Wave Stimulation:1<br>o Ice Pack:1 |
|---|---|

**2016-10-30**

| Notes: | **User** | **Detailed Note** |
|---|---|---|
| | Touchet, Scott | Trace effusion over medial ankle. Soreness to palpation over post tib. tendon behind medial malleolus. Soreness walking on toes. Ankle Stable. |

OAKLAND RAIDERS ORGANIZATION
TRAINING ROOM – ROD MARTIN
DATE OF EXAM: 10/31/2016
PLAYER: OLAWALE, JAMIZE

## PROGRESS REPORT

**CHIEF COMPLAINT:** Right foot pain.

**HISTORY:** The patient suffered an injury to his right foot yesterday while participating in the game. He was loaded up with an opposing player and felt some pain in his distal medial foot region.

He was seen in the exam room at the Oakland Raiders facility and an MRI was ordered. The MRI shows some inflammation and swelling in the region of the posterior tibialis tendon and the posterior aspect of the medial malleolus. No obvious tears. No other significant abnormalities, other than some spurring of the ankle joint itself.

**ASSESSMENT:** Strain, partial tear and inflammation in posterior tibialis tendon.

**RECOMMENDATION:** Pain-free activities as tolerated, nonsteroidal anti-inflammatory medication, consideration for cortisone shot if not improved.

The patient was called. A message was left describing the findings on the MRI and the options available to him. He will follow up in the training room on a daily basis.

Warren King, M.D.

MD2MD: D: 11/01/2016 01:02:49 pm  T: 11/1/2016 8:21:38 pm
        Job#: 747158/Doc#: 875556/Transc: BVT

Confidential Information                                                                      NFL ALFORD-0009490

OAKLAND RAIDERS ORGANIZATION
TRAINING ROOM – ROD MARTIN
DATE OF EXAM: 10/31/2016
PLAYER: OLAWALE, JAMIZE

## PROGRESS REPORT

**HISTORY:** Jamize comes in today complaining of right ankle pain. He states that during the second quarter of yesterday's game, he was engaged with another opposing player, being pushed backwards or bull-rushed, and he felt some pain in the distal aspect of his medial malleolar region. He was able to continue playing, but had some difficulty during the game. He was taken off of a number of his regular assignments because of pain in the distal medial aspect of the ankle and foot region. He denies any previous major injuries involving his foot and ankle. He does report multiple sprains in the past.

**PHYSICAL EXAMINATION:** On examination today, he has an antalgic gait and is limping on the right side.

His range of motion of his ankle and foot are all normal. He has tenderness and mild swelling in the region just distal to the medial malleolus. There is on tenderness along the bony portion of the medial malleolus. He has excellent plantar flexion, dorsiflexion, inversion and eversion strength. He has some pain when he walks on his toes in the region just distal to the medial malleolus.

**RADIOGRAPHS:** X-rays do not show any obvious fracture. It did show some spurring in the ankle and some evidence of old changes and calcification posteriorly in the distal tibia consistent with his history of recurrent ankle sprains.

**ASSESSMENT:** Probable partial posterior tibialis tendon tear versus tendonitis.

**DISCUSSION:** A lengthy and comprehensive discussion was carried out with the player regarding the nature of his condition and the treatment options and alternatives available to him. With an expressed understanding of the various treatment options and alternatives available to him, he elects to undergo an MRI evaluation. He will obtain an MRI evaluation and followup for my review. Instructions were given to him.

Warren King, M.D.

MD2MD: D: 10/31/2016 11:49:27 am  T: 10/31/2016 09:47:44 pm
        Job#: 747132/Doc#: 875546/Transc: BVT

Confidential Information                                                    NFL ALFORD-0009491

May. 8. 2012 12:02PM                                    No. 4729   P. 2/4

Dallas Cowboys Football Club, Ltd.
Orthopedic Examination

Player: __Jamize Olawale__ Date: __5-8-2012__ Position: __FB__   Status: -R-
                                                                    North Tx

Surgeries: Ø

Fractures: Ø

MRIs: Ø

Missed games/practices: Missed 1 game (2 yrs ago) Lt Turf toe
(last 2 seasons)

| History | | Exam | | Region | Details | (circle if +) |
|---|---|---|---|---|---|---|
| Pos | Neg | Abn | Nml | | | |
| | ✓ | | | Head | | Concussion / Dizziness |
| | ✓ | | | Neck / ROM / Compression Test / Spurling's / Weakness / Hoffman's | | Burners / Neuro / Disc / Collar |
| | ✓ | | | Lumbar / ROM / Curve / P. Tilt / Lordosis / Motor / Sensory / DTRS / SLR / Babinski | | Disc / Spondy / Tightness / Radicular / Dosepak? / Injections |

| History | | Exam | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Pos | Neg | Rt | | Left | | | | |
| | | Ab | Nl | Ab | Nl | | | |
| | ✓ | | | | | Shoulder / ROM / Crank / Ld/Shift / Impingement / RC Strength / AC Joint | | AC / Instability / Rotator Cuff / Bursitis |
| | ✓ | | | | | Elbow / ROM / Stability / Bursa | | Mech Sx / Hyperextension / Tendinitis |

Confidential Information

NFL ALFORD 0009402

May. 8. 2012 12:03PM

No. 4729   P. 3/4

| History | | Exam | | | | Region | Details | (circle if +) |
|---|---|---|---|---|---|---|---|---|
| Pos | Neg | Rt | | Left | | | | |
| | | Ab | NI | Ab | NI | | | |
| | ✓ | | | | | **Forearm/Wrist**<br>ROM<br>Snuffbox | | Sprains<br>Ligament |
| | ✓ | | | | | **Hand**<br>ROM<br>Thumb MCP<br>Deformity | | Gamekeeper's<br>Fingers<br>MC<br>Dislocation |
| ✓ | | | | | | **Pelvis**<br>SI Joint<br>Pubis | | SI Joint<br>Osteitis pubis |
| | ✓ | | | | | **Hips**<br>ROM | | DJD<br>Groin |
| | ✓ | | | | | **Thigh**<br>Defects<br>Flexibility | | Hamstring<br>Quad |
| | ✓ | | | | | **Knee**<br>Effusion<br>ROM<br>PF Crepitus<br>PF Alignment<br>Valgus 0°<br>Valgus 30°<br>Varus 0°<br>Varus 30°<br>Lachman<br>Pivot Shift<br>Anterior Drawer<br>Posterior Drawer<br>Hyperextension (phys.)<br>Hyperflexion test<br>Joint Line Tenderness | | ACL<br>MCL<br>LCL<br>PCL<br>PF<br>Loose body<br>Meniscus<br>DJD<br>Wear Brace?<br>Scoped?<br>Mech Sx<br>Swelling |
| | ✓ | | | | | **Ankle**<br>Stability<br>ROM | | DJD<br>Lat Sprains<br>Syndesmosis |
| | ✓ | | | | | **Foot**<br>Arch<br>ROM<br>5th MT | | Mid Foot<br>5th MT<br>Plantar Fascia<br>Tendinitis |
| | ✓ | | | | | **Hallux**<br>Sesamoids<br>ROM | Good Rom Bil | (Turf Toe)<br>Sesamoids |

φ cmp.

May. 8. 2012 12:03PM                                    No. 4729   P. 4/4

X-rays Ordered:              ⨍ AP/lat P.t Gr Toe

X-ray Interpretation:        ⨍ minor obg - 8ˢ

Remarks/ Recommendations:

Medical Grade:  1   2   3   4   5  (6) 7

Waiver:

X _____
Signature

_____
Print Name

Team Physician, Dallas Cowboys Football Club

| Patient Name: | Olawale, Jamize |
|---|---|
| Injury/Illness | Left Foot Contusion |
| Injury/Illness Date: | 11/20/2014 08:00 PM |
| Description: | Foot-Left-Gen Trauma-Mild |

| Clinical Codes: | Code | Description |
|---|---|---|
| | 450200 | Foot Contusion |

| Background Details: | o Nature of Injury **New Onset**<br>o When was the Injury Reported? **Within 3 days**<br>o Description of Onset **Jamize came in this morning and said that he was having difficulty walking. He doesn't remember any specific point in the game where he suffered an injury. He played the whole game and had no issues. He woke up and had pain. He mentioned wearing a brand new pair of cleats for the game. Point tenderness present on medial ankle near deltoid and along navicular bone. ROM and strength wnl. No inflammation present. X-ray was (-).**<br>o Team Activity When Injury Occurred **Game**<br>o Team Activity **Game Offense**<br>o If Offense **Unknown**<br>o Activity Segment **Not Applicable**<br>o Foul **Not Applicable**<br>o Position at Time of Injury **Running Back**<br>o Position at Time of Injury: If Running Back **Fullback** |
|---|---|

**2014-12-19**

| Modalities: | o Warm Whirlpool:1 |
|---|---|

**2014-12-01**

| Modalities: | o Warm Whirlpool:1 |
|---|---|

**2014-11-29**

| Modalities: | o Warm Whirlpool:1<br>o Hydroc Hot Pack:1<br>o Biowave Deep Wave Stimulation:1 |
|---|---|

**2014-11-28**

| Modalities: | o Warm Whirlpool:1<br>o Hydroc Hot Pack:1<br>o Biowave Deep Wave Stimulation:1<br>o Pre Mod:1 |
|---|---|

**2014-11-27**

| Modalities: | o Warm Whirlpool:1<br>o Hyberesis Iontophoresis Unit:1 |
|---|---|

**2014-11-26**

| Modalities: | o Hydroc Hot Pack:1<br>o Warm Whirlpool:1 |
|---|---|

**2014-11-25**

| Modalities: | o Warm Whirlpool:1<br>o Hydroc Hot Pack:1<br>o Hyberesis Iontophoresis Unit:1<br>o Biowave Deep Wave Stimulation:1 |
|---|---|

**2014-11-24**

| Modalities: | o Warm Whirlpool:1<br>o Ultrasound :1 |
|---|---|

**2014-11-23**

| Modalities: | o Ultrasound :1<br>o Warm Whirlpool:1<br>o Hydroc Hot Pack:1<br>o Biowave Deep Wave Stimulation:1<br>o Joint Mobilization:1 |
|---|---|

**2014-11-22**

| Modalities: | o Biowave Deep Wave Stimulation:1<br>o Hyberesis Iontophoresis Unit:1 |
|---|---|

**2014-11-20**

| Notes: | User | Detailed Note |
|---|---|---|
| | Cortez, Chris | Jamize came in this morning c/o right foot and ankle pain as a result of the game last night. |

**2014-11-16**

| Modalities: | o Biowave Deep Wave Stimulation:1 |
|---|---|

Confidential Information                                        NFL ALFORD-0009495

| Patient Name: | Olawale, Jamize |
|---|---|
| Injury/Illness | Left Foot Tarsometatarsal Sprain |
| Injury/Illness Date: | 10/25/2015 01:30 PM |
| Description: | Left |

| Clinical Codes: | Code | Description |
|---|---|---|
| | 453030 | Foot Tarsometatarsal Sprain |

| Background Details: | o Nature of Injury **New Onset** <br> o When was the Injury Reported? **Reported within 24 hrs** <br> o Description of Onset **He said another player twisted his foot after he was on the ground.** <br> o Team Activity When Injury Occurred **Game** <br> o Team Activity **Game Offense** <br> o If Offense **Run (Inside Tackle) (Offense)** <br> o Activity Segment **1st quarter** <br> o Foul **Not Applicable** <br> o Position at Time of Injury **Running Back** <br> o Position at Time of Injury: If Running Back **Halfback** <br> o Background Screen Complete: **Yes** <br> o At the time of onset, was the player removed from participation: **No, Player continued participation** |
|---|---|

| | N/A Other |
|---|---|
| Orders: | **Rx:** <br> o Start Ketorolac Tromethamine 10 MG Tablet 1 tablet as needed Orally every 8 hrs , for 07 days , Dispense: 21 Tablet Refills: 0 (Start Date: 2015-10-29 00:00:00.0) (Stop Date: 11/05/2015) |

| **2015-11-19** | |
|---|---|
| Modalities: | o Warm Whirlpool:1 |

| **2015-11-17** | |
|---|---|
| Modalities: | o Warm Whirlpool:1 |

| **2015-11-11** | |
|---|---|
| Modalities: | o Warm Whirlpool:1 |

| **2015-11-10** | |
|---|---|
| Modalities: | o Warm Whirlpool:1 |

| **2015-11-04** | |
|---|---|
| Modalities: | o Warm Whirlpool:1 |

| **2015-10-29** | |
|---|---|
| Modalities: | o Warm Whirlpool:1 |

| **2015-10-27** | |
|---|---|
| Modalities: | o Contrast Bath :1 <br> o Dynatron X5:1 |

| **2015-10-25** | |
|---|---|
| Notes: | **User** | **Detailed Note** |
| | Martin, Rod | Stated his foot was twisted in the pile by another player. Dr. King evaluated on 10/26/15. |

Confidential Information          NFL ALFORD-0009496

| Patient Name: | Olawale, Jamize |
|---|---|
| **Injury/Illness** | Left Foot Lis-Franc Sprain |
| **Injury/Illness Date:** | 12/03/2017 07:15 AM |
| **Description:** | Left |

| **Clinical Codes:** | Code | Description |
|---|---|---|
| | 453021 | Foot Lis-Franc Sprain |
| | 443010 | Lateral Ankle Sprain / Ligament Unknown |

**Background Details:**
- Nature of Injury New Onset
- When was the Injury Reported? Post practice/game
- Description of Onset **He was blocking when the line caved in on his L. lower extremity causing Ankle and Knee and Foot pain. He was able to finish the game but came in afterwards for exam.**
- Team Activity When Injury Occurred **Game**
- Team Activity Game **Offense**
- If Offense Run **(Inside Tackle) (Offense)**
- Activity Segment **2nd quarter**
- Foul **Not Applicable**
- Position at Time of Injury **Running Back**
- Position at Time of Injury: If Running Back **Fullback**
- Background Screen Complete: **Yes**
- At the time of onset, was the player removed from participation: **Yes, Player was removed and returned to the same session**
- Following the session, was the player restricted from participation in subsequent sessions? **Yes, restricted from subsequent session**

**Orders:**

**443010 Lateral Ankle Sprain / Ligament Unknown**

Rx:
- Start Indomethacin ER 75 MG Capsule Extended Release 1 capsule with food or milk Orally Once a day , for 30 day(s) , Dispense: 30 Capsule (Start Date: 2017-12-05 00:00:00.0) (Stop Date: 01/04/2018)

**2017-12-12**

| Modalities: | o Warm Whirlpool:1 |
|---|---|

**2017-12-08**

| Modalities: | o Contrast Bath :1 |
|---|---|

**2017-12-06**

| Notes: | User | Detailed Note |
|---|---|---|
| | Rabelo, Emilio | Aqua Therapy -Dynamic Warm Up -High Knees 1 X 10 yds. -Bunny Hop Forward/Backward 1 X 10 yds. each -Bounding Forward 2 X 10 yds. -Zig Zag Run 2 X 10 yds. -Jump Cut 2 X 10 yds. -90 Degree Cuts 2 X 10 yds. -Single Leg Calf Raise 2 X 20 -Squat Jump 1 X 10 -Broad Jump 2 X 10 yds. Single Leg Calf Raise 3 X 10 SLS with LE Reach 3 X 10 Ankle PNF D1/D2 3 X 12 each The athlete reported to the training room stating that he was feeling better and that he did not need to walk in the boot. We took him to the pool and started with all movements from the team warm up. Given the fact that he was slowed down by the water, he moved through all of the warm up at a good pace. We also added high knees and he demonstrated the ability to get up on his toes and land in a PF position. Next he progressed through double leg plyometrics to single leg bounding with good power and no c/o when landing. He was able to jog/run in the pool and also combine that with cutting. The last few things he did in the pool was calf raises and squat jumps, both of which he did without compensation. After getting out of the pool he did single leg calf raises on the land, and he continued to do well with his only cue being to pause at the top to demonstrate stability throughout the ROM. He also did a proprioception exercise and his balance seemed to be a little better than yesterday. Overall he did very well and said he had about 3 to 4/10 pain and he felt like he could return to practice tomorrow. |

| Modalities: | o Exercise:1 |
|---|---|
| | o Massage:1 |
| | o Warm Whirlpool:1 |
| | o Dynatron X5:1 |
| | o Joint Mobilization:1 |
| | o Contrast Bath :1 |

**2017-12-05**

| Notes: | User | Detailed Note |
|---|---|---|
| | Rabelo, Emilio | Ankle PNF D1/D2 3 X 10 each Standing Marble Pick Up 3 X 15 each Calf Raise 1 X 10 SLS with UE Reach 3 X 10 Bean Can 5 min. The athlete reported to the training room stating that he is feeling a little better but still c/o pain when walking in the boot. We started with PNF patterns and he was able to correctly move through the pattern from the start with good strength no c/o pain. Next he did marble pick up and demonstrated good dynamic balance, but later on when he did the SLS with UE reach his ability to balance was not as good. For the calf raises the athlete only did one set because he c/o 8/10 pain, however he moved through full ROM and did not demonstrate any observable signs of pain. He finished in the bean can to work on his foot intrinsics. We will reassess how the athlete feels tomorrow and progress as tolerated. |

| Modalities: | o Exercise:1 |
|---|---|
| | o Warm Whirlpool:1 |
| | o Dynatron X5:1 |
| | o Joint Mobilization:1 |
| | o Contrast Bath :1 |

**2017-12-03**

| Notes: | User | Detailed Note |
|---|---|---|
| | Touchet, Scott | He had pain with palpation over his lateral ankle and slight effusion. He had no defect. Slight laxity on stress testing with pain to the lateral ankle. Good strength. |

| Patient Name: | Olawale, Jamize |
|---|---|
| Injury / Illness | Right Foot Arch Sprain/Traumatic/Plantar Fascial |
| Injury / Illness Date: | 08/05/2015 08:24 PM |
| Description: | Right |

| Clinical Codes: | Code | Description |
|---|---|---|
| | 453002 | Foot Arch Sprain/Traumatic/Plantar Fascial |

**Background Details:**
- Nature of Injury New Onset
- When was the Injury Reported? Immediately
- Description of Onset Jamize said he was running the ball in 9 on 7 when he went to run thru the defender and felt his foot overstretch and felt a pulling sensation. He could not conitnue.
- Team Activity When Injury Occurred Practice
- Team Activity Practice 9 on 7
- If 9 on 7 Run (Outside Tackle)
- Position at Time of Injury Running Back
- Position at Time of Injury: If Running Back Fullback
- Background Screen Complete: Yes
- At the time of onset, was the player removed from participation: Yes, Player was removed and did not return to the session
- Following the session, was the player restricted from participation in subsequent sessions? Yes, restricted from subsequent session

### 2015-10-02
**Modalities:**
- Ultrasound :1

### 2015-09-05
**Modalities:**
- Warm Whirlpool:1
- Myofascial Release:1

### 2015-09-04
**Modalities:**
- Ultrasound :1
- Warm Whirlpool:1

### 2015-09-03
**Modalities:**
- Normatec Compression:1
- Hydroc Hot Pack:1

### 2015-09-02
**Modalities:**
- Warm Whirlpool:1
- Ultrasound :1
- Dynatron X5:1

### 2015-09-01
**Modalities:**
- Warm Whirlpool:1
- Ultrasound :1

### 2015-08-30
**Modalities:**
- Warm Whirlpool:1
- Ultrasound :1

### 2015-08-29
**Modalities:**
- Warm Whirlpool:1
- Myofascial Release:1

### 2015-08-28
**Notes:**

| User | Detailed Note |
|---|---|
| Touchet, Scott | Agilities: Bags; 15 Yd. Build Up x 2; Weave the Numbers x 1/2; Routes x 7; Sled w/break x 7 Jamize had a very good day. He said he could feel it a little bit early on when he was cutting, but had no pain at the end on the sled. |

**Modalities:**
- Warm Whirlpool:2
- Ultrasound :1
- Myofascial Release:1
- Exercise:1

### 2015-08-27
**Modalities:**
- Warm Whirlpool:1
- Ultrasound :1
- Stretch:1

### 2015-08-26
**Notes:**

| User | Detailed Note |
|---|---|
| Touchet, Scott | Agilities; Hash Mark Quick Feet x 1; 15 Yd. Build Up x 1; Zig Zag x 1; Weave the Numbers x 1/2; Sideline/Number Drill x 2; Routes x 6 Trampoline Sprint 2x20sec; R. Airex Balance w/catch 2x1:00; Flitter x 1:00; R. BOSU toe touch x 1:00 He still had some residual soreness when he planted to push off, but most of it occured when he tried to run around a circle and when he moved to the Right off of his planted R. Leg.. The proprio exercises caused burning under his foot, but no pain near the injury site. |

**Modalities:**
- Ultrasound :1
- Warm Whirlpool:1
- Myofascial Release:1

### 2015-08-25

JO-00818

NFL ALFORD-0009498

| Notes: | **User** | **Detailed Note** |
|---|---|---|
| | Touchet, Scott | S&C Tempo Runs He did the tempo runs today and had no problem doing them. They were straight ahead and not demanding. He was still somewhat sore from the previous work. |
| Modalities: | | o Ultrasound :1<br>o Warm Whirlpool:1<br>o Stretch:1 |

**2015-08-24**

| Notes: | **User** | **Detailed Note** |
|---|---|---|
| | Touchet, Scott | Agilities Jamize was sore from yesterday's work, so I had him stop after the agilities. |
| Modalities: | | o Myofascial Release:1<br>o ASTYM:1<br>o Pre Mod:1<br>o Massage:1 |

**2015-08-23**

| Notes: | **User** | **Detailed Note** |
|---|---|---|
| | Touchet, Scott | Agilities; 5 Cone Drill x 2; 15 Yd. Build UP x 2; Shuffle/Cariocha x 1; Weave the Numbers x 1; Triangle x 2; Lightning x 1; Routes x 5; Stop N Go x 2 Jamize did really well today. He did 100% with no problems on the cone drills, but he had some difficulty coming out of his breaks on the routes. |
| Modalities: | | o Exercise:1<br>o Ice Bath:1<br>o Myofascial Release:1<br>o Warm Whirlpool:1 |

**2015-08-21**

| Notes: | **User** | **Detailed Note** |
|---|---|---|
| | Touchet, Scott | Agilities; 15 Yd. Build Up x 2; Zig Zag x 2; 3 Box Drill x2; Routes 3x3 Jamize was able to move into cleats today and work with light to moderate speed throughout and have pretty good gait. He had occasional trouble pushing off the R. Foot on the change of direction, but handled it well. He is making good improvement. |
| Modalities: | | o Hydroc Hot Pack:1<br>o Myofascial Release:1 |

**2015-08-20**

| Notes: | **User** | **Detailed Note** |
|---|---|---|
| | Touchet, Scott | Agilities; 5 Cone Drill x 2; 5 Cone Drill Sideways x 3; Iron Cross x 2; Triangle x 2; 5 man Sled x 4; Plantar Flexion w/toes x 5min@red band Jamize had a good day again today at moderate speed in flats. |
| Modalities: | | o Ultrasound :1<br>o Warm Whirlpool:1<br>o Myofascial Release:1 |

**2015-08-19**

| Notes: | **User** | **Detailed Note** |
|---|---|---|
| | Touchet, Scott | Agilities; Foot Ladder; Triangle x 2; Square Drill x 2; Lightning x 1; Number/Hash Drill x 2; Hash Mark Quick Feet x 1; Hash Mark Drill x 2; 110 x 2 Jamize was able to work with minimal soreness today and pretty good gait through all the drills. He worked at a mild/moderate speed while wearing regular tennis shoes. He made good improvement today. |
| Modalities: | | o Ultrasound :1<br>o Warm Whirlpool:1 |

**2015-08-18**

| Notes: | **User** | **Detailed Note** |
|---|---|---|
| | Touchet, Scott | Power Band Side Walk 2x20yds. ea.; Agilities; Bags; Small field walk/jog; S&C Bike workout Jamize hasn't been able to run since the las day on the field due to soreness. He was able to get out there today and work at a light to moderate intensity for a few drills but then started to feel the aching again and went in to ride the bike. He is making progress, but he is still struggling overall. He was shifting weight to the outside of his foot toward the end of the field work. |
| Modalities: | | o Ultrasound :1<br>o Warm Whirlpool:1<br>o Myofascial Release:1<br>o Ice Bath:1<br>o Self-Myofascial Release:1<br>o Stretch:1 |

**2015-08-17**

| Modalities: | o Myofascial Release:1<br>o Contrast Bath :1 |
|---|---|

**2015-08-16**

| Modalities: | o Ultrasound :1<br>o Warm Whirlpool:1<br>o Dynatron X5:1<br>o Massage:1<br>o Myofascial Release:1 |
|---|---|

**2015-08-15**

| Notes: | **User** | **Detailed Note** |
|---|---|---|
| | Touchet, Scott | Power Band Side Walk 2x20yds.; Agilities; Foot Ladder; Small field light walk jog x 3 laps Jamize was able to increase his intensity to a light jog in all angles. He got a little bit sore toward the end, but he was able to maintain good gait. |
| Modalities: | | o Exercise:1<br>o Warm Whirlpool:1 |

Confidential Information

- Ice Bath:1
- Ultrasound :1

**2015-08-14**

| Modalities: | - Myofascial Release:1 |

**2015-08-13**

| Notes: | **User** | **Detailed Note** |
| | Rabelo, Emilio | WWP 10 min. Dynamic Warm Up The athlete reported to the training room today stating that he was feeling good. We attempted to go out and jog today. We went through the dynamic warm up, but he began to notice that if he jogged with a longer stride he had some pain so he shortened his stride. Even with a short stride he still had about 5/10 pain with jogging and with skipping. We ended his field activities at that moment and we will attempt again after the game. It was recommended to the athlete that he not stand on the sideline during the game so that he does not return the following day with increased pain or swelling. |

| Modalities: | - Contrast Bath :1 |

**2015-08-12**

| Notes: | **User** | **Detailed Note** |
| | Rabelo, Emilio | Bike 10 min. High Knee Walk Forward, Backward, Carioca 2 X 20 each Single Leg Calf Raise 3 X 10, 15, 20 Lunge Forward and Backward 3 X 10 each Single Leg RDL 3 X 10 @ 12 kg. SLS on Dyna Disc with ball toss 4 X 15 SLS on Dyna Disc with perturbations 3 X 30 sec. The athlete reported to the training room stating that he continues to get better. He progressed to single leg calf raises with no c/o pain, only c/o fatigue. He also progressed to lunges with only mild discomfort when he steps out with his R LE and lands on his R foot. He demonstrated fair balance on the dyna disc and seemed to be mostly limited due to fatigue. We will attempt to jog on the field tomorrow. |

| Modalities: | - Ultrasound :1 |
| | - Warm Whirlpool:1 |
| | - Myofascial Release:1 |

**2015-08-11**

| Notes: | **User** | **Detailed Note** |
| | Rabelo, Emilio | WWP 10 min. Laser Bike 10 min. Calf Raise 3 X 20 Shuttle Press 3 X 10 @ 6, 8, 10 bands RDL 3 X 15 @ 28 kg. SLS on foam with ball toss 10 X 15 Lateral Walk 3 X 19 each with blue band Monster Walk Forward and Backward 3 X 10 The athlete reported to the training room this morning with increased c/o stiffness and soreness, which may have been due to the fact that the day before was his first day in athletic shoes. He was able to perform calf raises again without complaints. He was progressed to more resisted CKC exercises which he did with no c/o pain. He demonstrated fair dynamic balance on the foam, and he felt like balancing on foam was easier than on the floor. His only c/o pain were during the lateral and monster walks, with the monster walks being the most painful. We took him through some backward walking, and then he was able to return to the monster walks with less pain. We will continue to progress him as tolerated. |

| Modalities: | - Warm Whirlpool:2 |
| | - Stretch:1 |
| | - Exercise:1 |
| | - ASTYM:1 |
| | - Myofascial Release:1 |

**2015-08-10**

| Notes: | **User** | **Detailed Note** |
| | Rabelo, Emilio | WWP 10 min. Laser Oscillator Ultrasound 100% 3MHz 1.0 W/cm2 Standing Marble Pick Up 3 X 20 each High Knee Walking Forward, Backward, Carioca 2 X 20 each Bike 10 min. The athlete reported to the training room with decreased c/o pain, and he said he was walking around his house with sandals. Overall his pain was around a 3/10. We progressed his walking exercises to using athletic shoes, and he was instructed on spending part of his day walking in shoes instead of the boot. He was also able to ride the bike in his shoes with minimal c/o discomfort. Before he left he was told to maintain proper walking gait with a heel to toe pattern, and that if he could not he was to return to the boot. |

| Modalities: | - Exercise:1 |
| | - Ultrasound :1 |
| | - Warm Whirlpool:1 |
| | - Dynatron X5:2 |

**2015-08-09**

| Notes: | **User** | **Detailed Note** |
| | Rabelo, Emilio | WWP 10 min. Laser Resisted PF with Toe Flexion 3 X 10, 15, 20 black theraband Standing Marble Pick Up 3 X 15 each SLS with Ball Toss 5 X 15 The athlete reported to the training room again walking well in the boot and without his crutches. He said that he feels a little better today than compared to yesterday. He progressed to black theraband for the resisted PF and had no c/o pain. He demonstrated fair dynamic balance with the marble pick up and ball tosses. We will continue to progress his CKC activities as tolerated. |

| Modalities: | - Warm Whirlpool:2 |
| | - Ultrasound :1 |
| | - Exercise:1 |
| | - Dynatron X5:1 |

**2015-08-08**

| Notes: | **User** | **Detailed Note** |
| | Rabelo, Emilio | WWP 10 min. Laser Marble Pick Up 3 X 20 Resisted PF with Toe flexion 3 X 10, 15, 20 Weight Shift Lateral and Forward/Backward 2 X 10 each Ice Cup The athlete reported to the training room with decreased c/o pain and he was walking without his crutches with improved gait. We continued with exercises for his foot intrinsics, and also weight shifting to improve his proprioception and assist with his gait. We will progress his exercises tomorrow. |

| Modalities: | - Warm Whirlpool:1 |
| | - Dynatron X5:1 |
| | - Exercise:1 |
| | - Ice Cup:1 |

**2015-08-07**

| Notes: | **User** | **Detailed Note** |
| | | WWP 10 min. Marble Pick Up 3 X 20 PNF D1/D2 3 X 10 each Gait Training with Crutches Weight Shift Lateral and Forward/Backward 2 X 10 The athlete reported to the training room with decreased c/o pain and he was walking in his boot |

Confidential Information                                                                                                    NFL_ALFORD-0009500

| Rabelo, Emilio | without his crutches. He said that he is still walking on the lateral edge of his foot even in the boot. The swelling along his medial foot has decreased as well. We started some exercises for his foot muscles which he was able to complete with minimal pain. He was instructed on 4 point gait with crutches and was given cues for a step through gait with a focus on keeping his weight centrally located on his foot. At the end of treatment he seemed to tolerate walking better and was walking with better gait. |
|---|---|

| Modalities: | <ul><li>Warm Whirlpool:1</li><li>Normatec Compression:1</li><li>Dynatron X5:1</li><li>Contrast Bath :1</li><li>Exercise:1</li><li>Ice Cup:1</li></ul> |
|---|---|

**2015-08-06**

| Modalities: | • Contrast Bath :1 |
|---|---|

**2015-08-05**

| Notes: | **User** | **Detailed Note** |
|---|---|---|
| | Touchet, Scott | Tenderness on the bottom of the foot near the plantar fascia origin with palpation. He is limping while ambulating. He felt a significant pulling sensation when he planted. Slight effusion on the bottom of the foot. No defect felt, no radiculopathy. Remaining foot and ankle exam WNL. |

| Modalities: | • Ice Bath:1 |
|---|---|

Confidential Information

NFL ALFORD-0009501

# THE OAKLAND RAIDERS
## END OF SEASON (2015) PHYSICAL EXAMINATION

Players Name: _Jamize R. Olawale_ Date: _1-4-16_

### TO BE COMPLETED BY PLAYER

**Please check Item 1 or Item 2, whichever is appropriate:**

1. _✓_ I am, on this date, suffering from NO past or present physical injuries or medical problems.

2. _____ I am currently suffering from the following listed physical injuries (past or present) or medical conditions.

_____
_____
_____

Please answer the following questions:
Are you at present free of Injury, Illness, or Discomfort [✓]YES  [ ] NO
                                                    If ""NO," please give full details.

_____
_____
_____

Are you currently physically able to perform all of the duties required in professional football? [✓]YES  [ ] NO
                                                    If "NO," please give full details.

_____
_____
_____

Have you missed any playing time during the season as a result of Injury, Illness, Discomfort, or any other reason?
[✓]YES  [ ] NO
If "YES," please give full details.
         _missed    pre-season   w/  torn   muscle  in  foot;  missed_
         _week 2  and  week 3  w/  high  ankle  sprain_
_____

During the season, have you suffered any Injury, Illness or Discomfort for which you have NOT sought any of the following:
If "YES," please give full details.

      1. Medical Advice?     [ ]YES  [✓]NO _____
      2. Diagnosis?        [ ]YES  [✓]NO _____
      3. Treatment?       [ ]YES  [✓]NO _____

**I have been advised of my rights to worker's compensation benefits, including benefits related to cumulative trauma, and been given a worker's compensation brochure and was told to read it so that I understand the benefits available to me.**

Player's Signature _____ Date _1/4/16_

JO-00822

OAKLAND RAIDERS ORGANIZATION
TRAINING ROOM-ROD MARTIN
DATE OF EXAM:   11/212014
PLAYER:         OLAWALE, JAMIZE

### INJURY REPORT

**CHIEF COMPLAINT:** Left foot pain.

**HISTORY:** The player comes in stating he had some pain over the medial aspect of his left foot following the game. He does not remember any specific injury.

**EXAMINATION:** There is tenderness over the medial deltoid ligament and over the medial navicular. X-rays were unremarkable other than some irregular joint surfaces of the navicular and some increased sclerosis in the navicular. No stress fracture was seen. There is no accessory navicular.

**ASSESSMENT:** Probable medial deltoid strain versus contusion. Small possibility of underlying stress fracture in the navicular.

**DISCUSSION:** A lengthy and comprehensive discussion was carried out with the player regarding the nature of his condition and the treatment alternatives available to him.

He current declines any additional intervention or imaging study. He will modify his activities based on symptoms. He will modify shoe wear and support as indicated. Follow-up in the training room on a daily basis.


Warren King, M.D.

WK:mdf

**JO-00823**

Confidential Information

NFL ALFORD-0009503

| Patient Name: | Olawale, Jamize |
|---|---|
| Injury/Illness | Right Thumb MCP Joint Ulnar Collateral Ligament Sprain |
| Injury/Illness Date: | 12/03/2017 07:10 AM |
| Description: | Right |

| Clinical Codes: | Code | Description |
|---|---|---|
| | 183040 | Thumb MCP Joint Ulnar Collateral Ligament Sprain |

**Background Details:**

- Nature of Injury **New Onset**
- When was the Injury Reported? **Post practice/game**
- Description of Onset **As he was being tackled a second opponent dove over him and his foot contacted the thumb causing the injury.**
- Team Activity When Injury Occurred **Game**
- Team Activity **Game Offense**
- If Offense **Passing (Offense)**
- Activity Segment **2nd quarter**
- Foul **Not Applicable**
- Position at Time of Injury **Running Back**
- Position at Time of Injury: If Running Back **Fullback**
- Background Screen Complete: **Yes**
- At the time of onset, was the player removed from participation: **No, Player continued participation**
- Following the session, was the player restricted from participation in subsequent sessions? **Yes, restricted from subsequent session**

**2017-12-03**

| Notes: | User | Detailed Note |
|---|---|---|
| | Touchet, Scott | Pain at the MCP joint with AROM/PROM, ligametn laxity in collaterals at MCP. Appears to be a gamekeepers thumb. |

Confidential Information

# EXHIBIT 3

Confidential Information

NFL ALFORD-0009505

# EXHIBIT 30

Confidential Information

NFL ALFORD-0009506

# EXHIBIT 26

Confidential Information

NFL ALFORD-0009507

Case 1:23-cv-00358-JRR    Document 116-16    Filed 10/31/24    Page 277 of 514

# EXHIBIT 28

Confidential Information

NFL ALFORD-0009508

# EXHIBIT 25

**JO-00829**

Confidential Information

NFL ALFORD-0009509

# EXHIBIT 29

Confidential Information

NFL ALFORD-0009510

# EXHIBIT 27

Confidential Information

NFL_ALFORD-0009511

# EXHIBIT 18

**JO-00832**

Confidential Information                                                                    NFL ALFORD-0009512

# EXHIBIT 34

**JO-00833**

Confidential Information

NFL ALFORD-0009513

# EXHIBIT 31

Confidential Information                                        NFL ALFORD-0009514

# EXHIBIT 32

Confidential Information

# EXHIBIT 33

Confidential Information                                          NFL ALFORD-0009516

# EXHIBIT 35

Confidential Information                                                                    NFL ALFORD-0009517

# EXHIBIT 36

Confidential Information                                        NFL ALFORD-0009518

# EXHIBIT 17

Confidential Information                                    NFL ALFORD-0009519

# EXHIBIT 22

**JO-00840**

Confidential Information

NFL ALFORD-0009520

# EXHIBIT 20

Confidential Information                                                                                                      NFL_ALFORD-0009521

# EXHIBIT 19

Confidential Information

NFL ALFORD-0009522

# EXHIBIT 23

Confidential Information    NFL ALFORD-0009523

# EXHIBIT 21

Confidential Information                                                    NFL ALFORD-0009524

# EXHIBIT 24

Confidential Information                                    NFL_ALFORD-0009525

# EXHIBIT 4

JO-00846

Confidential Information

NFL ALFORD-0009526

# EXHIBIT 8

JO-00847

NFL_ALFORD-0009527

# EXHIBIT 7

Confidential Information

NFL ALFORD-0009528

# EXHIBIT 5

Confidential Information

NFL ALFORD-0009529

# EXHIBIT 12

Confidential Information                                   NFL ALFORD-0009530

# EXHIBIT 9

Confidential Information                                          NFL ALFORD-0009531

# EXHIBIT 10

Confidential Information

NFL ALFORD-0009532

# EXHIBIT 11

Confidential Information

NFL ALFORD-0009533

# EXHIBIT 13

Confidential Information

NFL ALFORD-0009534

# EXHIBIT 15

Confidential Information

# EXHIBIT 6

Confidential Information

NFL ALFORD-0009536

# EXHIBIT 14

Confidential Information

NFL ALFORD-0009537

# EXHIBIT 16

Confidential Information

NFL ALFORD-0009538

**NFL PLAYER BENEFITS**

DISABILITY PLAN

200 St. Paul Street, Suite 2420
Baltimore, Maryland 21202
Phone 800.638.3186
Fax 410.783.0041

# PHYSICIAN REPORT FORM

## TOTAL & PERMANENT DISABILITY BENEFITS

**Notice to Physician**: To preserve your independence and the integrity of the decision-making process, you must avoid contacts with attorneys or other representatives of the Players seeking disability benefits from the NFL Player Disability & Neurocognitive Benefit Plan. Please notify the NFL Player Benefits Office if you are contacted by any of these individuals.

To be completed by NFL Player Benefits Office:

**Player's name:** JAMIZE OLAWALE          **DOB:**          **Phone:**

**Player's address:**

**Player's Credited Seasons:** 2012 - 2019

**Claimed impairments:** See Application

1. Did you receive records for this Player? ☑ YES | ☐ NO    If so, how many pages? 234 pages

2. Did you evaluate the Player? ☑ YES | ☐ NO    If so, when? 26 -MAY- 2021

3. Have you or your colleagues ever treated the Player previously? ☐ YES | ☑ NO

4. Based on your evaluation, what is the nature of the Player's impairment(s)?
   (Attach additional sheets if necessary.)

| Impairment to | Cause of impairment | |
|---|---|---|
| Reported depression | ☐ Illness  ☐ Injury | ☐ Other – _____  ☑ Unknown |
|  | ☐ Illness  ☐ Injury | ☐ Other – _____  ☐ Unknown |
|  | ☐ Illness  ☐ Injury | ☐ Other – _____  ☐ Unknown |

PRF — JAMIZE OLAWALE
(rev. 1/2018)

1

**JO-00859**

Confidential Information

NFL_ALFORD-0009326

5. In your opinion, is the Player **totally and permanently disabled** to the extent that he is substantially unable to engage in any occupation for remuneration or profit? ☐ YES | ☑ NO

   ☐ Unable to Determine

   **If you checked YES:**

   - Describe the impairments and explain how they prevent the Player from working. _____

   _____

   _____

   _____

   - Has the Player's condition persisted or is it expected to **persist for at least 12 months** from the date of its occurrence, and excluding any reasonable recovery period? ☐ YES | ☐ NO

   **If you checked NO:**

   - Describe the type of employment in which the Player can engage. Mr. Olawale can engage in any occupation without psychiatric restrictions or limitations.

6. Do you have any additional remarks? _____

_____

_____

_____

_____

Please provide the required narrative report with this form.

**I certify that:**

☑ **I reviewed all records of this Player provided to me.**

☑ **I personally examined this Player.**

☑ **This Physician Report Form and the attached narrative report(s) accurately document my findings.**

☑ **My findings reflect my best professional judgment.**

☑ **I am not biased for or against this Player.**

_____    26 - MAY - 2021
Signature                        Date

PRF — JAMIZE OLAWALE

2

**JO-00860**

    NFL_ALFORD-0009327

# Psychiatric Associates of Atlanta, LLC

Twelve Piedmont Center, Suite 410, 3495 Piedmont Road, NE, Atlanta, GA 30305
404-495-5900    fax: 404-495-5901
www.atlantapsychiatry.com

David Lipsig, M.D.                                                    Matthew Norman, M.D.

## INDEPENDENT PSYCHIATRIC EXAMINATION

| | |
|---|---|
| Examinee: | Jamize Olawale |
| Referral Source: | NFL Player Disability & Neurocognitive Benefit Plan |
| Date of Examination: | May 26, 2021 |
| Date of Report: | May 27, 2021 |
| Date of Birth: | ███████ |
| Examiner: | Matthew W. Norman, M.D. |
| Basis of Evaluation: | Diagnostic and clinical interview |
| | Record review |

Jamize Olawale is a 32-year-old male who completed a Total and Permanent Disability Benefits Application received March 29, 2021. He claimed, in part, that he is unable to work secondary to "psychological impairments … mood swings [and] … depression." He was referred for the purpose of conducting an independent psychiatric evaluation.

**Sources of Information:**

Interview of Jamize Olawale, conducted by Matthew W. Norman, M.D., via Zoom videoconferencing on May 26, 2021, for about one hour and ten minutes.

Administration of the Montreal – Cognitive Assessment (MoCA), Patient Health Questionnaire-9 (PHQ-9), and Generalized Anxiety Disorder-7 (GAD-7).

Records provided by NFL Player Disability & Neurocognitive Benefit Plan (234 pages):
Mr. Olawale's Total and Permanent Disability Benefits Applications (38 pages); and
Mr. Olawale's Medical Records (196 pages).

**Notification of Non-Confidentiality:**

At the outset of the evaluation, I informed Mr. Olawale that he was being examined for the purpose of assessing his psychiatric condition as part of an independent medical examination. He was informed that any information given during the interview would not be confidential and that such information would be used as the basis for this report. He was also informed that upon completion of the evaluation, a report would be sent to the NFL Player Benefits Disability Plan. Mr. Olawale stated that he understood these conditions and agreed to proceed.

**JO-00861**

**Current Symptoms and History of Present Psychiatric Illness According to Examinee:**

Mr. Olawale was scheduled to begin his examination via Zoom videoconference at 3:00 P.M. He arrived about ten minutes early for his appointment. He stated that he was sitting in his media room of his residence in Southlake, Texas. He stated that he was alone and free of overt distractions.

On examination via Zoom, Mr. Olawale reported that he has noticed "increasing agitation or irritability" over the last eighteen months. He retired from the NFL in 2020. He has noticed the agitation and irritability around his wife and children. He has also noticed mood swings and some depressed mood. He conveyed that his irritation and agitation is often related to his daily headaches, forgetfulness, and lack of concentration.

Although Mr. Olawale endorsed many symptoms of depression when asked on a symptom inventory, he did not spontaneously report any symptoms except agitation, irritability, depressed mood, and mood volatility. Despite endorsing anhedonia, he reported enjoying numerous activites (e.g., playing videogames, spending time with his children, watching television). He smiled frequently throughout the evaluation. He spoke in an animated and engaging way in reference to a new business venture (i.e., franchise pre-school) that he and his wife started in January 2021.

Daily, Mr. Olawale reported going to bed late and sleeping in late. He will eat lunch with his children. He exercises by walking on his treadmill about five days per week. He watches certain television programs or YouTube. He helps his wife with online billpay and emails related to their business and personal finances. He regularly operates a motor vehicle.

As a result of his depressed mooda, Mr. Olawale reported having thoughts of suicide or being better off dead about once per month recently. He stated that he would never attempt suicide secondary to being Christian. He denied any suicide attempts or current intent.

In order to ameliorate his symptoms around his wife, Mr. Olawale went to see a couples counselor with his wife for two sessions in April. In April, he had become aggressive with the family dog. His wife called the police. No arrets were made. They agreed to go to counseling and attended two sessions. He is not currently in any mental health treatment. He has not taken any psychiatric medications.

Mr. Olawale stated that he still engages in many instrumental activities of daily living (though he shares many of these responsibilities with his wife). He denied any difficulties in functional activities of daily living.

Mr. Olawale denied drinking alcohol. He denied illicit drug use.

On psychiatric review of systems, Mr. Olawale denied any mania, obsessions or compulsions, delusions, hallucinations, ideas of reference, posttraumatic stress symptoms, or homicidal thoughts. He denied any known family history of dementia or psychiatric problems.

2

**JO-00862**

NFL_ALFORD-0009329

Re: Jamize Olawale

**Personal History According to Examinee:**

Mr. Olawale reported being born ████████████████████████. He reported being the middle of three children born to his parents. He was raised in California.

Mr. Olawale graduated from Long Beach Poly High School. He attended two junior colleges. He then attended University of North Texas. He graduated in 2017 with a degree in sociology.

Mr. Olawale reported getting signed as an undrafted free agent by the Dallas Cowboys in 2012. He played for a total of eight credited seasons. He played as a fullback. He retired in 2020.

Mr. Olawale reported one marriage. He was married in 2011. He reported having a 9-year-old daughter, 8-year-old daughter, and 7-year-old son. He lives with his wife and three children in a house outside of Dallas, Texas.

Occupationally, Mr. Olawale denied any paid work since his retirement from the NFL. He discussed buying into a pre-school franchise earlier this year.

**Review of Medical Records:**

There were 234 pages of records supplied to the NFL Player Benefit Plan for review. These records were both part of the application with exhibits and supplied medical records. There were no notations by a medical provider of any psychiatric or psychological conditions. There were no notations of any psychiatric treatment.

**Medical History According to Examinee:**

Mr. Olawale denied taking any medications regularly.

Mr. Olawale reported allergies to sunscreen. He denied any known drug allergies.

Mr. Olawale reported numerous orthopedic injuries while playing football. He denied any surgical history.

Mr. Olawale denied any other ongoing medical problems, except regular headaches and chronic orthopedic pain.

**Results of Questionnaires Testing:**

Mr. Olawale completed the Montreal – Cognitive Assessment (MoCA), which is a commonly used screening instrument for cognitive impairments. Mr. Olawale obtained a score of twenty-four (24) out of a possible thirty (30) points, which was suggestive of mild cognitive impairment. Five points of his errors was related to delayed recall (0/5).

3

**JO-00863**

Mr. Olawale completed the Patient Health Questionnaire-9 (PHQ-9), which is a commonly used self-report measure for the symptoms of depression. Mr. Olawale obtained a score of nineteen (19), which is indicative of moderately severe depression. Thus, he self-reported a moderately severe depression. His examination was inconsistent with this score.

Mr. Olawale completed the Generalized Anxiety Disorder-7 (GAD-7), which is a commonly used self-report measure for the symptoms of anxiety. Mr. Olawale obtained a score of twelve (12), which is indicative of moderate anxiety. Thus, he self-reported moderate anxiety.

**Mental Status Examination:**

Mr. Olawale presented as casually dressed and well groomed. He wore a green North Texas t-shirt as visible on the videoconferencing platform. He appeared neatly groomed. He made very good eye contact throughout the evaluation.

Mr. Olawale exhibited no psychomotor agitation or psychomotor retardation. There were no abnormal involuntary movements. He was smiling regularly (and appropriately) throughout the evaluation. He was quite talkative and developed rapport without difficulty. He was not tearful during the interview. He was open in his responses during the evaluation. He was alert and oriented. His speech was normal in rate, volume, and tone.

Mr. Olawale was fully cooperative with the examination. He described his mood as "depressed." His affect was normal in range (which was inconsistent with his reported level of depression). He laughed a few times (and appropriately) during the evaluation. He denied imminent suicidal or homicidal thoughts. There was no behavioral evidence of delusions. There was no behavioral evidence (e.g., distractions or talking to himself) of hallucinations during the examination. He denied hallucinations or ideas of reference.

Mr. Olawale's thoughts were logical and goal directed. He demonstrated good judgment. He had a good fund of information on examination. I would estimate his intelligence to be in the average range.

**Diagnosis:**

No diagnosis

**Discussion:**

Mr. Jamize Olawale is a 32-year-old male who was referred by you for the purpose of conducting an independent medical evaluation. He applied for Total & Permanent Disability.

Mr. Olawale reported symptoms of depression and mood swings on his disability application. On examination via Zoom, he was very pleasant and attentive. He was engaged in the process of the examination. He did not exhibit any overt anxiety, panic, irritability, anger, mood swings, or

4

**JO-00864**

depression during the duration of the exam. This is not to say that he does not experience some psychiatric symptoms; however, they did not rise to a level which was overtly impairing, in my opinion. Quite to the contrary, Mr. Olawale smiled appropriately and was quite engaging during the evaluation.

Mr. Olawale is not currently taking any anti-depressant medications or anti-anxiety medication. He is not currently in psychiatric or mental health treatment. In addition, there was no supporting documentation reviewed of any psychiatric impairments from the records supplied.

In my opinion, Mr. Olawale does not meet criteria for any current psychiatric condition.

It should be noted that Mr. Olawale's clinical presentation was clearly not consistent with someone suffering with a major or impairing psychiatric illness.

*Work capacity and restrictions:* In my opinion, with a reasonable degree of medical certainty, Mr. Olawale can work currently from a psychiatric standpoint. There are no psychiatric restrictions or limitations. Thus, Mr. Olawale does not have any psychiatric impairments currently or a psychiatric impairment that has persisted for at least twelve (12) months.

Sincerely,

Matthew W. Norman, M.D., DFAPA (Licensed in Georgia)
Board Certified, Psychiatry & Forensic Psychiatry, American Board of Psychiatry & Neurology
Adjunct Associate Professor, Department of Psychiatry, Emory University School of Medicine

5

**JO-00865**

NFL_ALFORD-0009332

## NFL PLAYER DISABILITY & NEUROCOGNITVE BENEFIT PLAN
## PSYCHIATRY NARRATIVE REPORT TEMPLATE

(Start Time _255 pm_ Stop Time _4 05 pm_)

**Player's Name:** _Jamize Olawale_ _via Zoom videoconference_

**DOB:** _███████_

**Neutral Physician:** _Matt Norman, M.D._

**Date of the Evaluation:** _26-April-2021_

**Chief Complaints:**
1) Depression
2) _____
3) _____

**Clinical History:** (Need to obtain a detailed and comprehensive history that will support your conclusion)

32 y/o former player reported increased irritability, some depressed mood, and mood swings since retiring from NFL over last 18 months. He attributes a lot of his onset of symptoms to his concentration, memory, and daily headache issues. That is, he did not indicate that any of his mental health issues were independent of ongoing medical complaints. Mr. Olawale denied anhedonia, appetite issues, sleep issues, and suicidal thoughts. He has had some passive thoughts of not wanting to continue living but stated his Christian faith helps him and he is not suicidal. Aside from two couples counseling sessions in April 2021, Mr. Olawale has not received any formal mental health treatment. He denied any ongoing generalized anxiety, PTSD, OCD, psychosis, or mania. He reported engaging in some occupational activities currently. He and his wife opened a daycare/preschool as a franchisee in January 2021. Mr. Olawale denied working outside the home but does respond to emails in reference to the school. He reported being excited about starting it and its prospects for a successful future.

1

**JO-00866**

NFL_ALFORD-0009333

## INSTRUMENTAL ACTIVITIES OF DAILY LIVING:

Check writing, paying bills, balancing a checkbook _capable, we share in this_
Assembling tax records, business affairs or papers _wife does most of this_
Shopping alone for clothes, household necessities, or groceries _I do that sometimes_
Playing a game of skill, working on a hobby _play videogames, trying to learn magic tricks_
Heating water, making a cup of coffee, turning off the stove _I can make cup of coffee_
Preparing a balanced meal _I can do this_
Keeping track of current events _desired keeps up_
Paying attention to, understanding, discussing a TV show, book, or magazine _watches YouTube_
Remembering appointments, family, occasions, holidays, medications _capable_
Traveling out of the neighborhood, driving, arranging to take public transportation _capable_

## FUNCTIONAL ACTIVIIES OF DAILY LIVING:

Eating _on own – No issues_
Bathing _on own – No issues_
Dressing _opt own – No issues_
Toileting _on own – No issues_
Transferring (walking) _on own – No issues_
Continence _on own – No issues_

## PAST PSYCHIATRIC HISTORY:

|  | YES | NO | Dates/Circumstances: |
|---|---|---|---|
| Did the player ever have a previous episode of Depression, Mania, Anxiety, Psychosis | . | ✓ |  |
| Past psychiatric visits/psychotherapy/counseling | ✓ |  | couples counseling – 2 sessions /Apr 2021 |
| Past psychiatric hospitalizations |  | ✓ |  |
| History of ECT/TMS |  | ✓ |  |
| History of suicide attempts |  | ✓ |  |
| History of aggression/violence | ✓ |  | two episodes choking wife |
| History of criminal justice contact |  | ✓ |  |
| History of ADHD |  | ✓ |  |
| History of Learning Disabilities |  | ✓ | tested in junior college but told |
| History of Abuse |  | ✓ | did not have any |
| Other |  |  |  |

2

**JO-00867**

NFL_ALFORD-0009334

**TOBACCO/ETOH/ILLICIT SUBSTANCE/STEROIDS:**

|  | YES | NO | **Comments**: Describe the following: age first used, amount, frequency, duration, longest period without using, last used. Adverse consequences of alcohol and or illicit substance use, medical (including DTs and/or alcohol related seizures), social, psychological. Rehabilitation history. |
|---|---|---|---|
| Tobacco |  | ✓ |  |
| ETOH |  | ✓ |  |
| Marijuana |  | ✓ |  |
| Cocaine |  | ✓ |  |
| Opiates |  | ✓ |  |
| Stimulants |  | ✓ |  |
| Hallucinogens |  | ✓ |  |
| Ecstasy |  | ✓ |  |
| LSD |  | ✓ |  |
| PCP |  | ✓ |  |
| Abuse of Prescribed Medications |  | ✓ |  |
| Steroids |  | ✓ |  |
| Other |  |  |  |

3

**JO-00868**

NFL_ALFORD-0009335

**PAST MEDICAL HISTORY:**

|  | YES | NO | Comments: |
|---|---|---|---|
| Thyroid Disease |  | ✓ |  |
| Headache | ✓ |  | everyday |
| Chronic Pain | ✓ |  | low back, both knees & ankles |
| Orthopedic Issues |  | ✓ |  |
| Arthritis |  | ✓ |  |
| Heart Disease |  | ✓ |  |
| Hypertension |  | ✓ |  |
| Stroke |  | ✓ |  |
| Diabetes |  | ✓ |  |
| Kidney Disease |  | ✓ |  |
| Liver Disease |  | ✓ |  |
| Lung Disease |  | ✓ |  |
| Cancer |  | ✓ |  |
| Other |  |  |  |

**PAST SURGICAL HISTORY:**

NONE
_____
_____
_____

**PAST MEDICATIONS:** (List medications, dose, side effects, length of treatment, response to medication, if discontinuation, why and when)

**ALLERGIES:** NKDA _____
_____
_____
_____

**CURRENT MEDICATIONS:** (List of medications, dose, side effects, length of treatment, response to medications).

None
_____
_____
_____

**FAMILY HISTORY:**

|  | YES | NO | Comments: |
|---|---|---|---|
| Dementia |  | ✓ |  |
| Psychiatric Disorder |  | ✓ |  |
| Other |  |  |  |

4

**JO-00869**

NFL_ALFORD-0009336

**SOCIAL HISTORY:** (Living Arrangements, Marital Status, Employment, Education, and Hobbies)

Mr. Olawale was born on ███████ CA. He reported having an older brother and younger sister. Educationally, he completed high school in Long Beach, CA. Attended junior college twice. Then university of Texas. Graduated 2017 in sociology. He played eight credited seasons as a fullback. He has been married once for the last decade. He reported having three children. He lives with his wife and three children in suburb ███████

## MENTAL STATUS EXAMINATION:

### Appearance:

|  | YES | NO | Comments: |
|---|---|---|---|
| Well Groomed | ✓ |  |  |
| Disheveled |  | ✓ |  |
| Other |  |  |  |

### Cognition:

|  | YES | NO | Comments: |
|---|---|---|---|
| Orientation to person, place, and time | ✓ |  |  |
| Immediate recall | ✓ |  | 5/5 |
| Serial 7 subtraction starting at 100 | ✓ |  |  |
| Delayed recall |  | ✓ | 0/5   see MoCA |

### MOCA:

|  | YES | NO | SCORE | Comments: When done please attach the questionnaire to the report form |
|---|---|---|---|---|
| Performed | ✓ |  | 24 | see attached |

### Interaction:

|  | YES | NO | Comments: |
|---|---|---|---|
| Pleasant and cooperative | ✓ |  |  |
| Hostile |  | ✓ |  |
| Withdrawn |  | ✓ |  |
| Eye Contact | ✓ |  |  |
| Other |  |  |  |

5

**JO-00870**

NFL_ALFORD-0009337

**Reported Mood:**

|  | YES | NO | Comments: |
|---|---|---|---|
| Euthymic |  | ✔ |  |
| Sad/Depressed | ✔ |  | blah |
| Anxious/Angry |  | ✔ |  |
| Irritable | ✔ |  | at times |
| Labile |  | ✔ |  |
| Other |  |  |  |

**Affect:**

|  | YES | NO | Comments: |
|---|---|---|---|
| Within normal range | ✔ |  |  |
| Irritable/Angry |  | ✔ |  |
| Anxious |  | ✔ |  |
| Constricted/Blunted/Flat |  | ✔ |  |
| Depressed |  | ✔ |  |
| Elated/Euphoric |  | ✔ |  |
| Expansive |  | ✔ |  |
| Other |  |  |  |

**Speech:**

|  | YES | NO | Comments: |
|---|---|---|---|
| Normal rate/rhythm | ✔ |  |  |
| Pressured |  | ✔ |  |
| Slowed |  | ✔ |  |
| Logorrhea |  | ✔ |  |
| Paucity of speech |  | ✔ |  |
| Other |  |  |  |

**Thought Content:**

|  | YES | NO | Comments: Need to comment if the player has active suicidal and or homicidal ideations and if he expresses plan or intent at the time of the visit |
|---|---|---|---|
| Suicidal ideations |  | ✔ | about one week ago but I'm Christian |
| Homicidal ideations |  | ✔ | and was not strong |
| Delusions |  | ✔ |  |
| Paranoid Ideations |  | ✔ |  |
| Preoccupations |  | ✔ |  |
| Obsessions and compulsions |  | ✔ |  |
| Ideas of reference |  | ✔ |  |
| Other |  |  |  |

6

**JO-00871**

NFL_ALFORD-0009338

**Thought Process:**

| | YES | NO | Comments: |
|---|---|---|---|
| Linear | ✓ | | |
| Goal directed | ✓ | | |
| Loose Associations | | ✓ | |
| Flight of ideas | | ✓ | |
| Tangential | | ✓ | |
| Circumstantial | | ✓ | |
| Disorganized | | ✓ | |
| Other | | | |

**Perception:**

| | YES | NO | Comments: |
|---|---|---|---|
| Visual/Auditory Hallucinations | | ✓ | |
| Other | | | |

**Motor:**

| | YES | NO | Comments: |
|---|---|---|---|
| Psychomotor agitation | | ✓ | |
| Psychomotor retardation | | ✓ | |

**Insight and Judgment:**

| | YES | NO | Comments: |
|---|---|---|---|
| Insight Intact | ✓ | | |
| Judgment Intact | ✓ | | |

# FURTHER DETAILED INFORMATION REGARDING SYMPTOMS AND DIAGNOSIS AS PER DSM-5 CRITERIA

## CURRENT MAJOR DEPRESSIVE EPISODE (MDD):

**A:** Five (or more) of the following symptoms have been present over the past two weeks and represent a change from a previous functioning: at least one of the symptoms is either depressed mood or loss of interest or pleasure on a nearly daily basis:

| | YES | NO | Comments: when relevant give a bullet description to include; onset, duration, severity of symptoms or refer to the HPI if you have already done so |
|---|---|---|---|
| | | | |

7

**JO-00872**

NFL_ALFORD-0009339

| Depressed mood most of the day, nearly every day | ✓ | | self-reported over last 18mos. |
| Markedly decreased interest or pleasure in all, or almost all, activities most of the day, nearly every day | | ✓ | |
| Significant weight loss when not dieting or weight gain, or decrease or increase in appetite nearly every day | | ✓ | |
| Insomnia or Hypersomnia nearly every day | | ✓ | Go to bed at 2Am and "sleep -in" |
| Psychomotor agitation or retardation nearly every day | | ✓ | |
| Fatigue or loss of energy nearly every day | ✓ | | been low |
| Feeling of worthlessness or excessive and inappropriate guilt nearly every day | ✓ | | sometimes feel hopeless |
| Diminished ability to think or concentrate, or indecisiveness nearly every day | ✓ | | |
| Recurrent thoughts of death, recurrent suicidal ideation without a specific plan, or a suicide attempt or a specific plan for committing suicide | | ✓ | week ago and then a few months before that "every couple months" - passive |

**B:**

| | YES | NO | Comments: |
|---|---|---|---|
| The symptoms cause clinically significant distress or impairment in social, occupational, or other important areas of functioning | | ✓ | |

**C:**

| | True | False | Uncertain | Comments: |
|---|---|---|---|---|
| The episodes are not attributable to the physiological effects or to another medical condition. | | | ✓ | |

**Note: Criteria A-C** represent a major depressive disorder

8

**JO-00873**

If there is currently depressed mood or loss of interest but full criteria are not met for a major depressive episode, document if there has been a past depressive episode and include timing, length and other criteria.

PHQ9 = 19    moderately severe

GAD7 = 12    moderate

**MMPI-2-RF:** (Please document neuropsychologist's results when available and comment as needed)

|  | YES | NO | Comments: |
|---|---|---|---|
| Validity scales available |  | ✓ |  |

**IMPRESSION AND DISCUSSION:**

Mr. Olawale does not meet criteria for a depressive disorder, anxiety disorder, or other impairing psychiatric condition currently. He can work any occupation without psychiatric restrictions or limitations.

Matthew W. Norman, M.D. (Psychiatrist)

26-MAY-2021

Date

9

**JO-00874**

Confidential Information

NFL_ALFORD-0009341

E-Ballot- 27/01/2021

**MONTREAL COGNITIVE ASSESSMENT (MOCA®)**
Version 8.1 English

Name: _____
Education: College    Date of birth: 04·17·1989
Sex: M    DATE: 05·26·2021

| VISUOSPATIAL / EXECUTIVE | | | POINTS |
|---|---|---|---|

Copy cube

Draw CLOCK ( Ten past eleven )
( 3 points )

[ ✓ ]

[ ✓ ]

[ ✓ ]    [ ✓ ]    [ ✓ ]
Contour  Numbers  Hands

**5/5**

**NAMING**

[ ✓ ]    [ ✓ ]    [ ✓ ]

**3/3**

| MEMORY | Read list of words, subject must repeat them. Do 2 trials, even if 1st trial is successful. Do a recall after 5 minutes. | | FACE | VELVET | CHURCH | DAISY | RED | NO POINTS |
|---|---|---|---|---|---|---|---|---|
| | | 1ST TRIAL | ✓ | ✓ | ✓ | ✓ | ✓ | |
| | | 2ND TRIAL | ✓ | ✓ | ✓ | ✓ | ✓ | |

| ATTENTION | Read list of digits ( 1 digit/ sec. ). | Subject has to repeat them in the forward order. | [ ✓ 2 1 8 5 4 ] | 2/2 |
|---|---|---|---|---|
| | | Subject has to repeat them in the backward order. | [ ✓ 7 4 2 ] | |

Read list of letters. The subject must tap with his hand at each letter A. No points if ≥ 2 errors
[ ✓ FBACMNAAJKLBAFAKDEAAAJAMOFAAB    **1/1**

Serial 7 subtraction starting at 100.    [ ✓ 93    [ ✓ 86    [ ✓ 79    [ ✓ 72    [ ✓ 65    **3/3**
4 or 5 correct subtractions: **3 pts**,    2 or 3 correct: **2 pts**,    1 correct: **1 pt**,    0 correct: **0**

| LANGUAGE | Repeat: I only know that John is the one to help today. [ ✓ ] | 2/2 |
|---|---|---|
| | The cat always hid under the couch when dogs were in the room. [ ✓ ] | |

Fluency: Name maximum number of words in one minute that begin with the letter F.    [ ✗ ] 9 (N ≥ 11 words)    **0/1** −1

| ABSTRACTION | Similarity between e.g. orange - banana = fruit    [ ✓ train - bicycle    [ ✓ watch - ruler | 2/2 |
|---|---|---|

| DELAYED RECALL | (MIS) | Has to recall words WITH NO CUE | FACE [ ✗ ] | VELVET [ ✗ ] | CHURCH [ ✗ ] | DAISY [ ✗ ] | RED [ ✗ ] | Points for UNCUED recall only | 0/5 −5 |
|---|---|---|---|---|---|---|---|---|---|
| Memory Index Score (MIS) | X3 | Category cue | ✗ | ✗ | ✗ | ✗ | ✗ | MIS = 2 /15 | |
| | X2 | Category cue | ✗ | ✗ | ✗ | ✗ | ✗ | | |
| | X1 | Multiple choice cue | ✗ | ✗ | ✗ | ✓ | ✓ | | |

| ORIENTATION | [ ✓ Date    [ ✓ Month    [ ✓ Year    [ ✓ Day    [ ✓ Place    [ ✓ City | 6/6 |
|---|---|---|

© Z. Nasreddine MD    www.mocatest.org    MIS: 2/15
Administered by: M. Norman    (Normal ≥ 26/30)    **TOTAL**    24/30
Training and Certification are required to ensure accuracy    Add 1 point if ≤ 12 yr edu

JO-00875

Confidential Information    NFL_ALFORD-0009342





**NFL PLAYER BENEFITS**

**DISABILITY PLAN**

200 St. Paul Street, Suite 2420
Baltimore, Maryland 21202
Phone 800.638.3186
Fax 410.783.0041

## PHYSICIAN REPORT FORM - ORTHOPEDICS

## <u>LINE-OF-DUTY DISABILITY BENEFITS</u>

**Notice to Physician:** To preserve your independence and the integrity of the decision-making process, you must avoid contacts with attorneys or other representatives of the Players seeking disability benefits from the NFL Player Disability & Neurocognitive Benefit Plan. Please notify the NFL Player Benefits Office if you are contacted by any of these individuals.

Player Name:  Jamize Olawale          DOB: ▮▮▮▮          Phone: ▮▮▮▮

Player's address: ▮▮▮▮▮▮▮▮

Player's Credited Seasons:   2012-2019 (8)

Claimed impairments:   See application

1.  Did you receive records for this         ☑ **YES**   ☐ **NO**   If so, how many pages? 269

2.  Did you evaluate the Player?   ☑ **YES**   ☐ **NO**   If so,      06/17/2021

3.  Have you or your colleagues ever treated the Player previously? ☐ **YES**   ☑ **NO**

4.  For **ORTHOPEDIC IMPAIRMENTS,** please rate the impairment(s) using the Point System for Orthopedic Impairments.  (Attach additional sheets if necessary.)

### ANKLE

### RIGHT ANKLE

| Impairment | Occur. | Points | Cause | | Comments |
|---|---|---|---|---|---|
| Degenerative Joint Disease - Moderate Or Greater (i.e., significant loss of joint space as confirmed by clinical examination and x-ray) | 1 | 3 | ☐ Illness   ☐ Other-__<br>☑ NFL football ☐ Unknown | | Complaints of chronic ankle pain and stiffness aggravated by prolonged standing and walking. Clinically mild ankle swelling with moderate tibio-talar joint space narrowing and heterotpic bone formation of distal |

PRF - Jamize Olawale
rev. 06/2021

Dr. Paul Saenz

**JO-00876**

Confidential Information

syndesmosis. Documented injury pps. 88,90.

**RIGHT ANKLE POINTS TOTAL:**                    **3**

**KNEE**

**LEFT KNEE**

| Impairment | Occur. | Points | Cause | | Comments |
|---|---|---|---|---|---|
| Degenerative Joint Disease - Moderate Or Greater (i.e., significant loss of joint space as confirmed by clinical examination and x-ray) | 1 | 3 | ☐ Illness  ☐ Other- __<br>☑ NFL football  ☐ Unknown | | Complaints of chronic knee pain aggravated by prolonged standing, walking and squatting. Moderate medial medial compartment and marked patellofemoral compartment joint space narrowing noted radiographically. Documented injury pps. 81,82,87. |

**LEFT KNEE POINTS TOTAL:**                    **3**

**Impairments**

**RIGHT ANKLE POINTS TOTAL:**                    **3**
**LEFT KNEE POINTS TOTAL:**                    **3**

**Impairments Total**                    **6**

Dr. Paul Saenz

NFL_ALFORD-0009314

5. Is the Player's condition the primary or contributory cause of the surgical removal or major functional impairment of a **vital bodily organ** or **part of the central nervous system?** ☐ YES  ☑ **NO**

   **If you checked YES:**

   Identify the affected body part or impairment(s) and describe the nature of the resulting surgical removal or major functional impairment.

   Has this condition persisted or is it expected to **persist for at least 12 months** from the date of its occurrence, and excluding any reasonable recovery period?  ☐ YES  ☐ NO

6. Do you have any additional remarks?
   Claimant with complaint of chronic low back pain with radiographic evidence of radiolucencies at L5 suggestive of chronic pars interarticularis stress fractures. No supportive or conclusive documentation that this condition was incurred during scope of NFL career.

Please provide the required narrative report with this form.

   ☑ **I reviewed all records of this Player provided to me.**

   ☑ **I personally examined this Player.**

   ☑ **This Physician Report Form and the attached narrative report(s) accurately document my findings.**

   ☑ **My findings reflect my best professional judgment.**

   ☑ **I am not biased for or against this Player.**

Paul Saenz                                          06/24/2021
Signature                                           Date

**Comments**

Paul Saenz: Physician has submitted the eForm for player JAMIZE,OLAWALE application id 221414 Please review 06/24/2021 06:17 PM

PRF - Jamize Olawale                                Dr. Paul Saenz
rev. 06/2021

**JO-00878**

Confidential Information

**NFL PLAYER BENEFITS**

DISABILITY PLAN

200 St. Paul Street, Suite 2420
Baltimore, Maryland 21202
Phone 800.638.3186
Fax 410.783.0041

## PHYSICIAN REPORT FORM

### TOTAL & PERMANENT DISABILITY BENEFITS

**Notice to Physician:** To preserve your independence and the integrity of the decision-making process, you must avoid contacts with attorneys or other representatives of the Players seeking disability benefits from the NFL Player Disability & Neurocognitive Benefit Plan. Please notify the NFL Player Benefits Office if you are contacted by any of these individuals.

Player Name: Jamize Olawale          DOB: ▮▮▮          Phone: ▮▮▮

Player's address: ▮▮▮

Player's Credited Seasons: 2012-2019 (8)

Claimed Impairments: See application

1. Did you receive records for this Player? ☑ **YES** | ☐ **NO**  If so, how many pages? 269 .

2. Did you evaluate the Player?  ☑ **YES** | ☐ **NO**  If so, when? __06/17/2021__

3. Have you or your colleagues ever treated the Player previously? ☐ **YES** | ☑ **NO**

4. Based on your evaluation, what is the nature of the Player's impairment(s)? (Attach additional sheets if necessary.)

| Impairment to | Cause of impairment | | |
|---|---|---|---|
| 1. Chronic lumbar spondylolysis @ L5<br>2. Degenerative joint disease bilateral knees<br>3. Degenerative joint disease bilateral ankles | ☐ Illness<br>☑ Injury | ☐ Other- _____<br>☐ Unknown | |
| | | | |
| | | | |
| | | | |

PRF - Jamize Olawale
(rev. 06/24/2021)

Paul Saenz

**JO-00879**

Confidential Information

**5.** In your opinion, is the Player **totally and permanently disabled** to the extent that he is substantially unable to engage in any occupation for remuneration or profit?

☐ YES | ☑ NO

☐ Unable to Determine

**If you checked YES:**

☐ Describe the impairments and explain how they prevent the Player from working.

_____

☐ Has the Player's condition persisted or is it expected to **persist for at least 12 months** from the date of its occurrence, and excluding any reasonable recovery period?

☐ YES | ☐ NO

**If you checked NO:**

☐ Describe the type of employment in which the Player can engage.
Job tasks limited to the sedentary to light level of physical demand with accommodations to avoid prolonged standing and walking , repetitive bending and twisting and to allow sitting breaks as necessary.

**6.** Do you have any additional remarks?  In the opinion of this examiner this claimant is not likely seeking Total and Permanent Disability on the basis of orthopedic impairments but more likely for the sequelae of multiple concussive episodes.

**Please provide the required narrative report with this form.**

**I certify that:**

☑ **I reviewed all records of this Player provided to me.**
☑ **I personally examined this Player.**
☑ **This Physician Report Form and the attached narrative report(s) accurately document my findings.**
☑ **My findings reflect my best professional judgment.**
☑ **I am not biased for or against this Player.**

_Paul Saenz_____        _06/24/2021_____
Signature                            Date

**Comments**

PRF - Jamize Olawale                                    Paul Saenz
(rev. 06/24/2021)

**JO-00880**

## TOTAL & PERMANENT DISABILITY BENEFITS EVALUATION
## LINE-OF-DUTY DISABILITY BENEFITS EVALUATION



**SPORTS** MEDICINE
A S S O C I A T E S

Every Athlete. Every Injury.

**David R. Schmidt, M.D.**
Diplomate American Board
of Orthopaedic Surgery
Fellow American Academy
of Orthopaedic Surgeons
Subspecialty Certification in
Orthopaedic Sports Medicine

**Paul S. Saenz, D.O.**
Diplomate American Osteopathic
Board of Family Physicians
Fellow American Osteopathic
Academy of Sports Medicine
Subspecialty Certification in
Primary Care Sports Medicine

**Ralph J. Curtis, M.D.**
Diplomate American Board
of Orthopaedic Surgery
Fellow American Academy
of Orthopaedic Surgeons
Subspecialty Certification in
Orthopaedic Sports Medicine

**Timothy S. Palomera, M.D.**
Diplomate American Board
of Family Medicine
C.A.Q., Sports Medicine

**Marcus A. Allen, D.P.M.**
Fellow American Academy
of Podiatric Sports Medicine
Fellow American College
of Foot & Ankle Surgeons
Diplomate American Board
of Podiatric Surgery

**Richard T. Steffen, M.D.**
Diplomate American Board
of Orthopaedic Surgery
Fellow American Academy
of Orthopaedic Surgeons

**Carl J. Young, M.D.**
Diplomate American Board
of Family Medicine
C.A.Q., Sports Medicine

**Daniel L. Santa Maria, M.D.**
Diplomate American Board of
Physical Medicine & Rehabilitation
Subspecialty Certification
in Sports Medicine
Subspecialty Certification in
Undersea & Hyperbaric Medicine

**Hector U. Lopez, M.D.**
Diplomate American Board
of Family Medicine
C.A.Q., Sports Medicine

Locations

[Texas Center for Athletes
21 Spurs Lane, Suite 300
San Antonio, Texas 78240
Phone: 210-804-5400
Fax: 210-804-5402

Alamo Heights Location
9 5601 Broadway
San Antonio, Texas 78209
Phone 210 404 9042 (ESPN)
Fax 210 805 5459]

**SportsMedSA.com**

Official Sports Medicine Physicians for:

 

| | |
|---|---|
| **Player Name:** | Olawale, Jamize |
| **Date of Birth:** | |
| **Date of Examination:** | 06/17/2021 |

| | |
|---|---|
| **Examiner:** | Paul S. Saenz, D.O. |
| **Location:** | Texas Center for Athletes |
| | 21 Spurs Lane, Suite 300 |
| | San Antonio, TX  78240 |

Mr. Jamize Olawale is a 32-year-old male, a former NFL football player, who presents for performance of a Total and Permanent Disability Benefits Evaluation and Line of Duty Disability Benefits Evaluation. It has been relayed by the NFL Player Benefits Office that this individual is to be evaluated for complaints of pain, discomfort, and potential disability involving the spine and bilateral upper and lower extremities consistent with a comprehensive whole-person orthopaedic evaluation.

Prior to today's evaluation, 269 pages of medical records received via a secure electronic portal were reviewed: 35 pages consisted of the claimant's Line-of-Duty application, and 38 pages were related to the claimant's Total & Permanent Disability Benefits application. The remaining 196 pages consisted of medical records to include results of diagnostic imaging studies and NFL team-maintained injury reports and treatment logs. There were a significant number of reports detailing neurological and neuropsychological evaluations performed in regard to the claimant's history of sports-related concussions and sequelae.

Additionally, as part of today's evaluation, a thorough verbal medical history was obtained directly from Mr. Olawale regarding injuries sustained during his professional and non-professional years in football.

## PLAYING CAREER

**College:**  During his collegiate playing days at the El Camino Junior College (2008-2009) and University of North Texas (2010-2011), Mr. Olawale played the running back and fullback positions. He would graduate from the University of North Texas in 2017 with a degree in Sociology.

### NFL

- Dallas Cowboys (2012) *
- Oakland Raiders (2012-2017)
- Dallas Cowboys (2018-2020)

I will play again.

**JO-00881**

NFL_ALFORD-0009318

**Total & Permanent Disability Benefits Evaluation**
**Line-of-Duty Disability Benefits Evaluation (cont'd)**



**SPORTS** MEDICINE
A S S O C I A T E S

Every Athlete. Every Injury.

**David R. Schmidt, M.D.**
Diplomate American Board
of Orthopaedic Surgery
Fellow American Academy
of Orthopaedic Surgeons
Subspecialty Certification in
Orthopaedic Sports Medicine

**Paul S. Saenz, D.O.**
Diplomate American Osteopathic
Board of Family Physicians
Fellow American Osteopathic
Academy of Sports Medicine
Subspecialty Certification in
Primary Care Sports Medicine

**Ralph J. Curtis, M.D.**
Diplomate American Board
of Orthopaedic Surgery
Fellow American Academy
of Orthopaedic Surgeons
Subspecialty Certification in
Orthopaedic Sports Medicine

**Timothy S. Palomera, M.D.**
Diplomate American Board
of Family Medicine
C.A.Q. Sports Medicine

**Marque A. Allen, D.P.M.**
Fellow American Academy
of Podiatric Sports Medicine
Fellow American College
of Foot & Ankle Surgeons
Diplomate American Board
of Podiatric Surgery

**Richard T. Steffen, M.D.**
Diplomate American Board
of Orthopaedic Surgery
Fellow American Academy
of Orthopaedic Surgeons

**Eliot J. Young, M.D.**
Diplomate American Board
of Family Medicine
C.A.Q. Sports Medicine

**Daniel L. Santa Maria, M.D.**
Diplomate American Board of
Physical Medicine & Rehabilitation
Subspecialty Certification
in Sports Medicine
Subspecialty Certification in
Undersea & Hyperbaric Medicine

**Hector U. Lopez, M.D.**
Diplomate American Board
of Family Medicine
C.A.Q. Sports Medicine



SportsMedSA.com

Official Sports Medicine Physicians for:



I will play again.

June 17, 2021
Page 2 of 8

RE:  Olawale, Jamize

*off-season and/or practice squad
**INJURY HISTORY**

**College:**  Mr. Olawale reports no significant injuries sustained during his collegiate playing career.  He does recall suffering bilateral turf-toe injuries. He had no surgeries during his college career and had no lost games as a result of injury.

**NFL:**  Contained within the medical records reviewed were an array of team-maintained injury reports and treatment logs that detailed injuries inclusive of the cervical, thoracic, and lumbar spine, right shoulder, left sternoclavicular joint, numerous left knee injuries, strains involving the left quad and hamstring muscle groups, multiple episodes of bilateral ankle sprains, left mid-foot sprains and contusions, and right foot strains.

Mr. Olawale states that he sustained "too many concussions to remember," but feels that he had approximately four "severe concussions."  He did experience some lost practice and playing time as a result of the aforementioned injuries, but reports that no corrective surgical procedures were ever necessary as a result of injury.

**REVIEW OF SYMPTOMS**

**Cervical Spine:**  Complains of intermittent neck stiffness aggravated after workouts and after laying down for an extended period of time.  Denies distal radiation of pain, weakness, or paresthesias involving the upper extremities.

**Thoracic Spine:**  Complains of intermittent upper back and interscapular tightness.

**Lumbar Spine:**  Complains of chronic "day-to-day" lower back pain, aggravated by prolonged sitting, walking, standing, or laying down.  He states that when sitting, he requires frequent repositioning secondary to the discomfort.  He has occasional radiation of pain into the bilateral lower

**JO-00882**

Confidential Information

NFL_ALFORD-0009319



**SPORTS** MEDICINE
ASSOCIATES

Every Athlete. Every Injury.

*David R. Schmidt, M.D.*

Diplomate American Board
of Orthopaedic Surgery
Fellow American Academy
of Orthopaedic Surgeons
Subspecialty Certification in
Orthopaedic Sports Medicine

*Paul S. Saenz, D.O.*

Diplomate American Osteopathic
Board of Family Physicians
Fellow American Osteopathic
Academy of Sports Medicine
Subspecialty Certification in
Primary Care Sports Medicine

*Ralph J. Curtis, M.D.*

Diplomate American Board
of Orthopaedic Surgery
Fellow American Academy
of Orthopaedic Surgeons
Subspecialty Certification in
Orthopaedic Sports Medicine

*Timothy S. Palomera, M.D.*

Diplomate American Board
of Family Medicine
C.A.Q. Sports Medicine

*Marque A. Allen, D.P.M.*

Fellow American Academy
of Podiatric Sports Medicine
Fellow American College
of Foot & Ankle Surgeons
Diplomate American Board
of Podiatric Surgery

*Richard T. Steffen, M.D.*

Diplomate American Board
of Orthopaedic Surgery
Fellow American Academy
of Orthopaedic Surgeons

*Eliot J. Young, M.D.*

Diplomate American Board
of Family Medicine
C.A.Q. Sports Medicine

*Daniel T. Santa Maria, M.D.*

Diplomate American Board of
Physical Medicine & Rehabilitation
Subspecialty Certification
in Sports Medicine
Subspecialty Certification in
Undersea & Hyperbaric Medicine

*Hector O. Lopez, M.D.*

Diplomate American Board
of Family Medicine
C.A.Q. Sports Medicine



SportsMedSA.com

Official Sports Medicine Physicians for:




*I will play again.*

**Total & Permanent Disability Benefits Evaluation**
**Line-of-Duty Disability Benefits Evaluation (cont'd)**

June 17, 2021
Page 3 of 8

**RE**:  Olawale, Jamize

extremities and occasional episodes of numbness in a non-dermatomal pattern in the lower legs experienced after prolonged standing.

**Shoulders:**  States that his shoulders are "pretty good."  He does feel that his left arm is weaker than the right, noticed primarily when he is working out; otherwise, voices no significant complaints of pain or disability involving either shoulder.

**Elbows:**  States that his elbows are "good" and voices no significant complaints of pain or disability involving either elbow.

**Wrists:**  States that his wrists are "good" and voices no significant complaints of pain or disability involving either wrist.

**Hands:**  States that his hands will "crack" occasionally; otherwise, has no significant complaints of pain or disability involving either hand.

**Hips:**  States that he will experience discomfort in the groin region aggravated with certain periods of his workouts and localizes this to the bilateral adductor areas near the pubic regions.

**Knees:**  States that both knees "hurt," and this discomfort is aggravated with prolonged standing, walking, or squatting.  States that both knees make a "cracking" noise.  He has occasional episodes where his knees feel as though they may "give out" when in a flexed and loaded position.  He voices no episodes of swelling involving either knee.

**Ankles:**  States that his ankles are chronically stiff with occasional swelling. Reports bilateral ankle discomfort aggravated after periods of prolonged standing or walking.

**Feet:**  States his bilateral feet are occasionally bothersome with discomfort in the region of the plantar fascia.  He is also bothered by stiffness involving the bilateral great toes, left greater than right.

**JO-00883**

Confidential Information

NFL_ALFORD-0009320

**Total & Permanent Disability Benefits Evaluation**
**Line-of-Duty Disability Benefits Evaluation (cont'd)**



**SPORTS** *MEDICINE*
*A S S O C I A T E S*

Every Athlete. Every Injury.

**David E. Schmidt, M.D.**
Diplomate American Board
of Orthopaedic Surgery
Fellow American Academy
of Orthopaedic Surgeons
Subspecialty Certification in
Orthopaedic Sports Medicine

**Paul S. Saenz, D.O.**
Diplomate American Osteopathic
Board of Family Physicians
Fellow American Osteopathic
Academy of Sports Medicine
Subspecialty Certification in
Primary Care Sports Medicine

**Ralph I. Curtis, M.D.**
Diplomate American Board
of Orthopaedic Surgery
Fellow American Academy
of Orthopaedic Surgeons
Subspecialty Certification in
Orthopaedic Sports Medicine

**Timothy S. Palomera, M.D.**
Diplomate American Board
of Family Medicine
C.A.Q., Sports Medicine

**Marcus A. Allen, D.P.M.**
Fellow American Academy
of Podiatric Sports Medicine
Fellow American College
of Foot & Ankle Surgeons
Diplomate American Board
of Podiatric Surgery

**Richard T. Steffen, M.D.**
Diplomate American Board
of Orthopaedic Surgery
Fellow American Academy
of Orthopaedic Surgeons

**Ethel J. Young, M.D.**
Diplomate American Board
of Family Medicine
C.A.Q., Sports Medicine

**Daniel L. Santa Maria, M.D.**
Diplomate American Board of
Physical Medicine & Rehabilitation
Subspecialty Certification
in Sports Medicine
Subspecialty Certification in
Undersea & Hyperbaric Medicine

**Hector U. Lopez, M.D.**
Diplomate American Board
of Family Medicine
C.A.Q., Sports Medicine



**SportsMedSA.com**

Official Sports Medicine Physicians for:



June 17, 2021
Page 4 of 8

**RE:** Olawale, Jamize

## TREATMENTS

Mr. Olawale reports that he is not currently under the care of any physician. He is not currently attending any physical therapy or receiving any forms of alternative care. He is not taking any prescription anti-inflammatory or analgesic medications. He states that he avoids taking over-the-counter medications.

## ACTIVITIES

He lifts "light weights." He walks on a treadmill and does "light jogging."

## ACTIVITIES OF DAILY LIVING

Mr. Olawale states that he is capable of self-grooming and self-hygiene. He is able to perform light household chores. He does drive.

## PHYSICAL EXAMINATION

Mr. Olawale enters the examination room unaided by crutches, walker, braces, or other assistive devices. His movements and transfers within the examination room appear fluid and unencumbered. He is pleasant and cooperative throughout the examination.

**Height 6"; weight 240 lb.** He displays an athletic, muscular physique.

**Cervical Spine:** By visual inspection he displays normal anteroposterior and lateral alignment. Cervical range of motion is essentially normal in all planes. Manual motor testing of the upper extremities is graded as 5/5 bilaterally. Deep tendon reflexes of the upper extremities are bilaterally symmetrical. Quadrant loading toward the left provokes pain but is negative toward the right. Spurling's test is negative.



**JO-00884**



SPORTS MEDICINE ASSOCIATES
Every Athlete. Every Injury.

David R. Schmidt, M.D.
Diplomate American Board of Orthopaedic Surgery
Fellow American Academy of Orthopaedic Surgeons
Subspecialty Certification in Orthopaedic Sports Medicine

Paul S. Saenz, D.O.
Diplomate American Osteopathic Board of Family Physicians
Fellow American Osteopathic Academy of Sports Medicine
Subspecialty Certification in Primary Care Sports Medicine

Ralph J. Curtis, M.D.
Diplomate American Board of Orthopaedic Surgery
Fellow American Academy of Orthopaedic Surgeons
Subspecialty Certification in Orthopaedic Sports Medicine

Timothy S. Palomera, M.D.
Diplomate American Board of Family Medicine
C.A.Q., Sports Medicine

Marque A. Allen, D.P.M.
Fellow American Academy of Podiatric Sports Medicine
Fellow American College of Foot & Ankle Surgeons
Diplomate American Board of Podiatric Surgery

Richard T. Steffen, M.D.
Diplomate American Board of Orthopaedic Surgery
Fellow American Academy of Orthopaedic Surgeons

Eliot J. Young, M.D.
Diplomate American Board of Family Medicine
C.A.Q., Sports Medicine

Daniel L. Santa Maria, M.D.
Diplomate American Board of Physical Medicine & Rehabilitation
Subspecialty Certification in Sports Medicine
Subspecialty Certification in Undersea & Hyperbaric Medicine

Hector U. Lopez, M.D.
Diplomate American Board of Family Medicine
C.A.Q., Sports Medicine

Locations

SportsMedSA.com

**Total & Permanent Disability Benefits Evaluation**
**Line-of-Duty Disability Benefits Evaluation (cont'd)**

June 17, 2021
Page 5 of 8

**RE:** Olawale, Jamize

**Lumbar Spine:** By visual inspection there is normal anteroposterior and lateral alignment. Active range-of-motion testing finds that forward flexion is accomplished to within 6 inches of fingertips-to-floor. There is pain produced at 20 degrees of extension. There is a decrease in right rotation and right side-bending. Manual motor testing of the lower extremities is graded as 5/5 bilaterally. Deep tendon reflexes of the lower extremities are hyperreflexic and bilaterally symmetrical.

**Shoulders:** By visual inspection there is no gross swelling, atrophy, or bony deformity noted to either shoulder. Active shoulder range-of-motion testing bilaterally is essentially normal and symmetrical in the planes of forward flexion, extension, abduction, adduction, and internal and external rotation. Speed's test is positive on the right and negative on the left. Cross-arm adduction is negative bilaterally. Impingement signs are positive bilaterally.

**Elbows:** By visual inspection there is no gross swelling or bony deformity noted to either elbow. Each elbow displays full range of motion from zero degrees of extension to approximately 130 degrees of flexion. Elbow flexion is limited by biceps girth bilaterally. There is full symmetrical pronation and supination of the bilateral forearms. There is no detectable ligamentous laxity noted to either elbow.

**Wrists:** By visual inspection there is no gross swelling or bony deformity noted to either wrist. Each wrist displays full symmetrical range of motion in the planes of flexion, extension, radial deviation, and ulnar deviation. There is no detectable ligamentous laxity with passive circumduction of either wrist.

**Hands:** By visual inspection there is no gross swelling or bony deformity noted to any of the digits of either hand. Each of the joints of each digit display expected range of motion and are without detectable ligamentous laxity.

**Hips:** By visual inspection there is no gross swelling or bony deformity noted to either hip. There is no muscular atrophy or visible muscular defect to either

**Total & Permanent Disability Benefits Evaluation**
**Line-of-Duty Disability Benefits Evaluation (cont'd)**



**SPORTS** MEDICINE
A S S O C I A T E S

Every Athlete. Every Injury.

**David R. Schmidt, M.D.**
Diplomate American Board
of Orthopaedic Surgery
Fellow American Academy
of Orthopaedic Surgeons
Subspecialty Certification in
Orthopaedic Sports Medicine

**Paul S. Saenz, D.O.**
Diplomate American Osteopathic
Board of Family Physicians
Fellow American Osteopathic
Academy of Sports Medicine
Subspecialty Certification in
Primary Care Sports Medicine

**Ralph J. Curtis, M.D.**
Diplomate American Board
of Orthopaedic Surgery
Fellow American Academy
of Orthopaedic Surgeons
Subspecialty Certification in
Orthopaedic Sports Medicine

**Timothy S. Palomera, M.D.**
Diplomate American Board
of Family Medicine
C.A.Q. Sports Medicine

**Marcos A. Allen, D.P.M.**
Fellow American Academy
of Podiatric Sports Medicine
Fellow American College
of Foot & Ankle Surgeons
Diplomate American Board
of Podiatric Surgery

**Richard T. Steffen, M.D.**
Diplomate American Board
of Orthopaedic Surgery
Fellow American Academy
of Orthopaedic Surgeons

**Eliot J. Young, M.D.**
Diplomate American Board
of Family Medicine
C.A.Q. Sports Medicine

**Daniel L. Santa Maria, M.D.**
Diplomate American Board of
Physical Medicine & Rehabilitation
Subspecialty Certification
in Sports Medicine
Subspecialty Certification in
Undersea & Hyperbaric Medicine

**Hector U. Lopez, M.D.**
Diplomate American Board
of Family Medicine
C.A.Q. Sports Medicine



**SportsMedSA.com**

June 17, 2021
Page 6 of 8

**RE**: Olawale, Jamize

quad or hamstring muscle group. Each hip displays full passive range of motion in the planes of flexion, extension, abduction, adduction, and both internal and external rotation. Both FABER and FADIR tests are negative bilaterally.

**Knees:** By visual inspection there is no gross swelling, effusion, or bony deformity noted to either knee. The right knee displays range of motion from zero degrees of extension to 116 degrees of flexion. The left knee exhibits range of motion from zero degrees of extension to 118 degrees of flexion. Each knee displays ligamentous stability with varus and valgus stressing at zero and 30 degrees and with stressing in the anterior and posterior planes.

**Ankles:** There is mild lateral malleolar swelling noted to each ankle. The left ankle displays full symmetrical range of motion in the planes of plantarflexion, dorsiflexion, inversion, and eversion. The right ankle reveals decreased range of motion in the plane of plantar and dorsiflexion. There is no detectable ligamentous laxity noted to either ankle by the anterior drawer or talar tilt maneuver.

**Feet:** By visual inspection there is mild bilateral hallux valgus. The remaining digits of both feet are without visible deformity, display expected range of motion, and are without detectable ligamentous laxity.

**X-RAY STUDIES**

**X-ray Lumbar Spine (06/17/2021):** There appear to be bilateral spondylotic defects at L5 without listhesis noted. Intervertebral disc spaces are well maintained.

**X-ray Pelvis (06/17/2021):** There are mild cam deformities noted bilaterally. There is mild-to-moderate joint space narrowing noted of the left hip.

Official Sports Medicine Physicians for:





I will play again.

**JO-00886**

Confidential Information



**SPORTS** MEDICINE
A S S O C I A T E S

Every Athlete. Every Injury.

**David R. Schmidt, M.D.**
Diplomate American Board
of Orthopaedic Surgery
Fellow American Academy
of Orthopaedic Surgeons
Subspecialty Certification in
Orthopaedic Sports Medicine

**Paul S. Saenz, D.O.**
Diplomate American Osteopathic
Board of Family Physicians
Fellow American Osteopathic
Academy of Sports Medicine
Subspecialty Certification in
Primary Care Sports Medicine

**Ralph J. Curtis, M.D.**
Diplomate American Board
of Orthopaedic Surgery
Fellow American Academy
of Orthopaedic Surgeons
Subspecialty Certification in
Orthopaedic Sports Medicine

**Timothy S. Palomera, M.D.**
Diplomate American Board
of Family Medicine
C.A.Q., Sports Medicine

**Marcus A. Allen, D.P.M.**
Fellow American Academy
of Podiatric Sports Medicine
Fellow American College
of Foot & Ankle Surgeons
Diplomate American Board
of Podiatric Surgery

**Richard I. Steffen, M.D.**
Diplomate American Board
of Orthopaedic Surgery
Fellow American Academy
of Orthopaedic Surgeons

**Ethel J. Young, M.D.**
Diplomate American Board
of Family Medicine
C.A.Q. Sports Medicine

**Daniel L. Soria Maria, M.D.**
Diplomate American Board of
Physical Medicine & Rehabilitation
Subspecialty Certification
in Sports Medicine
Subspecialty Certification in
Undersea & Hyperbaric Medicine

**Hector U. Lopez, M.D.**
Diplomate American Board
of Family Medicine
C.A.Q., Sports Medicine



**SportsMedSA.com**

Official Sports Medicine Physicians for:




---

**Total & Permanent Disability Benefits Evaluation**
**Line-of-Duty Disability Benefits Evaluation (cont'd)**

June 17, 2021
Page 7 of 8

**RE**:  Olawale, Jamize

**X-ray Right Knee (06/17/2021):**   There is mild medial compartment joint space narrowing.   There is prominent osteophyte formation of the proximal patella and evidence for prior Osgood-Schlatter's disease.

**X-ray Left Knee (06/17/2021):**   There is moderate medial compartment joint space narrowing and marked patellofemoral joint space narrowing with prominent osteophyte formation involving the superior pole of the patella and evidence for chronic changes representative of Osgood-Schlatter's disease.

**X-ray Right Ankle (06/17/2021):**   There is moderate tibiotalar joint space narrowing.   There is heterotopic bone formation of the distal syndesmosis.

**X-ray Left Ankle (06/17/2021):**   There is mild narrowing of the lateral tibiotalar gutter.   There is mild heterotopic bone formation of the distal syndesmosis.

**X-ray Right Foot (06/17/2021):**   Hallux valgus is noted.

**X-ray Left Foot (06/17/2021):**   Hallux valgus is noted.   There is manifestation of early arthritic changes of the first metatarsophalangeal joint.

## DIAGNOSTIC IMAGING STUDIES

Contained within the electronic medical records were diagnostic imaging studies of the left thigh, left foot, bilateral ankles, and right hand.   The results of each of these studies were reviewed in detail, and an attempt was made to correlate these findings with the claimant's history of injury and supportive medical documentation.

## DISCUSSION OF FOOTBALL RELATEDNESS

Contained within the medical records were documentation of injuries sustained during the claimant's tenure within the National Football League.   The Total

**JO-00887**

**Total & Permanent Disability Benefits Evaluation**
**Line-of-Duty Disability Benefits Evaluation (cont'd)**



**SPORTS MEDICINE**
**ASSOCIATES**

Every Athlete. Every Injury.

**David R. Schmidt, M.D.**
Diplomate American Board
of Orthopaedic Surgery
Fellow American Academy
of Orthopaedic Surgeons
Subspecialty Certification in
Orthopaedic Sports Medicine

**Paul S. Saenz, D.O.**
Diplomate American Osteopathic
Board of Family Physicians
Fellow American Osteopathic
Academy of Sports Medicine
Subspecialty Certification in
Primary Care Sports Medicine

**Ralph J. Curtis, M.D.**
Diplomate American Board
of Orthopaedic Surgery
Fellow American Academy
of Orthopaedic Surgeons
Subspecialty Certification in
Orthopaedic Sports Medicine

**Timothy S. Palomera, M.D.**
Diplomate American Board
of Family Medicine
C.A.Q., Sports Medicine

**Marque A. Allen, D.P.M.**
Fellow American Academy
of Podiatric Sports Medicine
Fellow American College
of Foot & Ankle Surgeons
Diplomate American Board
of Podiatric Surgery

**Richard J. Steffen, M.D.**
Diplomate American Board
of Orthopaedic Surgery
Fellow American Academy
of Orthopaedic Surgeons

**Eliot J. Young, M.D.**
Diplomate American Board
of Family Medicine
C.A.Q., Sports Medicine

**Daniel L. Santa Maria, M.D.**
Diplomate American Board of
Physical Medicine & Rehabilitation
Subspecialty Certification
in Sports Medicine
Subspecialty Certification in
Undersea & Hyperbaric Medicine

**Hector U. Lopez, M.D.**
Diplomate American Board
of Family Medicine
C.A.Q., Sports Medicine



**SportsMedSA.com**

June 17, 2021
Page 8 of 8

**RE:** Olawale, Jamize

and Permanent Disability and Line-of-Duty Disability ratings are correlated with the claimant's history of injury findings on physical examination.

**DISPOSITION**

In the opinion of this examiner, Mr. Jamize Olawale is *not totally disabled* to the extent he is substantially unable to engage in any occupation for remuneration or profit. Given his disabilities primarily involving the spine and lower extremities, he would be limited to job tasks within the sedentary-to-light level of physical demand with accommodations to avoid prolonged standing or walking avoid repetitive bending and twisting and to be allowed sitting breaks as necessary.

Paul S. Saenz, D.O.

PSS/QN-ksm.06/23/2021.250121

Official Sports Medicine Physicians for:



I will play again.

**JO-00888**

200 St. Paul Street, Suite 2420
Baltimore, Maryland 21202
Phone 800.638.3186
Fax 410.783.0041

**NFL PLAYER BENEFITS**

DISABILITY PLAN

# PHYSICIAN REPORT FORM

## TOTAL & PERMANENT DISABILITY BENEFITS

**Notice to Physician**: To preserve your independence and the integrity of the decision-making process, you must avoid contacts with attorneys or other representatives of the Players seeking disability benefits from the NFL Player Disability & Neurocognitive Benefit Plan. Please notify the NFL Player Benefits Office if you are contacted by any of these individuals.

To be completed by NFL Player Benefits Office:

**Player's name:** JAMIZE OLAWALE          **DOB:**          **Phone**

**Player's address:**

**Player's Credited Seasons:** 2012 - 2019

**Claimed impairments:** See Application

1. Did you receive records for this Player? ☑ YES | ☐ NO   If so, how many pages? 196 pages plus 75 pages of two applications _____

2. Did you evaluate the Player? ☑ YES | ☐ NO   If so, when? 6/8/21 _____

3. Have you or your colleagues ever treated the Player previously? ☐ YES | ☑ NO

4. Based on your evaluation, what is the nature of the Player's impairment(s)? (Attach additional sheets if necessary.)

| Impairment to | Cause of impairment | |
|---|---|---|
| | ☐ Illness<br>☐ Injury | ☐ Other – _____<br>☐ Unknown |
| | ☐ Illness<br>☐ Injury | ☐ Other – _____<br>☐ Unknown |
| | ☐ Illness<br>☐ Injury | ☐ Other – _____<br>☐ Unknown |

PRF — JAMIZE OLAWALE
(rev. 1/2018)

1

**JO-00889**

Confidential Information

NFL_ALFORD-0009277

5. In your opinion, is the Player **totally and permanently disabled** to the extent that he is substantially unable to engage in any occupation for remuneration or profit? ☐ YES │ ☑ NO

☐ Unable to Determine

**If you checked YES:**

- Describe the impairments and explain how they prevent the Player from working. _____

_____

_____

_____

- Has the Player's condition persisted or is it expected to **persist for at least 12 months** from the date of its occurrence, and excluding any reasonable recovery period? ☐ YES │ ☐ NO

**If you checked NO:**

- Describe the type of employment in which the Player can engage. _____

Please see report
_____

_____

6. Do you have any additional remarks? _____

Please see report
_____

_____

_____

_____

Please provide the required narrative report with this form.

**I certify that:**

☑ **I reviewed all records of this Player provided to me.**

☑ **I personally examined this Player.**

☑ **This Physician Report Form and the attached narrative report(s) accurately document my findings.**

☑ **My findings reflect my best professional judgment.**

☑ **I am not biased for or against this Player.**

_____          6/17/21
Signature                                      _____
                                               Date

2

PRF — JAMIZE OLAWALE

**JO-00890**

**NFL PLAYER DISABILITY & NEUROCOGNITIVE BENEFIT PLAN**
**NEUROLOGY REPORT FORM**

Player Name: Jamize Olawale

Date of Birth: ████

Date of Evaluation: 6/8/2021

Duration of this Visit: 1.5 hours

**CHIEF COMPLAINTS:**
- Trauma to brain, body, and mind
- Repetitive head trauma
- Headaches
- Memory problems
- Left chronic vestibular hypofunction
- Speech problems
- Dizziness
- Fogginess
- Loses train of thought
- Sensitivity to light

Jamize is a 32-year-old former professional football player who presented for neurocognitive and total and permanent disability evaluations regarding the above complaints. Jamize played in the NFL from 2012–2019 as a fullback for the Dallas Cowboys and the Oakland Raiders. He is a college graduate and denies having any learning disabilities.

**COGNITIVE SYMPTOMS:**

|  | YES | NO | Comments |
|---|---|---|---|
| Concentration/Attention (mathematics) | X |  | Jamize describes that he is easily distracted and not always able to get himself back on task. He becomes very frustrated when he cannot remember what he previously was doing. He is able to multitask, and he denies having any difficulties with basic mathematics. |
| Memory Loss | X |  | Jamize thinks that he has been suffering from memory loss for the last 6 to 7 years. This initially began when he was unable to remember what team he had played the week prior. Jamize is now heavily dependent on checklists to help stay organized. His long-term recall of events is intact. |
| Visual Spatial | X |  | Jamize's visual-spatial abilities have decreased over the years. Towards the end of his NFL career, he was dropping passes that he should have been able to catch. |

1

**JO-00891**

NFL_ALFORD-0009279

| Planning/Decision Making | X | | Jamize denies having any problems planning out his day. He considers himself to be indecisive. |
|---|---|---|---|
| Language: (comprehension, reading, writing) | X | | Jamize occasionally forgets what he is saying when/if he is interrupted while speaking. He becomes distracted while reading and may need to reread the same paragraph numerous times. At times Jamize may not understand what people are telling him if they speak too quickly. He denies having any problems affecting writing. |
| Other | | X | |

**INSTRUMENTAL ACTIVITIES OF DAILY LIVING:**

Check writing, paying bills,
balancing a checkbook: Jamize has forgotten the pay some bills in the past, but states that he this is not excessive. He is able to follow his finances. All of Jamize's household bills are on an auto pay system.
Assembling tax records, business
affairs or papers: Sometimes: No issues.
Shopping alone for clothes,
household necessities, or groceries: No issues as long as he has an itemized list.
Playing a game of skill, working on a hobby: Jamize does not have any hobbies.
Heating water, making a cup of
coffee, turning off the stove: No issues.
Preparing a balanced meal: No issues.
Keeping track of current events: Jamize does not keep track of current events.
Paying attention to, understanding,
discussing a TV show, book, or magazine: Jamize has decreased concentration when watching movies, and he finds it much easier to keep his concentration for a 30-minute television program.
Remembering appointments, family
occasions, holidays, medications: Jamize forgets appointments only if he does not write them down. He is not good at remembering birthdates.
Traveling out of the neighborhood,
driving, arranging to take public transportation: Jamize is heavily dependent on GPS, but he is able to follow the directions.

**FUNCTIONAL ACTIVITES OF DAILY LIVING:**

Eating: No issues
Bathing: No issues
Dressing: No issues
Toileting: No issues
Transferring (walking): No issues
Continence: No issues

2

**JO-00892**

**NEUROPHYSICAL SYMPTOMS:**

| | YES | NO | **Comments:** for each positive, give a bullet description to include: onset, frequency, associated symptoms, exacerbating and relieving factors unless already described in the HPI in which case you can say to see HPI. |
|---|---|---|---|
| Dizziness | X | | Jamize occasionally feels dizzy when getting out of bed or upon standing. He describes this as a lightheadedness and spinning sensation. These dizzy episodes occur a couple of times per week and last for just a few seconds in duration. Jamize also has some dizziness along with his headaches. |
| Vertigo | X | | See above |
| Imbalance | X | | Jamize has decreased balance when feeling dizzy. |
| Incoordination | | X | |
| Gait disturbance | X | | Jamize has occasional difficulty walking due to pain in his low back, feet, and ankles. |
| Numbness/tingling | X | | Jamize has occasional numbness in his hands, fingers, and feet. |
| Facial Weakness | | X | |
| Upper Extremity Weakness | X | | Jamize's left upper extremity is weak when compared to the right side. This has improved over time. |
| Lower Extremity Weakness | | X | |
| Headaches | X | | Jamize began to have headaches when still playing in the NFL that have increased in frequency over time and are now daily occurrences. The headache pain is over his entire head and is described as a constant "humming". He considers his headache discomfort to be mild to moderate, but he has more severe headaches a few times per month. Working out increases Jamize's headache pain and the use of Advil helps a little bit. He denies having any associated nausea, vomiting, or changes in vision along with this pain. Jamize saw a neurologist for an evaluation and was prescribed a headache medication (which he never took). He does not take any analgesic on a daily basis. |
| Pain | X | | Jamize has frequent pain in his neck, low back, knees, ankles, feet, and left calf. |
| Dysphagia | | X | |
| Visual Complaints (double vision/blurring | X | | Jamize has had photophobia since 2016. He states that this is not debilitating, but he does prefer to be in a dark room. At times Jamize may keep the blinds closed throughout his house. He does not wear sunglasses when outside. Jamize's photophobia is a daily and constant occurrence. |

3

**JO-00893**

Confidential Information

| | X | | |
|---|---|---|---|
| Speech Changes (e.g. dysarthria) | X | | Jamize has had stuttering since childhood and attended speech therapy as a young boy. At times he may stutter while reading aloud and his speech is slurred on occasion. |
| Tremor | X | | Jamize has had postural and kinetic tremors in his hands for the last 2 years. He notices these tremors every 2 weeks. |
| Seizures | | X | |
| Fatigue | | X | Jamize reports having some fatigue, and he takes a daytime nap once per month. |
| Other: | X | | Left chronic vestibular hypofunction: Jamize is not aware of what this term means. |

**BEHAVIORAL SYMPTOMS:**

| | YES | NO | Comments: for each positive, give a bullet description to include: onset, frequency, associated symptoms, exacerbating and relieving factors unless already described in the HPI in which case say to see HPI. |
|---|---|---|---|
| Depression | X | | Jamize states "I get down a lot", but he is not sure if he is clinically depressed. His interest in life is adequate, but he does harbor excessive guilt. He has frequent psychomotor retardation a few times per week. His energy levels and appetite are normal. |
| Anxiety | X | | Jamize reports having anxiety a few times per week. |
| Mania | | X | |
| Impulsivity | X | | Jamize can be impulsive when dealing with his children and he sometimes says things that he later regrets. He has made impulsive decisions concerning his business which have had adverse outcomes. |
| Poor Impulse Control | X | | See above |
| Disinhibition | | X | |
| Aggression | X | | Jamize has been involved in physical altercations with his wife. On one occasion his wife was scared, and the police were called, but Jamize was not detained. He admits that he has even been physical with his dog. |
| Apathy | | X | |
| Personality Changes | X | | Jamize has become more aggressive over the years. He now prefers to be alone and isolate. |
| Sleep Disturbances | | X | |
| Other | | | |

**HISTORY OF HEAD TRAUMA:** (Discuss all non–football, pee-wee, high school, college and professional football concussions. Discern between documented and undocumented concussions. Document any practice/game time missed because of concussions. Comment on the presence or absence of LOC and or amnesia or any other associated symptoms):

4

**JO-00894**

- **Non-Football Related**: Jamize ran into a pole while playing football with his brother as a child. This injury caused him to suffer loss of consciousness.

- **NFL Football**: Jamize had a diagnosed concussion in 2016 that caused him to suffer loss of consciousness and miss 1 to 2 weeks of practice/play. Jamize estimates that he additionally had undiagnosed concussions on an almost weekly basis, but these undocumented injuries did not cause him to suffer loss of consciousness or miss any play/practice time.

- **College Football**: Jamize did not have any diagnosed concussions while playing football in college. He recalls having 2 undiagnosed concussions during this time, but these injuries did not cause him to suffer loss of consciousness or miss any play/practice time.

- **High School Football**: Jamize had at least one undiagnosed concussion while playing football in high school. This injury did not cause him to suffer loss of consciousness or miss any play/practice time.

- **Peewee Football**: Jamize recalls having 1 concussion while playing peewee football. He did not suffer loss of consciousness or miss any play/practice time.

- **Typical Post-Concussive Symptoms**: Jamize's typical post-concussive symptoms would include feeling dazed, hearing ringing in his ears, and experiencing whole body numbness following injury. Jamize recalls not being able to remember any plays for an entire game half after suffering a concussive injury.

**PAST MEDICAL HISTORY:**

|  | YES | NO | Comments |
|---|---|---|---|
| Diabetes |  | X |  |
| Hypertension |  | X |  |
| Heart Disease |  | X |  |
| Stroke |  | X |  |
| Anemia |  | X |  |
| Thyroid Disease |  | X |  |
| Cancer |  | X |  |
| Kidney Disease |  | X |  |
| Liver Disease |  | X |  |
| Lung Disease |  | X |  |
| Arthritis | X |  |  |
| Learning Disabilities |  | X |  |
| ADHD |  | X |  |
| Other | X |  | Headaches, memory loss |

5

**JO-00895**

Confidential Information

NFL_ALFORD-0009283

**PAST SURGICAL HISTORY:**
- Wisdom Teeth extraction
- Impacted tooth extraction

**PAST PSYCHIATRIC HISTORY:**

|  | YES | NO | Comments/Dates/Circumstances: |
|---|---|---|---|
| Past psychiatric visits/psychotherapy/counseling | X |  | Jamize was seen by a family therapist for an unknown reason at age 10. He and his wife have seen a marriage counselor a few times, and their most recent sessions were in May 2021. |
| Past psychiatric hospitalizations |  | X |  |
| Suicide attempts history |  | X |  |
| Suicidal thoughts | X |  | Jamize has had fleeting thoughts of suicide, but none that he considers to have been significant. His last thoughts occurred 2 weeks ago. |
| History of aggression and violence | X |  | In addition to what is listed in the behavioral symptoms above, Jamize was involved in a physical altercation with his father-in-law 2 years ago. In the past he has had an episode of road rage during which he got out of his car, but he has not had any similar incidents recently. |
| History of restraining order or criminal justice contact |  | X |  |

**PRIOR NEUROLOGICAL OR NEUROPSYHCOLOGICAL:** _X_Yes  ___No
- Comments: Jamize underwent a personal neurological evaluation in January or February of this year.

**PAST MEDICATIONS:** (List medications, dose, side effects, length of treatment, response to medications):
- None

**CURRENT MEDICATIONS:** (List medications, dose, side effects, length of treatment, response to medications. If any discontinuation, why and when):
- Advil as needed

**ETOH/ SUBSTANCE ABUSE/STEROIDS HISTORY:**

|  | YES | NO | Comments (Age first used, amount, frequency, duration, longest period without using, last used) |
|---|---|---|---|
| ETOH | X |  | Jamize first tried alcohol at 3 years old, and his most recent use was a few months ago. Jamize has never |

6

**JO-00896**

NFL_ALFORD-0009284

|  |  |  | been a heavy drinker and typically consumes one drink a few times per year. |
|---|---|---|---|
| Marijuana |  | X |  |
| Cocaine |  | X |  |
| Opiates |  | X |  |
| Stimulants |  | X |  |
| Hallucinogens |  | X |  |
| Ecstasy |  | X |  |
| LSD |  | X |  |
| PCP |  | X |  |
| Abuse of Rx Medications |  | X |  |
| Anabolic Steroids |  | X |  |
| Other |  | X |  |

**FAMILY HISTORY:**

|  | YES | NO | Comments |
|---|---|---|---|
| Dementia |  | X |  |
| AD |  | X |  |
| Parkinson's Disease |  | X |  |
| Seizures |  | X |  |
| Other |  | X |  |

**SOCIAL HISTORY:**

Employment, Living Arrangements, Marital Status, and Hobbies:

1. UNDERLINE EMPLOYMENT:
   - Beginning in 2019, Jamize and his wife invested in and opened a preschool. They have a director and an assistant director who run the facility's day-to-day operations. Jamize was involved in the creation of the school.
2. LIVING ARRANGEMENTS:
   - Jamize lives with his wife and 3 children who are 9, 8, and 6 years old.
3. MARITAL STATUS:
   - Jamize is married.
4. HOBBIES:
   - No hobbies.

**REVIEW OF SYSTEMS:**

| Skin | No issues |
|---|---|
| Eyes | No issues |
| Head | No issues |
| Lungs | No issues |
| Cardiac | No issues |
| Gastrointestinal | No issues |
| Endocrine | No issues |

7

**JO-00897**

NFL_ALFORD-0009285

| Urinary | No issues |
|---------|-----------|
| Neuro | See above |

**GENERAL MEDICAL EXAMINATION:**

Vital Signs:  BP: 111/67          pulse: 61          weight: 241 pounds

Skin: No lesions
HEENT: Normocephalic
Neck: Supple
Cardiac: Regular rate and rhythm, no murmurs or bruits
Lungs: Clear to auscultation bilaterally
Abdomen: Soft, nontender, normal bowel sounds
Back: Nontender
Extremities: No cyanosis or edema

**COGNITIVE EXAM (MOCA):**

Total MOCA Score 24/30
    Visuospatial/Executive:    5/5
    Naming:    3/3
    Attention:    Digits    2/2
        Letters    1/1
        Serial 7s    3/3
    Language:    Repeat    2/2
        Fluency    0/1
    Abstraction:    2/2
    Delayed Recall:    0/5
    Orientation:    6/6

|  | YES | NO | Comments |
|--|-----|-----|----------|
| Multistep Command: (with your left hand, touch your right ear, close your eyes and stick out your tongue) | X | | |
| Concentration sustained during the exam: (Listening) | X | | |
| Knowledge of current events within the last week | X | | |
| Language: Comprehension. Naming: objects (pen, ball point of the pen, clip of pen) and colors. Ability to repeat: (no ifs ands or buts). Reading and Writing. | X | | |

Other Cognitive Testing (Specify):
- Jamize did not have any visual apraxia.

8

**JO-00898**

Confidential Information

**BEHAVIORAL EXAMINATION**

**Appearance:**

|  | YES | NO | Comments |
|---|---|---|---|
| Well Groomed | X |  |  |
| Unkempt |  | X |  |

**Interaction:**

|  | YES | NO | Comments |
|---|---|---|---|
| Pleasant and Cooperative | X |  |  |
| Hostile |  | X |  |
| Withdrawn |  | X |  |
|  | Good | Poor |  |
| Eye Contact | X |  |  |

**Reported Mood:**

|  | YES | NO | Comments |
|---|---|---|---|
| Sad/Depressed |  | X |  |
| Anxious |  | X |  |
| Angry |  | X |  |
| Euthymic | X |  |  |

**Affect:**

|  | YES | NO | Comments |
|---|---|---|---|
| Appropriate | X |  |  |
| Sad/Depressed |  | X |  |
| Irritable |  | X |  |
| Angry |  | X |  |
| Constricted |  | X |  |
| Labile |  | X |  |

**Speech:**

|  | YES | NO | Comments |
|---|---|---|---|
| Normal rate/rhythm | X |  |  |
| Pressured |  | X |  |
| Slow |  | X |  |
| Logorrhea |  | X |  |
| Paucity of speech |  | X |  |

**Thought Content:**

|  | YES | NO | Comments |
|---|---|---|---|
| Suicidal ideations |  | X |  |
| Homicidal ideations |  | X |  |

9

**JO-00899**

NFL_ALFORD-0009287

| | | | |
|---|---|---|---|
| Delusions | | X | |
| Paranoid Ideations | | X | |
| Preoccupations | | X | |

**Thought Processes:**

| | YES | NO | Comments |
|---|---|---|---|
| Linear | X | | |
| Goal Directed | X | | |
| Tangential | | X | |
| Circumstantial | | X | |
| Loose Associations | | X | |
| Disorganized | | X | |

**Perception:**

| | YES | NO | Comments |
|---|---|---|---|
| Visual/Auditory Hallucinations | | X | |

| | YES | NO | Comments |
|---|---|---|---|
| Psychomotor Agitation | | X | |
| Psychomotor Retardation | | X | |

| | YES | NO | Comments |
|---|---|---|---|
| Insight | X | | |
| Judgement | X | | |

**NEUROLOGICAL EXAMINATION**

Handedness: __ Left  _X_ Right

**Cranial Nerves:**

| Are the following cranial nerves intact? | | | | |
|---|---|---|---|---|
| | YES | NO | Not Tested | Describe any abnormality |
| I | | | X | |
| II | X | | | Normal funduscopic exam.  20/20 left, 20/20 right. |
| III/IV/VI | X | | | |
| V | X | | | |
| VII | X | | | |
| VIII | X | | | |
| IX/X | X | | | |
| XI | X | | | |

10

**JO-00900**

NFL_ALFORD-0009288

| XII | X | | | |
|---|---|---|---|---|
| | | | | |

**Frontal Lobe Release Signs:**

| | YES | NO | Not Tested | Describe any abnormality |
|---|---|---|---|---|
| Snout | | X | | |
| Glabellar | | X | | |
| Jaw Jerk | | X | | |
| Palmomental | | X | | |
| Other | | X | | |

**Motor:**

| | YES | NO | Not Tested | Describe any abnormality |
|---|---|---|---|---|
| Atrophy | | X | | |
| Tremor | | X | | |
| | Normal | Abnormal | | |
| Tone | X | | | |
| Strength Upper Extremities | X | | | |
| Strength Lower Extremities | X | | | |

**Reflexes:**

| | YES | NO | Not Tested | Describe any abnormality |
|---|---|---|---|---|
| | Normal | Abnormal | | |
| Upper Extremities | X | | | |
| Lower Extremities | X | | | |
| Babinski | X | | | |

**Coordination:**

| | YES | NO | Not Tested | Describe any abnormality |
|---|---|---|---|---|
| Finger to Finger | X | | | |
| Finger to Nose | X | | | |
| Dysdiadochokinesis | X | | | |

**Sensory:**

| | YES | NO | Not Tested | Describe any abnormality |
|---|---|---|---|---|
| Sharp/Dull | X | | | |
| Vibration | X | | | |
| Position | X | | | |
| Other | | | | |

11

**JO-00901**

Confidential Information

NFL_ALFORD-0009289

**Gait:**

|  | Normal | Abnormal | Not Tested | Describe any abnormality |
|---|---|---|---|---|
| Heel Walk | X |  |  |  |
| Toe Walk | X |  |  |  |
| Tandem | X |  |  |  |

**Romberg:**

|  | Positive | Negative | Not Tested | Describe any abnormality |
|---|---|---|---|---|
|  |  | X |  |  |

## MEDICAL RECORDS:

196 pages of medical records plus 75 pages of two applications were reviewed. The records applicable to Jamize's claim are summarized below:

- The personal narratives of Jamize and his wife were read.
- 6/11/2018 Medical Examination: Jamize had a concussion when he was 9 years old and in 2017. He had a history of migraines.
- 12/4/2 Orthopedic History: Jamize had 2 concussions in junior college.
- 10/8/2017 Injury Note: Jamize was trying to make a tackle when the knee of one of his teammates hit him above the right eye. This caused a laceration and a concussion. He had a headache in the following days.
- 1/1/2018: Jamize was complaining of having random headaches, dizziness, and trouble remembering things. He considered himself to be physically able to play football.
- 12/30/2019 Injury Note: Jamize was complaining of having nontraumatic headaches. There were multiple notes between 12/30/2019 and 9/25/2020. He was evaluated on 3/20/2020 and he was considered to be functioning without any issues. At that time, he did not need any treatment. Jamize was cleared for football activities on 7/28/2020.
- 3/27/2018 Health History Questionnaire: Jamize reported having a concussion the previous year.
- 10/9/2017 Neuropsychological Consultation: Jamize was seen following a concussion that took place on 10/8/2017. His impact scores were decreased when compared to his baseline.
- 10/8/2017 Post Injury Concussion Testing: Scores noted
- 10/13/2017 Neuropsychological Evaluation: Jamize still had yet to return to his baseline cognitive scoring and he reported having many concussive type of symptoms.
- 1/3/2020 Neurology Consultation: Jamize was diagnosed with headaches and a history of concussions. The physician was not sure if his headaches were related to his history of concussions. An MRI of the brain and MRA of the head were ordered.
- 2/6/2020 Neurology Note: The MRI of the brain and MRA of the head were normal. Jamize was complaining of having to generalized mild headaches per week. Jamize deferred treatment. He was recommended to continue to observe his headache pattern during the off season without further helmet contact.
- 2/11/2020 Neuropsychology: Jamize's neurocognitive test scores were at his baseline. Testing revealed a significant gaze instability which could be consistent with left peripheral vestibular hypofunction. He had compensated well for these deficits. Jamize was recommended to undergo vestibular therapy.
- 2/19/2020: Jamize underwent vestibular therapy on 2/19/2020 and 2/26/2020.
- 3/30/2020 Sports Psychology: Jamize reported having a few headaches, but they did not increase the physical activity or other heavy lifting. He was not interested in medical treatment

12

**JO-00902**

Confidential Information

NFL_ALFORD-0009290

for his headaches. The psychologist thought that Jamize's headaches were improving. He was not considered to be "high risk".

- 4/29/2020 Clinical Neuropsychology: Jamize had 2 headaches in March. At the time of the note, he had been working out regularly without having any headaches or other symptoms during those activities. He was not having any vestibular symptoms.
- 9/25/2020: Jamize reported having significant improvement with his headaches. He was having approximately 1 mild headache per week.
- 1/22/2021 Neurology Consultation: Jamize was complaining of having mild headaches 2-3 times a week and one migraine every few months. The physician was concerned about postconcussive syndrome. Jamize was recommended to take dietary supplements and try either sumatriptan or to continue taking ibuprofen as needed. He scored a 24/30 on the MoCA. The neurologist noted word finding difficulty and loss of concentration during casual conversation.
- 1/8/2017 Physical Examination: Jamize denied ever having had a concussion.
- 1/11/2021 Orthopedic Evaluation: Jamize was diagnosed with lumbar sprain/strain with possible central canal stenosis and history of migraines under adequate control.
- 3/27/2018 Orthopedic Examination: Jamize had a history of missing 1 game due to a concussion.

### IMPRESSION AND DISCUSSION:

1. Headaches
2. Dizziness
3. Photophobia

I am unable to determine whether Jamize has any neurocognitive impairment due to his failure of validity testing. Jamize does not have any neurological dysfunction that would prevent him from working for remuneration.

### DISCUSSION:

Jamize is a 32-year-old former professional football player who presented for total and permanent and neurocognitive disability evaluations concerning multiple complaints. After taking and conducting a comprehensive history and examination, along with a discussion with the neuropsychologist (Dr. O'Rourke), I am unable to determine if Jamize has any true neurocognitive impairment. It is my professional medical opinion that his reported headaches, dizziness, and photophobia would not prevent him from obtaining and maintaining gainful employment.

Jamize reports having memory problems for the last 6 to 7 years. These issues were initially noticed while he was still playing in the NFL and he would be unable to recall the name of team that he had just played the week before. Jamize is now heavily dependent on checklists to help stay organized. He is easily distracted and occasionally forgets what he is saying if interrupted mid conversation. Jamize has a tough time remembering upcoming appointment/scheduled events if the details are not written down.

Despite the aforementioned complaints, Jamize reports doing well in the majority of his daily life. He is able to multitask, and he does not have any problems making daily plans. He can follow his finances, assemble tax documents, shop for groceries, make a snack, cook, and drive without issue.

Jamize had a borderline abnormal cognitive profile in his neurological examination. He scored a 24/30 on the MoCA, a grade that is 2 points below normal. However, it is important to note that no other deficiencies were seen on his exam. He did not have any aphasias, apraxias, agnosias, or frontal release

13

**JO-00903**

NFL_ALFORD-0009291

signs that would be indicative of global neurological impairment. A patient with a MoCA score of 24/30 may or may not have true cognitive impairment. In patients such as Jamize, neurocognitive testing is essential to confirm whether the deficiencies seen on the neurological exam are clinically relevant or not. Unfortunately, Jamize failed the validity testing measures given during his neuropsychological testing and I am thus unable to confirm that his borderline abnormal cognitive exam is a true representation of his cognitive abilities.

Jamize additionally had other neurological complaints of headaches, dizziness, and photophobia. Jamize has had headaches for years, and although they may make his day uncomfortable, they would not prevent him from working. His few seconds of dizziness per week are also not a cause of disability. Finally, Jamize's photophobia is not causing him impairment to the point that it would render him unemployable.

In conclusion, I am unable to determine whether Jamize has any true cognitive impairment due to his failure of validity testing measures given during the neuropsychological aspect of this joint evaluation. It is my professional medical opinion that Jamize's other neurological complaints are not a cause for disability and would not prevent him from working for remuneration.

Signature of Neurologist

6/8/2021

Date

14

**JO-00904**

Confidential Information

NFL_ALFORD-0009292

E-Ballot: 07/01/2021

NAME: James Oackle

## MONTREAL COGNITIVE ASSESSMENT (MOCA)

Education :  
Sex :  
Date of birth :  
DATE : 6/8/21



| VISUOSPATIAL / EXECUTIVE | Copy cube | Draw CLOCK (Ten past eleven) (3 points) | POINTS |
|---|---|---|---|

[ ✓ ]    [ ✓ ]    [✓] Contour    [✓] Numbers    [✓] Hands    5/5

### NAMING

[✓]    [✓]    [✓]    3/3

### MEMORY

| | | FACE | VELVET | CHURCH | DAISY | RED | |
|---|---|---|---|---|---|---|---|
| Read list of words, subject must repeat them. Do 2 trials. Do a recall after 5 minutes. | 1st trial | ✓ | ✓ | ✓ | ✓ | ✓ | No points |
| | 2nd trial | ✓ | ✓ | ✓ | ✓ | ✓ | |

### ATTENTION

Read list of digits (1 digit/ sec.).  Subject has to repeat them in the forward order  [✓] 2 1 8 5 4  
Subject has to repeat them in the backward order  [✓] 7 4 2    2/2

Read list of letters. The subject must tap with his hand at each letter A. No points if ≥ 2 errors  
[✓] F B A C M N A A J K L B A F A K D E A A A J A M O F A A B    1/1

Serial 7 subtraction starting at 100   [✓] 93   [✓] 86   [✓] 79   [✓] 72   [✓] 65   3/3  
4 or 5 correct subtractions: **3 pts**, 2 or 3 correct: **2 pts**, 1 correct: **1 pt**, 0 correct: 0 pt

### LANGUAGE

Repeat : I only know that John is the one to help today. [✓]  
The cat always hid under the couch when dogs were in the room. [✓]    2/2

Fluency / Name maximum number of words in one minute that begin with the letter F   [ x ] 8 (N ≥ 11 words)   0/1

### ABSTRACTION

Similarity between e.g. banana - orange = fruit   [✓] train – bicycle   [✓] watch - ruler    2/2

### DELAYED RECALL

| Has to recall words WITH NO CUE | FACE [X] | VELVET [X] | CHURCH [X] | DAISY [X] | RED [X] | Points for UNCUED recall only | 0/5 |
|---|---|---|---|---|---|---|---|
| Optional | Category cue | | | | | | |
| | Multiple choice cue | | | | | | |

### ORIENTATION

[✓] Date   [✓] Month   [✓] Year   [✓] Day   [✓] Place   [✓] City    6/6

© Z.Nasreddine MD   Version November 7, 2004  
www.mocatest.org

Normal ≥ 26 / 30    **TOTAL**    24/30  
Add 1 point if ≤ 12 yr edu

**JO-00905**

Confidential Information

NFL_ALFORD-0009293

free          feelball
foud          frisbee
fire          flat
floor
feet

Today it is hot and humid in
San Antonio

Confidential Information

NFL ALFORD-0009294

E-Ballot - 07/01/2021
Case 1:23-cv-00358-JRR    Document 116-16    Filed 11/19/24    Page 356 of 514



**NFL PLAYER BENEFITS**
DISABILITY PLAN

200 St. Paul Street, Suite 2420
Baltimore, Maryland 21202
Phone: 800.638.3186
Fax: 410.783.0041

## PHYSICIAN REPORT FORM

### TOTAL & PERMANENT DISABILITY BENEFITS

**Notice to Physician:** To preserve your independence and the integrity of the decision-making process, you must avoid contacts with attorneys or other representatives of the Players seeking disability benefits from the NFL Player Disability & Neurocognitive Benefit Plan. Please notify the NFL Player Benefits Office if you are contacted by any of these individuals.

To be completed by NFL Player Benefits Office:

**Player's name:** JAMIZE OLAWALE　　**DOB:** ▮▮▮▮▮　　**Phone:** ▮▮▮▮▮

**Player's address:** ▮▮▮▮▮▮▮▮▮▮▮

**Player's Credited Seasons:** 2012 - 2019

**Claimed impairments:** See Application

1. Did you receive records for this Player? ☑ YES | ☐ NO    If so, how many pages? 196 pages plus 75 pages of two applications.

2. Did you evaluate the Player? ☑ YES | ☐ NO    If so, when? 06/09/2021

3. Have you or your colleagues ever treated the Player previously? ☐ YES | ☑ NO

4. Based on your evaluation, what is the nature of the Player's impairment(s)?
   (Attach additional sheets if necessary.)

| Impairment to | Cause of impairment | | |
|---|---|---|---|
| Unable to determine due to invalid test performance. | ☐ Illness | ☐ Other – _____ | |
| | ☐ Injury | ☐ Unknown | |
| | ☐ Illness | ☐ Other – _____ | |
| | ☐ Injury | ☐ Unknown | |
| | ☐ Illness | ☐ Other – _____ | |
| | ☐ Injury | ☐ Unknown | |

1

PRF — JAMIZE OLAWALE
(rev. 1/2018)

## JO-00907

5.  In your opinion, is the Player **totally and permanently disabled** to the extent that he is substantially unable to engage in any occupation for remuneration or profit? ☐ YES │ ☐ NO

☑ Unable to Determine

**If you checked YES:**

- Describe the impairments and explain how they prevent the Player from working. _____

_____

_____

_____

- Has the Player's condition persisted or is it expected to **persist for at least 12 months** from the date of its occurrence, and excluding any reasonable recovery period? ☐ YES │ ☐ NO

**If you checked NO:**

- Describe the type of employment in which the Player can engage. _____

_____

_____

6.  Do you have any additional remarks? _____

_____

_____

_____

_____

Please provide the required narrative report with this form.

**I certify that:**

☑ **I reviewed all records of this Player provided to me.**

☑ **I personally examined this Player.**

☑ **This Physician Report Form and the attached narrative report(s) accurately document my findings.**

☑ **My findings reflect my best professional judgment.**

☑ **I am not biased for or against this Player.**

_____          06/17/2021
Signature                                             Date
_____          _____

2

PRF — JAMIZE OLAWALE

**JO-00908**



CLINICAL**NEUROPSYCHOLOGY**
OF TEXAS

## NFL PLAYER DISABILITY & NEUROCOGNITIVE BENEFIT PLAN
## NEUTRAL NEUROPSYCHOLOGY REPORT

Players Name:    Jamize Olawale
Player Date of Birth:
Age:    32
Years of Education:    16 years
Occupation:    Ret. NFL Player; Currently Unemployed
Date of Evaluation:    06/09/2021
Neutral Neuropsychologist:    Justin O'Rourke, Ph.D., ABPP-CN

### REASON FOR REFERRAL & INFORMED CONSENT

Mr. Olawale was referred by the NFL Players Benefits Program (NFLPBP) for a neutral neuropsychological exam related to a Total & Permanent Disability Benefits claim and a Neurocognitive Disability Benefits claim. His application for NFL Total & Permanent Disability Benefits listed the following complaints:

- "Any work activities are painful due to the overall impact of my orthopedic, neurological, neurocognitive, and psychological impairments, including but not limited to cumulative trauma."

- "Trauma to my body, brain, and mind. I also want to note that I was in a car accident in high school."

- "I suffered repetitive head trauma in the NFL (including recorded concussions). Now I have headaches, memory problems, left chronic vestibular hypofunction, speech problems, dizziness, fogginess, losing my train of thought, mood swings, sensitivity to light, depression, concussions and repetitive head trauma from football, cumulative trauma, and the cumulative effect of these impairments."

- Mr. Olawale also stated, "Yes," to the question, "Did your disability result from alcohol abuse, substance abuse or psychiatric problems?"

Mr. Olawale's NFL Neurocognitive Disability Benefit application listed the following complaints and previous diagnoses:

- "I suffered repetitive head trauma in the NFL (including recorded concussions). Now I have headaches, memory problems, left chronic vestibular hypofunction, speech problems, dizziness, fogginess, losing my train of thought, mood swings, sensitivity to light, concussions and repetitive head trauma from football, cumulative trauma, and the cumulative effect of these impairments."

San Antonio Office                                   New Braunfels Office
9643 Heubner Road, Suite 103    P: 800-291-1644   F: 210-855-3988    2041 Sundance Blvd
San Antonio, TX 78240           www.neuropsychtexas.com        New Braunfels, TX 78130

**JO-00909**

Patient: Olawale, Jamize
DOE:   06/09/2021

- "Diagnosed with at least four (4) documented concussions," "headaches," "post-concussion syndrome," "memory loss," "forgetfulness and word finding difficulty," "loss of concentration," "[t]remor of both hands," "left chronic vestibular hypofunction."

Prior to beginning the evaluation, Mr. Olawale was provided with a verbal and written description of the nature and purpose of this exam, including the referral source (i.e., NFLPBP), time commitment, and limits of confidentiality. He acknowledged that the provider (i.e., neuropsychologist) who conducted this examination was not his treating provider, and that there was no doctor-patient relationship. He provided written and verbal consent to proceed with the evaluation and to have the neuropsychological report sent to the NFLPBP office. Mr. Olawale was also told it was important for him to provide honest and forthright answers in order to obtain accurate data.

## RECORDS REVIEWED
Prior to the current examination, the NFL Player Benefits Program forwarded Mr. Olawale's Total & Permanent Disability Application (38 pages), Neurocognitive Disability Benefit Application (37 pages), and medical records (196 pages), which were reviewed prior to this examination. Letters from attorney Samuel Katz with Athlaw LLP and personal statements from Mr. Olawale and his wife, ███████ Olawale, were included with the benefit applications and reviewed. For the purposes of this report, only medical records directly addressing Mr. Olwale's neurocognitive and psychological functioning are summarized below.

Unidentified Orthopedic History Questionnaire
An unidentified orthopedic history questionnaire signed by a player, and dated 12/04/2012, stated "2X concussions both in J. C."

Unidentified Note about Concussion and Face/Eyebrow Laceration
The medical records contained an unidentified note related to "concussion" and "face eyebrow laceration" on 10/08/2017. There was also no author identified on the note. The records indicated that Mr. Olawale "was trying to make a tackle when the L. Knee of one of his teammates hit him above the R. Eye as his helmet came up and caused a laceration and concussion." The injury was reported "immediately", and it occurred during a special teams punt return in the fourth quarter of a game. Mr. Olawale was "removed and did not return to the session." He was also "restricted from subsequent session."

Thomas Hardey, PhD, the Hardy Psychology Group
Thomas Hardey, PhD, completed an "NFL Neuropsychological Consultation Report" for Mr. Olawale on 10/09/2017. Dr. Hardey's report documented the following:

*"Jamize Olawale is a 28-year-old fullback who was injured in a home game against Baltimore on October 8, 2017. He correctly remembered that his injury occurred in the third quarter of the game when the score was 24 to 10. He was returning downfield to tackle a returner. For some reason, two straps on his helmet were loose. As he approached the runner, he was accidentally struck in the right orbit area by a teammate's knee. That player was also attempting to tackle the opposing player. He remembered the pain of the hit and then next remembered that he was face down on the field. He felt "dazed, foggy, like it was an out-of-body experience." He was able to get up on his own but noted that he was bleeding. He was able to walk to the sideline but could*

**JO-00910**

Confidential Information

Patient: Olawale, Jamize
DOE:   06/09/2021

> *not remember whether someone else walked with him. He was taken into the tent and examined... he was then taken to the locker room for further assessment where it was determined that he had sustained a concussion....Jamize watched the game and then showered. By this time, he had a headache "all over" and a throbbing pain in his right temple. He became nauseous and felt dazed. His wife drove him home after the game and he experienced the same symptoms when he was there. He went to bed at 8 p.m. which is early for him but woke again at 10 p.m. He was unable to fall back to sleep until 4 a.m. He got up this morning at 8 a.m. He reported that he has a continuing but lessening headache, continuing but less throbbing pain over his right eye. His eye was more swollen. He also noted pain when his car went over bumps in the road or when he was walking up or down stairs. He stated that shaking his head "hurts my brain."*

> *In retrospect, Jamize feels that he might have had "minor concussions" earlier in the year, particularly in the preseason game against Dallas and on one other occasion during summer training camp. He stated that his current concussion is the worse that he has had since his NFL rookie year."*

Dr. Hardey administered the ImPACT test and compared the results to previous ImPACT testing from April 2016. He concluded "this player has poor scores in visual memory, visual motor speed, reaction time, and total symptom scores." No scale scores or percentiles for the ImPACT were available for review in Dr. Hardey's report. The Trail Making Test was also administered, and Mr. Olawale scored in the low average range on Part A (20th percentile) and in the average range on Part B (50th percentile). Based on his interpretation of the results, Dr. Hardy stated, "neither of the above scores indicate this player has returned to baseline neuropsychological levels."

On 10/13/2017, Mr. Olawale returned to Dr. Hardey, who provided another "NFL Neuropsychological Consultation Report." Mr. Olawale was continuing to report headaches, as well as light and sound sensitivity. He also reported difficulty concentrating and focusing at team meetings and at home. The ImPACT test was administered again, and Dr. Hardy concluded, "while his overall scores are continuing to improve and to approach baseline levels, his reported symptoms remain high (18). He is not yet clear neuropsychologically."

Dallas Cowboys Football Club Medical Examination
Documents from a Dallas Cowboys Football Club Medical Examination, on 06/11/2018, noted that Mr. Olawale had a concussion with loss of consciousness at age 9. The record also documented a history of migraines. There was an indication that he had a concussion in 2017 without loss of consciousness. He was out of football for a week and had a headache for 2-3 months, but the notes also indicated he was currently "symptom free."

Oakland Raiders End of Season (2017) Physical Examination
Mr. Olawale completed a questionnaire on 01/01/2018 and indicated that he was experiencing "random headaches/dizziness... trouble remembering things."

Dallas Cowboys Football Club Health History Questionnaire
Mr. Olawale reported a prior concussion on a health history questionnaire dated 03/27/2018. He stated "last yr against the Baltimore Ravens my own teammate and I collided attempting to make a tackle on the punt coverage unit." The notes also indicated he felt dazed after the hit. Mr. Olawale did not endorse

Page **3** of **16**

**JO-00911**

Patient: Olawale, Jamize
DOE:   06/09/2021

loss of memory or amnesia, dizziness or fainting spells, blackout spells, or
epilepsy/convulsions/seizures.

Robert Fowler & Jim Maurer
Dr. Robert Fowler evaluated Mr. Olawale on 12/30/2019 and documented complaints of intermittent
faint headaches as well as the following:

> *"He is also concerned about some perceived "forgetfulness" without reporting Frank [sic]
> memory loss. He did have a significant concussion in 2017 in midseason where he was
> apparently hit in the right frontoparietal region he had headache dizziness photophobia and
> another [sic] symptoms. He missed one game but ultimately cleared the protocol. He had not
> had any headaches or issues until the onset this year and training camp without and [sic]
> associated head trauma."*

The remaining notes authored by Jim Mauer through 09/25/2020 were primarily focused on headaches
but noted that there was an MRI and MRA that suggested no abnormalities. The notes also indicated Mr.
Olawale was referred for a neuropsychological evaluation.

Alan Martin, MD, Texas Neurology
Neurologist Alan Martin, MD, evaluated Mr. Olawale on 01/03/2020 and 02/06/2020 for
"Headaches/Issues related to Concussions." Dr. Martin documented Mr. Olawale's self-reported history
as follows:

> *"[Mr. Olawale] is a professional football player in the NFL... and describes that he gets hit in
> the head frequently while blocking. He had occasional headaches in childhood and adolescence
> but they were not severe and occurred only rarely without migrainous features. He described his
> first concussion at [sic] occurring around age 8 or 9. He played football his whole life. He says
> that he's had multiple concussions. His last diagnosed concussion was 2017, when he had
> headache with light sensitivity and early cognitive symptoms.  Symptoms resolved within about a
> week and he returned to playing, but he has noted increased intermittent headaches since then...
> He describes having had multiple concussive-type symptoms throughout his professional career
> that he did not report. He would have symptoms with head trauma with transient symptoms of
> being dazed with ringing in the ear and mild headache, which resolved within minutes. He had
> other episodes which lasted longer, but he did not report.... He was concerned about subtle
> cognitive symptoms such as decreased concentration or momentary mental blocking."*

Upon physical exam, Dr. Martin described Mr. Olawale as "awake, alert, and oriented with normal
language, memory, attention, concentration, and fund of knowledge... Mood and affect are appropriate."
A PHQ-9 was completed, and Mr. Olawale had a total score of 5. At the end of the note, Dr. Martin
offered diagnoses of "other headache syndrome" and "history of multiple concussions." He concluded
that Mr. Olawale had a headache syndrome which could be chronic migraine but could also be related to
a history of multiple concussions and episodes of unreported concussive-type symptoms.

At a follow-up appointment on 02/06/2020, Dr. Martin noted that an MRI of the brain and intracranial
MRA were both normal. Mr. Olawale was said to have two generalized mild headaches a week, but he
did not have any localized pain, nausea, light sensitivity, focal neurologic symptoms, or other

Page **4** of **16**

**JO-00912**

Confidential Information

Patient: Olawale, Jamize
DOE:  06/09/2021

migrainous features. Only a PHQ-2 was administered, and Mr. Olawale stated that he had little interest
or pleasure in doing things several days of the week, and he felt down, depressed, or hopeless several
days of the week. Again, Dr. Martin documented normal language, memory, attention, concentration,
and fund of knowledge, and the medical diagnoses at the end of the report remained unchanged from the
prior visit.

Erin Reynolds, PsyD, & Kayla Covert, PT, Baylor Scott & White
Neuropsychologist Erin Reynolds, PsyD, completed an evaluation of Mr. Olawale on 02/11/2020. Dr.
Reynolds documented Mr. Olawale's self-reported history of headaches and injuries in football. He
reported that four to five hits stood out as most significant, and these incidents caused "on-field
dizziness with disorientation and confusion... but he did not report any of these injuries and continued to
play through." After the 2017 concussion, he started having more frequent headaches that were
"typically minor in nature." Dizziness and light/noise sensitivity also developed after the 2017
concussion, but they eventually resolved. Mr. Olawale's self-reported symptoms at the time of Dr.
Reynolds' exam included random episodes of dizziness, difficulty concentrating, problems retaining
information, trouble losing his train of thought during conversations, and difficulty learning new plays.
He also endorsed problems with irritability and anger.

Dr. Reynolds administered the ImPACT to Mr. Olawale and concluded that his scores fell within the
reliable change expectations of his 2010 baseline. His verbal memory score was at the 97th percentile,
visual memory was at the 65th percentile, processing speed was at the 73rd percentile, and reaction time
was at the 93rd percentile. Other tests that were administered included the C3 Logix, the PCSS, Dynamic
Visual Acuity Test, and the VOMS. Dr. Reynolds noted that the results from the C3 Logix and VOMS
were within normal limits, but she believed that there was significant gaze instability on the Dynamic
Visual Acuity Test.

Dr. Reynolds concluded that Mr. Olawale had ongoing headaches following the 2017 concussion and
that he may have had several concussions he did not report. She also added that his cognitive test scores
were consistent with his 2010 baseline as well as his ImPACT clearance scores in 2017. She went on to
say that the Dynamic Visual Acuity Test in combination with Mr. Olawale's subjective report may
indicate high functioning left chronic vestibular dysfunction with compensation through pursuit saccadic
systems. She deferred to neurologist Dr. Martin to initiate treatment.

Physical therapist Kayla Covert then apparently completed an assessment of vestibular functioning and
began a "Vestibular Concussion Plan of Care" on 02/19/2020. Ms. Covert concluded that Mr. Olawale
had peripheral vestibular hypofunction with severe gaze instability. Treatment recommendations
included ongoing neuromuscular reeducation and therapeutic interventions to treat vestibular symptoms.

Mr. Olawale had a follow-up visit with Dr. Reynolds on 03/20/2020 that included a clinical interview
and a neurobehavioral status exam. He reported "feeling good" though he still had some mild headaches.
Dr. Reynolds concluded that Mr. Olawale's symptoms were improving and that his overall headaches
were better since he was not currently participating in hitting drills. She also stated:

> *"I do not feel that he is currently experiencing symptoms due to concussion and do not consider
> him higher risk at this time. As stated in previous documentation, his neurocognitive testing is
> consistent with previously collected data (including baseline data) as far back as 2010,*

**JO-00913**

Patient: Olawale, Jamize
DOE:   06/09/2021

> *suggesting no cognitive decline. Any perceived cognitive decline at this point is likely secondary*
> *distress and not indicative of organic neurodegeneration."*

Dr. Reynolds visited with Mr. Olawale for a telemedicine appointment on 04/29/2020. Mr. Olawale reported he was experiencing markedly less stress and he was doing well except for two headaches that March. He was also no longer experiencing any vestibular symptoms. Dr. Reynolds concluded that Mr. Olawale was doing well, and his symptoms of concussion had "abated completely." As a neuropsychologist, Dr. Reynolds claimed that his headaches were "likely posttraumatic migraine" and that he may be a candidate for abortive headache medicine; though, Mr. Olawale was "not interested in learning more about that option." She then offered to refer Mr. Olawale to Dr. Martin for treatment when he was interested.

Dallas Cowboys Football Club Medical Examination
A handwritten medical examination note was completed by a physician on 07/28/2020. The handwriting was difficult to read but appeared to say Mr. Olawale had a prior concussion reported in 2017 as well as his belief that he had sustained "a few other minor ones."

Alan Martin, MD, Texas Neurology
Mr. Olawale had a follow-up appointment with Dr. Martin on 09/25/2022 to address headaches. Dr. Martin stated, "the patient returns and has made significant improvement. He only gets a headache about once a week and is relatively mild. He is not playing football and being hit in the head the season. His cognitive function is good, although he has to write himself notes occasionally on his phone to help with memory." Mr. Olawale also denied symptoms of dizziness, imbalance, light sensitivity, nausea, or other focal neurological signs. The PHQ-9 was completed again and Mr. Olawale had a score of 4. Diagnoses offered by Dr. Martin again included "other headache syndrome" and "history of multiple concussions."

Jessica Mason, FNP, Kane Hall Barry Neurology
Registered nurse Jessica Mason, FNP, evaluated Mr. Olawale on 01/22/2021. Ms. Mason diagnosed him with migraines and memory loss. The note stated, "patient presents with forgetfulness and word finding difficulty. No behavioral concerns at this time. MoCA score today was 24/30 with 0/5 items recalled after five minutes and language deficits. During casual conversation word finding difficulty noted as well as loss of concentration." Neuropsychological testing was recommended.

--------End of record review-----

**CURRENT CLINICAL INTERVIEW:**

*Self-reported Medical Concerns:*
Mr. Olawale reported a history of two concussions with loss of consciousness. The first occurred after he ran into a pole while playing catch with his brother when he was 8 or 9 years old. He was not sure how long he was unconscious, but he regained awareness near where he was injured and recalled that his brother had moved on and was playing with his sister nearby. The second loss of consciousness occurred when he "thought [he] was "knocked out" during a punt return with the Oakland Raiders in 2016 or 2017. He recalled that his helmet was not strapped correctly when one of his teammate's legs hit him in the head. Mr. Olawale thought he immediately stood back up after the hit, but the post-game

Page **6** of **16**

**JO-00914**

Patient: Olawale, Jamize
DOE:   06/09/2021

film showed he was down for a few seconds that he did not recall. After an examination by the team staff, he was pulled from that game and examined by medical providers.

Mr. Olawale denied any other incidents with a loss of consciousness. He recounted another hit during his rookie year with the Dallas Cowboys that he described as worse than just getting his bell rung. The incident happened after he ran full speed at an opposing player and was knocked onto his back. He felt like he was cross-eyed for 15-30 minutes after the impact. Mr. Olawale then stated that 90% of his blocking plays as a Fullback resulted in hits where he felt dazed afterwards.

In terms of other physical concerns, Mr. Olawale reported head and back pain while sitting, as well as knee and ankle pain when walking. He rated his current pain level as 3/10. Daily headaches were a concern, and they seemed to get worse with exercise. Helpful treatments included sitting in a dark room and over-the-counter medication, which he did not take often. Sensory complaints included "mild" light sensitivity. Occasional numbness and tingling also occurred in his hands, which he attributed to a neck injury. Dizziness was also reported, but only when he stood up too fast (he did not recall any diagnoses of orthostatic hypotension). Motor concerns were limited to occasional shaking in his hands when his arms were extended.

Mr. Olawale was not currently followed by a primary care physician or any specialists. He recalled completing neuropsychological screenings in the past.

Psychiatric treatment history was unremarkable. He has never been hospitalized for mental health reasons or substance abuse treatment, and he never engaged in psychological services as an adult. When he was child, he went to court-appointed family therapy because of a custody dispute between his parents.

*Prescription Medications:*
None

*Self-reported Cognitive Concerns:*
Mr. Olawale reported gradually worsening cognitive problems that began 5-6 years ago. He estimated he was functioning at about 65-70% of his normal baseline today. Specific concerns included memory problems (his primary concern), poor concentration, "stuttering," and difficulty tracking conversations. When asked for examples, Mr. Olawale recounted a situation where he and a friend were planning to build a preschool, and they had a discussion with a nearby landowner, but he could not recall details of the conversation even though he heard everything that was stated. As another example, Mr. Olawale indicated he would get distracted while reading and he did not remember what he read when he reached the bottom of the page. Lastly, Mr. Olawale clarified what he meant by problems with "stuttering." He meant that he would occasionally stumble over his words and have difficulty communicating clearly, which caused him to feel self-conscious in conversations.

*Self-reported Psychological Symptoms, Sleep, and Substance Use:*
Mr. Olawale reported problems with "feeling down a lot" then added, "I wouldn't say it's depression." He clarified that he meant he felt irritable to the point that he would occasionally become aggressive. For example, he would raise his voice and treat the dog poorly. On one occasion, he hit his wife and was particularly rough with the dog, so she called the police. The police responded and talked with him,

JO-00915

Confidential Information                                                    NFL_ALFORD-0009303

Patient: Olawale, Jamize
DOE: 06/09/2021

but no arrest was made. Aggression towards people outside the home was also a concern and he has had a fight with his father-in-law, as well as drivers on the road. Of note, Mr. Olawale denied ever abusing his children. Regarding other psychological symptoms, Mr. Olawale reported prior passive suicidal ideation, but he denied any current intent or prior attempts. No other psychological problems were reported, including abnormally high levels of anxiety.

Mr. Olawale's quality of sleep varied, but he did not feel he had sleep problems. A typical night of sleep lasted from 1 or 2 am to 10:30am. He reported he had not been diagnosed with a sleep disorder.

Alcohol use was limited to "a couple sips" once every 4-5 months. Mr. Olawale denied tobacco, marijuana, or other illicit substance use.

*Daily Functioning:*
Mr. Olawale denied any problems with basic activities of daily living (e.g., eating, hygiene, dressing). A financial advisor managed his money because he did not want to risk forgetting to pay bills and subsequently hurting his credit. Mr. Olawale denied any problems with driving aside from his tendency towards "road rage." He was not currently working, and he was not pursuing employment, so there was no information available about his work performance. Socially speaking, Mr. Olawale described himself as someone who had always been reserved, but he enjoyed interactions with his family members and former teammates. He added that he was "never the life of the party" but he thought that his desire to interact with others had declined.

*Developmental, Educational, and Vocational History:*
Mr. Olawale was raised in San Francisco. He now lived in Southlake, Texas. English was his only language. There were no complications with his birth or problems with his development. Academic problems were denied. He typically earned Bs and Cs because he "did not have much interest in school." Mr. Olawale attended the University of North Texas and earned a bachelor's degree in sociology. Regarding his football career, Mr. Olawale went straight to the Dallas Cowboys from the University of North Texas in 2012. He then moved over to the Oakland Raiders in 2013 before returning to the Cowboys in 2018. Mr. Olawale retired from playing football this year and he has not been employed since. He also had no plans for future employment. Regarding his relationships, Mr. Olawale had been married since 2011 and he had three kids, ages 7 to 10.

## BEHAVIORAL OBSERVATIONS / NEUROBEHAVIORAL STATUS EXAM
Mr. Olawale arrived on-time and alone for his evaluation, though his wife reportedly drove him to the appointment. The evaluation began at 9:00 am and was completed at 1:40pm. He was fully oriented to person, time, place, and situation. There were no fluctuations in his cognition, awareness, or functioning during the evaluation. Speech was fluent with normal prosody, tone, and volume. There was no indication of anomia or aphasia. No gait or fine motor abnormalities were observed, including tremor. Visual fields were full to confrontation and there was no visual extinction, visual agnosia, neglect, or hemi-inattention. He did not exhibit any psychosis, delusions, perseveration, impulsiveness, or stimulus-bound behavior. Vision and hearing were adequate for examination. There were no apparent physical limitations on his ability to complete the neuropsychological test battery. He did not physically exhibit any pain during the evaluation.

## NEUROPSYCHOLOGICAL TESTS ADMINISTRED (see Appendix)

Page **8** of **16**

**JO-00916**

Patient: Olawale, Jamize
DOE:   06/09/2021

Wechsler Adult Intelligence Scale - IV (WAIS-IV), select subtests
Test of Pre-Morbid Functioning (TOPF)
Wisconsin Card Sorting Test (WCST)
Delis-Kaplan Executive Functioning System (DKEFS)
      Trail Making (TM)
      Verbal Fluency (VF)
      Color-Word Interference (CWI)
Boston Naming Test (BNT)
Wechsler Memory Scale - IV (WMS-IV)
      Logical Memory I and II
      Visual Reproduction I and II
California Verbal Learning Test – II (CVLT-II)
Rey Complex Figure Test (RCFT) - Copy
Medical Symptom Validity Test (MSVT)
Test of Memory Malingering (TOMM)
Minnesota Multiphasic Personality Inventory-2-Restructured Form (MMPI-2RF)
Beck Depression Inventory-II
Beck Anxiety Inventory
Clinical Interview

## NEUROPSYCHOLOGICAL TEST SUMMARY

Mr. Olawale's scores on two standalone performance validity tests (PVTs) and some embedded PVTs are in the invalid range according to published criteria (Green, 2004; Martin et al., 2020). The pattern of poor PVT scores indicates the neuropsychological test data cannot be relied upon as a credible representation of Mr. Olawale's current cognitive functioning. Neuropsychological test results are not summarized by domain in this report so that low test scores are not misinterpreted as evidence of impairment. Mr. Olawale's test scores are provided in an appendix at the end of this report for documentation purposes only.

## PSYCHOLOGICAL TEST RESULTS SUMMARY

Mr. Olawale's scores on symptom validity tests (SVTs) within the MMPI-2-RF indicate that he understood items and responded consistently. There is a slight elevation on an SVT associated with over-reported memory problems, but there are no indications he over-reported psychological symptoms. Clinical scales within the MMPI-2-RF do not indicate broad emotional, behavioral, or thought dysfunction. However, there is evidence Mr. Olawale is prone to develop physical symptoms in response to stress and he is preoccupied with concerns about his health. He also perceives diffuse cognitive problems, vague neurological complaints, headaches, and fatigue. He is prone to feel socially disengaged and introverted, but test results suggest this is a longstanding personality characteristic. Mr. Olawale has a high score on a scale associated with past suicidal ideation. Results also suggest he is prone to anger and aggression that ranges from irritability to physical acts against others. On the BDI-II, his score is in the "moderate" range for depressive symptoms, and his score on the BAI suggests "minimal" anxiety symptoms.

**JO-00917**

Patient: Olawale, Jamize
DOE:   06/09/2021

## VALIDITY TESTS

**Part 1**

Test results on TOMM and MSVT were valid      _____

Invalid test results on TOMM and MSVT      XXXX

Invalid test results on TOMM only      _____

Invalid test results on MSVT only      _____

Invalid test results on embedded validity tests

(CVLT–II, WMS IV, and WAIS IV Reliable Digits)      XXXX

**Part 2** (Complete only if test results were invalid on either the TOMM or MSVT, but not on both of those tests)

Overall test results were invalid and inadequate
to establish neurocognitive impairment      XXXX

Some test results were invalid, but the test results
overall establish a neurocognitive impairment      _____

Explain the reasons for your answer to this Part 2:

Mr. Olawale's scores on multiple PVTs are in the invalid range. Taken together, the specificity of the PVTs indicate there is <0.001% chance that the poor validity test scores are due to error. Mr. Olawale's neuropsychological test results are artificially low due to non-credible performance, and they significantly underestimate his true cognitive abilities. Listed below are descriptions of Mr. Olawale's symptom presentation in relation the multidimensional criteria for non-credible cognitive test performance (Sherman et al., 2020; Slick et al., 1999). Mr. Olawale's PVT scores are also listed in a second table below.

| MULTIDIMENSIONAL CRITERIA | INTERPRETATION |
|---|---|
| Scores on embedded and stand-alone performance validity measures | Invalid:<br>See table below for PVT results |
| Pattern of performance markedly discrepant from accepted models of CNS dysfunction | Indeterminate |
| Discrepancy between test data and observed behavior | Invalid:<br>Mr. Olawale's exceptionally low scores on memory testing are inconsistent with his ability to recall details of events during the clinical interview. |
| Discrepancy between test data and documented background or history | Invalid: |

**JO-00918**

E-Ballot - 07/01/2021
Case 1:23-cv-00358-JRR   Document 116-16   Filed 11/19/24   Page 368 of 514

Patient: Olawale, Jamize
DOE: 06/09/2021

| | |
|---|---|
| | Neuropsychological screening exams from both Dr. Reynolds and Dr. Hardey indicated that Mr. Olawale had returned to his normal cognitive baseline, and that there was no evidence of a cognitive impairment on their testing. |
| Self-reported history discrepant with documented history | Invalid:<br>Mr. Olawale's report of declining cognitive functioning over the last 5-6 years contradicts the documented improvement in his cognitive functioning in the medical records. On03/20/2020, Dr. Reynolds stated, "I do not feel that he is currently experiencing symptoms due to concussion," and on 04/29/2020, she stated that his symptoms of concussion had "abated completely." |
| Self-reported symptoms discrepant with known patterns of brain abnormality | Indeterminate |
| Self-reported symptoms discrepant with behavioral observations | Indeterminate |

| PERFORMANCE VALIDITY TESTS | SCORE | INTERPRETATION |
|---|---|---|
| Test of Memory Malingering Trial 1 | 21 | Invalid Range |
| Test of Memory Malingering Trial 2 | 28 | Invalid Range |
| Test of Memory Malingering Retention | 17 | Invalid Range |
| Medical Symptom Validity Test IR | 70 | Invalid Range |
| Medical Symptom Validity Test DR | 60 | Invalid Range |
| Medical Symptom Validity Test CNS | 60 | Invalid Range |
| Medical Symptom Validity Test PA | 40 | -- |
| Medical Symptom Validity Test FR | 20 | -- |
| CVLT-II Forced Choice Recognition | 11 | Invalid Range |
| | | |
| ACS – RDS | 10 | >25 |
| ACS – WMS-IV LM Recognition (Raw) | 19 | <25 |
| ACS – WMS-IV VR Recognition (Raw) | 3 | <10 |

## SUMMARY AND IMPRESSIONS

Mr. Olawale's neuropsychological test results are invalid, and they are not an accurate reflection of his current cognitive abilities. Therefore, test results cannot be relied upon to confirm or disconfirm a neurocognitive disorder for the purpose of determining a disability.

Mr. Olawale's scores are in the invalid range on multiple performance validity tests. The probability that the low PVT scores are due to measurement error is <0.001%. His scores are worse than chance on one standalone PVT. On the most robust performance validity test in the battery, Mr. Olawale's scores are the same as those from people asked to purposefully perform poorly on testing. In contrast, more than 99.9% of patients with confirmed medical and psychiatric conditions have better validity test scores

JO-00919

Confidential Information

Patient: Olawale, Jamize
DOE:   06/09/2021

than Mr. Olawale, including patients with concussions, severe traumatic brain injury, neurological disease, early dementia, memory disorders, major depression, chronic pain, orthopedic injury, anxiety, schizophrenia, and children with low IQ or learning disabilities. Taken together, the PVT results mean it is more likely than not that Mr. Olawale's implausibly poor scores are due non-credible performance, and that the poor PVT scores cannot be attributed to chronic pain, psychological symptoms, neurological disease or injury, or true cognitive impairment.

On psychological testing, there is evidence Mr. Olawale has limited positive emotional experiences and a tendency to become preoccupied with his health. He perceives himself as having diffuse cognitive problems, but this contradicts multiple reports from previous neuropsychologists who indicate he has been functioning at his normal cognitive baseline. Mr. Olawale also endorses vague neurological problems, headaches, and fatigue. Socially, he is prone to anger, and he reported occasional instances of past physical aggression. He is also socially introverted and disengaged, but psychological testing suggests this is a longstanding personality trait. Mr. Olawale also endorses past suicidal ideation without intent.

## TOTAL AND PERMANENT DISABILITY:
The test results produced by Mr. Olawale today cannot be relied upon to determine if he meets NFLPBP criteria for Total & Permanent Disability, which state he must have impairments that prevent him from "substantially engaging in any occupation for remuneration or profit." Mr. Olawale's neuropsychological exam results are invalid due to non-credible test performance. In other words, his scores significantly underestimate his true cognitive abilities and do not accurately reflect his current level of functioning.

Mr. Olawale currently reports some symptoms of a psychiatric health condition, possibly depression or a disruptive/impulse-control disorder, that may pose a barrier to successful employment. Consequently, the NFLPBP may wish to consider completing a neutral psychiatric exam to determine if he has a psychiatric condition sufficiently severe to prevent him from working. Again, Mr. Olawale was provided with information about the NFL Lifeline and encouraged to contact them if he needed resources to assist with his psychological health.

## USE OF TESTING ASSISTANTS

_____ This neuropsychologist conducted the entire examination, including records review, clinical interview, neuropsychological testing and scoring, and interpretation and report preparation.

___XXXX___ This neuropsychologist conducted the records review, clinical interview, and interpretation and report preparation. Neuropsychological testing was conducted by ___Macy Durham___, a neuropsychology post-doctoral fellow or a psychometrician. This neuropsychologist is responsible for supervision of the fellow or psychometrician who conducted the testing.


Justin O'Rourke, Ph.D., ABPP, ABCN
Board Certified in Clinical Neuropsychology
TX License #36901

Page **12** of **16**

**JO-00920**

Patient: Olawale, Jamize
DOE:   06/09/2021

## APPENDIX A: NFL Disability Program Neurocognitive Battery

| Age (years): | 32 | Education (years): | | 16 | |
|---|---|---|---|---|---|

| TOPF and WAIS-IV Composite Scores | Age SS | Demographic Adjusted T score | %tile | Description |
|---|---|---|---|---|
| **Pre-morbid Intellectual Functioning** | | | | |
| TOPF (Standard Score) | 109 | -- | 73 | |
| | | | | |
| **WAIS-IV Composite Scores** | | | | |
| Verbal Comprehension (VCI) | 100 | | 50 | |
| Perceptual Reasoning (PRI) | 111 | | 77 | |
| Working Memory  (WMI) | 97 | -- | 42 | |
| Processing Speed  (PSI) | 92 | -- | 30 | |
| Full Scale I.Q. (FSIQ) | 101 | | 53 | |
| General Ability (GAI) | 105 | | 63 | |
| | | | | |
| **WAIS-IV Subtest Scores** | | | | |
| **Verbal Comprehension** | | | | |
| Similarities | 8 | -- | 25 | |
| Information | 12 | --- | 75 | |
| | | | | |
| **Perceptual Reasoning** | | | | |
| Block Design | 11 | -- | 63 | |
| Visual Puzzles | 13 | -- | 84 | |
| | | | | |
| **Working Memory** | | | | |
| Digit Span | 8 | -- | 25 | |
| Arithmetic | 11 | -- | 63 | |
| | | | | |
| **Processing Speed** | | | | |
| Symbol Search | 8 | -- | 25 | |
| Coding | 9 | -- | 37 | |

Page **13** of **16**

**JO-00921**

NFL_ALFORD-0009309

Patient: Olawale, Jamize
DOE:   06/09/2021

| Test | Score | T-Score | %tile | Description |
|------|-------|---------|-------|-------------|
| **Processing Speed/Efficiency** | | | | |
| WAIS-IV Symbol Search (SS) | 8 | -- | 25 | |
| WAIS-IV Coding (SS) | 9 | -- | 37 | |
| D-KEFS Visual Scanning (SS) | 10 | -- | 50 | |
| D-KEFS Number Sequencing (SS) | 12 | -- | 75 | |
| D-KEFS Letter Sequencing (SS) | 11 | -- | 63 | |
| | | | | |
| **Executive Functioning** | | | | |
| Wisconsin Card Sorting Test (WCST) | | | | |
| Categories Completed (Raw) | 6 | -- | >16 | |
| Perv. Responses (Raw Score) | 5 | 51 | 53 | |
| Perv Errors (Raw Score) | 5 | 51 | 53 | |
| Failures to Maintain Set (Raw) | 1 | -- | >16 | |
| DKEFS Color Naming (SS) | 9 | -- | 37 | |
| Word Reading (SS) | 10 | -- | 50 | |
| Inhibition (SS) | 11 | -- | 63 | |
| Inhibition/Switching (SS) | 12 | -- | 75 | |
| Number Letter Switching (SS) | 12 | -- | 75 | |
| Phonemic Fluency (SS) | 4 | -- | 2 | |
| Category Fluency (SS) | 5 | -- | 5 | |
| Category Switching (SS) | 6 | -- | 9 | |
| | | | | |
| **Attention** | | | | |
| WAIS IV Digit Span (SS) | 8 | -- | 25 | |
| | | | | |
| **Verbal Learning/Recent Memory** | | | | |
| CVLT II Trial 1 (z-score) | -2 | -- | 2 | |
| Trial 5 (z-score) | -2.5 | -- | 1 | |
| Sum Trials 1-5 (T-Score) | | 24 | <1 | |
| Short Delay Free Recall (z-score) | -2 | -- | 2 | |
| Short Delay Cued Recall (z-score) | -2.5 | -- | 1 | |
| Long Delay Free Recall (z-score) | -3.5 | -- | <1 | |
| Long Delay Cued Recall (z-score) | -4 | -- | <1 | |
| LDFR v SDFR (z-score) | -1.5 | -- | 7 | |
| Learning Slope (z-score) | -0.5 | -- | 31 | |
| Repetitions (z-score) | -0.5 | -- | 31 | |
| Intrusions (z-score) | 1 | -- | 84 | |
| WMS-IV   Logical Memory I (SS) | 4 | -- | 2 | |
| Logical Memory II (SS) | 1 | -- | <1 | |
| | | | | |
| **Nonverbal Learning/Recent Memory** | | | | |
| WMS IV   Visual Reproduction I (SS) | 2 | -- | <1 | |
| Visual Reproduction II (SS) | 1 | -- | <1 | |
| | | | | |
| **Test** | **Score** | **T-Score** | **%tile** | **Description** |

JO-00922

Confidential Information

NFL_ALFORD-0009310

Patient: Olawale, Jamize
DOE:   06/09/2021

| Language | | | | |
|---|---|---|---|---|
| Boston Naming Test (Raw Score) | 54 | -- | -- | |
| Scale Score and T-Score | 9 | -- | -- | |
| DKEFS Categorical Fluency (SS) | 5 | -- | 5 | |
| | | | | |
| **Spatial-Perceptual Skills** | | | | |
| Rey-Osterrieth Figure Copy (Raw Score) | 34 | -- | >16 | |
| Scale Score and T-Score | -- | -- | -- | |
| WAIS IV Block Design (SS) | 11 | -- | 63 | |
| WAIS-IV Visual Pictures (SS) | 13 | -- | 84 | |
| | | | | |
| **Motor Speed** | | | | |
| DKEFS Motor Speed (SS) | 11 | -- | 63 | |
| | | | | |

| Performance Validity Indices | Score | Description |
|---|---|---|
| **Effort Measures** | | |
| Test of Memory Malingering Trial 1 | 21 | Invalid Range |
| Test of Memory Malingering Trial 2 | 28 | Invalid Range |
| Test of Memory Malingering Retention | 17 | Invalid Range |
| Medical Symptom Validity Test IR | 70 | Invalid Range |
| Medical Symptom Validity Test DR | 60 | Invalid Range |
| Medical Symptom Validity Test CNS | 60 | Invalid Range |
| Medical Symptom Validity Test PA | 40 | -- |
| Medical Symptom Validity Test FR | 20 | -- |
| CVLT-II Forced Choice Recognition | 11 | Invalid Range |
| | | Base Rate Probability |
| ACS – RDS | 10 | >25 |
| ACS – WMS-IV LM Recognition (Raw) | 19 | <25 |
| ACS – WMS-IV VR Recognition (Raw) | 3 | <10 |
| | | |

**JO-00923**

Confidential Information

NFL_ALFORD-0009311

Patient: Olawale, Jamize
DOE:   06/09/2021

| Mood/Personality | Score | Range |
|---|---|---|
| BDI-II | Raw= 21 | Moderate |
| BAI | Raw= 7 | Minimal |
| | | |
| **MMPI 2-RF** | **T-Score** | |
| Variable Response Inconsistency (VRIN-r) | 58 | |
| True Response Inconsistency (TRIN-r) | 57T | |
| Infrequent Responses (F-r) | 70 | |
| Infrequent Psychopathology Responses (Fp-r) | 51 | |
| Infrequent Somatic Responses (Fs) | 58 | |
| Symptom Validity (FBS-r) | 73 | |
| Response Bias Scale (RBS) | 80 | |
| Emotional/Internalization Dysfunction(EID) | 62 | |
| Thought Dysfunction (THD) | 39 | |
| Behavioral/Externalizing Dysfunction (BXD) | 60 | |
| Demoralization (RCd) | 64 | |
| Somatic Complaints (RC1) | 70 | |
| Low Positive Emotions (RC2) | 73 | |
| Cynicism (RC3) | 51 | |
| Antisocial Behavior (RC4) | 59 | |
| Ideas of Persecution (RC6) | 43 | |
| Dysfunctional Negative Emotions (RC7) | 52 | |
| Aberrant Experiences (RC8) | 52 | |
| Hypomanic Activation (RC9) | 46 | |
| Malaise (MLS) | 75 | |
| Head Pain Complaints (HPC) | 72 | |
| Neurologic Complaints (NUC) | 75 | |
| Cognitive Complaints (COG) | 80 | |
| Suicidal/Death Ideation (SUI) | 79 | |
| Stress/Worry (STW) | 52 | |
| Anxiety (AXY) | 44 | |
| Anger Proneness (ANP) | 73 | |
| Substance Abuse (SUB) | 41 | |
| Aggression (AGG) | 73 | |

**JO-00924**

Confidential Information                                                    NFL_ALFORD-0009312



**NFL PLAYER BENEFITS**

DISABILITY PLAN

200 St. Paul Street, Suite 2420
Baltimore, Maryland 21202
Phone 800.638.3186
Fax 410.783.0041

## JOINT PHYSICIAN REPORT FORM

### NEUROCOGNITIVE DISABILITY BENEFITS

> **Notice to Physicians:** To preserve your independence and the integrity of the decision-making process, you must avoid contacts with attorneys or other representatives of the Players seeking disability benefits from the NFL Player Disability & Neurocognitive Benefit Plan. Please notify the NFL Player Benefits Office if you are contacted by any of these individuals.

---

**To be completed by NFL Player Benefits Office:**

**Player's name:** JAMIZE OLAWALE    **DOB:** ▮▮▮▮    **Phone:** (▮▮▮▮▮▮

**Player's address:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Player's Credited Seasons:** 2012 - 2019

**Claimed impairments:** See Application

---

1. Did you receive records for this Player? ☑ YES | ☐ NO   If so, how many pages? 196 pages plus 75 pages of two applications.

2. Did you evaluate the Player? ☑ YES | ☐ NO   If so, when? 6/8/21 & 06/09/2021

3. Have you or your colleagues ever treated the Player previously? ☐ YES | ☑ NO

4. Does the Player show evidence of acquired neurocognitive impairment?

    ☐ YES | ☐ NO | ☑ UNABLE TO DETERMINE due to low scores on validity measures

    **If you checked YES:**

    - Is the Player's acquired neurocognitive impairment **mild** or **moderate** as defined by the Plan? ☐ Mild[*] | ☐ Moderate[†]

---

[*] <u>Mild impairment</u>: Player has a mild objective impairment in one or more domains of neurocognitive functioning which reflect acquired brain dysfunction, but not severe enough to interfere with his ability to independently perform complex activities of daily living or to engage in any occupation for remuneration or profit.

[†] <u>Moderate impairment</u>: Player has a mild-moderate objective impairment in two or more domains of neurocognitive functioning which reflect acquired brain dysfunction and which may require use of compensatory strategies and/or accommodations in order to independently perform complex activities of daily living or to engage in any occupation for remuneration or profit.

1

JOINT PRF — JAMIZE OLAWALE
(rev. 1/2018)

## JO-00925

- Is the Player's neurocognitive impairment likely secondary to a primary psychiatric problem or substance use/abuse problem?

  ☐ No | ☐ Primary psychiatric problem | ☐ Substance use/abuse

5. Do you have any additional remarks? _____

_____

_____

_____

_____

---

> Please provide the required narrative reports with this form. **This Joint Physician Report Form will not be complete without the individual reports and the signatures of both Plan neutral physicians.**

**We certify that:**

- ☑ We reviewed all records of this Player provided to us.
- ☑ We personally examined this Player.
- ☑ This Joint Physician Report Form and the attached narrative report(s) accurately document our findings.
- ☑ Our findings reflect our best professional judgment.
- ☑ We are not biased for or against this Player.

_____       6/17/21
Signature / Neurologist                  Date

_____       06/17/2021
Signature / Neuropsychologist        Date

2

PRF — JAMIZE OLAWALE

**JO-00926**



**NFL PLAYER BENEFITS**
DISABILITY PLAN

200 St. Paul Street, Suite 2420
Baltimore, Maryland 21202
Phone 800.638.3186
Fax 410.783.0041

Via Email

August 13, 2021

Mr. Jamize Olawale

**Re:  NFL Player Disability, Neurocognitive & Death Benefit Plan**
**Initial Decisions by the Disability Initial Claims Committee**

Dear Mr. Olawale:

On August 4, 2021, the Disability Initial Claims Committee ("Committee") of the NFL Player Disability, Neurocognitive & Death Benefit Plan ("Plan") considered and denied your applications for line-of-duty disability ("LOD"), total and permanent disability ("T&P"), and neurocognitive disability ("NC") benefits.  This letter explains the Committee's decisions and your appeal rights. Enclosed with this letter are the relevant Plan provisions cited below.

**LOD Benefits**

Your LOD application was received on March 29, 2021 and was based on orthopedic impairments. With your applications, your representative submitted a letter summarizing your impairments and 196 pages of medical records, including diagnostic imaging studies, Club records, NFL neuropsychological consultation reports from Dr. Thomas Hardey, neurological progress notes from Dr. Alan Martin, a neuropsychological report and notes from Dr. Erin Reynolds, neurology treatment notes from Dr. Jessica Mason, and personal statements from you and your spouse. You then attended an examination with Plan neutral orthopedist Dr. Paul Saenz.

On August 4, 2021, the Committee considered your LOD application, the other materials in your file, and the report of Dr. Saenz.

Plan Section 5.1(c) states, in part, that to qualify for LOD benefits, at least one Plan Neutral Physician must find that you have a "substantial disablement" "arising out of League football activities."  For orthopedic impairments, you have a substantial disablement if your impairments rate nine or more points using the Point System for Orthopedic Impairments (Plan Section 5.5(a)(4)(B); Appendix A). Dr. Saenz rated your impairments at six points under the Point System for Orthopedic Impairments.

**JO-00927**

Confidential Information

Mr. Jamize Olawale
August 13, 2021
Page 2

Because no Plan physician reported that you have a substantial disablement, you do not meet the threshold eligibility requirement of Plan Section 5.1(b).

In addition, the Committee determined that the medical records you submitted with your application do not alone demonstrate that you have a substantial disablement within the meaning of the Plan, and those records were taken into consideration by Dr. Saenz when he calculated your points under the Point System. The Committee thus denied your application for LOD benefits.

**T&P Benefits**

Your T&P application was also received on March 29, 2021, and was based on orthopedic, psychiatric, neurological, and cognitive impairments. With your application, you referenced the same medical records submitted with your LOD and NC applications. You then attended examinations with four Plan Neutral Physicians: Dr. Saenz, Dr. Matthew Norman (psychiatrist), Dr. Eric Brahin (neurologist), and Dr. Justin O'Rourke (neuropsychologist).

By report dated June 24, 2021, Dr. Saenz determined that you are not totally and permanently disabled and that you can be employed in sedentary to light level demand work with certain restrictions and accommodations. By report dated May 26, 2021, Dr. Norman found that you are not totally and permanently disabled by your psychiatric impairments, noting that you can engage in any occupation without psychiatric restrictions or limitations. By report dated June 17, 2021, Dr. Brahin concluded that you are not totally and permanently disabled by your neurological impairments. By report dated June 17, 2021, Dr. O'Rourke reported that he is unable to determine whether you are totally and permanently disabled due to unreliable validity test results from neuropsychological testing.

On August 4 2021, the Committee reviewed your T&P application and the other materials in your file, including the reports from these Plan Neutral Physicians.

Plan Section 3.1(d) states that to qualify for T&P benefits at least one Plan Neutral Physician must find that you are totally and permanently disabled within the meaning of the Plan. Because these Neutral Physicians did not report that you are totally and permanently disabled, you do not meet the threshold eligibility requirement of Plan Section 3.1(d). The Committee thus denied your application for T&P benefits.

In making its decision, the Committee considered the medical records you submitted in support of your application, but determined that under Plan Section 3.1(d) the records alone do not support a finding of total and permanent disability.

**JO-00928**

Mr. Jamize Olawale
August 13, 2021
Page 3

Furthermore, these medical records were taken into consideration by Drs. Saenz, Norman, Brahin, and O'Rourke when they independently determined that you are not totally and permanently disabled and are capable of employment.

Plan Section 3.2(a) states that you may be eligible for T&P benefits if you have been determined by the Social Security Administration to be eligible for disability benefits under either the Social Security disability insurance program or Supplemental Security Income program, and if you are still receiving such benefits when you apply for T&P. The Committee found that you do not meet this standard because you did not present evidence of a Social Security disability benefits award.

For these reasons, the Committee denied your application for T&P benefits.

**NC Benefits**

Your NC application was also received on March 29, 2021. With your applications, you referenced the same medical records submitted with your LOD and T&P applications. You then attended examinations with Drs. Brahin and O'Rourke. By report dated June 17, 2021, Dr. Brahin was unable to determine whether you have an acquired neurocognitive impairment due to your failed validity testing. By report dated June 17, 2021, Dr. O'Rourke was unable to make a determination regarding acquired neurocognitive impairment due to your unreliable validity test results. By joint report dated June 17, 2021, Drs. Brahin and O'Rourke confirmed that they are unable to determine whether you show evidence of acquired neurocognitive impairment due to low scores on validity measures.

On August 4, 2021, the Committee considered your NC application and the other materials in your file, including the reports of these Plan Neutral Physicians.

Plan Section 6.2(e) states that a Player who fails two validity tests in his Plan neuropsychological exam will not be eligible for NC disability benefits. Because you failed the two validity tests, as well as embedded validity tests, you do not meet the threshold eligibility requirements of Plan Section 6.2(e). In addition, because of the failed validity tests, the Plan Neutral Physicians could not determine that you have a neurocognitive impairment. You therefore did not meet the requirements of Plan Section 6.1(e), which states that a Player will not be eligible for, and will not receive, NC benefits unless at least one Plan Neutral Physician finds evidence of acquired neurocognitive impairment. The Committee thus denied your application for NC benefits.

In making its decision, the Committee did not disagree with the statements in the medical records you submitted in support of your application.

**JO-00929**

Confidential Information

Mr. Jamize Olawale
August 13, 2021
Page 4


The Committee, however, did not determine that these records support a finding of acquired neurocognitive impairment at this time.  Furthermore, these records were taken into consideration by the Neutral Physicians when they independently made their conclusions regarding your neurocognitive impairment.

**Appeal Rights**

Enclosed with this letter is a copy of Plan Section 13.14, which governs your right to appeal the Committee's decisions.  You may appeal the Committee's decisions to the Plan's Disability Board by filing a written request for review with the Disability Board at this office within 180 days of your receipt of this letter.  You should also submit written comments, documents and any other information that you believe supports your appeal.  The Disability Board will take into account all available information, regardless of whether that information was available or presented to the Committee.

This letter identifies the Plan provisions that the Committee relied upon in making its determinations.  Please note that the Plan provisions discussed in this letter are set forth in the "Relevant Plan Provisions" attachment.  These are excerpts, however.  You should consult the Plan Document for a full recitation of the Plan's terms.  The Committee did not rely on any other internal rules, guidelines, protocols, standards, or other similar criteria beyond the Plan provisions discussed herein.

You are entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to your claims for benefits, including the governing Plan Document, which can also be found at www.nflplayerbenefits.com.  Please note that if the Disability Board reaches an adverse decision on review, you may then bring a civil action under Section 502(a) of the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. § 1132(a).

**JO-00930**

    NFL_ALFORD-0009547

Mr. Jamize Olawale
August 13, 2021
Page 5


If you have any questions, please contact the NFL Player Benefits Office.

Sincerely,

Stephanie J Torlina
Benefits Coordinator
On behalf of the Committee

Enclosure

cc: Sam Katz

---

To receive assistance in these languages, please call:
SPANISH (Español):  Para obtener asistencia en Español, llame al 855-938-0527 (ext. 1)
CHINESE (中文): 如果需要中文的帮助, □ □ □ □ □ □ □ 855-938-0527 (ext. 2)
TAGALOG (Tagalog):  Kung kailangan ninyo ang tulong sa Tagalog tumawag sa 855-938-0527 (ext. 3)
NAVAJO (Dine):  Dinek'ehgo shika at'ohwol ninisingo, kwiijigo holne' 800-638-3186 (ext. 416)

---

**JO-00931**

Confidential Information

NFL ALFORD-0009548

**Relevant Plan Provisions**

**1.1** **"Active Player"** means a Player who is obligated to perform football playing services under a contract with an Employer; provided, however, that for purposes of Article 3 only, Active Player will also include a Player who is no longer obligated to perform football playing services under a contract with an Employer up until the July 31 next following or coincident with the expiration or termination of his last contract.

<p style="text-align:center">*       *       *       *</p>

**3.1** **General Standard for Eligibility.** An Article 3 Eligible Player will receive monthly Plan total and permanent disability benefits ("Plan T&P benefits") in the amount described in Section 3.6, for the months described in Sections 3.10 and 3.11, if and only if all of the conditions in (a) through (f) below are met:

(a) The Player's application is received by the Plan on or after January 1, 2015 and results in an award of Plan T&P benefits.

(b) The Player is not receiving monthly retirement benefits under Article 4 or Article 4A of the Bert Bell/Pete Rozelle Plan.

(c) The Player submits Medical Records with his initial application or appeal, as the case may be, subject to the rules of Section 3.3.

(d) At least one Plan Neutral Physician must find, under the standard of Section 3.1(e), that (1) the Player has become totally disabled to the extent that he is substantially unable to engage in any occupation or employment for remuneration or profit, excluding any disability suffered while in the military service of any country, and (2) such condition is permanent. If no Plan Neutral Physician renders such a conclusion, then this threshold requirement is not satisfied, and the Player will not be eligible for and will not receive Plan T&P benefits, regardless of any other fact(s), statement(s), or determination(s), by any other person or entity, contained in the administrative record.

(e) After reviewing the report(s) of the Plan Neutral Physician(s), along with all other facts and circumstances in the administrative record, the Disability Initial Claims Committee or the Disability Board, as the case may be, must conclude, in its absolute discretion, that (1) the Player has become totally disabled to the extent that he is substantially prevented from or substantially unable to engage in any occupation or employment for remuneration or profit, but expressly excluding any disability suffered while in the military service of any country, and (2) that such condition is permanent. The following rules will apply:

(1) The educational level and prior training of a Player will not be considered in determining whether such Player is "unable to engage in any occupation or employment for remuneration or profit."

<p style="text-align:center">**JO-00932**</p>

NFL_ALFORD-0009549

(2)     A Player will not be considered to be able to engage in any occupation or employment for remuneration or profit within the meaning of this Section 3.1 merely because such person is employed by the League or an Employer, manages personal or family investments, is employed by or associated with a charitable organization, is employed out of benevolence, or receives up to $30,000 per year in earned income.

(3)     A disability will be deemed to be "permanent" if it has persisted or is expected to persist for at least twelve months from the date of its occurrence, excluding any reasonably possible recovery period.

(f)     The Player satisfies all other applicable requirements of this Article 3.

*        *        *        *

**3.3     Application Rules and Procedures.**  In addition to the requirements of Article 7 and Section 13.14 (claims procedures), Players must comply with the rules and procedures of this Section 3.3 in connection with an application for Plan T&P benefits.

(a)     <u>Medical Records and Evaluations.</u>

A Player applying for Plan T&P benefits under the General Standard of Section 3.1 on and after October 1, 2020 must submit Medical Records with his application.  A Player who does not do so will be given 45 days to submit Medical Records and thereby complete his application.  The Player's application will not be complete, and will not be processed, until the Plan receives Medical Records.  The Player's application will be denied if he does not submit any Medical Records within the 45 day period.  If such a Player's application is denied by the Disability Initial Claims Committee because the Player failed or refused to submit Medical Records, and the Player appeals that determination, he must submit Medical Record with his appeal.  A Player who does not do so will be given 45 days to submit Medical Records and thereby complete his appeal.  The Player's appeal will not be complete, and will not be processed, until the Plan receives Medical Records.  Any such Player in this situation who does not submit any Medical Records within the 45 day period will not be entitled to Plan T&P benefits, and his appeal will be denied.  This paragraph does not apply to applications received prior to October 1, 2020.

Whenever the Disability Initial Claims Committee or the Disability Board reviews the application or appeal of any Player for Plan T&P benefits under Section 3.1 or Section 3.2, such Player may first be required to submit to an examination scheduled by the Plan with a Neutral Physician or physicians, or institution or institutions, or other medical professional or professionals, selected by the Disability Initial Claims Committee or the Disability Board and may be required to submit to such further examinations scheduled by the Plan as, in the opinion of the Disability Initial Claims Committee or the Disability Board, are necessary to make an adequate determination respecting his physical or mental condition.

**JO-00933**

                                                NFL_ALFORD-0009550

Any Player refusing to submit to any examination required by the Plan will not be entitled to Plan T&P benefits.  If a Player fails to attend an examination scheduled by the Plan, his application for Plan T&P benefits will be denied, unless the Player provided at least two business days' advance notice to the Plan that he was unable to attend.  The Plan will reschedule the Player's exam if two business days' advance notice is provided.  The Player's application for Plan T&P benefits will be denied if he fails to attend the rescheduled exam, even if advance notice is provided.  The Disability Initial Claims Committee or the Disability Board, as applicable, may waive a failure to attend if they find that circumstances beyond the Player's control precluded the Player's attendance at the examination.

A Player or his representative may submit to the Plan additional Medical Records or other materials for consideration by a Neutral Physician, institution, or medical professional, except that any such materials received by the Plan less than 10 days prior to the date of the examination, other than radiographic tests, will not be considered by a Neutral Physician, institution, or medical professional.

<p style="text-align:center">*　　　*　　　*　　　*</p>

**5.1    Eligibility.** Effective January 1, 2015, a Player will receive monthly line-of-duty disability benefits from this Plan in the amount described in Section 5.2 if and only if all of the conditions in (a) through (f) below are met:

(a)    The Player is not an Active Player.

(b)    The Player submits Medical Records with his initial application or appeal, as the case may be, subject to the rules of Section 5.4(b).

(c)    At least one Plan Neutral Physician must find that the Player incurred a "substantial disablement" (as defined in Section 5.5(a) and (b)) "arising out of League football activities" (as defined in Section 5.5(c)).  If no Plan Neutral Physician renders such a conclusion, then this threshold requirement is not satisfied, and the Player will not be eligible for and will not receive line-of-duty disability benefits, regardless of any other fact(s), statement(s), or determination(s), by any other person or entity, contained in the administrative record.

(d)    After reviewing the report(s) of the Plan Neutral Physician(s), along with all other facts and circumstances in the administrative record, the Disability Initial Claims Committee or the Disability Board, as the case may be, must conclude, in its absolute discretion, that the Player incurred a "substantial disablement" (as defined in Section 5.5(a) and (b)) "arising out of League football activities" (as defined in Section 5.5(c)).

(e)    The Player satisfies the other requirements of this Article 5 or Article 6 of the Bert Bell/Pete Rozelle Plan, as appropriate.

(f)    The Player is not receiving line-of-duty disability benefits from the Bert Bell/Pete Rozelle Plan pursuant to Article 6 of that plan.

<p style="text-align:center">**JO-00934**</p>

*       *       *       *

**5.5    Definitions.**

(a)     With respect to applications received on and after April 1, 2020, a 'substantial disablement' is a 'permanent' disability other than a neurocognitive, brain-related neurological (excluding nerve damage), or psychiatric impairment that:

(1)     Results in a 50% or greater loss of speech or sight; or

(2)     Results in a 55% or greater loss of hearing; or

(3)     Is the primary or contributory cause of the surgical removal or major functional impairment of a vital bodily organ or part of the central nervous system; or

(4)     For orthopedic impairments,

(A)     With respect to applications received before April 1, 2020, is rated at least 10 points, using the Point System set forth in Appendix A, Version 2 to this Plan.  Surgeries, injuries, treatments, and medical procedures that occur after a Player's application deadline in Section 5.4(a) will not receive points and will be disregarded by the Committee and Board.

(B)     With respect to applications received on and after April 1, 2020, is rated at least 9 points, using the Point System set forth in Appendix A, Version 2 to this Plan.  Surgeries, injuries, treatments, and medical procedures that occur after a Player's application deadline in Section 5.4(a) will not receive points and will be disregarded by the Committee and Board.

(b)     A disability will be deemed to be "permanent" if it has persisted or is expected to persist for at least twelve months from the date of its occurrence, excluding any reasonably possible recovery period.

(c)     "Arising out of League football activities" means a disablement arising out of any League pre-season, regular-season, or post-season game, or any combination thereof, or out of League football activity supervised by an Employer, including all required or directed activities. "Arising out of League football activities" does not include, without limitation, any disablement resulting from other employment, or athletic activity for recreational purposes, nor does it include a disablement that would not qualify for benefits but for an injury (or injuries) or illness that arises out of other than League football activities.

*       *       *       *

The introduction to **Appendix A, Version 2** provides this overview of the **Point System** referenced in Section 5.5(a)(4)(B):

**JO-00935**

Confidential Information

NFL_ALFORD-0009552

This Point System for Orthopedic Impairments ("Point System") is used to determine whether a Player has a "substantial disablement" within the meaning of Plan Section 5.5(a)(4)(B).  The Point System assigns points to each orthopedic impairment recognized under the Plan.  A Player is awarded the indicated number of points for each occurrence of each listed orthopedic impairment, but only where the Player's orthopedic impairment arose out of League football activities, and the impairment has persisted or is expected to persist for at least 12 months from the date of its occurrence, excluding any reasonably possible recovery period.

A Player is awarded points only if his orthopedic impairment is documented according to the following rules:

1.       A Player is awarded points for documented surgeries, injuries, and degenerative joint disease only if they are related to League football activities.

2.       A Player is awarded points for a surgical procedure if the record includes an operative report for the qualifying procedure or if NFL Club records document the procedure.  Surgical procedures reported through third party evaluations, such as independent medical examinations for workers' compensation, should not be used unless corroborating evidence is available to confirm the procedure and its relationship to League football activities.

3.       Points are awarded for symptomatic soft tissue injuries where the injury is documented and there are appropriate, consistent clinical findings that are symptomatic on the day of exam.  For example, AC joint injuries must be documented in medical records and be symptomatic on examination, with appropriate physical findings, to award points.

4.       If an injury or surgery is not listed in the Point System, no points should be awarded.

5.       Medical records, medical history, and the physical examination must correlate before points can be awarded.

6.       If a lateral clavicle resection is given points, additional points cannot be awarded if the AC joint is still symptomatic, such as with AC joint inflammation or shoulder instability.

7.       Moderate or greater degenerative changes must be seen on x-ray to award points (i.e., MRI findings do not count).

8.       Players must have moderate or greater loss of function that significantly impacts activities of daily living, or ADLs, to get points.

**JO-00936**

NFL_ALFORD-0009553

DBM 3/18/2022

9.      Cervical and lumbosacral spine injuries must have a documented relationship to League football activities, with appropriate x-ray findings, MRI findings, and/or EMG findings to be rated.

10.      In cases where an injury is treated surgically, points are awarded for the surgical treatment/repair only, and not the injury preceding the surgical treatment/repair.  For example, a Player may receive points for "S/P Pectoralis Major Tendon Repair," and if so will not receive additional points for the "Pectoralis Major Tendon Tear" that led to the surgery.

11.      As indicated in the Point System Impairment Tables, some injuries must be symptomatic on examination to merit an award of points under the Point System.

12.      To award points for a subsequent procedure on the same joint/body part, the Player must recover from the first procedure and a new injury must occur to warrant the subsequent procedure.  Otherwise, a revise/redo of a failed procedure would be the appropriate impairment rating.

13.      Hardware removal is not considered a revise/redo of a failed surgery, and points are not awarded for hardware removal.

14.      Multiple impairment ratings may be given related to a procedure on the same date, i.e., partial lateral meniscectomy and microfracture or chondral resurfacing.

15.      When an ankle ORIF with soft tissue occurs, there should be no additional points for syndesmosis repair or deltoid ligament repair.

**Appendix A, Version 2 then includes comprehensive "Point System Impairment Tables,"** which assign Point System values to each orthopedic impairment recognized under the Plan.  Your total "points" are the sum of those assigned for your recognized orthopedic impairments.

**The Point System for Orthopedic Impairments is online at nflplayerbenefits.com.  The NFL Player Benefits Office will furnish a full copy of it upon your request.**

*        *        *        *

**6.1      Eligibility**.  For applications received before April 1, 2020, a Player will receive a monthly neurocognitive disability benefit ("NC Benefit") in the amount described in Section 6.4 for the months described in Section 6.6 if and only if all of the conditions in (a), (b), (c), (d), (e), (f), (g), (h), and (i) below are met.

Effective for applications received on and after April 1, 2020 and through March 31, 2021, the requirements of (a) and (b) will not apply, and a Player will receive an NC Benefit in the amount described in Section 6.4 for the months described in Section 6.6 if and only if all of the conditions in (c), (d), (e), (f), (g), (h), (i), (j), and (m) below are met.

**JO-00937**

Effective for applications received on and after April 1, 2021, the requirements of (a) and (b) will not apply, and a Player will receive an NC Benefit in the amount described in Section 6.4 for the months described in Section 6.6 if and only if all of the conditions in (c), (d), (e), (f), (g), (h), (i), (j), (k), (l), and (m) below are met.

(a)    The Player must be a Vested Inactive Player based on his Credited Seasons only, and must be under age 55.

(b)    The Player must have at least one Credited Season under the Bert Bell/Pete Rozelle Plan after 1994.

(c)    The Player must not receive monthly retirement benefits under Articles 4 or 4A of the Bert Bell/Pete Rozelle Plan or be a Pension Expansion Player within the meaning of the Bert Bell/Pete Rozelle Plan.

(d)    The Player must not be receiving T&P benefits under this Plan or the Bert Bell/Pete Rozelle Plan.

(e)    At least one Plan Neutral Physician must find that the Player has a mild or moderate neurocognitive impairment in accordance with Section 6.2.  If no Plan Neutral Physician renders such a conclusion, then this threshold requirement is not satisfied, and the Player will not be eligible for and will not receive NC Benefits, regardless of any other fact(s), statement(s), or determination(s), by any other person or entity, contained in the administrative record.

(f)    After reviewing the report(s) of the Plan Neutral Physician(s), along with all other facts and circumstances in the administrative record, the Disability Initial Claims Committee or the Disability Board, as the case may be, must conclude, in its absolute discretion, that the Player has a mild or moderate neurocognitive impairment in accordance with Section 6.2.

(g)    The Player must execute the release described in Section 6.3.

(h)    The Player must not have a pending application for T&P benefits or for line-of-duty disability benefits under this Plan or the Bert Bell/Pete Rozelle Plan, except that a Player can file a claim for the NC Benefit simultaneously with either or both of those benefits.

(i)    The Player must satisfy the other requirements of this Article 6.

(j)    The Player must not have previously received the NC Benefit and had those benefits terminate at age 55 before April 1, 2020 by virtue of earlier versions of this Plan.

(k)    If the Player is not a Vested Inactive Player, his application for the NC Benefit must be received by the Plan within eighty-four (84) months after the end of his last contract with a

**JO-00938**

NFL_ALFORD-0009555

Club under which he is a Player, as defined under Section 1.35 of the Bert Bell/Pete Rozelle Plan, for at least one Game, as defined under Section 1.17 of the Bert Bell/Pete Rozelle Plan.

(l)     The Player must be under age 65.

(m)     For applications received on and after October 1, 2020, the Player must submit Medical Records with his initial application or appeal, as the case may be, subject to the rules of Section 6.2(d).  This paragraph (m) does not apply to applications received prior to October 1, 2020.

*        *        *        *

**6.2     Determination of Neurocognitive Impairment.**

(a)     <u>Mild Impairment</u>.  A Player eligible for benefits under this Article 6 will be deemed to have a mild neurocognitive impairment if he has a mild objective impairment in one or more domains of neurocognitive functioning which reflect acquired brain dysfunction, but not severe enough to interfere with his ability to independently perform complex activities of daily living or to engage in any occupation for remuneration or profit.

(b)     <u>Moderate Impairment</u>.  A Player eligible for benefits under this Article 6 will be deemed to have a moderate neurocognitive impairment if he has a mild-moderate objective impairment in two or more domains of neurocognitive functioning which reflect acquired brain dysfunction and which may require use of compensatory strategies and/or accommodations in order to independently perform complex activities of daily living or to engage in any occupation for remuneration or profit.

(d)     <u>Medical Records and Evaluations.</u>

A Player applying for NC Benefits on and after October 1, 2020 must submit Medical Records with his application.  A Player who does not do so will be given 45 days to submit Medical Records and thereby complete his application.  The Player's application will not be complete, and will not be processed, until the Plan receives Medical Records.  The Player's application will be denied if he does not submit any Medical Records within the 45 day period.  If such a Player's application is denied by the Disability Initial Claims Committee because the Player failed or refused to submit Medical Records, and the Player appeals that determination, he must submit Medical Record with his appeal.  A Player who does not do so will be given 45 days to submit Medical Records and thereby complete his appeal.  The Player's appeal will not be complete, and will not be processed, until the Plan receives Medical Records.
Any such Player in this situation who does not submit any Medical Records within the 45 day period will not be entitled to NC Benefits, and his appeal will be denied.

Whenever the Disability Initial Claims Committee or Disability Board reviews the application or appeal of any Player for NC Benefits, such Player will first be required to submit to an examination scheduled by the Plan with a Neutral Physician, or any other physician or

**JO-00939**

                                                       NFL_ALFORD-0009556

physicians, institution or institutions, or other medical professional or professionals, selected by the Disability Initial Claims Committee or the Disability Board, and may be required to submit to such further examinations scheduled by the Plan as, in the opinion of the Disability Initial Claims Committee or the Disability Board, are necessary to make an adequate determination respecting his physical or mental condition.

Any Player refusing to submit to any examination required by the Plan will not be entitled to NC Benefits. If a Player fails to attend an examination scheduled by the Plan, his application for NC Benefits will be denied, unless the Player provided at least two business days' advance notice to the Plan that he was unable to attend. The Plan will reschedule the Player's exam if two business days' advance notice is provided. The Player's application for NC Benefits will be denied if he fails to attend the rescheduled exam, even if advance notice is provided. The Disability Initial Claims Committee or the Disability Board, as applicable, may waive a failure to attend if they find that circumstances beyond the Player's control precluded the Player's attendance at the examination.

A Player or his representative may submit to the Plan additional medical records or other materials for consideration by a Neutral Physician, institution, or medical professional, except that any such materials received by the Plan less than 10 days prior to the date of the examination, other than radiographic tests, will not be considered by a Neutral Physician, institution, or medical professional.

(e)     Validity Testing. A Player who is otherwise eligible for benefits under this Article 6 and who is referred for neuropsychological testing will undergo, among other testing, two validity tests. A Player who fails both validity tests will not be eligible for the NC Benefit. A Player who fails one validity test may be eligible for the NC Benefit, but only if the neuropsychologist provides an explanation satisfactory to the Disability Board or the Disability Initial Claims Committee (as applicable) for why the Player should receive the NC Benefit despite the failed validity test.

*          *          *          *

**13.14  Claims Procedure.**  It is intended that the claims procedure of this Plan be administered in accordance with the claims procedure regulations of the U.S. Department of Labor, 29 C.F.R. § 2560.503-1.

(a)     Disability Claims. Except for Article 4 T&P benefits, each person must claim any disability benefits to which he believes he is entitled under this Plan by filing a written application with the Disability Board in accordance with the claims filing procedures established by the Disability Board, and such claimant must take such actions as the Disability Board or the Disability Initial Claims Committee may require. The Disability Board or the Disability Initial Claims Committee will notify such claimants when additional information is required. The time periods

**JO-00940**

NFL_ALFORD-0009557

for decisions of the Disability Initial Claims Committee and the Disability Board in making an initial determination may be extended with the consent of the claimant.

A claimant's representative may act on behalf of a claimant in pursuing a claim for disability benefits or appeal of an adverse disability benefit determination only after the claimant submits to the Plan a signed written authorization identifying the representative by name. The Disability Board will not recognize a claimant's representative who has been convicted of, or pled guilty or no contest to, a felony.

If a claim for disability benefits is wholly or partially denied, the Disability Initial Claims Committee will give the claimant notice of its adverse determination within a reasonable time, but not later than 45 days after receipt of the claim. This determination period may be extended twice by 30 days if, prior to the expiration of the period, the Disability Initial Claims Committee determines that such an extension is necessary due to matters beyond the control of the Plan and notifies the claimant of the circumstances requiring the extension of time and the date by which the Disability Initial Claims Committee expects to render a decision. If any extension is necessary, the notice of extension will specifically explain the standards on which entitlement to a benefit is based, the unresolved issues that prevent a decision on the claim, and the additional information needed to resolve those issues. The claimant will be afforded at least 45 days within which to provide the specified information. If the Disability Initial Claims Committee fails to notify the claimant of its decision to grant or deny such claim within the time specified by this paragraph, the claimant may deem such claim to have been denied by the Disability Initial Claims Committee and the review procedures described below will become available to the claimant.

The notice of an adverse determination will be written in a manner calculated to be understood by the claimant, will follow the rules of 29 C.F.R. § 2560.503-1(o) for culturally and linguistically appropriate notices, and will set forth the following:

(1)    the specific reason(s) for the adverse determination;

(2)    reference to the specific Plan provisions on which the adverse determination is based;

(3)    a description of additional material or information, if any, needed to perfect the claim and the reasons such material or information is necessary;

(4)    a description of the Plan's claims review procedures and the time limits applicable to such procedures, including a statement of the claimant's right to bring a civil action under ERISA section 502(a) following an adverse determination on review;

(5)    any internal rule, guideline, protocol, or other similar criterion relied on in making the determination (or state that such rules, guidelines, protocols, standards, or other similar criteria do not exist);

**JO-00941**

NFL_ALFORD-0009558

(6)     if the determination was based on a scientific or clinical exclusion or limit, an explanation of the scientific or clinical judgment for the determination, applying the terms of the Plan to the claimant's circumstances (or state that such explanation is available free of charge upon request);

(7)     a discussion of the decision, including an explanation of the basis for disagreeing with or not following the views of (a) medical professionals treating the claimant and vocational professionals who evaluated the claimant presented by the claimant, (b) medical or vocational experts whose advice was obtained on behalf of the Plan in connection with the claimant's adverse benefit determination, without regard to whether the advice was relied upon in making the benefit determination, or (c) Social Security Administration disability determinations presented by the claimant to the Plan; and

(8)     a statement that the claimant is entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to the claim for benefits.

The claimant will have 180 days from the receipt of an adverse determination to file a written request for review of the initial decision to the Disability Board.

The claimant will have the opportunity to submit written comments, documents, and other information in support of the request for review and will have access to relevant documents, records, and other information in his administrative record.  The Disability Board's review of the adverse determination will take into account all available information, regardless of whether that information was presented or available to the Disability Initial Claims Committee. The Disability Board will accord no deference to the determination of the Disability Initial Claims Committee.

On review, the claimant must present all issues, arguments, or evidence supporting the claim for benefits.  Failure to do so will preclude the claimant from raising those issues, arguments, or evidence in any subsequent administrative or judicial proceedings.

If a claim involves a medical judgment question, the health care professional who is consulted on review will not be the individual who was consulted during the initial determination or his subordinate, if applicable.

Upon request, the Disability Board will provide for the identification of the medical experts whose advice was obtained on behalf of the Plan in connection with the adverse determination, without regard to whether the advice was relied upon in making the benefit determination.

The claimant will receive, free of charge, any new or additional evidence considered, relied upon, or generated by or on behalf of the Plan on review, as soon as possible and sufficiently in advance of the date on which the notice of adverse benefit determination on

**JO-00942**

NFL_ALFORD-0009559

review is required to be provided, so that the claimant can have a reasonable opportunity to respond prior to that date. The claimant also will receive, free of charge, any new or additional rationale for the denial of the claim that arises during the review, as soon as possible and sufficiently in advance of the date on which the notice of adverse benefit determination on review is required to be provided, so that the claimant can have a reasonable opportunity to respond prior to that date.

The Disability Board meets quarterly. Decisions by the Disability Board on review will be made no later than the date of the Disability Board meeting that immediately follows the Plan's receipt of the claimant's request for review, unless the request for review is received by the Plan within 30 days preceding the date of such meeting. In such case, the Disability Board's decision may be made by no later than the second meeting of the Disability Board following the Plan's receipt of the request for review. If a claimant submits a response to new or additional evidence considered, relied upon, or generated by the Plan on review, or to any new or additional rationale for denial that arises during review, and that response is received by the Plan within 30 days preceding the meeting at which the Disability Board will consider the claimant's request for review, then the Disability Board's decision may be made by no later than the second meeting of the Disability Board following the Plan's receipt of the claimant's response. If special circumstances require an extension of time for processing, the Disability Board will notify the claimant in writing of the extension, describing the special circumstances and the date as of which the determination will be made, prior to the commencement of the extension.

The claimant will be notified of the results of the review not later than five days after the determination.

If the claim is denied in whole or in part on review, the notice of an adverse determination will be written in a manner calculated to be understood by the claimant, will follow the rules of 29 C.F.R. § 2560.503-1(o) for culturally and linguistically appropriate notices, and will:

(1)    state the specific reason(s) for the adverse determination;

(2)    reference the specific Plan provision(s) on which the adverse determination is based;

(3)    state that the claimant is entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to the claim for benefits;

(4)    state that the claimant has the right to bring an action under ERISA section 502(a) and identify the statute of limitations applicable to such action, including the calendar date on which the limitations period expires;

**JO-00943**

NFL_ALFORD-0009560

(5)      disclose any internal rule, guidelines, or protocol relied on in making the determination (or state that such rules, guidelines, protocols, standards, or other similar criteria do not exist);

(6)      if the determination was based on a scientific or clinical exclusion or limit, contain an explanation of the scientific or clinical judgment for the determination, applying the terms of the Plan to the claimant's circumstances (or state that such explanation is available free of charge upon request); and

(7)      discuss the decision, including an explanation of the basis for disagreeing with or not following the views of (a) medical professionals treating the claimant and vocational professionals who evaluated the claimant presented by the claimant, (b) medical or vocational experts whose advice was obtained on behalf of the Plan in connection with the claimant's adverse benefit determination, without regard to whether the advice was relied upon in making the benefit determination, or (c) Social Security Administration disability determinations presented by the claimant to the Plan.

A claimant may request a written explanation of any alleged violation of these claims procedures.  Any such request should be submitted to the plan in writing; it must state with specificity the alleged procedural violations at issue; and it must be received by the Plan no more than 45 days following the claimant's receipt of a decision on the pending application or appeal, as applicable.  The Plan will provide an explanation within 10 days of the request.

**JO-00944**

NFL_ALFORD-0009561

**Meghan Pieklo**

| | |
|---|---|
| **From:** | Sam Vincent |
| **Sent:** | Tuesday, February 8, 2022 1:33 PM |
| **To:** | Meghan Pieklo |
| **Subject:** | FW: New Appeal Added |

Jamize Olawale Appeal is in disability folder for you.

**From:** Zeljana Koretic
**Sent:** Tuesday, February 08, 2022 1:24 PM
**To:** Disability Group
**Cc:** Elton Banks
**Subject:** New Appeal Added

Hello,

A new appeal has been added to the disability folder.

Thank you!

**Zeljana Koretic** Administrative Assistant
Phone/Fax 800.638.3186 ex.432 Fax 410.783.0041

 **NFL PLAYER BENEFITS**

NFL Player Benefits Office
200 St. Paul Street, Suite 2420, Baltimore, Maryland 21202

1

**JO-00945**

Confidential Information                                    NFL_ALFORD-0009692



SAMUEL KATZ, ESQ.
Managing Partner, Athlaw LLP
8383 Wilshire Blvd. Suite 800
Beverly Hills CA 90211
(818) 454-3652
samkatz@athlawllp.com

February 3, 2022

**RECEIVED**

**FEB 0 7 2022**

**NFL PLAYER BENEFITS**

NFL DISABILITY BOARD
NFL Player Disability & Neurocognitive Benefit Plan
200 Saint Paul St., Ste. 2420
Baltimore, MD 21202

Re:     **JAMIZE OLAWALE'S APPEAL FOR T & P, LOD, AND NC DISABILITY BENEFITS**

Dear ERISA Administrator:

Mr. Jamize Olawale respectfully appeals[1] the NFL Disability Initial Claims Committee's (the "Committee") decision to deny his Total & Permanent ("T & P"), Line of Duty ("LOD") and Neurocognitive ("NC") disability benefits under the NFL Player Disability & Neurocognitive Benefit Plan ("the Plan"). Jamize deserves T & P benefits because he is "**disabled secondary to his osteoarthritis**" and is suffering from the cumulative effect of his T & P disability(ies) to his spine, brain, knees, ankles, shoulders, feet, hands, and mind, is precisely the type of applicant the Board is obligated to protect under the specific terms of the Plan. Exhibit 22 to T & P Application (emphasis added). Because the Committee relied on Dr. Saenz, Dr. Brahin, Dr. O'Rourke, and Dr. Norman's assessments, in which they failed to provide any specific job that Jamize is capable of performing that would, in fact, accommodate the plethora of substantially work disabling impairments he suffers, including but not limited to bilateral knee and ankle "Degenerative Joint Disease" with left knee and right ankle "Moderate or Greater", "chronic 'day-to-day' lower back pain", "abnormal cognitive profile" with 24 of 30 on the MoCA, "anger issues" and "physical

---

[1] Dinry v. Bert Bell/Pete Rozelle NFL Player Retirement Plan, et al., No. 20-17049 (9th Cir. Aug. 10, 2021) (fiduciary must give "full and fair review" of decision denying claim).

1

**JO-00946**

Confidential Information

NFL_ALFORD-0009693



DBM 3/18/2022

altercations", speech issues, depression, anxiety, trouble concentrating, remembering, and understanding instructions, headaches, tremors, photophobia, memory loss, and decreased visual-spatial abilities, and substantially limiting his ability to engage in most everyday life activities without pain, such as sitting, standing, walking, remembering, concentrating, following instructions, doing chores and childcare, travelling, and shopping, the Committee lacked substantial evidence to justify the denial of Jamize's T & P benefits. Thus, Jamize respectfully requests this appeal of the Committee's decision to deny his T & P benefits. Moreover, Mr. Jamize Olawale qualifies for LOD benefits because his physical impairments demonstrate at least 9 points arising out of League football activities.

## STATEMENT OF FACTS

Jamize, whose treating doctor found him "**disabled secondary to his osteoarthritis**" is substantially unable and substantially prevented from engaging in any occupation due to the overall effect on his body, brain, and mind from disabling mental and physical disability(ies). Exhibit 22 to T & P Application (emphasis added). His medical records, including team medical records, records from his treating physician, and NFL-hired doctors' reports, provide more detail about the extent of his injuries and substantial impairments, his resulting symptoms, and his substantial limitations today. *See* Player File.

### 1. NFL Board-Hired Doctors Concur that Jamize Has Substantial Work Impairment(s)

Further, the NFL Board-hired orthopedist, neurologist, neuropsychologist, and psychiatrist who examined Jamize in May and June 2021 confirmed his substantial impairment(s). *See* Player File; Dr. Saenz Report; Dr. Brahin Report; Dr. O'Rourke Report; Dr. Norman Report. Dr. Saenz, Dr. Brahin, Dr. O'Rourke, and Dr. Norman repeatedly noted the numerous physical and mental

Confidential Information

NFL_ALFORD-0009694

ATHLAW **LLP**

challenges that Jamize now faces on a day-to-day basis since his football career ended. *Id.*

Physically, Jamize's challenges that cumulatively span his entire body include:

- Bilateral knee "**Degenerative Joint Disease**" with left knee "**Moderate or Greater**".

    o "[C]hronic knee pain aggravated by prolonged standing, walking and squatting. Moderate medial medial compartment and marked patellofemoral compartment joint space narrowing noted radiographically. Documented injury".

    o "[B]oth knees 'hurt,' and this discomfort is aggravated with prolonged standing, walking, or squatting. States that both knees make a 'cracking' noise. [...] his knees feel as though they may 'give out' when in a flexed and loaded position."

    o "[D]ifficulty walking due to pain in his low back, feet, and ankles."

- Bilateral ankle "**Degenerative Joint Disease**" with right ankle "**Moderate Or Greater**".

    o "[C]hronic ankle pain and stiffness aggravated by prolonged standing and walking.

    o "[A]nkle swelling with moderate tibio-talar joint space narrowing and heterotpic bone formation of distal syndesmosis. Documented injury".

    o "[B]ilateral ankle discomfort aggravated after periods of prolonged standing or walking.

    o "[D]ifficulty walking due to pain in his low back, feet, and ankles."

- "[C]hronic 'day-to-day' **lower back pain, aggravated by prolonged sitting, walking, standing, or laying down**. He states that when sitting, he requires frequent repositioning secondary to the discomfort."

    o "Chronic lumbar spondylolysis @ L5" with "**radiation**" and "**numbness**".

    o "[His] knees and low back have been getting progressively worse (ESPECIALLY low back). [His] low back pain is there all the time."

    o "[D]ifficulty walking due to pain in his low back, feet, and ankles."

- "[B]ilateral turf-toe injuries" with "stiffness", "arthritic changes", and "numbness in his [...] feet".

- Left hip "moderate joint space narrowing".

- "Neck stiffness".

- "[P]ostural and kinetic tremors in his hands for the last 2 years".

3

**JO-00948**

Confidential Information                                                      NFL_ALFORD-0009695

DBM 3/18/2022

# ATHLAW LLP

- o  He has "numbness and tingling" in his hands [and] fingers".

- o  "Left arm is weaker than the right".

Dr. Saenz Report (emphasis added); Dr. Brahin Report; Dr. O'Rourke Report.

Mentally, his challenges include:

- "[He] struggle[s] with anger issues and bad mood swings where [he] will find [himself] very upset for no good reason."

  - o  "Jamize has been involved in physical altercations with his wife. On one occasion his wife was scared, and the police were called, but Jamize was not detained. He admits that he has even been physical with his dog."

    - ▪  **"[T]wo episodes choking wife"**

  - o  "Jamize was involved in a physical altercation with his father-in-law 2 years ago. In the past he has had an episode of road rage during which he got out of his car".

- "Another point of concern for [him] is [his] speech. At times, [he] find[s] [himself] struggling to annunciate certain words and it is hard for [him] to hold a conversation with someone while speaking fluently.

- **"[A]bnormal cognitive profile"**. With Dr. Brahin, "[h]e scored a 24/30 on the MoCA, a grade that is 2 points below normal." With Dr. Norman, he also "obtained a score of twenty-four (24) out of a possible thirty (30) points, which was suggestive of **mild cognitive impairment**. Five points of his errors was related to delayed recall (0/5)."

- "Depression" and "[a]nxiety". "As a result of his depressed mooda [*sic*], Mr. Olawale reported having thoughts of suicide or being better off dead".

- He "forgets what he is saying when/if he is interrupted while speaking. He becomes distracted while reading and may need to reread the same paragraph numerous times. At times Jamize may not understand what people are telling him if they speak too quickly."

- "[D]ecreased concentration". "Jamize describes that he is easily distracted and not always able to get himself back on task. He becomes very frustrated when he cannot remember what he previously was doing."

- "[H]eadaches" and "dizziness" that "make his day uncomfortable". "Jamize began to have headaches when still playing in the NFL that have increased in frequency over time and are now daily occurrences. The headache pain is over his entire head and is described as a constant 'humming'."

- "[P]ostural and kinetic tremors in his hands for the last 2 years".

4

**JO-00949**

Confidential Information

NFL_ALFORD-0009696



- "[P]hotophobia" that is "a daily and constant occurrence".

- "Jamize thinks that he has been suffering from memory loss for the last 6 to 7 years. This initially began when he was unable to remember what team he had played the week prior. Jamize is now heavily dependent on checklists to help stay organized."

- "Jamize's visual-spatial abilities have decreased over the years. Towards the end of his NFL career, he was dropping passes that he should have been able to catch."

Dr. Brahin Report (emphasis added); Dr. O'Rourke Report; Dr. Norman Report (emphasis added).

These substantial impairments and substantial difficulty performing everyday tasks and activities

affect his life daily. In sum, Jamize's medical records demonstrate his substantial inability to find

and maintain an occupation.

## DISCUSSION

**MR. JAMIZE OLAWALE DESERVES T & P DISABILITY BENEFITS BECAUSE HE IS SUBSTANTIALLY UNABLE AND SUBSTANTIALLY PREVENTED FROM ENGAGING IN ANY OCCUPATION AND THE DISABILITY INITIAL CLAIMS COMMITTEE LACKED SUBSTANTIAL EVIDENCE TO JUSTIFY JAMIZE'S INCORRECT DENIAL AS THE NFL BOARD-PAID PHYSICIANS TO WHICH THE COMMITTEE DEFAULTED FAILED TO SPECIFY ANY PARTICULAR JOB THAT JAMIZE CAN PERFORM OR THE DUTIES OF THOSE JOBS AND FAILED TO CONSIDER THE COMBINED OVERALL EFFECT OF ALL OF JAMIZE'S DISABILITY(IES), AND THE COMMITTEE DID NOT DISAGREE WITH JAMIZE'S MEDICAL RECORDS**

Respectfully, the NFL Disability Board should act reasonably here, by granting Mr. Jamize

Olawale the T & P disability benefits he desperately needs and deserves pursuant to the Plan's

plain terms, as he is a former Player who is substantially unable and substantially prevented from

engaging in any occupation from his combination of undisputed work disability(ies). Plan Art. 3

§ 3.1. Eligibility; Brumm v. Bert Bell NFL Ret. Plan, 995 F.2d 1433 (8th Cir. 1993) (holding that

NFL Board's decision to deny benefits was arbitrary and capricious because failed to consider

Player may be T & P disabled from cumulative and overall effect of all disabilities).

5

**JO-00950**

Confidential Information

NFL_ALFORD-0009697

DBM 09/18/2022

# ATHLAW LLP

The goal of the ERISA regulated NFL Benefits Plan is **"to take care of eligible players as part of their compensation for investing themselves in sports ..."** (emphasis added) Brumm, 995 F.2d 1433, 1439 (8th Cir. 1993); *see* Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1001. An eligible player who satisfies the terms of the plan will receive T & P benefits. Plan Art. 3 § 3.1; Solomon v. Bert Bell/Pete Rozelle NFL Player Ret. Plan (4th Cir. 2017); Boyd v. Bert Bell/Pete Rozelle NFL Player Ret. Plan, 410 F.3d at 1175 (9th Cir. 2005). According to the plain language of the Plan, the Board has a duty to make its decision "with the care, skill, prudence, and diligence under the circumstances then prevailing that a prudent man *acting in a like capacity* and *familiar with such matters* would use in the conduct of an enterprise of *like* character and with *like* aims." Plan Art. 9 § 9.8. Duty of Care (emphasis added); *see* 29 U.S.C. § 1104(a)(1)(B); Howard v. Shay, 100 F.3d 1484, 1488 (9th Cir.1996); *see* Varity Corp. v. Howe, 516 U.S. 489, 512 (1996).

Additionally, a fiduciary must present substantial evidence to justify a denial. Farrow v. Montgomery Ward Long Term Disability Plan, 176 Cal. App. 3d 648 (1986). In Farrow, the court affirmatively stated:

> We further hold that in order to satisfy the substantial evidence test to support a denial of disability benefits, the plan administrators **cannot rely solely upon conclusory statements that a claimant can engage in 'some' work or perhaps 'light' or 'sedentary' work. The Plan must specify particular jobs which it contends the claimant can perform** or could reasonably become qualified to perform. Specification of such a job should be supported by a job description indicating that the job does not require exertion or skills beyond the capability of the claimant.

Farrow, 176 Cal. App. 3d 648 (emphasis added).

Furthermore, in Hall v. Secretary of Health, Ed. and Welfare, 602 F.2d 1372 (9th Cir. 1979), the United States Court of Appeals for the Ninth Circuit held that a general statement that

6

**JO-00951**

Confidential Information

NFL_ALFORD-0009698

DBMA 9/18/2023

# ATHLAW LLP

a claimant can engage in "light" or "sedentary" work, without identification of *specific* jobs[2] which the claimant has the physical and mental ability to perform, **does *not* satisfy the substantial evidence test.** *Id.* at 1376-1377.

| SUBSTANTIAL EVIDENCE TEST | Dr. Paul Saenz | Dr. Eric Brahin | Dr. Justin O'Rourke | Dr. Matthew Norman |
|---|---|---|---|---|
| Relied On By NFL Disability Initial Claims Committee To Justify Denial? | Yes | Yes | Yes | Yes |
| Specified *Particular* Jobs That Claimant Can Perform Or Reasonably Become Qualified To Perform? | No | No[3] | N/A[4] | No |
| Is Specification of Such a Job Supported By a Job Description Indicating That The Job Does Not Require Exertion Or Skills Beyond The Capability Of The Claimant? | N/A | N/A | N/A | N/A |
| General Or Conclusory Statement? | Yes | Yes | Yes | Yes |
| Substantial Evidence To Justify Denial? | No | No | No | No |

Table 1: Lack of Substantial Evidence.

First, the Committee relied on Dr. Saenz, Dr. Brahin, Dr. O'Rourke, and Dr. Norman. *See* Letter Denying T & P Benefits dated 8/13/2021. Second, Dr. Saenz, Dr. Brahin, Dr. O'Rourke, and Dr. Norman failed to specify any *particular* job that Jamize can perform or reasonably become

---

[2] "[A]ny occupation or employment" also does not include jobs that exist only hypothetically. VanderKlok v. Provident Life and Accident Insurance Company, 956 F.2d 610, 614-15 (6th Cir. 1992); Kennard v. Means Indus., Inc. No. 13-1911, slip op. at 5-6 (6th Cir. R. 28(f) filed Feb. 13, 2014); *see also* Moore v. Bert Bell/Pete Rozelle NFL Ret. Plan, 282 Fed. Appx. 599, 600 (9th Cir. 2008) (finding that in the absence of vocational testimony that there was, in fact, a *specific* job that Moore could perform, the Board's decision was an unreasonable interpretation of the Plan's terms).

[3] Dr. Brahin's report states: "I am unable to determine whether Jamize has any neurocognitive impairment due to his failure of validity testing. Jamize does not have any neurological dysfunction that would prevent him from working for remuneration." Dr. Brahin Report.

[4] Dr. O'Rourke's report states: "Unable to determine due to invalid test performance." Dr. O'Rourke Report.

7

**JO-00952**

Confidential Information

NFL_ALFORD-0009699

DBM 3/18/2022

# ATHLAW LLP

qualified to perform. *See* <u>Dr. Saenz Report</u>; <u>Dr. Brahin Report</u>; <u>Dr. O'Rourke Report</u>; <u>Dr. Norman Report</u>.

Furthermore, similar to <u>Hall</u>, Dr. Saenz's general statement that "[g]iven his disabilities primarily involving the spine and lower extremities, he would be limited to job tasks within the sedentary-to-light level of physical demand with accommodations to avoid prolonged standing or walking avoid repetitive bending and twisting and to be allowed sitting breaks as necessary" without identifying any *specific* job that Jamize can engage in for any considerable occupation for remuneration or profit, amounts to a non-specific conclusory statement regarding Jamize given his facts. <u>Dr. Saenz Report</u>; <u>Havens v. Continental Casualty, Co.</u>, 186 Fed. Appx. 207, 212-13 (3rd Cir. 2006) (determinations of claimants' functional capacity and a feasible occupation "must together be detailed enough to make rational comparison possible. Otherwise, the 'finding' that the claimant can perform alternate occupations consists only of a bald assertion").

In fact, Dr. Saenz refers to the fact that Jamize has work limitations, saying he is "limited to the sedentary-to-light level of physical demand", has "disabilities", and needs "accommodations", but he fails to identify any occupation compatible with these restrictions. <u>Dr. Saenz Report</u>. Moreover, in regards to reliance on Dr. Saenz's general statements, "in order to satisfy the substantial evidence test to support a denial of disability benefits, the [NFL] plan administrators cannot rely solely upon [the] conclusory statements" that Jamize can engage in "work with restrictions" or "any occupation". *Id.*; *cf.* <u>Farrow</u>, 176 Cal. App. 3d 648. Dr. Saenz's general statements fail to specify any specific employment Jamize can, in fact, engage in and, therefore, cannot be relied on as substantial evidence to justify Jamize's denial.

Moreover, Dr. Brahin and Dr. Norman provided only general and conclusory statements that supposedly, "Jamize does not have any neurological dysfunction that would prevent him from

8

## JO-00953

NFL_ALFORD-0009700

ATHLAW LLP

working for remuneration" and supposedly he "can work currently from a psychiatric standpoint",

while Dr. O'Rourke failed to provide any statements regarding any specific job that Jamize can

perform, simply saying that "The test results produced by Mr. Olawale today cannot be relied upon

to determine if he meets NFLPBP criteria for Total & Permanent Disability." Dr. Brahin Report;

Dr. Norman Report; Dr. O'Rourke Report; *see also e.g.,* Moore v. Bert Bell/Pete Rozelle NFL Ret.

Plan, 282 Fed. Appx. 599, 600-601 (9th Cir. 2008) ("not clear whether there is 'any occupation or

employment for remuneration or profit' that Moore could perform."). The NFL Disability Initial

Claims Committee's default to Dr. Saenz, Dr. Brahin, Dr. O'Rourke, and Dr. Norman's non-

specific conclusory statements over the detailed findings that Jamize is T & P was incorrect, as no

NFL Board hired physician's report amounted to the substantial evidence required to justify

Jamize's denial – rather, it contradicts well-established precedent. Farrow, 176 Cal. App. 3d 648;

Havens, 186 Fed. Appx. at pp. 212-13 (fiduciaries' letters denying benefits must "connect

[substantial medical evidence] to [the claimant's] actual physical capacity"); Dunn v. Reed Group,

Inc., et al., No. 08-cv-1632(FLW), 2009 WL 2848662, at *32 (D.N.J. Sept. 2, 2009) (a fiduciary

is "obligated under ERISA to provide a well-reasoned explanation of its decision including which

sedentary jobs [a claimant] is capable of working, with or without accommodations").

1. **Additionally and Alternatively, the Board Lacks Substantial Evidence to Justify a Denial of Jamize's Appeal Because Jamize Is T & P Disabled from the Interrelated Overall Cumulative Effect of His Impairments from "Multiple Injuries".**

It is the Committee's and Board's responsibility to consider that Jamize is T & P disabled

from the **"substantially work-limiting cumulative effect of all [his] conditions"**, including but

not limited to "headaches, memory problems, left chronic vestibular hypofunction, speech

problems, dizziness, fogginess, losing [his] train of thought, mood swings, sensitivity to light,

9

**JO-00954**

# ATHLAW LLP

depression, concussions and repetitive head trauma from football, cumulative trauma, and the

cumulative effect of these impairments, in combination with "degenerative disease in both knees",

"severe patellofemoral chondromalacia", "Left Knee Medial Collateral Ligament Tear", left knee

"laxity", "degenerative disc disease" in my neck and back, a lumbar spine "disc bulge" and

"annular fissure at L5-S1 and facet changes at L4-L5 and L5-S1", "paresthesias in his feet",

"midline pain noted in the cervical spine", "pain in [his] lower back […] when [he has] to stand or

walk for longer that 15 minutes" and "decreased tolerance to prolonged standing or walking", pain

when sitting or lying down, "degenerative disease in […] his shoulders", "LIMITED" ability to

"[r]each[] all directions (including overhead)" with "pain in his shoulder", right supraspinatus

"Marked weakness", right shoulder "inflammation" and "tender[ness]", left shoulder

"tender[ness]", "weakness", and "lack of strength", bilateral ankle "DJD", bilateral ankle tendon

tears, his "ankles and calves hurt when [he] walk[s] or tr[ies] to run", "arthrosis of the great toe

MTP joint", "pain […] on the soles of [his] feet when [he has] to stand or walk for longer that 15

minutes", he has "paresthesias in his feet", "ligametn [*sic*] laxity in collaterals at MCP", and

"gamekeeper's thumb". T & P Application; Exhibits 1-36 to T & P Application. An ERISA

administrator's decision to deny benefits is unreasonable if it fails to consider whether a person is

T & P disabled from the cumulative, combined, and overall effect of all of his conditions. Brumm

v. Bert Bell NFL Ret. Plan, 995 F.2d 1433 (8th Cir. 1993) (holding that NFL Board's decision to

deny benefits was arbitrary and capricious because impermissibly crossed the line between

interpretation and amendment by failing to consider Player may be T & P disabled from

"cumulative" and/or "overall impact" of all disability(ies)); *see* Mickell v. Bert Bell/Pete Rozelle

NFL Player Ret. Plan, No. 19-10651 (11th Cir. 2020) (holding "**Board abused its discretion by**

**failing to consider the combined effects of all of [applicant's] impairments**"); Lacko v. United

10

**JO-00955**

Confidential Information

NFL_ALFORD-0009702

DBM 5/18/2022

# ATHLAW LLP

of Omaha Life Ins. Co., 926 F.3d 432, 446-47 (7th Cir. 2019) (holding dispositive of ERISA administrator's arbitrary and capricious denial was "fatal" failure of administrator to address and consider combination of all impairments); Torres v. UNUM Life Ins. Co. of Canada, 405 F.3d 670 (8th Cir. 2005) (explaining plan administrators must consider the effects of all impairments to make claim determinations); Green v. Sun Life Assur. Co. of Canada, 259 Fed. Appx. 42, 44 (9th Cir. 2007) (discussing within Plan's definition of totally disabled included **combination** of vertigo and orthopedic disability(ies)); *compare* Austin v. Continental Cas. Co., 216 F.Supp.2d 550, 558 (W.D.N.C.2002) (explaining "[i]t is consideration of the **full panoply of ailments and their combined impact on capacity for work that is important**, as appellate courts consistently have found [...]" (emphasis added)) *with* Giles v. Bert Bell/Pete Rozelle NFL Player Ret. Plan ("Noting [in decision letter] that its decision was '[b]ased on the reports of [multiple NFL Board hired physicians],' the [NFL] Board determined: 'Mr. Giles has a ***combination*** of impairments...". (emphasis added)) *and* Stewart v. Bert Bell/Pete Rozelle NFL Ret. Plan, WDQ-09-2612 (D. Md. Jul. 20, 2011) (explaining NFL Board sought NFL Board retained medical expert to determine "**the likely cumulative effect**", and accepting physicians response regarding whether "**cumulatively**, [...] [multiple] issues [c]ould [...] qualify him for total and permanent disability.") (emphasis added).

Moreover, an ERISA administrator's consideration of *only* the impact of impairments *in isolation* and failure to consider the "interrelated effects" and **combination** of all impairments[5], including but not limited to the impact of medication, on a Player's substantial inability to engage

---

[5] Like in Lacko, where the claimant "based her claims for [disability] benefits on the adverse combination of a number of impairments," here, Jamize also based his claim for T & P disability benefits on the cumulative effect and overall impact of his impairments. *See* T & P Application dated 7/22/20 (emphasis added).

11

**JO-00956**

Confidential Information

NFL_ALFORD-0009703



in any occupation cannot be based on substantial evidence, denies a claimant full and fair review, and is "*fatal* to the denial of [disability] benefits… ". Lacko, at 446-47; Mickell, No. 19-10651 (11th Cir. 2020); Guthrie v. Nat'l Rural Elec. Coop. Ass'n Long-Term Disability Plan, 509 F.3d 644, 652 (4th Cir. 2007) (holding "failure to consider [claimant's] constellation of medical issues denied her a full and fair review, and consequently, its decision to deny benefits was not based on substantial evidence."); Kalish v. Liberty Mut. Liberty Life Assur. Co. of Boston, 419 F.3d 501, 510 (6th Cir. 2005) (calling into question reliance on a physician's report that ignores the "interrelated effects" of a plaintiff's conditions, including depression, to deny benefits); Maiden v. Aetna Life Ins. Co., No. 3:14-CV-901, 2016 WL 81489, at *6-7 (N.D. Ind. Jan. 6, 2016) ("There are other problems with how Aetna went about its work here. Chief among them is Aetna's *failure to consider the compound effect* of Maiden's physical impairments and psychiatric issues, and its failure to do so was an arbitrary and capricious exercise of Aetna's discretion." (emphasis added)) *and* Nikola v. Grp. Life Assurance, Co., No. 03 C 8559, 2005 WL 1910905, at *9 (N.D. Ill. Aug. 5, 2005) (holding that "an administrator making a disability determination must make a reasoned assessment of **whether the total combination of a claimant's impairments justify a disability finding, *even if no single impairment standing alone*** would warrant the conclusion." (emphasis added)) *with* DuPerry v. Life Ins. Co. Of N. Am., 632 F.3d 860 (4th Cir. 2011) (requiring consideration of the **combined effect of *all* the problems** caused by claimant's conditions, **not just a select few, even if certain conditions, *in isolation*, did not render claimant disabled**) *and* Ruggerio v. Fedex, No. Civ. A. 01-11809- RWZ, 2003 WL 21955024, at *3 (D.Mass. Aug.14, 2003) (overturning benefits denial due to lack of consideration of **combined effect of** plaintiff's problems).

12

**JO-00957**

Confidential Information

NFL_ALFORD-0009704



Here, there is no evidence anywhere in the administrative record that indicates the <u>Committee</u> currently considered, addressed, acknowledged, discussed, and disagreed with the fact that Jamize is T & P disabled from the overall and interrelated T & P disabling effects of his overall **combination** of disabling conditions. T & P Application.

| CUMULATIVE EFFECT OF ALL DISABILITY(IES) COMBINED | Dr. Paul Saenz | Dr. Eric Brahin | Dr. Justin O'Rourke | Dr. Matthew Norman | The Committee |
|---|---|---|---|---|---|
| Considered Work Disabling Effect Of *Combination* Of *All* Disability(ies)? | No[6] | No | No | No | No |

Further, Dr. Saenz, Dr. Brahin, Dr. O'Rourke, and Dr. Norman also failed to consider that Jamize is substantially unable and substantially prevented from engaging in any occupation due to the **combination** of all of his impairments, stating only that Jamize can perform "[j]ob tasks limited to the sedentary to light level of physical demand with accommodations to avoid prolonged standing and walking , repetitive bending and twisting and to allow sitting breaks as necessary." although he has "**disabilities**",[7] that supposedly, "Jamize does not have any neurological dysfunction that would prevent him from working for remuneration" and "I am unable to determine whether Jamize has any neurocognitive impairment, that "[t]he test results produced by Mr. Olawale today cannot be relied upon to determine if he meets NFLPBP criteria for Total &

---

[6] In fact, not only did Dr. Saenz fail to consider that Jamize is substantially unable and substantially prevented from engaging in any occupation due to the combination of all of his impairments, his report states "In the opinion of this examiner this claimant is **not likely seeking Total and Permanent Disability on the basis of orthopedic impairments** but more likely for the sequelae of multiple concussive episodes." Dr. Saenz Report (emphasis added).

[7] *See supra* fn. 6.

13

**JO-00958**



Permanent Disability", or that he supposedly "can work currently from a psychiatric standpoint". <u>Dr. Saenz Report</u> (emphasis added); <u>Dr. Brahin Report</u>; <u>Dr. O'Rourke Report</u>; <u>Dr. Norman Report</u>.

A full and fair review requires the Committee and the NFL Board to consider Jamize's combined conditions as a whole, and not just in silo. It was unreasonable for the Committee and its paid experts to ignore and/or brush aside the interrelated effects of all of Jamize's impairments combined, and instead view his substantial work disabling impairments as isolated from one another. Even if each impairment standing alone and measured in the abstract is not Totally Disabling (**which they are**), the combined and cumulative effect of all of Jamize's disabilities certainly is. It was unreasonable for the Committee to employ compartmentalized evaluations of each of Jamize's impairments, failing to consider how the cumulative and combined interrelated effect of all of his conditions working together have rendered him T & P.

**JO-00959**

Confidential Information

NFL_ALFORD-0009706

# ATHLAW LLP

**MOREOVER, MR. JAMIZE OLAWALE QUALIFIES FOR LOD BENEFITS BECAUSE HIS PHYSICAL IMPAIRMENTS DEMONSTRATE AT LEAST 9 POINTS ARISING OUT OF LEAGUE FOOTBALL ACTIVITIES**

| Summary of Physical Impairment(s) | Page(s) |
|---|---|
| **Right Ankle**: "posterior tibialis tendon tear" | 16 |
| **Left Ankle**: "posterior tibialis tendonitis" | 17 |
| **Left Knee**: "Degenerative Joint Disease - Moderate Or Greater" | 18 |
| **Right Ankle**: "Degenerative Joint Disease - Moderate Or Greater" | 19 |
| **Right Shoulder**: "Marked weakness to supraspinatus" | 20 |
| **Right Shoulder**: "inflammation", "tender" | 21 |
| **Left Shoulder**: "tender" | 22 |
| **Left Shoulder**: "weakness", "lack of strength", "left arm is weaker than the right" | 23 |
| **Left Ankle**: "tear through the anterior distal tibiofibular syndesmotic ligament" | 24 |
| **Left Knee**: "laxity", "Knee Medial Collateral Ligament Tear" | 25 |
| **Left Ankle**: "DJD" | 26 |
| **Left Foot**: "arthrosis of the great toe MTP joint" | 27 |
| **Right Hand**: "ligametn [*sic*] laxity in collaterals at MCP", "gamekeeper's thumb" | 28 |
| **Left Hip**: "moderate joint space narrowing" | 29 |
| **Spine**: spine impairments from league football activities | 30 |

15

**JO-00960**

NFL_ALFORD-0009707

**JO-00961**

Confidential Information

NFL_ALFORD-0009708



**RIGHT ANKLE**

| Ankle Impairment | Point Value |
|---|---|
| Posterior Tibial Tendon Insufficiency | 3 |

# posterior tibialis tendon tear

EXHIBIT 32

**ASSESSMENT:** Strain, partial tear and inflammation in posterior tibialis tendon.

EXHIBIT 32

# Right Ankle Posterior Tibialis Strain

EXHIBIT 32

16

**JO-00962**

Confidential Information

NFL_ALFORD-0009709



**LEFT ANKLE**

| Ankle Impairment | Point Value |
|---|---|
| Posterior Tibial Tendon Insufficiency | 3 |

# Posterior tibial tendonitis.

EXHIBIT 30

# ASSESSMENT: Left ankle midfoot strain with left ankle inversion sprain.

EXHIBIT 30

# Left ankle sprain

EXHIBIT 30

17

**JO-00963**

Confidential Information

NFL_ALFORD-0009710



# ATHLAW LLP

## LEFT KNEE

| Knee Impairment | Point Value |
|---|---|
| Degenerative Joint Disease - Moderate Or Greater (i.e., significant loss of joint space as confirmed by clinical examination and x-ray) | 3 |

| Impairment | Occur. | Points | Cause | Comments |
|---|---|---|---|---|
| Degenerative Joint Disease - Moderate Or Greater (i.e., significant loss of joint space as confirmed by clinical examination and x-ray) | 1 | 3 | ☐ Illness  ☐ Other- __<br>☑ NFL football  ☐ Unknown | Complaints of chronic knee pain aggravated by prolonged standing, walking and squatting. Moderate medial medial compartment and marked patellofemoral compartment joint space narrowing noted radiographically. Documented injury pps. 81,82,87. |

Dr. Saenz Report

**X-ray Left Knee (06/17/2021):** There is moderate medial compartment joint space narrowing and marked patellofemoral joint space narrowing with

Dr. Saenz Report

18

**JO-00964**

Confidential Information
NFL_ALFORD-0009711

# ATHLAW LLP

**RIGHT ANKLE**

| Ankle Impairment | Point Value |
|---|---|
| Degenerative Joint Disease - Moderate Or Greater (i.e., significant loss of joint space as confirmed by clinical examination and x-ray) | 3 |

| Impairment | Occur. | Points | Cause | | Comments |
|---|---|---|---|---|---|
| Degenerative Joint Disease - Moderate Or Greater (i.e., significant loss of joint space as confirmed by clinical examination and x-ray) | 1 | 3 | ☐ Illness  ☐ Other- __<br>☑ NFL football  ☐ Unknown | | Complaints of chronic ankle pain and stiffness aggravated by prolonged standing and walking. Clinically mild ankle swelling with moderate tibio-talar joint space narrowing and heterotpic bone formation of distal |

PRF - Jamize Olawale
rev. 06/2021

Dr. Paul Saenz

E-Ballot - 07/01/2021

syndesmosis. Documented
injury pps. 88,90.

Dr. Saenz Report

**X-ray Right Ankle (06/17/2021):** There is moderate tibiotalar joint space narrowing. There is heterotopic bone formation of the distal syndesmosis.

Dr. Saenz Report

19

**JO-00965**

NFL_ALFORD-0009712



ATHLAW **LLP**

## RIGHT SHOULDER

| Shoulder Impairment | Point Value |
|---|---|
| Symptomatic Rotator Cuff Tendon Tear | 2 |

Marked weakness to supraspinatus

EXHIBIT 29

**CHIEF COMPLAINT:** Right shoulder.

**HISTORY:** The player states that yesterday during the game he did an arm tackle with the right arm and has had pain and weakness in the right upper extremity since then. His past medical history is otherwise unremarkable with the exception of a right AC sprain in the past.

**EXAMINATION:** Right shoulder: Marked weakness to supraspinatus isolation strength testing and difficulty raising his arm over his head. 2+ Neer and 2+ Hawkin's tests. 1+ Speeds test. Neurovascular status is normal.

**ASSESSMENT:** Right shoulder rotator cuff strain, possible tear.

EXHIBIT 29

20

**JO-00966**

Confidential Information

NFL ALFORD-0009713

DBM 5/18/2022

# ATHLAW LLP

## RIGHT SHOULDER

| Shoulder Impairment | Point Value |
|---|---|
| Symptomatic Acromioclavicular Joint Inflammation | 2 |

# inflammation

EXHIBIT 29

# tender

EXHIBIT 29

# Both AC

EXHIBIT 25

limited ROM and strength due to pain. He has pain even with PROM

EXHIBIT 29

**JO-00967**

Confidential Information

NFL_ALFORD-0009714



## LEFT SHOULDER

| Shoulder Impairment | Point Value |
| --- | --- |
| Symptomatic Acromioclavicular Joint Inflammation | 2 |



EXHIBIT 25

EXHIBIT 25

22

**JO-00968**

Confidential Information

NFL_ALFORD-0009715



## LEFT SHOULDER

| Shoulder Impairment | Point Value |
|---|---|
| Symptomatic Rotator Cuff Tendon Tear | 2 |

# weakness.

EXHIBIT 3

## left arm is weaker than the right,

Dr Saenz Report

**HISTORY:** The player states he suffered a stinger in the game two weeks ago. He now reports some weakness when doing lat pulldowns with his left shoulder.

**PHYSICAL EXAMINATION:** He has full range of motion of his neck without tenderness. His motor examination reveal 5/5 strength to the rotator cuff and deltoid area. There is no evidence of atrophy. His neurovascular status is normal.

**ASSESSMENT:** Reported stinger episode with weakness to his latissimus dorsi doing lat pulldowns. No evidence of obvious atrophy or sensory deficits.

EXHIBIT 3; see EXHIBIT 25

Numbress in my shoulder / Arm , lack of
strength (left side)

EXHIBIT 25

fered during the season?[ ]YES [ ]NO
ails:

EXHIBIT 25

23

**JO-00969**

DBM 3/18/2022



## LEFT ANKLE

| Ankle Impairment | Point Value |
|---|---|
| Tibialis Anterior Tendon Insufficiency | 3 |



EXHIBIT 31

**1. Full-thickness defect/tear through the anterior distal tibiofibular syndesmotic ligament with surrounding edema and soft tissue swelling as well as edema within the soft tissues about the distal tibiofibular syndesmotic membrane.**

**2. Grade 2 sprain of the anterior talofibular ligament.**

EXHIBIT 31

grade 2 sprain of the anterior tibiofibular ligament.

EXHIBIT 30

acute on chronic sprain of the ATF grade II

EXHIBIT 30

Left ankle sprain

EXHIBIT 30

**ASSESSMENT**: Left ankle midfoot strain with left ankle inversion sprain.

EXHIBIT 30

24

**JO-00970**

Confidential Information

NFL_ALFORD-0009717



## LEFT KNEE

| Knee Impairment | Point Value |
|---|---|
| Symptomatic MCL Tear with Moderate Or Greater Instability | 2 |



EXHIBIT 19

# Left Knee Medial Collateral Ligament Tear

EXHIBIT 19



EXHIBIT 29



# Left Knee MCL

EXHIBIT 25, EXHIBIT 19

## Grade 1 sprain of the medial collateral ligament.

EXHIBIT 21

### KNEES

| | | | | | |
|---|---|---|---|---|---|
| Strained | Left or Right | Sprain Ligament | Left or Right | Torn Ligaments | Left or Right |
| Torn Cartilage | Left or Right | Knee Cap Injury | Left or Right | Fractures | Left or Right |
| Operations | Left or Right | Injections | Left or Right | Pains | Left or Right |
| Dislocations | Left or Right | Missed Practice | Left or Right | Missed Games | Left or Right |
| Bruise | Left or Right | Bursitis | Left or Right | Swelling | Left or Right |
| Locking | Left or Right | Giving Away | Left or Right | Arthroscopes | Left or Right |
| Wear Braces | Left or Right | Casted | Left or Right | Arthritis | Left or Right |
| Chondromalacia | Left or Right | Grinding | Left or Right | Other | Left or Right |

EXPLAIN: ☐ None Of These Apply

Sprained , MCL last week; I missed no

EXHIBIT 4

25

**JO-00971**

NFL_ALFORD-0009718



## LEFT ANKLE

| Ankle Impairment | Point Value |
|---|---|
| Degenerative Joint Disease - Moderate Or Greater (i.e., significant loss of joint space as confirmed by clinical examination and x-ray) | 3 |

# Left Ankle DJD

EXHIBIT 19

# Left Ankle DJD

EXHIBIT 25



EXHIBIT 29

### ANKLES

| Sprains | (Left) or Right | Strain | Left or Right | Fractures | Left or Right |
|---|---|---|---|---|---|
| Dislocations | Left or Right | Operations | Left or Right | Injections | Left or Right |
| Casted / Splinted | Left or Right | Pain | Left or Right | Missed Practice | Left or Right |
| Missed Games | Left or Right | Bruise | Left or Right | Other | Left or Right |

EXPLAIN: ☐ None Of These Apply

Sprained Ankle on the same
play as my MCL sprain; Missed

EXHIBIT 4

Confidential Information                                    NFL_ALFORD-0009719



**LEFT FOOT**

| Foot Impairment | Point Value |
|---|---|
| Hallux Rigidus - Moderate Or Greater (i.e., significant loss of joint space as confirmed by clinical examination and x-ray) | 1 |

## Mild to moderate arthrosis of the great toe MTP joint

EXHIBIT 31



EXHIBIT 34

## Left Great Toe

EXHIBIT 25; EXHIBIT 19

**CHIEF COMPLAINT:** Left foot pain.

**HISTORY:** The player comes in stating he had some pain over the medial aspect of his left foot following the game. He does not remember any specific injury.

EXHIBIT 34

# Left Foot Contusion

EXHIBIT 34

27

**JO-00973**

Confidential Information

NFL_ALFORD-0009720



**RIGHT HAND**

| Hand Impairment | Point Value |
|---|---|
| Mediolateral Ligamentous Instability - Moderate Or Greater (i.e., instability that significantly impairs the Player's ability to perform normal activities of daily living (bathing, grooming, dressing, driving, etc.)) | 1 |

ligametn laxity in collaterals at MCP. Appears to be a gamekeepers thumb.

EXHIBIT 35

gamekeeper's thumb injury.

EXHIBIT 19

1. Grade 2 sprains of the ulnar and radial collateral ligaments as well as a possible grade 2 sprain of the thumb metacarpal capsular origin of the volar plate.

EXHIBIT 36

28

**JO-00974**

Confidential Information

NFL_ALFORD-0009721



**LEFT HIP**

| Hip Impairment | Point Value |
|---|---|
| Degenerative Joint Disease - Moderate Or Greater (i.e., significant loss of joint space as confirmed by clinical examination and x-ray) | 3 |

mild-to-moderate joint space narrowing noted of the left hip.

Dr. Saenz Report

29

**JO-00975**

Confidential Information                                    NFL_ALFORD-0009722



DBM 5/18/2022

**CERVICAL AND LUMBAR SPINE**

| Cervical Spine Impairment | Point Value |
|---|---|
| | |

C4-C5: Small diffuse right paracentral disc protrusion, slightly indenting the anterior thecal sac, resulting in mild right-sided

EXHIBIT 26

IMPRESSION:

Minimal to mild degenerative disc disease in the cervical spine, particularly at C4-5, resulting in mild right-sided neural foraminal narrowing at C4-5 and mild left-sided neural foraminal narrowing at C5-6.

EXHIBIT 26

# numbness in his hands, fingers,

Dr. Brahin Report

Numbness in my shoulder / Arm, lack of strength (left side)

EXHIBIT 25

fered during the season?[ ]YES [ ]NO
ails:

(2) Stage
(left) correct
( 10 career)

one weal

EXHIBIT 25

# right-sided stinger

EXHIBIT 25

# radiation    numbness

Dr. Saenz Report

30

**JO-00976**

Confidential Information

NFL_ALFORD-0009723

# ATHLAW LLP

## **CONCLUSION**

Because there are no considerable occupations that Jamize is not substantially prevented from engaging in without worsening severe pain and chronic discomfort – nor did the NFL Board-chosen doctors identify any such specific occupations or provide job descriptions indicating that the jobs do not require exertion or skills beyond Jamize's capability – the Board should act reasonably and determine that Jamize Olawale satisfies the plain terms of the Plan. Moreover, Mr. Olawale qualifies for LOD benefits because his physical impairments demonstrate at least 9 points arising out of league football activities. Thus, respectfully, the Committee should prudently determine that Mr. Jamize Olawale is entitled to his collectively bargained for T & P, LOD, and NC benefits.

Sincerely,

Samuel Katz, Esq.
*Managing Partner*
Athlaw LLP

31

**JO-00977**

Confidential Information

NFL_ALFORD-0009724



**NFL PLAYER BENEFITS**

DISABILITY PLAN

200 St. Paul Street, Suite 2420
Baltimore, Maryland 21202
Phone 800.638.3186
Fax 410.783.0041

# PHYSICIAN REPORT FORM

## TOTAL & PERMANENT DISABILITY BENEFITS

**Notice to Physician:** To preserve your independence and the integrity of the decision-making process, you must avoid contacts with attorneys or other representatives of the Players seeking disability benefits from the NFL Player Disability & Neurocognitive Benefit Plan. Please notify the NFL Player Benefits Office if you are contacted by any of these individuals.

Player Name: Jamize Olawale          DOB: ▓▓▓▓          Phone ▓▓▓▓

Player's address: ▓▓▓▓

Player's Credited Seasons: 2012-2019 (8)

Claimed Impairments: See application

1. Did you receive records for this Player? ☑ **YES** | ☐ **NO**  If so, how many pages? 315 .

2. Did you evaluate the Player?  ☑ **YES** | ☐ **NO**  If so, when? 03/17/2022

3. Have you or your colleagues ever treated the Player previously? ☐ **YES** | ☑ **NO**

4. Based on your evaluation, what is the nature of the Player's impairment(s)?  (Attach additional sheets if necessary.)

| Impairment to | Cause of impairment | | |
|---|---|---|---|
| Both ankles, left great toe | ☐ Illness  ☑ Injury | ☐ Other-_____  ☐ Unknown | |
| Lumbar spine, bilateral knees | ☐ Illness  ☐ Injury | ☐ Other-_____  ☑ Unknown | |
| | | | |
| | | | |

PRF - Jamize Olawale
(rev. 03/18/2022)

Hussein Elkousy

**JO-00978**

Confidential Information

**5.** In your opinion, is the Player **totally and permanently disabled** to the extent that he is substantially unable to engage in any occupation for remuneration or profit?

☐ YES **|** ☑ NO

☐ Unable to Determine

**If you checked YES:**

◻ Describe the impairments and explain how they prevent the Player from working.

_____.

◻ Has the Player's condition persisted or is it expected to **persist for at least 12 months** from the date of its occurrence, and excluding any reasonable recovery period?

☐ YES **|** ☐ NO

**If you checked NO:**

◻ Describe the type of employment in which the Player can engage.
He should be able to engage in light to medium duty capacity occupations. He can walk, sit, and stand. He should be able to lift and carry 20-30 pound regularly.
.

**6.** Do you have any additional remarks?  <u>See narrative</u>            .

**Please provide the required narrative report with this form.**

**I certify that:**

☑ **I reviewed all records of this Player provided to me.**
☑ **I personally examined this Player.**
☑ **This Physician Report Form and the attached narrative report(s) accurately document my findings.**
☑ **My findings reflect my best professional judgment.**
☑ **I am not biased for or against this Player.**

<u>Hussein Elkousy</u>                 <u>03/18/2022</u>
Signature                             Date

**Comments**

PRF - Jamize Olawale                                           Hussein Elkousy
(rev. 03/18/2022)

**JO-00979**

PRF - Jamize Olawale
(rev. 03/18/2022)

Hussein Elkousy

**JO-00980**

Confidential Information                                                    NFL_ALFORD-0009566



**NFL PLAYER BENEFITS**

**DISABILITY PLAN**

200 St. Paul Street, Suite 2420
Baltimore, Maryland 21202
Phone 800.638.3186
Fax 410.783.0041

## PHYSICIAN REPORT FORM - ORTHOPEDICS

## LINE-OF-DUTY DISABILITY BENEFITS

**Notice to Physician:** To preserve your independence and the integrity of the decision-making process, you must avoid contacts with attorneys or other representatives of the Players seeking disability benefits from the NFL Player Disability & Neurocognitive Benefit Plan. Please notify the NFL Player Benefits Office if you are contacted by any of these individuals.

Player Name:  Jamize Olawale       DOB: ▮▮▮▮       Phone: ▮▮▮▮

Player's address: ▮▮▮▮

Player's Credited Seasons:  2012-2019 (8)

Claimed impairments:  See application

1. Did you receive records for this          ☑ **YES**   ☐ **NO**   If so, how many pages? 315

2. Did you evaluate the Player?   ☑ **YES**   ☐ **NO**   If so,      03/17/2022

3. Have you or your colleagues ever treated the Player previously? ☐ **YES**   ☑ **NO**

4. For **ORTHOPEDIC IMPAIRMENTS,** please rate the impairment(s) using the Point System for Orthopedic Impairments. (Attach additional sheets if necessary.)

| Impairment | Occur. | Points | Cause | Comments |
|---|---|---|---|---|
|  |  |  | ☐ Illness   ☐ Other-___  <br><br> ☐ NFL football   ☐ Unknown |  |

**POINTS TOTAL:**                0

PRF - Jamize Olawale
rev. 03/2022

Dr. Hussein Elkousy

**JO-00981**

Confidential Information                    NFL_ALFORD-0009567

**Impairments**

**POINTS TOTAL:**                              **0**

**Impairments Total**

5. Is the Player's condition the primary or contributory cause of the surgical removal or major functional impairment of a **vital bodily organ** or **part of the central nervous system?** ☐ YES ☑ NO

**If you checked YES:**

Identify the affected body part or impairment(s) and describe the nature of the resulting surgical removal or major functional impairment.

Has this condition persisted or is it expected to **persist for at least 12 months** from the date of its occurrence, and excluding any reasonable recovery period? ☐ YES ☐ NO

6. Do you have any additional remarks?
<u>See narrative</u>

Please provide the required narrative report with this form.

☑ **I reviewed all records of this Player provided to me.**

☑ **I personally examined this Player.**

☑ **This Physician Report Form and the attached narrative report(s) accurately document my findings.**

☑ **My findings reflect my best professional judgment.**

☑ **I am not biased for or against this Player.**

| | |
|---|---|
| Hussein Elkousy | 03/18/2022 |
| Signature | Date |

**Comments**

Hussein Elkousy: Physician has submitted the eForm for player JAMIZE,OLAWALE application id 232760 Please review 03/18/2022 06:04 PM

Hussein Elkousy: Physician has submitted the eForm for player JAMIZE,OLAWALE application id 232760 Please review 03/18/2022 06:05 PM

Hussein Elkousy: Physician has submitted the eForm for player JAMIZE,OLAWALE application id 232760 Please review 03/18/2022 06:05 PM

Hussein Elkousy: Physician has submitted the eForm for player JAMIZE,OLAWALE application id 232760 Please review 03/18/2022 06:06 PM

PRF - Jamize Olawale
rev. 03/2022

Dr. Hussein Elkousy

## JO-00983



## Fondren Orthopedic Group L.L.P.
*A Division of OrthoLoneStar*

March 18, 2022

Hand and Upper Extremity Surgery
Microsurgery
James B. Bennett, M.D., P.A.
Thomas L. Mehlhoff, M.D., P.A.
Idris S. Gharbaoui, M.D., P.A.
Randy Y. Luo, M.D., P.A.

Shoulder Surgery and Arthroscopy
Hussein A. Elkousy, M.D., P.A.
T. Bradley Edwards, M.D., P.A.
Barrett S. Brown, M.D., P.A.
K. Mathew Warnock, II, M.D., P.A.
Marilyn E. Copeland, M.D., P.A.
Mufaddal M. Gombera, M.D., P.A.
Michael C. Cusick, M.D., PLLC

Joint Implant Surgery
Gregory W. Stocks, M.D., P.A.
Vasilios Mathews, M.D., P.A.
Robin Goytia, M.D., P.A.
Anay R. Patel, M.D., P.A.
Ugonna N. Ihekweazu, M.D., P.A
Houston L. Braly, II, M.D., PLLC

Sports Medicine
and Surgery of the Knee
Hussein A. Elkousy, M.D., P.A.
Barrett S. Brown, M.D., P.A.
K. Mathew Warnock, M.D., P.A.
Marilyn E. Copeland, M.D., P.A.
Mufaddal M. Gombera, M.D., P.A.

Ilizarov Surgery and Limb Reconstruction
Mark R. Brinker, M.D., P.A.

Pediatric Orthopedic Surgery
Gary T. Brock, M.D., P.A.
Idris S. Gharbaoui, M.D., P.A.

Scoliosis and Pediatric Spinal Deformity
Gary T. Brock, M.D., P.A.

Reconstructive Spinal Surgery
Jeffery A. Kozak, M.D., P.A.
J. Bryan Williamson, M.D., P.A.
Joseph C. Allen, M.D., P.A.
David W. Wimberley, M.D., P.A.
Ryan M. Stuckey, M.D., P.A.
Houtan A. Taba, M.D., P.A.

Surgery of the Foot and Ankle
David P. Loncarich, M.D., P.A.
David M. Bloome, M.D., P.A.
Tomiko Fukuda, M.D., P.A.

Trauma-Acute and Reconstructive
Mark R. Brinker, M.D., P.A.

General Orthopedic Surgery
J. Kevin Horn, M.D., P.A.
Robert L. Burke, M.D., P.A.
Barry D. Boone, M.D., P.A.
Joseph C. Allen, M.D., P.A.
K. Mathew Warnock, II, M.D., P.A.
Marilyn E. Copeland, M.D., P.A.

Endocrinology, Diabetes and Metabolism
Yomna T. Moula, M.D., P.A.

Internal Medicine and Infectious Diseases
Seema Shah, M.D., P.A.

Rheumatology
Holly J. Jonas, M.D., P.A.

Physical Medicine and Rehabilitation
Michael J. Vennix, M.D., P.A.
John S. Harrell, M.D., P.A.

Pain Management
Michael T. McCann, M.D., P.A.

Primary Care Sports Medicine
Kevin W. Lyu, M.D.

CEO
Jeffrey A. Stocks

**Player: Jamize Olawale**
**DOB:**
**DOE:** 3/17/2022

History of present illness:

The player is a 32 -year-old right hand dominant male who presents for Line of Duty and Total and Permanent Disability Evaluation. My review included 196 pages of records provided by the NFLPB Document Management System (DMS), 33 pages of an appeal letter dated 2/7/2022 (AL), 38 pages of the T&P Application received 3/29/2021, 35 pages of the LOD Application received 3/29/2021, and 13 pages of a neutral orthopedic assessment from 6/24/2021. The total number of pages reviewed was 315.

Records and internet search confirm years played:

| 2012 | | Dallas Cowboys |
| 2012- | 2017 | Oakland Raiders |
| 2018- | 2019 | Dallas Cowboys |

### Patient Verbal History:
He complains of intermittent neck pain. He also has stiffness. He does not associate the symptoms with any specific positions. However, the symptoms do occur more with sitting and reclining.
He complains of bilateral shoulder pain with range of motion.
He complains of mild pain of his right elbow.
He does not have any issues with his left elbow.
He does not have any issues with either wrist.
He does not have any complaints of either hand.
He complains of lumbar pain. He cannot sit for long periods of time. He has difficulty getting up when lying down. He does not have any numbness or tingling.
He does not have any hip complaints.
He complains of bilateral knee stiffness and pain with bending, walking, standing, or sitting for long periods of time.
He complains of bilateral ankle soreness similar to his knees.
He complains of bilateral great toe pain and bilateral heel pain. He has pain when he stands or walks for 15 minutes.

### Past Medical History:
None.

### Past Surgical History (operative reports in DMS):
None.

7401 Main Street, Houston, Texas 77030-4509  Phone (713) 799-2300  Fax (713) 794-3380

## JO-00984

DBM - 5/18/2022

### *Fondren Orthopedic Group L.L.P.*
*A Division of OrthoLoneStar*



**Past Surgical History (no operative report):**
~~None.~~

**Past Surgical History (per patient):**
None.

**Medications:**
None.

**Allergies:**
NKDA

---

**Physical examination:**

Height:6 feet tall          Weight: 240 pounds   stated.

The examination was done using a reflex hammer to test reflexes and a tape measure to measure limb girth.

The patient has appropriate pain and discomfort responses. He is well proportioned and symmetric with excellent muscle bulk and good tone with no atrophy.

General limb circumferences:

| Site (at maximum girth) | Right (cm) | Left (cm) |
|---|---|---|
| Upper arm | 40 | 39 |
| Forearm | 32 | 32 |
| Thigh (15 cm prox to sup pole) | 54 | 54 |
| Calf (13 cm distal to inf pole) | 44 | 43 |

Deep tendon reflexes:

| | Right | Left |
|---|---|---|
| Triceps | 1+ | 1+ |
| Biceps | 1+ | 1+ |
| Brachioradialis | 0 | 1+ |
| Patellar tendon | 0 | 0 |
| Achilles | 0 | 0 |

Cervical spine examination:
Supple, no spasm or muscle guarding.

Shoulder examination:

| ROM | Right (degrees) | Left (degrees) |
|---|---|---|

**JO-00985**

Confidential Information

NFL ALFORD-0009571

### Fondren Orthopedic Group L.L.P.
*A Division of OrthoLoneStar*



| | | |
|---|---|---|
| Forward flexion | 150 | 160 |
| Extension | 40 | 40 |
| Abduction | 140 | 160 |
| Adduction | 40 | 40 |
| External rotation at 90 | 90 | 90 |
| Internal rotation at 90 | 60 | 60 |

There is mild prominence of the right acromioclavicular joint compared to the left. He is not tender to palpation.

Elbow examination:

| ROM | Right (degrees) | Left (degrees) |
|---|---|---|
| Flexion | 120 | 120 |
| Extension | 0 | 0 |
| Pronation | 80 | 80 |
| Supination | 80 | 80 |

Wrist examination:

| ROM | Right (degrees) | Left (degrees) |
|---|---|---|
| Flexion | 50 | 50 |
| Extension | 50 | 50 |
| Radial deviation | 30 | 30 |
| Ulnar deviation | 30 | 30 |

Hand examination:
Full range of motion of all digits with no deformities.

Lumbar examination:
Supple, no spasm or muscle guarding.

Hip examination:

| ROM | Right (degrees) | Left (degrees) |
|---|---|---|
| Flexion | 100 | 100 |
| Extension | 0 | 0 |
| Abduction | 30 | 30 |
| Adduction | 10 | 10 |
| ER | 30 | 30 |
| IR | 10 | 10 |

Knee examination:

Right knee: no effusion with normal ACL, PCL, MCL, PLC exam.

7401 Main Street, Houston, Texas 77030-4509   Phone (713) 799-2300   Fax (713) 794-3380

**JO-00986**

Confidential Information

# Fondren Orthopedic Group L.L.P.
*A Division of OrthoLoneStar*



Left knee: no effusion with normal ACL, PCL, MCL, PLC exam.

| ROM | Right (degrees) | Left (degrees) |
|---|---|---|
| Flexion | 135 | 135 |
| Extension | 0 | 0 |

Ankle examination:

| ROM | Right (degrees) | Left (degrees) |
|---|---|---|
| Plantarflexion | 60 | 60 |
| Dorsiflexion | 10 | 10 |
| Inversion | 20 | 20 |
| Eversion | 20 | 20 |

Foot examination:
Mild bilateral pes planus.
Great toe range of motion on the right is dorsiflexion of 45 degrees and plantarflexion of 45°.
Great toe range of motion on the left is dorsiflexion of 45° and plantarflexion of 30°.

Radiographs:

1) Cervical spine 4 views (AP, lateral, lateral flexion, and extension): Preservation of disc space heights and vertebral body heights. No evidence of instability.

2) Lumbar spine 5 views (AP, lateral, lateral L5-S1, lateral flexion and extension): Preservation of vertebral body heights and disc space heights; bilateral pars defects with no motion on flexion and extension views.

3) Right shoulder 3 views (AP, supraspinatus outlet, Bernageau):preserved glenohumeral space and acromiohumeral distance; mild sclerosis of the greater tuberosity; small calcification of the acromioclavicular joint; type II acromion.

4) Left shoulder 3 views (AP, supraspinatus outlet, Bernageau): Preservation of glenohumeral space and acromiohumeral distance; type II acromion.

5) Right knee 3 views (PA WB in extension, lateral, and merchant): Preservation of medial and lateral joint spaces with mild squaring and early marginal osteophyte formation of the medial femoral condyle; enthesopathic changes of the superior pole and inferior pole of the patella; ossicle from Osgood Schlatter's; preserved patellofemoral space with beaking of the periphery of the patella.

6) Left knee 3 views (PA WB in extension, lateral, and merchant): Preservation of the medial and lateral joint spaces with mild squaring and early marginal osteophyte formation of the medial femoral condyle; mild enthesopathic change of the superior pole of the patella; ossicle from Osgood-Schlatter's; preserved patellofemoral space with beaking of the periphery of the patella.

Confidential Information

NFL_ALFORD-0009573

## Fondren Orthopedic Group L.L.P.
*A Division of OrthoLoneStar*

7) Right ankle 3 views (AP, lateral, mortise): Preservation of tibiotalar space; moderate irregularity of the contour of the tibia at the syndesmosis; ossification of the syndesmosis noted on both the AP and lateral views.

8) Left ankle 3 views (AP, lateral, mortise): Preserved tibiotalar space; mild irregularity and ossification of the syndesmosis.

9) Right foot 3 views (AP, lateral, oblique): Sclerosis of the base of the great toe proximal phalanx with beaking at the joint surface but preserved joint space.

10) Left foot 3 views (AP, lateral, oblique): Sclerosis of the base of the great toe proximal phalanx with beaking of the joint surface and mild narrowing of the joint space; flattening of the great toe metatarsal head.

### Assessment:

Overall, the patient was cooperative with appropriate pain responses. He was well proportioned and symmetric with excellent muscle bulk and very good tone.

### Body parts with impairment:

1) Cervical:
He complains of intermittent pain and stiffness. He does not describe radicular symptoms. He has relatively symmetric upper extremity reflexes. He has no upper extremity atrophy. He has no cervical spasm. Radiographs are obtained which are normal.

Training room in physician documentation from November and December 2016 described conservative management of a left-sided brachial plexus injury (DMS 27-28, 108).

An MRI report of the cervical spine from 12/9/2016 describes minimal to mild degenerative disc disease in the cervical spine, particularly at C4-5, resulting in mild right-sided neural foraminal narrowing at C4-5 and mild left-sided neural foraminal narrowing at C5-6 (DMS 12-13).

Training room notes from August 2018 described conservative management of a brachial plexus stretch (DMS 114-115).

2) Thoracolumbar:
He complains of pain. He does not describe radicular symptoms. He has symmetric lower extremity reflexes. He has no lower extremity atrophy. He has no lumbar spasm. Radiographs are obtained which demonstrate bilateral pars defects but no instability and no degenerative changes.

Training room notes from September 2014 describe conservative management of a right upper back trapezius strain (DMS 130).

Training room notes from September and October 2015 describe left and right lower back muscle spasm (DMS 106-107).

## JO-00988

Confidential Information

NFL_ALFORD-0009574

DBM - 5/18/2022

# Fondren Orthopedic Group L.L.P.

A Division of OrthoLoneStar



Training room notes from October 2018 described conservative management of left upper back and thoracic strain (DMS 116-117).

An MRI report of the lumbar spine from 1/20/2021 describes degenerative disc disease of the L5-S1 level with reactive discogenic edema of the inferior endplate of L5; bilateral L5 pars defects; no spinal canal or foraminal stenosis (DMS 2-3).

3) Right shoulder:
He complains of pain with range of motion. He has functional range of motion. There is mild prominence of the right acromioclavicular joint compared to the left. He has no tenderness to palpation. Radiographs are obtained which demonstrate a small calcification of the acromioclavicular joint with a type II acromion. The radiographs are otherwise normal.

Training room and physician notes from October through December 2014 describe conservative management of right shoulder rotator cuff tendinitis (DMS 131-137).

4) Left shoulder:
He complains of pain with range of motion. He has functional range of motion. Radiographs are obtained which demonstrate a type II acromion and a normal shoulder joint.

There are no documented injury events, procedure notes, or imaging reports in the DMS.

5) Right elbow:
He complains of mild pain. He has functional range of motion.
There are no documented injury events, procedure notes, or imaging reports in the DMS.

6) Left elbow:
He does not complain of pain. He has functional range of motion.
There are no documented injury events, procedure notes, or imaging reports in the DMS.

7) Right wrist:
He does not complain of pain. He has functional range of motion.
There are no documented injury events, procedure notes, or imaging reports in the DMS.

8) Left wrist:
He does not complain of pain. He has functional range of motion.
There are no documented injury events, procedure notes, or imaging reports in the DMS.

9) Right hand:
He does not complain of pain. He has normal motion with no deformity.

A training room note from December 3, 2017, describes a right thumb ulnar collateral ligament sprain (DMS 162).

An MRI report of the right hand from 12/4/2017 describes grade 2 sprains of the ulnar and radial collateral ligaments of the thumb MCP joint, possible grade 2 sprain of the thumb metacarpal capsular origin of the volar plate; edema and swelling of the soft tissues of the thumb MCP joint, mild edema within the metacarpal insertion of the opponens pollicis muscle; small subchondral cysts along the dorsum of the thumb metacarpal head; cortical irregularity along the dorsum of the second metacarpal head (DMS 5-6).

7401 Main Street, Houston, Texas 77030-4509  Phone (713) 799-2300  Fax (713) 794-3380

## JO-00989

Confidential Information    NFL ALFORD-0009575

*Fondren Orthopedic Group L.L.P.*

*A Division of OrthoLoneStar*



10) Left hand:
He does not complain of pain. He has normal motion with no deformity.
There are no documented injury events, procedure notes, or imaging reports in the DMS.

11) Right hip:
He does not complain of pain. He has functional range of motion.
There are no documented injury events, procedure notes, or imaging reports in the DMS.

12) Left hip:
He does not complain of pain. He has functional range of motion.

Training room notes from August through November 2017 describe conservative management of a left quad strain (DMS 83-86).

An MRI report of the left thigh done on 8/20/2017 describes a mild strain of the left rectus femoris muscle proximally with minor intramuscular edema along the muscle belly medially, just below the level of the lesser trochanter and minor peritendinous edema surrounding the central tendon proximally; mild posttraumatic fluid is present deep to the left rectus femoris muscle belly proximally (DMS 14-15).

13) Right knee:
He complains of bilateral knee pain and stiffness. He has functional range of motion and good stability.
Radiographs are obtained which demonstrate minimal degenerative changes.

There are no documented injury events, procedure notes, or imaging reports in the DMS.

14) Left knee:
He complains of bilateral knee pain and stiffness. He has functional range of motion and good stability.
Radiographs are obtained which demonstrate minimal degenerative changes.

Training room notes and a physician note from October and November 2013 describe conservative management of a left knee contusion (DMS 80-81).

Training room notes from August and September 2016 described conservative management of the left knee medial collateral ligament injury (DMS 82)

An MRI report of the left knee from 8/19/2016 describes a subtle horizontal increased T2 signal through the body of the medial meniscus suggesting a subtle tear; increased signal about the superficial fibers of the medial collateral ligament as well as thickening and mild T2 intermediate signal of the superficial fibers near the femoral origin suggesting grade 1 versus grade 2 sprain; mild increased signal around the medial patellofemoral retinaculum suggesting grade 1 or grade 2 sprain; patellofemoral osteophytes and high-grade patellofemoral chondrosis; tibial tuberosity hypertrophy as well as adjacent bulky ossification along the inferior aspect of the patellar tendon with associated tendinosis, likely sequela of chronic Osgood Schlatter's disease; moderate sized knee effusion with synovitis; tiny popliteal cyst with fluid tracking caudally suggesting remote rupture (DMS 19-21).

Physician documentation from 12/4/2017 describes a left knee valgus injury (DMS 87).

Confidential Information                                                                            NFL_ALFORD-0009576

## Fondren Orthopedic Group L.L.P.

*A Division of OrthoLoneStar*

An MRI report of the left knee from 12/4/2017 describes a grade 1 sprain of the MCL; tricompartmental osteoarthrosis with high grade chondral loss of the patellofemoral joint; tendinosis of the distal quadriceps and patellar tendon; sequelae of Osgood-Schlatter's disease; TT-TG distance of 16.5; mild edema of Hoffa's and the quadriceps fat pad (DMS 7-8)

15) Right ankle:
He complains of pain. He has functional range of motion. Radiographs are obtained which demonstrate preservation of tibiotalar space with irregularity of the contour of the tibia at the level of the syndesmosis.

Training room notes from September and October 2015 describe conservative management of a right high ankle and lateral ankle sprain (DMS 88, 90).

Training room and physician notes from October and November 2016 described conservative management of a right ankle posterior tibialis strain (DMS 141-142, 146-149).

An MRI report of the right ankle from 10/31/2016 describes mild tenosynovial fluid and tenosynovitis about the tibialis posterior tendon along its distal course, mild edema and swelling in the overlying soft tissues; osteochondral lesion along the anterior tibial plafond and; scar tissue in the region of the previously ruptured anterior distal tibiofibular syndesmotic ligament, old injuries of the posterior distal tibiofibular syndesmotic ligament and anterior talofibular ligament as well as superficial and deep fibers of the deltoid ligament; sequelae of chronic plantar fasciitis of the central band; mild focal reactive marrow edema pattern within the anterior medial base of the cuboid (DMS 16-17).

16) Left ankle:
He complains of pain. He has functional range of motion. Radiographs are obtained which demonstrate preservation of tibiotalar space with mild irregularity of the contour of the tibia at the level of the syndesmosis.

Physician documentation from September 24, 2013 documents a left high ankle sprain (DMS 138).

An MRI report of the left ankle from 9/24/2013 describes findings compatible with a grade 2 sprain of the anterior tibiofibular ligament, grade 1 sprain of the anterior talofibular ligament (DMS 22-23).

Physician documentation from October 22, 2015 documents a left ankle and midfoot strain (DMS 139).

Training room notes from December 2017 describe conservative management of a left foot Lisfranc sprain (DMS 155).

Physician documentation from December 2017 describe left ankle pain from an eversion and external rotation injury (DMS 87, 142).

An MRI report of the left ankle from 12/4/2017 describes a full thickness defect/tear through the anterior distal tibiofibular ligament with surrounding edema and soft tissue swelling; grade 2 sprain of the ATFL; grade 2 strain of the myotendinous junction of the extensor digitorum longus; age-indeterminate sprain of the deep fibers of the deltoid ligament; mild increased signal of the abductor digiti minimi muscle; mild subchondral edema of the cuboid at the calcaneocuboid joint (DMS 9-11).

Training room notes from May and June 2018 described conservative management of a left ankle sprain (DMS 143-144).

## JO-00991

Confidential Information                    NFL_ALFORD-0009577

## Fondren Orthopedic Group L.L.P.
*A Division of OrthoLoneStar*

17) Right foot:
He complains of pain. The structure of his foot is normal. Radiographs are obtained which demonstrate mild degenerative changes of the great toe MTP joint.

Training room notes from August and September 2015 describe conservative management of a right foot arch strain (DMS 156-159).

18) Left foot:
He complains of pain. The structure of his foot is normal. Radiographs are obtained which demonstrate mild to moderate degenerative changes of the great toe MTP joint.

Training room notes from October and November 2015 describe conservative management of a left foot tarsometatarsal sprain (DMS 154).

Training room and physician notes from November 2014 describe conservative management of a left foot contusion (DMS 153, 161).

An MRI report of the left foot from 12/4/2017 describes mild increased signal of the Lisfranc ligament; mild edema of the great toe TMT joint and the base of the great toe metatarsal; mild to moderate arthrosis of the great toe MTP joint and the articulation of the tibial hallux sesamoid; bipartite tibial hallux sesamoid (DMS 9-11).

### Total and permanent disability summary:
The player is not totally and permanently disabled from an orthopedic standpoint.
He should be able to engage in a light to medium duty capacity occupation.
He has mild impairment of both ankles and the left great toe. These impairments are likely due to injury. He has a history of multiple ankle sprains and foot sprains.
He has mild impairments of his lumbar spine and bilateral knees. The etiology of this is not clear. The findings are consistent with aging.

### Line of duty summary:
He does not have any injuries or conditions that would qualify him for rating in the point system. Radiographs of the right ankle and the left knee demonstrate mild degenerative changes. I do not rate these as moderate. The joint spaces are preserved for both. There is minimal bony remodeling in both. The finding of calcification in the right ankle syndesmosis is simply consistent with prior injury and represents dystrophic calcification. This does not represent osteoarthritis.

I have fully reviewed all the appeal letters and notes for both the Line of Duty and the Total and Permanent Impairment Applications.

*Hussein Elkousy*, M.D.

Hussein Elkousy, MD

7401 Main Street, Houston, Texas 77030-4509  Phone (713) 799-2300  Fax (713) 794-3380

## JO-00992

NFL_ALFORD-0009578



Baltimore Maryland 21212
Phone 800.638.3186
Fax 410.381.0041

## NFL PLAYER BENEFITS
## DISABILITY PLAN

# PHYSICIAN REPORT FORM

## TOTAL & PERMANENT DISABILITY BENEFITS

**Notice to Physician:** To preserve your independence and the integrity of the decision-making process, you must avoid contacts with attorneys or other representatives of the Players seeking disability benefits from the NFL Player Disability & Survivor Benefit Plan. Please notify the NFL Player Benefits Office if you are contacted by any of these individuals.

**To be completed by NFL Player Benefits Office:**

**Player's name:** JAMIZE OLAWALE          **DOB:** ▮▮▮▮   **Phone:** ▮▮▮▮▮▮

**Player's address:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Player's Credited Seasons:** 2012 - 2019

**Claimed impairments:** See Application

1. Did you receive records for this Player? ☐ YES | ☐ NO   If so, how many pages? _196⊕ 33 page appeal + 36 page application + 17 page previous neural psych eval._

2. Did you evaluate the Player? ☑ YES | ☐ NO   If so, when? _03/10/2022_

3. Have you or your colleagues ever treated the Player previously? ☐ YES | ☑ NO

4. Based on your evaluation, what is the nature of the Player's impairment(s)? (Attach additional sheets if necessary.)

| Impairment to | Cause of impairment | |
|---|---|---|
| Depression he reports | ☐ Illness<br>☐ Injury | ☑ Other – none, he does not meet criteria for depression or anxiety<br>☐ Unknown |
| | ☐ Illness<br>☐ Injury | ☐ Other – _____<br>☐ Unknown |
| | ☐ Illness<br>☐ Injury | ☐ Other – _____<br>☐ Unknown |

PRF — JAMIZE OLAWALE
(rev. 1/2018)

1

**JO-00993**

Confidential Information

NFL_ALFORD-0009593

5. In your opinion, is the Player **totally and permanently disabled** to the extent that he is substantially unable to engage in any occupation for remuneration or profit? ☐ YES | ☑ NO

    ☐ Unable to Determine

    **If you checked YES:**

    - Describe the impairments and explain how they prevent the Player from working. _____

    _____

    _____

    _____

    - Has the Player's condition persisted or is it expected to **persist for at least 12 months** from the date of its occurrence, and excluding any reasonable recovery period? ☐ YES | ☐ NO

    **If you checked NO:**

    - Describe the type of employment in which the Player can engage. _____

    *any job from a psychiatric standpoint meeting his physical & educational abilities.*

6. Do you have any additional remarks? _____

    *no psychiatric disorder*

    _____

    *see my report*

Please provide the required narrative report with this form.

**I certify that:**

   ☑ I reviewed all records of this Player provided to me.

   ☑ I personally examined this Player.

   ☑ This Physician Report Form and the attached narrative report(s) accurately document my findings.

   ☑ My findings reflect my best professional judgment.

   ☑ I am not biased for or against this Player.

Signature

Print Name *John Rabun MD*

Date 03/11/2022

PRF — JAMIZE OLAWALE

**JO-00994**

Confidential Information                                                                 NFL ALFORD-0009594

## NFL PLAYER DISABILITY & NEUROCOGNITVE BENEFIT PLAN
## PSYCHIATRY NARRATIVE REPORT TEMPLATE

**Player's Name:** _Jamize Olawale_

**DOB:** ▮▮▮▮

**Neutral Physician:** _John Rabun MD_

**Date of the Evaluation:** _03 / 10 / 2022_

**Chief Complaints:**

1) _Depression_
2) _____
3) _____

**Clinical History:** (Need to obtain a detailed and comprehensive history that will support your conclusion)

_See my report_

**INSTRUMENTAL ACTIVITIES OF DAILY LIVING:** _no limitations in her instrumental activities of living_

Check writing, paying bills, balancing a checkbook; _activities of living_

Assembling tax records, business affairs or papers → _has a financial planner_

Shopping alone for clothes, household necessities, or groceries _does this_

Playing a game of skill, working on a hobby _could do if he chose to do_

Heating water, making a cup of coffee, turning off the stove _does this_

Preparing a balanced meal _does this_

Keeping track of current events _watches TV + knows current events_

Paying attention to, understanding, discussing a TV show, book, or magazine _u able, reads Bible every night with children_

Remembering appointments, family, occasions, holidays, medications _u able_

Traveling out of the neighborhood, driving, arranging to take public transportation _does this_

**FUNCTIONAL ACTIVIIES OF DAILY LIVING:** _completely independent_

Eating _____

Bathing _____

Dressing _____

Toileting _____

1

**JO-00995**

Transferring (walking)_____

Continence_____

## PAST PSYCHIATRIC HISTORY:

|  | YES | NO | Dates/Circumstances: |
|---|---|---|---|
| Did the player ever have a previous episode of Depression, Mania, Anxiety, Psychosis |  | ✓ |  |
| Past psychiatric visits/psychotherapy/counseling | ✓ |  | marital counselling |
| Past psychiatric hospitalizations |  | ✓ |  |
| History of ECT/TMS |  | ✓ |  |
| History of suicide attempts |  | ✓ |  |
| History of aggression/violence | ✓ |  | towards wife |
| History of criminal justice contact |  | ✓ |  |
| History of ADHD |  | ✓ |  |
| History of Learning Disabilities |  | ✓ |  |
| History of Abuse |  | ✓ |  |
| Other |  |  |  |

## TOBACCO/ETOH/ILLICIT SUBSTANCE/STEROIDS:

|  | YES | NO | Comments: Describe the following: age first used, amount, frequency, duration, longest period without using, last used. Adverse consequences of alcohol and or illicit substance use, medical (including DTs and/or alcohol related seizures), social, psychological. Rehabilitation history. |
|---|---|---|---|
| Tobacco |  | ✓ |  |
| ETOH |  | ✓ |  |
| Marijuana |  | ✓ |  |
| Cocaine |  | ✓ |  |
| Opiates |  | ✓ |  |
| Stimulants |  | ✓ |  |
| Hallucinogens |  | ✓ |  |
| Ecstasy |  | ✓ |  |
| LSD |  | ✓ |  |
| PCP |  | ✓ |  |
| Abuse of Prescribed Medications |  | ✓ |  |
| Steroids |  | ✓ |  |

2

**JO-00996**

Confidential Information

| Other | | | |
|-------|-|-|-|

3

**JO-00997**

Confidential Information

**PAST MEDICAL HISTORY:**

| | YES | NO | Comments: |
|---|---|---|---|
| Thyroid Disease | ✓ | ✓ | |
| Headache | ✓ | | usually daily /all day |
| Chronic Pain | ✓ | | back, knees, ankles |
| Orthopedic Issues | | ✓ | |
| Arthritis | | ✓ | |
| Heart Disease | | ✓ | |
| Hypertension | | ✓ | |
| Stroke | | ✓ | |
| Diabetes | | ✓ | |
| Kidney Disease | | ✓ | |
| Liver Disease | | ✓ | |
| Lung Disease | | ✓ | |
| Cancer | | ✓ | |
| Other | | | |

**PAST SURGICAL HISTORY:**

NONE

**PAST MEDICATIONS:**  (List medications, dose, side effects, length of treatment, response to medication, if discontinuation, why and when)

NONE

**CURRENT MEDICATIONS:** (List of medications, dose, side effects, length of treatment, response to medications).

NONE

**FAMILY HISTORY:**

| | YES | NO | Comments: |
|---|---|---|---|
| Dementia | | ✓ | |
| Psychiatric Disorder | | ✓ | |
| Other | ✓ | | mother - drug use |

4

**JO-00998**

Confidential Information

NFL ALFORD-0009598

**SOCIAL HISTORY:** (Living Arrangements, Marital Status, Employment, Education, and Hobbies)

*ree my report*

## MENTAL STATUS EXAMINATION:

**Appearance:**

|  | YES | NO | Comments: |
|---|---|---|---|
| Well Groomed | ✓ |  |  |
| Disheveled |  | ✓ |  |
| Other |  |  |  |

**Cognition**

|  | YES | NO | Comments: |
|---|---|---|---|
| Orientation to person, place, and time | ✓ |  |  |
| Immediate recall | ✓ |  |  |
| Serial 7 subtraction starting at 100 | ✓ |  |  |
| Delayed recall | ✓ |  |  |

**MOCA:**

|  | YES | NO | SCORE | Comments: When done please attach the questionnaire to the report form |
|---|---|---|---|---|
| Performed |  | ✓ |  |  |

**Interaction:**

|  | YES | NO | Comments: |
|---|---|---|---|
| Pleasant and cooperative | ✓ |  |  |
| Hostile |  | ✓ |  |
| Withdrawn |  | ✓ |  |
| Eye Contact | ✓ |  |  |
| Other |  |  |  |

**Reported Mood:**

|  | YES | NO | Comments: |
|---|---|---|---|
| Euthymic |  | ✓ |  |
| Sad/Depressed | ✓ |  |  |
| Anxious/Angry |  | ✓ |  |

S

**JO-00999**

| Irritable | | ✓ | |
| Labile | | ✓ | |
| Other | | | |

**Affect:**

| | YES | NO | Comments: |
|---|---|---|---|
| Within normal range | ✓ | | |
| Irritable/Angry | | ✓ | |
| Anxious | | ✓ | |
| Constricted/Blunted/Flat | | ✓ | |
| Depressed | | ✓ | |
| Elated/Euphoric | | ✓ | |
| Expansive | | ✓ | |
| Other | | | |

**Speech:**

| | YES | NO | Comments: |
|---|---|---|---|
| Normal rate/rhythm | ✓ | | |
| Pressured | | ✓ | |
| Slowed | | ✓ | |
| Logorrhea | | ✓ | |
| Paucity of speech | | ✓ | |
| Other | | | |

**Thought Content:**

| | YES | NO | Comments: Need to comment if the player has active suicidal and or homicidal ideations and if he expresses plan or intent at the time of the visit |
|---|---|---|---|
| Suicidal ideations | | ✓ | |
| Homicidal ideations | | ✓ | |
| Delusions | | ✓ | |
| Paranoid Ideations | | ✓ | |
| Preoccupations | | ✓ | |
| Obsessions and compulsions | | ✓ | |
| Ideas of reference | | ✓ | |
| Other | | ✓ | |

**Thought Process:**

| | YES | NO | Comments: |
|---|---|---|---|
| Linear | ✓ | | |
| Goal directed | ✓ | | |
| Loose Associations | | ✓ | |

6

**JO-01000**

NFL ALFORD-0009600

| | | | |
|---|---|---|---|
| Flight of ideas | | ✓ | |
| Tangential | | ✓ | |
| Circumstantial | | ✓ | |
| Disorganized | | ✓ | |
| Other | | | |

**Perception:**

| | YES | NO | Comments: |
|---|---|---|---|
| Visual/Auditory Hallucinations | | ✓ | |
| Other | | | |

**Motor:**

| | YES | NO | Comments: |
|---|---|---|---|
| Psychomotor agitation | | ✓ | |
| Psychomotor retardation | | ✓ | |

**Insight and Judgment:**

| | YES | NO | Comments: |
|---|---|---|---|
| Insight Intact | ✓ | | |
| Judgment Intact | ✓ | | |

## FURTHER DETAILED INFORMATION REGARDING SYMPTOMS AND DIAGNOSIS AS PER DSM-5 CRITERIA

### CURRENT MAJOR DEPRESSIVE EPISODE (MDD):

A: Five (or more) of the following symptoms have been present over the past two weeks and represent a change from a previous functioning: at least one of the symptoms is either depressed mood or loss of interest or pleasure on a nearly daily basis:

| | YES | NO | Comments: when relevant give a bullet description to include; onset, duration, severity of symptoms or refer to the HPI if you have already done so |
|---|---|---|---|
| Depressed mood most of the day, nearly every day | ✓ | | he reports, no syms detected |
| Markedly decreased interest or pleasure in all, or almost all, activities most of the day, nearly every day | | ✓ | |

7

**JO-01001**

Confidential Information

NFL ALFORD-0009601

| | | |
|---|---|---|
| Significant weight loss when not dieting or weight gain, or decrease or increase in appetite nearly every day | | ✓ |
| Insomnia or Hypersomnia nearly every day | | ✓ |
| Psychomotor agitation or retardation nearly every day | | ✓ |
| Fatigue or loss of energy nearly every day | ✓ | "unmotivated " |
| Feeling of worthlessness or excessive and inappropriate guilt nearly every day | | ✓ |
| Diminished ability to think or concentrate, or indecisiveness nearly every day | | ✓ |
| Recurrent thoughts of death , recurrent suicidal ideation without a specific plan, or a suicide attempt or a specific plan for committing suicide | | ✓ |

**B:**

| | YES | NO | Comments: |
|---|---|---|---|
| The symptoms cause clinically significant distress or impairment in social, occupational, or other important areas of functioning | | ✓ | |

**C:**

| | True | False | Uncertain | Comments: |
|---|---|---|---|---|
| The episodes are not attributable to the physiological effects or to another medical condition. | ✓ | | | |

**Note: Criteria A-C** represent a major depressive disorder

If there is currently depressed mood or loss of interest but full criteria are not met for a major depressive episode, document if there has been a past depressive episode and include timing, length and other criteria.

8

**JO-01002**

_____
_____
_____

**MMPI-2-RF:** (Please document neuropsychologist's results when available and comment as needed)

|  | YES | NO | Comments: |
|---|---|---|---|
| Validity scales available |  |  |  |

*not evailable*

**IMPRESSION AND DISCUSSION:** *no psychiatric disorder*

_____
_____
_____
_____

**GENERAL INSTRUCTIONS:**

- Discuss only the conditions/issues that the Player has identified in his application for benefits.

- Your assessment should be a "snapshot" of the Player's condition on the day of the examination, in that the assessment should not take into account future treatment that the Player can undertake for his condition(s).

- Stay within your area of medical expertise/specialty. A Player with impairments that involve other medical specialties will be referred to physicians in the applicable medical specialties, if the Player identified such impairments on his application.

- In one limited circumstance, you may identify impairments outside your area of specialty. That is where you specifically believe that the benefit determination should take such impairments into account. In that case, the Plan may refer the Player for examination by a specialist in the appropriate field for that impairment. To avoid confusion, please make any such recommendations clear and unambiguous.

- If you merely think that the Player should be examined by a personal physician in connection with impairments outside of your medical specialty, you may say so, but refrain from giving a definitive diagnosis outside your area of expertise. You may say, for example, that the Player has possible or probable neurological disorder and that he may benefit from a consultation with a neurologist.

9

**JO-01003**

Confidential Information

NFL ALFORD-0009603

- For each psychiatric diagnosis discussed, address how and to what extent the mental impairment limits the patient's functionality.

- Comment on treating physician or vocational expert reports provided to you by the NFL Player Benefits Office, to the extent you disagree with the views in such reports in any material way.

- The historical/physical exam sections of your report should contain all relevant facts. In your impression/discussion section, you should take care to support opinions with information contained in those earlier sections.

- Comment on the MMPI-2-RF results and validity measures when available.

- If a Player acts inappropriately or threatens you or any other Plan neutral physicians, notify the NFL Player Benefits Office immediately.

- If a Player states he has active suicidal thoughts and or homicidal, you may immediately call emergency personnel and/or escort the Player to the emergency department.


_____                    03/11/2022
Signature of Psychiatrist                   Date


10

**JO-01004**

Confidential Information                    NFL ALFORD-0009604

**John Rabun MD LLC**
**9890 Clayton Road, Suite 100**
**St. Louis, Missouri 63124**

**Telephone: (314) 725-1515  Facsimile (314) 222-6321**

**Diplomate, ABPN**
 **with board certification in General Psychiatry**
**Diplomate, NBME**
**Licensed in Missouri and Illinois**

March 11, 2022

RE: Jamize Olawale
DOB: ███████████
Date of Evaluation: 03/10/2022

I evaluated Jamize Olawale to form my opinion about whether he suffers from a psychiatric disorder totally and permanently disabling him to the extent he is substantially unable to engage in any occupation for remuneration or profit. Mr. Olawale is a 32-years-old married, unemployed, right-handed, African-American male pursuing Total and Permanent Disability Benefits with NFL Player Benefits. Mr. Olawale presently lives with his wife and three children in Dallas, Texas.

Prior to my formal interview, I told Mr. Olawale the reason for the evaluation. I explained to him I was hired by NFL Player Benefits to give my opinion about whether he suffers from a psychiatric disorder totally and permanently disabling him. I informed Mr. Olawale his comments to me were on the record. I cautioned Mr. Olawale I had to generate a report, sharing my report with NFL Player Benefits. I warned Mr. Olawale I was not acting as his treating physician, nor would I comment on any treatment he has received, or recommend any treatment. I then inquired if Mr. Olawale had any questions. He responded he understood my role and consented to the interview.

SOURCES OF INFORMATION:

1. My interview with Jamize Olawale on 03/10/2022.
2. NFL Player Benefits provided me with 196 pages of medical records, Mr. Olawale's 33 page appeal, his 38 page application for Total and Permanent Disability Benefits, and a 17 page neutral psychiatric evaluation conducted by Matthew Norman, M.D.
3. *The Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition*, published by the American Psychiatric Association in 2013.

OPINIONS:

*Diagnostic Opinion*: It is my opinion with reasonable medical certainty Mr. Olawale does not suffer from any psychiatric disorder. My diagnostic opinion is based on my

**JO-01005**

NFL_ALFORD-0009605

education, training, and experience in both general and forensic psychiatry. Before arriving at my diagnostic and impairment opinions, I reviewed Mr. Olawale's medical records and appeal, gathered a personal history from him, and performed a mental status exam. Mr. Olawale was in his "media room" throughout the interview. He was polite and cooperative, answering all of my questions without hesitation or irritation.

Mr. Olawale told me he was born on April 17, 1989 in San Francisco, California. He related his mother, Lisa Gayles, and father, Benjamin Olawale, originally from Nigeria, were never married. He indicated he has no contact with his mother, explaining she was a "drug addict" when he child, forcing his father to secure custody of he and his siblings. While discussing his substance use history, Mr. Olawale recalled evidence was presented in the custody litigation, as a 3 to 4-years-old child he was found intoxicated from alcohol, likely because his mother left this substance where it was readily available. Mr. Olawale said his father died in 2012 from heart disease and diabetes. He remembered Catholic Charities employed his father, but once his father gained custody of he and his siblings, his father was forced to quit his job to be a "full-time parent." Mr. Olawale reported he has two full siblings, an older brother and younger sister. According to Mr. Olawale, there is no family history of psychiatric illness, though his mother had significant substance use problems.

Mr. Olawale and I discussed his education. He reported he grew up in the San Francisco and Long Beach areas of California, attending three different high schools, Saint Ignatius High School, De La Salle High School, and graduating from Long Beach Poly High School in 2007. He stated he initially attended El Camino Junior College where he played football for two years. He said he then received a football scholarship to the University of North Texas, but did not complete his college degree before entering the NFL. He related several years later while in the NFL he completed his college degree in Sociology.

I questioned Mr. Olawale about his behavior as a child and adolescent. Mr. Olawale did not endorse any childhood behaviors or symptoms suggestive of Attention-Deficit/Hyperactivity Disorder. I asked Mr. Olawale about specific problems learning subjects in school. He replied during his formative education he was never in special education or remedial classes. I inquired about Mr. Olawale's conduct as an adolescent. He responded as an adolescent he never violated the rights of others or was arrested as a juvenile. I questioned Mr. Olawale about legal difficulties as an adult. He answered he has not had any legal difficulties as an adult.

Mr. Olawale and I discussed his NFL history. He said he signed with the Dallas Cowboys as an undrafted free agent in 2012, noting he was a Fullback. He recalled he was on the Dallas practice squad, but did not complete the season because he was released and signed with the Oakland Raiders. He remembered he played five seasons with Oakland, then was released and signed again with the Dallas Cowboys, playing in the 2018 and 2019 season with Dallas. He told me he was considering playing in 2020, but did not because "COVID hit so I decided it was time to stop." I questioned Mr. Olawale about his height and weight. He responded he stands 6 feet, and in the NFL

**JO-01006**

NFL_ALFORD-0009606

weighed 240 pounds, a weight he has maintained. Mr. Olawale informed me he has not been employed since ending his NFL career. He reported he and his wife own Children's Lighthouse of Mansfield, a private pre-school. He indicated he and his wife started the pre-school "a couple of years ago," though children did not start attending until last year. He added he is not involved in managing the pre-school, a responsibility his wife has assumed.

Mr. Olawale and I discussed his psychosexual history. He stated he and his wife, Brittany, were married while he was in college. He indicated he has three children, a boy aged 10, a daughter aged 9, and another daughter aged 7. He said he has not fathered any other children by prior relationships. He told me his wife works as a real estate agent and manages their jointly owned pre-school. I inquired if Mr. Olawale was ever abused as a child. He replied to his knowledge he was never physically or sexually abused as a child or adolescent.

I questioned Mr. Olawale about his activities of daily living. He responded he does not work so he does most of the same activities everyday. He indicated on a typical day he wakes up, eats, takes his children to school, sometimes driving them, but most of the time walking them since the school is only 5 minutes from their home. He reported when he returns home he will spend the day in his "media room" where it is quiet and dark. He told me around 3:00 PM he picks his children up from school, again by either walking or driving. I asked what he does in his "media room" and he discussed how he watches TV or movies, adding he keeps up with current events but does not watch TV all day. I inquired about other activities and he stated he occasionally cooks, usually though he uses the microwave, and sometimes drives out on his own to shop. He said he does not have any hobbies, but not because he has lost interest in anything. In fact, he commented how he enjoys his "media room," describing this room as a place where he is left alone. Mr. Olawale informed me he does not take care of finances, saying he and his wife have a financial planner.

I asked Mr. Olawale about whether he suffers from any chronic medical illnesses. He responded he does not suffer from any chronic internal medical disorders such as hypertension, diabetes, heart disease, or thyroid illness. He stated he has never suffered a seizure characterized by loss of consciousness, tongue biting, and urinary or fecal incontinence. I questioned Mr. Olawale about prescription medications. He replied he is not taking any prescription medications. In fact, he told me he has never taken any psychotropic medications.

I questioned Mr. Olawale about physical and orthopedic injuries. He replied in college and professional football he injured his lower back, both ankles, both knees, and his neck, though he never required surgery. He told me he now has chronic pain in his lower back, knees, and ankles.

Mr. Olawale and I discussed his history of head insults. He stated he had one documented concussion in League play in 2017 where he was taken off the field. He believed he lost consciousness for "several moments," but does not remember anything

**JO-01007**

else about this concussion. He told me he had one undocumented concussion his rookie year, recalling he "froze up and felt numb," and discussed how he likely had several undocumented concussions each year he played in the NFL. He distinguished his undocumented concussions from expected head collisions by describing a "dazed feeling, not knowing for several moments where I am, and feeling numbness in my body." I asked Mr. Olawale if he now has chronic headaches. He replied he is unable to say how many headaches he has a week, noting his headaches do not follow a particular pattern, but can last all day and are associated with photophobia, avoidance of loud noises, and occasional nausea. I questioned Mr. Olawale about whether he has any perceived memory difficulty. He answered he has trouble remembering what he is saying in extended conversations and complained of having trouble finding what words to use in conversations. He has noticed he will "stumble" over words when he is reading, relating this sometimes happens when he reads the Bible to his children every evening.

Mr. Olawale and I discussed his substance use history. He stated he could not recall the first time he voluntarily drank alcohol, though adding he has a memory of information being presented during his custody litigation he was alcohol intoxicated at age 3 or 4 while under his mother's care. He did not describe any pattern of compulsive use of alcohol as an adult. He noted he now rarely uses alcohol, estimating "maybe once every couple of months." I inquired if he had ever used any other substances and he responded he has never used any potentially intoxicating drugs.

I questioned Mr. Olawale about his psychiatric history. He responded a treating psychiatrist has never evaluated him. He indicated in 2021 because of his temper he and his wife began couple's therapy. He explained he was acting physically aggressive with his wife, though he never injured her nor were the police ever involved in any incident. He recalled he and his wife went once a week to the couple's therapist, though now they have not been in therapy for "a couple of months." He reported he is presently able to manage his anger before he becomes physical by retreating to his "media room." I inquired if any mental health professional had ever recommended psychiatric hospitalization, TMS, or electroconvulsive therapy. He replied no one had ever recommended psychiatric hospitalization and he had never heard of electroconvulsive therapy or TMS.

I asked Mr. Olawale about whether he suffers from any psychiatric issues. He replied he could not state when his "anger issues" began, but he now is aware he walks around "angry most of the day." He complained of having "depressive episodes" along with his bouts of anger, and noted he has periods where he is happy and enjoys his life. He discussed how he feels "down," has no motivation, is angry and irritable, prefers being alone, and has to "make a conscious effort to be around people." He did not endorse any thoughts of hopelessness or worthlessness. He told me he has never had any thoughts of self-harm. He indicated he does not have any trouble sleeping. I also questioned Mr. Olawale about symptoms of bipolar illness and psychosis, but he did not acknowledge any examples I provided of mania, hallucinations, or delusions. I inquired if Mr. Olawale has any anxiety. He answered he sometimes has concerns about his family, but did not describe any panic attacks.

**JO-01008**

                                      NFL_ALFORD-0009608

Jamize Olawale, page 5

I reviewed Mr. Olawale's medical records. His records contain several neuropsychological evaluations after he sustained a documented concussion in 2017 during League play. For example, Erin Reynolds, Psy.D. conducted a neuropsychological evaluation of Mr. Olawale in February of 2020 because he was complaining of headaches. Dr. Reynolds noted Mr. Olawale had a documented concussion on 10/08/2017 and reported "four to five" head collisions in the 2019 to 2020 season he believed stood out as "significant." He complained to Dr. Reynolds he was experiencing headaches and trouble learning new information, such as League plays. Dr. Reynolds questioned Mr. Olawale about his medical and social history, indicating he had no history of Attention-Deficit/Hyperactivity Disorder or learning disabilities. Following the evaluation, Dr. Reynolds opined his neurocognitive functioning was similar to his baseline scores in 2010, all of these being normal. Dr. Reynolds added he displayed left chronic vestibular hypofunction, but related Mr. Olawale had compensated for this problem.

Mr. Olawale also received neurology consultations because of his history of head collisions and headaches. In September of 2020, Alan Martin, M.D., a neurologist examined Mr. Olawale because of his complaints of headaches. Dr. Martin conducted a neurological evaluation, including screening for depression and performing a mental status exam. The results of the screening for depression using the PHQ-2 found no evidence of major depression. The mental status exam documented Mr. Olawale was not suffering from any hallucinations, delusions, his mood and affect were "appropriate," and he was alert, oriented, "with normal language, memory, attention, concentration, and fund of knowledge." As a part of Mr. Olawale's application for NFL benefits, Matthew Norman, M.D., a neutral psychiatrist, examined him on May 26, 2021. Dr Norman questioned Mr. Olawale about his medical and social history and observed his behavior. Mr. Olawale told Dr. Norman he had no history of alcohol or drug use, was not taking any medications, and had no history or psychiatric treatment. Dr. Norman found no evidence suggesting Mr. Olawale was suffering from a psychiatric disorder.

During my evaluation, I performed a mental status exam. Mr. Olawale was pleasant and cooperative throughout the interview. He readily answered all of my questions without losing his composure or appearing irritated. He was neatly groomed and appropriately dressed. He did not exhibit any abnormal psychomotor activity. He maintained the expected level of eye contact. Mr. Olawale's cognition was intact. He was fully alert and oriented to time, place, person, and reason for the interview. He recalled three unrelated words immediately and after five minutes of distraction. He serially subtracted 7 from 100 to 51 without error. He described how similar items were related, saying a watch and ruler "both are used to measure things," and a train and bicycle "both are modes of transportation." He repeated the saying, "no ifs, ands, or buts," without difficulty. He interpreted the proverb "people who live in glass houses should not throw stones," as meaning, "Don't be hypocritical." He indicated if he smelled smoke in a crowded movie theatre he would exit and alert someone. He was capable of providing recent and remote information about his life without displaying any gaps in his memory.

**JO-01009**

NFL_ALFORD-0009609

Jamize Olawale, page 6

I judged Mr. Olawale's intellectual capacity to be in the average range based on his use of language and education.

Mr. Olawale's flow of thought was logical, sequential, and goal-directed. His speech was adequately modulated in rate, rhythm, and tone. His affect was appropriate, meaning he was serious, though he smiled on several occasions. He described his mood as, "Not motivated, down."

Mr. Olawale described trouble with his temper and feeling "depressed." When I questioned him about his symptoms, he responded he is "down," easily irritated and angry, prefers to be alone, but can interact socially though adding he has to make a "conscious effort" to socialize, and has problems with motivation. He did not voice or endorse any negative thoughts about himself such as worthlessness or hopelessness. He related he does not have trouble with his sleep cycle. He did not describe any problems with anhedonia, crying spells, or suicidal ideas. He did not endorse any examples I provided of hypomania or psychosis. He stated he is sometimes anxious about his family's safety, but did not complain of panic attacks. Further, Mr. Olawale did not show signs of acute depression such as poor eye contact, reduced psychomotor activity, paucity of speech or increased latency when speaking, a flat or constricted affect, or loss of composure.

After interviewing Mr. Olawale, reviewing his medical records, and performing a mental status exam, I opine with reasonable medical certainty he does not suffer from a psychiatric disorder. I considered but rejected diagnosing:

1) Major Depressive Disorder. I rejected this diagnosis because although he complains of anger, feeling down, poor motivation, and social withdrawal, these symptoms alone would not qualify for major depression. Further, he does not endorse suicidal ideas, thoughts of death, beliefs he is worthless or hopeless, a negative outlook on life, anhedonia, crying spells, trouble sleeping, or guilt ridden thoughts. In fact, even though he reported he prefers to be alone, he is capable of socializing if he makes an effort. Finally, he does not show signs of major depression, such as a flat or constricted affect, loss of composure, reduced psychomotor activity, poor eye contact, paucity of speech, or a disheveled appearance.

2) Persistent Depressive Disorder. I rejected this diagnosis because Mr. Olawale only reports one symptom suggestive of this disorder, poor motivation, meaning poor energy. He does not complain of poor appetite or overeating, insomnia or hypersomnia, low self-esteem, poor concentration, or feelings of hopelessness. Therefore, Mr. Olawale would not meet criteria for Persistent Depressive Disorder.

*Disability Opinion*: It is my opinion with reasonable medical certainty Mr. Olawale is not totally and permanently disabled by any psychiatric disorder to the extent he is substantially unable to engage in any occupation for remuneration or profit. I further

**JO-01010**

NFL_ALFORD-0009610

Jamize Olawale, page 7

opine from a psychiatric standpoint, Mr. Olawale has the capacity to be employed within his physical and educational abilities.

Respectfully submitted,

John S. Rabun, MD

**JO-01011**

Confidential Information

NFL_ALFORD-0009611



**NFL PLAYER BENEFITS**

**DISABILITY PLAN**

280 St. Paul Street, Suite 2420
Baltimore, Maryland 21202
Phone 800.638.3186
Fax 410.783.0041

# PHYSICIAN REPORT FORM

## TOTAL & PERMANENT DISABILITY BENEFITS

---

**Notice to Physician**:  To preserve your independence and the integrity of the decision-making process, you must avoid contacts with attorneys or other representatives of the Players seeking disability benefits from the NFL Player Disability & Survivor Benefit Plan.  Please notify the NFL Player Benefits Office if you are contacted by any of these individuals.

---

To be completed by NFL Player Benefits Office:

**Player's name:** JAMIZE OLAWALE          **DOB:** ███████     **Phone:** ███████

**Player's address:** ███████████████████████

**Player's Credited Seasons:** 2012 - 2019

**Claimed impairments:** See Application

---

1. Did you receive records for this Player?  **X** YES | ☐ NO   If so, how many pages?   342_____

2. Did you evaluate the Player?  **X** YES | ☐ NO   If so, when?   3/11/2022_____

3. Have you or your colleagues ever treated the Player previously?  ☐ YES | **X** NO

4. Based on your evaluation, what is the nature of the Player's impairment(s)?
   (Attach additional sheets if necessary.)

| Impairment to | Cause of impairment | |
|---|---|---|
| | ☐ Illness<br>☐ Injury | ☐ Other – _____<br>☐ Unknown |
| | ☐ Illness<br>☐ Injury | ☐ Other – _____<br>☐ Unknown |
| | ☐ Illness<br>☐ Injury | ☐ Other – _____<br>☐ Unknown |

PRF — JAMIZE OLAWALE
(rev. 1/2018)

1

**JO-01012**

5.  In your opinion, is the Player **totally and permanently disabled** to the extent that he is substantially unable to engage in any occupation for remuneration or profit? ☐ YES | ☒ NO

☐ Unable to Determine

**If you checked YES:**

- Describe the impairments and explain how they prevent the Player from working. _____

_____

_____

_____

- Has the Player's condition persisted or is it expected to **persist for at least 12 months** from the date of its occurrence, and excluding any reasonable recovery period? ☐ YES | ☐ NO

**If you checked NO:**

- Describe the type of employment in which the Player can engage. _____

_____

_____

6.  Do you have any additional remarks?    **See full note**_____

_____

_____

Please provide the required narrative report with this form.

**I certify that:**

> X    **I reviewed all records of this Player provided to me.**
> X    **I personally examined this Player.**
> X    **This Physician Report Form and the attached narrative report(s) accurately document my findings.**
> X    **My findings reflect my best professional judgment.**
> X    **I am not biased for or against this Player.**

_____    3/39/2022
Signature                                  _____
                                           Date

Annette Okai, MD
_____
Print Name

2

PRF — JAMIZE OLAWALE

**JO-01013**

Confidential Information                                          NFL_ALFORD-0009580

## NFL PLAYER DISABILITY & NEUROCOGNITIVE BENEFIT PLAN
## NEUROLOGY REPORT FORM

Player Name: **Jamize Olawale**

Date of Birth: █████████

Neutral Physician: **Annette Okai, MD**

Date of Evaluation: March 11, 2022

Duration of the visit: 1.5 hrs

**CHIEF COMPLAINTS:**

1) Memory problems / losing train of thought / speech problems

2) Headaches / sensitivity to light

3) Mood Swings / Depression

**CLINICAL HISTORY:**
287 pages of medical records received and reviewed
This is a 32 y/o former professional football player, undrafted, as a fullback and played for the Oakland Raiders and Dallas Cowboys

**Memory:** While playing with the Raiders, he had difficulty remember the team he played the week before. He also loses his train of thought. He finds it difficult to follow a conversation. He feels he processes slower. He has to have things repeated to understand what is said and he is slow to respond.
He needs reminder for everything he does. He uses his phone for reminders. Wife has to help out with the financials and kids
He has to re-read because he does not retain what he is reading and skip over words
While driving, he has gotten lost, and he does not go out often. His sense of direction is bad
Speech: He has difficulty getting his words out and he stutter a lot. This is unlike him. In his mind, he has difficulty choosing his words. Sometimes difficulty making people understand him

**Headaches:** This has been ongoing for a few years. It is a dull pain that progresses to sharp pain
He has light sensitivity and nausea on occasions. He does not take a lot of medication, sometimes take Advil. He had a neuro evaluation but decline medication. Occurs about 4 x week and severe headaches couple of times a month. He usually just rests in a dark room. He does not go out a lot and takes a lot of breaks when he has the headaches

**Mood:** He is depressed over the past two years. He is angry and irritated most of the time. He is not outgoing as before. He prefers to be alone

1

**JO-01014**

NFL_ALFORD-0009581

**COGNITIVE SYMPTOMS:**

|  | YES | NO | Comments |
|---|---|---|---|
| Concentration/Attention (mathematics) | X |  | See HPI. Attention span is short. Less than 30 minutes |
| Memory Loss | X |  | See HPI |
| Visual Spatial (Getting Lost) | X |  | See HPI |
| Planning/Decision Making |  | X |  |
| Language: (comprehension, reading, writing) | X |  | See HPI. He has to read multiple times to comprehend what he is reading |
| Other |  |  |  |

**INSTRUMENTAL ACTIVITIES OF DAILY LIVING:**

Check writing, paying bills, balancing a checkbook: Bills are on autopay, wife handles other aspect of the finances
Shopping alone for clothes, household necessities, or groceries: No issue
Playing a game of skill, working on a hobby: No hobbies; used to like basketball and video games but he does not do those anymore
Heating water, making a cup of coffee, turning off the stove: No issues
Preparing a balanced meal: No issues
Keeping track of current events: He watches TV to keep up, but does not actively seek it out
Paying attention to, understanding, discussing a TV show, book, or magazine: No issues following a plot
Remembering appointments, family, occasions, holidays, medications: Keeps everything in his phone to remember and be on time
Traveling out of the neighborhood, driving, arranging to take public transportation: Uses GPS all the time

**FUNCTIONAL ACTIVIIES OF DAILY LIVING:**

Eating: No Issues
Bathing: No Issues
Dressing: No Issues
Toileting: No Issues
Transferring (walking): No Issues
Continence: No Issues

2

**JO-01015**

**NEUROPHYSICAL SYMPTOMS:**

| | YES | NO | Comments: for each positive, give a bullet description to include; onset, frequency, associated symptoms, exacerbating and relieving factors unless already described in the HPI in which case you can note to see HPI. |
|---|---|---|---|
| Dizziness | x | | With change of position |
| Vertigo | | X | |
| Imbalance | | X | |
| Incoordination | | X | |
| Gait disturbance | | X | |
| Numbness/tingling | x | | Not regularly |
| Facial Weakness | | X | |
| Upper Extremity Weakness | | X | |
| Lower Extremity Weakness | | X | |
| Headaches | X | | See HPI |
| Pain | X | | Multiple joints |
| Dysphagia | | X | |
| Visual complaints (double vision/blurring | | X | |
| Speech Changes (e.g. dysarthria) | X | | See HPI |
| Tremor | X | | Occasionally in hands |
| Seizures | | X | |
| Fatigue | X | | Mentally tired |
| Other | | | |

**BEHAVIORAL SYMPTOMS:**

| | YES | NO | Comments: for each positive, give a bullet description to include; onset, frequency, associated symptoms, exacerbating and relieving factors unless already described in the HPI in which case you can note to see HPI. |
|---|---|---|---|
| Depression | X | | He admits to depression and he has reached out to the NFL for evaluation |

3

**JO-01016**

NFL_ALFORD-0009583

| Anxiety | X | | |
|---|---|---|---|
| Mania | | X | |
| Impulsivity | x | | Daily |
| Poor Impulse Control | X | | |
| Disinhibition | | | |
| Aggression | X | | Physical altercations with various members of his family, including wife and father-in-law. Police called to home but no arrest made |
| Apathy | | X | |
| Personality Changes | X | | He is not outgoing as before |
| Sleep Disturbances | X | | |
| Other | | | |

**HISTORY OF HEAD TRAUMA:** (Discuss all non–football, pre-wee, high school, college and professional football concussions.  Discern between documented and undocumented concussions. Document any practice/game time missed because of concussions.  Comment on the presence or absence of LOC and or amnesia or any other associated symptoms):

**Professional Football**: 1 diagnosed concussion 2017. 2 significant hits that were noticed by staff but not reported. Multiple hits to the head. "bell rung"

    Loss of consciousness: Yes

    Headaches – yes, vision changes – yes, nausea – no, vomiting – no

    Missed games: yes. At least 1 missed game due to head trauma

**College Football:** No diagnosed concussions, he did not report a significant hit. He had amnesia for most of the game. Multiple hits to the head.

    Missed games: no missed games due to head trauma

**High school football**: No concussions or head trauma

    Loss of consciousness: No

    Missed games: No missed games due to head trauma

**Peewee Football:** Few hits to the head, with 1 episode of LOC

    Missed games: no missed games due to head trauma

**Non-football:** No head trauma

**PAST MEDICAL HISTORY:**

| | YES | NO | Comments |
|---|---|---|---|
| Diabetes | | X | |
| Hypertension | | X | |
| Heart Disease | | X | |

4

**JO-01017**

NFL_ALFORD-0009584

| | | | |
|---|---|---|---|
| Stroke | | X | |
| Anemia | | X | |
| Thyroid Disease | | X | |
| Cancer | | X | |
| Kidney Disease | | X | |
| Liver Disease | | X | |
| Lung Disease | | X | |
| Arthritis | X | | Knees and ankles |
| Other | | | |

## PAST SURGICAL HISTORY:
Oral surgery

## PAST PSYCHIATRIC HISTORY:

| | YES | NO | Comments/Dates/Circumstances: |
|---|---|---|---|
| Past psychiatric visits/psychotherapy/counseling | | X | |
| Past psychiatric hospitalizations | | X | |
| History of suicide attempt | | X | |
| History of suicide thoughts | | X | |
| History of aggression and violence | X | | See above |
| History of criminal justice contact | | x | No arrests but police called to home |
| History of Learning disabilities | | X | |
| History of ADHD | | X | |
| Other | | | |

## PRIOR NEUROLOGICAL OR NEUROPSYHCOLOGICAL: Yes

6/2021: Joint NCD – Unable to determine

6/2021: Neuropsychology – invalid test results. Neurology – No disability

1/2021 – Neurology – MoCA 24/30; neuropsychology evaluation recommended

2/2020: Neurology – chronic headache syndrome

2/2020. Neuropsychology – Neurocognitive score are consistent with baseline or within expectation; chronic vestibular hypofunction with compensation

4/2020 – Neuropsychology follow up – concussive symptoms fully abated and working out at fully ability

5

**JO-01018**

NFL ALFORD-0009585

**PAST MEDICATIONS:** Does not recall

**CURRENT MEDICATIONS:** No prescribed medication

**ETOH/ SUBSTANCE ABUSE/STEROIDS HISTORY:**

|  | YES | NO | Comments: (Age first used, amount, frequency, duration, longest period without using, last used) |
|---|---|---|---|
| ETOH | X |  | Social |
| Marijuana |  | X |  |
| Cocaine |  | X |  |
| Opiates |  | X |  |
| Stimulants |  | X |  |
| Hallucinogens |  | X |  |
| Ecstasy |  | X |  |
| LSD |  | X |  |
| PCP |  | X |  |
| Abuse of Rx Medications |  | X |  |
| Anabolic Steroids |  | X |  |
| Other |  |  |  |

**FAMILY HISTORY:**

|  | YES | NO | Comments |
|---|---|---|---|
| Dementia |  | X |  |
| AD |  | X |  |
| Parkinson's Disease |  | X |  |
| Seizures |  | X |  |
| Other |  |  |  |

**SOCIAL HISTORY:**

Employment: Currently unemployed. Has not worked since leaving the NFL
Marital Status: Married
Living Arrangements: Lives with wife and three kids
Hobbies: None now

**REVIEW OF SYSTEMS:**

| Skin | Neg |
|---|---|

6

**JO-01019**

| Eyes | Neg |
|------|-----|
| Head | Headaches |
| Lungs | Neg |
| Cardiac | Neg |
| Gastrointestinal | Neg |
| Endocrine | Neg |
| Urinary | Neg |
| Neuro | See HPI |

## GENERAL MEDICAL EXAMINATION:

Vital Signs:   BP: 122/68   Pulse: 72 Weight: 244 lbs
Skin: Warm and dry
HEENT: Atraumatic
Neck: Range of motion intact
Cardiac: S1, S2, no murmurs
Lungs: clear bilaterally
Abdomen: nontender, bowel sounds present
Back: Nontender
Extremities: no edema

## COGNITIVE EXAM (MOCA):

Total MOCA Score 24/30 (attach assessment form)

|  |  |  |
|--|--|--|
| Visuospatial/Executive: | | 5/5 |
| Naming: | | 3/3 |
| Attention: | Digits | 2/2 |
| | Letters | 1/1 |
| | Serial 7s | 3/3 |
| Language: | Repeat | 2/2 |
| | Fluency | 0/1 |
| Abstraction: | | 2/2 |
| Delayed Recall: | | 0/5 |
| Orientation: | | 6/6 |

|  | YES | NO | Comments |
|--|-----|----|----------|
| Multistep Command: (with your left hand, touch your right ear, close your eyes and stick out your tongue) | X | | |
| Concentration sustained during the exam: (Listening) | X | | |

7

**JO-01020**

Confidential Information

| | | | |
|---|---|---|---|
| Knowledge of current events within the last week | X | | |
| Language: Comprehension. Naming: objects (pen, ball point of the pen, clip of pen) and colors. Ability to repeat: (no ifs ands or buts). Reading and Writing. | x | | |

## BEHAVIORAL EXAMINATION

**Appearance:**

| | YES | NO | Comments |
|---|---|---|---|
| Well Groomed | X | | |
| Disheveled | | X | |
| Other | | | |

**Interaction:**

| | YES | NO | Comments |
|---|---|---|---|
| Pleasant and cooperative | X | | |
| Hostile | | X | |
| Withdrawn | | X | |
| Eye Contact | **X** | | |
| Other | | | |

**Reported Mood:**

| | YES | NO | Comments |
|---|---|---|---|
| Euthymic | X | | |
| Sad/Depressed | X | | |
| Anxious/ Angry | | X | |
| Irritable | X | | |
| Labile | | X | |
| Other | | | |

**Affect:**

| | YES | NO | Comments: |
|---|---|---|---|
| Within normal range | X | | |
| Irritable/Angry | | X | |
| Anxious | | X | |
| Constricted/Blunted/Flat | | X | |

8

## JO-01021

| | | X | |
|---|---|---|---|
| Depressed | | X | |
| Elated/Euphoric | | X | |
| Expansive | | X | |
| Other | | | |

**Speech:**

| | YES | NO | Comments |
|---|---|---|---|
| Normal rate/rhythm | X | | |
| Pressured | | X | |
| Slow | | X | |
| Logorrhea | | X | |
| Paucity of speech | | X | |
| Other | | | |

**Thought Content:**

| | YES | NO | Comments |
|---|---|---|---|
| Suicidal ideations | | X | |
| Homicidal ideations | | X | |
| Delusions | | X | |
| Paranoid Ideations | | X | |
| Preoccupations | | X | |
| Obsessions and Compulsions | | X | |
| Ideas of reference | | X | |
| Other | | | |

**Thought Processes:**

| | YES | NO | Comments |
|---|---|---|---|
| Linear | X | | |
| Goal Directed | X | | |
| Tangential | | X | |
| Circumstantial | | X | |
| Loose Associations | | X | |
| Flight of ideas | | X | |
| Circumstantial | | X | |
| Disorganized | | X | |
| Other | | | |

**Perception:**

| | YES | NO | Comments |
|---|---|---|---|
| Visual/Auditory Hallucinations | | X | |

9

**JO-01022**

Confidential Information

**Motor:**

|  | YES | NO | Comments |
|---|---|---|---|
| Psychomotor Agitation |  | X |  |
| Psychomotor Retardation |  | X |  |

|  | YES | NO | Comments |
|---|---|---|---|
| Insight | X |  |  |
| Judgement | X |  |  |

**NEUROLOGICAL EXAMINATION**

Handedness: Right

**Cranial Nerves:**

| Are the following cranial nerves intact? | | | | |
|---|---|---|---|---|
|  | YES | NO | Not Tested | Describe  any abnormality |
| I |  |  | X |  |
| II | X |  |  |  |
| III/IV/VI | X |  |  |  |
| V | X |  |  |  |
| VII | X |  |  |  |
| VIII | X |  |  |  |
| IX/X | X |  |  |  |
| XI | X |  |  |  |
| XII | X |  |  |  |

**Frontal Lobe Release Signs:**

|  | YES | NO | Not Tested | Describe  any abnormality |
|---|---|---|---|---|
| Snout |  | X |  |  |
| Glabellar |  | X |  |  |
| Jaw Jerk |  | X |  |  |
| Palmomental |  | X |  |  |
| Other |  |  |  |  |

**Motor:**

|  | YES | NO | Not Tested | Describe any abnormality |
|---|---|---|---|---|

10

**JO-01023**

NFL_ALFORD-0009590

| | Normal | Abnormal | | |
|---|---|---|---|---|
| Atrophy | | X | | |
| Tremor | X | | | Mild in BLE, intermittent |
| | **Normal** | **Abnormal** | | |
| Tone | X | | | |
| Strength Upper Extremities | X | | | |
| Strength Lower Extremities | X | | | |

**Reflexes:**

| | YES | NO | Not Tested | Describe any abnormality |
|---|---|---|---|---|
| | **Normal** | **Abnormal** | | |
| Reflexes Upper Extremities | X | | | |
| Reflexes Lower Extremities | X | | | |
| Babinski | X | | | |

**Cerebellar:**

| | YES | NO | Not Tested | Describe any abnormality |
|---|---|---|---|---|
| Finger -Nose | X | | | |
| Heel-Shin | X | | | |
| Dysdiadochokinesis | | X | | |

**Sensory:**

| | YES | NO | Not Tested | Describe any abnormality |
|---|---|---|---|---|
| Sharp/dull | X | | | |
| Vibration | X | | | |
| Position | X | | | |
| Other | | | | |

**Gait:**

| | Normal | Abnormal | Not Tested | Describe any abnormality |
|---|---|---|---|---|
| Heel Walk | X | | | |
| Toe Walk | X | | | |
| Tandem | X | | | |

**Romberg:**

11

## JO-01024

Confidential Information

NFL_ALFORD-0009591

|  | Positive | Negative | Not Tested | Describe any abnormality |
|---|---|---|---|---|
|  |  | X |  |  |

## IMPRESSION AND DISCUSSION:

Mr Olawale present for neurocognitive evaluation with complaints of decreased memory, headaches, and depression

Cognitive complaints: He has to use his phone for all reminders and reports difficulty with processing and attention.

Headaches: He has severe headaches a few times a month, other headaches are not as debilitating. In fact, after therapy, headaches were improved, and he declined treatment. He has not followed up with the neurologist since 2021. Headaches alone, are not a cause of disability

Depression: This is particularly evident in the interview today and that has an impact on his current outlook. It is my personal opinion that he sees a psychiatrist for an evaluation

Neurological exam was unremarkable in the cognitive domain and no frontal release signs were seen. MoCA score is 24/30 same as 2021. This falls just below normal range, but this finding is incongruent and out of proportion to his complaints. Executive function was intact. Attention, orientation, and abstraction were in normal range. Response was variable on language and none on delayed recall

In this situation, a full neurocognitive evaluation is warranted. He had a full neurocognitive evaluation, and the result discussed with the neuropsychologist. No cognitive impairment seen, and testing was valid.

Summary: His complaints are not consistent with testing. Full neurocognitive testing showed no cognitive impairment. Neurologically, no other deficits were observed.

**From a neurological perspective, no evidence for total and permanent disability**


_____        3/11/2022
                                                _____
Signature of Neurologist                        Date


Addendum: Neuropsychological evaluation: Valid testing. No cognitive impairment
**Joint conclusion: No acquired neurocognitive impairment**


                                                3/24/2022

12

## JO-01025

NFL ALFORD-0009592

NFL NFLPA **NFL PLAYER BENEFITS**

DISABILITY PLAN

800 St. Paul Street, Suite 2420
Baltimore, Maryland 21202
Phone 800.638.3186
Fax 410.783.0041

## PHYSICIAN REPORT FORM

### TOTAL & PERMANENT DISABILITY BENEFITS

> **Notice to Physician**: To preserve your independence and the integrity of the decision-making process, you must avoid contacts with attorneys or other representatives of the Players seeking disability benefits from the NFL Player Disability & Survivor Benefit Plan. Please notify the NFL Player Benefits Office if you are contacted by any of these individuals.

**To be completed by NFL Player Benefits Office:**

**Player's name:** JAMIZE OLAWALE        **DOB:** ▮▮▮▮▮▮    **Phone:** ▮▮▮▮▮▮▮▮▮

**Player's address:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Player's Credited Seasons:** 2012 - 2019

**Claimed impairments:** See Application

1. Did you receive records for this Player? ☒ YES | ☐ NO   If so, how many pages? 345_____

2. Did you evaluate the Player? ☒ YES | ☐ NO   If so, when? 3/2/2022_____

3. Have you or your colleagues ever treated the Player previously? ☐ YES | ☒ NO

4. Based on your evaluation, what is the nature of the Player's impairment(s)?
   (Attach additional sheets if necessary.)

| Impairment to | Cause of impairment | |
|---|---|---|
| N/A | ☐ Illness<br>☐ Injury | ☐ Other – _____<br>☐ Unknown |
| | ☐ Illness<br>☐ Injury | ☐ Other – _____<br>☐ Unknown |
| | ☐ Illness<br>☐ Injury | ☐ Other – _____<br>☐ Unknown |

PRF — JAMIZE OLAWALE
(rev. 1/2018)

1

**JO-01026**

NFL_ALFORD-0009612

5.  In your opinion, is the Player **totally and permanently disabled** to the extent that he is substantially unable to engage in any occupation for remuneration or profit?  ☐ YES │ ☒ NO

☐ Unable to Determine

**If you checked YES:**

*   Describe the impairments and explain how they prevent the Player from working. _____

_____

_____

_____

*   Has the Player's condition persisted or is it expected to **persist for at least 12 months** from the date of its occurrence, and excluding any reasonable recovery period?  ☐ YES │ ☐ NO

**If you checked NO:**

*   Describe the type of employment in which the Player can engage.  He reports currently managing one of his businnness. _____

_____

_____

6.  Do you have any additional remarks?  Please see report._____

_____

_____

Please provide the required narrative report with this form.

I certify that:

☒  **I reviewed all records of this Player provided to me.**

☒  **I personally examined this Player.**

☒  **This Physician Report Form and the attached narrative report(s) accurately document my findings.**

☒  **My findings reflect my best professional judgment.**

☒  **I am not biased for or against this Player.**

Signature _____    Date 3/2/2022_____

Print Name __David Salisury, Psy.D., ABPP/CN_____

2

PRF — JAMIZE OLAWALE

**JO-01027**

NFL_ALFORD-0009613

## NFL PLAYER DISABILITY & NEUROCOGNITIVE BENEFIT PLAN

### TOTAL & PERMANENT DISABILITY BENEFIT
### NEUROCOGNITIVE DISABILITY BENEFIT
### NEUROPSYCHOLOGY REPORT FORM

| | |
|---|---|
| **Name:** Jamize Olawale | **Sex:** Male |
| **Date of Birth:** ▮▮▮▮▮▮ | **Age:** 32 |
| **Dates of Evaluation:** 02/23/2022 (interview) & 03/02/2022 (testing) | **Education:** 16 years |
| **Psychologist:** David B. Salisbury, Psy.D., ABPP/CN | **Psychometrist:** Roberto Garza, B.A. |

**Reason for Referral:** He was referred for evaluation as part of the NFL Players Plan.

*Informed Consent: Potential risks and benefits, limits of confidentiality, and test procedures were discussed. Following this discussion, the patient agreed to complete the evaluation and signed the informed consent form.*

### DOCUMENTS REVIEWED

**Application Joint Report Form 06.21.2021 pdf (2 pages)**
**Application NCD Disability received 03.29.2021 pdf (37 pages)**
**Application Neutral Neuro Report received 06.17.2021 pdf (18 pages)**
**Application Neutral Neuro-psych Report received 06.21.2021 pdf (21 pages)**
**Application Organized Medical Records received 04.08.2021 pdf (196 pages)**
**Application Disability received 03.29.2021 pdf (38 pages)**
**Appeal NCD, LOD and T&P Letter received 02.07.2022 pdf (33 pages)**

### TESTS ADMINISTERED

**Tests Administered Per NFL Protocol:** Beck Anxiety Inventory; Beck Depression Inventory-2nd Edition; Boston Naming Test; California Verbal Learning Test- 2nd Edition; Selected Subtests of the Delis-Kaplan Executive Function System; Medical Symptom Validity Test; Minnesota Multiphasic Personality Inventory – 2nd Revision Restructured Form; Rey Complex Figure Test, Copy Trial; Selective Subtests of the Wechsler Adult Intelligence Scale - 4th Edition; Selected Subtests of the Wechsler Memory Scale – 4th Edition; Test of Premorbid Functioning; TOMM; Wisconsin Card Sorting Test.

### BEHAVIORAL OBSERVATIONS

He drove to the appointment and arrived alone. He ambulated independently without balance problems while walking between offices. There was no evidence of atypical movements. He was casually dressed and well groomed. He was alert and oriented to person, place, time and situation. Speech was fluent with adequate prosody. An interview was conducted via phone with follow up in person. He provided acceptable background information. Thought processes were logical with no signs of psychosis. Insight was acceptable. Mood was concerning for underlying depression. Affect and behavior were unremarkable. There was no report or indication that vision or hearing issues impacted testing. He reported adequate sleep the night before and denied any pain or fatigue issues that would have impacted testing.

**JO-01028**

## RELEVANT PSYCHOSOICAL & MEDICAL HISTORY

Mr. Jamize Olawale is a 32-year-old, right-handed male who presented for a neuropsychological evaluation in conjunction with the National Football League Players Benefit's Plan. The following information was gathered through a clinical interview with Mr. Olawale and review of previously noted records.

### PSYCHOSOCIAL HISTORY

He was born in California and described an unremarkable childhood. He reported early life stuttering and benefitted from speech therapy. He denied any residual speech or language issues. He denied any history of attention or learning problems. He reported being a "B-C" student in high school and college. He graduated college with a Sociology degree. He reported playing the NFL (primary position: fullback; Dallas Cowboys, Oakland Raiders) from 2012-2019. He reported retiring secondary to repeat concussions. After his NFL career, he reported owning and managing an apartment building. He noted outsourcing repairs and focusing on supervising properties and managing finances. He denied any problems in this business. He also started a pre-school with his wife in January 2021. He reported having 29 staff for a school with a capacity of 225 children. His wife has the primary oversight duties for this business. He did acknowledged some challenges in the various meetings prior to the building and opening of the school. He reportedly relied upon his wife to keep him up to speed on the information in meetings. He reported a good support network including his family and his wife's family. He has been married since 2011 and they have 3 children (10, 8 & 7).

### MEDICAL HISTORY

His denied any significant past or current medical history requiring physician care. He reported no current medications.  He only reported a history of oral surgery but no orthopedic procedures to date. He indicated that a physician has told him that he will likely need a "back fusion" at some point. Family medical history is notable for diabetes (father) and heart disease (father). He was unaware of any other family history. He denied any known family history of neurological disorders, movement disorders or progressive neurocognitive conditions.

He reported a history of concussion starting at the age of 9. In this first event, he reported a concussion when playing which resulted in loss of consciousness (LOC) of unclear duration. He denied any medical attention or residual problems to his knowledge. He reported a second concussion around the age of 11 without LOC but a dazed sensation during a football game. He played through this with no evaluation, treatment or reported residual effects. He described a motor vehicle crash in "middle school" and was unsure if he had a concussion. He believed he was held out of sports activities for a little while after as a precaution. He reported no sports concussions in high school. He described a concussion in junior college during a game without LOC but again a dazed feeling and "numbness all over" for a few minutes. He had no recall of the remainder of the game. He did not recall any concussions during his college career. He reported an event his rookie season in the NFL (2012) during a special teams drill where he lost his helmet in a contact event. His head then hit the ground. He reported feeling dazed without LOC but did not tell anyone about the event. He was unaware of any problems after this event. He reported another concussion in 2016 where he was taken off the field and believed he was out from football related activity for a week yet still had residual symptoms such as light sensitivity. He also reported numerous regular events during training camps and games where he experienced significant contact which led to constant headaches. He speculated that every game he had multiple events where he was dazed and had fleeting numbness. He denied any other history of concussions.

OLAWALE, Jamize                Page 2 of 10

## JO-01029

Records available for review provided additional details about his history of potential concussions. While being evaluated for headaches, medical notes on 12/30/2019 indicated a significant concussion in 2017. A NFL Player Neurology report from 06/17/2020 detailed two early life concussions, a least one high school concussion, two undiagnosed concussions in college, a 2016 diagnosed concussion in the NFL and report of undiagnosed events likely weekly. This report also detailed player report of photophobia since 2016 and a two-year history of postural and kinetic tremor. Reported concussion symptoms included: transient feelings of being dazed, ringing in ears, and mild headache. Some notes indicated more consistent dull and non-localized headache throughout the season and occasional nausea. Per a neurology note on 02/06/2020, a head MRI and MRA were unremarkable.

There were a variety of orthopedic records that may be related to his various physical complaints. He reported fleeting periods of dizziness typically related to sudden positional changes. He denied any falls or other accompanying problems. He reported pain more often during times of activity. He detailed low back pain in the past two years. He also reported periods of pain in his feet, ankles, knees and neck. Records noted prior report of numbness in his hands and feet but he denied such problems on this occasion. He detailed mild headache in his youth which never impacted his daily functioning or became severe. He believed that headaches became more prominent during his professional football career with clear escalation in 2015 following a concussion. Other neurology records from 2020 suggested player report of a notable onset of headache after repeat concussive events in 2019. He reported that his headaches have improved in the past year. Previously, he reported constant low grade dull headache (3/10 on 1-10 scale with 10 being worst). He reported now having a few headaches a week (5/10 on 1-10 scale) that can last up to a day. There was no report of other accompanying symptoms with his headaches. He reported "shakiness" in his thumbs primarily at rest which has not been constant. He denied any other atypical motor issues or progression of his shakiness. Per records, he underwent vestibular therapy. The physical therapy evaluation noted peripheral vestibular hypofunction. He primarily reported noticing that he was having increasing problems catching a football around 2015 which persisted for his career. He was uncertain if the vestibular therapy was of benefit.  He denied any changes to primary vision, audition, olfaction or gustation.

A functional capacity evaluation (01/07/2021) by Dr. James Montgomery indicated that he was disabled secondary to osteoarthritis. A personal statement from his wife in the application included her concerns about his headaches, bodily pain, and physical limitations.

## NEUROCOGNITIVE HISTORY

He reported first realizing he has having memory problems in 2015 when he was unable to recall what team he was playing/had played. He reported more static cognitive problems from 2015-2021. He described problems with attention and focus. He provided examples such as often losing focus in the conversation with an architect about the building of their school. He has struggled to follow television shows. He reported being "less fluent" when speaking with periods of jumbled words or word finding problems. He reported slow reading which he attributed to attention issues. He was most concerned about memory decline primarily impacting day to day conversation and events. Still, he reported less efficient recall of distant events. He believed that his memory issues have improved in the past year with less frequent memory lapses. He noted his memory was still below baseline but speculated that his time away from football may he helping his overall cognitive functioning. He denied any changes in his decision making skills when not angry. He acknowledged acting more impulsive only when angry. He denied any

OLAWALE, Jamize            Page 3 of 10

**JO-01030**

cognitive problems impacting his regular home routine yet has used written and electronic reminders. He denied any problems with finances or driving.

A personal statement from his wife in the application included her concerns about his cognition including forgetfulness, problems keeping his train of thought and increased difficulty understanding complex conversations. A psychology note from 02/11/2020 by Dr. Reynolds detailed wife reported concerns about Mr. Olawale's memory deficits, mood changes and headaches. The report included ImPACT testing scores that were interpreted as consistent with 2010 baseline scores.

A NFL Player Neuropsychology Report (06/09/2021) from Dr. O'Rourke was included in the records available for review. This report detailed player report of two concussions with LOC with one at the age of 8-9 and the other in 2016 or 2017 during a football game along with another potential concussion during his rookie year where his "bell was rung." He also reported feeling dazed after many of his plays as a fullback. His cognitive complaints in that report were consistent with the interview for this current evaluation and at that time he believed that cognitive changes had been occurring for 5-6 years. The report concluded that testing results were invalid prohibiting any clarification of whether he met criteria for Total and Permanent Disability.

*PSYCHIATRIC HISTORY*

He denied any history of psychological distress prior to his football career. He was most concerned about feeling "unhappy for no reason." He believed this was linked to his anger. He noted that he easily gets upset for even minor precipitants. He reported "walking around angry" more in the past few months which led to a psychiatry referral. He detailed prior events of aggressive behavior toward his wife, father-in-law and events of road rage. He reported last having poorly controlled anger last year. He reported mainly trying to avoid situations and withdrawing from others to manage any potential anger. He reported a more static depression where he finds limited joy in most daily activities. He was able to recall some outings with his family where he felt joy. Otherwise, he has become more socially withdrawn with little desire to be around prior acquaintances. He reported infrequent passive suicidal ideation but reported no active plan or intent. He stated that his strong religious faith would not allow him to act on any periods of hopelessness. He reported intact sleep (6-7 hours/night) without apnea. He reported being told by his wife that he occasionally "jerks" in his sleep but he was unaware of any other unusual nocturnal behavior. He described himself as usually "calm" and denied any periods of anxiety, panic symptoms or other intrusive emotional health symptoms. He denied any past or present psychotic symptoms. He denied any past or present history of alcohol misuse or illicit substance use.

His wife's personal statement in the application detailed that he is easily frustrated and aggressive at times. Mr. Olawale noted that they have been involved in marital therapy at times in the past with the most recent treatment last year. He also reported that he was referred for Cognitive-Behavioral Therapy but has not started this yet.

### PRIMARY TEST RESULTS

**All test results were scored using the procedures set forth and interpreted according to the guidelines set forth in the "Neuropsychology Manual" (the Clinician's Interpretation**

Confidential Information            NFL_ALFORD-0009617

**Guide; August 2018) and as part of the NFL Players Plan. The sole purpose of this report is for that program.**

*INTELLECTUAL FUNCTIONING:* Single word reading, used as a sensitive indicator of prior cognitive abilities, would suggest premorbid abilities possibly in the Above Average range. When possible, age and education adjusted normative data as specified by the NFL protocol was used below.

Performance across selected subtests of the WAIS-4 revealed cognitive skills (FSIQ SS = 108; 70th %ile) in the Average range without significant outliers across indexes.

*INFORMATION PROCESSING:* Processing speed was at expected levels across tasks of across visual scanning and graphomotor based testing. On the most basic task heavily dependent upon motor speed, his score was in the Above Average range suggesting that motor slowness was not the primary factor in any test performance.

*ATTENTION/WORKING MEMORY:* Attention for auditory information, as assessed by digit rehearsal tasks, was in the Average range for his age and background. Mental arithmetic was also in the Above Average range for his age and background.

*MEMORY/LEARNING (VISUAL & VERBAL):* Initial learning and later recall of geometric designs was in the Average range for his age and background. Learning and recall of structured passages fell into the Low range for his age and background. He showed good retention of limited information learned. Of note, he benefited from a recognition format. On a novel list learning task, initial recall (Trial 1 = 5/16 words) was in the Below Average range for his age. He benefitted from repeat exposure and at best provided 12/16 words. His overall learning was also in the Below Average range. There were signs of significant interference effects from a competing word list which he struggled to learn. He retained 9/16 words after a short delay which was in the Average range. After a longer delay, he only provided 8/16 words resulting in a Below Average score. He was not benefitted by cues to aid recall on trials. Discrimination on a recognition format was notable for omissions and false-positive errors.

*EXECUTIVE FUNCTIONING:* He identified all matching strategies on a card sorting task. His performance was average range for his age and education. Word generation from phonemic categories was in the Below Average range for his age. On a demanding verbal fluency task requiring alternating items from different categories, his score improved into the Above Average range. Verbal reasoning was in the Average range for his age and education. He was error-free and in the Above Average range for his age on an alpha-numeric graphomotor sequencing test requiring cognitive flexibility. He performed well across measures sensitive to visual scanning, rapid reading/identification and management of interference effects.

*LANGUAGE FUNCTIONING:* Expressive language was fluent. He was in the Average range for his age on a task of categorical word generation. Visual object naming was intact.

*VISUAL PERCEPTUAL SKILLS:* Reproduction of two-dimensional designs with three-dimensional blocks was in the Average range for his age and education. His performance on a subtest requiring him to analyze potential components of a puzzle was also in the Average range for his age and education. Drawing of a complex figure was adequately organized yet marked by a few minor errors that hindered his score.

*PERSONALITY/MOOD:* To further assess emotional status, he completed self-report inventories related to depression and anxiety. He endorsed a moderate level of symptoms on

OLAWALE, Jamize                     Page 5 of 10

## JO-01032

Confidential Information                                                    NFL_ALFORD-0009618

the depression screen primarily related to irritability, agitation, decreased interest in activities and cognitive problems. There was not endorsement of significant anxiety symptoms.

On a more objective measure of personality (MMPI-2 RF), he provided consistent responses and his profile was valid. There were elevations across scales sensitive to cognitive, neurological, somatic and emotional complaints representing a level of distress above what was indicated on self-report inventories or during clinical interview. His profile suggests perceived high level of stress coupled with problems managing anger and irritability. He has tendencies towards acting out behaviors when upset. He endorsed one item flagged for potential suicidal ideation but as previously noted denied active ideation, intent or plan during interview. He likely withdraws from social activity.

## VALIDITY TEST SUMMARY

Part 1:
__x__ Test results on TOMM and MSVT were valid
_____ Invalid test results on the TOMM and MSVT
_____ Invalid on TOMM only
_____ Invalid on MSVT only
_____ Invalid test results on embedded validity tests

## IMPRESSIONS

Mr. Jamize Olawale is a 32-year-old, who presented for a neuropsychological evaluation in conjunction with the National Football League Players Benefit's Plan. He reported first being concerned about cognitive changes in 2015 and detailed more static cognitive problems from 2015-2021. He noted potential cognitive improvement over the past year. He has continued to oversee one of his businesses but reports increasing reliance upon his wife for more challenging daily cognitive activities due to reported cognitive changes.

The findings on formal measures sensitive to test engagement and indicators sensitive to the accuracy of reported psychological health were considered valid. He demonstrated generally intact cognitive performance across domains including attention, basic language, visual spatial skills, problem solving and cognitive speed. The was variability on memory testing. Visual memory was preserved but he showed inefficient learning of new verbal information. Fortunately, once learned, he demonstrated adequate retention of information over time. There were no signs of an underlying amnestic disorder. Still, his relative difficulty initially acquiring new verbal information may contribute to his reported cognitive complaints. This should be monitored over time to rule out any progressive cognitive changes particularly if cognitive complaints persist despite upcoming interventions targeting his mood. His emotional status was a primary concern. Interview data along with more objective testing highlighted problems managing stress and controlling his anger. He also described changes in general enjoyment of activities, passive suicidal ideation and other potential concerns of depressive symptoms. The extent of impact of his emotional health status will likely be better clarified with his independent psychiatric evaluation later this month which will help to rule out potential mood, impulse control or other disorders.

Neuropsychological testing results shows generally preserved cognitive functioning at this time which would not meet criteria for a level of neurocognitive impairment as defined by the Neurocognitive Disability guidelines for these evaluations. Furthermore, neuropsychological

OLAWALE, Jamize                    Page 6 of 10

## JO-01033

testing in isolation would suggest that he has the cognitive ability to work in some capacity and he would not meet cognitive criteria for a Total & Permanent Disability that prevents him from substantially engaging in any occupation for renumeration or profit. This is further supported by his current role managing one of his businesses. Again, his emotional health is a concern and warrants strong consideration for increased intervention. Mr. Olawale was educated about resources available from the NFL Lifeline.org site, provided a handout and encouraged to contact the program for additional psychological and psychiatric support as needed. Fortunately, he has been referred for psychotherapy which he reported will begin after his various evaluations in the next few weeks. He did not report urgent emotional health needs that mandated immediate mental health services.

## TABLE OF TEST RESULTS

| Age (years): | 32 | Education (years): | 16 |
|---|---|---|---|

| TOPF and WAIS-IV Composite Scores | Age SS | Demographic Adjusted T score | %tile | Description |
|---|---|---|---|---|
| **Pre-morbid Intellectual Functioning** | | | | |
| TOPF (Standard Score) | 116 | N/A | 86 | Above Average |
| Demographic Predicted FSIQ (optional) | | N/A | | |
| | | | | |
| **WAIS-IV Composite Scores** | | | | |
| Verbal Comprehension (VCI) | 108 | | 70 | Average |
| Perceptual Reasoning (PRI) | 104 | | 61 | Average |
| Working Memory  (WMI) | 111 | 53 | 62 | Average |
| Processing Speed  (PSI) | 105 | 49 | 46 | Average |
| Full Scale I.Q. (FSIQ) | 108 | | 70 | Average |
| General Ability (GAI) | 106 | | 66 | Average |
| | | | | |
| **WAIS-IV Subtest Scores** | | | | |
| **Verbal Comprehension** | | | | |
| Similarities | 11 | 49 | 46 | Average |
| Information | 12 | 52 | 58 | Average |
| | | | | |
| **Perceptual Reasoning** | | | | |
| Block Design | 11 | 50 | 50 | Average |
| Visual Puzzles | 10 | 49 | 46 | Average |
| | | | | |
| **Working Memory** | | | | |
| Digit Span | 10 | 47 | 38 | Average |
| Arithmetic | 14 | 60 | 84 | Above Average |
| | | | | |
| **Processing Speed** | | | | |
| Symbol Search | 13 | 57 | 76 | Above Average |
| Coding | 9 | 43 | 24 | Below Average |

## JO-01034

Confidential Information                                                    NFL_ALFORD-0009620

| Test | Score | T-Score | %tile | Description |
|------|-------|---------|-------|-------------|
| **Processing Speed/Efficiency** | | | | |
| WAIS-IV Symbol Search (SS) | 13 | 57 | 76 | Above Average |
| WAIS-IV Coding (SS) | 9 | 43 | 24 | Below Average |
| D-KEFS Visual Scanning (SS) | 11 | N/A | 63 | Average |
| D-KEFS Number Sequencing (SS) | 12 | N/A | 75 | Above Average |
| D-KEFS Letter Sequencing (SS) | 12 | N/A | 75 | Above Average |
| | | | | |
| **Executive Functioning** | | | | |
| Wisconsin Card Sorting Test (WCST) | | | | |
| Categories Completed (Raw) | 6 | N/A | >16 | WNL |
| Perv. Responses (Raw Score) | 4 | 53 | 61 | Average |
| Perv  Errors (Raw Score) | 4 | 53 | 61 | Average |
| Failures to Maintain Set (Raw) | 0 | N/A | >16 | WNL |
| DKEFS Color Naming (SS) | 10 | N/A | 50 | Average |
| Word Reading (SS) | 11 | N/A | 63 | Average |
| Inhibition (SS) | 10 | N/A | 50 | Average |
| Inhibition/Switching (SS) | 13 | N/A | 84 | Above Average |
| Number Letter Switching  (SS) | 12 | N/A | 75 | Above Average |
| Phonemic Fluency (SS) | 7 | N/A | 16 | Below Average |
| Category Fluency (SS) | 8 | N/A | 25 | Average |
| Category Switching (SS) | 9 | N/A | 32 | Average |
| | | | | |
| **Attention** | | | | |
| WAIS IV Digit Span (SS) | 10 | 47 | 38 | Average |
| | | | | |
| **Verbal Learning/Recent Memory** | | | | |
| CVLT II  Trial 1 (z-score) | -1.0 | N/A | 16 | Below Average |
| Trial 5 (z-score) | -0.5 | N/A | 32 | Average |
| Sum Trials 1-5 (T-Score) | | 43 | 24 | Below Average |
| Short Delay Free Recall (z-score) | -0.5 | N/A | 32 | Average |
| Short Delay Cued Recall (z-score) | -1.0 | N/A | 16 | Below Average |
| Long Delay Free  Recall (z-score) | -1.0 | N/A | 16 | Below Average |
| Long Delay Cued Recall (z-score) | -1.0 | N/A | 16 | Below Average |
| LDFR v SDFR (z-score) | -0.5 | N/A | 32 | Average |
| Learning Slope (z-score) | 0.5 | N/A | 68 | Average |
| Repetitions (z-score) | 0.5 | N/A | 68 | Average |
| Intrusions (z-score) | -0.5 | N/A | 32 | Average |
| WMS-IV    Logical Memory I (SS) | 5 | 31 | 3 | Low |
| Logical Memory II (SS) | 5 | 32 | 4 | Low |
| | | | | |
| **Nonverbal Learning/Recent Memory** | | | | |
| WMS IV   Visual Reproduction I (SS) | 10 | 48 | 42 | Average |
| Visual Reproduction II (SS) | 9 | 44 | 27 | Average |
| | | | | |

OLAWALE, Jamize                    Page 8 of 10

**JO-01035**

| Test | Score | T-Score | %tile | Description |
|------|-------|---------|-------|-------------|
| **Language** | | | | |
| Boston Naming Test (Raw Score) | 57 | N/A | N/A | |
|    Scale Score | 11 | | 63 | Average |
| DKEFS Categorical Fluency (SS) | 8 | N/A | 25 | Average |
| | | | | |
| **Spatial-Perceptual Skills** | | | | |
| Rey-Osterrieth Figure Copy (Raw Score) | 33 | N/A | 6-10 | Below Average |
|    Scale Score and T-Score | | | | |
| WAIS IV Block Design (SS) | 11 | 50 | 50 | Average |
| WAIS-IV Visual Puzzles (SS) | 10 | 49 | 46 | Average |
| | | | | |
| **Motor Speed** | | | | |
| DKEFS Motor Speed (SS) | 12 | N/A | 75 | Above Average |
| | | | | |

| Performance Validity Indices | Score | Description |
|------------------------------|-------|-------------|
| TOMM Trial 1 | 47 | WNL |
| TOMM Trial 2 | 49 | WNL |
| TOMM Retention | 50 | WNL |
| MSVT - IR | 100 | Pass |
| MSVT - DR | 100 | Pass |
| MSVT - CNS | 100 | Pass |
| MSVT - PA | 90 | N/A |
| MSVT - FR | 55 | N/A |
| CVLT-II Forced Choice Recognition | 16 | Pass |
| | | Base Rate Probability |
| ACS – RDS | 12 | >25 |
| ACS – WMS-IV LM Recognition (Raw) | 23 | >25 |
| ACS – WMS-IV VR Recognition (Raw) | 7 | >25 |

| Mood/Personality | Score | Range |
|------------------|-------|-------|
| BDI-II | Raw = 20 | Moderate |
| BAI | Raw = 6 | Minimal |
| | | |
| **MMPI 2-RF** | **T-Score** | |
| Variable Response Inconsistency (VRIN-r) | 63 | |
| True Response Inconsistency (TRIN-r) | 57 | |
| Infrequent Responses (F-r) | 65 | |
| Infrequent Psychopathology Responses (Fp-r) | 51 | |
| Infrequent Somatic Responses (Fs) | 42 | |
| Symptom Validity (FBS-r) | 64 | |
| Response Bias Scale (RBS) | 71 | |

OLAWALE, Jamize                    Page 9 of 10

**JO-01036**

Confidential Information                                                    NFL_ALFORD-0009622

| | | |
|---|---|---|
| Emotional/Internalization Dysfunction(EID) | 65 | |
| Thought Dysfunction  (THD) | 39 | |
| Behavioral/Externalizing Dysfunction (BXD) | 57 | |
| Demoralization (RCd) | 60 | |
| Somatic Complaints (RC1) | 63 | |
| Low Positive Emotions (RC2) | 61 | |
| Cynicism (RC3) | 47 | |
| Antisocial Behavior (RC4) | 57 | |
| Ideas of Persecution (RC6) | 56 | |
| Dysfunctional Negative Emotions (RC7) | 57 | |
| Aberrant Experiences (RC8) | 39 | |
| Hypomanic Activation (RC9) | 50 | |
| Malaise (MLS) | 63 | |
| Head Pain Complaints (HPC) | 59 | |
| Neurologic Complaints (NUC) | 75 | |
| Cognitive Complaints (COG) | 64 | |
| Suicidal/Death Ideation (SUI) | 66 | |
| Stress/Worry (STW) | 65 | |
| Anxiety (AXY) | 59 | |
| Anger Proneness (ANP) | 73 | |
| Substance Abuse (SUB) | 41 | |
| Aggression (AGG) | 67 | |

## USE OF TESTING ASSISTANTS

This neuropsychologist conducted the records review, clinical interview, and interpretation and report preparation. Neuropsychological testing was conducted by Roberto Garza, B.A., a psychometrician. This neuropsychologist is responsible for supervision of the psychometrician who conducted the testing.


SIGNATURE: _____Date:  03/03/2022

David B. Salisbury Psy.D., ABPP
Licensed Psychologist
Board Certified in Clinical Neuropsychology

Confidential Information                                   NFL_ALFORD-0009623



**NFL PLAYER BENEFITS**

300 St. Paul Street, Suite 2420
Baltimore, Maryland 21202
Phone 800.638.3186
Fax 410.783.0041

DISABILITY PLAN

## JOINT PHYSICIAN REPORT FORM

### NEUROCOGNITIVE DISABILITY BENEFITS

**Notice to Physicians**: To preserve your independence and the integrity of the decision-making process, you must avoid contacts with attorneys or other representatives of the Players seeking disability benefits from the NFL Player Disability & Survivor Benefit Plan. Please notify the NFL Player Benefits Office if you are contacted by any of these individuals.

To be completed by NFL Player Benefits Office:

**Player's name:** JAMIZE OLAWALE    **DOB:** ▮▮▮▮    **Phone:** ▮▮▮▮

**Player's address:** ▮▮▮▮

**Player's Credited Seasons:** 2012 - 2019

**Claimed impairments:** See Application

1. Did you receive records for this Player? ☒ YES | ☐ NO    If so, how many pages? 345

2. Did you evaluate the Player ☒ YES | ☐ NO    If so, when? Salisbury – 3/2/2022    Okai 3/11/2022

3. Have you or your colleagues ever treated the Player previously? ☐ YES ☒ NO

4. Does the Player show evidence of acquired neurocognitive impairment?

   ☐ YES | ☒ NO | ☐ UNABLE TO DETERMINE due to low scores on validity measures

   **If you checked YES:**

   • Is the Player's acquired neurocognitive impairment **mild** or **moderate** as defined by the Plan? ☐ Mild[*] | ☐ Moderate[†]

---

[*] Mild impairment: Player has a mild objective impairment in one or more domains of neurocognitive functioning which reflect acquired brain dysfunction, but not severe enough to interfere with his ability to independently perform complex activities of daily living or to engage in any occupation for remuneration or profit.

[†] Moderate impairment: Player has a mild-moderate objective impairment in two or more domains of neurocognitive functioning which reflect acquired brain dysfunction and which may require use of compensatory strategies and/or accommodations in order to independently perform complex activities of daily living or to engage in any occupation for remuneration or profit.

JOINT PRF — JAMIZE OLAWALE
(rev. 1/2018)

1

**JO-01038**

Confidential Information

NFL ALFORD-0009562

- Is the Player's neurocognitive impairment likely secondary to a primary psychiatric problem or substance use/abuse problem?

    ☐ No   ☐ Primary psychiatric problem   ☐ Substance use/abuse

5.  Do you have any additional remarks?  Please see report. _____

_____

_____

_____

_____

Please provide the required narrative reports with this form.  **This Joint Physician Report Form will not be complete without the individual reports and the signatures of both Plan neutral physicians.**

We certify that:

☒ **We reviewed all records of this Player provided to us.**

☒ **We personally examined this Player.**

☒ **This Joint Physician Report Form and the attached narrative report(s) accurately document our findings.**

☒ **Our findings reflect our best professional judgment.**

☒ **We are not biased for or against this Player.**

_____        3/24/2022
Signature / Neurologist                                Date


_Annette Okai, MD_____
Print Name / Neurologist


_____        _3/2/2022_____
Signature / Neuropsychologist                          Date


David Salisbury, Psy.D., ABPP/CN_____
Print Name / Neuropsychologist

2



NFL PLAYER BENEFITS

DISABILITY PLAN

300 St. Paul Street, Suite 2420
Baltimore, Maryland 21202
Phone 800.638.3186
Fax 410.783.0041

Via Email

March 31, 2022

Mr. Jamize Olawale

**Re:** **NFL Player Disability & Survivor Benefit Plan—Opportunity to Review and Respond to Neutral Physician Report(s)**

Dear Mr. Olawale:

Enclosed please find a copy of the report(s) provided by the Plan's neutral physicians following your evaluation(s). The report(s) will be added to your file and provided to the Disability Board for review as it decides your pending appeal.

You have the right to respond to the report(s) before the Disability Board makes a final decision. Please inform the NFL Player Benefits Office by April 11, 2022 about whether you intend to do so.

**If you do not intend to respond to the report(s)**, you only need to tell the NFL Player Benefits Office that is your intention.

**If you intend to respond to the report(s)**, you must inform the NFL Player Benefits Office by April 11, 2022. Then, you should submit your response by April 29, 2022, or you should let us know by that date that you will need additional time to respond.

Your decision to submit a response may impact the timing of the Disability Board's decision on your appeal.

- Currently, your appeal is set to be presented to the Disability Board at its next quarterly meeting on May 18, 2022.

- If you do not intend to respond to the report(s) and you notify us accordingly, we will present your appeal to the Disability Board for a final determination on May 18, 2022, as currently anticipated. If you do not notify us of your intentions by April 11, 2022, we will assume that you do not intend to respond to the report(s), and we will present your appeal on May 18, 2022. In either case, you should expect to receive a final decision on your appeal shortly following that meeting.

**JO-01040**

NFL_ALFORD-0009730

- If you want to respond to the report(s) and your response is received prior to April 18, 2022, we will present your appeal to the Disability Board at the May 18, 2022 meeting, assuming no additional evidence or information requiring a response from you becomes available prior to that meeting. You should expect to receive a final decision on your appeal shortly following that meeting.

- If you want to respond to the report(s) and your response is received after April 18, 2022, we will present it along with your appeal at the Disability Board's meeting in August 2022, assuming no additional evidence or information requiring a response from you becomes available prior to that meeting. You should expect to receive a final decision on your appeal shortly following that meeting.

You may contact the NFL Player Benefits Office with any questions or concerns you might have. Please be advised, however, that NFL Player Benefits Office staff are not able to discuss the meaning or significance of the enclosed Plan neutral report(s), because they do not know whether or how the report(s) might impact the Disability Board's ultimate decision.

Sincerely,

*Meghan Pieklo*

Meghan Pieklo
Benefits Coordinator

Enclosure

cc:  Sam Katz

**JO-01041**

NFL_ALFORD-0009731

**JO-01042**

Confidential Information

NFL_ALFORD-0009732

## Meghan Pieklo

| | |
|---|---|
| **From:** | Samuel Katz <samkatz@athlawllp.com> |
| **Sent:** | Thursday, April 28, 2022 4:54 PM |
| **To:** | Meghan Pieklo |
| **Subject:** | Re: Review and Response Letter for Jamize Olawale |
| **Attachments:** | Olawale_Response to Reports_Final.pdf |

Hello Meghan,

I hope you are well! Humbly, Mr. Olawale's response is ATTACHED.

Best,
Sam

On Mon, Apr 11, 2022 at 1:48 PM Meghan Pieklo <mpieklo@nflpb.org> wrote:

Thank you!

**From:** Samuel Katz [mailto:samkatz@athlawllp.com]
**Sent:** Monday, April 11, 2022 4:45 PM
**To:** Meghan Pieklo <mpieklo@nflpb.org>
**Subject:** Re: Review and Response Letter for Jamize Olawale

Hello Meghan,

I hope you're having a great week! Respectfully, Mr. Olawale intends to respond.

Best,

Sam

On Thu, Mar 31, 2022 at 11:41 AM Meghan Pieklo <mpieklo@nflpb.org> wrote:

Please see attached letter and reports.

Thank you,

**Meghan Pieklo** Benefits Coordinator

Phone 800.638.3186 Fax 410.783.0041



**NFL Player Benefits Office**

200 St. Paul Street, Suite 2420, Baltimore, Maryland 21202

1

**JO-01043**

                                    NFL ALFORD-0009725

--

# Samuel Katz, Esq.



**Managing Partner**

**Sports Law - ERISA, Labor, & Trust Law**

**USC, Gould School Of Law**

*Juris Doctor*

**8383 Wilshire Blvd.**

**Suite #800**

**Beverly Hills, CA 90211**

**Cell: (818) 454-3652**

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender immediately. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail without the sender's express written permission. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing, adapting, performing, or taking any action in reliance on the contents of this information is strictly prohibited.

--

# Samuel Katz, Esq.

Confidential Information                                        NFL_ALFORD-0009726



**Managing Partner**
**Sports Law - ERISA, Labor, & Trust Law**

USC, Gould School Of Law
*Juris Doctor*



8383 Wilshire Blvd.
Suite #800
Beverly Hills, CA 90211
Cell: (818) 454-3652

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender immediately. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail without the sender's express written permission. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing, adapting, performing, or taking any action in reliance on the contents of this information is strictly prohibited.

**JO-01045**

Confidential Information

NFL ALFORD-0009727



SAMUEL KATZ, ESQ.                                                                            April 8, 2022
Managing Partner, Athlaw LLP
8383 Wilshire Blvd. Suite 800
Beverly Hills CA 90211
(818) 454-3652
samkatz@athlawllp.com

NFL DISABILITY BOARD
NFL Player Disability & Neurocognitive Benefit Plan
200 Saint Paul St., Ste. 2420
Baltimore, MD 21202

     Re:    **JAMIZE OLAWALE'S RESPONSE**

Dear ERISA Administrator:

     Humbly, **Mr. Jamize Olawale** respectfully responds[1] to the NFL Board commissioned

reports from the NFL Board's retained doctors.

     Here, Dr. Salisbury's testing demonstrates that Jamize has a neurocognitive impairment,

belying the doctor's conclusion to the contrary. There can be no dispute that Dr. Salisbury did, in

fact, find objective mild neurocognitive impairment in at least one cognitive domain. The doctor's

own description of his own objective testing data confirmed that Jamize suffers from at least a

mild neurocognitive impairment in the learning and memory neurocognitive domain:

### Learning and Memory[2]

| WMS-IV | Logical Memory I (SS) | 5 | 31 | 3 | Low |
|--------|-----------------------|---|----|----|-----|
|        | Logical Memory II (SS) | 5 | 32 | 4 | Low |

Dr. Salisbury Report.

---

[1] Respectfully, ERISA and the Department of Labor regulations provide "… additional protections for a fair process includ[ing] the right of claimants to respond to new and additional evidence and rationales and the requirement for independence and impartiality of the persons involved in making benefit determinations."

[2] A Player who had a **higher score** than Jamize for WMS-IV Logical Memory I (SS) was found to have a "**Mild Impairment**" on this test. Dr. Mercado Report for [Redacted Player Name] (emphasis added).

I

**JO-01046**

Confidential Information

NFL ALFORD-0009728



In addition, the Impressions section in Dr. Salisbury's report states that Jamize "showed inefficient learning of new verbal information. […] his relative difficulty initially acquiring new verbal information may contribute to his reported cognitive complaints." *Id.*

Humbly, all Jamize needs is for the NFL Disability Board to follow the plain language of the Plan and grant him the benefits **he deserves**.

Sincerely,

Samuel Katz, Esq.
*Managing Partner*
Athlaw LLP

2

**JO-01047**

Confidential Information



**NFL PLAYER BENEFITS**

DISABILITY PLAN

200 St. Paul Street, Suite 2420
Baltimore, Maryland 21202
Phone 800.638.3186
Fax 410.783.0041

Via Federal Express and Email

June 6, 2022

Mr. Jamize Olawale

▮▮▮▮▮▮▮▮▮

**Re:  NFL Player Disability & Survivor Benefit Plan—Final Decisions on Review**

Dear Mr. Olawale:

On June 1, 2022, the Disability Board of the NFL Player Disability & Survivor Benefit Plan ("Plan") considered your appeals from the earlier denials of your applications for total and permanent disability benefits under the Plan ("Plan T&P"); line-of-duty disability ("LOD") benefits, and neurocognitive disability ("NC") benefits.  We regret to inform you that the Disability Board denied your appeals.  This letter describes the Disability Board's decisions; it identifies the Plan provisions on which the decisions were based; and it explains your legal rights.

**T&P Benefits**

On March 29, 2021, the Plan received your completed application for Plan T&P benefits, which raised orthopedic, neurocognitive, and psychiatric impairments as the basis for your disability.

As you know, on August 4, 2021, the Disability Initial Claims Committee ("Committee") reviewed your application along with the reports of four Plan Neutral Physicians: orthopedist, Dr. Paul Saenz; neurologist, Dr. Eric Brahin; neuropsychologist, Dr. Justin O'Rourke; and psychiatrist, Dr. Matthew Norman.  These neutral physicians are specialists in the medical fields encompassing your claimed impairments.  After reviewing your records and evaluating you, each of them reported that you are not totally and permanently disabled.  Based on those findings, the Committee denied your application under Plan Section 3.1(d) because no Plan Neutral Physician had found that you are unable to engage in any occupation for remuneration or profit.

On February 7, 2022, your attorney, Ms. Sam Katz, appealed the Committee's initial decision to the Disability Board.  Mr. Katz argued that the Neutral Physicians failed to consider the cumulative effect of your impairments and failed to identify any specific job you could perform.

On appeal you were referred for additional evaluations with four new Plan Neutral Physicians in accordance with Plan Section 3.3(a) and the Plan's claims procedures.  You were evaluated by: orthopedist, Dr. Hussein Elkousy; neurologist, Dr. Annette Okai; neuropsychologist, Dr. David Salisbury; and psychiatrist, Dr. John Rabun.  Like the Plan Neutral Physicians who evaluated you at

**JO-01048**

NFL_ALFORD-0009846

Mr. Jamize Olawale
June 6, 2022
Page 2

the initial level, these Plan Neutral Physicians are specialists in the medical fields encompassing your claimed impairments. By report dated March 18, 2022, Dr. Elkousy determined that you are not totally and permanently disabled by your orthopedic impairments and can engage in "light to medium duty capacity occupations." By report dated March 11, 2022, Dr. Strassnig determined that your psychiatric impairments do not render you totally and permanently disabled and that you can engage in "any job from a psychiatric standpoint." By report dated March 11, 2022, Dr. Okai concluded that you are not totally and permanently disabled by your neurological impairments. By report dated March 2, 2022, Dr. Rabun concluded that you are not totally and permanently disabled by your cognitive impairments.

By letter dated March 31, 2022, the NFL Player Benefits Office provided you and Mr. Katz with the Neutral Physicians' reports and advised that you had the right to respond before the Disability Board issued a final decision on your appeal. By letter received April 28, 2022, Mr. Katz questioned the findings pertaining to your NC application.

At its May 18, 2022 meeting, the Disability Board reviewed the record and unanimously concluded that you are ineligible for Plan T&P benefits. On June 1, 2022, the Disability Board unanimously decided that you are ineligible for T&P benefits and authorized transmission of this letter explaining its decision. Section 3.1(d) of the Plan states that, for a Player to be eligible for Plan T&P benefits, at least one Plan Neutral Physician must conclude that the Player is substantially unable to engage in any occupation for remuneration or profit (the Plan's standard for Plan T&P benefits). If no Plan Neutral Physician renders this conclusion, then "the Player will not be eligible for and will not receive Plan T&P benefits, regardless of any other fact(s), statement(s), or determination(s), by any other person or entity, contained in the administrative record." In your case, the Disability Board found that you did not meet this threshold requirement. The Disability Board noted that Mr. Katz's comments concerning the cumulative effect of your impairments cannot override the express requirements of Plan Section 3.1(d). The Disability Board, moreover, did consider all of the impairments described by the Plan Neutral Physicians and review the medical records you submitted. The Disability Board further noted that Mr. Katz was critical of the Plan Neutral Physicians for failing to identify a specific job that you could perform. The Board rejected this argument because the Plan utilizes an "any occupation" standard, and Plan Neutral Physicians opine, specifically, on whether a Player satisfies this standard. A conclusion that a Player is capable of light or sedentary employment or capable of employment with no limitations inherently covers a wide range of occupations and shows that a Player does not meet the Plan's "any occupation" standard.

The Disability Board took into account the following factors. First, Neutral Physicians are specialists in the medical field encompassing your claimed impairments, and they have experience evaluating Players and other professional athletes. Second, the Plan's Neutral Physicians reviewed all of the records you provided, performed an evaluation, and unanimously concluded that you are not totally and permanently disabled despite your impairments. Third, the Disability Board found that the conclusions of the Plan's Neutral Physicians were consistent, in that they independently concluded

**JO-01049**

Confidential Information                                                    NFL ALFORD-0009847

Mr. Jamize Olawale
June 6, 2022
Page 3

that you are capable of employment despite your impairments. Finally, the Plan's physicians are absolutely neutral in this process because they are jointly selected by the NFL Players Association and the NFL Management Council; they are compensated in flat-fee arrangements, irrespective of the outcome of any particular evaluation; and they are contractually obligated to conduct thorough examinations, free of bias for or against Players. The Disability Board has no doubt that the Plan's neutral physicians fully understand the obligation to conduct fair and impartial Player evaluations, and that they have done so in your case.

Plan Section 3.2(a) allows a Player to qualify for Plan T&P benefits if he is receiving Social Security disability benefits, notwithstanding the eligibility requirement otherwise imposed by Section 3.1(d). You have not presented evidence that you currently receive Social Security disability benefits. For these reasons, the Disability Board denied your appeal.

**LOD Benefits**

The Plan provides LOD benefits to Players who, in addition to other requirements, have incurred a "substantial disablement" "arising out of League football activities." The Plan defines these terms and requires that at least one Plan Neutral Physician must find that the Player meets this standard in order to be eligible for LOD benefits (see enclosed Plan Section 5.1(c)).

On March 29, 2021, the Plan received your completed application for LOD benefits, which was based on orthopedic impairments and was accompanied by more than 190 pages of medical records.

As you know, on August 4, 2021, the Disability Initial Claims Committee ("Committee") denied your application after reviewing your file and concluding that you are ineligible for LOD benefits. In making its determination, the Committee relied on the findings of Plan neutral orthopedist Dr. Paul Saenz, who is a specialist in the medical field of your claimed impairments. After reviewing your records and evaluating you, Dr. Saenz assigned you 6 points under the Plan's Point System for Orthopedic Impairments (less than the 9 points required for a "substantial disablement" within the meaning of Section 5.5(a)(4)(B) of the Plan). Based on this conclusion, the Committee denied your application under Plan Section 5.1(c) because no Plan Neutral Physician had found that you have a "substantial disablement" arising out of League football activities.

On February 7, 2022, Sam Katz appealed the Committee's initial decision to the Disability Board.

On appeal, you were examined by another Plan Neutral orthopedist, Dr. Hussein Elkousy pursuant to Plan Section 5.4(b) and the Plan's claims procedures. Like Dr. Perry, who examined you at the initial level, Dr. Elkousy is an orthopedic specialist who has experience evaluating impairments under the Plan's Point System. After examining you and reviewing your medical records, Dr. Elkousy rated your orthopedic impairments at 0 points (again below the 9 points required for LOD benefits under the terms of the Plan).

**JO-01050**

NFL_ALFORD-0009848

Mr. Jamize Olawale
June 6, 2022
Page 4

By letter dated March 31, 2022, the NFL Player Benefits Office provided you and Mr. Katz with a copy of Dr. Elkousy's report and advised that you had the right to respond before the Disability Board issued a final decision on your appeal.

On May 18, 2022, the Disability Board reviewed the current record and tentatively found that you are ineligible for LOD benefits. On June 1, 2022, the Disability Board unanimously decided that you are ineligible for LOD benefits and authorized transmission of this letter explaining its decision. Plan Section 5.1(c) states that, for a Player to be eligible for LOD benefits, at least one Plan Neutral Physician must conclude that the Player incurred a "substantial disablement" arising out of League football activities (the Plan's standard for LOD benefits). If no Plan Neutral Physician renders this conclusion, then "the Player will not be eligible for and will not receive [LOD] benefits, regardless of any other fact(s), statement(s), or determination(s), by any other person or entity, contained in the administrative record." In your case, the Disability Board found that you did not meet this threshold requirement because, based on your Point System ratings, neither one of the Plan neutral orthopedists reported that you have a "substantial disablement" arising out of League football activities.

The Disability Board took into account the following factors. First, Neutral Physicians are specialists in the medical field encompassing your claimed impairments, and they have experience evaluating Players and other professional athletes. Second, the Plan's Neutral Physicians reviewed all of the records you provided; they conducted thorough physical examinations of you; and they provided complete and detailed reports of your condition. Finally, the Disability Board found that the conclusions of the Plan's Neutral Physicians were consistent, in that they independently concluded that you do not have a "substantial disablement" despite your impairments. The Plan's physicians are absolutely neutral in this process because they are jointly selected by the NFL Players Association and the NFL Management Council; they are compensated in flat-fee arrangements, irrespective of the outcome of any particular evaluation; and they are contractually obligated to conduct thorough examinations, free of bias for or against Players. The Disability Board has no doubt that the Plan's Neutral Physicians fully understand the obligation to conduct fair and impartial Player evaluations, and that they have done so in your case. For these reasons, the Disability Board denied your appeal.

## NC Benefits

The Plan provides NC benefits to eligible Players who have "mild" or "moderate" neurocognitive impairment, as defined by the terms of the Plan.

The Plan received your completed application for NC benefits on March 29, 2021. You were then evaluated by two Plan Neutral Physicians, Dr. Eric Brahin and Dr. Justin O'Rourke, pursuant to Plan Section 6.2(d). In a joint report dated June 17, 2021, Drs. Brahin and O'Rourke confirmed that they could not determine that you have a neurocognitive impairment due to low scores on validity measures. The Committee denied your application because you failed validity testing and because

**JO-01051**

Mr. Jamize Olawale
June 6, 2022
Page 5

no Plan Neutral Physician found a neurocognitive impairment. Your failed validity tests prevented the Committee from determining if you have neurocognitive impairment.

By letter received February 7, 2022, Mr. Katz appealed the Committee's initial decision to the Disability Board.

On appeal you were examined by two additional Plan Neutral Physicians, Dr. Okai and Dr. Salisbury pursuant to Plan Section 6.2(d) and the Plan's claims procedures. By report dated March 1, 2022, Dr. Okai found no cognitive impairment. By report dated March 2, 2022, Dr. Salisbury concluded that your evaluation revealed "generally preserved cognitive functioning at this time which would not meet criteria for a level of neurocognitive impairment." By joint report dated March 2 – 24, 2022, Drs. Okai and Salisbury confirmed that you do not show evidence of acquired neurocognitive impairment.

By letter dated March 31, 2022, the NFL Player Benefits Office provided you and Mr. Katz with copies of the Plan Neutral Physicians' reports and advised that you had the right to respond to them before the Disability Board issued a final decision on your appeal. By letter received April 28, 2022, Mr. Katz argued that the scores obtained during the neuropsychological evaluation demonstrate a cognitive impairment.

On May 18, 2022, the Disability Board reviewed all of the evidence in your Plan file and tentatively found that you are ineligible for NC benefits. On June 1, 2022, the Disability Board unanimously decided that you are ineligible for NC benefits and authorized transmission of this letter explaining its decision. Section 6.1(e) of the Plan states that, for a Player to be eligible for NC benefits, "at least one Plan Neutral Physician must conclude that the Player has a mild or moderate neurocognitive impairment in accordance with Section 6.2. If no Plan Neutral Physician renders such a conclusion, then this threshold requirement is not satisfied, and the Player will not be eligible for and will not receive NC Benefits, regardless of any other fact(s), statement(s), or determination(s), by any other person or entity, contained in the administrative record." In your case, the Disability Board found that you did not meet this threshold requirement because you have been examined by four Plan Neutral Physicians, and none found that you have an acquired neurocognitive impairment.

The Disability Board rejected Mr. Katz's argument and credited the findings of the Plan's Neutral Physicians for the following reasons. First, the physicians are specialists in the medical field encompassing your claimed impairments, and they have experience evaluating Players and other professional athletes. Second, the Plan's physicians reviewed the medical records you submitted with your application, performed an evaluation of you and unanimously concluded that you do not have an acquired neurocognitive impairment. The Plan's physicians are absolutely neutral in this process because they are jointly selected by the NFL Players Association and the NFL Management Council; they are compensated in flat-fee arrangements, irrespective of the outcome of any particular evaluation; and they are contractually obligated to conduct thorough examinations, free of bias for

**JO-01052**

NFL_ALFORD-0009850

Mr. Jamize Olawale
June 6, 2022
Page 6

or against Players. The Disability Board has no doubt that the Plan's Neutral Physicians fully understand the obligation to conduct fair and impartial Player evaluations, and that they have done so in your case. For these reasons, the Disability Board denied your appeal.

Please understand the Disability Board is required by federal law to follow the terms of the Plan. Where, as here, you do not satisfy the terms of the Plan, federal law requires the Disability Board to deny your appeal, regardless of how sympathetic individual members of the Disability Board may be to your circumstances.

**Legal Rights**

You should regard this letter as a final decision on review within the meaning of Section 503 of the Employee Retirement Income Security Act of 1974, as amended, and the regulations issued thereunder by the Department of Labor. To obtain further review of this decision, you have the right to bring an action under Section 502(a) of the Employee Retirement Income Security Act of 1974, as amended. Under Plan Section 13.4(a) you must file such an action within 42 months from the date of the Board's decision. Your deadline for bringing such an action therefore is December 1, 2025.

This letter identifies the Plan provisions that the Disability Board relied upon in making its determination. Please note that the Plan provisions discussed in this letter are set forth in the "Relevant Plan Provisions" attachment. These are excerpts, however. You should consult the Plan Document for a full recitation of the relevant Plan terms. The Disability Board did not rely on any other internal rules, guidelines, protocols, standards, or other similar criteria beyond the Plan provisions discussed herein.

You are entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to your claim for benefits, including the governing Plan Document.

You may call the NFL Player Benefits Office if you have any questions.

Sincerely,

*Michael B. Miller*

Michael B. Miller
Plan Director
On behalf of the Disability Board

Enclosure
cc: Samuel Katz, Esquire

**JO-01053**

To receive assistance in these languages, please call:
SPANISH (Español): Para obtener asistencia en Español, llame al 855-938-0527 (ext. 1)
CHINESE (中文): 如果需要中文的帮助，请拨打这个号码 855-938-0527 (ext. 2)
TAGALOG (Tagalog): Kung kailangan ninyo ang tulong sa Tagalog tumawag sa 855-938-0527 (ext. 3)
NAVAJO (Dine): Dinek'ehgo shika at'ohwol ninisingo, kwiijigo holne' 800-638-3186 (ext. 416)

JO-01054

NFL_ALFORD-0009852

## Disability Plan T&P Benefits Relevant Plan Provisions

**3.1    General Standard for Eligibility.**   An Article 3 Eligible Player will receive monthly Plan total and permanent disability benefits ("Plan T&P benefits") in the amount described in Section 3.6, for the months described in Sections 3.10 and 3.11, if and only if all of the conditions in (a) through (f) below are met:

(a)    The Player's application is received by the Plan on or after January 1, 2015 and results in an award of Plan T&P benefits.

(b)    The Player is not receiving monthly retirement benefits under Article 4 or Article 4A of the Bert Bell/Pete Rozelle Plan.

(c)    The Player submits Medical Records with his initial application or appeal, as the case may be, subject to the rules of Section 3.3.

(d)    At least one Plan Neutral Physician must find, under the standard of Section 3.1(e), that (1) the Player has become totally disabled to the extent that he is substantially unable to engage in any occupation or employment for remuneration or profit, excluding any disability suffered while in the military service of any country, and (2) such condition is permanent.  If no Plan Neutral Physician renders such a conclusion, then this threshold requirement is not satisfied, and the Player will not be eligible for and will not receive Plan T&P benefits, regardless of any other fact(s), statement(s), or determination(s), by any other person or entity, contained in the administrative record.

(e)    After reviewing the report(s) of the Plan Neutral Physician(s), along with all other facts and circumstances in the administrative record, the Disability Initial Claims Committee or the Disability Board, as the case may be, must conclude, in its absolute discretion, that (1) the Player has become totally disabled to the extent that he is substantially prevented from or substantially unable to engage in any occupation or employment for remuneration or profit, but expressly excluding any disability suffered while in the military service of any country, and (2) that such condition is permanent.  The following rules will apply:

(1)    The educational level and prior training of a Player will not be considered in determining whether such Player is "unable to engage in any occupation or employment for remuneration or profit."

(2)    A Player will not be considered to be able to engage in any occupation or employment for remuneration or profit within the meaning of this Section 3.1 merely because such person is employed by the League or an Employer, manages personal or family investments, is employed by or associated with a charitable organization, is employed out of benevolence, or receives up to $30,000 per year in earned income.

**JO-01055**

                                                                     NFL_ALFORD-0009853

(3)     A disability will be deemed to be "permanent" if it has persisted or is expected to persist for at least twelve months from the date of its occurrence, excluding any reasonably possible recovery period.

(f)     The Player satisfies all other applicable requirements of this Article 3.

**3.2     Social Security Standard for Eligibility.**

(a)     For applications received prior to April 1, 2024, an Article 3 Eligible Player who is not receiving monthly pension benefits under Article 4 or 4A of the Bert Bell/Pete Rozelle Plan, who has been determined by the Social Security Administration to be eligible for disability benefits under either the Social Security disability insurance program or Supplemental Security Income program, and who is still receiving such benefits at the time he applies, will receive Plan T&P benefits in the amount described in Section 3.6, for the months described in Sections 3.10 and 3.11, unless four or more voting members of the Disability Board determine that such Player is not totally and permanently disabled, despite receiving Social Security disability benefits.

If his Social Security disability benefits are revoked, a Player will no longer be entitled to receive Plan T&P benefits by reason of this Section 3.2(a), effective as of the date of such revocation. However, if such Player establishes that the sole reason for the loss of his Social Security disability or Supplemental Security Income benefits was his receipt of benefits under this Plan, Plan T&P benefits will continue provided the Player satisfies the rules for continuation of benefits in Section 3.8(a).

(b)     For applications received prior to April 1, 2024, an Article 3 Eligible Player who elects to begin receiving pension benefits under the Bert Bell/Pete Rozelle Plan prior to his Normal Retirement Date, who is subsequently determined by the Social Security Administration to be eligible for disability benefits under either the Social Security disability insurance program or Supplemental Security Income program, who satisfies the other conditions of this paragraph, and who is still receiving such benefits at the time he applies, will receive Plan T&P benefits in the amount described in Section 3.6, for the months described in Sections 3.10 and 3.11, unless four or more voting members of the Disability Board determine that such Player is not totally and permanently disabled, despite receiving Social Security disability benefits.  To be eligible for benefits under this paragraph, the Player must apply for such Social Security disability benefits prior to his Normal Retirement Date, and the award of disability benefits by the Social Security Administration must occur prior to the Player's Normal Retirement Date.  An award of disability benefits by the Social Security Administration after a Player's Normal Retirement Date that such Player was disabled as of a date prior to his Normal Retirement Date does not qualify such Player for Plan T&P benefits under this paragraph.

If his Social Security disability benefits are revoked, a Player will no longer be entitled to receive Plan T&P benefits by reason of this Section 3.2(b), effective as of the date of such revocation. However, if such Player establishes that the sole reason for the loss of his Social Security disability or Supplemental Security Income benefits was his receipt of benefits under this Plan, Plan T&P benefits will continue provided the Player satisfies the rules for continuation of benefits in Section 3.8(a).

**JO-01056**

**3.3**    **Application Rules and Procedures.**  In addition to the requirements of Article 7 and Section 13.14 (claims procedures), Players must comply with the rules and procedures of this Section 3.3 in connection with an application for Plan T&P benefits.

(a)    <u>Medical Records and Evaluations</u>.  A Player applying for Plan T&P benefits under the General Standard of Section 3.1 on and after October 1, 2020 must submit Medical Records with his application.  A Player who does not do so will be given 45 days to submit Medical Records and thereby complete his application.  The Player's application will not be complete, and will not be processed, until the Plan receives Medical Records.  The Player's application will be denied if he does not submit any Medical Records within the 45 day period.  If such a Player's application is denied by the Disability Initial Claims Committee because the Player failed or refused to submit Medical Records, and the Player appeals that determination, he must submit Medical Record with his appeal.  A Player who does not do so will be given 45 days to submit Medical Records and thereby complete his appeal.  The Player's appeal will not be complete, and will not be processed, until the Plan receives Medical Records.  Any such Player in this situation who does not submit any Medical Records within the 45 day period will not be entitled to Plan T&P benefits, and his appeal will be denied.  This paragraph does not apply to applications received prior to October 1, 2020.

Whenever the Disability Initial Claims Committee or the Disability Board reviews the application or appeal of any Player for Plan T&P benefits under Section 3.1 or Section 3.2, such Player may first be required to submit to an examination scheduled by the Plan with a Neutral Physician or physicians, or institution or institutions, or other medical professional or professionals, selected by the Disability Initial Claims Committee or the Disability Board and may be required to submit to such further examinations scheduled by the Plan as, in the opinion of the Disability Initial Claims Committee or the Disability Board, are necessary to make an adequate determination respecting his physical or mental condition.

Any Player refusing to submit to any examination required by the Plan will not be entitled to Plan T&P benefits.  If a Player fails to attend an examination scheduled by the Plan, his application for Plan T&P benefits will be denied, unless the Player provided at least two business days' advance notice to the Plan that he was unable to attend.  The Plan will reschedule the Player's exam if two business days' advance notice is provided.  The Player's application for Plan T&P benefits will be denied if he fails to attend the rescheduled exam, even if advance notice is provided.  The Disability Initial Claims Committee or the Disability Board, as applicable, may waive a failure to attend if they find that circumstances beyond the Player's control precluded the Player's attendance at the examination.

A Player or his representative may submit to the Plan additional Medical Records or other materials for consideration by a Neutral Physician, institution, or medical professional, except that any such materials received by the Plan less than 10 days prior to the date of the examination, other than radiographic tests, will not be considered by a Neutral Physician, institution, or medical professional.

**JO-01057**

Confidential Information    NFL_ALFORD-0009855

## Disability Plan LOD Benefits Relevant Plan Provisions

**5.1     Eligibility.**  Effective January 1, 2015, a Player will receive monthly line-of-duty disability benefits from this Plan in the amount described in Section 5.2 if and only if all of the conditions in (a) through (f) below are met:

(a)     The Player is not an Active Player.

(b)     The Player submits Medical Records with his initial application or appeal, as the case may be, subject to the rules of Section 5.4(b).

(c)     At least one Plan Neutral Physician must find that the Player incurred a "substantial disablement" (as defined in Section 5.5(a) and (b)) "arising out of League football activities" (as defined in Section 5.5(c)).  If no Plan Neutral Physician renders such a conclusion, then this threshold requirement is not satisfied, and the Player will not be eligible for and will not receive line-of-duty disability benefits, regardless of any other fact(s), statement(s), or determination(s), by any other person or entity, contained in the administrative record.

(d)     After reviewing the report(s) of the Plan Neutral Physician(s), along with all other facts and circumstances in the administrative record, the Disability Initial Claims Committee or the Disability Board, as the case may be, must conclude, in its absolute discretion, that the Player incurred a "substantial disablement" (as defined in Section 5.5(a) and (b)) "arising out of League football activities" (as defined in Section 5.5(c)).

(e)     The Player satisfies the other requirements of this Article 5 or Article 6 of the Bert Bell/Pete Rozelle Plan, as appropriate.

(f)     The Player is not receiving line-of-duty disability benefits from the Bert Bell/Pete Rozelle Plan pursuant to Article 6 of that plan.

**5.4     Procedures.**

(b)     <u>Medical Records and Evaluations</u>.  A Player applying for line-of-duty benefits on and after October 1, 2020 must submit Medical Records with his application.  A Player who does not do so will be given 45 days to submit Medical Records and thereby complete his application.  The Player's application will not be complete, and will not be processed, until the Plan receives Medical Records.  The Player's application will be denied if he does not submit any Medical Records within the 45 day period.  If such a Player's application is denied by the Disability Initial Claims Committee because the Player failed or refused to submit Medical Records, and the Player appeals that determination, he must submit Medical Records with his appeal.  A Player who does not do so will be given 45 days to submit Medical Records and thereby complete his appeal.  The Player's appeal will not be complete, and will not be processed, until the Plan receives Medical Records.  Any such Player in this situation who does not submit any Medical Records within the 45 day period will not be entitled to line-of-duty benefits, and his appeal will be denied.  This paragraph does not apply to applications received prior to October 1, 2020.

**JO-01058**

                                                                 NFL_ALFORD-0009856

Whenever the Disability Initial Claims Committee or Disability Board reviews the application or appeal of any Player for line-of-duty benefits, such Player may first be required to submit to an examination scheduled by the Plan with a Neutral Physician, or any other physician or physicians, institution or institutions, or other medical professional or professionals, selected by the Disability Initial Claims Committee or the Disability Board, and may be required to submit to such further examinations scheduled by the Plan as, in the opinion of the Disability Initial Claims Committee or the Disability Board, are necessary to make an adequate determination respecting his physical or mental condition.

Any Player refusing to submit to any examination required by the Plan will not be entitled to any line-of-duty disability benefits under this Article.  If a Player fails to attend an examination scheduled by the Plan, his application for line-of-duty disability benefits will be denied, unless the Player provided at least two business days' advance notice to the Plan that he was unable to attend. The Plan will reschedule the Player's exam if two business days' advance notice is provided.  The Player's application for line-of-duty disability benefits will be denied if he fails to attend the rescheduled exam, even if advance notice is provided.  The Disability Initial Claims Committee or the Disability Board, as applicable, may waive a failure to attend if they find that circumstances beyond the Player's control precluded the Player's attendance at the examination.

A Player or his representative may submit to the Plan additional Medical Records or other materials for consideration by a Neutral Physician, institution, or medical professional, except that any such materials received by the Plan less than 10 days prior to the date of the examination, other than radiographic tests, will not be considered by a Neutral Physician, institution, or medical professional.

With respect to applications received on and after April 1, 2020, a Player who submits operative reports or NFL Club records documenting surgical procedures deemed sufficient, by the Disability Initial Claims Committee or the Disability Board, to establish that he has a "substantial disablement" arising out of League football activities will not be subject to a medical evaluation under this Section 5.4(b).

## 5.5    Definitions.

(a)    With respect to applications received on and after April 1, 2020, a 'substantial disablement' is a 'permanent' disability other than a neurocognitive, brain-related neurological (excluding nerve damage), or psychiatric impairment that:

(1)    Results in a 50% or greater loss of speech or sight; or

(2)    Results in a 55% or greater loss of hearing; or

(3)    Is the primary or contributory cause of the surgical removal or major functional impairment of a vital bodily organ or part of the central nervous system; or

(4)    For orthopedic impairments,

**JO-01059**

(A)    With respect to applications received before April 1, 2020, is rated at least 10 points, using the Point System set forth in Appendix A, Version 2 to this Plan. Surgeries, injuries, treatments, and medical procedures that occur after a Player's application deadline in Section 5.4(a) will not receive points and will be disregarded by the Committee and Board.

(B)    With respect to applications received on and after April 1, 2020, is rated at least 9 points, using the Point System set forth in Appendix A, Version 2 to this Plan. Surgeries, injuries, treatments, and medical procedures that occur after a Player's application deadline in Section 5.4(a) will not receive points and will be disregarded by the Committee and Board.

(b)    A disability will be deemed to be "permanent" if it has persisted or is expected to persist for at least twelve months from the date of its occurrence, excluding any reasonably possible recovery period.

(c)    "Arising out of League football activities" means a disablement arising out of any League pre-season, regular-season, or post-season game, or any combination thereof, or out of League football activity supervised by an Employer, including all required or directed activities. "Arising out of League football activities" does not include, without limitation, any disablement resulting from other employment, or athletic activity for recreational purposes, nor does it include a disablement that would not qualify for benefits but for an injury (or injuries) or illness that arises out of other than League football activities.

The introduction to **Appendix A, Version 2** provides this overview of the **Point System** referenced in Section 5.5(a)(4)(B):

This Point System for Orthopedic Impairments ("Point System") is used to determine whether a Player has a "substantial disablement" within the meaning of Plan Section 5.5(a)(4)(B). The Point System assigns points to each orthopedic impairment recognized under the Plan. A Player is awarded the indicated number of points for each occurrence of each listed orthopedic impairment, but only where the Player's orthopedic impairment arose out of League football activities, and the impairment has persisted or is expected to persist for at least 12 months from the date of its occurrence, excluding any reasonably possible recovery period.

A Player is awarded points only if his orthopedic impairment is documented according to the following rules:

1.    A Player is awarded points for documented surgeries, injuries, and degenerative joint disease only if they are related to League football activities.

2.    A Player is awarded points for a surgical procedure if the record includes an operative report for the qualifying procedure or if NFL Club records document the procedure. Surgical procedures reported through third party evaluations, such as independent medical examinations for workers' compensation, should not be used unless

**JO-01060**

NFL_ALFORD-0009858

corroborating evidence is available to confirm the procedure and its relationship to League football activities.

3.      Points are awarded for symptomatic soft tissue injuries where the injury is documented and there are appropriate, consistent clinical findings that are symptomatic on the day of exam.  For example, AC joint injuries must be documented in medical records and be symptomatic on examination, with appropriate physical findings, to award points.

4.      If an injury or surgery is not listed in the Point System, no points should be awarded.

5.      Medical records, medical history, and the physical examination must correlate before points can be awarded.

6.      If a lateral clavicle resection is given points, additional points cannot be awarded if the AC joint is still symptomatic, such as with AC joint inflammation or shoulder instability.

7.      Moderate or greater degenerative changes must be seen on x-ray to award points (i.e., MRI findings do not count).

8.      Players must have moderate or greater loss of function that significantly impacts activities of daily living, or ADLs, to get points.

9.      Cervical and lumbosacral spine injuries must have a documented relationship to League football activities, with appropriate x-ray findings, MRI findings, and/or EMG findings to be rated.

10.     In cases where an injury is treated surgically, points are awarded for the surgical treatment/repair only, and not the injury preceding the surgical treatment/repair. For example, a Player may receive points for "S/P Pectoralis Major Tendon Repair," and if so he will not receive additional points for the "Pectoralis Major Tendon Tear" that led to the surgery.

11.     As indicated in the Point System Impairment Tables, some injuries must be symptomatic on examination to merit an award of points under the Point System.

12.     To award points for a subsequent procedure on the same joint/body part, the Player must recover from the first procedure and a new injury must occur to warrant the subsequent procedure.  Otherwise, a revise/redo of a failed procedure would be the appropriate impairment rating.

13.     Hardware removal is not considered a revise/redo of a failed surgery, and points are not awarded for hardware removal.

**JO-01061**

14.    Multiple impairment ratings may be given related to a procedure on the same date, i.e., partial lateral meniscectomy and microfracture or chondral resurfacing.

15.    When an ankle ORIF with soft tissue occurs, there should be no additional points for syndesmosis repair or deltoid ligament repair.

**Appendix A, Version 2 then includes comprehensive "Point System Impairment Tables,"** which assign Point System values to each orthopedic impairment recognized under the Plan.  Your total "points" are the sum of those assigned for your recognized orthopedic impairments.

**The Point System for Orthopedic Impairments is online at nflplayerbenefits.com.  The NFL Player Benefits Office will furnish a full copy of it upon your request.**

**JO-01062**

NFL_ALFORD-0009860

## Disability Plan NC Benefits Relevant Plan Provisions

**6.1    Eligibility.**  For applications received before April 1, 2020, a Player will receive a monthly neurocognitive disability benefit ("NC Benefit") in the amount described in Section 6.4 for the months described in Section 6.6 if and only if all of the conditions in (a), (b), (c), (d), (e), (f), (g), (h), and (i) below are met.

Effective for applications received on and after April 1, 2020 and through March 31, 2021, the requirements of (a) and (b) will not apply, and a Player will receive an NC Benefit in the amount described in Section 6.4 for the months described in Section 6.6 if and only if all of the conditions in (c), (d), (e), (f), (g), (h), (i), (j), and (m) below are met.

Effective for applications received on and after April 1, 2021, the requirements of (a) and (b) will not apply, and a Player will receive an NC Benefit in the amount described in Section 6.4 for the months described in Section 6.6 if and only if all of the conditions in (c), (d), (e), (f), (g), (h), (i), (j), (k), (l), and (m) below are met.

(a)    The Player must be a Vested Inactive Player based on his Credited Seasons only, and must be under age 55.

(b)    The Player must have at least one Credited Season under the Bert Bell/Pete Rozelle Plan after 1994.

(c)    The Player must not receive monthly retirement benefits under Articles 4 or 4A of the Bert Bell/Pete Rozelle Plan or be a Pension Expansion Player within the meaning of the Bert Bell/Pete Rozelle Plan.

(d)    The Player must not be receiving T&P benefits under this Plan or the Bert Bell/Pete Rozelle Plan.

(e)    At least one Plan Neutral Physician must find that the Player has a mild or moderate neurocognitive impairment in accordance with Section 6.2.  If no Plan Neutral Physician renders such a conclusion, then this threshold requirement is not satisfied, and the Player will not be eligible for and will not receive NC Benefits, regardless of any other fact(s), statement(s), or determination(s), by any other person or entity, contained in the administrative record.

(f)    After reviewing the report(s) of the Plan Neutral Physician(s), along with all other facts and circumstances in the administrative record, the Disability Initial Claims Committee or the Disability Board, as the case may be, must conclude, in its absolute discretion, that the Player has a mild or moderate neurocognitive impairment in accordance with Section 6.2.

(g)    The Player must execute the release described in Section 6.3.

**JO-01063**

NFL_ALFORD-0009861

(h)     The Player must not have a pending application for T&P benefits or for line-of-duty disability benefits under this Plan or the Bert Bell/Pete Rozelle Plan, except that a Player can file a claim for the NC Benefit simultaneously with either or both of those benefits.

(i)      The Player must satisfy the other requirements of this Article 6.

(j)      The Player must not have previously received the NC Benefit and had those benefits terminate at age 55 before April 1, 2020 by virtue of earlier versions of this Plan.

(k)     If the Player is not a Vested Inactive Player, his application for the NC Benefit must be received by the Plan within eighty-four (84) months after the end of his last contract with a Club under which he is a Player, as defined under Section 1.35 of the Bert Bell/Pete Rozelle Plan, for at least one Game, as defined under Section 1.17 of the Bert Bell/Pete Rozelle Plan.

(l)      The Player must be under age 65.

(m)    For applications received on and after October 1, 2020, the Player must submit Medical Records with his initial application or appeal, as the case may be, subject to the rules of Section 6.2(d).  This paragraph (m) does not apply to applications received prior to October 1, 2020.

**6.2     Determination of Neurocognitive Impairment.**

(a)     <u>Mild Impairment.</u>  A Player eligible for benefits under this Article 6 will be deemed to have a mild neurocognitive impairment if he has a mild objective impairment in one or more domains of neurocognitive functioning which reflect acquired brain dysfunction, but not severe enough to interfere with his ability to independently perform complex activities of daily living or to engage in any occupation for remuneration or profit.

(b)     <u>Moderate Impairment.</u>  A Player eligible for benefits under this Article 6 will be deemed to have a moderate neurocognitive impairment if he has a mild-moderate objective impairment in two or more domains of neurocognitive functioning which reflect acquired brain dysfunction and which may require use of compensatory strategies and/or accommodations in order to independently perform complex activities of daily living or to engage in any occupation for remuneration or profit.

(d)     <u>Medical Records and Evaluations.</u>  A Player applying for NC Benefits on and after October 1, 2020 must submit Medical Records with his application.  A Player who does not do so will be given 45 days to submit Medical Records and thereby complete his application.  The Player's application will not be complete, and will not be processed, until the Plan receives Medical Records.  The Player's application will be denied if he does not submit any Medical Records within the 45 day period.  If such a Player's application is denied by the Disability Initial Claims Committee because the Player failed or refused to submit Medical Records, and the Player appeals that determination, he must submit Medical Record with his appeal.  A Player who does not do so will be given 45 days to submit Medical Records and thereby complete his appeal.  The Player's appeal will not be complete, and will not be processed, until the Plan receives Medical Records.  Any such Player in this situation

**JO-01064**

NFL_ALFORD-0009862

who does not submit any Medical Records within the 45 day period will not be entitled to NC Benefits, and his appeal will be denied.

Whenever the Disability Initial Claims Committee or Disability Board reviews the application or appeal of any Player for NC Benefits, such Player will first be required to submit to an examination scheduled by the Plan with a Neutral Physician, or any other physician or physicians, institution or institutions, or other medical professional or professionals, selected by the Disability Initial Claims Committee or the Disability Board, and may be required to submit to such further examinations scheduled by the Plan as, in the opinion of the Disability Initial Claims Committee or the Disability Board, are necessary to make an adequate determination respecting his physical or mental condition.

Any Player refusing to submit to any examination required by the Plan will not be entitled to NC Benefits.  If a Player fails to attend an examination scheduled by the Plan, his application for NC Benefits will be denied, unless the Player provided at least two business days' advance notice to the Plan that he was unable to attend.  The Plan will reschedule the Player's exam if two business days' advance notice is provided.  The Player's application for NC Benefits will be denied if he fails to attend the rescheduled exam, even if advance notice is provided.  The Disability Initial Claims Committee or the Disability Board, as applicable, may waive a failure to attend if they find that circumstances beyond the Player's control precluded the Player's attendance at the examination.

A Player or his representative may submit to the Plan additional medical records or other materials for consideration by a Neutral Physician, institution, or medical professional, except that any such materials received by the Plan less than 10 days prior to the date of the examination, other than radiographic tests, will not be considered by a Neutral Physician, institution, or medical professional.

(e)    Validity Testing.  A Player who is otherwise eligible for benefits under this Article 6 and who is referred for neuropsychological testing will undergo, among other testing, two validity tests.  A Player who fails both validity tests will not be eligible for the NC Benefit.  A Player who fails one validity test may be eligible for the NC Benefit, but only if the neuropsychologist provides an explanation satisfactory to the Disability Board or the Disability Initial Claims Committee (as applicable) for why the Player should receive the NC Benefit despite the failed validity test.

**Plan Section 13.4** is entitled "Limitation on Actions."  It states, "[n]o suit or legal action with respect to an adverse determination may be commenced more than 42 months from the date of the final decision on the claim for benefits (including the decision on review)."

**JO-01065**

                                                                    NFL_ALFORD-0009863