**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

JASON ALFORD *et al.*,

               Plaintiffs,

   v.

THE NFL PLAYER DISABILITY &
SURVIVOR BENEFIT PLAN *et al.*,

               Defendants.

Case No. 1:23-cv-00358-JRR

**[PROPOSED] ORDER**

Upon consideration of Defendants' Joint Motion for Summary Judgment of Plaintiff

Charles Sims's Claims at ECF No. ____ (the "Motion"), and any opposition and reply thereto, it is

this ___nd/st day of _____ 20__ hereby

**ORDERED** that the Motion shall be, and is hereby, **GRANTED**; and it is further

**ORDERED** that all claims of Plaintiff Charles Sims are **DISMISSED**.


Date: _____ __, 20__

_____
Julie R. Rubin
United States District Judge