IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| JASON ALFORD *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>THE NFL PLAYER DISABILITY &<br>SURVIVOR BENEFIT PLAN *et al.*,<br><br>　　　　Defendants. | Case No. 1:23-cv-00358-JRR |

**INDEX OF EXHIBITS TO DECLARATION OF HESSAM ("SAM") VINCENT
IN SUPPORT OF DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT OF
PLAINTIFF CHARLES SIMS'S CLAIMS**

| Exhibit | Document | Page± |
|:---:|---|:---:|
| A | April 1, 2021 Disability Plan Document* | CS-1 |
| B | April 1, 2017 Disability Plan Document* | CS-109 |
| C | Dr. John Rabun Contract | CS-217 |
| D | Orthopedic Orientation Manual* | CS-221 |
| E | Psychiatry Orientation Manuals† | |
| E | 　　2019 Manual | CS-251 |
| E | 　　2023 Manual | CS-280 |
| F | Neurology / Neuropsychology Orientation Manuals† | |
| F | 　　2018 Manual | CS-309 |
| F | 　　2024 Manual | CS-371 |
| G | General Orientation Manual† | CS-437 |

---

± These exhibits are sequentially paginated for the Court's convenience, beginning at CS-1. Leading zeroes are omitted herein and where cited. These documents also bear Bates numbers, with the prefix "NFL_ALFORD-," as produced to Plaintiffs.

* Identical copies of this document are included for the Court's convenience as exhibits in support of Defendants' motions for summary judgment of Plaintiffs Daniel Loper's, Charles Sims's, and Jamize Olawale's claims.

† Identical copies of this document are included for the Court's convenience as exhibits in support of Defendants' motions for summary judgment of Plaintiffs Charles Sims's and Jamize Olawale's claims.

| Exhibit | Document | Page[±] |
|---|---|---|
| H | Administrative Record for Plaintiff Charles Sims | |
| | Application | CS-457 |
| | Medical Records | CS-529 |
| | Dr. Hussein Elkousy Physician Report Form | CS-633 |
| | Dr. John Rabun Physician Report Form | CS-650 |
| | Dr. Eric Brahin Physician Report Form | CS-670 |
| | Dr. Douglas Cooper Physician Report Form | CS-687 |
| | June 11, 2021 Committee Decision Letter | CS-699 |
| | December 8, 2021 Appeal | CS-726 |
| | March 4, 2022 Board Letter | CS-744 |
| | April 4, 2022 Board Referral | CS-749 |
| | Dr. Christine Chang Physician Report Form | CS-750 |
| | April 28, 2022 Board Letter | CS-757 |
| | June 3, 2022 Board Decision letter | CS-760 |
| I | October 2022 Disability Plan Summary Plan Description[*] | CS-766 |
| J | September 30, 1993 Retirement Plan Document | CS-862 |