IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| JASON ALFORD *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>THE NFL PLAYER DISABILITY &<br>SURVIVOR BENEFIT PLAN *et al.*,<br><br>　　　　　Defendants. | Case No. 1:23-cv-00358-JRR |

**[PROPOSED] ORDER**

　　　Upon consideration of Defendants' Joint Motion to Seal Additional Administrative Records at ECF No. ___ (the "Motion"), and any opposition and reply thereto, it is this __nd/st day of _____ 20__ hereby

　　　**ORDERED** that the Motion shall be, and is hereby, **GRANTED**; and it is further

　　　**ORDERED** that the unredacted administrative records of Plaintiffs Jason Alford, Willis McGahee, Michael McKenzie, Eric Smith, Joey Thomas, and Lance Zeno, ECF Nos. ___, ___, ___, ___, ___, and ___, shall be sealed.


Date: _____ __, 20__　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Julie R. Rubin
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge