UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| **JASON ALFORD**, *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No.: 1:23-cv-00358-JRR |
| | ) |
| **THE NFL PLAYER DISABILITY &** | ) |
| **SURVIVOR BENEFIT PLAN**, *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

**JOINT MOTION TO EXTEND**
**EXPERT DISCLOSURE DEADLINES**

Pursuant to Rule 105.9 of the Local Rules of this Court, the Parties in the above-captioned action, having conferred and agreed, hereby jointly move this Court to extend by 60 days the deadlines for Federal Rule of Civil Procedure ("Rule") 26(a)(2) expert disclosures that are currently set forth in the Court's Order entered on October 22, 2024 (ECF No. 108). The Parties have endeavored to resolve a number of discovery-related differences through the meet-and-confer process. This scheduling modification is therefore requested to facilitate the resolution of the meet-and-confer process and, if necessary, the motion to compel discovery process; and ultimately to allow sufficient time for preparation of expert disclosures.

The Parties respectfully propose the following revised deadlines:

1. Plaintiffs shall make their Rule 26(a)(2) disclosure(s) no later than **January 20, 2025**.

2. Defendants shall make their Rule 26(a)(2) disclosure(s) no later than **March 6, 2025**.

3. Plaintiffs shall make their rebuttal Rule 26(a)(2) disclosure(s) by no later than **April 3, 2025**.

WHEREFORE, the Parties respectfully request that the Court modify the Rule 26(a)(2) deadlines in the October 22, 2024 Order.

Dated: November 20, 2024

Respectfully submitted,

**MIGLIACCIO & RATHOD LLP**

By: /s/ Jason S. Rathod
Jason S. Rathod
Nicholas A. Migliaccio
412 H Street, N.E.
Washington, DC 20002
Telephone: (202) 470-3520
jrathod@classlawdc.com
nmigliaccio@classlawdc.com

*Counsel for Plaintiffs and Liaison Counsel for the Proposed Class and Subclasses*

Christopher A. Seeger *(admitted pro hac vice)*
Diogenes P. Kekatos *(admitted pro hac vice)*
Hillary R. Fidler *(admitted pro hac vice)*
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
cseeger@seegerweiss.com
dkekatos@seegereiss.com
hfidler@seegerweiss.com

Benjamin R. Barnett
**SEEGER WEISS LLP**
325 Chestnut St, Suite 917
Philadelphia, PA 19106
Telephone: (215) 553-7980
bbarnett@seegerweiss.com

Samuel L. Katz *(admitted pro hac vice)*
Julia M. Damron *(admitted pro hac vice)*
**ATHLAW LLP**
8383 Wilshire Blvd., Suite 800
Beverly Hills, CA 90211
Telephone: (818) 454-3652
samkatz@athlawllp.com

2

julia@athlawllp.com

Bryan F. Aylstock *(admitted pro hac vice)*
Justin G. Witkin *(admitted pro hac vice)*
Douglass A. Kreis *(admitted pro hac vice)*
D. Nicole Guntner *(admitted pro hac vice)*
**AYLSTOCK, WITKIN, KREIS, & OVERHOLTZ, PLLC**
17 E. Main Street, Suite 200
Pensacola, FL 32502
Telephone: (850) 202-1010
BAylstock@awkolaw.com
JWitkin@awkolaw.com
DKreis@awkolaw.com
NGuntner@awkolaw.com

*Counsel for Plaintiffs*
*and for the Proposed Class and Subclasses*

Robert K. Scott *(admitted pro hac vice)*
Gerry H. Goldsholle *(admitted pro hac vice)*
**ADVOCATE LAW GROUP P.C.**
2330 Marinship Way, Suite 260
Sausalito, CA 94965
Telephone: (949) 753-4950
bob@advocatelawgroup.com
gerry@advocatelawgroup.com

*Additional Counsel for Plaintiffs*

                                                                  */s/ Gregory F. Jacob*
Gregory F. Jacob (D. Md. Bar No. 06769)
Meredith N. Garagiola (*pro hac vice*)
O'MELVENY & MYERS LLP
1625 Eye Street, N.W., 10th Floor
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
Email: gjacob@omm.com
Email: mgaragiola@omm.com

Elizabeth L. McKeen (*pro hac vice*)
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660

3

Telephone: (949) 823-6900
Facsimile: (949) 823-6994
Email: emckeen@omm.com

*Attorneys for Defendants The NFL Player Disability & Survivor Benefit Plan, The NFL Player Disability & Neurocognitive Benefit Plan, The Bert Bell/Pete Rozelle NFL Player Retirement Plan, and The Disability Board of the NFL Player Disability & Neurocognitive Benefit Plan*