IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JASON ALFORD, *et al.*, | |
| *Plaintiffs,* | |
| v. | Civil No. 1:23-cv-00358-JRR |
| THE NFL PLAYER DISABILITY, & SURVIVOR BENEFIT PLAN, *et al.*, | |
| *Defendants.* | |

### AMENDED SCHEDULING ORDER

Upon consideration of the parties' Joint Motion to Extend Expert Disclosure Deadlines at ECF No. 119 (the "Motion"), it is this 20th day of November 2024,

**ORDERED** that the Motion shall be, and is hereby, **GRANTED**; and further it is

**ORDERED** that Amended Scheduling Order at ECF No. 94, as amended by the court's orders at ECF Nos. 99 and 106, shall further be amended as set forth herein.

**Scheduling Order Deadlines**

| | |
|---|---|
| January 20, 2025: | Plaintiffs' Rule 26(a)(2) disclosures |
| March 6, 2025: | Defendants' Rule 26(a)(2) disclosures |
| April 3, 2025: | Plaintiffs' rebuttal Rule 26(a)(2) disclosures |
| April 10, 2025: | Rule 26(e)(2) supplementation of disclosures and responses |
| May 8, 2025: | Discovery deadline; submission of status report |
| May 15, 2025: | Requests for admission |
| June 5, 2025: | Dispositive pretrial motions deadline |

Date: November 20, 2024

/s/
Julie R. Rubin
United States District Judge