IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| JASON ALFORD *et al.*,<br><br>          Plaintiffs,<br><br>     v.<br><br>THE NFL PLAYER DISABILITY &<br>SURVIVOR BENEFIT PLAN *et al.*,<br><br>          Defendants. | Case No. 1:23-cv-00358-JRR |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Joint Motion for Summary Judgment of Plaintiff Charles Sims's Claims at ECF No. \_\_\_ (the "Motion"), and any opposition and reply thereto, it is this \_\_nd/st day of _____ 20\_\_ hereby

**ORDERED** that the Motion shall be, and is hereby, **GRANTED**; and it is further

**ORDERED** that all claims of Plaintiff Charles Sims are **DISMISSED**.


Date: _____ \_\_, 20\_\_                                    _____
                                                                                             Julie R. Rubin
                                                                                             United States District Judge