IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JASON ALFORD, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> THE NFL PLAYER DISABILITY, <br> & SURVIVOR BENEFIT PLAN, *et al.*, <br><br> *Defendants.* | Civil No. 1:23-cv-00358-JRR |

### ORDER

Pending now before the court are Defendants' Joint Motion to Seal at ECF No. 114 and Joint Motion to Seal Additional Administrative Records at ECF No. 118 (the "Motions"). Upon no objection to the Motion and good cause shown, it is this 5th day of December 2024,

**ORDERED** that the Motions shall be, and are hereby, **GRANTED**; and further it is

**ORDERED** that the unredacted administrative records at ECF No. 113 and 117 shall be, and are hereby, **SEALED**.

/S/

_____
Julie R. Rubin
United States District Judge