UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BALTIMORE DIVISION

| | |
|---|---|
| JASON ALFORD, DANIEL LOPER, WILLIS MCGAHEE, MICHAEL MCKENZIE, JAMIZE OLAWALE, ALEX PARSONS, ERIC SMITH, CHARLES SIMS, JOEY THOMAS, and LANCE ZENO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE NFL PLAYER DISABILITY & SURVIVOR BENEFIT PLAN; THE NFL PLAYER DISABILITY & NEUROCOGNITIVE BENEFIT PLAN; THE BERT BELL/PETE ROZELLE NFL PLAYER RETIREMENT PLAN; THE DISABILITY BOARD OF THE NFL PLAYER DISABILITY & NEUROCOGNITIVE BENEFIT PLAN; LARRY FERAZANI; JACOB FRANK; BELINDA LERNER; SAM MCCULLUM; ROBERT SMITH; HOBY BRENNER; and ROGER GOODELL,<br><br>Defendants. | Case No. 1:23-cv-00358-JRR |

**PLAINTIFFS' MOTION TO EXTEND THE DEADLINES FOR THEIR SUMMARY JUDGMENT OPPOSITION AND CLASS CERTIFICATION REPLY PAPERS AND THEIR RULE 26(a)(2) EXPERT DISCLOSURES, APPOINTMENT OR DESIGNATION OF A MAGISTRATE JUDGE OR SPECIAL MASTER TO OVERSEE DISCOVERY, AND CONVENING OF AN IN-PERSON STATUS CONFERENCE**

Pursuant to Federal Rule of Civil Procedure ("Rule") 16(b)(4) and Local Rule ("LR") 105.9 of this Court, Plaintiffs hereby respectfully move the Court to extend *sine die* the deadlines for their class certification reply papers, their papers in opposition to Defendants' three summary judgment motions, and their Rule 26(a)(2) expert disclosures. In addition, Plaintiffs respectfully request that the Court appoint a Magistrate Judge or a Special Master to oversee discovery. Lastly, Plaintiffs

respectfully request that the Court convene an in-person status conference to address all of these matters, which are interrelated.

The reasons supporting this motion are set forth in the accompanying memorandum of law and the supporting declaration of Benjamin R Barnett. A proposed Order also accompanies this motion.

As required by LR 105.9, Plaintiffs' counsel have conferred with Defendants' counsel concerning the relief requested herein. Defendants' counsel have advised Plaintiffs' counsel that Defendants do not consent to the requested relief.

WHEREFORE, Plaintiffs respectfully request that the Court suspend *sine die* the due dates for Plaintiffs' reply papers in support of their class certification motion (ECF No. 102), their papers in opposition to Defendants' three summary judgment motions (ECF Nos. 115, 123, 125), and their Rule 26(a)(2) expert disclosures (ECF No. 120); and appoint a Magistrate Judge or Special Master to oversee discovery. In connection with the foregoing, Plaintiffs respectfully request that the Court convene an in-person status conference to address these matters, which are interrelated.

Dated: December 20, 2024

                Respectfully submitted,

                **SEEGER WEISS LLP**

By: <u>/s/ Benjamin R. Barnett</u>
     Benjamin R. Barnett
     **SEEGER WEISS LLP**
     325 Chestnut Street, Suite 917
     Philadelphia, PA 19106
     Telephone: (215) 553-7980
     bbarnett@seegerweiss.com

     ***Counsel for Plaintiffs and for the Proposed Class and Subclasses***

Jason S. Rathod
Nicholas A. Migliaccio
**MIGLIACCIO & RATHOD LLP**
412 H Street, N.E.
Washington, DC 20002
Telephone: (202) 470-3520
jrathod@classlawdc.com
nmigliaccio@classlawdc.com

*Counsel for Plaintiffs and Liaison Counsel for the Proposed Class and Subclasses*

Christopher A. Seeger *(admitted pro hac vice)*
Diogenes P. Kekatos *(admitted pro hac vice)*
Caleb A. Seeley *(admitted pro hac vice)*
Hillary R. Fidler *(admitted pro hac vice)*
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
cseeger@seegerweiss.com
dkekatos@seegerweiss.com
cseeley@seegerweiss.com
hfidler@seegerweiss.com

Samuel L. Katz *(admitted pro hac vice)*
Julia M. Damron *(admitted pro hac vice)*
**ATHLAW LLP**
8383 Wilshire Blvd., Suite 800
Beverly Hills, CA 90211
Telephone: (818) 454-3652
samkatz@athlawllp.com
julia@athlawllp.com

Bryan F. Aylstock *(admitted pro hac vice)*
Justin G. Witkin *(admitted pro hac vice)*
Douglass A. Kreis *(admitted pro hac vice)*
D. Nicole Guntner *(admitted pro hac vice)*
Bobby J. Bradford (*admitted pro hac vice*)
**AYLSTOCK, WITKIN, KREIS, & OVERHOLTZ, PLLC**
17 E. Main Street, Suite 200
Pensacola, FL 32502
Telephone: (850) 202-1010
BAylstock@awkolaw.com
JWitkin@awkolaw.com
DKreis@awkolaw.com
NGuntner@awkolaw.com

3

BBradford@awkolaw.com

*Counsel for Plaintiffs and for the
Proposed Class and Subclasses*

Robert K. Scott *(admitted pro hac vice)*
Gerry H. Goldsholle *(admitted pro hac vice)*
**ADVOCATE LAW GROUP P.C.**
2330 Marinship Way, Suite 260
Sausalito, CA 94965
Telephone: (949) 753-4950
bob@advocatelawgroup.com
gerry@advocatelawgroup.com

*Additional Counsel for Plaintiffs*