UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BALTIMORE DIVISION

| | |
|---|---|
| JASON ALFORD, DANIEL LOPER, WILLIS MCGAHEE, MICHAEL MCKENZIE, JAMIZE OLAWALE, ALEX PARSONS, ERIC SMITH, CHARLES SIMS, JOEY THOMAS, and LANCE ZENO, Individually and on Behalf of All Others Similarly Situated,<br><br>                     Plaintiffs,<br><br>            vs.<br><br>THE NFL PLAYER DISABILITY & SURVIVOR BENEFIT PLAN; THE NFL PLAYER DISABILITY & NEUROCOGNITIVE BENEFIT PLAN; THE BERT BELL/PETE ROZELLE NFL PLAYER RETIREMENT PLAN; THE DISABILITY BOARD OF THE NFL PLAYER DISABILITY & NEUROCOGNITIVE BENEFIT PLAN; LARRY FERAZANI; JACOB FRANK; BELINDA LERNER; SAM MCCULLUM; ROBERT SMITH; HOBY BRENNER; and ROGER GOODELL,<br><br>                     Defendants. | Case No. 1:23-cv-00358-JRR |

**[PROPOSED] ORDER SCHEDULING IN-PERSON STATUS CONFERENCE TO ADDRESS PLAINTIFFS' MOTION FOR EXTENSION OF THE DEADLINES FOR THEIR SUMMARY JUDGMENT OPPOSITION PAPERS, CLASS CERTIFICATION REPLY PAPERS, AND RULE 26(a)(2) EXPERT DISCLOSURES, AND FOR APPOINTMENT OR DESIGNATION OF A MAGISTRATE JUDGE OR SPECIAL MASTER TO OVERSEE DISCOVERY**

Plaintiffs having filed a motion, pursuant to Federal Rule of Civil Procedure ("Rule") 16(b)(4) and Local Rule 105.9 of this Court, to extend *sine die* the deadlines for their class certification reply papers, their papers in opposition to Defendants' three summary judgment motions, and their Rule 26(a)(2) expert disclosures; for appointment of a Magistrate Judge or a

Special Master to oversee discovery; Plaintiffs having requested the convening of an in-person status conference to address all of these matters, which are interrelated; and the Court having considered the motion, the Court hereby ORDERS as follows:

1. The Court schedules an in-person status conference for _____, at _____, in Courtroom ___ of the United States Courthouse, 101 West Lombard Street, Baltimore, MD 21201, as which time the Court will take up Plaintiffs' extension requests and their request for appointment of a Magistrate Judge or a Special Master to oversee discovery.

2. Pending that scheduled conference, the January 16, 2025 deadlines for the filing of Plaintiffs' class certification reply papers and of their papers in opposition to Defendants' three summary judgment motions (ECF Nos. 115, 123, 125), and the January 20, 2025 deadline for Plaintiffs' Rule 26(a)(2) expert disclosures (ECF No. 120) are hereby suspended until further Order of this Court.

      IT IS SO ORDERED.

Dated this _____ day of _____, 202_

_____
JULIE R. RUBIN
United States District Judge