*Alford v. The NFL Player Disability & Survivor Benefit Plan*,
No. 1:23-cv-00358-JRR

**INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFFS'
MOTION TO COMPEL DISCOVERY**

| Exhibit Letter | Exhibit |
|---|---|
| A | NFL_ALFORD-0000918-23 – March 10, 2023 decision letter sent to Plaintiff Jason Alford. |
| B | NFL_ALFORD-0009957-68 – Physician Report Form and accompanying "Neutral Neuropsychological Evaluation" of Plaintiff Charles Sims, completed by Douglas B. Cooper, Ph.D., and dated April 7, 2021. |
| C | NFL_ALFORD-0011448-71 – Neuropsychological Evaluation of Plaintiff Joey Thomas, completed by Fransisco I. Perez, Ph.D., and dated October 24, 2019. |
| D | NFL_ALFORD-0009846-63; NFL_ALFORD-0008983-91; NFL_ALFORD-0004684-90; NFL_ALFORD-0010258-62; NFL_ALFORD-0010283-88; NFL_ALFORD-0010769-79 – Decision letters sent to Plaintiffs Jamize Olawale, Michael McKenzie, Charles Sims, and Eric Smith. |
| E | NFL_ALFORD-0004684-90 – Board's November 22, 2019 decision letter sent to Plaintiff Michael McKenzie. |
| F | NFL_ALFORD-0011212-21 – Board's November 22, 2019 decision letter sent to Plaintiff Eric Smith. |
| G | NFL ALFORD-0012311-18 – Services Agreement Between the NFL Player Supplemental Disability & Neurocognitive Benefit Plan and Dr. William Garmoe, dated June 26, 2013. |