**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**BALTIMORE DIVISION**

| | |
|---|---|
| JASON ALFORD, DANIEL LOPER, WILLIS MCGAHEE, MICHAEL MCKENZIE, JAMIZE OLAWALE, ALEX PARSONS, ERIC SMITH, CHARLES SIMS, JOEY THOMAS, and LANCE ZENO, Individually and on Behalf of All Others Similarly Situated, | **Case No. 1:23-cv-00358-JRR** |
| Plaintiffs, | |
| vs. | |
| THE NFL PLAYER DISABILITY & SURVIVOR BENEFIT PLAN; THE NFL PLAYER DISABILITY & NEUROCOGNITIVE BENEFIT PLAN; THE BERT BELL/PETE ROZELLE NFL PLAYER RETIREMENT PLAN; THE DISABILITY BOARD OF THE NFL PLAYER DISABILITY & NEUROCOGNITIVE BENEFIT PLAN; LARRY FERAZANI; JACOB FRANK; BELINDA LERNER; SAM MCCULLUM; ROBERT SMITH; HOBY BRENNER; and ROGER GOODELL, | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING**
**PLAINTIFFS' MOTION TO COMPEL DISCOVERY**

Plaintiffs having filed a motion, pursuant to Rule 37(a) of the Federal Rules of Civil Procedure and Rule 104.8 of the Local Rules of this Court, to compel Defendants to produce all documents responsive to Requests Nos. 2 and 3 of Plaintiffs' First Set of Requests to Defendants for Production of Documents ("Requests 2 & 3"); the motion having been fully briefed; and the Court having considered the motion, the motion is hereby GRANTED.

1.    Defendants' objections to Requests 2 & 3 are hereby OVERRULED.

2.    Defendants are directed to produce all documents responsive to Requests 2 & 3

within _____ days of this Order.

IT IS SO ORDERED.

Dated this _____ day of _____, 202_

_____
JULIE R. RUBIN
United States District Judge