# APPENDIX 1- R Script

## (Native File That Cannot Be Rendered to PDF)