*Alford v. The NFL Player Disability & Survivor Benefit Plan*,
No. 1:23-cv-00358-JRR

**INDEX OF EXHIBITS OF PLAINTIFFS' REPLY
IN SUPPORT OF THEIR MOTION TO COMPEL DISCOVERY**

| Exhibit No. | Exhibit |
|---|---|
| H | NFL_ALFORD-0001243 – Physician Report Form of Plaintiff Daniel Loper, completed by Marcus Cook, M.D., dated July 29, 2021. |
| I | NFL_ALFORD-0026412 – Physician Report Form of Plaintiff Charles Sims, completed by Hussein A. Elkousy, M.D., dated March 26, 2021. |
| J | NFLPLTFS-0001949 – Physician Report Form of Kenneth Phillips, completed by Harlan Selesnick, M.D., dated December 28, 2016. |
| K | NFL ALFORD-0000817-830 – NFL Player Benefits Neuropsychology Report of Plaintiff Jason Alford, completed by Ernest Fung, PsyD, and Jill Dermyer, PsyD, dated November 8, 2022. |
| L | NFL_ALFORD-0009009-9021 – Physician Report Form of Plaintiff Michael McKenzie, completed by Laura Lacritz, Ph.D., dated February 17, 2022. |
| M | NFL_ALFORD-0002514-2519 – The Disability Board's November 22, 2019 decision letter sent to Plaintiff Willis McGahee. |