# EXHIBIT H
# Filed Under Seal

# EXHIBIT I
# Filed Under Seal

# EXHIBIT J
# Filed Under Seal

# EXHIBIT L
# Filed Under Seal

# EXHIBIT M
# Filed Under Seal