UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| JASON ALFORD, DANIEL LOPER, WILLIS MCGAHEE, MICHAEL MCKENZIE, JAMIZE OLAWALE, ALEX PARSONS, ERIC SMITH, CHARLES SIMS, JOEY THOMAS, and LANCE ZENO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE NFL PLAYER DISABILITY & SURVIVOR BENEFIT PLAN; *et al.*,<br><br>Defendants. | Case No. 1:23-cv-00358-JRR |

**[PROPOSED] ORDER SEALING EXHIBITS**

Upon consideration of Plaintiffs' Motion to Seal ("Motion to Seal"), it is hereby

**ORDERED** that the Motion to Seal shall be, and hereby is, **GRANTED**; and it is further

**ORDERED** that (a) Exhibits A to G to the Declaration of Benajmin R. Barnett in Support of Plaintiffs' Motion to Compel Discovery, dated November 26, 2024, and Exhibits H to M the Declaration of Benajmin R. Barnett in Support of Plaintiffs' Reply to Their Motion to Compel Discovery, dated December 20, 2024, shall be sealed in their entirety; and (b) the unredacted version of the Memorandum of Law in Support of Plaintiffs' Motion to Compel Discovery, dated November 26, 2024, shall be sealed.

Dated:  _____

_____
JULIE R. RUBIN
United States District Judge