**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **JASON ALFORD,** *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> **THE NFL PLAYER DISABILITY, & SURVIVOR BENEFIT PLAN,** *et al.*, <br><br> *Defendants.* | **Civil No. 1:23-cv-00358-JRR** |

## ORDER

In view of Plaintiffs' "Motion to Extend the Deadlines for their Summary Judgment Opposition and Class Certification Reply Papers and their Rule 26(a)(2) Expert Disclosures, Appointment or Designation of a Magistrate Judge or Special Master to Oversee Discovery, and Convening of an In-Person Status Conference" at ECF No. 132 (the "Motion"), the parties shall appear for an in-person status conference and hearing on the Motion **on January 16, 2025 at 2:00 p.m. in Courtroom 3A.** The deadlines at issue in the Motion shall be held in abeyance until that time.

December 30, 2024                                                                 /S/

                                                                                                     Julie R. Rubin
                                                                                                     United States District Judge