UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JASON ALFORD, et al., | ) |
| Plaintiffs, | ) Civil Action No. 1:23-cv-00358-BPG |
| v. | ) |
| THE NFL PLAYER DISABILITY & SURVIVOR BENEFIT PLAN, et al. | ) |
| Defendants. | ) |

**MOTION TO WITHDRAW APPERANCE OF COUNSEL**

Consistent with Local Rule 101(2)(a), John W. H. Harding requests to withdraw his appearance as counsel for Sam McCullum, Robert Smith, and Hoby Brenner because he is leaving Winston & Strawn LLP. Derek G. Barella and Matthew M. Saxon will continue to represent McCullum, Smith, and Brenner to the extent that such representation is necessary.

Dated: January 16, 2025								Respectfully submitted,

/s/ Matthew M. Saxon
Matthew M. Saxon (#19604)
John W.H. Harding (admitted *pro hac vice*)
WINSTON & STRAWN LLP
1901 L Street N.W.
Washington, DC 20036-3506
Telephone: 202-282-5000
Facsimile: 202-282-5100
msaxon@winston.com
jwharding@winston.com

Derek G. Barella (*pro hac vice* pending)
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, Il 60601
Telephone: 312-558-5600
Facsimile: 312-558-5700
dbarella@winston.com

*Counsel for Defendants Sam McCullum, Robert Smith and Hoby Brenner*