UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JASON ALFORD, et al., ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 1:23-cv-00358-BPG |
| ) | |
| v. ) | |
| ) | |
| THE NFL PLAYER DISABILITY & ) | |
| SURVIVOR BENEFIT PLAN, et al. ) | |
| ) | |
| Defendants. ) | |

**[Proposed] ORDER**

Before the Court is the Motion to Withdraw Appearance of Counsel. For good cause shown, the Motion is GRANTED.

It is hereby: ORDERED that John W.H. Harding is TERMINATED as counsel for Sam McCullum, Robert Smith, and Hoby Brenner and removed from all service lists.

Entered this ___ day of _____, 2025

_____