**Alford et al**

**vs.**

**The NFL Player Disability & Survivor Benefit Plan et al**

FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

FEB 2 1 2025

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

**Civil No. JRR-23-00358**                                    **Defendant's Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | FEB 2 1 2025 | FEB 2 1 2025 | Case Reference |
| 2 | FEB 2 1 2025 | FEB 2 1 2025 | Dispositive Merits Ruling |
| 3 | | | Physician's Report |
| 4 | | | Physician's Report |
| 5 | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Exhibit List (Rev. 3/1999)