IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Alford et al
    Plaintiff

vs.

The NFL Player Disability &
Survivor Benefit Plan et al
    Defendant

Case No.: JRR-23-00358

******

## Stipulation Regarding Return of Exhibits

The parties hereby **STIPULATE** that the below listed exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

**PLAINTIFF'S EXHIBITS**

All Plaintiff's exhibits returned: _____

**DEFENDANT'S EXHIBITS**

ALL

All Defendant's exhibits returned: 2/21/25

Received the above listed exhibits this date: 2/21/25

Counsel for Plaintiff(s): [signature]

Counsel for Defendant(s): [signature] Greg Jacob

Date: February 21, 2025