IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JASON ALFORD, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> THE NFL PLAYER DISABILITY, <br> & SURVIVOR BENEFIT PLAN, *et al.*, <br><br> *Defendants.* | Civil No. 1:23-cv-00358-JRR |

## ORDER

For purposes of administrative management of the court's docket, and with the parties' notice and consent, it is this 4th day of March 2025 **ORDERED** as follows:

The following motions and court papers are voluntarily withdrawn by their respective filing parties and are deemed re-filed on this 4th day of March 2025:

1. Plaintiffs' Motion for Class Certification at ECF No. 102 and Defendants' opposition to same at ECF No. 111;

2. Defendants' Motions for Summary Judgment at ECF Nos. 115, 124, and 125.

**Madam Clerk shall mark the docket accordingly.**

/S/

_____
Julie R. Rubin
United States District Judge