IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JASON ALFORD, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> THE NFL PLAYER DISABILITY, <br> & SURVIVOR BENEFIT PLAN, *et al.*, <br><br> *Defendants.* | Civil No. 1:23-cv-00358-JRR |

### ORDER

Pending before the court is the parties' joint request to modify deadlines via correspondence at ECF No. 159. It is this 4th day of March 2025 **ORDERED** as follows:

All depositions of Defendants' declarants (offered in support of defense summary judgment motions at ECF Nos. 115, 124, and 125), including Defendants' proffered expert, shall be completed by April 4, 2025;

Plaintiffs' reply in support of their motion for class certification (ECF No. 102) and Rule 26 expert disclosure(s) are due by April 11, 2025.

Plaintiffs' opposition to Defendants' summary judgment motions at ECF Nos. 115, 124, and 125 are due by April 25, 2025. Defendants' replies in support of their summary judgment motions are due by May 23, 2025.

/S/

_____
Julie R. Rubin
United States District Judge