IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Jason Alford et al.

v.

The NFL Player Disability & Survivor Benefit Plan et al.

\*
\*
\*
\*
\*

Case No. 1:23-cv-00358-JRR

### NOTICE OF INTENT TO REQUEST REDACTION

Notice is hereby given that a Redaction Request and/or a motion for additional redactions shall be electronically filed with the Court within 21 days from the filing of the transcript with the Clerk of Court. Access to the Redaction Request will be restricted to the Court and attorneys of record in the case.

March 17, 2025
Date

/s/ Gregory F. Jacob
Signature

Gregory F. Jacob (06769)
Printed Name and Bar Number

O'Melveny & Myers LLP, 1625 Eye Street, N.W., Washington, DC 20006
Address

gjacob@omm.com
Email Address

(202) 383-5300
Telephone Number

(202) 383-5414
Fax Number

### CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of March, 20 25, I electronically filed and served the foregoing Notice of Intent to Request Redaction on the following: all counsel of record                                , and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: _____.

/s/ Gregory F. Jacob
Signature