IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

JASON ALFORD *et al.*,

    Plaintiffs,

v.

THE NFL PLAYER DISABILITY &
SURVIVOR BENEFIT PLAN *et al.*,

    Defendants.

Case No. 1:23-cv-00358-JRR

**[PROPOSED] ORDER**

Upon consideration of Defendants' Joint Motion to Redact at ECF No. ____ (the "Motion"), and any opposition and reply thereto, it is this ___nd/st day of _____ 2025 hereby

**ORDERED** that the Motion shall be, and is hereby, **GRANTED**; and it is further

**ORDERED** that Exhibit A be filed as ECF No. ____.

Date: _____ __, 2025

_____
Julie R. Rubin
United States District Judge