UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BALTIMORE DIVISION

| | |
|---|---|
| JASON ALFORD, DANIEL LOPER, WILLIS McGAHEE, MICHAEL McKENZIE, JAMIZE OLAWALE, ALEX PARSONS, ERIC SMITH, CHARLES SIMS, JOEY THOMAS, and LANCE ZENO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE NFL PLAYER DISABILITY & SURVIVOR BENEFIT PLAN; THE NFL PLAYER DISABILITY & NEUROCOGNITIVE BENEFIT PLAN; THE BERT BELL/PETE ROZELLE NFL PLAYER RETIREMENT PLAN; THE DISABILITY BOARD OF THE NFL PLAYER DISABILITY & NEUROCOGNITIVE BENEFIT PLAN; LARRY FERAZANI; JACOB FRANK; BELINDA LERNER; SAM McCULLUM; ROBERT SMITH; HOBY BRENNER; and ROGER GOODELL,<br><br>Defendants. | Case No. 1:23-cv-00358-JRR |

### [PROPOSED] ORDER

Plaintiffs' Consent Motion for Leave to Exceed Page Limitation of Reply Memorandum in Support of Motion for Class Certification is hereby GRANTED.

Plaintiffs may file a combined reply memorandum in support of their class certification motion (ECF No 102) and memorandum in support of their forthcoming Federal Rule of Evidence motion to exclude the opinions of David B. Lasater, Ph.D. (*see* ECF No. 111-2), of up to thirty pages.

IT IS SO ORDERED.

_____
JULIE R. RUBIN
United States District Judge