*Alford v. The NFL Player Disability & Survivor Benefit Plan*,
No. 1:23-cv-00358-JRR

INDEX OF REPLY EXHIBITS IN FURTHER SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
AND IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE

| Exhibit Letter | Exhibit |
|---|---|
| F | Excerpt from transcript of February 21, 2025 hearing. |
| G | Defendants' response to Interrogatory No. 14 from Defendants' Responses and Objections to Plaintiffs' First Set of Interrogatories, dated and served on September 27, 2024. |
| H | Expert Report of Anthony Hayter, Ph.D., dated April 11, 2025. |
| I | Excerpts from transcript of April 1, 2025 deposition of Hessam ("Sam") Vincent. |
| J | Complete transcript of March 19, 2025 deposition of David B. Lasater, Ph.D. |
| K | Excerpts from transcript of April 2, 2025 deposition of Robert Smith. |
| L | Excerpts from transcript of March 28, 2025 deposition of Adora Williams. |
| M | Excerpts from transcript of April 8, 2025 deposition of Michael B. Miller. |
| N | Exhibit 6 from transcript of April 8, 2025 deposition of Michael B. Miller, bearing Bates number NFL_ALFORD-0012346. |
| O | Neurology/Neuropsychology Neutral Physician Panel Orientation Manual, effective June 8, 2021, produced by Defendants in native format and Bates numbered NFL_ALFORD-0068319. |
| P | Physician Report Forms dated June 3, 2022 and August 22, 2022, produced by Plaintiffs in native format and Bates numbered NFLPLTFS-0001920 and NFLPLTFS-0001921. |
| Q | Expert Report of Joseph A. Garofolo, J.D., dated April 11, 2025. |