UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| JASON ALFORD, DANIEL LOPER, WILLIS McGAHEE, MICHAEL McKENZIE, JAMIZE OLAWALE, ALEX PARSONS, ERIC SMITH, CHARLES SIMS, JOEY THOMAS, and LANCE ZENO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE NFL PLAYER DISABILITY & SURVIVOR BENEFIT PLAN, *et al.*,<br><br>Defendants. | Case No. 1:23-cv-00358-JRR |

**[PROPOSED] ORDER SEALING EXHIBITS
AND UNREDACTED MEMORANDUM**

Upon consideration of Plaintiffs' Motion to Seal ("Motion to Seal"), it is hereby

**ORDERED** that the Motion to Seal is **GRANTED**. Accordingly, it is further

**ORDERED** that (a) Exhibits H-Q to the Reply Declaration of Benjamin R. Barnett in Further Support of Plaintiffs' Motion for Class Certification and in Support of Plaintiffs' Motion to Exclude, dated April 11, 2025, shall be sealed in their entirety; and (b) the unredacted version of the Memorandum of Law in Support of Plaintiffs' Motion to Exclude and Reply Memorandum of Law in Further Support of Plaintiffs' Motion for Class Certification, dated April 11, 2025, shall be sealed.

Dated:   April ___, 2025

_____
JULIE R. RUBIN
United States District Judge