UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BALTIMORE DIVISION

| | |
|---|---|
| JASON ALFORD, DANIEL LOPER, WILLIS McGAHEE, MICHAEL McKENZIE, JAMIZE OLAWALE, ALEX PARSONS, ERIC SMITH, CHARLES SIMS, JOEY THOMAS, and LANCE ZENO, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>THE NFL PLAYER DISABILITY & SURVIVOR BENEFIT PLAN; THE NFL PLAYER DISABILITY & NEUROCOGNITIVE BENEFIT PLAN; THE BERT BELL/PETE ROZELLE NFL PLAYER RETIREMENT PLAN; THE DISABILITY BOARD OF THE NFL PLAYER DISABILITY & NEUROCOGNITIVE BENEFIT PLAN; LARRY FERAZANI; JACOB FRANK; BELINDA LERNER; SAM McCULLUM; ROBERT SMITH; HOBY BRENNER; and ROGER GOODELL,<br><br>　　　　　　　　　Defendants. | Case No. 1:23-cv-00358-JRR |

**PLAINTIFFS' MOTION TO EXCLUDE**

Pursuant to Rule 702 of the Federal Rules of Evidence, Plaintiffs respectfully move the Court to exclude the Declaration of David B. Lasater in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification (ECF No. 111-2) ("Lasater Declaration").

The reasons supporting this motion are set forth in (1) the Memorandum of Law in Support of Plaintiffs' Motion to Exclude and Reply Memorandum of Law in Further Support of Plaintiffs' Motion for Class Certification; and (2) Exhibit J to the Reply Declaration of Benjamin R. Barnett in Further Support of Plaintiffs' Motion for Class Certification and in Support of Plaintiffs' Motion to Exclude, both of which have been filed this date. *See* ECF Nos. 172, 172-1, 172-7, 173. A

proposed Order also accompanies this motion.

WHEREFORE, Plaintiffs respectfully request that the Court exclude the Lasater Declaration from consideration in its adjudication of Plaintiffs' motion for class certification (ECF No 102).

Dated:  April 11, 2025

                                                  Respectfully submitted,

                                              **SEEGER WEISS LLP**

By: *s/ Benjamin R. Barnett*
     Benjamin R. Barnett
     **SEEGER WEISS LLP**
     325 Chestnut Street, Suite 917
     Philadelphia, PA 19106
     Telephone: (215) 553-7980
     bbarnett@seegerweiss.com

     ***Counsel for Plaintiffs and for the Proposed Class and Subclasses***

Christopher A. Seeger *(admitted pro hac vice)*
Diogenes P. Kekatos *(admitted pro hac vice)*
Caleb A. Seeley *(admitted pro hac vice)*
Hillary R. Fidler *(admitted pro hac vice)*
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone:  (973) 639-9100
cseeger@seegerweiss.com
dkekatos@seegerweiss.com
cseeley@seegerweiss.com
hfidler@seegerweiss.com

Samuel L. Katz *(admitted pro hac vice)*
Julia M. Damron *(admitted pro hac vice)*
**ATHLAW LLP**
8383 Wilshire Blvd., Suite 800
Beverly Hills, CA 90211
Telephone:  (818) 454-3652
samkatz@athlawllp.com
julia@athlawllp.com

Bryan F. Aylstock *(admitted pro hac vice)*
Justin G. Witkin *(admitted pro hac vice)*
Douglass A. Kreis *(admitted pro hac vice)*
D. Nicole Guntner *(admitted pro hac vice)*
Bobby J. Bradford (*admitted pro hac vice*)
**AYLSTOCK, WITKIN, KREIS, & OVERHOLTZ, PLLC**
17 E. Main Street, Suite 200
Pensacola, FL 32502
Telephone: (850) 202-1010
BAylstock@awkolaw.com
JWitkin@awkolaw.com
DKreis@awkolaw.com
NGuntner@awkolaw.com
BBradford@awkolaw.com

*Counsel for Plaintiffs and for the*
*Proposed Class and Subclasses*

Jason S. Rathod
Nicholas A. Migliaccio
**MIGLIACCIO & RATHOD LLP**
412 H Street, N.E.
Washington, DC 20002
Telephone: (202) 470-3520
jrathod@classlawdc.com
nmigliaccio@classlawdc.com

*Counsel for Plaintiffs and Liaison Counsel*
*for the Proposed Class and Subclasses*

Robert K. Scott *(admitted pro hac vice)*
Gerry H. Goldsholle *(admitted pro hac vice)*
**ADVOCATE LAW GROUP P.C.**
2330 Marinship Way, Suite 260
Sausalito, CA 94965
Telephone: (949) 753-4950
bob@advocatelawgroup.com
gerry@advocatelawgroup.com

*Additional Counsel for Plaintiffs*

3