## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

### BALTIMORE DIVISION

| | |
|---|---|
| JASON ALFORD, DANIEL LOPER, WILLIS McGAHEE, MICHAEL McKENZIE, JAMIZE OLAWALE, ALEX PARSONS, ERIC SMITH, CHARLES SIMS, JOEY THOMAS, and LANCE ZENO, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiffs, | **Case No. 1:23-cv-00358-JRR** |
| vs. | |
| THE NFL PLAYER DISABILITY & SURVIVOR BENEFIT PLAN; THE NFL PLAYER DISABILITY & NEUROCOGNITIVE BENEFIT PLAN; THE BERT BELL/PETE ROZELLE NFL PLAYER RETIREMENT PLAN; THE DISABILITY BOARD OF THE NFL PLAYER DISABILITY & NEUROCOGNITIVE BENEFIT PLAN; LARRY FERAZANI; JACOB FRANK; BELINDA LERNER; SAM McCULLUM; ROBERT SMITH; HOBY BRENNER; and ROGER GOODELL, | |
| Defendants. | |

## [PROPOSED] ORDER

Plaintiffs having filed a motion for leave to file a consolidated memorandum, not to exceed 75 pages, in opposition to Defendants' three motions for summary judgment, as to Plaintiffs Daniel Loper (ECF No. 115), Jamize Olawale (ECF No. 123), and Charles Sims (ECF No. 125), and the Court having considered the motion, the motion is hereby **GRANTED**.

Plaintiffs may file a consolidated memorandum of up to 75 pages in opposition to Defendants' three summary judgment motions.

IT IS SO ORDERED.

_____

JULIE R. RUBIN
United States District Judge