IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| JASON ALFORD *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>THE NFL PLAYER DISABILITY &<br>SURVIVOR BENEFIT PLAN *et al.*,<br><br>　　　　Defendants. | Case No. 1:23-cv-00358-JRR |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Consent Motion to Hold Deadline in Abeyance at ECF No. 180 (the "Motion"), it is this \_\_nd/st day of _____ 2025 hereby

**ORDERED** that the Motion shall be, and is hereby, **GRANTED**.


Date: _____ \_\_, 2025　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Julie R. Rubin
　　　　　　　　　　　　　　　　　　　　　　United States District Judge