*Alford v. The NFL Player Disability & Survivor Benefit Plan*,
No. 1:23-cv-00358-JRR

INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFFS DANIEL LOPER'S, JAMIZE OLAWALE'S, AND CHARLES SIMS' OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT (ECF NOS. 115, 123, 125)

| Exhibit Number | Exhibit Description |
|---|---|
| 1 | *Castillo v. Webber LLC.*, No. DC-17-16837, (Tex. 101st Dist.-Dallas Cty. Dec. 8, 2017), produced by Plaintiffs in native format and Bates numbered NFLPLTFS-0000024. |
| 2 | Transcript of May 24, 2013 Deposition of Dr. Barry McCasland in *Ahrendt v. Home Depot U.S.A.*, Inc. No. 11-A-4554 (Ga. State Ct.-Cobb Cty. Nov. 11, 2011), produced by Plaintiffs in native format and Bates numbered NFLPLTFS-0000118. |
| 3 | Excerpt from Physician Report Form dated September 4, 2019, bearing Bates number NFL_ALFORD-0004454 |
| 4 | Excerpt from Claims Procedure for Plans Providing Disability Benefits, 81 Fed. Reg. 92,316 (Dec. 19, 2016) (29 C.F.R. § 2560.503-1), produced in native format by Plaintiffs and Bates numbered NFLPLTFS-0000151 . |
| 5 | Excerpts from the transcript of the April 1, 2025 deposition of Hessam ("Sam") Vincent, the Disability Relations Manager of the National Football League Player Benefits Office. |
| 6 | Agenda: Turning Up the Heat on Effective Litigation Strategies, The Hottest Topics in Product Liability and Complex Torts, 2016 Product Liability & Complex Torts Practice Group Seminar. May 20, 2016, Session on Defending a Traumatic Brain Injury Claim, Presented by Stephen Macciocchi, Ph.D. ABPP-CN, produced by Plaintiffs in native format and Bates numbered NFLPLTFS-0000167. |
| 7 | Compilation of Literature authored by Dr. Macciocchi, produced by Plaintiffs in native format and Bates numbered NFLPLTFS-0000156 and NFLPLTFS-0000163. |
| 8 | Amendment to the Services Agreement Between the NFL Player Supplemental Disability & Neurocognitive Benefit Plan and Dr. William Garmoe, dated November 1, 2014 and bearing Bates number NFL_ALFORD-0012319. |
| 9 | Second Amendment to Services Agreement Between the NFL Player Supplemental Disability & Neurocognitive Benefit Plan and Dr. William Garmoe, dated September 23, 2016 and bearing Bates number NFL_ALFORD-0012321. |
| 10 | Excerpts from the transcript of the April 2, 2025 deposition of Board member Robert Smith. |
| 11 | Excerpts from the transcript of the March 28, 2025 deposition of Party Advisor Adora Williams. |
| 12 | Services Agreement Between the NFL Player Supplemental Disability & Neurocognitive Benefit Plan and Dr. Silvanna Riggio, dated June 15, 2017 and bearing Bates number NFL_ALFORD-0012413. |
| 13 | NFL Neurological Care Program Website, Published Aug. 9, 2013, produced by Plaintiffs in native format and Bates numbered NFLPLTFS-0000071. |

| | |
|---|---|
| 14 | Silvana Riggio, MD, "About Me," Mount Sinai - New York, produced by Plaintiffs in native format and Bates numbered NFLPLTFS-0000073. |
| 15 | Services Agreement Between the NFL Player Supplemental Disability & Neurocognitive Benefit Plan and Dr. Kevin Kessler, dated March 1, 2017 and bearing Bates number NFL_ALFORD-0012332. |
| 16 | Compilation of documents evidencing Neutral Physicians advertising their NFL, NFLPA, or Plan affiliation, produced by Plaintiffs in native format and Bates numbered NFLPLTFS-0000034-39; NFLPLTFS-0000046-53; NFLPLTFS-0000058-60; NFLPLTFS-0000075; NFLPLTFS-0000077; NFLPLTFS-0000079; NFLPLTFS-0000081. |
| 17 | Compilation of decision letters sent to Plaintiffs and absent members of the proposed class, produced by Plaintiffs in native format and Bates numbered NFLPLTFS-000048; NFLPLTFS-0000172; NFLPLTFS-0000308; NFLPLTFS-0000342; NFLPLTFS-0000344; NFLPLTFS-0000368; NFLPLTFS-0000442; NFLPLTFS-0000443; NFLPLTFS-0000476; NFLPLTFS-0000505; NFLPLTFS-0000530; NFLPLTFS-0000573; NFLPLTFS-0000671; NFLPLTFS-0000690. |
| 18 | Decision Letters dated May 18, 2020 and November 22, 2022, the former produced by Plaintiffs in native format and Bates numbered NFLPLTFS-0003143, and the latter Bates numbered NFL_ALFORD-0061584. |
| 19 | Compilation of excerpts from decision letters sent to Plaintiffs and absent members of the proposed class Bates numbered NFL_ALFORD-0011872; and the following produced by Plaintiffs in native format and Bates numbered: NFLPLTFS-0000405; NFLPLTFS-0000438; NFLPLTFS-0000490; NFLPLTFS-0000498; NFLPLTFS-0000518; NFLPLTFS-0000606; NFLPLTFS-0000708; NFLPLTFS-0000720. |
| 20 | Compilation of excerpts from decision letters sent to Plaintiffs and absent members of the proposed class Bates numbered NFL_ALFORD-0011872; and the following produced by Plaintiffs in native format and Bates numbered: NFLPLTFS-0000405; NFLPLTFS-0000485; NFLPLTFS-0000490; NFLPLTFS-0000498; NFLPLTFS-0000518; NFLPLTFS-0000606; NFLPLTFS-0000708; NFLPLTFS-0000720. |
| 21 | Compilation of excerpts from decision letters sent to Plaintiffs and absent members of the proposed class Bates numbered NFL_ALFORD-0011872; and the following produced by Plaintiffs in native format and Bates numbered: NFLPLTFS-0000498; NFLPLTFS-0000567; NFLPLTFS-0000606; NFLPLTFS-0000612. |
| 22 | Compilation of excerpts of decision letters sent to Plaintiffs and absent members of the proposed class, Bates numbered NFL_ALFORD-0000553; NFL_ALFORD-0000687; NFL_ALFORD-0049740; NFL_ALFORD-0021028; NFL_ALFORD-0004417; NFL_ALFORD-0004684; NFL_ALFORD-0009156; NFL_ALFORD-0010283; NFL_ALFORD-0010769; NFL_ALFORD-0011212; NFL_ALFORD-0011412; NFL_ALFORD-0015212; NFL_ALFORD-0016247; NFL_ALFORD-0016387; NFL_ALFORD-0020465; NFL_ALFORD-0021211; NFL_ALFORD-0023672; NFL_ALFORD-0023818; NFL_ALFORD-0024082; NFL_ALFORD-0024395; NFL_ALFORD-0049402; and the following produced by Plaintiffs in native format and Bates numbered: NFLPLTFS-0000381; NFLPLTFS-0000443; NFLPLTFS-0000583; NFLPLTFS-0000584; NFLPLTFS-0000586; NFLPLTFS-0000593; NFLPLTFS-0000595; NFLPLTFS-0000596; NFLPLTFS-0000599; |

| | |
|---|---|
| | NFLPLTFS-0000600; NFLPLTFS-0000601; NFLPLTFS-0000603; NFLPLTFS-0002187. |
| 23 | Excerpt from Transcript of October 28, 2021 Deposition of then-Board member Richard Willis Cass, in *Cloud v. The Bert Bell/Pete Rozelle NFL Player Retirement Plan*, No. 3:20-CV-1277-S (N.D. Tex.). |
| 24 | Compilation of "Summary Sheets" prepared by Counsel for the Plan for Plaintiff Jamize Olawale, Bates numbered NFL_ALFORD-0009163; NFL_ALFORD-0009541 and NFL_ALFORD-0021174. |
| 25 | Excerpt from NFL Disability Plan Summary Plan Description, August 2019, Bates numbered NFL_ALFORD-0012016. |
| 26 | Excerpt from NFL Disability Plan Summary Plan Description, October 2021, Bates numbered NFLPLTFS-0000107. |
| 27 | Compilation of "Summary Sheets" prepared by Counsel for the Plan for Plaintiff Charles Sims, Bates numbered NFL_ALFORD-0009864; NFL_ALFORD-0010112; NFL_ALFORD-0010256; . |
| 28 | Excerpts from Transcript of February 21, 2025, hearing on Plaintiffs' Motion to Compel. |
| 29 | Compilation of physician report forms for Plaintiffs and absent members of the proposed class, Bates numbered NFL_ALFORD-0024102, and the following produced by Plaintiffs in native format and Bates numbered: NFLPLTFS-0001404. |
| 30 | Decision letter dated November 15, 2021, produced by Plaintiffs in native format and Bates numbered NFLPLTFS-0000778. |
| 31 | Compilation of excerpts of physician report forms for absent members of the proposed class, produced by Plaintiffs in native format and Bates numbered NFLPLTFS-0000178; NFLPLTFS-0000181; NFLPLTFS-0000182; NFLPLTFS-0001135; NFLPLTFS-0002175; NFLPLTFS-0002259; NFLPLTFS-0002655; NFLPLTFS-0003103. |
| 32 | Compilation of decision letters sent to Plaintiffs and absent members of the proposed class, Bates numbered NFL_ALFORD-0004684; NFL_ALFORD-0009846; NFL_ALFORD-0011212; and the following produced by Plaintiffs in native format and Bates numbered NFLPLTFS-0000431; NFLPLTFS-0000480; NFLPLTFS-0000573; NFLPLTFS-0000612. |
| 33 | March 31, 2022 medical records submitted to the Plan by Plaintiff Charles Sims, Bates numbered NFL_ALFORD-0010274. |
| 34 | Compilation of excerpts from documents evidencing applicants' required travel to Neutral Physicians, Bates numbered NFL_ALFORD-0010769; and the following produced by Plaintiffs in native format and Bates numbered: NFLPLTFS-000148; NFLPLTFS-0000418; NFLPLTFS-0000474; NFLPLTFS-0000529; NFLPLTFS-0000625; NFLPLTFS-0000801; NFLPLTFS-0001560; NFLPLTFS-0002387. |
| 35 | Excerpt of Dec. 12, 2018 Physician Report Form for Nicholas Harper; produced n by Plaintiffs in native format and Bates numbered NFLPLTFS-0001867. |
| 36 | Compilation of excerpts of Physician Report Forms for absent members of the proposed class, produced by Plaintiffs in native format and Bates numbered NFLPLTFS-0001149 and NFLPLTFS-0002091. |

| | |
|---|---|
| 37 | Compilation of excerpts from Physician Report Forms for absent members of the proposed class, produced by Plaintiffs in native format and Bates numbered NFLPLTFS-0001467 and NFLPLTFS-0001626. |
| 38 | Excerpt from Physician Report Form for Bradley Jackson, produced by Plaintiffs in native format and Bates numbered NFLPLTFS-0000889. |
| 39 | Excerpt from Physician Report Form for Charles Peprah, produced by Plaintiffs in native format and Bates numbered NFLPLTFS-0001128. |
| 40 | March 5, 2020, email from Dr. Shah Re: Daniel Loper, Bates numbered NFL_ALFORD-0001140. |
| 41 | "Summary Sheets" prepared by Counsel for the Plan for Plaintiff Daniel Loper, Bates numbered NFL_ALFORD-0001481 |
| 42 | November 15, 2021 Decision letter sent to Louis Delmas, produced by Plaintiffs and Bates numbered NFLPLTFS-0000778. |
| 43 | Excerpt from November 3, 2023 Decision letter sent to Demetrius Harris, produced natively by Plaintiffs in native format and Bates numbered NFLPLTFS-0002503. |
| 44 | Compilation of Physician Report Forms for Plaintiffs and absent members of the proposed class Bates numbered NFL_ALFORD-0021739, and the following, produced by Plaintiffs in native format and Bates numbered: NFLPLTFS-0001056; NFLPLTFS-0001410; NFLPLTFS-0001965; NFLPLTFS-0002155. |
| 45 | Excerpt from Physician Report Form for Jeron Mastrud, produced by Plaintiffs in native format and Bates numbered NFLPLTFS-0000920. |
| 46 | Compilation of excerpts of documents evidencing rejection of consideration the "cumulative effect" of all impairments, produced by Plaintiffs in native format and Bates numbered NFLPLTFS-0000472; NFLPLTFS-0001026; NFLPLTFS-0002159; NFLPLTFS-0002369; NFLPLTFS-0002942; NFLPLTFS-0003241. |
| 47 | Excerpt of Physician Report Form for Marquice Cole, produced by Plaintiffs in native format and Bates numbered NFLPLTFS-0001636. |
| 48 | Compilation of excerpts from Physician Report Forms for absent members of the proposed class completed by Drs. Cooper, Salisbury, and O'Rourke, produced by Plaintiffs in native format and Bates numbered NFLPLTFS-0000178; NFLPLTFS-0000218; NFLPLTFS-0000233; NFLPLTFS-0001129; NFLPLTFS-0001130; NFLPLTFS-0001131; NFLPLTFS-0001132; NFLPLTFS-0001133; NFLPLTFS-0001762; NFLPLTFS-0001764; NFLPLTFS-0001782; NFLPLTFS-0002254; NFLPLTFS-0002666; NFLPLTFS-0003166; NFLPLTFS-0003167. |
| 49 | Biography of Douglas B. Cooper, Ph.D., ABPP-CN, South Texas Neuropsychology, produced natively Plaintiffs in native format and Bates numbered NFLPLTFS-0000045. |
| 50 | Compilation of excerpts from Physician Report Forms for Plaintiffs and absent members of the proposed class completed by Dr. Apple, produced by Plaintiffs in native format and Bates numbered NFLPLTFS-0000349, NFLPLTFS-0000387, NFLPLTFS-0000866. |
| 51 | Compilation of excerpts of Physician Report Forms and Decision Letters completed for Plaintiffs and absent members of the proposed class, produced by Plaintiffs in native format and Bates numbered NFLPLTFS-0000258; NFLPLTFS-0000270; NFLPLTFS-0000272; NFLPLTFS-0000278; NFLPLTFS-0000869; |

| | |
|---|---|
| | NFLPLTFS-0000870; NFLPLTFS-0001891; NFLPLTFS-0001892; NFLPLTFS-0002669. |
| 52 | Sports Medicine Associates Website, produced by Plaintiffs in native format and Bates numbered NFLPLTFS-0003227. |
| 53 | Feb. 12, 2019, Movant Health Facebook Post, produced by Plaintiffs in native format and Bates numbered NFLPLTFS-0000062. |
| 54 | Compilation of excerpts from Physician Report Forms and Decision Letters completed for Plaintiffs and absent members of the proposed class, produced by Plaintiffs in native format and Bates numbered NFLPLTFS-0001083; NFLPLTFS-0001696; NFLPLTFS-0001697; NFLPLTFS-0001699; NFLPLTFS-0001849; NFLPLTFS-0002973; NFLPLTFS-0002975; NFLPLTFS-0002976; NFLPLTFS-0003239. |
| 55 | September 13, 2022 Decision letter sent to Plaintiff Daniel Loper, Bates numbered NFL_ALFORD-0064367 |
| 56 | Compilation of excerpts of Physician Report Forms completed for absent members of the proposed class, produced natively by Plaintiffs in native format and Bates numbered NFLPLTFS-0000964; NFLPLTFS-0000985; NFLPLTFS-0001772; NFLPLTFS-0003166; NFLPLTFS-0003167. |
| 57 | Excerpt from Transcript of October 10, 2021 Deposition of Hessam "Sam" Vincent in *Cloud v. The Bert Bell/Pete Rozelle NFL Player Retirement Plan*, No. 3:20-CV-1277-S (N.D. Tex.). |