# EXHIBIT 6

File Provided Natively

NFLPLTFS-0000167

# ALFA International
## The Global Legal Network
## Local Relationships Worldwide



# TURNING UP THE HEAT
## on Effective Litigation Strategies
### The Hottest Topics in Product Liability and Complex Torts

**2016 Product Liability & Complex Torts Practice Group Seminar**

May 18-20, 2016
The Ritz-Carlton, Amelia Island
Amelia Island, Florida

www.alfainternational.com



# TURNING UP THE HEAT
## on Effective Litigation Strategies
### The Hottest Topics in Product Liability and Complex Torts

**2016 Product Liability & Complex Torts Practice Group Seminar**
**May 18-20, 2016**
**The Ritz Carlton, Amelia Island, Amelia Island, Florida**

Welcome to the 2016 ALFA International Product Liability and Complex Torts Practice Group Seminar at the beautiful Ritz-Carlton in Amelia Island, Florida. Islands conjure up thoughts of the ocean, beaches, cocktails with umbrellas and rays from the hot sun. You'll experience plenty of heat while outside on the beach, but you'll feel the heat inside also. During this seminar, you'll hear from ALFA International attorneys and company leaders on the hottest topics in product liability and complex torts. Every topic presented covers either an up-and-coming issue for companies or includes a new spin on an older issue.

Here is a quick glance at the topics we will discuss during the seminar:

- With the internet and smart phones, it's easy for anyone, including jurors, to access information at any time. Therefore, there will be a panel offering advice on how to combat jurors' internet use misconduct.
- "Smart" products are everywhere, not just in phones. One panel will address malfunctioning "smart" products and what to do when you have one of these products.
- A concerning topic for any company leader is the news that some of their counterparts are being criminally prosecuted for defective products. Thus, we have a panel discussing this area and what can be done to avoid prosecution.
- Mediation is the means by which most cases resolve. For this reason, there will be a panel discussing the politics of mediation to allow you to see the process from all perspectives.
- The reptile theory is being used regularly by plaintiffs. There will be a panel specifically advising how to defend against its use.
- Food products are being attacked on various grounds by the plaintiffs' bar, so we will have a panel discussing how to defend the latest theories.
- Hazard analysis is always important in the product liability/complex tort context. There will be a group discussing the effect a company's hazard analysis has on litigation.
- The rich man's soft-tissue injury is now the mild traumatic brain injury; a panel will offer advice on the best way to defend against these damage claims.
- Finally, there will be a lightning round with short updates on critical areas of law like personal jurisdiction and spoliation among others.

After you're done sweating through these hot topics, you can cool off by swimming in the pool or playing in the ocean. We'll also have activities to keep you entertained and networking opportunities to give you the chance to meet your colleagues.

Welcome again to the 2016 ALFA International Product Liability and Complex Torts Practice Group Seminar. We look forward to seeing you in the classroom and on the beach!

**Steven Hamilton**
*Program Chair, 2016 Product Liability & Complex Torts Practice Group Seminar*
HALL & EVANS, LLC
Denver, Colorado

### ALL ABOUT AMELIA ISLAND

Situated along 13 miles of pristine, picturesque Atlantic coastline, Amelia Island is the southernmost of the Sea Islands, a chain of barrier islands along the eastern U.S. seaboard. Located on Amelia Island, Fernandina Beach, Florida, was once a vibrant Victorian village by the sea. Amelia Island also owns the unique distinction of being the only U.S. city to have once been under the domain of eight different nations, and is still known as the Isle of 8 Flags. Today, this seaside retreat is perfect for nature lovers and those who thrive on sun, sand and outdoor sports and offers an abundance of Amelia Island things to do. The closest airport is the Jacksonville International Airport, which is approximately 30 minutes from the resort. A taxi is the suggested mode of transport to the Ritz-Carlton.

## What is ALFA International?

ALFA International is the premier network of independent law firms. Founded in 1980, ALFA International was the first and continues to be one of the largest and strongest legal networks. We have 150 member firms throughout the world. Our 80 U.S. firms represent 95 of the 100 largest metropolitan areas. Our 70 international firms are located throughout Europe, Asia, Australia/New Zealand, Africa, Canada, Mexico and South America.

ALFA International's mission is to provide high quality, cost efficient legal services wherever our clients need them. The ALFA International model enables our members to use their local expertise to deliver highly effective legal solutions, often drawing upon the collective wisdom and experience of other member firms. ALFA International clients benefit from a geographically comprehensive network of exceptional law firms and accomplished trial and business counsel. Our member firms meet high standards to be part of the ALFA International network and are well respected by their peers in the legal and business community.

www.alfainternational.com

**ALFA** International
The Global Legal Network
Local Relationships Worldwide

## Wednesday, May 18th

**2:00 P.M. – 6:00 P.M.**
**REGISTRATION OPENS**
*The Courtyard*

**2:00 P.M. – 5:00 P.M.**
**FACULTY REHEARSAL**
*Amelia Ballroom*

**3:00 P.M – 4:00 P.M.**
**CLIENT ADVISORY BOARD MEETING**
*Seaside*

**4:00 P.M. – 5:30 P.M.**
**IN-HOUSE COUNSEL ROUNDTABLE**
*Cumberland*

Client guests are invited to an exclusive Roundtable for Corporate Counsel in an open and off-the-record discussion to share best practices. Outside counsel will not attend. Controlling outside legal costs, attorney/client privilege, and compliance are just some of the issues which will be discussed.

**5:00 P.M. – 5:30 P.M.**
**ALL ALFA ATTORNEY MEETING**
*Santa Maria*

**5:30 P.M. – 6:30 P.M.**
**WOMEN'S INITIATIVE RECEPTION**

### Leading, Litigating & Laughing over Libations

*Talbot Colonnade*

Join fellow female counterparts for cocktails and lively chats before the seminar gets into full swing.



**Sheila Kerwin**
*Women's Initiative Liaison*
NILAN JOHNSON LEWIS, PA
Minneapolis, Minnesota

**6:30 P.M. – 9:30 P.M.**
**WELCOME COCKTAILS & BUFFET DINNER**
*The Courtyard*

We welcome all attendees to join us for dinner, drinks and conversation in the resort courtyard. Get a taste of island hospitality while connecting with colleagues.

## Thursday, May 19th

**7:30 A.M. – 9:30 A.M.**
**BREAKFAST BUFFET**
*Talbot Colonnade*

Attorneys 7:30 A.M. - 8:30 A.M.
Spouses 7:30 A.M. - 9:30 A.M.

**8:45 A.M. – 4:30 P.M.**
**PROGRAM SESSIONS**
*Talbot Ballroom*

**8:45 A.M. – 9:00 A.M.**
**WELCOME REMARKS**

**J.K. Leonard**
*Chair, ALFA International Board of Directors*
NAMAN, HOWELL, SMITH & LEE, P.L.L.C.
San Antonio, Texas

**Kara Stubbs**
*Chair, ALFA Product Liability and Complex Torts Practice Group*
BAKER STERCHI COWDEN & RICE L.L.C.
Kansas City, Missouri

**Steven Hamilton**
*Program Chair, 2016 Product Liability & Complex Torts Practice Group Seminar*
HALL & EVANS, L.L.C
Denver, Colorado

**9:00 A.M. – 10:15 A.M.**
**OPENING GENERAL SESSION**

# PUTTING YOUR BEST FACE FORWARD –
### INFLUENCING THE INTERNET IN ANTICIPATION OF JUROR MISCONDUCT

We all know they do it. Jurors run internet searches during trial even when they are instructed not to. Jurors will Google your product, your website, your lawyers, your executives and will even Google you. You can't really stop it. But can you fight back? This session will tell you how. The panel will discuss the problem of juror internet use misconduct, typical areas jurors search, what they can find, and what companies can do to "shape" their internet presence to give favorable impressions to jurors. We will also ask the question – can this be construed as jury tampering, and what are the ethical boundaries?

**Brian N. Johnson**
*Moderator*
NILAN JOHNSON LEWIS PA
Minneapolis, Minnesota

**Cindy Khin**
*Life Sciences Casualty Resolution Director*
BERKLEY LIFE SCIENCES
New York, New York

**Mary Grace Schaeffer**
*Senior Vice President*
DECISIONQUEST
Eden Prairie, Minnesota

**Robert C. deRossett**
YOUNG MOORE & HENDERSON, P.A.
Raleigh, North Carolina

**10:15 A.M. – 10:30 A.M.** BREAK

**10:30 A.M. – 11:30 A.M.** BREAKOUT SESSIONS GROUP I

### A.

### SKINNING THE REPTILE
**What the Reptile Theory is, Where it Shows up in Your Case, and (most importantly) How to Make Alligator Boots with It**

This panel will provide a primer on The Reptile Theory that is being unleashed by the Plaintiffs' Bar in litigation across the country. Panelists will discuss practice pointers on how to identify when The Reptile is being used by Plaintiffs' counsel in your case and provide techniques designed to neutralize the effectiveness of the approach. The presentation will also include a mock witness examination highlighting Plaintiffs' counsel's Reptile techniques on corporate representatives and effective tools for responding to such techniques.

**Bryan Martin**
*Moderator*
HAIGHT BROWN & BONESTEEL LLP
Los Angeles, California

**Robert Feldman**
*Assistant General Counsel*
THYSSENKRUPP ELEVATOR CORPORATION
Tamarac, Florida

**Scott Schillings**
HINKLE LAW FIRM LLC
Wichita, Kansas

**Mark A. Eck**
MEYER, DARRAGH, BUCKLER, BEBENEK & ECK, P.L.L.C.
Pittsburgh, Pennsylvania

### B.

### PRODUCT MALFUNCTION THEORY: WHEN "SMART" PRODUCTS ACT DUMB

Products we use every day are getting smarter with more functions and performance with less consumer input, everything from an internal medical device that is programmable remotely, a refrigerator that tells your mobile phone when it is out of milk, to cars that drive and park themselves. These products are "smart" but what happens when they have built in flaws or act in unexpected ways? This session will explore how these products interact with their users, other products, and their environment, along with the current and anticipated liability issues created by these products' "intelligence."

**Robert G. Smith**
*Moderator*
LORANCE & THOMPSON, P.C.
Houston, Texas

**George Feygin**
*Senior Managing Counsel*
NISSAN NORTH AMERICA, INC.
Franklin, Tennessee

**Sonia Valdes**
*Vice President-Claims*
MEDMARC INSURANCE GROUP
Chantilly, Virginia

**Beth S. Rose**
SILLS CUMMIS & GROSS P.C.
Newark, New Jersey

### C.

### FEDERAL CRIMINAL LIABILITY OF CORPORATE OFFICERS FOR PRODUCT DEFECTS

Recent federal investigations and prosecutions have highlighted the exposure of individual corporate officers for failing to properly respond to product defects. The September 2015 memorandum of Deputy Attorney General Yates also reflects increased DOJ focus on individual accountability for corporate wrongdoing. This session will review the General Motors case and similar investigations that offer lessons on how to manage the risk of individual criminal liability.

**Chilton (Chad) Goebel**
*Moderator*
GERMAN, GALLAGHER & MURTAGH, P.C.
Philadelphia, Pennsylvania

**Chris Schilder**
*Assistant General Counsel*
SAFWAY GROUP HOLDING LLC
Milwaukee, Wisconsin

**Robbie Foster**
NELSON MULLINS RILEY & SCARBOROUGH LLP
Columbia, South Carolina

**Donald Lewis**
NILAN JOHNSON LEWIS PA
Minneapolis, Minnesota

**11:30 A.M. – 1:00 P.M.**
LUNCH BUFFET
*Talbot Colonnade*



**1:00 P.M. – 2:00 P.M.** BREAKOUT SESSIONS GROUP II

### A.

### POLITICS OF MEDIATION

"We May Have Arrived in Different Ships, But We're All in the Same Boat Now." The session will explore the politics of mediation, including building the relationship between outside and inside counsel and the complications created by involvement of both primary and excess insurance coverage.

**Christopher Knight**
*Moderator*
FOWLER WHITE BURNETT P.A.
Miami, Florida

**Dawn Wagner**
*Assistant General Counsel*
ZURICH NORTH AMERICA
Schaumburg, Illinois

**Jess Gamiere**
*Senior Counsel*
SHERWIN-WILLIAMS
Cleveland, Ohio

**Mark Hayes**
ROBINSON & MCELWEE PLLC
Charleston, West Virginia

**Alan Easterly**
LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC
Chattanooga, Tennessee

### B.

### GENETICALLY MODIFIED LITIGATION:
Innovative Liability Theories Being Tested Against the Food, Beverage, and Consumer Packaged Goods (CPG) Industries.

Consumers are becoming increasingly concerned with the content and source of the food, beverages and products in their homes. These concerns are being played out in courtrooms across the country in civil and, sometimes, even criminal cases. Are the novel theories presented against these industries being met with a Teflon surface, or are they beginning to spill over and stick into other areas of manufacturing? The theories are both creepy and creeping. This panel will explore new trends and the twists on age old theories of liability which are challenging the food, beverage and CPG industries. This panel is not just for those industries, because in today's interconnected and conscious world, your products could easily become the next target.

**Sean McDonough**
*Moderator*
MORRISON MAHONEY LLP
Boston, Massachusetts

**John Exner**
*General Counsel and Assistant Secretary*
SENECA FOODS
Janesville, Wisconsin

**Adam H. Cooper**
CARTER CONBOY
Albany, New York

**Darren Mulford**
*Director of Casualty Claims*
TYSON
Fayetteville, Arkansas

### C.

### THE HAZARD ANALYSIS CARD: WHAT'S IN YOUR COMPANY WALLET?

Not having the right card in your company's "wallet" can most certainly lead to the company revenue wallet being slim even if you design a safe product. FMEA, FMECA, Fault Tree, Functional Hazard Assessment… call it what you like…it is hazard analysis and it is a formalized, systematic and undeniably necessary process embraced in fields spanning from health care, manufacturing systems/processes, on-time manufacturing business models and, of course, product design. The benefits of a well-formulated and documented risk assessment/hazard analysis extend well beyond defending litigation, but also encompass costs savings, new product development, marketing new products and preventing litigation. This session will focus not only on key considerations when performing a formal hazard analysis but also on how these processes are used as a litigation sword by the plaintiff, can create the foundation of litigation defense, the necessity of documenting the process, following it, the benefits in having done so and the risks of not doing so, including the absence of a formal hazard analysis file.

**Matthew J. Stanczyk**
*Moderator*
PLUNKETT COONEY
Detroit, Michigan

**Ellen Kaines**
*Vice President of Finance*
NATIONAL BULK EQUIPMENT
Holland, Michigan

**Gary L. VanderMolen, M.S., P.E.**
*Senior Consultant*
RIMKUS CONSULTING GROUP
Nashville, Tennessee

**Matthew D. Jacobson**
WHITFIELD & EDDY LAW
Des Moines, Iowa

---

**2:00 P.M. – 2:15 P.M.**

**BREAK**

**2:15 P.M – 3:15 P.M.**

**BREAKOUT SESSIONS GROUP III**

(Repeat Group I)

**3:15 P.M. – 3:30 P.M.**

**BREAK**

**3:30 P.M. – 4:30 P.M.**

**BREAKOUT SESSIONS GROUP IV**

(Repeat Group II)



**7:00 P.M. – 10:00 P.M.**

Cocktail Reception & Dinner Buffet

*Oceanfront Lawn*

Tonight we dine on the beautiful Oceanfront Lawn.
The ocean view is the perfect backdrop for cocktails, dinner and live jazz music.

## Friday, May 20th

**7:30 A.M. – 9:30 A.M.**

**BREAKFAST BUFFET**
*Talbot Colonnade*

Attorneys 7:30 A.M. - 8:15 A.M.
Spouses 7:30 A.M. - 9:30 A.M.

**8:30 A.M. – 12:00 P.M.**

**GENERAL SESSONS**
*Talbot Ballroom*

**8:30 A.M. – 8:40 A.M.**

**OPENING REMARKS**

**8:40 A.M. – 9:00 A.M.**

**REPORT FROM IN-HOUSE COUNSEL ROUNDTABLE**

Corporate Counsel will be having an "in-house counsel only" roundtable on Wednesday afternoon. Representatives from the meeting will provide a report on the roundtable.

**9:00 A.M. – 10:15 A.M**

**GENERAL SESSION**

## DEFENDING A TRAUMATIC BRAIN INJURY CLAIM – THE TERROR TO COME

DEFENDING PSYCHOLOGICAL INJURY CLAIMS AND MILD TRAUMATIC BRAIN INJURY CLAIMS IN THE WAKE OF DSM V.

This panel will explore new developments in defending mild traumatic brain injuries (mTBI) including the impact that the new Diagnostic and Statistical Manual V will have in the area. One of the panelists is a significant researcher and writer in the field of mTBI who also is a lead reviewer for the NFL in their concussion litigation. The panel will inform on ways to defeat or mitigate these claims based on current science and explore how best to convince a jury that a plaintiff's brain is hard boiled and not scrambled.

**Brian McCarthy**
*Moderator*
MCDOWELL KNIGHT ROEDDER & SLEDGE, L.L.C.
Mobile, Alabama

**Thomas Johnson**
*Director of Litigation*
KAWASAKI MOTOR CORPORATION
Orange County, California

**Stephen Macciocchi, Ph.D. ABPP-CN**
ATLANTA NEUROPSYCHOLOGY LLC
Atlanta, Georgia

**Everett Smith**
*General Counsel*
ICON HEALTH & FITNESS
Logan, Utah

**Warner S. Fox**
HAWKINS PARNELL THACKSTON & YOUNG LLP
Atlanta, Georgia

**10:15 A.M. – 10:30 A.M.**

**BREAK**



**10:30 A.M. – 11:45 A.M.  GENERAL SESSION**

## ON YOUR MARK … GET SET … GO!!! IT'S THE SPEED ROUND!

Fasten your seatbelts as six rising ALFA stars sprint us through the "Speed Round," where they will give us the latest on a variety of topics important to product manufacturers and those who counsel them and defend product liability litigation! Topics include: challenges to personal jurisdiction; spoliation of evidence both before and after recent changes to the federal rules; the latest on exclusion of experts at trial; litigation hold strategies; the use of "insurance archaeology" to identify hidden or forgotten insurance coverage; and what to include in agreements with foreign manufacturers. The panel promises thrills and chills, but hopefully no spills, as they try to beat the clock to share information you need to improve your practices!

**Kevin G. Owens**
*Moderator*
JOHNSON & BELL
Chicago, Illinois

**Robert F. Chapski**
LEWIS THOMASON
Nashville, Tennessee

**Nicholas E. Wheeler**
COSGRAVE VERGEER KESTER LLP
Portland, Oregon

**Ellen S. Presley**
BRADLEY ARANT BOULT CUMMINGS LLP
Birmingham, Alabama

**Whitney L. Stefko**
HAIGHT BROWN & BONESTEEL LLP
Los Angeles, California

**Meghan M. Sciortino**
*JOHNSON & BELL, LTD.*
Chicago, Illinois

**11:45 A.M. – 12:00 P.M.**

## CLOSING REMARKS

**12:00 P.M. – 1:00 P.M.**

### LUNCH BUFFET
*Talbot Colonnade*



**1:00 P.M. – 5:00 P.M.**
### OPTIONAL ACTIVITY: AFTERNOON AT THE BEACH
Soak up some sun and play beach games while connecting with attorneys and clients during the afternoon on the beach. Beach chairs, towels and umbrellas will be provided along with drinks, snacks and plenty of games and activities, so there is something for everyone this afternoon! Advance registration is required.

**7:00 P.M. – 10:00 P.M.**
### OPTIONAL DINNER: GOLF CLUB
Join attorneys and clients in one final dinner for those staying at the resort on Friday evening. The Golf Club will host cocktails outside on the terrace followed by a buffet dinner. Advance registration is required.

## FACULTY BIOS

**Robert F. Chapski** is an equity shareholder in the Nashville office of the ALFA International member firm, Lewis Thomason, and serves on the firm's board of directors as well as chair of the firm's product liability practice group. Mr. Chapski regularly advises and represents businesses and individuals in a variety of litigation-related practice fields including product liability, tort, commercial/business litigation and employment law. He represents various national clients in complex, high-exposure federal and state court matters, and he has served as both lead trial counsel and appellate counsel. Mr. Chapski frequently speaks on topics related to business, personal injury, and product liability litigation and, in addition to holding various bar memberships, he is a member of the International Association of Defense Counsel and the Product Liability Advisory Council. Mr. Chapski has been honored by numerous organizations including Best Lawyers, Mid-South Super Lawyers, and has an AV Preeminent Rating from Martindale-Hubbell. He is a graduate of the University of Notre Dame and the University of Tennessee College of Law, graduating first in his class at both institutions.

**Adam H. Cooper** is a member of the Albany, New York, ALFA International firm of Carter Conboy, P.C., concentrating his practice in the fields of product liability, food law and liability, professional liability, personal liability, and premises liability. His clients include commercial retailers, industrial manufacturers, food producers and processors. He also represents professionals before administrative licensing boards in the context of investigations and disciplinary hearings. He has achieved successful results for his clients at the trial and appellate levels and has extensive experience in motion practice. He has an "AV" rating from Martindale Hubbell and is listed as a New York "Super Lawyer." He is Past-President of the Federation of Bar Associations for the Fourth Judicial District of New York and Past-President of the Defense Research Institute of Northeastern, New York. Mr. Cooper obtained a bachelor's degree from St. Lawrence University and his law degree from the Albany Law School of Union University.

**Robert deRosset** practices law in the field of civil litigation with a special emphasis on construction, product liability, and business litigation. Robert tries cases in the Superior Court throughout North Carolina and in each of North Carolina's three federal district courts. Robert is licensed to practice law in both North Carolina and South Carolina, and is certified by the North Carolina Dispute Resolution Commission to conduct mediated settlement conferences in Superior Court cases. He holds an AV rating from Martindale-Hubbell. Prior to joining Young Moore and Henderson, the ALFA International Member firm in Raleigh, NC, in 2001, Robert practiced law for two years in Columbia, South Carolina, and served as a United States Peace Corps Volunteer in León, Nicaragua. Through his experience in Nicaragua, Robert became fluent in written and spoken Spanish. He has been able to use his language skills to better serve clients of Young Moore and Henderson and to effectively mediate cases involving parties whose primary language is Spanish.

**Alan B. Easterly** is a Member of the ALFA International law firm of Leitner, Williams, Dooley & Napolitan, PLLC. He practices out of its Chattanooga, Tennessee, office. His practice concentrates in transportation, products liability, complex/mass torts, insurance, premises liability, auto liability, construction, and general negligence matters. He has managed, tried or otherwise successfully defended significant product liability, transportation, toxic tort, and complex tort cases, among others. Mr. Easterly is

a Martindale Hubbell AV-rated attorney, the highest available rating for professional abilities and ethics, and is listed in "Best Lawyers in America." He is a Rule 31 Listed Mediator in the State of Tennessee. He is active in the ALFA International Transportation, Hospitality, and Products Liability and Complex Torts Practice Groups. He received his BA from the University of Tennessee in 1985, and his J.D. from the University of Memphis in 1988.

**Mark A. Eck** is a Notre Dame and Pitt Law School graduate. He is a partner in the Pittsburgh, Pennsylvania ALFA International member firm of Meyer, Darragh, Buckler, Bebenek & Eck where he has extensive litigation experience in the state and federal courts of Pennsylvania and West Virginia. Mark has litigated numerous product liability matters involving varieties of consumer products and industrial and other equipment. Mark also has extensive experience with alternative dispute resolution and the handling of matters in arbitration. Mark also heads the electronic discovery practice at the firm.

**John D. Exner** has been General Counsel of Seneca Foods Corporation since 2006 and Assistant Secretary since 2007. He was Legal Counsel/Vice President from 1991-2002 and Legal Counsel/President from 2002 to 2005 of Midwest Food Processors Association, Inc. He also has experience in food production management. He received a B.A. from Northwestern University and a J.D. from Marquette University Law School. Seneca Foods Corporation is North America's leading provider of packaged fruits and vegetables, with facilities located throughout the United States. Its high quality products are primarily sourced from over 2,000 American farms. Seneca Foods Corporation holds the largest share of the retail private label, food service, and export canned vegetable markets, distributing to over 90 countries.

**Robert Feldman** is a 1990 University of Michigan graduate and a 1993 graduate of the Frederic G Levin college of Law at the University of Florida. He was trial counsel for 7 years with a Florida firm handling insurance coverage and general liability matters for insurance carriers and corporations. He started with ThyssenKrupp Elevator Corporation in 2001 and Rob is currently Assistant General Counsel for this domestic elevator/escalator manufacturer, installer and maintenance company. Daily, Rob handles an extensive litigation portfolio involving commercial, personal injury and employment matters, working with outside counsel and the Corporate Risk Manager. He is involved with the drafting and negotiating of commercial contracts, protecting the company's trade secrets and works on risk reduction issues among other responsibilities. He reports directly to the company's Executive Vice-President and General Counsel.

**George Feygin** is a Senior Managing Counsel at Nissan North America where he supervises a team of lawyers and staff focused on Product Liability Defense and Safety Regulatory Compliance issues. George has been with Nissan since 2006 and in his current role since 2011.

**Robert W. Foster, Jr.**, a partner in the ALFA International member firm of Nelson Mullins Riley & Scarborough LLP, practices in the areas of business litigation, premises liability, and product liability, as well as having experience in fire litigation. He serves as national product liability counsel for a manufacturer of home appliances; serves as national and regional counsel for certain hotel chains; has handled violent crime and premises liability cases in California, Georgia, Missouri, Nevada, North Carolina, South Carolina and Texas; and, has tried over 80 cases to verdict, as well as handling oral arguments at every level in South Carolina and Georgia. Mr. Foster is author and co-author of several publications, including, Balancing Act: Does a South Carolina Property Owner Have a Duty to Protect its Invitees from Third-Party Crime." Mr. Foster has been the recipient of the South Carolina Super Lawyers (2009-2015) and The Best Lawyers in America (2009-2016). Mr. Foster attended the University of South Carolina School of Law, earning his Juris Doctor in 1982.

**Warner S. Fox** is a Senior Partner in the Atlanta, Georgia, ALFA International firm of Hawkins Parnell Thackston & Young LLP. Warner has practiced with the Firm for more than 30 years. His practice focuses on catastrophic accident litigation primarily arising from matters involving transportation accidents, premises and product liability. Through the years, Warner has tried numerous cases involving many types of tort matters. He is often called upon by his clients to handle catastrophic matters in other jurisdictions. Many of those catastrophic matters have been cases involving traumatic brain injury, a topic on which he lectures frequently. Warner developed a subspecialty in defending these types of cases based upon his many years of experience in dealing with them. He is listed as a Super Lawyer in the state of Georgia and is a past president of the Georgia Defense Lawyer's Association.

**Jess E. Gamiere**, is Senior Litigation Counsel & Co-Chair, Litigation Group of The Sherwin-Williams Company in Cleveland, Ohio. He is in-house litigation counsel with the legal department of The Sherwin-Williams Company. Sherwin-Williams is a global leader in the development, manufacture and sale of paints, coatings and related products. He is Co-Chair of the department's Litigation Group and directly responsible for all litigation-related matters arising from the business operations of The Americas Group, the largest of the Company's operating divisions (approx. $6.8B). TAG primarily regards the Company's owned retail "store" operations in North and South America – specifically, four domestic divisions and two international divisions encompassing Canada, Mexico, Latin and South America. Jess earned his BA with honors from Cedarville University in 1999 and his JD summa cum laude from Cleveland-Marshall College of Law in 2002. Before joining Sherwin-Williams, he was a business litigation associate at Ulmer & Berne LLP and twice clerked for the Honorable Kathleen M. O'Malley when she was at the United States District Court (N.D. Ohio).

**Chilton (Chad) Goebel** is a partner with the ALFA International member law firm of German Gallagher and Murtagh in Philadelphia, Pennsylvania, where his practice is primarily focused on defense of product liability and medical malpractice lawsuits. He has litigated cases through jury verdict in both state and federal courts in Pennsylvania. In addition, Chad has extensive experience handling professional liability, premises liability and toxic tort matters. He participates on the ALFA International Product Liability & Complex Torts Steering Committee. Chad has been recognized as a super lawyers rising star.

**Steve M. Hamilton** is a litigation attorney and member with the ALFA International law firm of Hall & Evans, LLC in Denver, Colorado, with a diverse practice, but he mainly focuses on product liability defense. His experience in the product liability field is national in scope and covers a wide spectrum of insured and self-insured manufacturers of automobiles, bikes, machinery, and infrastructure components. He is a Martindale-Hubbell®, AV Preeminent Peer Review Rated attorney and has been recognized in the product liability practice area by Super Lawyers. He is an active member of the ALFA International Product Liability and Complex Torts Practice Group Steering Committee and is the 2016 Program Chair. He received his B.S. from Montana State University in 1994 and his J.D from the University of Montana in 1997.

**Mark H. Hayes** is a Partner and trial attorney in the Charleston, West Virginia, office of ALFA International affiliate Robinson & McElwee PLLC, where his practice is concentrated in the areas of product liability, toxic tort and complex litigation. Mark is admitted to the Bars of both West Virginia and Kentucky, and appears regularly before both trial and appellate courts in both states as well as the 4th and 6th Circuit Courts of Appeals. He has represented a variety of clients across several industries including large and small manufacturers, oil and gas companies, distributors, service providers and railroad and trucking companies. In addition to his trial practice, Mark is the Chairman of the West Virginia State Bar's Unlawful Practice of Law Committee and serves on the Board of Governors of the Defense Trial Counsel of West Virginia, as well as the Steering Committee for ALFA International's Product Liability and Complex Torts Practice Group. In his spare time, he is a certified soccer referee for local high schools and recreational leagues.

**Matthew D. Jacobson** is a Member in the Des Moines, Iowa ALFA International law firm of Whitfield & Eddy, PLC. Matt's litigation practice includes representing product manufacturers

at state, regional and national levels. His practice also includes consulting with product manufacturers on issues relating to accident prevention, including formation of safety committees, performance of hazard analyses and composition of safety labels and manuals. For the past 18 years, Matt has spoken to a group of product manufacturers on a biannual basis to address issues relating to production liability prevention and defending product liability lawsuits. Matt is admitted to practice in both Iowa and Illinois, including the U.S. District Courts for the Northern and Southern Districts of Iowa and the Northern, Central and Southern Districts of Illinois. He has also represented clients on a pro hac vice basis in Wisconsin, Indiana, Pennsylvania, Alabama, New York, Michigan, Louisiana, West Virginia, Oklahoma, California, Kentucky, Kansas, South Carolina and Colorado. Matt earned his B.S. from the University of Iowa College of Liberal Arts (1990) and his J.D. from the University of Iowa College of Law (1993).

**Brian N. Johnson** is a founding shareholder of the ALFA International Minneapolis law firm of Nilan Johnson Lewis PA, where he has defended product liability cases since 1981. He is national trial counsel for a gas appliance manufacturer, and national trial counsel for a power sports manufacturer. He has tried 50 jury cases to verdict on wide-ranging products including presses, saws, electrical appliances, gas appliances, bicycles, motorcycles, power sports vehicles and more. Mr. Johnson is a Fellow in the American College of Trial Lawyers (ACTL) and a member of the American Board of Trial Advocates (ABOTA). He has been a Certified Civil Trial Specialist in Minnesota since 1988. He has been recognized by his peers as a Minnesota Super Lawyer annually since 1994.

**Thomas Johnson** is the Director of Litigation and Assistant General Counsel for Kawasaki Motors Corp. U.S.A. Tom began his legal career in 1992 as a trial lawyer in Los Angeles. In 2008, he joined Kawasaki Motors Corp. U.S.A. as a Staff Attorney, handling products cases involving all-terrain vehicles, side by sides, motorcycles, and personal water craft. In 2015, Mr. Johnson was named Director of Product Ligation. Later that same year, Tom was named Director of Litigation. In this capacity, he oversees all litigation involving Kawasaki in the United States, Canada, and Latin America, and serves as Kawasaki's legal representative for regulatory matters and industry organizations.

**Ellen Kaines** is the Vice President of Finance for National Bulk Equipment ("NBE") in Holland, Michigan. NBE designs, engineers, and manufactures bulk material handling and packaged product recovery equipment and fully integrated, automatic material handling and product recovery systems. In addition to her Accounting and Finance responsibilities, Ms. Kaines manages all litigation for NBE, including product liability litigation, implements litigation holds, coordinates document production and serves as the client contact. Ms. Kaines has also been integral in hazard analysis process development and implementation including documenting and ensuring ANSI compliance with hazard communications on products and in manuals. Ms. Kaines earned her BA from Ashford University.

**Sheila Kerwin** is a catastrophic injury trial lawyer defending product liability and truck accident claims and litigation throughout the country. Sheila is a shareholder at the Nilan Johnson Lewis firm in Minneapolis, Minnesota and leads the firm's transportation practice group after having led the product liability practice group for over a decade. She is a member of the Federation of Defense and Corporate Counsel (FDCC) serving as Vice Chair of the Transportation Section and is an active member of the Product Liability Section. She is also a member of the Trucking Industry Defense Association (TIDA) and Women in Trucking. Sheila is on the steering committees of the ALFA International Product Liability and Transportation Practice Groups. In addition to her transportation practice, Sheila serves as national and regional coordinating counsel for manufacturers defending product liability cases across the country. Sheila has been selected as a Rising Star or Superlawyer in Minnesota since 1998.

**Cindy Khin** is the Life Sciences Casualty Resolution Director for Berkley Lifesciences. Ms. Khin is an expert in claims and litigation management with more than 25 years of experience managing and directing high exposure litigation, pharmaceutical and medical device product liability litigation and professional liability litigation. Prior to joining Berkley Lifesciences, Ms. Khin served as the Chief Claims Officer for Medmarc Insurance Group. In this capacity, she was responsible for pharmaceutical and medical device claim investigation and settlement oversight, defense counsel selection, litigation management, trial preparation/supervision, claim reserve audits and assessments. Her specialties include general litigation management, negotiation, mediation and litigation management for mass torts and class actions. Ms. Khin holds the Chartered Property and Casualty Underwriter (CPCU) designations from the American Institute for Chartered Property Casualty Underwriters (the Institutes), Associate in Claims, Associate in Risk Management and certificates in Claims Law from the Institutes, as well as designations in Supervisory Management and General Insurance. Ms. Khin has taught CPCU classes in the Washington, DC area and is a frequent lecturer presenting on claims and litigation management topics before a variety of audiences.

**Christopher E. Knight** is a Managing Shareholder of the ALFA International member firm Fowler White Burnett and leads the firm's largest civil litigation group. With almost 30 years of experience as a civil litigator in both state and federal courts, Mr. Knight focuses his practice on matters dealing with product liability, medical malpractice, commercial litigation and corporate compliance. In addition, Mr. Knight has been named as lead counsel for the defense in federal multi district matters as well as class action matters. For medical providers and institutions he handles internal investigations as well as whistleblower claims under the False Claims Act and similar laws. He currently serves as lead counsel in the State of Florida to numerous Fortune 500 companies, several airlines and the University of Miami.

**J.K. Leonard** is a Member in the San Antonio, Texas, office of Naman Howell Smith & Lee, PLLC. He is a former Chairman of ALFA International. Mr. Leonard's practice includes the defense of professional liability claims, commercial litigation and the representation of a broad range of global manufacturers in the defense of product liability matters including recreational products, consumer goods and appliances, process automation equipment, construction and agricultural machinery, electrical supply and distribution products, industrial equipment and automotive systems and accessories. Mr. Leonard received a BBA-Finance from the University of Texas at Austin and graduated with highest honors from St. Mary's University School of Law. He is a Life Fellow of the Texas Bar Foundation, a Fellow of the San Antonio Bar Foundation and a member of the Federation of Defense and Corporate Counsel (FDCC), the International Association of Defense Counsel (IADC), the William Sessions Inn of Court and numerous other professional organizations.

**Donald M. Lewis** is a co-founder and shareholder of ALFA International member law firm Nilan Johnson Lewis, where his practice has focused on defense of major corporate clients in complex civil and criminal litigation, particularly in the federal courts. His practice also includes internal investigations, white collar criminal defense, mass tort litigation, employment law, and alternative dispute resolution. Don has represented manufacturers in mass tort and products liability litigation, including Ford Motor Company (automobiles), Medtronic Inc. (defibrillators), Millennium Chemicals (lead paint), and Teledyne Laars (water heater). Don also has substantial experience handling federal and state civil fraud claims. Don is a member of the American Law Institute, and a fellow of both the American College of Trial Lawyers and the American Bar Association Foundation. He is also a co-founder of the Minnesota Association of Black Lawyers and has served on the Board of Governors of the National Bar Association. He earned his undergraduate degree in journalism at Northwestern University and his law degree at Harvard Law School.

**Stephen N. Macciocchi**, Ph.D. ABPP-CN obtained his undergraduate degree from Pennsylvania State University and his Doctorate in Clinical Psychology from the University of Louisville. He completed an internship and postdoctoral Fellowship in Clinical Neuropsychology at the University of Virginia Medical School. He is board certified in Clinical Neuropsychology by the American Board of Clinical Neuropsychology and is a Fellow of the National Academy of Neuropsychology. Dr. Macciocchi served as Director of Rehabilitation Psychology and Neuropsychology at the Shepherd Center for 10 years and Director of the APPCN Fellowship in Clinical Neuropsychology for

12 years. He is a member of the editorial boards of the Journal of Head Trauma Rehabilitation and Archives of Clinical Neuropsychology and he also is a reviewer for many other journals. Dr. Macciocchi has served as Co-Director of the Georgia Model Brain Injury System and as a neuropsychological consultant for the Department of Sports Medicine at the University of Georgia for 10 years. He currently serves as a consultant for the National Football League Player Benefits Program. Dr. Macciocchi has been a primary investigator and co-investigator on 4 National Institute of Rehabilitation Research grants and continues to pursue research in the area of sports concussion and unintentional injury following TBI. Dr. Macciocchi has authored and co-authored numerous peer reviewed articles and book chapters on brain injury, including mild brain injury and sports related concussion. Areas of current practice include both civil and criminal forensic psychology.

**Bryan Martin** is a Partner at the ALFA International firm Haight Brown & Bonesteel LLP in Los Angeles, California and is the leader of Haight Brown & Bonesteel LLP's Product Liability & Tort Practice Group. Bryan's product liability practice focuses on the defense of a wide range of products, including consumer and recreational products and vehicles, medical and dental devices, and industrial and other equipment. Bryan is a 2002 graduate, cum laude, of Southwestern University School of Law. He attended Weber State University on a full athletic scholarship in football where he was a two-year starting quarterback. Bryan also played in the Arena Football League (AFL) from 1997-1999 prior to entering law school.

**Brian P. McCarthy** is a Member of the Mobile, Alabama, ALFA International Firm of McDowell Knight Roedder & Sledge, LLC. He has tried scores of significant cases in a variety of areas of the law, including aviation, admiralty and maritime, product liability, railroad, wrongful death and personal injury, commercial litigation, professional malpractice, and racial discrimination. Brian is a Fellow of the American College of Trial Lawyers, and also a Fellow of the International Academy of Trial Lawyers. He is listed by Super Lawyers as one of the Top 10 Lawyers in the State of Alabama, and also has achieved recognition from Chambers and Partners USA and The Best Lawyers in America. Brian is a member of the Steering Committees of the Products Liability and Complex Torts and the Transportation Practice Groups of ALFA. He is a graduate of the University of Alabama School of Law.

**Sean F. McDonough** is a partner in the Boston office of ALFA International member firm Morrison Mahoney LLP. Mr. McDonough's primary area of practice is civil litigation defense. Specifically, the majority of his practice focuses on defending companies in product liability, transportation, premises and construction related suits. Mr. McDonough is admitted to practice in the courts of the Commonwealth of Massachusetts, the Federal District Court for the District of Massachusetts and the First Circuit Court of Appeals. Mr. McDonough is a 1993 graduate of the New England School of Law, 1989 graduate of the University of Hartford and a 1985 graduate of St. John's Preparatory School. Mr. McDonough is an active member of the ALFA International Product Liability & Complex Torts Practice Group and the Transportation Practice Group. Mr. McDonough is also a member of the Defense Research Institute and Massachusetts Bar Association. Mr. McDonough resides in North Andover, Massachusetts where he is active in town affairs as a member of town committees.

**Darren L. Mulford**, AIC, ARM, is the Director of Casualty Claims for Tyson Foods, Inc. He has over 22 years of experience in Claims, Risk and Litigation Management. He is based at the Corporate Headquarters in Springdale, Arkansas, and is responsible for managing all aspects of a self-administered Risk program. He works with a staff of 12 in-house Adjusters and Clerks who manage all Commercial Auto, General Liability, Product Liability, Asbestos, Subrogation claims and Non-Subscriber claims. Tyson operates a fleet of over 5,000; has over 120 facilities in the US with over 115,000 employees and expected gross revenues over $40 billion dollars.

**Kevin G. Owens** is a Senior Shareholder in the Chicago ALFA International law firm of Johnson & Bell, Ltd., and is co-chair of the firm's Product Liability Practice Group. His civil trial and litigation practice includes the defense of catastrophic injury, consumer, industrial and other product liability actions, construction and general negligence actions, and the litigation of commercial disputes in state and federal courts. His experience also includes litigation of construction product defect actions, and litigation of contract actions at law and equity. He is a graduate of Marquette University and DePaul University College of Law. Mr. Owens is Chair Emeritus of ALFA International's Product Liability & Complex Torts Steering Committee, and is regularly recognized by Chicago Magazine, Illinois Super Lawyers and Leading Lawyers magazine as among the leading product liability defense lawyers in Illinois. He enjoys an AV – Preeminent rating from Martindale-Hubbell as voted by his peers.

**Ellen S. Presley** is an associate in ALFA International firm Bradley Arant Boult Cummings LLP's Birmingham office and a member of the Litigation practice group. She has a diverse general litigation practice, with a focus on representing healthcare industry clients in medical malpractice, pharmaceutical, and medical device litigation in state and federal courts and in national MDLs. A significant portion of her practice is also dedicated to the representation of manufacturers in a variety of products liability litigation. Ellen is an active member of the firm's Recruiting Committee. She received her J.D. from Columbia University, where she was a Harlan Fiske Stone scholar, and she holds a B.A. summa cum laude from Vanderbilt University.

**Susan Reinhard** is a Senior Director in EMCOR's Risk Management group, providing property & casualty risk management, insurance programs and services to EMCOR's subsidiary operations worldwide. Susan has over 15 years of experience in the insurance and risk management field in the construction and facilities services industries. She joined EMCOR in 1995 and previously held a team leader position for CIGNA Property & Casualty. She received an MBA from University of Connecticut, a Bachelor's degree from Adelphi University and is a member of the New York chapter of the Risk and Insurance Management Society.

**Beth S. Rose** is a Partner at the ALFA International member firm Sills Cummis & Gross, P.C., in Newark, New Jersey, where she chairs the Firm's Product Liability Practice Group. She has served as national counsel to several pharmaceutical and medical device companies defending mass tort litigation including claims relating to pelvic mesh products, a generic form of Accutane, PPA, and latex gloves. She has also served as lead/liaison counsel for a contract research organization, foreign defendants, and discovery counsel in a multi-district litigation as well. Ms. Rose has trial experience in product liability cases and has secured defense verdicts on behalf of her clients. Ms. Rose was recently named by NJ BIZ to its list of Best 50 Women in Business for 2015. She was named in the 2014 edition of Benchmark's Top 250 Women in Litigation: The Definitive Guide to the Leading Female Attorneys in the US and the 2014 Guide to the World's Leading Women in Business Law (3rd Edition) under Product Liability. Since 2008, she has been recognized in the Chambers USA® Guide to America's Leading Lawyers for Business. Ms. Rose received her B.A. with honors from Wesleyan University and her J.D. from Georgetown University Law Center.

**Marygrace Schaeffer** is a senior vice president with DecisionQuest. Ms. Schaeffer has been a trial consultant for over twenty-five years, providing jury research and trial consulting on hundreds of civil and criminal cases across the country. Ms. Schaeffer's expertise includes strategy and theme development, mock trials, witness evaluation and preparation, voir dire and jury selection, post-trial interviews and visual communications. She is a frequent speaker on these topics at events and organizations throughout the United States and Europe.

**Meghan M. Sciortino**, a Shareholder at Johnson & Bell, Ltd., the ALFA International member firm in Chicago, focuses her practice on product liability, premises liability, and construction law. Ms. Sciortino defends product manufacturers and distributors of a variety of products including everything from elevator controllers, power tools,



and industrial machinery to kitchen appliances and cosmetics tools. She also defends retailers, contractors, utility companies, premises owners, and others involved in personal injury litigation. Ms. Sciortino has obtained numerous summary judgments and secured many dismissals on behalf of her clients prior to trial.

**Chris Schilder** is Assistant General Counsel at Safway Group Holding LLC, a conglomeration of entities which combine into one of North America's largest scaffolding, access and industrial insulation and painting service providers. With more than 100 locations in the U.S. and Canada and a system of distributors worldwide, Safway Group companies deliver efficient, high-performance multiservice solutions to a diverse customer base. Chris has responsibility for Safway's Legal and Risk Departments. Prior to joining Safway in 2009, Chris was in private practice in Milwaukee, WI. Chris received his undergraduate degree from the University of Wisconsin in 1998 and his JD from the University of Michigan in 2001.

**Scott Schillings** is a member of the Product Liability and Complex Tort Litigation practice group at the Wichita, KS ALFA International member Hinkle Law Firm LLC.. Scott focusses his practice on representing clients in matters involving product liability, commercial disputes, mass torts and construction defects. With more than 20 years of litigation experience, Scott has additionally represented clients in matters involving will and trust disputes, medical malpractice, insurance coverage, and other complex litigation. A substantial portion of Scott's practice involves direct client representation of manufacturers and distributors of consumer products and industrial machinery on a national basis. Scott has represented corporate clients in more than 35 states. Scott also counsels his manufacturing clients regarding claims handling and risk management.

**Everett Smith** is the General Counsel for ICON Health & Fitness, Inc., in Logan Utah. Mr. Smith, an attorney and certified public accountant, came to ICON in 1996. Prior to that, he worked as an attorney for the Securities and Exchange Commission in Washington D.C. Earlier, he worked as an accountant for Arthur Andersen & CO in Houston, Texas. Mr. Smith received a juris doctorate from the University of Idaho College of Law and a LLM from Georgetown University Law Center. He also has a bachelor's degree in accounting from the University of Southern Mississippi and a MACC from Brigham Young University. Mr. Smith is married to the former Terri Bullington, and they have six children.

**Robert G. Smith, Jr.**, is a Partner at Lorance & Thompson, PC, the ALFA International firm in Houston, Texas. He received a Bachelor of Science in Mathematics from Louisiana State University, and his law degree from the University of Houston Law Center. Licensed for 20 years, he is Board Certified in Personal Injury Trial Law by the Texas Board of Legal Specialization. His practice concentrates on the defense of product liability and medical malpractice litigation, as well as insurance litigation and commercial disputes. He is also active in the Product Liability, and Medical Defense and Health Law Committees in the International Association of Defense Counsel.

**Matthew J. Stanczyk** is a Partner in the Michigan ALFA International law firm Plunkett Cooney where he serves as the managing partner of the firm's Product Liability Practice Group. Mr. Stanczyk concentrates his practice in various areas of complex litigation, including product liability, fire-related litigation, toxic torts, construction litigation, and commercial warranty litigation. In his almost 30 years of practice he has also routinely counseled clients on risk shifting and risk management issues, including contracts, product literature, and warranty development. His clients include product manufacturers and distributors, general contractors, construction managers, and transportation firms. Mr. Stanczyk is a member of the ALFA International PL&CT Steering Committee, serves as its Marketing Chair and is also a member of the DRI Products Liability Committee. He is a Michigan Super Lawyer in Product Liability and AV rated by Martindale-Hubbell. He received his undergraduate degree from the University of Michigan and law degree from the University of Detroit.

**Whitney L. Stefko** is a Member of Haight Brown & Bonesteel's Professional Liability, Construction Law, and Product Liability Practice Groups. Haight Brown & Bonesteel is the ALFA International member firm in Los Angeles. She represents a diverse range of international and national corporations, product manufacturers, local businesses, and individuals in both tort and contract based litigation. Her practice areas include construction, product liability, and general liability. Ms. Stefko has successfully resolved hundreds of cases through informal resolution or at mediation, achieved summary judgment on numerous occasions, and participated in trial preparation and proceedings, including second-chairing trials. She has defended numerous international, national, and local product manufacturers and contractors in personal injury, subrogation, and warranty-based matters. Ms. Stefko received her undergraduate degree from the University of California Santa Barbara, and her J.D. from the Chapman University School of Law, where she served on the Chapman Law Review, was Senior Symposium Editor, and received a CALI Award for Mediation Clinic.

**Kara Trouslot Stubbs** is a Member in the Kansas City ALFA International law firm of Baker Sterchi Cowden & Rice, L.L.C., where her civil litigation practice is primarily focused on the defense of product liability matters, including the defense of manufacturers of medical devices, pharmaceutical products, construction equipment, children's products, commercial grade fireworks, asbestos-containing products, and various consumer products. Her practice also includes general personal injury, commercial litigation, FELA, and consumer fraud. She has served as national and regional counsel to various clients in mass tort litigation. She is a member of the Kansas, Missouri, and American Bar Associations, International Association of Defense Counsel, and DRI. She is a frequent lecturer and author on issues related to product liability litigation. She currently serves at the Practice Group Chair for the ALFA International Product Liability & Complex Torts PG. She received her B.A. from the University of Kansas in 1989 and her J.D. from the University of Kansas in 1992. Prior to joining the firm she served as law clerk to the Honorable Thomas C. Clark of the Circuit Court of Jackson County, Missouri.

**Sonia M. Valdes, Esq.**, is the Vice President-Claims, Medmarc Insurance Group. Ms. Valdes is responsible for managing a team of dedicated claims professionals as well as overseeing technical and administrative issues within Medmarc's Claims Department. Her responsibilities include directing mass tort litigation, training and developing staff, assisting with policy development, advising underwriters on risk management, and expanding Medmarc's litigation management services. Ms. Valdes joined Medmarc in August of 2013. Prior to Medmarc, Ms. Valdes was Assistant Vice President with Chubb & Son, Inc., in its headquarters in Warren, New Jersey, for 14 years. She had worldwide responsibility for managing Chubb's Life Sciences Claims Core. Ms. Valdes has extensive experience in evaluating coverage and liability issues in environmental, mass tort, and health science litigation. She has been an admitted attorney in New Jersey since 1992 and is and a member of the IADC and CLM. She received her undergraduate degree in Biochemistry from Rutgers University in 1984 and her law degree from Brooklyn Law School in 1991.

**Gary L. VanderMolen**, M.S., P.E. received his Bachelor of Science in Agricultural Engineering and his Master of Science in Mechanical Engineering from Iowa State University and an MBA from Cleveland State University. Mr. VanderMolen's areas of expertise include vehicle and system evaluation, failure root cause analysis, destructive/nondestructive testing, reconstruction and engineering, and quality standards writing and compliance. He has performed extensive analysis and simulation on analogous hydraulic, pneumatic, and electromechanical systems and components. Mr. VanderMolen has broad experience in materials selection and application, engineering design and analysis, process definition, hands-on testing, development and launch, supplier development and selection, and customer liaison. His skill areas are in safety and mission-critical control systems and structures for trucks and busses, passenger cars, utility vehicles, agricultural construction and industrial equipment, and marine vessels.

**Dawn Wagner** is Assistant General Counsel for Zurich North America, a property and casualty insurance company and resides in Illinois. In her current role at Zurich, she is primarily responsible for corporate litigation management. She originally joined Zurich North America in 2002 and has held several roles within the Specialty Claims organization, including management of the Excess Casualty Claims team. Prior to joining Zurich, Dawn worked in private practice in Chicago, Illinois, as a litigator and trial attorney handling primarily tort-related matters including transportation liability, medical malpractice, and dental malpractice losses. Dawn received her law degree cum laude from Northern Illinois University - College of Law and her undergraduate degree in Communications from Western Illinois University.

**Nicholas E. Wheeler** is a Partner at Cosgrave Vergeer Kester LLP, the ALFA International member firm in Portland, Oregon, where he chairs the firm's Product Liability & Medical Device Practice Group. He defends manufacturers and resellers of a wide range of industrial and consumer products, with an emphasis on mechanical and electrical failures. In addition to his product liability work, he also defends legal malpractice, railroad/transportation and other property damage, personal injury, and wrongful death lawsuits. Within ALFA International, he serves on the Steering Committees of the Product Liability & Complex Torts and Professional Liability Practice Groups. Locally, he is a member of the Oregon Association of Defense Counsel, where he currently serves as Vice Chair of the Product Liability Practice Group and regularly contributes articles to their quarterly publication "The Verdict." He also is a member of the National Association of Railroad Trial Counsel and the Multnomah Bar Association. Prior to entering private practice, he graduated from Oregon State University, the University of Oregon School of Law, and served as an intern to Ancer L. Haggerty, then-Chief District Judge of the District of Oregon.

## PROGRAM INFORMATION

### MEETING LOCATION

The Ritz- Carlton, Amelia Island
4750 Amelia Island Parkway
Amelia Island, Florida 32034
Tel:  (904) 277-1100
Fax:  (904) 491-1567
www.ritzcarlton.com/en/Properties/AmeliaIsland

### REGISTRATION

Please contact your ALFA International Attorney to register for this program and reserve your hotel room.

ATTENDANCE IS OPEN ONLY TO MEMBERS OF ALFA INTERNATIONAL AND THEIR INVITED GUESTS. ALL EVENTS ARE FOR AGES 21+

### ATTIRE

The attire throughout the conference is business casual.  All dinners are scheduled to  be outside (weather permitting) so please bring a sweater or wrap.

### CLE CREDIT

ALFA International certifies that this program has been approved for 7.75 hours of  General CLE credit in the states of Illinois and California. If you need credit in another  state, please contact that state bar regarding the necessary requirements to obtain CLE  credit. A packet of CLE information, along with a CA certificate of attendance, will be  distributed at the seminar which should help you apply individually to your state. ALFA  International staff are available to assist if you have any difficulty.

**CONTACT ALFA INTERNATIONAL**

ALFA International
980 N. Michigan Ave.
Suite 1180
Chicago, IL 60611
Tel: 312.642.ALFA (2532)
Fax: 312.642.5346
www.alfainternational.com

**PROGRAM CONTACT**

Stacy Culp
*sculp@alfainternational.com*



Please join ALFA International on LinkedIn