# EXHIBIT 13

File Provided Natively

NFLPLTFS-0000071



## Neurological Care Program

Published: Aug 09, 2013 at 12:20 PM

Added to the Player Care Plan in March 2010, the NFL Neurological Care Program makes available neurological specialists at five medical centers to evaluate and treat possible neurological conditions among retired players. The program will assist players with coordinated care at excellent healthcare facilities nationwide. Each center will have available to retired NFL players a team of specialists, led by a neurologist who will serve as a program director. Eligible players who cannot afford treatment may apply to the NFL Player Care Foundation for a grant to cover some or all of the costs of treatment.

## Who is eligible for the Program?

Players are eligible if they are former NFL players vested under the Bert Bell/Pete Rozelle NFL Player Retirement Plan.

## What are the benefits?

The Program provides facilitated access, comprehensive evaluation and possible treatment at five top-tier medical centers recognized for their expertise, high-quality service and reputation. Each center will have available a team of specialists, led by a neurologist who will serve as a program director. The six medical facilities are:

The Program does not provide any funding. However, financial assistance for players may be available to players who qualify for charitable grants through the NFL Player Care Foundation. Further information on the Player Care Foundation is available on this site or you may call the Foundation at 1-800-635-4625.

## How do Players apply?

Players interested in the program should contact the medical facilities directly through one of the contacts below:

**Mt. Sinai Medical Center**, *New York, NY*

Dr. Sam Gandy MD. PhD

Dr. Silvana Riggio M.D.

212-774-1722



**Morehouse School of Medicine**, *Atlanta, GA*

Chris Thrasher

404-756-8800

**Washington University School of Medicine/Barnes-Jewish Hospital**, *St. Louis, MO*

Dr. David Brody

314-362-1381

**University of California, San Francisco School of Medicine**, *San Francisco, CA*

Dr. Mitchel Berger

415-353-3933

**Tulane Institute of Sports Medicine**, *New Orleans, LA*

Dr. Gregory Stewart

Dr. Roger Kelley

504-453-2708

**The University of California, Los Angeles School of Medicine**, *Los Angeles, CA*

Dr. Christopher Giza

310-794-7688

*This article has been reproduced in a new format and may be missing content or contain faulty links. Please use the Contact Us link in our site footer to report an issue.*

**Related Content**

