# EXHIBIT 14

File Provided Natively

NFLPLTFS0000073



Mount Sinai

1-800-MD-SINAI    MyMountSinai® (MyChart)    Pay My Bill

Home > Profiles

# Silvana Riggio, MD

- About Me
- Research
- Locations
- Publications

## About Me

**Clinical Focus:**

Concussion Management / Sport Psychiatry
Stress Management / Anxiety Disorders

Dr. Riggio is a Professor of Psychiatry, Neurology, Rehabilitation Medicine and Human Performance at the Icahn School of Medicine at Mount Sinai. Dr. Riggio's areas of expertise are Stress Management, Anxiety Disorders, Sports Psychiatry, and Concussion Management. Dr. Riggio is strongly committed to initiatives focused on personal wellness, human performance, and issues related to work-life balance; she also provides executive life coaching services. Dr. Riggio has expertise in understanding the interface between behavioral, neurologic, and physical health. She has a strong interest in multidisciplinary healthcare delivery and innovative ways to deliver care. She is trilingual in English, Italian and French and maintains an internationally recognized clinical practice. Dr. Riggio serves as the Primary Medical Advisor (PMA) for the NFL on Neurological issues and a Consultant on Psychiatric issues. She is a member of the Sports Neurology Section of the American Academy of Neurology and of the International Sport Psychiatry Section of the American Psychiatric Association. Dr. Riggio lectures nationally and internationally and has participated on National Committees related to traumatic brain injury (TBI). Dr. Riggio participated on the ACEP-CDC guidelines task force on mild TBI which was published in December 2008, and on a CDC project on discharge instructions for patients with mild TBI from 2008-2010. She was a task force member of the CDC/DoD Concussion definition consortium from 2011-2018. She served as a Neuro Trauma Consultant for the NFL from 2014-2017. Dr. Riggio has authored over 60 articles and book chapters, has edited 7 books and journal supplements, and co-authored one book. She has been the primary investigator or co-investigator on 22 grants. Dr. Riggio has won teaching awards form the Department of Psychiatry and from the Institute for Medical Education (IME). She is one of only few Mount Sinai physicians to have achieved both "Master Clinician" and "Master Educator" status. Dr. Riggio's other interests include women's health issues. (She has served on the advisory board for SAVI (Sexual Assault Violence Intervention). She has also served as a mentor for women medical students, psychiatry and neurology residents. In 2010 she received an award from the Italian government for service in the community (Commendatore OSSI. Ordine della Solidarieta'Italiana).

**Language**

English

**Position**

CLINICAL PROFESSOR | Psychiatry, CLINICAL PROFESSOR | Neurology, CLINICAL PROFESSOR | Rehabilitation and Human Performance

Show Less

## Research

Principal Investigator, NIMH, "Clinical Antipsychotic Trials of Intervention Effectiveness" CATIE http://171.66.123.143/cgi/content/full/353/12/1209 (from NEJM)

Principal Investigator (VA Site), NIMH, Conte Center Grant, "White Matter Abnormalities in Schizophrenia"

## Locations

📍 5 East 98th Street, Suite 10-29, New York, NY, 10029
📞 212-774-1722

## Publications



**61**
Publications

**Selected Publications**

- Neurobehavior and Mild Traumatic Brain Injury. Megan E. Solberg, Silvana Riggio. *Psychiatric Clinics of North America*
- The Mind-Body Interface: Maximizing Peak Performance. Silvana Riggio, Andy Jagoda. *Psychiatric Clinics of North America*
- Behavioral and neurocognitive sequelae of concussion in the emergency department. Andy Jagoda, Arjun Prabhu, Silvana Riggio.

View All Publications

COVID-19 Staff Resources | 1-800-MD-SINAI

**Patient Information**
Find a Doctor
Pay My Bill
International Services
Mount Sinai Access
Patient Representatives Offices
Language and Accessibility
Health Library
Clinical Trials

**Research & Education**
Icahn School of Medicine at Mount Sinai
Medical Education
Graduate Education
Research
Find Faculty
Phillips School of Nursing

**Stay Connected**
MyMountSinai® Mobile App
MyChart Desktop site
Newsroom
Mount Sinai Today Blog

**For Health Professionals**
Transfer a Patient
Mount Sinai Connect
Refer a Patient
Nursing
Hospital Sponsored Programs
Medical Staff Services

©2024 Icahn School of Medicine at Mount Sinai

Contact Us    Careers    Terms & Conditions    Privacy Policy    HIPAA Privacy Practices    Compliance

Non-Discrimination Notice    Patient Responsibilities    Insurance Information    Vendors