# EXHIBIT 16

File Provided Natively

NFLPLTFS-0000034

Search 🔍

HCA MID-AMERICA HEALTH SURGERY INSTITUTE

🏠  **Find a Doctor** ⌄    **Patient Center** ⌄    **Surgical Services**    **Directions**



# Aakash A Shah, MD

Sports Medicine-Orthopedic Surgery, Orthopaedic Surgery

[ About ]  [ Offices & Hospitals ]

## About

Dr. Shah is a board-certified, fellowship-trained orthopedic surgeon specializing in arthroscopic surgery and fracture care. He was previously the Fellow Team Physician to the NBAs Miami Heat. He currently serves as the Miami Heats team physician at the NBA Combine. Dr. Shah is currently a consultant neutral physician for the NFL and NFL Players Association and is involved in assisting care for professional football players. Additionally, he has been selected as one of nine surgeons nationally to serve as a leadership consultant on the design of orthopedic hardware for the medical industry. He has performed surgical demonstrations and lectures for other orthopedic surgeons on innovative medical technology and surgical techniques. The author of numerous professional journal articles and presentations, Dr. Shah is an active member of the American Academy of Orthopaedic Surgeons and the Arthroscopy Association of North America.

## Education

**Medical School**
University of Missouri Kansas City School of Medicine

**Residency**
University of Missouri Kansas City School of Medicine

**Fellowship**
Orthopaedic Institute of South Florida

## Certifications & Memberships

Am Bd Orthopaedic Surgery - Status: Certified

## Gender

Male

## Languages Spoken

English | Gujarati | Spanish

## Website

KCSpineandSportsMedicine.com

## Procedures & Conditions

ACL Surgery (Anterior Cruciate Ligament), Arthroscopic Joint Surgery, Foot Surgery, Fracture Repair, Hip Replacement, Knee Arthroscopy, Knee Replacement, Orthopedic Surgery, Rotator Cuff Repair, Shoulder Arthroscopy, Shoulder Surgery, Total Hip Replacement, Total Knee Replacement,, Fracture, "ACL Injury (Anterior Cruciate Ligament), Arthritis, Carpal Tunnel Syndrome, Fractures, Hip Diseases - Disorders - Injuries, Knee Problems, Shoulder Conditions, Shoulder Instability, Sports Injuries, Sports Medicine, Sports Medicine"

## Specialties

Sports Medicine-Orthopedic Surgery
Orthopaedic Surgery

### Kansas City Joint Replacement and Sports Medicine

5701 West 119th St Ste 410 Bldg D
Overland Park, KS 66209

[ Call Office ]

[ Get Directions ]



HCA MIDWEST HEALTH
**MID-AMERICA SURGERY INSTITUTE**

**Contact**
Mid-America Surgery Institute
5525 W. 119th St
Suite 100
Overland Park, KS 66209

Telephone: (913) 906-0855
Fax: (913) 906-0840

**Site Map**
Credentialing
Hospital Affiliation Letters
Find a Job

**Company Transparency**
Accepted Insurance
Compliance
Patient Rights
Privacy Practices

Copyright 1999-2024 C-HCA, Inc.. All rights reserved.    Notice of Privacy Practices | Terms & Conditions | California Notice at Collection | Privacy Policy | Social Media Policy | Acceptable Use Policy | HCA Nondiscrimination Notice | Surprise Billing Protections | Cookie Preferences | Right to Receive Estimate | ♿ Accessibility | Disclosures

File Provided Natively

NFLPLTFS-0000035



## KC SPORTS MEDICINE

5701 W. 119th Street, Suite 410
Overland Park, KS 66209

**Patient Resources**

**Request an Appointment**

### Aakash A. Shah, MD
#### Orthopaedic Surgeon

Dr. Aakash Shah understands active individuals -- he speaks their language. He has always been interested in athletics and physical fitness. As a Board Certified orthopedic surgeon, that interest allow him to work closely with patients of all activity levels who need orthopedic care. He is also Board Certified in Sports Medicine.

Dr. Shah is the President of the Medical Staff at Menorah Medical Center.

He has recently been elected by his peer physicians as a "Top Doc" in Orthopaedic Surgery for the Kansas City area. Since 2014, Dr. Shah was recognized as one of "America's Top Orthopedists". Additionally, he has been named by his peers to the Super Doctors list, for the Kansas City area.

Dr. Shah currently serves as an NBA Physician to the Miami Heat. He has served as the Miami Heat's team physician at the NBA Combine from 2011-Present. Additionally, he was the fellow team physician for the Miami Heat in 2009-2010.

He is currently serves as the Medical Director for the neutral physicians for the NFL and NFLPA, and is involved in assisting care for professional football players.

As the Chairman of the Board of Trustees at Menorah Medical Center, Dr. Shah has utilized his perspective as a physician to improve the overall patient experience.

As a leadership consultant, he has performed surgical demonstrations and lectures for other orthopaedic surgeons on innovative medical technology and surgical techniques.

He has also worked with the Kansas City Royals Major League Baseball organization as a first aid physician for several years.

Dr. Shah received his doctorate of medicine from the University of Missouri -- Kansas City School of Medicine, and completed his internship and residency at the University of Missouri -- Kansas City. He then completed a Fellowship in Orthopaedic Sports Medicine, working with the NBA Miami Heat through the Orthopaedics Institute of South Florida, where he did research on predicting longevity of athletes' careers in the NBA.

KC Sports Medicine is conveniently located on the campus at Menorah Medical Center in Overland Park, Kansas.

**Click here to request an appointment with Dr. Shah.**

**Aakash A. Shah, M.D.**
Click here to visit online at
**SuperDoctors.com**
visit superdoctors.com

Home | About Dr. Shah | Sports Medicine | Shoulder Care | Knee Care | Elbow Care | Workers Comp | Contact Us | Case Managers Corner

©2008 KC Sports Medicine. All Rights Reserved.

Web Design and Web Development by Creative Specialists, Inc.

File Provided Natively

NFLPLTFS-0000036

☎ 602.252.4804 | ✉ Email Us

Arizona Attorney Magazine

MY ACCOUNT | LICENSED SPECIALIST | RESEARCH PUBLICATIONS | ABOUT ME



☰ | 🏠 | Media Types ▾ | Categories ▾ | Global Search on Seminars, Faculty | Search | 👤 Sign In | 🛒 Cart – 0



**ON DEMAND**

## Neurological Assessment and Neurodiagnostic Testing: How it is Done and How it Works!

🖨

Total Credits: **3.75** CLE, **3.75** Estate & Trust Law Specialization, **3.75** Family Law Specialization, **3.75** Personal Injury and Wrongful Death Litigation Specialization, **3.75** Workers' Compensation Law Specialization

Average Rating: Not yet rated
Categories: Probate & Estate Planning | Workers' Compensation | Personal Injury Law | Family Law
Faculty: Larry J Cohen | Dr. Allison R Gray | Dr. Adam Di Dio | Dr. Ramya Shyam
Format: Audio and Video
Original Program Date: May 23, 2024

◉ $155.00 - Base Price

Share ▾ | View Demo | 🛒 Add to Cart »

| Description | Faculty | Handouts |

At long last, a CLE program that explains and demonstrates neurological assessment and neurodiagnostic testing. Sports Neurologist and TBI specialist Dr. Allison Gray, Neurophysiologist and TBI specialist Dr. Adam Di Dio, and Speech Language Pathologist and cognitive therapist Ramya Shyam will explain how neurologists and therapists identify, evaluate, and treat traumatic brain injuries utilizing neurodiagnostic testing. The program will focus on diagnostic measures for analyzing and guiding treatment for traumatic brain injuries. The speakers will review many of the diagnostic methods used for identifying the presence of TBI and explain how they can help to confirm or rule out traumatic brain injury—and where applicable suggest methods for treatment and prognosis. Dr. Gray will cover how traumatic brain injuries are diagnosed, and how various brain imaging modalities can be utilized, including MRI with Diffusion Tensor Imaging (DTI). Dr. Di Dio will cover various types of vestibular-ocular testing used in the diagnosis of TBI, including oculomotor screening and videonystagmography (VNG), as well as other tests which have been utilized in TBI cases, including qEEG. Ramya Shyam, MS, CCC-SLP will review how different kinds of cognitive testing can be used in the diagnosis and treatment of patients with traumatic brain injuries. Attorney Larry Cohen will serve as mediator and offer suggestions for how to integrate such testing into casework.

Chair:
Larry J. Cohen, *Cohen Law Firm*

Faculty:
Allison R. Gray, MD
Boulder Neurology and Concussion
Broomfield, CO

Adam Di Dio, MD
Infinite Neurology
St. Petersburg, Florida

Ramya Shyam, MS, CCC-SLP
Flatirons Cognitive Therapy
Broomfield, CO

*also faculty



### Categories

| | |
|---|---|
| ADA | 1 |
| Administrative Law | 20 |
| Alternative Dispute Resolution | 17 |
| Animal Law | 7 |
| Appellate Practice & Advocacy | 26 |
| Arizona CLE Books | 26 |
| Bankruptcy | 14 |
| Business & Commercial Law | 41 |
| Civil Litigation | 30 |
| CLE Snippets OnDemand | 10 |
| Constitutional Law | 8 |
| Construction Law | 25 |
| Corporate Counsel | 10 |
| Creditor/Debtor Law | 4 |
| Criminal Litigation | 33 |
| Employment & Labor Law | 40 |
| Environmental & Water Law | 14 |
| Ethics | 138 |
| Family Law | 67 |
| Health Care Law | 3 |
| Immigration Law | 11 |
| Indian Law | 29 |
| Insurance | 6 |
| Intellectual Property | 15 |
| International Law | 3 |
| Juvenile Law | 11 |
| Law Practice Management & Technology | 69 |
| Litigation | 11 |
| Mental Health and Elder Law | 12 |
| Miscellaneous | 39 |
| Modest Means Foundations of Justice Series | 14 |
| Personal Injury Law | 35 |
| Probate & Estate Planning | 50 |
| Professionalism | 3 |
| Public Lawyers | 17 |
| Real Property | 29 |
| Securities Regulation | 5 |
| Skills | 46 |
| Solo & Small Firm | 4 |
| Stress or Substance Abuse | 13 |
| Tax Law | 19 |
| Trial Practice | 54 |
| Workers' Compensation | 32 |

« ‹    June 2024    › »

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| 26 | 27 | 28 | 29 | 30 | 31 | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 1 | 2 | 3 | 4 | 5 | 6 |

## State Bar of Arizona
4201 N. 24th Street Suite 100
Phoenix, AZ 85016-6266
Phone: 602.252.4804
Toll Free: 866.48.AZBAR
Fax: 602.271.4930

FOR THE PUBLIC
Client Protection Fund
Advertising Opportunities

FOR LAWYERS
Benefits & Services
Advisory Groups
Legal Vendors

ABOUT US
Board of Governors
Mission, Vision, & Core Values
Careers at the State Bar

Copyright ©2004-2022

Support Center
Powered by CE21 | Privacy Policy
All Prices are shown in USD




File Provided Natively

NFLPLTFS-0000037



Related Seminars and Products
Related Seminars and Products
Related Seminars and Products
Related Seminars and Products

## Larry J Cohen

Cohen Law Firm

Larry J. Cohen, is a certified specialist in injury and wrongful death litigation who has focused in his more than thirty-three years of law practice on serious medical injury and emotional damages cases, including especially brain injury claims. He received his J.D. from Northwestern University in 1985, and has been admitted to practice in Arizona since 1985. Mr. Cohen also has a Master's degree and a Ph.D. from Syracuse University and has participated in a post-doctoral program in clinical neuropsychology. He continues as a member of the adjunct faculty at the Sandra Day O'Connor College of Law at Arizona State University where he has taught courses in professional responsibility, pretrial practice and professional liability. He taught and did research at the University Michigan School of Law and at the University of Illinois-Chicago, and taught on the adjunct faculties of the Arizona Summit School of Law, the Arizona School of Professional Psychology, thereafter Argosy University, Midwestern University, and Norwich University. Mr. Cohen speaks nationally to groups of lawyers, other professionals, insurance companies, governmental entities, risk managers and other interest groups about litigation and trial practice matters, legal ethics, alternative dispute resolution, and issues in brain damage, law and medicine and law and psychology. He has received awards from the Maricopa County Bar Association, the State Bar of Arizona and the State Bar of New Mexico for excellence in continuing legal education. He also received a President's Award from the State Bar of Arizona for contributions in continuing legal education. He has for many years been listed by Southwest Super Lawyers and Arizona's Finest Lawyers as among the best lawyers in Arizona and has been was recognized by the National Association of Distinguished Counsel as among the top one percent of lawyers in the United States.

Mr. Cohen may be reached at the following addresses:

Larry J. Cohen, Esq.
Cohen's Counsel
P.O. Box 465
Bethel, Vermont 05032
602-405-4022
802-234-6984
ljc@cohenscounsel.com
ljc@ljcohen.com

## Dr. Allison R Gray

Dr. Gray is a Board Certified Neurologist and Brain Injury Specialist, originally from the Boston area. She trained in medicine and Neurology in the Northeast, completing her residency training at Massachusetts General Hospital in Boston. She went on to complete fellowship training in Sports Neurology and Concussion in the Boston area, working with athletes at all levels of play, including professional boxers, MMA fighters, and football players, and NCAA collegiate athletes, as well as their families and their families. She moved to Colorado with her family in 2015. Dr. Gray became a physician to help improve the lives of her patients and their families. She feels very grateful every day to have the privilege to participate in the care of her patients and their families dealing with neurological problems.

## Dr. Adam Di Dio

Dr. Adam Di Dio earned his medical degree at the SUNY Upstate Medical Center in Syracuse, New York, and completed his Neurology residency at the Mount Sinai Medical Center in New York City. Following his residency, he completed a fellowship in Neurophysiology and Neuromuscular disease, also at the Mount Sinai Medical Center. Dr. Di Dio moved to private practice in 2006 and served a two-year stint as the Chief of Medicine at the Bayfront Medical Center, a major level 2 Trauma center. Through the National Football League (NFL), he has evaluated over 150 retired professional athletes for closed head injuries and concussion-related deficits. Dr. Di Dio remains an active member of the American Academy of Neurology (AAN) and regularly attends national and international meetings on traumatic brain injury.

## Dr. Ramya Shyam

Ramya Shyam, M.S., CCC-SLP, is the owner of Flatirons Cognitive Therapy. She grew up in Connecticut and completed her undergraduate degree at Brandeis University in Massachusetts. She went on to complete a Master of Science degree in Speech-Language Pathology at the MGH Institute of Health Professions, an affiliate of Mass General Brigham.

Ramya has worked in private practice since 2010, specializing in the assessment and treatment of individuals who have experienced cognitive-linguistic changes due to concussion, mild-moderate traumatic brain injury, stroke, dementia, various neurological diseases (e.g., multiple sclerosis), and chemotherapy. She is also skilled in helping teenagers and adults with ADHD or executive functioning difficulties. She completed several graduate-level courses in Special Education and has a background in teaching students ages 7-18.

Ramya has expertise working with individuals who have had cognitive-linguistic changes due to concussion, mild-moderate traumatic brain injury, stroke, dementia, various neurological diseases (e.g., multiple sclerosis), chiropractors, neuro-optometrists, and psychologists over the years to ensure that patients get the best care. Even if she is not the person you need to see, she can typically provide guidance to help you get the care you need.

In her spare time, Ramya enjoys spending time with her family, volunteering in her children's schools, lifting weights, reading, and traveling to new places. Her favorite trip was to Peru, where she hiked the Inca Trail.

State Bar of Arizona
4201 N. 24th Street Suite 100
Phoenix, AZ 85016-6266
Phone: 602.252.4804
Toll Free: 866.48.AZBAR
Fax: 602.271.4930

FOR THE PUBLIC
Client Protection Fund
Advertising Opportunities

FOR LAWYERS
Benefits & Services
Advisory Groups
Legal Vendors

ABOUT US
Board of Governors
Mission, Vision, & Core Values
Careers at the State Bar

Copyright ©2004-2022

Support Center
Powered by CE21 | Privacy Policy
All Prices are shown in USD



File Provided Natively

NFLPLTFS-0000038

**RANCHO**
Research Institute

ABOUT US | DONATE | RESEARCH | PROGRAMS | EVENTS | SHOP | Log In

# Barry Jordan

CMO

Barry D. Jordan, MD, MPH, is the Chief Medical Officer of Rancho Los Amigos National Rehabilitation Center in Downey, California. He formerly served as the Assistant Medical Director and interim Chief Medical Officer of the Burke Rehabilitation Hospital in White Plains, New York. He is a board certified neurologist with specialized experience and interests in sports neurology, Alzheimer's disease, and traumatic brain injury.

Dr. Jordan graduated from the University of Pennsylvania with a B.A. in neurophysiology and obtained his medical degree from Harvard Medical School.

He also completed his Masters of Public Health at Columbia University. Dr. Jordan completed an internship in internal medicine at U.C.L.A. Medical Center and performed his neurology residency training at the New York Hospital-Cornell University Medical Center.

Dr. Jordan has completed several fellowships, including a fellowship in public health at Cornell University Medical College, a clinical neurology fellowship at the New York Hospital-Cornell Medical Center, a fellowship in sports neurology at the Hospital for Special Surgery, and a fellowship in behavioral neurology at U.C.L.A. Medical Center.

Dr. Jordan is a team physician for U.S.A. Boxing and for 20 years served as the Chief Medical Officer of the New York State Athletic Commission. Currently, Dr. Jordan serves as a Medical Advisory Physician for the National Football League (NFL) Player Benefits and is a member of the NFL Players' Association Mackey-White Health and Safety Committee. He also serves on the National Collegiate Athletic Association (NCAA) Concussion Task Force.

7601 East Imperial Highway, HB 2005, Downey, CA 90242

Office: (562) 385-8111
Fax: (562) 385-6516
Email: info@ranchoresearch.org

M-F 8:00 a.m. – 4:30 p.m.

NFL.PLTFS-0000039

**Virginia Mason Franciscan Health**
March 22, 2021

Today our very own Dr. Belfie attended the **Seattle Seahawks** Media Combine to provide medical assistance to media participants should the need arise. Fortunately, no medical assistance was needed but that didn't stop Dr. Belfie from helping Blitz get a good pre-combine stretch.

25

Like      Comment

Write a comment...



File Provided Natively

NFLPLTFS-0000046

FIND YOUR ZONE™

ELITE PERFORMANCE | DEVELOPMENT | SPEAKING | BOOKS | ABOUT | ZONE BLOG | MEDIA | RESOURCES | CONTACT

# Dr. Lardon
## Biography



Dr. Michael Lardon is one of the premier mental performance coaches in the world, with clients in more than a dozen professional and Olympic sports. His athletes have won major golf championships, Olympic gold medals, Super Bowls and World Series titles, among other achievements. He is an Associate Clinical Professor of Medicine at the University of California San Diego and a Consulting Psychiatrist to the United States Olympic Teams at the Olympic Training Center in Chula Vista, CA.

In addition to his private psychiatry practice in San Diego and work with elite athletes, Dr. Lardon serves as consulting specialist with high-level executive and military clients in the world of peak mental performance. His books, *Mastering Golf's Mental Game* (2014) and *Finding Your Zone* (2008) are considered to be two of the most influential research-based sport performance books published. Dr. Lardon has appeared on the pages of Sports Illustrated, the New York Times and Golf Digest, and has been interviewed on networks such as ESPN, CNN and the Golf Channel. He caddied on the PGA Tour for his brother Brad in the early 1990s, and their odyssey through the 1993 PGA Tour qualifying tournament was chronicled in John Feinstein's bestseller *A Good Walk Spoiled*.

After a career as an internationally-ranked junior and professional table tennis player, Dr. Lardon earned a degree in psychology with honors from Stanford University in 1984, and a medical degree from the University of Texas in 1989. After completing his internship in internal medicine at UCLA in 1990, he spent three years in the University of California, San Diego's psychiatry residency program and another two years as a clinical and research fellow in UCSD's psychopharmacology and psychobiology program. In 1993, Dr. Lardon won the Judd Research Award at UCSD for brain research on peak performance in athletics, and he has published and spoken as a national expert on the subjects of peak performance in athletics and business, performance-enhancing drugs and the treatment of mood disorders.

A native of New York City, Dr. Lardon lives with his wife and three children in San Diego.

» View Dr. Lardon's Curriculum Vitae



"Having known Dr. Michael Lardon for over twenty years, he has provided timely and critical help for many elite athletes, including myself. Finally Dr. L's book offers this same insight and advice to help people perform their best. His style is without gimmicks; rather, it's the essence of what any true champion follows."

**Eric Heiden**, Five-time Olympic Gold Medalist

LATEST PRESS | Golf Digest ESPN Sports Illustrated CNN Golfweek    See The News »

Privacy Policy  Site Map  Contact

Copyright © 2024 Dr. Michael Lardon | All Rights Reserved

# *CURRICULUM VITAE*
## Michael T. Lardon, M.D.

3750 Convoy Street Ste 318                                                    T:  (858) 292-2929
San Diego, CA  92111                                                          F:  (858) 292-2909
www.drlardon.com                                                         E: office@drlardon.com

### *CLINICAL / ADMINISTRATIVE APPOINTMENTS*

| | |
|---|---|
| 07/95 to present | **Associate Clinical Professor**<br>University of California, San Diego (UCSD)<br>School of Medicine, Department of Psychiatry |
| 06/99 to present | **Consulting Psychiatrist - United States Olympic Teams**<br>Including both Winter and Summer Olympians, clients include<br>three Olympian Gold Medalists. |
| 10/08 to 01/10 | **Medical Director**<br>Substance Abuse and Eating Disorder Treatment Services<br>Casa Palmera, San Diego, CA |
| 08/00 to 2004 | **Chief of Staff / Owner**<br>Alvarado Parkway Institute, San Diego, CA<br>At time of purchase, second physician-owned hospital in CA |
| 01/99 to 08/00 | **Chief of Staff / Executive Medical Director**<br>Charter Behavioral Health System of San Diego/API, San Diego, CA |
| 04/95 to 11/99 | **Founder / Owner**<br>Psychiatric Health Systems Medical Corporation<br>Physician-based mental health group, inpatient/outpatient<br>psychiatric care |
| 07/91 to 2008 | **Founder / Owner**<br>California Psychiatric Coverage Medical Corporation<br>Psychopharmacologic evaluation of children, adolescents, and<br>adults throughout San Diego County |
| 06/94 to 12/95 | **Chief of Staff & Associate Medical Director**<br>Bayview Hospital and Mental Health System<br>Chula Vista, CA |
| 07/93 to 06/94 | **Adjunct Professor**<br>California School of Professional Psychology, San Diego, CA<br>Courses: "Advanced Psychopathology", "Psychopharmacology" |
| 1992 to 1995 | **Medical Director**<br>New Alternatives Inc., Foster Family Residential Home # 17,<br>Santee, CA, Psychopharmacologic management for children (4-12) |

### POST GRADUATE EDUCATION

| | |
|---|---|
| 07/92 to 06/94 | University of California, San Diego<br>Clinical & Research Fellow, Psychopharmacology, Psychobiology |
| 07/90 to 06/93 | University of California, San Diego<br>Psychiatry Residency Program |
| 07/89 to 06/90 | University of California, Los Angeles<br>Internship - Internal Medicine |

### EDUCATION

| | |
|---|---|
| 09/85 to 06/89 | University of Texas, Medical Branch, Galveston, Texas<br>Medical Doctorate |
| 08/81 to 06/84 | Stanford University, Stanford, California,<br>Bachelor of Arts in Psychology |
| 08/80 to 05/81 | Rice University, Houston, Texas<br>General Studies - Dean's List |

### GRANTS

| | |
|---|---|
| 1994 | *Neuroelectric Assessment of Enhanced Athletic Performance*<br>Grant awarded by the United States Tennis Association |

### SPORTS PSYCHIATRY

General psychiatry, psychopharmacology, and performance enhancement: Golf - PGA, LPGA and Nationwide Tours.

Clients include: Former PGA, British Open, United States Open, and Masters Champions.

United States Olympic Team members, National Football League, Major League Baseball, Major League Soccer, and Ultimate Fighting Championship (UFC)

NFL: Psychiatric Disability Evaluation Consultant

### TEACHING / CLINICAL EXPERIENCE

1992 to present

Supervised resident physicians, medical students, and psychology graduate students in psychopharmacologic, psychobiologic, and psychotherapy management, mood, anxiety, and general psychiatric disorders.

Provided medical supervision in recruitment, selection, and implementation of various psychiatric pharmaceutical drug trials. Supervision of residents in sports related performance enhancement techniques.

Lectures included management of the violent patient, pharmacologic treatment of the sexual deviant, personality

disorders, hypnosis, post-traumatic stress disorders, spiritual psychiatry, sport psychiatry, and the execution of sports performance enhancement.

## CERTIFICATION

| 2002 | Fellow, American Board of Psychiatry and Neurology |
| 1996 | Diplomate, American Board of Forensic Examiners |
| 1995 | Diplomate, American Board of Psychiatry & Neurology |
| 1990 | Licensure: California.  License issued April 30, 1990 |
| 1989 | Diplomate, Federal Licensing Examination (FLEX) |

## BOOKS :

*Mastering Golf's Mental Game,* Lardon MT:  English edition. Crown Publishing Group, Penguin Random House Company, New York, September 2014

*Finding Your Zone - Ten Core Lessons for Achieving Peak Performance in Sports and Life*, Lardon MT: English edition, Penguin Group, Perigee division, New York, New York, June 2008, Japanese edition, Tree Publishing Co. Ltd., 2009, Bangkok, Thailand

## ARTICLES and RESEARCH PUBLICATIONS:

*Clinical Sports Psychiatry: An International Perspective, Edited* by David Baron and Claudia Reardon Author Chapter Performance Enhancement, Wiley Blackwell, 2013

*Discovering Golf's Inner Truth: A New Approach to Teaching the Game,* Author Lightbrown P, Commentary, Lardon MT, Annual Review of Golf Coaching, May 2010

*Golf and Hypnosis***,** Author, Jenkins S, Commentary, Lardon MT, Annual Review of Golf Coaching, May 2009

*Athletes Face Transition from Spotlight*, Lardon MT, San Diego News Network (SDNN), May 2009

*Doping Away a Perfectly Good Career*, Lardon MT, San Diego News Network (SDNN), April 2009

*San Diego a Hotbed for World's Largest Sport*, Lardon MT, San Diego News Network, May 2009

*Performance Enhancing Drugs: Where and Who Should Draw the Line**?,** Lardon MT: Psychiatry 2008

*The Sport Psychiatrist and Golf*, Lardon MT, Clark TP, Toffler IR: Clinics in Sports Medicine, 2005, Oct; 24(4): 959-971

*Achievement by Proxy Distortion in Sports: A Distorted Mentoring of High-Achieving Youth. Historical Perspectives and Clinical Intervention with Children, Adolescents, and their Families.,* Toffler IR, Penelope KK, Lardon MT, Clinics in Sports Medicine, 2005, Oct; 24(4): 805-828

*P300 and Long-Term Physical Exercise*, Lardon MT, Polich JM: Electroencephalography and Clinical Neurophysiology, 1997 Oct; 103(4): 493-498

*EEG & Aerobic Fitness*, Lardon MT: Polich JM: Biological Psychology, 1996 Sep 27; 44(1):19-30

*Ipsapirone, a 5-HT1A Agonist, Suppresses REM Sleep Equally in Unmedicated Depressed Patients and Normal Control*, Gillin JC, Sohn JW, Stahl SM, Lardon MT, Kelsoe J, Rapaport M, Ruiz C, Golshan S: Neuropsychopharmacology, 1996, Volume 15, Number 2

*Inhibition of REM Sleep by Ipsapirone, a 5HT1A Agonist, in Normal Volunteers*, Gillin JC, Sohn JW, Kelsoe J, Rapaport M, Lardon MT, Stahl SM, Ruiz C, Golshan S: Neuropsychopharmacology, 1996, Vol.15, No. 2

*Dose Dependent Effects of Transdermal Nicotine on Early Morning Awaking and REM Sleep Time in Non-Smoking Normal Volunteers*, Gillin JC, Lardon MT, Golshan S: Journal of Clinical Psychopharmacology; 1994; Volume 14; Number 4

*Steroid Induced Mental Status Changes in Patients Receiving Dye Contrast*, Sponsored by American Psychiatric Association, Annual Meeting, May 1991, Lardon, MT, Ewing JP, Jeste DV

## PRESENTATIONS:

*The Science of Peak Performance,* Featured Speaker, Southern Texas Section PGA Annual Meeting, College Station, Texas February 18, 2014

*Getting in the Zone,* TaylorMade-Adidas Golf, Keynote Speaker, U.S. Sports Marketing Sales Force San Diego, CA, September, 20, 2011

*Basic Psychopharmacology for the Treatment of Sexual Deviance*, The Relationship Training Institute, San Diego, CA, February, 2011

*Help Train Athletes and Business Leaders to Perform at Their Best*, Key Note speaker, Mariposa Leadership, Inc., San Francisco, CA, October 2010

*Life After Sport - Athletes in Transition,* Key note speaker, IART conference, SDSU, May 2009

*Getting in the Zone - in Sport and Life,* Key note speaker, Triathlon Club of San Diego, May 2009

*Basic Psychopharmacology for the Treatment of Sexual Deviance,* San Diego County Probation Dept, March 2009

*Getting in the Zone - in Sports, Life and Business,* Key note speaker, The Principle Financial Group, Los Angeles, CA, February 2009

*Achieving Peak Performance,* "Golfsmarter" podcast, September 2008

*Finding Peak Performance in Life,* Key note speaker, Depression and Bipolar Support Alliance (DBSA) Western United States, August 2008

*The Neurobiology of Athletic Zone States*, Aurora Psychiatric Hospital of San Diego, CA, May 2008

*The New Age of Mood Medicines in Elite Athletes*, Key note speaker, Depression and Bipolar Support Alliance (DBSA) Western United States, October 2004

*The Role of Mood in Wellness & Recovery*, Assembly speaker, Meeting of the Minds, October 2004

*Sport Psychiatry in the 21st Century, Grand Rounds,* UC San Diego, April 2004

*Sport Psychiatry in the 21ˢᵗ Century, Grand Rounds,* UC Irvine, November 2003

*Sport Psychiatry in the 21ˢᵗ Century, Grand Rounds*, UC Davis, Sports Medicine, June 2003

*Spirituality and Medicine*, Meeting of the Minds Conference, San Diego, CA, October 2002

*Psychiatry and Spirituality*, Grand Rounds, Charter Hospital, La Mesa, California, September 1999

*Enhancement of the Athletic Zone*, Sponsored by Flash Soccer Team, June 1999

*Review of Antipsychotics*, Sponsored by Janssen, Camp Pendleton, California, May 1999

*Optimizing Mental Focus in Golf*, Sponsored by Century Club and SD PGA Club Pros, May 1998

*Review of Antidepressants*, Sharp Rees Steeley Physician Group, San Diego, California, May 1998

*The Latest in Antipsychotic Treatment*, Sponsored by Janssen, Grand Rounds, Maui General Hospital, February 1998

*Substance Abuse & Mental Health*, Sponsored by San Diego Mental Health Association, Marriott Hotel, San Diego, California, January 1998

*Athletic Peak Performance*, Sponsored by Grand Rounds, UC San Diego, June 1994

**EDITORIAL BOARDS, ACADEMIC AWARDS & ACCOMPLISHMENTS:**

| | |
|---|---|
| 2011 to present | Invited reviewer: British Journal of Psychiatry |
| 2010 to present | Board of Directors: International Society for Sport Psychiatry |
| 2007 to present | Editorial board: *Annual Review of Golf Coaching.* "The best of recent research brought to the lay reader along with expert contributions from leading figures in the coaching world." |
| 2003 | Awarded "Best Mental Health System" by San Diego's Reader Magazine as principle owner of Alvarado Parkway Institute |
| 1993 | Recipient of UC San Diego Chairman's "Research Award for Excellence", Psychiatric Residency, "Athletic Peak Performance" |
| 08/85 to 05/89 | Awarded the Southern Medical Association scholarship for academic excellence |
| 08/80 to 05/81 | Board of Governor's Scholarship for academic excellence |
| 1980 to 1981 | Dean's List, Rice University, Houston, Texas |

**PROFESSIONAL AFFILIATIONS**

American Medical Association
American Psychiatric Association
American Board of Forensic Examiners
San Diego Society of Psychiatric Physicians

International Society of Sport Psychiatry

## *MEDIA CONTRIBUTIONS*

**Television:** National: CNN, Court TV, Golf Channel, CBS Early Show; San Diego: ABC, CBS, NBC, FOX
**Radio:**  KFMB, KPOP, KSON, Sirius XM
**Print:**  *San Diego Union, Newsday, San Francisco Chronicle, New York Times, USA Today, San Diego, News Network, Sports Illustrated, Golf Magazine, Atlantic Life, Golf Week, Golf World, UK Wired, Southland Golf, Elle, Vegetarian Times, Men's Health, Runners World and ESPN Magazine.*

## *TABLE TENNIS*

| | |
|---|---|
| 1976 to 1980 | Four-time National Team member |
| 1980 | Gold Medalist, Olympic Sports Festival, Syracuse, NY |
| 1979 | Semi-finalist United States Youth Championships |
| 1979 | Named to USA Men's Team, Pan American Games, Puerto Rico |
| 1978 | United States Men's "A" Singles Champion, Las Vegas, NV |
| 1978 | United States Junior Team Champion, Detroit, MI |
| 1976 | United States Junior Championships Runner-up, Las Vegas, NV |

Chosen as the United States Most Promising Player and awarded 8-week tour and training in Japan with World Champions Shigeo Itoh and Nobuhiko Hasegawa

## *PERSONAL*

Married and proud father of two daughters and one son, golfer, jazz-lover, and Yankee fan

Revised 091114

File Provided Natively

NFLPLTFS-0000047






Articles


People


Learning


Jobs


Games



## Dr. Christopher Kaeding

Executive Director, Jameson Crane Sports Medicine Institute at The Ohio State University Wexner Medical Center

Columbus, Ohio, United States · **Contact Info**

5 followers

 **See your mutual connections**

| Join to view profile | ✈ Message |
|---|---|

 **The Ohio State University Wexner Medical Center**

 **Cleveland Clinic**

# About

Whether you're an elite athlete, a weekend warrior or just dealing with aches and pains as you age, my mission as a sports medicine orthopaedic surgeon doesn't change: I want to help you stay as active as possible for as long as possible.

I became an orthopedic surgeon to improve people's quality of life and promote a lifetime of physical activity. At the Jameson Crane Sports Medicine Institute at the OSU Wexner Medical Center, I prevent and treat sports injuries for athletes and active people of all ages, together with support from a team of colleagues and partners across the university.

One reason I love Ohio State is, of course, working with the Buckeyes—and sharing that spirit with all our patients. But our team reaches beyond campus borders: the university draws top clinicians with unique expertise from all over the world to collaborate on innovative research and clinical trials.

My own research focuses on clinical outcomes after ACL reconstruction. My role at the Institute has evolved to include recruiting, fundraising and facilitating growth in our academic and clinical programs. As a leader, I hire people who are not only talented but also enthusiastic about our vision for the future. I'm proud that our program has become an industry leader in sports medicine. I want to keep us on top through:

• innovation—inventing new technologies and treatments
• investigation—advancing cutting-edge industry research in our clinical trials
• interaction—sharing all the great work going on under our roof to reach more people in the community

It shouldn't come as a surprise that I like to stay active in my spare time. I enjoy hiking and climbing mountains, and I've done climbs in Ecuador, Peru, Japan, Tanzania, Italy, Switzerland and across the United States. I know just how our patients feel when they can get back to doing something they love.

Specialties include: strategic leadership | clinical research | team building

---

# Experience

 **The Ohio State University Wexner Medical Center**

18 years

    ● **Executive Director, Jameson Crane Sports Medicine Institute**

       2004 – Present · 20 years

       Columbus, Ohio Area

       Supervise, organize and make policy decisions for the Sports Medicine Institute, which utilizes new innovations and technologies to prevent and treat injury and help our community stay active. Build collaborative partnerships across multidisciplinary

team that includes physicians, physical therapists, athletic trainers, engineers, psychologists, nutritionists and PhD researchers.

Day-to-day responsibilities include:
• perform clinical research to evaluate outcomes of ACL...

Show more ⌄

### Chief, Division of Sports Medicine, Department of Orthopaedics

1999 – Present · 25 years

Columbus, Ohio Area

Supervise, advise, mentor and grow the faculty in the Sports Medicine Division of the Department of Orthopaedic Surgery. This includes promoting and enhancing efforts in all three mission areas of patient care, education and research.

### Director, Orthopaedic Sports Medicine Fellowship

1993 – Present · 31 years

Columbus, Ohio Area

Direct the ACGME accredited orthopaedic sports medicine fellowship at the OSU Wexner Medical Center. This includes:
• screening, interviewing and selecting applicants
• overseeing didactic curriculum of the fellowship
• coordinating clinic rotations
• organizing team coverage and training room exposures for the fellows
• ensuring quality and diversity of surgical experience of fellows

### Interim Chair, Department of Orthopaedics

2006 – 2009 · 3 years

Columbus, Ohio Area

Responsible for operations of the Department of Orthopaedics, including:
• clinical care of orthopaedic patients
• education program for orthopaedic residents
• fiscal health of department



### The Ohio State University

31 years

### Medical Director, Department of Athletics

2004 – Present · 20 years

Columbus, Ohio Area

Coordinate the interaction of the OSU Wexner Medical Center and the OSU Department of Athletics to ensure quality medical care for 1000 Division I athletes in 36 sports across six training rooms.

### Chief Orthopaedist, Department of Athletics

1993 – 2004 · 11 years

Columbus, Ohio Area

Functioned as lead orthopaedist in medical team that provided care for the varsity athletes in the Department of Athletics at OSU.



### Judson Wilson Professor of Orthopaedic Surgery

The Ohio State University College of Medicine

2004 – Present · 20 years

Columbus, Ohio Area

The Judson Wilson Professorship is in recognition of accomplishments in both the academic and clinical arenas.



### Residency Director, Department of Orthopaedics

The Ohio State University Wexner Medical Center

2001 – 2001 · less than a year

Columbus, Ohio Area

Organized and oversaw the graduate medical education of the residents in the Department of Orthopaedics.

---

# Education



### Cleveland Clinic

Fellowship · Sports Medicine

1988 – 1989



### Northwestern University

Residency · Orthopaedic Surgery

1983 – 1988



### Northwestern University

Doctor of Medicine (M.D.)

1983 – Present

Activities and Societies: Alpha Omega Alpha Honor Medical Society

 **Northwestern University**
Bachelor of Science (B.S.)

1981 – Present

National Merit Scholar

---

## Licenses & Certifications

 **Board Certification**
American Board of Orthopaedic Surgery
Issued Jan 2010

 **Subspecialty Certification in Sports Medicine**
American Board of Orthopaedic Surgery
Issued Jan 2008

 **Certification**
National Board of Medical Examiners
Issued Jan 1984

 **Medical License**
State of Ohio

---

## Publications

**Epidemiology and Diagnosis of Anterior Cruciate Ligament Injuries**

Clinics in Sports Medicine  ·  Jan 2017

**See publication** ⬀

**AAOS Appropriate Use Criteria: Treatment of Anterior Cruciate Ligament Injuries**

Journal of the American Academy of Orthopaedic Surgeons · Jul 2016

See publication ↗

## Comparison of Injuries in American Collegiate Football and Club Rugby: A Prospective Cohort Study

American Journal of Sports Medicine · Mar 2016

See publication ↗

## Risk Factors and Predictors of Subsequent ACL Injury in either Knee after ACL Reconstruction: Prospective Analysis of 2488 Primary ACL Reconstructions from a Multicenter Study

American Journal of Sports Medicine · Jul 2015

See publication ↗

## Medical Expenditures in Division I Collegiate Athletes: An Analysis by Sport and Gender

The Physician and Sportsmedicine · Sep 2014

See publication ↗

## ACL Reconstruction: Do Outcomes Differ by Sex? A Systematic Review

The Journal of Bone and Joint Surgery – American Volume · Mar 2014

See publication ↗

## Stress Fractures of the Ribs and Upper Extremities: Causation, Evaluation, and Management

Sports Medicine · Aug 2013

See publication ↗

## Allograft Versus Autograft ACL Reconstruction: Predictors of ACL Reconstruction Failures from a Multicenter Prospective Longitudinal Cohort

Sports Medicine · Jan 2011

See publication ↗

## Honors & Awards

**Team Physician Award**

Ohio Athletic Trainers Association

2017

**Achievement Award**

American Academy of Orthopaedic Surgeons

2016

**Above and Beyond Recognition – Top 10% National Patient Satisfaction**

-

2015

**College of Medicine Faculty Achievement Award**

The Ohio State University

2015

**125 Top Knee Surgeons in America**

Becker's Hospital Review

2012

**Kappa Delta Outstanding Research Award**

American Academy of Orthopaedic Surgeons

2012

**Systematic Review Award**

American Journal of Sports Medicine

2012

**Top 1% of Specialty**

U.S. News

2012

## Outstanding Achievement in Patient Service

The Ohio State University Wexner Medical Center

2010

## Travel Award for Outstanding Research Poster

The Ohio State University Medical Center Research Day

2009

## Best Research Poster Exhibit

American Orthopaedic Society for Sports Medicine Annual Meeting

2008

## Herodicus Award for Outstanding Research

Herodicus Society

2001

## Team Physician

U.S. Olympic Committee for World University Games in Beijing, China

2001

## National Merit Scholar

-

1976

## Best Doctors in America

Best Doctors in America

2006 - 2016

## Health Care Heroes Awards Finalist

Columbus Business First

2014, 2015

## O'Donoghue Award for Clinical Research

American Orthopaedic Society for Sports Medicine

2014 and 2017

## Patient's Choice Award

American Registry

2011 - 2012

"Best Docs"

Best Docs of Columbus, Ohio

2007 – 2016

---

# Organizations

**Alpha Omega Alpha Honorary Medical Society**
Member

**American Academy of Orthopaedic Surgery**
Member

**American College of Sports Medicine**
Member

**American Orthopaedic Association**
Member

**American Orthopaedic Society for Sports Medicine**
Member

**Arthroscopy Association of North America**
Member

**Arthroscopy: The Journal of Arthroscopic and Related Surgery**
Reviewer

**Cleveland Clinic Sports Medicine Alumni Society**
Member

**Columbus Medical Association**
Member

**Columbus Orthopaedic Society**
Member

**Herodicus Society**

Member

## International Society of Arthroscopy, Knee Surgery and Orthopaedic Sports Medicine

Member

## Medicine & Science in Sports and Exercise

Reviewer

## Mid-America Orthopaedic Association

Member

## NFL Player Benefits

Consultant

## Ohio Orthopaedic Society

Member

## The American Journal of Sports Medicine

Reviewer

## The Anterior Cruciate Ligament Study Group

Member

## U.S. Olympic Committee Sports Medicine Society

Member

---

## View Dr. Christopher's full profile

∞ See who you know in common

⧉ Get introduced

👥 Contact Dr. Christopher directly

**Join to view full profile**



ValuePetSupplies.com

**Valuepad USA Puppy Pads, Medium 22X23 Inch, 600 Count BULK PACK**

# Other similar profiles



**Thomas DeBerardino, MD, COL, US Army (Ret), FAOA**
San Antonio, TX

👤+ Connect



**John Martin Leland, M.D.**
Orthopaedic Shoulder & Knee Sports Medicine Surgeon in Cleveland, Ohio
Chardon, OH

👤+ Connect



**Brett Cascio**
Orthopaedic Surgeon
Lake Charles, LA

👤+ Connect



**Spero Karas**
Atlanta, GA

👤+ Connect



**Jon Divine**
Cincinnati, OH



Connect



**Angelo Colosimo**

Orthopedic Surgeon UC Health

Cincinnati, OH

Connect



**Salvador E. Portugal, DO, MBA**

New York, NY

Connect



**Julius Gardin, MD, MBA**

Prof of Medicine, Cardiology Division, Rutgers New Jersey Med School; Chair Emeritus, Dept of Medicine, Hackensack Univ Medical Center

Teaneck, NJ

Connect



**Sanjeev Bhatia**

Greater Chicago Area

Connect



**David Abbasi, MD**

Delray Beach, FL

Connect

Show more profiles ⌄

# Explore more posts

 **Arthroscopy Journals**

 Podcast Alert  : In Episode 251, Drs. Scheibel and Arner discuss management...

 3



 **Vivistim®**

■ Vivistim clinical outcomes continue to be supported by the published data....

👍 35



**American College of Physicians**

Annals video summaries are systematic reviews condensed into short videos...

👍 15 · 1 Comment

**Board of Certification for the Athletic Trainer**

In the BOC newsroom, we discuss how the Orthopedic Specialty Certification...

👍 4

**JAMA Network Open**

Study suggests that simplified, handheld 6-lead ECG devices may be effective...

👍 2

**The Bone & Joint Journal**

MRI-detected scaphoid fractures are not universally benign, with delayed or...

👍 6

 Show more posts ⌄

---

 **Explore collaborative articles**

We're unlocking community knowledge in a new way. Experts add insights directly into each article, started with the help of AI.

**Explore More**

## Add new skills with these courses


Facilitating a Collaborative Strategic Planning Session


AWS Certified Machine Learning - Specialty (MLS-C01) Cert Prep: 2 Exploratory Data Analysis

An Introduction to How Generative AI Will Transform Healthcare

See all courses

Linked **in** © 2024

Accessibility

Privacy Policy

Cookie Policy

Brand Policy

Community Guidelines

About

User Agreement

Your California Privacy Choices

Copyright Policy

Guest Controls

Language ❯

File Provided Natively

NFLPLTFS-0000048



Call Today! **(954) 491-7758**

[PATIENT PORTAL]



Kevin J. Kessler, MD

## Board Certified in Orthopaedic Surgery
## Fellowship Trained in Sports Medicine
## Medical Director of Kessler Lipman Orthopedics

Specializing in Sports Medicine, Shoulder Surgery, Knee Surgery, Elbow Surgery



Dr. Kevin J. Kessler is the medical director of Kessler Lipman Orthopedics. He is an assistant clinical professor at Nova Southeastern University College of Osteopathic Medicine and has been an assistant clinical professor at the University of Miami School of Medicine. Dr. Kessler is board certified by the American Board of Orthopaedic Surgeons and a fellow of the American College of Surgeons (FACS).



physician in South Florida to perform a reverse total shoulder replacement. Dr. Kessler also has over twenty years of experience reconstructing ACL and PCL injuries.

Dr. Kessler has provided orthopedic medical coverage for many of the professional sports teams in South Florida, serving as team physician for the **Miami Hurricanes** football team, **Florida Atlantic University** football team, **New York Yankees** (spring training), **Baltimore Orioles**, **Miami Dolphins**, **Miami Frenzi** arena football team, and the **Florida Marlins** as a consulting physician. He also sees professional boxers and mixed martial arts fighters. Dr. Kessler was even consulted regarding President Clinton's quadriceps injury.

Dr. Kessler attended Hobart College in Geneva, New York for his undergraduate studies. He then earned his medical degree from the University of Health Sciences / Chicago Medical School in North Chicago, Illinois. He completed an internship in general surgery and residency in orthopaedic surgery at New York University / Bellevue Hospital in New York. Dr. Kessler then completed fellowship training in sports medicine at the University of Miami, HealthSouth Doctors Hospital in Coral Gables, Florida.

Dr. Kessler is a member of the American Academy of Orthopaedic Surgeons, Arthroscopy Association of North America, and Orthopaedic Society of Sports Medicine. He has also been a member of the American College of Surgeons, American Medical Association, Broward County Medical Association, Broward County Orthopaedic Society, Eastern Orthopaedic Association, Florida Medical Association, Florida Orthopaedic Society, and Southern Orthopaedic Association. He has published numerous articles in peer-reviewed medical journals. He lectures at orthopedic conferences and learning centers on Rotator cuff repairs and Anterior cruciate ligament reconstructions.

Outside of work, Dr. Kessler has a black belt in karate and enjoys piloting planes.

Boca Raton Sports Medicine | Fort Lauderdale Sports Medicine



## PATIENT EDUCATION

Let us empower you in your health journey by providing you with resources to better understand your conditions.

LEARN MORE

Home    Sports Medicine & Joint Replacement    Contact Us    Patient Education    ADA Disclaimer    HIPAA Privacy Policy    Sitemap

Copyright © 2024 · Kessler Lipman Orthopedics · All Rights Reserved

800 East Cypress Creek Rd., Ste 304
Fort Lauderdale, FL 33334

2900 N Military Trail, #230
Boca Raton, FL 33431

Medical Website Design and
Medical Marketing by

iHealthSpot.com



File Provided Natively

doximity

Sign In



# Steven S Isono, MD

<u>Orthopaedic Surgery</u> ▪ <u>Emeryville</u>, <u>CA</u>

Orthopedic Sports Medicine

---

Clinical Professor, Stanford University School of Medicine

**Join to view full profile**

## Dr. Isono is on Doximity

As a Doximity member you'll join over two million verified healthcare professionals in a private, secure network.

- Gain access to free telehealth tools, such as our "call shielding" and one-way patient texting.
- Connect with colleagues in the same hospital or clinic.
- Read the latest clinical news, personalized to your specialty.

**See Dr. Isono's full profile**

Already have an account?

## Office

6121 Hollis Street
Suite 900
Emeryville, CA 94608

 PHONE
+1 510-974-2800

  FAX
+1 510-806-2636

Is this information wrong?

## Summary

Team Physician and Consultant:

National Football League (NFL)
Golden State Warriors (NBA)
United States Olympic and Paralympic Committee
(USOPC)
USA Swimming

### Similar Physicians & HCPs

 **Thomas Peatman, MD**
Ortho · Oakland, CA

 **Darrell Hayes, MD**
Ortho · Oakland, CA

 **Peter Slabaugh, MD**
Ortho · Oakland, CA

 **William Billings, MD**
Ortho · Oakland, CA

 **Jack Stehr, MD**
Ortho · Oakland, CA

 **George Pugh, MD**
Ortho · Oakland, CA

 **Mathias Masem, MD**
Ortho · Oakland, CA

 **Roger Mann, MD**
Ortho · Oakland, CA

 **Jeffrey Mann, MD**
Ortho · Oakland, CA

 **Juon-Kin Fong, MD**
Ortho · Oakland, CA

USA Rowing
USA Boxing
USA Track and Field
USA Taekwondo
USA Triathlon
United States Judo Federation
Laney College Athletics
Association of Volleyball Professionals

## Education & Training

 Stanford Health Care-Sponsored Stanford
University
Residency, Orthopaedic Surgery, 1983 -
1987

 Stanford Health Care-Sponsored Stanford
University
Internship, Orthopaedic Surgery, 1982 -
1983

 Northwestern University The Feinberg
School of Medicine
Class of 1982

 Harvard University
BA, Biochemical Sciences, Cum Laude,
1974 - 1978

## Certifications & Licensure

 CA State Medical License
1983 - 2025

 NC State Medical License
1999 - 2003

American Board of Orthopaedic Surgery

Orthopaedic Surgery

American Board of Orthopaedic Surgery
Orthopaedic Sports Medicine

# Awards, Honors, & Recognition

America's Top Orthopedists
Center for Study Services

East Bay's Top Doctors
Oakland Magazine

Top Orthopedic Surgeon
Consumers Checkbook

**Join now to see all**

# Publications & Presentations

## PubMed

High rates of respiratory illnesses upon arrival:
lessons from Team USA at the Santiago 2023 Pan
American and Parapan American Games.
Eric G Post, Travis Anderson, Olivia Samson, Ashley N
Triplett, Alexis D Gidley
British Journal of Sports Medicine. 2024-09-04

# Press Mentions

 What It's like to Treat the World's Greatest Athletes
July 25th, 2024

 Olympics 2024: Meet Team USA's Head Physician from Stanford Medicine
July 24th, 2024

#AskMeAnything: Winter Olympics with Steve Isono
February 22nd, 2022

# Professional Memberships

American Academy of Orthopedic Surgeons - AAOS
Member

American Orthopaedic Society for Sports Medicine - AOSSM
Member

California Medical Association - CMA
Member

# Hospital Affiliations

 Alta Bates Summit Medical Center-Alta Bates Campus
Berkeley, California

 Stanford Health Care
Palo Alto, California



**Viewing the full profile is available to verified healthcare professionals only.**

Find your profile and take control of your online presence:

| First Name | Last Name | Find my p... |

Doximity / States / California / Emeryville / Steven Isono, MD

Dr. Steven Isono, Dr. Steven Isono, MD, Dr. S Isono, Dr. Steven S Isono



| About Us | Doximity App | Partner Overview |
| Press | Op-Med | Residency |
| Investors | Research | Navigator |
| Blog | Directory | Developer API |
| Work@ | Terms of Service | Hiring Solutions |
| Contact | Privacy | Hospital Solutions |
| | | Help |

© 2024 Doximity, Inc.

  

iPhone and iPad are trademarks of Apple Inc., registered in the U.S. and other countries.

File Provided Natively

NFLPLTFS-0000050


GAYATRI DEVI MD PC | PARK AVENUE NEUROLOGY



# Gayatri Devi,
## MD, MS, FACP, FAAN

**Director,** Park Avenue Neurology
**Clinical Professor of Neurology & Psychiatry,**
Zucker School of Medicine | Northwell Health
**Attending Physician,** Lenox Hill Hospital

**60+**
Peer-Reviewed Publications

**Super Doctor Hall of Fame**
**Castle and Connolly Top Doctor**

**Distinguished Visiting Professor, Weill Cornell Medical College;**
**AMWA Presidential Award**

- About Dr. Devi
- Staff
- Research
- Press
- Selected Videos
- Books
- Testimonials
- FAQs
- Contact Us

Home   Brain Injury and Concussion

## BRAIN INJURY AND CONCUSSION



Brain injury and concussions are a common reason for disruption of the the human **connectome**. Even small microscopic brain injuries with normal MRIs can affect cognition. Targeted **brain exercises** help to repair the disrupted connectome. Dr. Devi sees both children and adults with brain injury and concussions and is a neurologic consultant to the National Football League (NFL) Players Association. Patients undergo a thorough neurologic evaluation, focused on aiding recovery from the concussions. Some need a **brain MRI**. Some need **neurocognitive testing** to evaluate changes to thinking and processing skills due to brain injury.



*"Treating brain injury and concussions requires understanding the brain and its connections- the connectome. The brain functions like an orchestra with a trillion musicians."*



Why did Nellie, a seventh grader with a concussion, take so long to recover? Vertigo and imbalance are common after brain injury and concussions, often unrecognized and untreated and can significantly impact recovery.

*"A decade ago, I had an equestrian accident. I was in a coma, half paralyzed, lost half of my vision and had no short-term memory. I was terrified that I would not be able to resume my work as a literary agent and an editor. Thankfully, Dr. Devi became my neurologist as soon as I was out of the hospital. I immediately adored her- she is deeply compassionate, brilliant, and has a healthy sense of humor- a must when you care for people with brain damage! I worked with her doing brain exercises for 1-1/2 years. While my sight has not returned, my ability to be a devoted mother with an intense career returned, full-force. I attribute my unexpected recovery to all the work that I did with Dr. Devi, and her amazing advocacy for me in so many ways. I will be forever grateful. And now Dr. Devi is one of my clients and I have represented 2 of her books!" Laura Yorke.* Cognitive rehabilitation is key to recovering function after head injury.

**Brain exercise** programs for treating concussions run from a few weeks to two years, depending on severity of injury, once to several times a week.



**65 East 76th St.**
**New York, NY 10021**

Tel:212-517-6881
Fax:212-517-6921
Email:office@nybrain.org

**Office Hours**

Monday: 10AM-5PM
Tuesday: 10AM-6PM
Wednesday: 10AM-6PM
Thursday: 10AM-6PM
Friday: 10AM-4PM

Follow Us  

File Provided Natively

NFLPLTFS-0000051

 

REQUEST APPOINTMENT          BILL PAY          RENEW PRESCRIPTION          PATIENT PORTAL

Home   Our Physicians   Providers   Services   Specialties   Patient Resources   About   Locations   (727) 527-5272

## George H. Canizares, MD

### General Orthopaedic Surgery and Sports Medicine



**George H. Canizares, MD**
General Orthopaedic
Surgery and Sports
Medicine

**Request an
Appointment**

He received his Doctorate of Medicine degree from the University of South Florida College of Medicine in Tampa, FL. Dr. Canizares served his residency in Orthopaedic Surgery at Wayne State University School of Medicine in Detroit, MI.

He completed a fellowship in Sports Medicine at South Florida Orthopaedic Institute in Coral Gables, FL.

> *Dr. Canizares is Board Certified in Orthopaedic Surgery specializing in Sports Medicine.*

Dr. Canizares was selected to the NFL Neutral Physician Examiners Panel and served as the team doctor for the Miami Heat and Miami Sol.

Dr. Canizares was instrumental in the development of the sports medicine program at All Florida Orthopaedic Associates and several Pinellas County high schools and colleges. He has also traveled with several professional sports teams as the team physician.

## Certifications and Memberships

- American Board of Orthopaedic Surgery
- Arthroscopy Association of North America
- American Orthopaedic Society for Sports Medicine
- Florida Orthopaedic Society
- Police Athletic League

## Practice Locations



**4th Street**

Directions



**Bayfront Medical Plaza**

Directions



**South Pasadena**

Directions



**Central Avenue**

Directions

 

### Menu

 

Home   Our Physicians   Services   Specialties   Patient Resources
About   Clinic Locations   Privacy Policy

**Patient Portal**

@ Copyright 2022 - 2024 | Website by Studio Internet | All Rights Reserved

File Provided Natively

NFLPLTFS-0000052



Physicians
for Responsible Medicine

For Clinicians    For Medical Students    For Scientists    About Us ⌄

GOOD NUTRITION ⌄    HEALTH TOPICS ⌄    ETHICAL SCIENCE ⌄    OUR RESEARCH ⌄    NEWS ⌄    WAYS TO GIVE

# Find a Doctor

## Haley Burke, MD



Dr. Burke is board-certified in neurology and board-certified in interventional pain management. Dr. Burke is an assistant professor of neurology and pain management at the University of Colorado and is a physician for the NFL Players Association. Dr. Burke has been plant-based since 2001.

### Locations

Colorado Rehabilitation and Occupational Medicine
145 Inverness Dr. East, Suite 250
Englewood, CO 80112

1390 S. Potomac St.
Aurora, CO 80012

### Contact

+1 303-341-0722

### Specialties

Neurology
Sports Medicine

### Memberships and Affiliations

Physicians Committee for Responsible Medicine

### Telehealth

Offers telehealth visits in Colorado.

**FILTER RESULTS**

Location

Location

Begin typing an address, ZIP code, or city and state and accept the autocomplete result to find providers near you.

Distance

50

Distance in *Miles*

Specialty

- Any -

Sort by

Distance

**Search Providers**



## Join the Kickstart

Prevention starts today. Join the 21-Day Vegan Kickstart.

21-Day Kickstart

## Get Healthy With Good Nutrition

Food for Life classes teach you how to improve your health with a plant-based diet.

Find a Class

Ethical Science
Our Research
News
Events
Shop
Contact
Media Center

Take Action
About Us
Barnard Medical Center
Careers
Recursos en Español
Ressources en Français

Get Updates

Email*    Sign Up

PhysiciansCommittee
for Responsible Medicine

©2024 Physicians Committee for Responsible Medicine
PCRM is a 501(c)(3) nonprofit organization. Tax ID 52-1394893
To access our BBB report, visit Give.org

Privacy Policy | Terms of Use

File Provided Natively

NFLPLTFS-0000053



File Provided Natively

NFLPLTFS-0000058

File Provided Natively

NFLPLTFS-0000059




# The Price of Glory

Two young amateur athletes participate in violent sports every year. As the worry surrounding repeated head injuries, concussions, and CTE grows, sports at both a youth and professional level need to adapt technologically in order to address these concerns.







File Provided Natively

NFLPLTFS-0000060

doximity

Sign In



Jonathan Albert Schleimer, MD

Neurology • La Jolla, CA

Neuromuscular Medicine

San Diego Nerve Study Center

Join to view full profile

## Dr. Schleimer is on Doximity

As a Doximity member you'll join over two million verified healthcare professionals in a private, secure network.

- Connect with other colleagues in the same hospital or clinic
- Search all U.S. specialist profiles and refer a patient
- Read the latest clinical news and earn CME/CEU credits

See Dr. Schleimer's full profile    Already have an account?

### Office

9850 Genesee Ave Ste 750
La Jolla, CA 92037

PHONE
+1 858-554-1644

FAX
+1 858-554-1646

Is this information wrong?
Is this information wrong?

### Summary

I am board certified in Neurology and Neuromuscular medicine. I served as a Neurology consultant for the San Diego Chargers. I am on the safety panel for the California State Athletic Commission and was a professional ringside physician from 1994-2016. I have been a independent Neurology consultant for the NFL and NFLPA from 2001- 2020. I specialize in Neuromuscular medicine and Sports Neurology

### Education & Training

University of California (San Francisco)
Residency, Neurology, 1988 - 1989

Duke University Hospital
Residency, Internal Medicine, 1986 - 1988

Johns Hopkins University School of Medicine
Class of 1986

### Certifications & Licensure

CA State Medical License
1989 - 2025

American Board of Psychiatry and Neurology
Neurology

### Publications & Presentations

PubMed

Response of the dropped head/bent spine syndrome to treatment with intravenous immunoglobulin.  17 citations
Justin Dominick, Geoffrey Sheean, Jonathan Schleimer, Christopher R. Wiseno. Muscle &amp; Nerve. 2006 Jun 1

Minor traumatic brain injury in sports.  6 citations
Jonathan A. Schleimer. Current Sports Medicine Reports. 2002 Dec 1

Plasma atrial natriuretic factor and subarachnoid hemorrhage  66 citations
Michael N. Diringer, Paul W. Lademson, Barney J. Stern, Jonathan Schleimer, Daniel F. Hanley-Jbroke. 1988 Sep 1

Join now to see all

### Other Languages

Spanish

Viewing the full profile is available to verified healthcare professionals only.

Find your profile and take control of your online presence:

First Name    Last Name    Find my profile

#### Similar Physicians & HCPs

Alexander Fay, MD    Sponsored
Neuro • San Francisco, CA
Request Appointment ▾

Rachel Vassar, MD    Sponsored
Neuro • San Francisco, CA
Request Appointment ▾

Bridget Ostrem, MD    Sponsored
Neuro • San Francisco, CA
Request Appointment ▾

Mary Kalafut, MD
Neuro • La Jolla, CA

Douglas Galasko, MD
Neuro • La Jolla, CA

Kutreet Chaudhary, MD
Neuro • La Jolla, CA

Bradley Schnierow, MD
Neuro • La Jolla, CA

Naira Kocharian, MD
Neuro • La Jolla, CA

Dee Silver, MD
Neuro • La Jolla, CA

Frederick Delaveca, MD
Neuro • La Jolla, CA

d

About Us    Doximity App    Partner Overview
Press    Op-Med    Residency Navigator
Investors    Research    Developer API
Blog    Directory    Hiring Solutions
Work@    Terms of Service    Hospital Solutions
Contact    Privacy    Help

© 2024 Doximity, Inc.

iPhone and iPad are trademarks of Apple Inc., registered in the U.S. and other countries.

File Provided Natively

NFLPLTFS-0000075





# Steven S Isono

**Sports medicine surgeon**, Sports medicine doctor, Orthopaedic surgeon



Clinical Professor, Orthopaedic Surgery

Insurance Coverage

Resources for Referring Physicians

★★★★★  **5.0/5**

211 Patient Ratings
244 Patient Reviews

## Get In Touch

**MAKE AN APPOINTMENT**

📞 (510) 974-2800

📍 Practice Locations

How to Message Your Care Team

PROFESSIONAL SUMMARY    ✓ SPECIALIZING IN    📍 PRACTICE LOCATIONS    ☆ PATIENT RATINGS    ⬌ REFERRING PHYSICIANS

# Biography

Dr. Steven Isono is an Orthopaedic Surgeon specializing in Sports Medicine as well as surgery of the knee and shoulder. He is Board Certified by the American Board of Orthopaedic Surgery in both Orthopaedic Surgery and in Sports Medicine with a Certificate of Added Qualification in Sports Medicine.

Dr. Isono grew up in the East Bay and graduated as the Valedictorian of Oakland High School during which he participated in Basketball, Baseball, Track and Field with All-State Honors in Gymnastics. He received a BA with Honors in Biochemistry from Harvard University in Cambridge, Massachusetts and wrote his Research Thesis on Erythrocyte Abnormalities in Sickle Cell Anemia. He then received his MD from Northwestern University Medical School in Chicago, Illinois and also performed research on Liver Hepatomas during medical school. His Internship in Plastic and Reconstructive Surgery and Residency in Orthopaedic Surgery were both completed at Stanford with additional training in Microsurgery in Japan at the Kyoto University Hospital and the Tokyo Metropolitan Hospital.

He is serving as Team Physician and Consultant for the United States Olympic and Paralympic Committee (USOPSC) for Men's Swimming, Triathlon, Judo, Taekwondo, Track and Field, Men's Rowing, and Boxing), the National Football League Players Association (NFLPA), the Oakland Panthers (Professional Indoor Football League), and Laney College. He was Team Physician for the Golden State Warriors of the National Basketball Association (NBA) for many years and completed this role in 2019. He is also a consultant for the Special Olympics, Ironman World Triathlon Championships, Dew Tour of Action Sports, and Association of Volleyball Professionals.

In addition to covering numerous National and International World Championship competitions, he has served as the Orthopedic Surgeon for TEAM USA for the 2015 XVII Pan American Games in Toronto, Canada, the 2016 XXXI Summer Olympic Games in Rio de Janeiro, Brazil, and 2018 Youth Olympic Games in Buenos Aries, Argentina as well as the 2019 XVIII Pan American Games in Lima, Peru. Dr. Isono was appointed the TEAM USA Head Team Physician at the 2021 XXXII Summer Olympic Games in Tokyo, Japan in July 2021 and the 2022 XXIV Winter Olympic Games in Beijing, China.

Dr. Isono also is a founder of a Non-Profit organization called the One Nation Project located in West Oakland. This program uses sports as an avenue to mentor kids-at-risk and involves kids from lower school through high school. Of his

"first class" of kids, 10 of 11 kids graduated high school and college with a few of his "kids" becoming an Astrophysicist, a Financial Consultant, a Deputy Sheriff, and an Attorney.

Dr. Isono is a member of the American Academy of Orthopaedic Surgeons, American Board of Orthopaedic Surgery, American Orthopaedic Society of Sports Medicine, Olympic Sports Medicine Society, Arthroscopy Association of North America, California Orthopaedic Association, Western Orthopaedic Association, NBA Team Physicians Society, and the American College of Sports Medicine. He also holds the position of an Expert Medical Reviewer for the Medical Board of California.

Among his many honors, Dr. Isono has earned the "Top Doctors in Sports Medicine" award in the California Magazine, Oakland Magazine, and Bay Area Consumer's Checkbook, the Patients' Choice Award for California's Favorite Physicians, and designated among "America's Top Orthopedists" and "Sports Medicine Physicians" by Consumer's Research Council of America.

# Professional Summary

### Education & Certifications ＋

### Memberships −

TEAM USA Head Team Physician, United States Olympic and Parlympic Committee (2020 - Present)

Orthopedic Surgeon Consultant, National Football League Player's Association (2019 - Present)

Team Physician and Consultant, USA Rowing (2018 - Present)

Team Physician and Consultant, USA Women's Water Polo (2017 - Present)

Team Physician and Consultant, USA Men's Swimming (2017 - Present)

Executive Committee, NBA Team Physicians Society (2015 - Present)

Team Physician and Consultant, National Basketball Association Golden State Warriors (2011 - Present)

Team Physician and Consultant, Association of Volleyball Professionals (2007 - Present)

Team Physician and Consultant, Laney College (2005 - Present)

Expert Medical Reviewer, The Medical Board of California (2000 - Present)

Team Physician and Consultant, USA Taekwondo (1997 - Present)

Team Physician and Consultant, USA Boxing (1996 - Present)

Team Physician and Consultant, USA Track and Field (1996 - Present)

Team Physician and Consultant, USA Triathlon (1994 - Present)

Team Physician and Consultant, USA Judo (1994 - Present)

Qualified Medical Evaluator, State of California (1991 - Present)

View Less

### Administrative Appointments ＋

File Provided Natively

NFLPLTFS-0000077



**Articles**    **People**    **Learning**    **Jobs**    **Games**

## Sutapa Mcnasby

Neuropsychologist/Concussion Specialist

Boulder, Colorado, United States · **Contact Info**

60 followers · 60 connections

**See your mutual connections**

**Join to view profile**    **Message**

**National Football League (NFL)**

## Activity

**+ Follow**



**#168 on the Inc. 5000!!! So proud of the Ivy.ai team!**

Liked by Sutapa Mcnasby



**I couldn't be more impressed with Marcy Fife's achievements in the short time she's been with Ivy.ai. I'm incredibly proud of our company's culture...**

Liked by Sutapa Mcnasby



**Great perspectives on both the edtech industry and the benefits of chatbots. Thanks for sharing your story, Lindsey Vyoral Miller!**

Liked by Sutapa Mcnasby

---

Join now to see all activity

---

## Experience

 **Clinical Neuropsychologist**
National Football League (NFL)
2009 – 2019 · 10 years

 **Professor**
University of North Carolina at Chapel Hill
2001 – 2019 · 18 years

---

## More activity by Sutapa



**Liked by Sutapa Mcnasby**



**New year, new tech! Learn what an AI chatbot can do for your school.**
**https://bit.ly/35tNb9C #AI #artificialintelligence #chatbots #edtech #highered**
Liked by Sutapa Mcnasby



I've been reflecting on the accomplishments #Ivyai saw in 2020. I wanted to grab this opportunity to thank the entire team for the innovation and...

Liked by Sutapa Mcnasby

Hello OCLAA family! Meet one of our amazing alumni, Abel Quintero! Abel is a talented and passionate leader in pretty much every way. As a...

Liked by Sutapa Mcnasby

## View Sutapa's full profile

See who you know in common

Get introduced

Contact Sutapa directly

**Join to view full profile**



ValuePetSupplies.com

**Valuepad USA Puppy Pads, Medium 22X23 Inch, 600 Count BULK PACK**

# Other similar profiles



**Morgan Cheripko**

Physician Assistant Student (PA-S2) at Medical University of South Carolina

Charleston County, SC

🔹 Connect



**Mike Miguel Pappolla.**

Houston, TX

🔹 Connect



**Robert Noecker**

Fairfield, CT

🔹 Connect



**Scott Weingart**

Editor-in-Chief, EMCrit.org | ED Critical Care Doctor | Physician Coach

Stony Brook, NY

🔹 Connect



**Sandeep Samant**

Chief of Head and Neck Surgery, Northwestern Medicine and Professor of Otolaryngology at Feinberg School of Medicine

Greater Chicago Area

🔹 Connect



**Laura Traynor, PharmD, BCACP, FASHP**

Greater Minneapolis-St. Paul Area

🔹 Connect



**Michael Wall**

JJ Buckley Professor and Chairman Department of Anesthesiology University of Minnesota Senior Vice President Univ Minn Medical Center Senior Vice President Critical Care and Perioperative...

Minneapolis, MN

🔹 Connect



**Gaurang Shah MD FACR FASFNR**


Associate Chair and Professor of Radiology at the University of Michigan

Ann Arbor, MI

👤⁺ Connect


**Roger Lebo, Ph.D., FACMG**

Professor (Emeritus) and Director (Ret.), Clinical Cytogenetics

Akron, OH

👤⁺ Connect


**Jim Cleary**

Indianapolis, IN

👤⁺ Connect

## Explore more posts


**Amol Sarva**

What do bio and health applications mean for the next wave of AI -- specifically... 

👍🏆 26 · 5 Comments


**Greg Watry**

UC Davis researchers have developed a rapid, noninvasive tool to track the...

16 · 2 Comments

**Kuni Foundation**

During the Kuni Foundation's recent funding round, researchers at Seattle's...

7

**Mason Reiner**

Shout out to Clark Valberg at Tiferes Ventures for sharing this article in his...

12 · 2 Comments

**Sohit Gatiganti**

During my time at the Stanford Department of Medicine, I witnessed the...

60 · 9 Comments

**Steve Thomas**

Would you let an AI robot help. you with mental health concerns? Researchers...

2 · 6 Comments

Show more posts

## Explore collaborative articles

We're unlocking community knowledge in a new way. Experts add insights directly into each article, started with the help of AI.

Explore More

© 2024

Accessibility

Privacy Policy

Cookie Policy

Brand Policy

Community Guidelines

About

User Agreement

Your California Privacy Choices

Copyright Policy

Guest Controls

Language

File Provided Natively

NFLPLTFS-0000079



File Provided Natively

NFLPLTFS-0000081

