# EXHIBIT 25



NFL PLAYER BENEFITS

# DISABILITY PLAN

## Summary Plan Description



**NFL Player Disability & Neurocognitive Benefit Plan**

WWW.NFLPLAYERBENEFITS.COM

NFL_ALFORD-0012016

# NFL Player Disability & Neurocognitive Benefit Plan

August 2019

**Dear NFL Player,**

This booklet gives you a quick summary of the NFL Player Disability & Neurocognitive Benefit Plan ("Disability Plan" or "Plan") which provides three different kinds of disability benefits to eligible former National Football League ("NFL") Players.

This booklet, written in plain language, is not a substitute for the official Disability Plan document, which provides all the details, rules and exceptions. In the event of a conflict between this booklet and the official Plan document, the official Plan document will be followed. To review the official Disability Plan document, contact the NFL Player Benefits Office at 800.638.3186 or visit **nflplayerbenefits.com**.

## Here you'll learn

The differences among benefits under the Disability Plan

What those differences may mean to you

How to apply for disability benefits and maintain them if they are awarded

The Disability Plan's rules and requirements have changed over the years. This booklet summarizes Disability Plan provisions as of June 2019. For information about Disability Plan rules that may affect benefits that were awarded prior to June 2019, contact the NFL Player Benefits Office.

Please take the time to read this booklet, share it with your family and keep it in your permanent records. Should you have any questions, call the NFL Player Benefits Office at **800.638.3186**.

**Sincerely,**
**The Disability Board**



**NFLPLAYERBENEFITS.COM**
Confirm your Credited Seasons, apply for Disability Plan benefits, and learn how to make the most of the benefits and resources available to you as an NFL Player.

The Disability Plan is maintained in accordance with the 2011 Collective Bargaining Agreement ("CBA") between the National Football League Players Association ("NFLPA") and the National Football League Management Council ("NFLMC").



## COMPLETE THE APPLICATION(S) AND PROVIDE SUPPORTING DOCUMENTS

You can apply for Disability Plan benefits either online at **nflplayerbenefits.com** or by submitting a paper version of the application form(s) to the NFL Player Benefits Office. Applications can be downloaded from **nflplayerbenefits.com** and printed. If you would prefer, the NFL Player Benefits Office can send you hard copies of the application form(s) by mail.

**When completing your application(s), be sure to include information about any and all impairments you have that you think support your claim for that particular Disability Plan benefit.** The Committee or Board will only consider impairments that you include on your initial application unless a neutral physician who evaluates you recommends otherwise (see below).

 Be sure to include ALL impairments you want considered on your initial application for benefits.

### Supporting documents

**It is not required, but strongly recommended that you provide medical records and other documents to support your case.** All medical records and other documents you wish to have considered as part of your application must be received by the NFL Player Benefits Office for your application to be considered complete.

 **Do not include actual films (e.g., x-rays, MRIs) with the supporting documents you send to the NFL Player Benefits Office.** If you want any of these to be considered, you can bring them with you to your examination with the neutral physician (See page 37).