# EXHIBIT 49

File Provided Natively

NFLPLTFS-0000045



# SOUTH TEXAS NEUROPSYCHOLOGY

LOGIN

HOME    WHO WE ARE    OUR SERVICES    PAYMENT & INSURANCE    CONTACT US

## Our Doctors

Gilbert Martinez, Ph.D, ABPP-CN

Douglas B. Cooper, Ph.D, ABPP-CN

Our Clinical Staff

Our Psychometrists

Our Administrative Staff

## Douglas B. Cooper, Ph.D, ABPP-CN

Dr. Cooper is a partner at South Texas Neuropsychology, conducting neuropsychological evaluations for patients with a variety of neurologic conditions, brain injuries, and other disorders which impact cognitive functioning. He is a licensed psychologist in the State of Texas and is board-certified in clinical neuropsychology through the American Board of Professional Psychology (ABPP-CN). As a result of his significant contributions to the science and profession of neuropsychology throughout his career, he was elected as a Fellow of the National Academy of Neuropsychology in 2020.

Dr. Cooper completed his undergraduate degree in psychology at Vanderbilt University and holds a master's degree in Cognitive Neuroscience. Dr. Cooper completed his doctorate in Clinical Psychology at the University of Texas Southwestern Medical Center (UT Southwestern) in Dallas, where he was elected chief resident. Following an internship in the Department of Psychiatry at UT Southwestern, he completed a two-year postdoctoral fellowship in Clinical Neuropsychology in the Department of Physical Medicine & Rehabilitation at Baylor College of Medicine in Houston, Texas. His fellowship included extensive training in both clinical neuropsychology and rehabilitation neuropsychology at institutions in Texas Medical Center including TIRR Rehabilitation Hospital, University of Texas M.D. Anderson Cancer Center, Memorial Hermann Healthcare System, and Texas Children's Hospital.

Dr. Cooper has been practicing clinical neuropsychology in San Antonio since 2003. For nearly ten years, he dedicated his practice to the evaluation and treatment of military service members at San Antonio Military Medical Center (SAMMC). Dr. Cooper helped to establish the Traumatic Brain Injury Service at SAMMC in 2007, serving as a neuropsychologist for active-duty military personnel returning from war with traumatic brain injuries. He also served as Director of the Military Brain Injury Rehabilitation Research Consortium and was a clinical supervisor of postdoctoral fellows and interns in training at SAMMC. Dr. Cooper continues to be actively involved in teaching medical residents and psychology interns at the University of Texas Health Science Center (UT - Health San Antonio), where he holds academic appointments as Adjunct Associate Professor in the Department of Psychiatry and Adjoint Associate Professor in the Department of Rehabilitation Medicine.



Dr. Cooper left his clinical practice at SAMMC in 2012 to join South Texas Neuropsychology, but continues to serve the active duty and veteran population through brain injury research. He currently serves as a Research Scientist at the San Antonio VA Polytrauma Rehabilitation Center, where he leads a team of researchers investigating treatments for individuals with mild traumatic brain injuries and co-occurring psychiatric conditions such as depression and posttraumatic stress disorder (PTSD). Dr. Cooper has published more than 100 manuscripts, book chapters, and abstracts on the assessment and treatment of concussion/mild traumatic brain injury including cognitive rehabilitation interventions, and his work is widely cited in the medical literature. Due to his nationally recognized expertise, he was invited to present to the National Academy of Sciences and to the Institute of Medicine on treatment strategies for individuals who sustained traumatic brain injuries. He has also been invited to serve as a neuropsychological subject matter expert on panels for the Department of Defense (DoD), Office of the Surgeon General, Defense Centers of Excellence, Veterans Healthcare System, and Defense and Veterans Brain Injury Center. He was a primary author of the initial VA/DoD Clinical Practice Guidelines (CPG) for the Management of Concussion/Mild Traumatic Brain Injury, and served as an invited reviewer of the most recent update of the Concussion CPG in 2021. He was the consulting neuropsychologist for the San Antonio Rampage (AHL Affiliate of Colorado Avalanche) Professional Hockey Team, and volunteered on the board of directors of the Alamo Head Injury Association (AHIA) for more than a decade. In addition to his clinical work, Dr. Cooper currently serves as a neutral evaluator for the National Football League Player Benefits (NFLPB) program and is a consulting neuropsychologist for the Texas Medical Board.

Dr. Cooper is married and has three children. He enjoys watching college football, playing basketball and pickleball, and spending time outdoors.



Copyright © 2024. South Texas Neuropsychology. Designed by Shape5.com Joomla Templates

16014 Via Shavano San Antonio, TX 78249

210 614 3011