# EXHIBIT 52

File Provided Natively

NFLPLTFS-0003227

ORTHOPEDIC SURGEONS   SPORTS MEDICINE PHYSICIANS   PODIATRIST   SPECIALTIES   PATIENTS   LOCATIONS   PHYSICAL THERAPY   CONTACT US



# THE PREMIER SPORTS MEDICINE SPECIALISTS IN SAN ANTONIO

## WHAT IS A SPORTS MEDICINE PHYSICIAN?

A sports medicine physician has specialized training and experience with athletes ranging from ages 5 to 99.

From preventing to treating injuries, our team of physicians ranges from board-certified orthopedic surgeons to primary care sports medicine physicians. With specialized and ongoing training our team is revolutionizing what it means to be a sports medicine physician.

## WHEN SHOULD YOU COME TO SEE US?

Athletes are welcome to come in for an initial assessment or if they are experiencing any kind of pain or discomfort in their joints, muscles, or bones.

- If you recently experienced a strain or a sprain or another soft tissue injury that concerns you, you should pay us a visit to determine where is the root of the problem.
- If you have tendonitis that simply won't go away, we can make a full assessment and initiate one of our rehabilitation protocols that will allow you to return to the pre-injury phase.
- If you keep stumbling and falling there is most likely a reason for that other than bad luck. We will address any imbalances in key muscle groups.
- If you are experiencing any kind of chronic pain in the neck, back, knee, or other areas.



SCHEDULE AN APPOINTMENT

# CONDITIONS WE TREAT

- Acute Injuries
- Chronic Conditions
- Concussions
- Contusions (bruises)
- Sprains
- Strains
- Fractures
- Dislocations
- Tears

- AC Joint Injuries
- Anterior Cruciate Ligament Injuries
- Articular Cartilage Injuries
- Heat Illness
- Overuse Injuries
- Osteoarthritis
- Pitcher/Little League Elbow
- Tendinitis, Tendonosis, Tendosynovitis
- Bursitis

- Pre/Post-Surgical Rehabilitation
- Post Fracture Rehabilitation
- Injury Prevention and Care
- Platelet-Rich Plasma Injections
- Back to the Game Protocols
- Postural Assessments
- Strength and Conditioning Programs
- and More

## MEET OUR SPORTS MEDICINE PHYSICIANS TEAM

    

**DR. PAUL SAENZ**   **DR. ELIOT YOUNG**   **DR. TIMOTHY PALOMERA**   **DR. LINDSAY STEPHENS**   **DR. DANIEL SANTA MARIA**



### VIDEOS RESOURCES FOR SPORTS MEDICINE

VIEW MORE VIDEOS

BLOG POSTS REGARDING SPORTS MEDICINE





A PARTNERSHIP THAT IS REVOLUTIONARY & INNOVATIVE

Sports Medicine Associates of San Antonio has teamed up with Texas Physical Therapy Specialists and St. Mary's Athletics to create one of the best sports medicine programs possible exclusive to St. Mary's University students, athletes, faculty, and staff.

Read More →

Aug 8, 2022

MOST COMMON INJURIES & HOW TO PREVENT THEM - TEXAS HIGH SCHOOL FOOTBALL EDITION

It's no lie, Texans love football. Everybody has their favorite NFL team. There's nothing like college football for some fast-paced action. But neither compares to those Friday Night Lights! Texas High School Football is the real deal. There is an unbeatable unity there. As a sport, it is exciting, fast-paced, and highly competitive. The physical demands of the sport ensure that every player will suffer bumps and bruises throughout the season.

Read More →

Jul 21, 2022

THE RESPONSIBILITY IT TAKES TO BE A SAN ANTONIO SPURS TEAM DOCTOR

Being a team doctor for a professional sports team takes a lot of time, effort, and dedication. "The bottom line is when you take care of a professional sports organization, you're on call 24 hours a day, 7 days a week, 365 days a year." - Dr. Schmidt

Read More →

Jun 22, 2022

OUR PROMISE

AT SPORTS MEDICINE ASSOCIATES OF SAN ANTONIO, OUR GREATEST REWARD IS KEEPING OUR COMMUNITY ACTIVE AND SAFELY PARTICIPATING IN THEIR FAVORITE SPORTS.

WE'RE HIRING         RESTORE PRODUCTS



Cookie Preferences