# EXHIBIT 53

File Provided Natively

NFLPLTFS-0000062

