# EXHIBIT 57

```
 1              IN THE UNITED STATES DISTRICT COURT
 2       FOR THE NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION
 3       ---------------------------
         MICHAEL CLOUD,                :
 4                                     :
              Plaintiff,               :
 5                                     :  Civil Action No.:
         vs.                           :
 6                                     :  3:20-CV-01277-E
         THE BERT BELL/PETE ROZELLE   :
 7       NFL PLAYER RETIREMENT PLAN,:
                                       :
 8            Defendant.               :
         ---------------------------
 9
10            INDIVIDUAL AND 30(b)(6) DEPOSITION OF
11                       HESSMAN VINCENT
12       DATE:           August 10, 2021
13       TIME:           10:06 a.m. to 8:34 p.m.
14       LOCATION:       Groom Law Group
                         1701 Pennsylvania Avenue
15                       Suite 1200
                         Washington, D.C. 20006
16
17       REPORTED BY:  Felicia A. Newland, CSR
18
19
20
                         Veritext Legal Solutions
21                 1250 Eye Street, N.W., Suite 350
                         Washington, D.C. 20005
22

                                                    Page 1
```

```
 1    Q   And when you say "the parties," do
 2  you mean the NFL Management Council and the NFLPA?
 3    A   That's correct.  They agree on
 4  neutral physicians.
 5    Q   Who submits neutral physicians to the
 6  NFL Management Council and the NFLPA for
 7  consideration?
 8    A   That primarily comes through me.
 9    Q   Okay.  And how do you go out and find
10  Plan doctors?
11    A   We have a group of consultants of
12  various specialties.  So depending on what our
13  needs are for a certain specialist in a certain
14  area, for example city, state, we will refer to
15  them to see if there is a person that they may know
16  that could participate in our plans.
17    Q   Who are those consultants?
18    A   Let me write this down so I make sure
19  I won't skip anybody at the same time.  We have our
20  medical director, orthopedist Dr. Aakash Shah.  We
21  have another consultant orthopedist, Dr. Harlan
22  Selesnick.  We have our consulting
                                          Page 174
```

```
 1  neuropsychologist, Dr. Bill Garmoe.  We have our
 2  consulting neuropsychologist, Dr. Stephen
 3  Macciochin.  We have our consulting psychiatrist,
 4  Dr. Steve Epstein.  We have our consulting
 5  neuropsychologist and psychiatrist Dr. Silvana
 6  Riggio.  That's the group.
 7    Q   All right.  As I heard what you said
 8  the consultants were referenced were Dr. Shah, Dr.
 9  Selesnick, Dr. Garmoe -- sorry, the consultant are
10  Dr. Shah, Dr. Selesnick, Dr. Garmoe,
11  Dr. Macciochin, Dr. Epstein, and Dr. Riggio?
12    A   Riggio, R-I-G-G-I-O.
13    Q   Riggio.
14    A   Yes.
15    Q   Was anybody else correct?
16    A   Yes.
17    Q   Or I marginally said it closely?
18    A   Yes, it was pretty close.
19    Q   Okay.  Who pays the neutral doctors?
20    A   It comes out of the Plan, disability
21  Plan.
22    Q   And just so we're clear and we're on
                                          Page 175
```

```
 1  the same page with how it's worded, do you all call
 2  them neutral physician?
 3    A   Yes, that's correct.
 4    Q   So if I say "the neutrals" or "the
 5  neutral physicians," those will be the people that
 6  you understand to be the Plan doctors.  Is that
 7  correct?
 8    A   Yes.  I will understand that, yes.
 9    Q   How is the Plan funded?
10    A   By the Management Council -- I'm
11  sorry, the league owners.
12    Q   And so correct me if I'm wrong, and
13  tell me -- point out if I've said anything
14  incorrectly just so I can put this in a bottle for
15  a second.
16        The NFL Management Council and the
17  NFLPA negotiate and they come to a CBA and
18  ultimately there's an agreement on the distribution
19  of revenue, correct?
20    A   Correct.
21    Q   And out of that distribution of
22  revenue, where does the disability Plan benefits
                                          Page 176
```

```
 1  money come from?
 2        So I see you looking through the
 3  document that's been marked Exhibit 20.  Do you not
 4  know that answer without consulting your binder?
 5    A   I understand that contributions are
 6  made through the employer to The Plan.
 7    Q   Okay.  So if I understand you
 8  correctly, the employer would be --
 9    A   NFL owners.
10    Q   -- the league through the owners,
11  correct?
12    A   Correct.
13    Q   Is there an annual amount that's
14  distributed from the owners to The Plan?
15    A   I'm not sure of the annual amount.
16    Q   I'm saying, is there an annual
17  amount?  Is there a set amount?
18    A   I do not know the answer.
19    Q   So you know it's funded by the
20  owners, you just don't know if it's a set amount or
21  if there's a determination of how that amount comes
22  in.  Is that correct?
                                          Page 177
```