# EXHIBIT 3

# Filed Under Seal

# EXHIBIT 5
# Filed Under Seal

# EXHIBIT 8

# Filed Under Seal

# EXHIBIT 9

# Filed Under Seal

# EXHIBIT 10
# Filed Under Seal

# EXHIBIT 12
# Filed Under Seal

# EXHIBIT 15
# Filed Under Seal

# EXHIBIT 17
# Filed Under Seal

# EXHIBIT 18
# Filed Under Seal

# EXHIBIT 19
# Filed Under Seal

# EXHIBIT 20

# Filed Under Seal

# EXHIBIT 21

# Filed Under Seal

# EXHIBIT 22
# Filed Under Seal

# EXHIBIT 24
# Filed Under Seal

# EXHIBIT 27
# Filed Under Seal

# EXHIBIT 29
# Filed Under Seal

# EXHIBIT 30
# Filed Under Seal

# EXHIBIT 31
# Filed Under Seal

# EXHIBIT 32
# Filed Under Seal

# EXHIBIT 33
# Filed Under Seal

# EXHIBIT 34
# Filed Under Seal

# EXHIBIT 35
# Filed Under Seal

# EXHIBIT 36
# Filed Under Seal

# EXHIBIT 37
# Filed Under Seal

# EXHIBIT 38

# Filed Under Seal

# EXHIBIT 39
# Filed Under Seal

# EXHIBIT 40

# Filed Under Seal

# EXHIBIT 41
# Filed Under Seal

# EXHIBIT 42

# Filed Under Seal

# EXHIBIT 43

# Filed Under Seal

# EXHIBIT 44

# Filed Under Seal

# EXHIBIT 45
# Filed Under Seal

# EXHIBIT 46

# Filed Under Seal

# EXHIBIT 47
# Filed Under Seal

# EXHIBIT 48
# Filed Under Seal

# EXHIBIT 50
# Filed Under Seal

# EXHIBIT 51
# Filed Under Seal

# EXHIBIT 54

# Filed Under Seal

# EXHIBIT 55

# Filed Under Seal

# EXHIBIT 56
# Filed Under Seal