# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JASON ALFORD, *et al.*,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>THE NFL PLAYER DISABILITY & SURVIVOR BENEFIT PLAN, *et al.*,<br><br>    *Defendants*. | Case No. 1:23-cv-00358 |

## MOTION TO WITHDRAW APPEARANCE

Consistent with Local Rule 101(2)(a), Spencer W. Churchill hereby moves to withdraw his appearance as counsel in this case because he is leaving private practice. His appearance was previously noted on behalf of Defendants Sam McCullum and Robert Smith, who will continue to be represented by Derek G. Barella and Matthew M. Saxon to the extent that such representation is necessary.[1]

Dated: August 29, 2025

Respectfully submitted,

*/s/ Spencer Churchill*
Spencer W. Churchill
**TROUTMAN PEPPER LOCKE LLP**
401 9th Street, N.W., Suite 1000
Washington, D.C. 20004
Tele: (202) 274-1902
spencer.churchill@troutman.com

cc: Counsel of Record (via CM/ECF)

---

[1] Mr. Churchill's appearance was also noted on behalf of Jeff Van Note, who is no longer a defendant in this case.