## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **JASON ALFORD**, *et al.*, | * | |
| **Plaintiffs,** | * | |
| **v.** | * | **Civil Action No. JRR-23-358** |
| **THE NFL PLAYER DISABILITY & SURVIVOR BENEFIT PLAN**, *et al.*, | * | |
| | * | |
| **Defendants.** | | |

### ORDER

Plaintiffs filed this putative class action against Defendants on February 9, 2023, alleging violations of the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, *et seq*. ECF No. 1.  On December 30, 2024, the Honorable Julie R. Rubin referred this case to the undersigned for discovery and all related scheduling pursuant to 28 U.S.C. § 636.  ECF No. 139. Pending before the Court is correspondence from the parties in which they outline a discovery dispute.  ECF Nos. 250, 252–253.  The undersigned held discovery conferences on August 28, 2025, and September 2, 2025.  ECF Nos. 262, 268.  For the reasons stated on the record during the conferences, it is hereby ORDERED that Plaintiffs' request for extra-record discovery is GRANTED IN PART and DENIED IN PART.  It is further ORDERED that on or before September 4, 2025, Plaintiffs may serve (1) an interrogatory that inquires about the amounts paid to the Named Doctors as compensation and reimbursements for performed medical services during the identified 42-month time period; (2) an interrogatory that inquires about the existence or non-existence of written performance evaluations for the Named Doctors; and (3) a request for the production of training materials created by Dr. Garmoe and Dr. Macciocchi.  It is further ORDERED that Defendants shall respond to the identified discovery requests within 21 days.

Date:  September 2, 2025

_____/s/_____
Erin Aslan
United States Magistrate Judge