IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **JASON ALFORD,** *et al.*, <br><br> *Plaintiffs* <br><br> v. <br><br> **THE NFL PLAYER DISABILITY,** <br> **& SURVIVOR BENEFIT PLAN,** *et al.*, <br><br> *Defendants*. | Case No. 1:23-cv-00358-JRR |

## ORDER

With the goal of administrative clarity, within 14 days, the parties shall file a joint submission that identifies all pending motions, excepting motions to seal, as well as the parties' filings related to same. This submission shall identify, by CM/ECF number, each of the following: all pending motions, responses in opposition, replies in support, and surreplies (where applicable), with identification of any and all sealed, redacted, and corrected filings.[1]

To be clear, the purpose of this joint submission is to clarify the myriad papers on the docket related to the pending motions; the parties shall not use this as an opportunity to supplement argument.

September 8, 2025

/S/
_____
Julie R. Rubin
United States District Judge

---

[1] The parties need not list the CM/ECF numbers for the exhibits attached to the identified documents. However, to the extent the exhibits are presented in separate entries on the docket, *e.g.*, due to volume, redaction, correction of errors, the joint submission shall also identify the exhibits as attachments to the documents identified herein.