UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BALTIMORE DIVISION

| | |
|---|---|
| JASON ALFORD, DANIEL LOPER, WILLIS McGAHEE, MICHAEL McKENZIE, JAMIZE OLAWALE, ALEX PARSONS, ERIC SMITH, CHARLES SIMS, JOEY THOMAS, and LANCE ZENO, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>THE NFL PLAYER DISABILITY & SURVIVOR BENEFIT PLAN; THE NFL PLAYER DISABILITY & NEUROCOGNITIVE BENEFIT PLAN; THE BERT BELL/PETE ROZELLE NFL PLAYER RETIREMENT PLAN; THE DISABILITY BOARD OF THE NFL PLAYER DISABILITY & NEUROCOGNITIVE BENEFIT PLAN; LARRY FERAZANI; JACOB FRANK; BELINDA LERNER; SAM McCULLUM; ROBERT SMITH; HOBY BRENNER; and ROGER GOODELL,<br><br>      Defendants. | Case No. 1:23-cv-00358-JRR |

**JOINT STATUS REPORT CONCERNING PENDING MOTIONS**

   Pursuant to the Court's Order dated September 8, 2025, ECF No. 276 (the "Order"), the Parties respectfully submit this Joint Status Report concerning the motions (save motions to seal) that are currently pending with the Court. There are eight motions currently pending: (1) Plaintiffs' Motion for Class Certification, ECF No. 102; (2) Defendants' Motion for Summary Judgment of Plaintiff Daniel Loper's Claims, ECF No. 115; (3) Defendants' Motion for Summary Judgment of Plaintiff Jamize Olawale's Claims, ECF No. 124; (4) Defendants' Motion for Summary Judgment of Plaintiff Charles Sims's Claims, ECF No. 125; (5) Plaintiffs' Motion

to Exclude the Testimony and Opinions of Dr. David Lasater, ECF No. 175; (6) Defendants' Motion to Exclude the Testimony and Opinions of Dr. Anthony Hayter, ECF No. 220; (7) Defendants' Motion to Exclude the Testimony and Opinions of Joseph Garofolo, ECF No. 222; and (8) Plaintiffs' Motion to Strike the Declarations of Roberto Garza and Stephanie Clark, ECF No. 235.  For each pending motion, the Parties have prepared a table that identifies, by ECF number, the motion, responses in opposition, replies in support, and surreplies.[1]  The tables also indicate the date that the document was filed, whether the document was filed publicly or under seal, and any related documents that are available at other ECF numbers.[2]

1. **Plaintiffs' Motion for Class Certification**

| ECF No. | Document | Date Filed | Public Status | Related Documents at Other ECF Nos. |
|---|---|---|---|---|
| 102 | Plaintiffs' Motion for Class Certification | Sept. 9, 2024 | Public | None |
| 111 | Defendants' Opposition to Plaintiffs' Motion for Class Certification | Nov. 18, 2024 | Public | None |
| 173 | Plaintiffs' Reply in Support of Motion for Class Certification[3] | Apr. 11, 2025 | Sealed | ECF No. 172, Plaintiffs' Reply (Public Redacted) |
|  |  |  |  | ECF No. 172-1, Declaration of B. Barnett |
|  |  |  |  | ECF Nos. 172-3 to 172-4, Exhibits F-G to the Declaration of B. Barnett |
| 219 | Defendants' Surreply in Opposition to Plaintiffs' | July 10, 2025 | Sealed | ECF No. 278, Defendants' Surreply (Public Redacted) |

---

[1] In the interest of brevity, document titles have been streamlined.

[2] Consistent with the Court's Order, the related documents noted in the final column of the chart include redacted or corrected filings and memoranda, declarations, or exhibits that were filed in separate docket entries.  The related documents do not include supporting memoranda, declarations, or exhibits that were filed as attachments to ECF number identified in the first column.  *See* Order at n.1.

[3] ECF No. 173 is a consolidated brief that includes both Plaintiffs' Reply in Support of Motion for Class Certification (pages 1-24) and Plaintiffs' Memorandum in Support of Motion to Exclude D. Lasater (pages 24-28).

| ECF No. | Document | Date Filed | Public Status | Related Documents at Other ECF Nos. |
|---|---|---|---|---|
|  | Motion for Class Certification[4] |  |  |  |
| 240 | Plaintiffs' Sur-Surreply in Support of Motion for Class Certification | July 31, 2025 | Sealed | None |

## 2. Defendants' Motion for Summary Judgment of Plaintiff Daniel Loper's Claims

| ECF No. | Document | Date Filed | Public Status | Related Documents at Other ECF Nos. |
|---|---|---|---|---|
| 115 | Defendants' Motion for Summary Judgment of D. Loper's Claims | Nov. 19, 2024 | Sealed | None |
| 197 | Plaintiffs' *Corrected* Consolidated Opposition to Motion for Summary Judgment | May 13, 2025[5] | Sealed | ECF No. 184, Plaintiffs' *Original* Consolidated Opposition (Sealed) |
|  |  |  |  | ECF No. 184-1, Declaration of B. Barnett |
|  |  |  |  | ECF Nos. 184-3 to 184-18, Exhibits 1-16 to the Declaration of B. Barnett |
|  |  |  |  | ECF Nos. 185 to 185-23, Exhibits 17-40 to the Declaration of B. Barnett |
|  |  |  |  | ECF Nos. 186 to 186-16, Exhibits 41 to 57 to the Declaration of B. Barnett |
|  |  |  |  | ECF No. 191, Plaintiffs' *Original* Consolidated Opposition (Public Redacted) |
|  |  |  |  | ECF No. 196, Plaintiffs' *Corrected* Consolidated Opposition (Public |

---

[4] ECF No. 219 is a consolidated brief that includes both Defendants' Surreply in Opposition to Plaintiffs' Motion for Class Certification (pages 1-20) and Defendants' Opposition to Motion to Exclude D. Lasater (pages 3, 20-30).

[5] Plaintiffs' corrected consolidated opposition was filed on May 13, 2025, but their original consolidated opposition was filed on April 25, 2025.

| ECF No. | Document | Date Filed | Public Status | Related Documents at Other ECF Nos. |
|---|---|---|---|---|
| | | | | Redacted) |
| 235 | Defendants' Consolidated Reply in Support of Motion for Summary Judgment | July 24, 2025 | Sealed | ECF No. 281, Defendants' Consolidated Reply (Public Redacted) |

### 3. Defendants' Motion for Summary Judgment of Plaintiff Jamize Olawale's Claims

| ECF No. | Document | Date Filed | Public Status | Related Documents at Other ECF Nos. |
|---|---|---|---|---|
| 124 | Defendants' Motion for Summary Judgment of J. Olawale's Claims | Nov. 19, 2024 | Sealed | None |
| 197 | Plaintiffs' *Corrected* Consolidated Opposition to Motion for Summary Judgment | May 13, 2025[6] | Sealed | ECF No. 184, Plaintiffs' *Original* Consolidated Opposition (Sealed) |
| | | | | ECF No. 184-1, Declaration of B. Barnett |
| | | | | ECF Nos. 184-3 to 184-18, Exhibits 1-16 to the Declaration of B. Barnett |
| | | | | ECF Nos. 185 to 185-23, Exhibits 17-40 to the Declaration of B. Barnett |
| | | | | ECF Nos. 186 to 186-16, Exhibits 41 to 57 to the Declaration of B. Barnett |
| | | | | ECF No. 191, Plaintiffs' *Original* Consolidated Opposition (Public Redacted) |
| | | | | ECF No. 196, Plaintiffs' *Corrected* Consolidated Opposition (Public Redacted) |
| 235 | Defendants' Consolidated Reply in Support of Motion | July 24, 2025 | Sealed | ECF No. 281, Defendants' Consolidated Reply (Public |

---

[6] Plaintiffs' corrected consolidated opposition was filed on May 13, 2025, but their original consolidated opposition was filed on April 25, 2025.

| ECF No. | Document | Date Filed | Public Status | Related Documents at Other ECF Nos. |
|---|---|---|---|---|
| | for Summary Judgment | | | Redacted) |

4. **Defendants' Motion for Summary Judgment of Plaintiff Charles Sims's Claims**

| ECF No. | Document | Date Filed | Public Status | Related Documents at Other ECF Nos. |
|---|---|---|---|---|
| 125 | Defendants' Motion for Summary Judgment of C. Sims's Claims | Nov. 19, 2024 | Sealed | None |
| 197 | Plaintiffs' *Corrected* Consolidated Opposition to Motion for Summary Judgment | May 13, 2025[7] | Sealed | ECF No. 184, Plaintiffs' *Original* Consolidated Opposition (Sealed) |
| | | | | ECF No. 184-1, Declaration of B. Barnett |
| | | | | ECF Nos. 184-3 to 184-18, Exhibits 1-16 to the Declaration of B. Barnett |
| | | | | ECF Nos. 185 to 185-23, Exhibits 17-40 to the Declaration of B. Barnett |
| | | | | ECF Nos. 186 to 186-16, Exhibits 41 to 57 to the Declaration of B. Barnett |
| | | | | ECF No. 191, Plaintiffs' *Original* Consolidated Opposition (Public Redacted) |
| | | | | ECF No. 196, Plaintiffs' *Corrected* Consolidated Opposition (Public Redacted) |
| 235 | Defendants' Consolidated Reply in Support of Motion for Summary Judgment | July 24, 2025 | Sealed | ECF No. 281, Defendants' Consolidated Reply (Public Redacted) |

---

[7] Plaintiffs' corrected consolidated opposition was filed on May 13, 2025, but their original consolidated opposition was filed on April 25, 2025.

5

### 5. Plaintiffs' Motion to Exclude the Testimony and Opinions of Dr. David Lasater

| ECF No. | Document | Date Filed | Public Status | Related Documents at Other ECF Nos. |
|---|---|---|---|---|
| 175 | Plaintiffs' Motion to Exclude D. Lasater | Apr. 25, 2025 | Public | ECF No. 172, Plaintiffs' Memorandum in Support of Motion (Public Redacted) |
| | | | | ECF No. 172-1, Declaration of B. Barnett |
| | | | | ECF Nos. 172-5, Exhibit H to the Declaration of B. Barnett |
| | | | | ECF No. 173, Plaintiffs' Memorandum in Support of Motion (Sealed)[8] |
| 219 | Defendants' Opposition to Motion to Exclude D. Lasater[9] | July 10, 2025 | Sealed | ECF No. 278, Defendants' Opposition (Public Redacted) |
| 240 | Plaintiffs' Reply in Support of Motion to Exclude D. Lasater | July 31, 2025 | Sealed | None |

### 6. Defendants' Motion to Exclude the Testimony and Opinions of Dr. Anthony Hayter

| ECF No. | Document | Date Filed | Public Status | Related Documents at Other ECF Nos. |
|---|---|---|---|---|
| 220 | Defendants' Motion to Exclude A. Hayter | July 10, 2025 | Public | ECF No. 221, Defendants' Memorandum in Support of Motion (Sealed) |
| | | | | ECF No. 279, Defendants' Memorandum in Support of Motion (Public Redacted) |
| 244 | Plaintiffs' Opposition to Motion to Exclude A. Hayter | Aug. 8, 2025 | Sealed | ECF No. 245, Declaration of B. Barnett |

---

[8] ECF No. 173 is a consolidated brief that includes both Plaintiffs' Reply in Support of Motion for Class Certification (pages 1-24) and Plaintiffs' Memorandum in Support of Motion to Exclude D. Lasater (pages 24-28).

[9] ECF No. 219 is a consolidated brief that includes both Defendants' Surreply in Opposition to Plaintiffs' Motion for Class Certification (pages 1-20) and Defendants' Opposition to Motion to Exclude D. Lasater (pages 3, 20-30).

| ECF No. | Document | Date Filed | Public Status | Related Documents at Other ECF Nos. |
|---|---|---|---|---|
| 270 | Defendants' Reply in Support of Motion to Exclude A. Hayter | Sept. 4, 2025 | Sealed | None |

### 7. Defendants' Motion to Exclude the Testimony and Opinions of Joseph Garofolo

| ECF No. | Document | Date Filed | Public Status | Related Documents at Other ECF Nos. |
|---|---|---|---|---|
| 222 | Defendants' Motion to Exclude J. Garofolo | July 10, 2025 | Public | ECF No. 223, Defendants' Memorandum in Support of Motion (Sealed) |
|  |  |  |  | ECF No. 280, Defendants' Memorandum in Support of Motion (Public Redacted) |
| 242 | Plaintiffs' Opposition to Motion to Exclude J. Garofolo | Aug. 8, 2025 | Sealed | None |
| 256 | Defendants' Reply in Support of Motion to Exclude J. Garofolo | Aug. 22, 2025 | Sealed | None |

### 8. Plaintiffs' Motion to Strike the Declarations of Roberto Garza and Stephanie Clark

| ECF No. | Document | Date Filed | Public Status | Related Documents at Other ECF Nos. |
|---|---|---|---|---|
| 247 | Plaintiffs' Motion to Strike the Declarations of R. Garza and S. Clark | Aug. 15, 2025 | Public | ECF No. 248, Plaintiffs' Memorandum in Support of Motion (Sealed) |
| 264 | Defendants' Opposition to Motion to Strike Declarations of R. Garza and S. Clark | Aug. 29, 2025 | Sealed | None |
| 282 | Plaintiffs' Reply in Support of Motion to Strike Declarations of R. Garza and S. Clark | Sept. 12, 2025 | Sealed | None |

| | |
|---|---|
| Date: September 22, 2025 | Respectfully submitted, |

/s/ Benjamin R. Barnett
Benjamin R. Barnett
SEIGER WEISS LLP
325 Chestnut Street, Suite 917
Philadelphia, PA 19106
Telephone: (215) 553-7980
bbarnett@seegerweiss.com

*Counsel for Plaintiffs and for the Proposed Class and Subclasses*

Christopher A. Seeger *(admitted pro hac vice)*
Diogenes P. Kekatos *(admitted pro hac vice)*
Caleb A. Seeley *(admitted pro hac vice)*
Hillary R. Fidler *(admitted pro hac vice)*
SEEGER WEISS LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
cseeger@seegerweiss.com
dkekatos@seegerweiss.com
cseeley@seegerweiss.com
hfidler@seegerweiss.com
Samuel L. Katz *(admitted pro hac vice)*
Julia M. Damron *(admitted pro hac vice)*
Noah T. Reid *(admitted pro hac vice)*
Yasha Torabi *(admitted pro hac vice)*

ATHLAW LLP
8383 Wilshire Blvd., Suite 800
Beverly Hills, CA 90211
Telephone: (818) 454-3652
samkatz@athlawllp.com
julia@athlawllp.com
noahreid@athlawllp.com
yasha@athlawllp.com

Bryan F. Aylstock *(admitted pro hac vice)*
Justin G. Witkin *(admitted pro hac vice)*
Douglass A. Kreis *(admitted pro hac vice)*
Bobby J. Bradford (*admitted pro hac vice*)

/s/ Gregory F. Jacob
Gregory F. Jacob (D. Md. Bar No. 06769)
Meredith N. Garagiola (*pro hac vice*)
O'MELVENY & MYERS LLP
1625 Eye Street, N.W., 10th Floor
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
Email: gjacob@omm.com
Email: mgaragiola@omm.com

Elizabeth L. McKeen (*pro hac vice*)
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994
Email: emckeen@omm.com

*Attorneys for Defendants The NFL Player Disability & Survivor Benefit Plan, The NFL Player Disability & Neurocognitive Benefit Plan, The Bert Bell/Pete Rozelle NFL Player Retirement Plan, and The Disability Board of the NFL Player Disability & Neurocognitive Benefit Plan*

AYLSTOCK, WITKIN, KREIS, &
OVERHOLTZ, PLLC
17 E. Main Street, Suite 200
Pensacola, FL 32502
Telephone:  (850) 202-1010
BAylstock@awkolaw.com
JWitkin@awkolaw.com
DKreis@awkolaw.com
BBradford@awkolaw.com

*Counsel for Plaintiffs and for the
Proposed Class and Subclasses*

Jason S. Rathod
Nicholas A. Migliaccio
MIGLIACCIO & RATHOD LLP
412 H Street, N.E.
Washington, DC 20002
Telephone: (202) 470-3520
jrathod@classlawdc.com
nmigliaccio@classlawdc.com

*Counsel for Plaintiffs and Liaison Counsel
for the Proposed Class and Subclasses*

Robert K. Scott *(admitted pro hac vice)*
Gerry H. Goldsholle *(admitted pro hac vice)*
ADVOCATE LAW GROUP P.C.
2330 Marinship Way, Suite 260
Sausalito, CA 94965
Telephone:  (949) 753-4950
bob@advocatelawgroup.com
gerry@advocatelawgroup.com

*Additional Counsel for Plaintiffs*