IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JASON ALFORD, *et al.*,

    *Plaintiffs*,

    v.

THE NFL PLAYER DISABILITY,
& SURVIVOR BENEFIT PLAN, *et al.*,

    *Defendants*.

Case No. 1:23-cv-00358-JRR

## ORDER

Pending before the court are Defendants' Joint Motion for Summary Judgment of Plaintiff Daniel Loper's Claims (ECF No. 115), Joint Motion for Summary Judgment of Plaintiff Jamize Olawale's Claims (ECF No. 124), and Joint Motion for Summary Judgment of Plaintiff Charles Sims's Claims (ECF No. 125) (collectively, the "Summary Judgment Motions"). The court has reviewed all papers; no hearing is necessary.[1] Local Rule 105.6 (D. Md. 2025). For the reasons set forth in the accompanying memorandum opinion, it is this 28th day of January 2026:

**ORDERED** that the Summary Judgment Motions (ECF Nos. 115, 124, 125) shall be, and

---

[1] The papers filed in connection with the instant Summary Judgment Motions are as follows:

> Defendants' Loper Motion and Memorandum of Law (public: ECF Nos. 115, 333; sealed: 115-2); Plaintiffs' Corrected Consolidated Memorandum of Law in Opposition (public: ECF No. 196; sealed: ECF No. 197); Defendants' Consolidated Reply (public: ECF No. 281; sealed: ECF No. 235)
>
> Defendants' Olawale Motion and Memorandum of Law (public: ECF No. 124, 326; sealed: ECF No. 124-1); Plaintiffs' Corrected Consolidated Memorandum of Law in Opposition (public: ECF No. 196; sealed: ECF No. 197); Defendants' Consolidated Reply (public: ECF No. 281; sealed: ECF No. 235)
>
> Defendants' Sims Motion and Memorandum of Law (public: ECF No. 125, 327; sealed: ECF No. 125-1); Plaintiffs' Corrected Consolidated Memorandum of Law in Opposition (public: ECF No. 196; sealed: ECF No. 197); Defendants' Consolidated Reply (public: ECF No. 281; sealed: ECF No. 235).

are hereby, **DENIED**; and further it is

ORDERED that, within 21 days of this order, the parties shall file a jointly proposed public copy of the court's accompanying memorandum opinion redacted of information the court previously found warrants shielding from the public record pursuant to Local Rule 105.11; and further it is

ORDERED that, within 14 days of this order, the parties shall file a joint status report setting forth the status of this litigation and three (3) mutually-agreeable dates and times for a status conference with the court.

/s/_____
Julie R. Rubin
United States District Judge