UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BALTIMORE DIVISION

| | |
|---|---|
| JASON ALFORD, DANIEL LOPER, WILLIS MCGAHEE, MICHAEL MCKENZIE, JAMIZE OLAWALE, ALEX PARSONS, ERIC SMITH, CHARLES SIMS, JOEY THOMAS, and LANCE ZENO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE NFL PLAYER DISABILITY & SURVIVOR BENEFIT PLAN; THE NFL PLAYER DISABILITY & NEUROCOGNITIVE BENEFIT PLAN; THE BERT BELL/PETE ROZELLE NFL PLAYER RETIREMENT PLAN; THE DISABILITY BOARD OF THE NFL PLAYER DISABILITY & NEUROCOGNITIVE BENEFIT PLAN; LARRY FERAZANI; JACOB FRANK; BELINDA LERNER; SAM MCCULLUM; ROBERT SMITH; HOBY BRENNER; and ROGER GOODELL,<br><br>Defendants. | Case No. 1:23-cv-00358-JRR |

## PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiffs respectfully move

the Court to certify the following Classes, defined as:

> **THE NEUTRAL PHYSICIAN CLASS**: All participants in the Plan[1]
> who (i) filed one or more applications for Total & Permanent Disability,
> Line-of-Duty Disability, or Neurocognitive Disability benefits under the

---

[1] "The Plan" includes the NFL Player Disability & Survivor Benefit Plan (formerly the NFL Player Disability, Neurocognitive & Death Benefit Plan, the NFL Player Disability & Neurocognitive Benefit Plan, the NFL Player Supplemental Disability & Neurocognitive Benefit Plan, and the NFL Player Supplemental Disability Plan); the Bert Bell/Pete Rozelle NFL Player Retirement Plan; the Bert Bell NFL Player Retirement Plan; and the Pete Rozelle NFL Player Retirement Plan.

Plan; (ii) were either (a) examined by a Plan-designated "Neutral Physician" (as the term is defined in the Plan) *or* (b) had their application reviewed by a Plan-designated Medical Advisory Physician ("MAP") (as the term is defined in the Plan); and (iii) received an adverse determination, in whole or in part on at least one such application between April 1, 2017 and [the date of class certification].

**THE CUMULATIVE IMPAIRMENTS CLASS**:  All participants in the Plan who (i) filed one or more applications for Total & Permanent Disability benefits under the Plan; (ii) were examined by at least two Plan-designated Neutral Physicians (as the term is defined in the Plan) specializing in different areas; and (iii) received an adverse determination, in whole or in part on at least one such application between October 15, 2020 and [the date of class certification].

**THE EDUCATION AND TRAINING CLASS**:  All participants in the Plan who (i) filed one or more applications for Total & Permanent Disability benefits under the Plan; (ii) were examined by a Plan-designated Neutral Physician (as the term is defined in the Plan) neuropsychologist, neurologist, or psychiatrist; and (iii) received an adverse determination in whole or in part on at least one such application and between August 1, 2018 and [the date of class certification].

**THE NEUROPSYCHOLOGICAL TESTING CLASS**:  All participants in the Plan who (i) filed one or more applications for Total & Permanent Disability, Line-of-Duty Disability, or Neurocognitive Disability benefits under the Plan; (ii) were examined by a Plan-designated Neutral Physician (as the term is defined in the Plan) neuropsychologist; and (iii) received an adverse determination in whole or in part on at least one such application between August 1, 2018 and June 8, 2021.

Excluded from the Classes are:

(a) The Court and its officers, employees, and relatives;

(b) Any officer, director, employee, contractor, or agent of the Plan or of the National Football League Player Benefits Office; and

(c) Any applicant for Total & Permanent Disability, Line-of-Duty Disability, or Neurocognitive Disability benefits whose application that would otherwise form the basis of membership in one of the Classes was denied solely on the grounds that it was not timely under the terms of the Plan, or on other non-medical grounds.

Relatedly, Plaintiffs also respectfully move the Court for the appointment of (i) Plaintiffs

Jason Alford, Daniel Loper, Willis McGahee, Michael McKenzie, Jamize Olawale,  Alex Parsons,

Charles Sims, Eric Smith, Joey Thomas, and Lance Zeno as Representatives of the Neutral Physician Class; (ii) Plaintiffs Loper, McGahee, McKenzie, Olawale, and Smith as Representatives of the Cumulative Impairments Class; (iii) Plaintiffs Loper, McGahee, McKenzie, Olawale, Sims, and Smith as Representatives of the Education and Training Class; (iv) Plaintiffs Alford, McGahee, McKenzie, Olawale, Parsons, Smith, and Thomas as Representatives of the Neuropsychological Testing Class; and (v) pursuant to Federal Rule of Civil Procedure 23(g)(1), Seeger Weiss LLP and Athlaw LLP as Counsel for the Classes, and Migliaccio & Rathod LLP as Liaison Counsel for the Classes.

The reasons supporting this motion are set forth in (i) the accompanying Memorandum of Law in Support of Plaintiffs' Renewed Motion for Class Certification, and (ii) the Declaration of Benjamin R. Barnett in Support of Plaintiffs' Renewed Motion for Class Certification, dated March 24, 2026, and exhibits thereto. A proposed Order also accompanies this motion.

WHEREFORE, Plaintiffs respectfully request that the Court certify the above-defined Classes and make the above-enumerated appointments.

 Dated:  March 24, 2026

<div style="margin-left: 40%;">

Respectfully submitted,

**SEEGER WEISS LLP**

By:  *s/ Benjamin R. Barnett*
Benjamin R. Barnett
**SEEGER WEISS LLP**
325 Chestnut Street, Suite 917
Philadelphia, PA 19106
Telephone: (215) 553-7980
bbarnett@seegerweiss.com

***Counsel for Plaintiffs and the
Proposed Classes***

</div>

3

Christopher A. Seeger *(admitted pro hac vice)*
Diogenes P. Kekatos *(admitted pro hac vice)*
Caleb A. Seeley *(admitted pro hac vice)*
Hillary R. Fidler *(admitted pro hac vice)*
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
cseeger@seegerweiss.com
dkekatos@seegereiss.com
cseeley@seegerweiss.com
hfidler@seegerweiss.com

Samuel L. Katz *(admitted pro hac vice)*
Julia M. Damron *(admitted pro hac vice)*
Noah T. Reid *(admitted pro hac vice)*
Yasha Torabi *(admitted pro hac vice)*
**ATHLAW LLP**
8383 Wilshire Blvd., Suite 800
Beverly Hills, CA 90211
Telephone: (818) 454-3652
samkatz@athlawllp.com
julia@athlawllp.com
noahreid@athlawllp.com
yasha@athlawllp.com
***Counsel for Plaintiffs and the***
***Proposed Classes***

Jason S. Rathod
Nicholas A. Migliaccio
**MIGLIACCIO & RATHOD LLP**
412 H Street, N.E.
Washington, DC 20002
Telephone: (202) 470-3520
jrathod@classlawdc.com
nmigliaccio@classlawdc.com

***Counsel for Plaintiffs and Liaison Counsel***
***for the Proposed Classes***

Bryan F. Aylstock *(admitted pro hac vice)*
Justin G. Witkin *(admitted pro hac vice)*
Douglass A. Kreis *(admitted pro hac vice)*
Bobby J. Bradford (*admitted pro hac vice*)
**AYLSTOCK, WITKIN, KREIS, & OVERHOLTZ, PLLC**
17 E. Main Street, Suite 200

4

Pensacola, FL 32502
Telephone: (850) 202-1010
BAylstock@awkolaw.com
JWitkin@awkolaw.com
DKreis@awkolaw.com
BBradford@awkolaw.com

Robert K. Scott *(admitted pro hac vice)*
Gerry H. Goldsholle *(admitted pro hac vice)*
**ADVOCATE LAW GROUP P.C.**
2330 Marinship Way, Suite 260
Sausalito, CA 94965
Telephone: (949) 753-4950
bob@advocatelawgroup.com
gerry@advocatelawgroup.com

***Additional Counsel for Plaintiffs***